United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL A. STITT, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>  vs.<br><br>THE SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY; CITY AND COUNTY OF SAN FRANCISCO; AND DOES 1-20,<br><br>   Defendants. | **Case No.: 12-CV-03704 YGR**<br><br>**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties' Stipulation to Continue Case Management Conference, Dkt No. 32, is **DENIED**.

The case management conference set for January 14, 2013 at 2:00 p.m. remains on calendar.

  **IT IS SO ORDERED**.

**Date:December 18, 2012**

_____
 **YVONNE GONZALEZ ROGERS**
 **UNITED STATES DISTRICT COURT JUDGE**