UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL A. STITT, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY; CITY AND COUNTY OF SAN FRANCISCO; AND DOES 1-20,<br><br>　　　　Defendants. | Case No.: 12-CV-03704 YGR<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The parties have requested that the Court schedule a case management conference on June 3, 2013 to set a schedule for the class certification motion. (Dkt. No. 91.) The Court will be closed on June 3, 2013 and, accordingly, schedules the case management conference for June 10, 2013 at 2:00 p.m.

**IT IS SO ORDERED**.

Date: May 3, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**