United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL A. STITT, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY; CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-20,<br><br>　　　　Defendants. | Case No.: 12-CV-03704 YGR<br><br>**ORDER TO SHOW CAUSE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to timely file a Joint Case Management Statement. A Case Management Conference is scheduled for June 10, 2013 and the parties have failed to file a joint statement that satisfies the applicable rules and the Court's instructions at the previous Case Management Conference.

"Unless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a *Joint* Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process." Civil L.R. 16-10(d) (emphasis added). In addition, the Court's Standing Order in Civil Cases at Section 6 requires that "[u]pdated joint case management statements . . . be filed seven days in advance of all other case management conferences."

The Joint Status Report filed on April 26, 2013 (Dkt. No. 91) does not satisfy the parties' obligations. Specifically, the parties must update the Court regarding the currently-anticipated amount of time needed for discovery and propose a schedule for the class certification motion.

A hearing on this Order to Show Cause will be held on Monday, June 24, 2013 at 2:00 p.m., in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5. The Case Management Conference scheduled for June 10, 2013 is hereby **CONTINUED** to June 24, 2013 at 2:00 p.m.

By no later than June 17, 2013, the parties must file either (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities; or (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to timely file a joint case management statement. If the Court is satisfied with the parties' response, the parties need not appear and the hearing will be taken off calendar. Otherwise, lead trial counsel must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a joint statement, written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

**IT IS SO ORDERED**.

Dated: June 5, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**