# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL A. STITT, TONY GRANDBERRY, AND HEDY GRIFFIN, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,**<br><br>    Plaintiffs,<br><br>    vs.<br><br>**THE SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY,** *et al.***,**<br><br>    Defendants. | Case No.: 12-CV-3704 YGR<br><br>**ORDER SETTING COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

A compliance hearing regarding the parties' proposed notice forms shall be held on Friday, May 23, 2014 on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) their Joint Proposed Notice Forms, along with a proposed order setting forth stipulated deadlines for Operators to respond to the notices and procedures in the event that notices are returned as undeliverable, or (b) a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Date: May 2, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**