THE TIDRICK LAW FIRM
STEVEN G. TIDRICK, SBN 224760
JOEL B. YOUNG, SBN 236662
2039 Shattuck Avenue, Suite 308
Berkeley, California  94704
Telephone:  (510) 788-5100
Facsimile:  (510) 291-3226
E-mail: sgt@tidricklaw.com
E-mail: jby@tidricklaw.com

Attorneys for Individual and Representative
Plaintiffs DARRYL A. STITT, TONY
GRANDBERRY, and HEDY GRIFFIN,
and for the CERTIFIED CLASS

DENNIS J. HERRERA, SBN 139669
ELIZABETH SALVESON, SBN 83788
JONATHAN C. ROLNICK, SBN 151814
BORIS REZNIKOV, SBN 261776
1390 Market Street, Fifth Floor
San Francisco, California  94102
Telephone: (415) 554-3815
Facsimile: (415) 554-4248
E-mail:jonathan.rolnick@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL A. STITT, TONY GRANDBERRY, and HEDY GRIFFIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY; CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-20<br><br>Defendants. | Civil Case Number: C-12-03704-YGR<br><br>[**PROPOSED**] ORDER FOLLOWING TRIAL SETTING CONFERENCE AS MODIFIED BY THE COURT<br><br>(N.D. Cal. Civ. L.R. 16-9)<br><br>Date:       June 22, 2015<br>Time:       2:00 P.M.<br>Location:   Courtroom 1, 4th Floor, Oakland<br><br>Complaint Filed:  July 16, 2012<br><br>Amended Complaint Filed: August 17, 2012<br><br>Second Amended Complaint Filed: March 6, 2013 |

1

**[PROPOSED] ORDER FOLLOWING TRIAL SETTING CONFERENCE**
*Stitt et al. v. The San Francisco Municipal Transportation Agency et al.*, **Civil Case No. C-12-03704-YGR**

The following reflects counsel's understanding of the case schedule that the Court directed be submitted in the form of a proposed order:

**Schedule:**

Deadline for post-certification fact discovery:  December 19, 2015

Deadline to file joint Case Management Conference Statement:  January 25, 2016

Case Management Conference:  February 1, 2016, 2:00 p.m.

Deadline for designation of experts/produce reports:  February 16, 2016

Deadline for designation of rebuttal experts/produce reports:  March 15, 2016

Deadline for post-certification expert discovery:  April 14, 2016

Deadline to file Joint Statement regarding compliance with the Court's Standing Order Pretrial Instructions in Civil Cases: August 12, 2016

Compliance calendar for Pretrial Instructions:  August 19, 2016, 9:01AM

Deadline to file joint Pretrial Conference Statement:  August 26, 2016

Pretrial conference:  Friday, September 9, 2016, 9:00 a.m.

Trial (Jury Trial, 16 trial days):  Monday, September 26, 2016, 8:30 a.m.

**Briefing/Hearing Schedule for Motion for Decertification of Class**:

Deadline to file motion for decertification:  April 26, 2016

Deadline to file response to motion for decertification:  May 17, 2016

Deadline to file reply in support of motion for decertification:  May 31, 2016

Hearing on motion for decertification:  June 21, 2016, 2:00 p.m.

**Briefing/Hearing Schedule for Dispositive Motions**:

Deadline to file dispositive motions:  May 3, 2016

Deadline to file responses to dispositive motions:  May 24, 2016

Deadline to file replies in support of dispositive motions:  June 7, 2016

Hearing on dispositive motions:  June 21, 2016, 2:00 p.m.

2

**[PROPOSED] ORDER FOLLOWING TRIAL SETTING CONFERENCE**
*Stitt et al. v. The San Francisco Municipal Transportation Agency et al.*, **Civil Case No. C-12-03704-YGR**

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel <u>shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference</u>. The compliance hearing on Friday, August 19, 2015 at 9:01 a.m. is intended to confirm that counsel have timely met and conferred as required by the Pretrial Instructions. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

DATED:  June 24, 2015                        Respectfully submitted,

                                             THE TIDRICK LAW FIRM


                                             By:  /s/ Steven G. Tidrick
                                             STEVEN G. TIDRICK, SBN 224760
                                             JOEL B. YOUNG, SBN 236662

                                             THE TIDRICK LAW FIRM
                                             2039 Shattuck Avenue, Suite 308
                                             Berkeley, California  94704
                                             Telephone:  (510) 788-5100
                                             Facsimile:   (510) 291-3226
                                             E-mail:     sgt@tidricklaw.com
                                             E-mail:     jby@tidricklaw.com

                                             Attorneys for Individual and Representative
                                             Plaintiffs DARRYL A. STITT, TONY
                                             GRANDBERRY, and HEDY GRIFFIN,
                                             and for the CERTIFIED CLASS


                                             CITY AND COUNTY OF SAN FRANCISCO

By:  /s/ Jonathan Rolnick
_____
BORIS REZNIKOV, SBN 261776

DENNIS J. HERRERA, SBN 139669
ELIZABETH SALVESON, SBN 83788
JONATHAN C. ROLNICK, SBN 151814
BORIS REZNIKOV, SBN 261776
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California  94102
Telephone: (415) 554-3815
Facsimile: (415) 554-4248
E-mail:       jonathan.rolnick@sfgov.org

Attorneys for Defendant City and County of San Francisco

## [~~PROPOSED~~] ORDER

It is so ORDERED AS MODIFIED.

DATE: June 29, 2015

_[signature]_
The Honorable Yvonne Gonzalez Rogers
United States District Court

## ATTESTATION PURSUANT TO N.D. CAL. LOCAL RULE 5-1

Pursuant to N.D. Cal. Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other Signatories.  I declare under penalty of perjury that the foregoing is true and correct

Dated:  June 24, 2015               THE TIDRICK LAW FIRM

/s/ Steven G. Tidrick
_____
STEVEN G. TIDRICK
Class Counsel

4

**[PROPOSED] ORDER FOLLOWING TRIAL SETTING CONFERENCE**
*Stitt et al. v. The San Francisco Municipal Transportation Agency et al.*, **Civil Case No. C-12-03704-YGR**