UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRYL A. STITT, et al.,

    Plaintiffs,

v.

THE SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY, et al.,

    Defendants.

Case No. 12-cv-03704-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, February 1, 2016 at 2:00 p.m. |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court approval |
| NON-EXPERT DISCOVERY CUTOFF: | December 19, 2015 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: February 16, 2016<br>Rebuttal: March 15, 2016 |
| EXPERT DISCOVERY CUTOFF: | April 14, 2016 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | June 21, 2016 |
| MOTION FOR DECERTIFICATION FILED BY: 4/26/16. OPPOSITION FILED 5/17/16. REPLY FILED 5/31/16 | Hearing on Motion 6/21/16 |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, August 19, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | August 26, 2016 |
| PRETRIAL CONFERENCE: | Friday, September 9, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, September 26, 2016 at 8:30 a.m. for 16 days<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet
2  and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance
3  hearing on Friday, August 19, 2016 at 9:01 a.m. is intended to confirm that counsel have reviewed
4  the Court's Pretrial Setting Instructions and are in compliance therewith.  The compliance hearing
5  shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.
6  Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page
7  JOINT STATEMENT confirming they have complied with this requirement or explaining their
8  failure to comply.  If compliance is complete, the parties need not appear and the compliance
9  hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have
10 submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

11 The parties must comply with both the Court's Standing Order in Civil Cases and Standing
12 Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All
13 Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

14 **IT IS SO ORDERED.**

15 Dated: 6/29/15

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge