United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL A. STITT,** *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **THE SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY,** *et al.*, <br><br> Defendants. | Case No.: 12-cv-03704- YGR <br><br> **AMENDED CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| DISCLOSURE OF EXPERTS: | Opening: May 10, 2016 <br> Rebuttal: June 7, 2016 |
| EXPERT DISCOVERY CUTOFF: | July 12, 2016 |
| DISPOSITIVE MOTIONS[1] (INCLUDING *DAUBERT*) TO BE HEARD BY: | September 6, 2016 |
| MOTION FOR DECERTIFICATION filed by: 7/5/16, OPPOSITION filed 7/26/16, REPLY filed 8/16/16 | Hearing on Motion 9/6/16 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | October 14, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT | October 21, 2016 |
| PRETRIAL CONFERENCE: | November 4, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, November 29, 2016 at 8:30 a.m. for 16 days. <br> (Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1   Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance hearing on Friday, October 14, 2016 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith.  The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.  No later than October 7, 2016, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: March 10, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California