UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL A. STITT,** *et al.*,<br><br>  Plaintiffs,<br><br>vs.<br><br>**THE SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY,** *et al.*,<br><br>  Defendants. | Case No.: 12-cv-03704 YGR<br><br>**ORDER DENYING WITHOUT PREJUDICE PROPOSED SUBSTITUTION OF COUNSEL**<br><br>Re: Dkt. No. 319 |

On March 28, 2016, Defendants filed a Notice of Substitution of Counsel and Proposed Order thereon. (Dkt. No. 319.) The proposed substitution of counsel is hereby **DENIED WITHOUT PREJUDICE** to Defendants' proposed new counsel with Renne Sloan Holtzman Sakai LLP confirming their ability to maintain the current schedule as set forth in the Amended Case Management and Pretrial Order (Dkt. No. 318).

**IT IS SO ORDERED**.

Date: March 29, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**