1  THE TIDRICK LAW FIRM
   STEVEN G. TIDRICK, SBN 224760
2  JOEL B. YOUNG, SBN 236662
   2039 Shattuck Avenue, Suite 308
3  Berkeley, California 94704
   Telephone: (510) 788-5100
4  Facsimile: (510) 291-3226
   E-mail:    sgt@tidricklaw.com
5  E-mail:    jby@tidricklaw.com

6  Attorneys for Individual and Representative
   Plaintiffs DARRYL A. STITT, TONY
7  GRANDBERRY, and HEDY GRIFFIN,
   and for the CERTIFIED CLASS

8
                  IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  DARRYL A. STITT *et al.*,               Civil Case Number:  4:12-cv-03704-YGR

12              Plaintiffs,                  **PLAINTIFFS' TRIAL PLAN**
       v.
13                                           Action Filed:  July 16, 2012
    THE SAN FRANCISCO MUNICIPAL
14  TRANSPORTATION AGENCY *et al.*,          Pretrial Conference:  November 4, 2016 at
                                             9:00 a.m.
              Defendants.
15                                           Trial Date:  Monday, November 29, 2016 at
                                             8:30 a.m. for 16 days (Jury Trial)
16
                                             The Honorable Yvonne Gonzalez Rogers
17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs and Class Representatives Darryl A. Stitt, Tony Grandberry, and Hedy Griffin, on behalf of the collective action members and the certified class ("Plaintiffs"), submit this trial plan in advance of the pretrial conference scheduled for November 4, 2016.

## I. Procedural Summary

This case was filed as a putative collective and class action on July 16, 2012. (Docket No. 1). The operative complaint (the second amended complaint) was filed on March 6, 2013. (Docket No. 69). The operative answer was filed on March 26, 2013. (Docket No. 79). Plaintiffs' primary claims are that they and other class members, including both bus and train operators (collectively "Operators") were not paid for all hours worked as required by law.

The Court granted Plaintiffs' motion for class certification under Rule 23, and for collective action certification, on May 2, 2014. (Docket No. 189).

The certified Rule 23 class is defined as: "All individuals who are currently employed, or formerly have been employed, by the San Francisco Municipal Transportation Agency ("SFMTA") and/or the City and County of San Francisco as a bus or train operator or in an equivalent position (Classification 9163) at any time on or after July 16, 2009.[1] Excluded from the Class are anyone employed by counsel for Plaintiffs in this action, and any Judge to whom this action is assigned and his or her immediate family members." (Docket No. 189, at 22:19-27). There are approximately 3,108 individuals in the Rule 23 class. Approximately 2,420 individuals have opted in to the FLSA collective action.

The pretrial conference is set for November 4, 2016 at 9:00 a.m. (Docket No. 318). Trial is set for November 29, 2016, at 8:30 a.m. for 16 days (Jury Trial). (Docket No. 318).

## II. Summary of Plaintiffs' Claims

### A. Background

Defendant has used a computer software program called Trapeze for scheduling and timekeeping for all Operators. Defendant also has used Trapeze to create "range reports" that list "run numbers," which identify an Operator's daily assignment. The range reports also

---

[1] Defendant City and County of San Francisco has represented that SFMTA is a constituent department of the City and County of San Francisco. *See* Docket No. 189 at 2 n.2 (citing Docket Nos. 13, 167), while Plaintiffs have reserved the right to contest that position.

identify the daily pay amount for each run number, *i.e.*, for each Operator's daily assignment. That daily pay amount is calculated by adding together the predetermined numbers of compensable hours for the various categories of time listed for that run, including driving time, reporting time, standby time, a lunch allowance, and, in limited instances, travel time, and multiplying that total time estimate by certain hourly rates. Defendant's compensation system excludes certain activities as summarized below.

### B. Categories of Unpaid Time

Plaintiffs allege three categories of time that are compensable but for which Defendant has not compensated class members: (1) start-end travel time; (2) turn-in time; and (3) late time (also referred to as "Routinely Late" time). *See* Docket No. 189 (order granting Plaintiffs' motion for class certification and for *Hoffmann-La Roche* notice), at 2:6-9.[2]

### i. Start-End Travel Time

Defendant designs numerous runs that start and end at different geographical points. As a result, Operators engage in non-commute travel time between those different geographical points. Specifically, Operators whose run assignments begin at a relief location must first go to the division and then travel to the relief location to start their run. The time required for Operators to travel from a division to the relief location to start their run is referred to as "Start Travel." Alternatively, Operators whose run assignments begin at a division and end at a relief location travel back to their personal vehicle at the end of their run before they can commence their commute from work to home. This time is referred to as "End Travel." Defendant fails to pay Operators for time engaged in such "Start Travel" and "End Travel," referred to collectively as "Start-End Travel Time."[3]

### ii. Turn-In Time

Defendant designs numerous runs that end at Defendant's divisions. Defendant

---

[2] Plaintiffs no longer pursue a claim for unpaid meeting time.

[3] For runs out of the Cable Car Division there is no claim for Start-End Travel Time. Also, with respect to End Travel Time, Plaintiffs are no longer pursuing claims under the Fair Labor Standards Act ("FLSA"), but Plaintiffs are pursuing claims under the San Francisco Minimum Wage Ordinance ("SFMWO") and state law.

maintains a policy and practice of requiring all Operators assigned to such runs to perform various tasks after pulling in to the division gate, including parking the vehicle, performing a walk-through inspection of the vehicle, completing a defect card, and/or returning the defect card and transfers to a specific location at the division. The time to complete these tasks is referred to as "Turn-In Time."[4] Defendant does not include Turn-In Time in the schedules that it creates using Trapeze and does not pay for such time.[5]

### iii. Late Time

As described above, the amount an Operator receives in compensation for driving the bus or train is set by a predetermined schedule from Trapeze rather than the actual time driving. Defendant has a practice of designing its runs in a manner that underestimates the amount of time required to complete the run. Defendant also maintains a uniform policy, applicable to all Operators, that requires Operators to not operate their vehicle ahead of schedule. As a result of Defendant's run design, transit vehicles routinely arrive at the end point of the daily runs later than the scheduled arrival time. Operators are not paid for Late Time.

### C. Statutory Violations

The Court certified the class under Rule 23 with respect to the following three causes of action of the Second Amended Complaint (Docket No. 69): (a) Second Cause of Action - Failure to Pay All Straight Time Hours Worked in Violation of Industrial Wage Commission Order 9-2001 and Cal. Labor Code section 1194; (b) Third Cause of Action - Failure to Pay the Minimum Wage for All Hours Worked in Violation of San Francisco Municipal Code section 12; and (c) Fourth Cause of Action – PAGA Claims, Private Attorneys General Act of 2004, Cal. Labor Code section 2699(a), (f). *See* Docket No. 189 at 2:17-3:2, 22:19-27.

The Court also conditionally certified this action as a representative collective action, 29 U.S.C. § 216(b), with respect to the First Cause of Action: failure to pay overtime in violation of the FLSA, 29 U.S.C. § 201 et seq. *See* Docket No. 189 at 3:6-9, 23:3-4.

---

[4] Plaintiffs no longer pursue a claim for time spent turning in a "miscellaneous" report.
[5] For runs out of the Cable Car Division there is no claim for Turn-In Time.

III. **Summary of Plaintiffs' Proof**

Plaintiffs intend to prove their claims at trial on a representative and classwide basis using the methods summarized below. For more detail regarding the proof of damages, Plaintiffs refer the Court to the expert report of Richard Drogin, Ph.D., dated May 10, 2016, attached hereto as **Exhibit A**. Plaintiffs will call Dr. Drogin to testify at trial.

A. **Start-End Travel Time**

In certifying this case as a class action, the Court found: "Plaintiffs have provided significant evidence to show that Defendant maintains a policy pursuant to which Operators are not paid for any start-end travel time, and Defendant has advanced no argument to the contrary." *See* Docket No. 189 at 6:18-20. At trial, Plaintiffs intend to prove their Start-End Travel Time claims using class wide evidence including but not limited to Range Reports, Operator Rule Books, and information from and/or representative testimony of Operators to establish that, for runs that start and end at different geographical points, Operators are required to engage in noncommute travel time between those different points, and that this "start-end travel" is not ordinary commute travel. Damages will be established through reprentative testimony by Operators and by Plaintiffs' expert Dr. Drogin using data from 511.org and Defendant's records, as outlined in more detail in Dr. Drogin's report.

B. **Turn-In Time**

In certifying this case as a class action, the Court found: "Plaintiffs have provided substantial evidence to show that Defendant has a policy and practice of not compensating Operators for turn-in time . . . ." *See* Docket No. 189 at 7:6-8. Plaintiffs intend to prove their Turn-In Time claims using class wide evidence including but not limited to Range Reports, Operator Rule Books, bulletins, and information from and/or representative testimony of Operators and testimony by Plaintiffs' expert to establish, for Operators assigned to runs that end at a division, the daily average number of unpaid minutes that elapse between pulling in to a division and the completion of the following tasks: parking the vehicle, performing a walk-through inspection of the vehicle, completing a defect card, and/or returning the defect cards and transfers to the required locations. Damages will be established through

4

representative testimony by Operators and by Plaintiffs' expert Dr. Drogin as outlined in more detail in Dr. Drogin's report.

## C. Late Time

In certifying this case as a class action, the Court stated: "Although Defendant contends that it maintains a procedure whereby Operators can submit time cards for unscheduled overtime, Plaintiffs have alleged that Defendant's method for scheduling runs systematically underestimates run times and virtually guarantees that Operators work overtime. Plaintiffs further contend that Defendant has actual and constructive knowledge of the regularity and extent of unscheduled overtime such that its failure to compensate Operators for such time is knowing and willful, and runs afoul of Wage Order No. 9, Labor Code § 1194, and the SFMWO. The extent of Defendant's knowledge regarding overtime submission procedures would bear generally on the claims of individual class members." *See* Docket No. 189 at 7:23-8:5. The Court found: "Plaintiffs have proffered evidence to suggest that Defendant does have actual and constructive knowledge that its scheduling policies and practices subject its Operators to routinely late time, that Defendant has actual and constructive knowledge that routinely late time goes uncompensated, and that Defendant's overtime procedures discourage submission of completed overtime cards." *Id*. at 16:14-18.

Plaintiffs intend to prove their Late Time claims using class wide evidence including but not limited to Range Reports, Operator Rule Books, bulletins, payroll data, and information from and/or representative testimony of Operators to establish that Defendant's runs routinely arrive at their end points after the scheduled arrival time and the average amount of the resulting unpaid time. Damages will be established through representative testimony by Operators and by Plaintiffs' expert Dr. Drogin as outlined in more detail in Dr. Drogin's report.

## D. Penalties and Interest

Plaintiffs intend to prove their claims for penalties and interest using the above-referenced sources and testimony by Plaintiffs' expert to establish the amount of penalties and interest owed.

5

## IV. Representative Testimony Is Legally Sound

In certifying this case as a class action, the Court stated:

> Not surprisingly, class members might have been affected by Defendant's allegedly illegal policies to different degrees—Plaintiffs do not assert otherwise. But that fact alone does not overcome the predominant nature of the central question: *whether time for which Defendant does not pay its Operators is compensable*. "The amount of damages is invariably an individual question and does not defeat class action treatment." *See Blackie v. Barrack*, 524 F.2d 891, 905 (9th Cir. 1975) (citation omitted); *Leyva v. Medline*, 716 F.3d 510, 513–14 (9th Cir. 2013) (noting that "damages determinations are individual in nearly all wage-and-hour class actions" and finding that this does not defeat class action certification) (citation omitted). Particularly where, as here, the claims at issue concern the legitimacy of Defendant's compensation system, rather than the actions of individual Operators, class certification is appropriate. *See Ortega v. J.B. Hunt Transport, Inc.*, 258 F.R.D. 361, 367 (C.D. Cal. 2009) (finding question regarding legality of defendant's compensation system suitable for class-wide resolution where defendant argued that class members' individual experiences with meal and rest breaks predominated the legal inquiry) (citation omitted).
>
> The Court finds that the "common" legal or factual issues are of sufficient importance to the case such that the most efficient, fair, and sensible method of adjudication is through a class action.

Docket No. 189 at 13:25-14:12.

Defendant failed to keep records of the time at issue. Accordingly, Plaintiffs need only prove their damages by just and reasonable inference. *See Anderson v. Mt. Clemens Pottery Co.*, 328 U.S. 680, 687 (1946); *Tyson Food, Inc. v. Bouaphakeo*, 577 U. S. __ (2016).

For efficiency purposes and to avoid unnecessarily wasting judicial resources with duplicative, cumulative, and never-ending testimony, this Court can and should adhere to the well-settled principal that cases alleging violations of the FLSA and other wage and hour laws are customarily tried based on representative proof. *See, e.g., Tyson Food, Inc. v. Bouaphakeo*, 577 U. S. __ (2016) ("In this suit, as *in Mt. Clemens*, respondents sought to introduce a representative sample to fill an evidentiary gap created by the employer's failure to keep adequate records. If the employees had proceeded with 3,344 individual lawsuits, each employee likely would have had to introduce Mericle's study to prove the hours he or she worked. Rather than absolving the employees from proving individual injury, the representative evidence here was a permissible means of making that very showing."); *O'Brien v. Ed Donnelly Enters.*, 575 F.3d 567, 585 (6th Cir. 2009) ("Furthermore, it is

6

possible that representative testimony from a subset of plaintiffs could be used to facilitate the presentation of proof of FLSA violations, when such proof would ordinarily be individualized."); *Dep't of Labor v. Cole Enters., Inc.*, 62 F.3d 775, 781 (6th Cir. 1995) ("The testimony of fairly representative employees may be the basis for an award of back wages to non-testifying employees."). *See also Morgan v. Family Dollar Stores, Inc.*, 551 F.3d 1233, 1276-80 (11th Cir. 2008) (concluding that the general rule is that not all employees have to testify to prove overtime violations); *Reich v. S. New England Telecomms. Corp.*, 121 F.3d 58, 67 (2d Cir. 1997) ("it is well-established that the Secretary may present the testimony of a representative sample of employees as part of his proof of the prima facie case under the FLSA"); *Reich v. Gateway Press*, 13 F.3d 685, 701 (3d Cir. 1994) ("not all employees need to testify in order to prove violations or to recoup back wages"); *Donovan v. Bel-Loc Finer*, 780 F.2d 1113, 1116 (4th Cir. 1985) (recognizing that requiring each plaintiff to testify would thwart the purposes of the sort of representational testimony clearly contemplated by *Anderson v. Mt. Clemens Pottery Co.*, 328 U.S. 680 (1946)); *Takacs v. Hahn Auto.*, 1999 WL 33127976, at *3 (S.D. Ohio June 25, 1999) (granting the plaintiffs' request to prove damages through representative proof consisting of four to six plaintiffs); *Stillman v. Staples, Inc.*, 2009 WL 1437817, at *18 (D.N.J. May 15, 2009) (explaining that representative testimony is permitted in FLSA actions).

## V. Plaintiffs' Proposed Trial Schedule

Plaintiffs propose the following schedule for trial. In the event of a liability finding, the Court would decide the appropriate injunctive and declaratory relief.

| Trial Day | Date | Plan |
|-----------|------|------|
| 1 | Tues. Nov. 29 | Jury instructions and both sides' opening statements |
| 2 | Wed. Nov. 30 | Plaintiffs' case day 1: Testimony by adverse witnesses; presentation of deposition testimony and discovery responses |

| 3 | Thurs. Dec. 1 | Plaintiffs' case day 2: Testimony of Judy Bowers and other supervisory witnesses (*e.g.*, dispatchers, road supervisors, and union offcials) |
| 4 | Mon. Dec. 5 | Plaintiffs' case day 3: Testimony of Operators |
| 5 | Tues. Dec. 6 | Plaintiffs' case day 4: Testimony of Plaintiffs' experts and testimony of Defendant's experts |
| 6 | Wed. Dec. 7 | Plaintiffs' case day 5: Testimony of Operators |
| 7 | Thurs. Dec. 8 | Defendants' case day 1 |
| 8 | Mon. Dec. 12 | Defendants' case day 2 |
| 9 | Tues. Dec. 13 | Defendants' case day 3 |
| 10 | Wed. Dec. 14 | Defendants' case day 4 |
| 11 | Thurs. Dec. 15 | Defendants' case day 5 |
| 12 | Mon. Dec. 19 | Defendants' case day 6 |
| 13 | Tues. Dec. 20 | Defendants' case day 7 |
| 14 | Wed. Dec. 21 | Plaintiffs' case day 6: Rebuttal witnesses |
| 15 | Thurs. Dec. 22 | Plaintiffs' case day 7: Rebuttal witnesses |
| 16 | Mon. Dec. 26 | Both sides' closing statements |

## VI.    As an Alternative, the Court Could Allow Individual Damages Hearings

If the Court does not accept representative proof of damages, the Court could alternatively allow individual damages hearings after determining liability on a class-wide basis. *See Butler v. Sears, Roebuck and Co.*, 727 F.3d 796, 800 (7th Cir. 2013) ("[A] class action limited to determining liability on a class-wide basis, with separate hearings to determine--if liability is established--the damages of individual class members, or homogenous groups of class members, is permitted by Rule 23(c)(4) and will often be the sensible way to proceed.") (citing advisory committee notes to 1966 amendment of Rule 23(b)(3)); *McReynolds v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, 672 F.3d 482, 490-91 (7th Cir. 2012) (endorsing use of Rule 23(c)(4) to determine "on a classwide basis" a "pair of

8

issues" concerning the lawfulness of an employer's practices, even if partial certification would necessitate "hundreds of separate trials . . . to determine which class members were actually adversely affected by one or both of the practices and if so what loss [was] sustained"); *In re Allstate Ins. Co.*, 400 F.3d 505, 508 (7th Cir. 2005) (suggesting that partial certification of a Rule 23(b)(3) class "to determine whether Allstate had a policy of forcing its employee agents to quit," followed by "individual hearings . . . to determine which of the members of the class were actually affected by the policy," would be "a more efficient procedure than litigating the class-wide issue of Allstate's policy anew in more than a thousand separate lawsuits"); *Carnegie v. Household Int'l Inc.*, 376 F.3d 656, 661-63 (7th Cir. 2004) (the "prospect" of conducting "separate proceedings" to determine individual class members' damages "need not defeat class treatment of the question whether the defendants violated" the law).

## VII. As Another Alternative, the Court Could Allow This Action To Be Maintained With Respect to Certain Issues Under Rule 23(c)(4)

Federal Rule of Civil Procedure 23(c)(4) provides: "When appropriate, an action may be maintained as a class action with respect to particular issues."

In its order granting class certification, the Court found that there were certain predominant common questions of law and fact. Regarding Turn-In Time and Start-End Time, the Court found: "Plaintiffs' claims . . . concern the legality of Defendant's payment practices, and apply to all Operators. This Defendant has conceded. For each, the predominant question is whether Defendant's policies and practices not to compensate Operators for such time violate Wage Order No. 9, Labor Code section 1194, and the SFMWO." Docket No. 189 at 13:9-13. Regarding Late Time, the Court found: "Plaintiffs have raised common questions of fact and law that, when answered as to one class member, will resolve "in one stroke" an issue that is central to the validity of all Operators' claims: whether Defendants' failure to compensate Operators for late runs constitutes a violation of Wage Order No. 9, Labor Code section 1194, and the SFMWO. *Id*. at 7:19-23. The Court further found: "Here, class-wide questions relating to late time include whether: (1) Defendant has constructive knowledge that

its Operators work routinely late time; (2) Defendant's scheduling policies systematically subject Operators to incur routinely late time; (3) Defendant has actual or constructive knowledge that its policies and practices require its Operators to work routinely late time; (4) Defendant has actual or constructive knowledge that Operators who work routinely late time are not compensated for such time; and (5) whether Defendant's policies and procedures relating to submission of overtime cards amount to a 'policy to violate the policy.'" *Id.* 16:8-14.

Therefore, the Court could still maintain the action as a class action at trial with respect to particular issues that the Court identified in its order granting Plaintiffs' motion for class certification in the event that the Court deems such certification appropriate. *See* Rule 23(c)(4); *Valentino v. Carter-Wallace, Inc.*, 97 F.3d 1227, 1234 (9th Cir. 1996).

DATED: July 1, 2016                    Respectfully submitted,

                                       THE TIDRICK LAW FIRM

                                       By:      /s/ Steven G. Tidrick
                                       _____
                                       STEVEN G. TIDRICK, SBN 224760
                                       JOEL B. YOUNG, SBN 236662

                                       Attorneys for Individual and Representative
                                       Plaintiffs DARRYL A. STITT, TONY
                                       GRANDBERRY, and HEDY GRIFFIN,
                                       and for the CERTIFIED CLASS

Exhibit A

I, RICHARD DROGIN, hereby declare:

1) **<u>Introduction</u>**

   a) The facts set forth herein are personally known to me or they are facts that I have been made aware of that experts in my field reasonably rely upon in forming opinions on the subjects herein. If called as a witness, I could and would competently testify thereto.

2) **<u>Assignment</u>**

   a) Plaintiffs' counsel retained me in the case of *Stitt, et al. v. The San Francisco Municipal Transportation Agency*, Case No. 12-cv-03704-YGR, to act as a statistical consultant to make calculations regarding the number of occurrences and amount of time spent on various tasks outlined below, estimate aggregate class wide damages, and to provide advice and counsel on sampling issues. In undertaking my assignment, I have considered information from a variety of sources, each of which is of a type that is reasonably relied upon by experts in my field. The sources are identified on **Appendix 2** to this report. I have also relied upon my own professional judgment and expertise gained during the time I have been involved in litigation similar to the case at hand.

3) **<u>Summary of Qualifications</u>**

   a) I hold a Ph.D. in statistics from the University of California at Berkeley, earned in 1970. I am currently an Emeritus Professor in the Department of Statistics at California State University, Hayward, where I have taught graduate and undergraduate courses in data analysis, non-parametric methods, regression analysis, sample surveys, probability theory, queuing theory, simulation methods and design of statistical software. I have been employed at California State University, Hayward, since 1973, and became an Emeritus Professor in 1996.

b) I am a partner in the statistical consulting firm of Drogin, Kakigi & Associates.  This firm provides consulting services and computerized database management.  We have experience in designing and analyzing random sampling plans, organizing and managing large database systems, stochastic modeling, and performing advanced statistical analysis.  Our firm has served as statistical consultants to both governmental agencies and private sector entities for over thirty years.  I have been retained as a statistical consultant in over 250 class action cases, primarily cases involving employment discrimination and wage and hour claims, and I have testified over twenty-five (25) times as an expert witness (statistical analysis, computer processing) in numerous state and federal courts.  I have never failed to qualify as an expert in statistics in any litigation.  A copy of my current resume is attached hereto as **Appendix 1**.

4) **Basis of Opinions**[1]

   a) **Trapeze**

      i) Defendant has used a computer software program called Trapeze for scheduling and timekeeping for all bus and train Operators (collectively "Operators"). Defendant also has used Trapeze to create "range reports" that list "run numbers," which identify an Operator's daily assignment.  The range reports also identify the daily pay amount for each run number, *i.e.*, for each Operator's daily assignment. That daily pay amount is calculated by adding together the predetermined numbers of compensable hours for the various categories of time listed for that run, including driving time, reporting time, standby time, a lunch allowance, and, in limited instances, travel time, and

---

[1] The facts outlined in the Basis of Opinions are based on Plaintiffs' Motion for Class Certification, documents produced by Defendant in response to discovery requests propounded by Plaintiffs, Defendant's deposition testimony, and/or witness declarations.

multiplying that total time estimate by certain hourly rates. Defendant's compensation system excludes activities outlined below.

b) **Start-End Travel Time**

   i) Defendant designs runs that may start and end at different geographical points. As a result, Operators engage in non-commute travel time between those different geographical points. Specifically, Operators whose run assignments begin at a relief location must first go to the division and then travel to the relief location to start their run. The time required for Operators to travel from a division to the relief location to start their run is referred to as "Start Travel." Alternatively, Operators whose run assignments begin at a division and end at a relief location travel back to their personal vehicle at the end of their run before they can commence their commute from work to home. This time is referred to as "End Travel." Defendant fails to pay Operators for time engaged in such "Start Travel" and "End Travel," referred to collectively as "Start-End Travel Time."[2]

c) **Turn-In Time**

   i) Defendant designs numerous runs that end at Defendant's divisions. Defendant maintains a policy and practice of requiring all Operators assigned to such runs to perform various tasks after pulling in to the division gate, including parking the vehicle, performing a walk-through inspection of the vehicle, completing a defect card, and/or returning the defect card and transfers to a specific location at the division. The time to complete these tasks is referred to as "Turn-In Time."

---

[2] As outlined below, Defendant maintains a practice of compensating certain Operators for Start-End Travel Time.

Defendant does not include Turn-In Time in the schedules that it creates using Trapeze and does not pay for such time.[3]

d) **Routinely Late Time**

    i) As described above, the amount an Operator receives in compensation for driving the bus or train is set by a predetermined schedule from Trapeze rather than the actual time driving. Defendant has a practice of designing its runs in a manner that underestimates the amount of time required to complete the run. Defendant also maintains a uniform policy, applicable to all Operators, that requires Operators to not operate their vehicle ahead of schedule. As a result of Defendant's run design, transit vehicles routinely arrive at the end point of the daily runs later than the scheduled arrival time (hereinafter referred to as "Routinely Late Time"). Operators are not paid for Routinely Late Time, as described in more detail below.

5) **Documents Relied Upon**

a) Plaintiffs' counsel has made available to me various pleadings, motions, deposition transcripts, witness declarations, written discovery responses, as well as documents and data files obtained through discovery. A complete list of the document/files received and/or documents/files relied upon is provided on **Appendix 2**. In calculating aggregate classwide damages, I have relied on various documents, including but not limited to: the class list, work assignment data, payroll data, signup data, range reports, Trapeze data,

---

[3] With respect to Cable Car Operators, Defendant maintains a practice of compensating such operators for Turn-In Time.

GEAC data, and travel times from 511.org. The following is a brief description of this data[4]:

i) Class List: This is a list of Operators who are in either the FLSA or Rule 23 class. The file contains employee identification numbers, badge numbers, names, and, for those in the FLSA class, the date the FLSA consent form was filed with the Court.

ii) Work Assignment Data: This data provides the daily run assignment performed for each Operator on a daily basis. This data shows the runs assigned to Operators during the period July 1, 2009 through November 14, 2015, and includes 13,966,671 records for 4,180 employees. The data file is organized into records, each of which may contain data for the following categories that were used for computing aggregate classwide damages:

(1) Blocknum: Vehicle assignment (represented as the two digit line number or line group number followed by the two digit number representing vehicle sequence in the schedule).

(2) Work date: Date when the work described was performed.

(3) Divisionid (Tkpay): Identification number of the division.

(4) Employeeid (Tkpay): SFMTA's employee badge number (also known as "cap id").

(5) Runnum (Workname): Employee run assignment.

(6) PieceNum (TLkpay): If the employee has a split shift, denotes which piece of work for the employee's shift that the row of data represents.

---

[4] Descriptions used for the data are based on documents produced by Defendant in response to written discovery propounded by Plaintiffs, Defendant's deposition testimony, and/or witness declarations.

iii) Time and Payroll Data:  The time and payroll data is contained in three (3) datasets.

(1) The payroll data contains daily payroll records, including employee identification number, date, names, earn codes hours, and amount of earnings for that day. Originally, payroll data was provided only for the period August 27, 2012 through August 14, 2015.  Subsequently, data was provided for the period August 15, 2015 through November 14, 2015. The data file is organized into records, each of which may contain data for computing aggregate classwide damages.

(2) The GEAC[5] database contains payroll data by pay period (bi-weekly) for the period December 25, 2009 through August 17, 2012.[6] This data was produced in lieu of the payroll data described above because Defendant was using the GEAC database to process payroll and personnel data until August 2012 when Defendant converted its payroll system from GEAC to PeopleSoft 9.0. Defendant produced this data on a bi-weekly basis for each Operator. However, due to Defendant's maintenance of the GEAC data, the data from this system did not contain any earn codes, hours worked per day, and/or amount of earnings per day. As a result, this data did not contain all of the relevant information needed to calculate the number of paid hours per day and the Trapeze data referenced below was used to supplement that missing information. The GEAC data was used only to determine the pay rate for each pay period during the period covered by the data.

(3) The Trapeze database contains time records by day for the period July 1, 2009 through August 16, 2012.  Additionally, another file was produced containing

---

[5] GEAC stands for a system Defendant used to calculate employee pay. The name for this system was taken from the former name of a vendor, GEAC Computer Corporation.
[6] No GEAC data was produced for the period of July 16, 2009 to December 24, 2009.

Trapeze data for the period August 16, 2012 through August 25, 2012. As outlined above, the Trapeze data was used to determine the hours paid each day during the period covered by the data because such information was not available in the GEAC Data.

iv) Signup Data:  Signup data identifies the run each Operator was assigned when bidding took place and the interval of time to which the assignment applied. This data was provided for the period June 13, 2009 through March 11, 2016.

v) Range Reports: Range reports describe runs during the period February 21, 2009 through April 22, 2016. The data file is organized into records, each of which may contain the following categories that were used for computing the aggregate classwide damages:

(1) Division: Identification number of the division.

(2) Run: Unique number associated with an Operator assignment.

(3) Block: Unique number associated with the work performed by a particular transit vehicle.

(4) Piece: If the employee has a split shift, denotes which piece of work for the employee's shift that the row of data represents.

(5) Trav: Paid time for Operators to travel during their assignment.[7]

(6) SD/SR: Stand-by time or time paid to be available for work after the run is completed or before the run begins.  (SD) is stand-by time at the division or garage whereas (SR) is stand-by time at the relief point.

(7) Lun: Lunch allowance.

---

[7] Defendant also maintains a practice of including travel time in the lunch allowance in limited situations.

(8) Piece Start Location: Geographical start location of the run.

(9) Piece End Location: the geographical end location of the run.

(10) From Date: Beginning date run is in effect.

(11) To Date: Ending date run is in effect.

vi) Travel Time Data: This file contains the travel time to go from a Piece Start Location to a Piece End Location and/or Piece End Location to a Piece Start Location. Travel time calculations were performed for all of the combinations of Piece Start Locations and Piece End Locations in the range report data. The travel times were derived from the 511 Trip Planner (www.511.org). The 511 Trip Planner found on the 511.org website is an interactive tool that allows users to generate step-by-step instructions for traveling from place to place on public transportation including an itinerary with schedules, fares, time estimates, and interactive maps. As discussed in detail below, I have relied on the 511 Trip Planner to derive the best available method for estimating the actual amount of time it takes to travel between two points, for purposes of determining the amount of travel time associated with the various Piece Start Location/Piece End Location pairs. The times found in the travel time data include not only time spent on public transportation, but also time spent waiting, walking, and transferring, when applicable.

6) **Processing Raw Data**

a) In order to compute the damages presented below, I prepared a person-day file, combining the information from the different raw data sources described in the previous paragraph. There are two (2) separate person identifiers used in the various data files: badge number and employee identification number. I started with the work assignment

data, which indicates the run(s) performed by Operators each day. Operators are identified by their badge number in the work assignment data. I then appended basic information from the class list, including employee identification number, whether the Operator filed a FLSA consent form, and the date the FLSA consent form was filed with the Court. Successively, I then appended information from the signup data, range reports, travel time data, results of Plaintiffs' random sample (described below), information identifying the day of the week, week number, pay period, hourly pay rate used for damages and the total hours paid in the day, and indicators showing the type of unpaid time that applied for each day. A complete list of fields in the merged data file is given in **Appendix 3**.

7) **Calculation of Unpaid Time for Class Wide Damage Analysis**

a) Plaintiffs contend there are three (3) categories of time worked during an Operator's shift that are unpaid including Start-End Travel Time, Turn-In Time, and Routinely Late Time. Below I outline the steps used to calculate the amount of unpaid time for these three (3) categories.

i) **Determining Travel Time Associated With Piece Start Location – Piece End Location Pairs**

(1) I was informed by Plaintiffs' counsel that Defendant has not kept records of the actual amount of time Plaintiffs have spent engaged in Start-End Travel Time. As a result, it became necessary to determine the best available method for estimating the amounts of time to associate with each of the various pairs of Piece Start Locations and Piece End Locations in the range reports. To determine the amounts of travel time associated with the various pairs of Piece Start Locations

and Piece End Locations in the range reports, I relied on travel times derived from 511 Trip Planner data. The 511 Trip Planner was utilized using the following parameters: fastest trip; medium walking speed; and one (1) mile as the maximum walking distance between points.[8] Once a trip was created using the 511 Trip Planner function, the amounts of travel time spent walking and/or riding a particular mode of transportation were then recorded in the appropriate column for respective Piece Start Location and Piece End Location in the range reports. When multiple options were created for a particular trip the fastest trip was selected. The waiting time for the suggested mode of transportation by the 511 Trip Planner was gathered from the headway time (*i.e.*, the expected amount of time between vehicles on a particular route) reflected on SFMTA's transit schedules listed on 511.org. Additionally, for Operators engaging in Start-Travel Time, the waiting time spent for the vehicle the Operator was set to relieve (referred to as "Start Travel Wait Time") was estimated as specified below. The information contained in these travel time calculations derived from 511.org was then appended to each run in the range report data to generate a travel time for every run. A complete list of travel times for the Piece Start Location and Piece End Location for all runs in the range reports is listed in **Appendix 4**.

ii) **Random Sample**

(1) In order to estimate the time Operators spent engaging in Start Travel Wait Time, Turn-In Time, and Routinely Late Time, it was necessary to take a random

---

[8] Plaintiffs' counsel provided me with PDFs of computer printouts containing the results of 511 Trip Planner inquiries concerning travel between various Piece Start Locations and Piece End Locations in the range reports. I also supervised associates at my firm in checking the results.

sample of class members.   Random sampling is a statistical technique used to make inferences about an entire population based on information gathered from a subset of the population.[9] Sampling is used in all areas of research when it is impossible or cumbersome to obtain information about each member of a population.  The benefit of random sampling methods results from the fact that the information obtained from the random sample is likely to be representative of the population from which it was drawn.

(2) When statisticians refer to a simple random sample they are referring to a sample that is drawn in such a way that all elements of the population are equally likely to be selected.  A standard procedure to obtain a random sample from a population is to assign a random number to each element of the population, then sort the population according to the assigned random numbers.  The resulting randomized list is like a shuffled deck of population elements.  A random sample of $n$ elements is then obtained by taking the first $n$ elements of the randomized list.

(3) According to the theory of probability, it is statistically valid to extrapolate estimates from the sample to the population when the sample is a random sample from the population.  Data in a random sample is used to compute point estimates of population values.  The theory of probability allows the specification of how far the population values might differ from their sample estimates, and therefore the accuracy of the estimate can be calculated.  Statisticians specify the accuracy of sample estimates in terms of a confidence interval.  A confidence interval

---

[9] An excellent discussion of random sampling and surveys is presented in *Reference Manual on Scientific Evidence,* Third Edition, published by the Federal Judicial Center, in the chapter on *"Reference Guide on Statistics,"* particularly pages 211-249.

consists of a point estimate and a lower and upper bound for the quantity being estimated, and a degree of confidence that the true value of the parameter is between the upper and lower bound. Statisticians commonly use ninety-five (95%) for the level of confidence in computing confidence intervals.[10] For example, suppose the estimate of unpaid compensable minutes per day for shifts is twenty (20) minutes based on the sample data, with a margin of error of three (3) minutes. In this case the point estimate is twenty (20) minutes, and the ninety-five (95%) confidence interval would be the interval from seventeen (17) to twenty-three (23) minutes (*i.e.* 20-3 to 20+3). In other words, we could be highly confident (*i.e.* with ninety-five (95%) confidence) that the true value of the average unpaid compensable minutes per day for the whole population is between seventeen (17) and twenty-three (23) minutes. A *relative confidence interval* gives the same information, but expresses the margin of error as a percentage of the point estimate. In the above example, the relative margin of error is twenty (20) minutes plus or minus fifteen percent (15%) (where fifteen percent (15%) is the percentage that 3 is of 20).

(4) I provided Plaintiffs' counsel with a random sample of class members drawn from the class list, and they obtained affidavits from persons in the sample describing the time they spent engaging in Start Travel Wait Time, Turn-In Time, and Routinely Late Time. To take the sample, I obtained the Class List. I then put this list in random order, by attaching a random number to each person and then sorting the people by the random number. In order to select a sample of a

---

[10] In *Bell v. Farmers* a 95% confidence interval was used to describe the accuracy of the estimated average hours of unpaid overtime.

specific size, *n*, the first *n* people on the randomly ordered list constitute a random sample. This is a standard method statisticians use for selecting a random sample from a population.

iii) **Sample Size**

(1) Generally, the accuracy of an estimate depends on the sample size, as well as the variation in the population being sampled. There is no "correct" sample size for all situations. "Bigger samples have less sampling error. On the other hand, smaller samples may be easier to manage, and have less non-sampling error. Bigger samples are more expensive than smaller ones: generally, resource constraints will determine the sample size."[11]

(2) I suggested that a sample size between three hundred (300) and four hundred (400) would probably be sufficient to obtain reliable estimates.[12] Plaintiffs' counsel chose to select a sample size of four hundred (400). Subsequently, after contacting the persons in the sample and reviewing the work assignment and range report data, it was determined that some of those initially selected in the sample may not be in the class, had insufficient data provided by the Defendant to enable using their data in the calculation of average unpaid time, were deceased, or could not be located. Eventually, three hundred and five (305) affidavits were obtained from class members in the sample. A complete list of the four hundred

---

[11] D.A. Freedman. "Sampling." In the *Encyclopedia of Social Science Research Methods.* Sage Publications (2004) Vol. 3 pp. 986–990. M. Lewis-Beck, A. Bryman, and T. F. Liao, eds. [PDF-Preprint]
[12] In *Bell v. Farmers* the court approved a random sample of 294 class members for estimating the overtime hours worked by class members.

(400) Operators, data obtained, or reasons why data was not collected, is given in **Appendix 5**.

iv) **Results of Plaintiffs' Random Sample**

(1) The sample data was used to estimate the average time spent engaging in Start Travel Wait Time, Turn-In Time, and Routinely Late Time. [13]  I computed the average time per day spent on each of the four (4) components, for the days when each component applied.  The average time per day for a component was computed from the sample data using a *ratio estimate*,[14] in order to account for the variable number of days that a time component took place for different Operators and different shifts.  The ratio estimate is a weighted average, where the weight for each Operator is proportional to the number of days on which the time component was incurred by that Operator, based on work assignment and range report records.  For example, suppose one Operator worked ninety (90) days when they could be late at division, and attested to spending ten (10) minutes per day in these situations.  Further, suppose another Operator worked only ten (10) days when they could be late at division, and claimed they spent twenty (20) minutes per day in these situations.  The ratio estimate for the average time for these two Operators would be eleven (11) minutes/day = (90x10 + 10x20)/100,

---

[13] Routinely Late Time was divided into times Operators were late at a relief location or late at a division.  These are referred to as "Late to Relief" and "Late to Division."

[14] This is a standard statistical procedure used by statisticians in situations where the members of the random sample have a different number of occurrences of the events being measured. In the present case, Operators worked different numbers of days overall, and had different numbers of days where they incurred a particular component of unpaid time, depending on the type of run they performed.  The statistical formulas I have used in the calculations of unpaid time are the same formulas used to estimate unpaid overtime hours worked in the *Bell v. Farmer* case.  See *Elementary Survey Sampling*, Scheaffer, Mendenhall, and Ott, Fourth Edition, pages 154-155.

thus taking into account that the first Operator worked ninety (90) days and the second Operator worked only ten (10) days in such late at division situations.

(2) Table 1 below shows the estimated time and ninety-five percent (95%) confidence intervals derived from the results of the random sample, as testified to in the affidavits collected.

**Table 1**

**Plaintiffs' Sample Estimates[15] of Unpaid Time and 95% Confidence Intervals**

|                           | Sample  | Margin of Error |          |
| ------------------------- | ------- | --------------- | -------- |
| Unpaid Time Component     | Average | Minutes         | Relative |
| Start Travel Wait Time    | 20.472  | ±2.362          | 11.5%    |
| Turn-In Time              | 12.256  | ±0.466          | 3.8%     |
| Late at Relief            | 10.422  | ±0.620          | 5.9%     |
| Late at Division          | 10.397  | ±0.454          | 4.4%     |
| Total Unpaid Minutes/Day  | 41.809  | ±2.178          | 5.2%     |

v) **Computing Unpaid Hours in a Day**

(1) This section describes the methodology for computing the unpaid hours an Operator worked in a day, for days beginning during the relevant damage liability period. For FLSA damages that are computed on a weekly basis, the total unpaid hours during a week is simply the sum of the unpaid hours for days during that week. As mentioned above, unpaid hours in a particular day result from a combination of Start-End Travel Time, Turn-In Time, and Routinely Late Time, depending on which components apply for runs performed that day. The persons

---

[15] Sample Average is in units of minutes per occurrence. The average "Total Unpaid Minutes/Day" is the ratio average of unpaid minutes per day across the three hundred and five (305) Operators in the sample. For a particular day worked by an Operator, the total unpaid minutes in that day is the sum of the Start Travel Wait Time, Turn-In, Late at Relief, Late at Division, and Travel Time (from 511.org) that applied to the run during that day.

and days considered are those contained in the work assignment data. This data file of daily records includes fields for badge number, work date, and codes that designate a particular run that was performed (Division, Run Number, Block Number, and Piece Number). The range report data provides a run number and description for runs performed during the liability periods and the run number codes in the work assignment data. When these data files are linked, the start and end location of each run shown in the Work Assignment can be determined, as well as certain fields that indicate the Report Time paid, Travel Time hours paid, Standby Time at division paid, Standby time at relief point time paid, and/or Lunch Allowance paid.[16]

(2) I categorized the run(s) an Operator performed during a day by the sequence of locations indicating the start and end of a run, either division or relief point. For days when an Operator performed a single run, the possibilities are: start at division and end at division ("DD"), start at division and end at relief point ("DR"), start at relief point and end at division ("RD"), or start at relief point and end at relief point ("RR"). When an Operator performs two (2) runs in a day, there are sixteen (16) possible combinations (*i.e.*, DDDD, DDDR, DDRD, etc.). The following rules were used to assign unpaid time for run(s) performed by an Operator during a particular day[17]:

(a) Start Travel Time can occur when a run starts at a relief point;

---

[16] In the range reports these fields are labeled as "R/C TIME," "Trav," "SD/SR," and "Lun" respectively.
[17] For runs out of the Cable Car Division there is no claim for Start-End Travel Time or Turn-In time, and therefore those components are not included in the calculation of unpaid time for such runs.

(b) End Travel Time can occur when a run ends at a relief point;

(c) Turn-In Time can occur when a run ends at a division;

(d) Late to Relief Time can occur when a run ends at a relief point; and

(e) Late to Division Time can occur when a run ends at a division.

(3) When there are two (2) runs in a day, an Operator may incur one of these unpaid time components 2 times in that day. For example, in the case when an Operator performs two (2) runs in a day, and both runs start and end at a division (denoted by 'DDDD') then the Operator could incur unpaid Turn-In Time and Routinely Late Time twice, once at each run end location.

(4) In order to ensure that unpaid Start-End Travel Time, Turn-In Time and/or Routinely Late Time was not added to runs where such time was already being paid and/or the Operator was being paid Standby time when such activity may had been performed, the following exceptions were included in unpaid time computations:

(a) No Start-End Travel Time was added to 1-piece runs that included payment for travel time at the beginning or end of such run[18];

(b) No Routinely Late Time or Turn-In Time was added to the first piece of a 2-piece run if Standby Time was being paid[19] between the two pieces of the two piece run. Routinely Late Time or Turn-In Time was added to the end of the second piece only if applicable (*e.g.*, if the piece ended at a division);

---

[18] Travel time was considered paid if 'Trav' in the range report was positive for the run.
[19] Standby time was considered paid if 'SD/SR' in the range report was positive for the run.

(c) No Start-End Travel Time was added to runs at the Green Division (the division for light rail and historic street car vehicles) with a lunch allowance that was greater than or equal to 1 hour[20]; and

(d) No Start-End Travel Time or Turn-In Time was added to runs at the Cable Car Division.

(5) Based on the categorization of a run, and the rules for determining the relevant components of unpaid time for that run, I have computed the total unpaid time for each run. The average times determined from the random sample of Operators[21] are used for each component of unpaid time included for the run. The total unpaid time for a run is the sum of the unpaid time for each component. For example, a run that starts and ends at a division (referred to as 'DD') would include components only for Turn-In Time of 12.256 minutes and Routinely Late Time at a division of 10.397. A run that started at a division and ended at a relief point (referred to as 'DR') would include a component for End Travel Time[22] and Routinely Late Time at a relief point of 10.422.

vi) **Determining Hours Paid, and Hourly Pay Rate**

(1) Because of changes in Defendant's timekeeping and payroll system, hours paid per day were determined from the Trapeze data for the period July 16, 2009 through August 25, 2012, and from the payroll data for the period August 27, 2012 through November 14, 2015. In order to determine the number of hours paid

---

[20] Defendant stated that it maintained a practice of paying Start-End Travel Time to Operators performing such runs. However, such time was incorporated into the lunch allowance of the Operators' daily pay rather than in the travel time allowance.
[21] See Table 1 above for sample average times used in calculation.
[22] The travel time component is derived from 511.org as described above.

per day during the period when the payroll data was available, the amount of time worked was computed as the sum of the values in the Hours field for Earn Codes OST, OSU, WKP, and TSP.[23] The number of hours paid per day during the period when the Trapeze data was available was computed as the sum of the paid time values corresponding to Earn Codes of OST, OSU,WKP, or TSP.[24]

(2) The regular rate of pay used in the damage calculation was determined from the GEAC data for the period December 25, 2009 through August 17, 2012, and from the payroll data for the period August 27, 2012 through November 14, 2015. The 'SALARY_RATE' field from the GEAC data was used for the regular rate of pay.[25]

(3) In order to determine the regular rate of pay using the payroll data, pursuant to counsel's instructions, I computed the ratio of total earnings for certain Earn Codes divided by total hours for certain Earn Codes. In particular, for the total earnings (numerator) I included the sum of values in the AMOUNT field for Earn Codes E09, E10, E27, E28, H01, H28, L22, L23, LA8, OST, OSU, R29, R33, SOS, SUS, SH2, S48, TSP, and WKP. For the total hours (denominator) I included the sum of the values in the HOURS field for Earn Codes OST, OSU,

---

[23] Defendant has not provided the meanings of the Earn Codes. Therefore, the inclusion and/or non-inclusion of certain Earn Codes to calculate the number of hours paid per day may need to be adjusted once the definitions of the Earn Codes are provided. Plaintiffs assume that Earn Codes stands for earning codes.

[24] In order to determine a corresponding Earn Code for each Trapeze Pay Code I relied upon the document produced by Defendant entitled Paycodes.pdf (Bates Number CCSF 095704). Hours paid were determined from the 'paytime' field divided by 3600. The 'payrollcode' field was used to identify when paytime corresponded to Earn Codes OST, OSU, TSP, and WKP, according to the mapping in the document produced by Defendant entitled Paycodes.pdf (Bates Number CCSF 095704).

[25] It was not possible to compute the Regular Rate for GEAC data, because information designating the types of earnings is not available.

TSP, and WKP.[26] The regular rate of pay was then computed by taking the ratio

of the total earnings (*i.e.*, the numerator described above) in a pay period divided

by the paid hours (*i.e.*, the denominator described above) for that pay period.

(4) When no hourly rate could be determined due to insufficient data from Defendant

the following hourly rates were used: $27.92 (during the time period of July 16,

2009 – June 30, 2011); $29.52 (during the time period of July 1, 2011 – October

14, 2014); and $30.0366 (during the time period of October 14, 2014 – November

14, 2015). These amounts represent the Operators' wage rate as provided in the

San Francisco City Charter and/or the collective bargaining agreement between

the Defendant and TWU Local 250-A.

8) **Damages, Liquidated Damages, Penalties, and Interest Calculations**

a) **Overview**

i) I have computed aggregate class wide damages, liquidated damages, interest, and

penalties, where appropriate, resulting from the unpaid wages for Start-End Travel

Time, Turn-In Time, and Routinely Late Time, assuming that these times are unpaid

and compensable. These aggregate classwide damage calculations described below

are made for four (4) different models:

(1) **FLSA – 3 Year Statute of Limitations Period**

(a) FLSA aggregate classwide damages consist of the unpaid wages for hours

worked in excess of forty (40) hours in a week. Damages are computed on a

weekly basis (for payroll purposes weeks are Saturday through Friday) by first

determining the paid hours in a week, and then determining the unpaid hours.

---

[26] The inclusion and/or non-inclusion of certain Earn Codes to calculate the Regular Rate of Pay
may need to be adjusted once the definitions of the Earn Codes are provided.

If the total of paid and unpaid hours is greater than forty (40) hours during a week, the excess unpaid hours over forty (40) is used to compute damages. For example, if an employee were paid for thirty-eight (38) hours and had two (2) unpaid hours during the week, there would be no unpaid time. Another example: if an employee were paid for thirty-eight (38) hours in a week and had three (3) unpaid hours, damages would then be based on one (1) hour of overtime. Another example: if an employee were paid for forty-one (41) hours in a week and worked two (2) unpaid hours, damages would be computed for two (2) hours of overtime. Unpaid overtime hours used for damages are computed at time-and-a-half, using the Regular Rate described above. The statute of limitations assumed that all class members would be eligible for unpaid wages from three (3) years prior to each individual's opt-in date (*i.e.*, the date the class member's FLSA consent form was filed with the Court) through the period of time that the class member worked after that date.[27]

(2) **FLSA – 2 Year Statute of Limitations Period**

    (a) Aggregate classwide damages used the same calculation as above. The statute of limitations assumed that all class members would be eligible for unpaid wages from two (2) years prior to each individual's opt-in date through the period of time that the class member worked after that date.

---

[27] For all unpaid wage calculations under the FLSA, San Francisco Minimum Wage Ordinance ("SFMWO") and the Private Attorney General Act of 2004 codified in Cal. Lab. Code § 2698, *et seq.* ("PAGA"), Plaintiffs used the end date of November 12, 2015 for which unpaid wages were calculated. Such date represents the last day for which Plaintiffs were provided work assignment data.

(3) **PAGA – 1 Year Statute of Limitations Period**

    (a) Plaintiffs' counsel informed me that PAGA allows aggrieved employees to recover an amount that would be sufficient to recover the unpaid wages for violations of Industrial Welfare Commission Order No. 9-2001 Regulating Wages, Hours, and Working Conditions in the Transportation Industry. Aggregate classwide damages under this model are computed for all unpaid hours worked. The amounts owned for the unpaid hours are computed only at the straight-time rate. The statute of limitations period used for each class member for PAGA damages assumes that class members are eligible for PAGA damages if the class member worked on or after the date that is one (1) year prior to the filing of the complaint in this action (*i.e.*, July 16, 2011) through the period of time that the class member worked after that date.

(4) **SFMWO – 3 Year Statute of Limitations Period**

    (a) Aggregate class wide damages under this model are computed for all unpaid hours worked. The amount owed for the unpaid hours worked are computed only at the straight-time rate. The statute of limitations period used for the SFMWO assumes that class members are eligible for unpaid wages if the class member worked on or after the date that is three (3) years prior to the filing of the complaint in this action (*i.e.*, July 16, 2009) through the period of time that the class member worked after that date.

(5) **Interest Calculation**

(a) In each of the four (4) models interest is computed for each week that damages accrue, through November 29, 2016, using seven percent (7%) simple interest.

(6) **FSLA Liquidated Damages Calculation**

(a) I have calculated liquidated damages in an amount equal to the total damages under the FLSA, for each of the statute of limitation periods outline above (*i.e.*, 2-year and 3-year).

(7) **SFMWO Liquidated Damages Calculation**

(a) Liquidated damages under the SFMWO are calculated in the amount of $50 per day, beginning the first day an Operator was not paid the minimum wage, and continuing until November 29, 2016. If the earliest date of non-payment of the minimum wage occurred for a class member on or after May 1, 2015, there was no SFMWO liquidated damage calculated for such class member.

(8) **California Labor Code Civil Penalties Calculation**

(a) Based on Plaintiffs' allegation that Defendant failed to pay its employees in accordance with Wage Order 9, civil penalties under the California Labor Code were calculated as follows: (1) Initial Violation -- $50.00 for each underpaid employee for each pay period during which the employee was underpaid after July 16, 2011; and (2) Subsequent Violations -- $100.00 for each underpaid employee for each pay period during which the employee was underpaid. The first pay period used for calculating civil penalties was July 16, 2011 and the last pay period was November 12, 2015.

b) **Damages Calculation**

i) Table 2 below shows the amount of damages, interest, liquidated damages, and penalties computed as described above, for the four (4) models:[28]

Table 2

**Damages, Interest, and Penalties**

| Model | Person Weeks | Damages | Interest | Liquidated/ Penalties[29] | Damages + Interest | Total |
|-------|------|---------|----------|-----------|------------|-------|
| FLSA – 2 Year | 310374 | 31518517. | 6718529. | 31518517. | 38237046. | 69755563. |
| FLSA – 3 Year | 385596 | 38486791. | 9406205. | 38486791. | 47892996. | 86379787. |
| CA State | 372880 | 35203828. | 7717729. | 19478550. | 42921557. | 62400107. |
| SFMWO | 546205 | 49496745. | 14088604. | 331440650. | 63585350. | 395026000. |

9) **Credits Against Damages Owed**

a) Plaintiffs' counsel has instructed me to reduce Plaintiffs' damages, calculated by the method discussed above, based on the following:

i) In situations where the daily overtime hours already paid in a particular week are greater than the weekly overtime hours calculated under the FLSA for that same week, then reduce the amount of unpaid wages due for unpaid Start-End Travel Time, Turn-In Time, and Routinely Late Time by any daily overtime compensation paid that would not have been paid, but for daily overtime premium;

ii) Offset any unpaid wages calculated for Start-End Travel Time, Turn-In Time, and Routinely Late Time in excess of forty (40) hours in a particular week by the amount of premium wages paid during that week for Holiday Premium Pay; and

---

[28] For Operators that submitted a FLSA consent form, but were not listed on Rule 23 Class List, their damages under the SFMWO and PAGA were included in the aggregate classwide damage calculations.

[29] For the FLSA and SFMWO models, this column indicates amount of liquidated damages. For the CA State model, this column indicates penalties.

iii) Offset any unpaid wages calculated for Start-End Travel Time, Turn-In Time, and Routinely Late Time in excess of forty (40) hours in a particular week by the amount of premium wages paid during that week for Birthday Premium Pay.

b) Despite these instructions my calculations did not include the offsets described above because: (1) Defendant failed to provide meanings of the Earn Codes listed in the payroll data; and (2) the GEAC data produced by Defendant contained no payroll codes and gives only earnings information summarized for 2 week pay periods and not on a daily basis. As a result, it was impossible to determine which Earn Codes and/or payroll codes should be used to determine any potential offset. If such information is provided I can revise my calculations to include any potential offset listed above.

10) **Missing Information/Data**

a) It has come to my attention that some of the information/data necessary to calculate damages for all class members for all weeks worked is missing. Plaintiffs' counsel informs me that they are working with Defendant's counsel to provide me with some, if not all, of that information/data. If the records are provided to me in a timely manner, I will supplement my calculations before trial by incorporating the missing data described below. Plaintiffs' counsel has informed me that the following information/data is still missing:

i) Trapeze data for the day of August 26, 2012;

ii) Definitions of the Earn Codes in the payroll data;

iii) Definitions of the pay codes in the Trapeze data;

iv) GEAC data from July 16, 2009 to August 24, 2009;

v) Definitions of codes in the GEAC data;

vi) Meanings of the column headers in the Trapeze data;

vii) Meanings of the column headers in the GEAC data;

viii)  Various Piece Start Locations and/or Piece End Locations for runs in the range reports;

ix) Payroll information for certain class members;

x)  Work assignment data for certain class members; and

xi) Payroll data for certain class members.

11)  **<u>Conclusion</u>**

a)  The opinions expressed above are my present opinions subject to the following reservations. Amendments or additions to this report may be required as a result of developments prior to or at trial, including, but not limited to, the resolution of the missing information/data referenced above, discovery of new evidence, expert testimony, and the testimony of any other witness in deposition or at trial. I anticipate using at trial selected exhibits attached to this report, documents reviewed in connection with their preparation, enhanced graphic versions of selected exhibits included in this report (*i.e.*, redrafted to improve their presentation quality), and additional graphics illustrating concepts described in this report.

b)  I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 10th day of May 2016 at Berkeley, California.

_____

Richard Drogin, Ph. D.

# Appendix 1

## Vita of RICHARD DROGIN
rdrogin@dkstat.com
www.dkstat.com

### CURRENT POSITIONS
Professor Emeritus of Statistics, Calif. State University, Hayward, CA, since 1996;
Partner in Drogin, Kakigi and Associates, Statistical Consultants, since 1977;

### PRIOR WORK EXPERIENCE
Professor of Statistics, Calif. State University, Hayward, CA, 1973-96;
Currently Professor Emeritus;
Ass't Professor of Mathematical Statistics, Columbia University, N.Y., 1971-73;
Faculty Fellow, Mathematics, University of Sussex, Brighton, England, 1970-71;

### EDUCATION
University of California, Berkeley, 1967-70, Statistics, Ph.D.;
Columbia University, New York, 1966-67, Statistics;
University of California, Berkeley, 1961-66, A.B.;

### JOURNAL PUBLICATIONS
"An Invariance Principle for Martingales", Annals of Mathematical Statistics, Vol. 43, No. 2, 1972, pp. 602-620;

"Convergence in Probability to Brownian Motion", Annals of Probability, Vol. 1, No. 2, April, 1973, pp. 254-262;

Co-author, with Michael Orkin, of "Risky Business", a review of the spreadsheet/simulation program PREDICT, appeared in PC World, October, 1987, pps 178-183;

### BOOK PUBLICATION
Vital Statistics, (Co-Author, Michael Orkin), McGraw Hill, 1974;

### SOFTWARE
Developer of "NIGHTSHIFT" program, an artificial intelligence system utilizing genetic algorithms to identify patterns in databases (1995);

Certified Apple Software Developer, and member of Apple Programmer's and Developer's Association; May, 1987 to 1993;

Beta tester for Borland International for Turbo Pascal for the Macintosh (1986-87), and Turbo Pascal Database Toolbox for the Macintosh (1987);

Co-developer, with Michael Orkin, of "THE EXPERT": artificial intelligence system for identifying patterns in football and basketball data for PC's, 1990, and other sports database programs;

Co-developer, with Michael Orkin and Roxy Roxborough, of "ROXY'S POWER RATINGS", a power ratings system for pro-football for PC's, 1990;

LEGAL CONSULTING

Testified as expert witness in statistics over twenty times in federal, state, and superior Court;

A partial list of clients includes the Equal Employment Opportunity, The California State Department of Fair Employment and Housing, the Federal Public Defender's Office, Office of Civil Rights, Littler Mendelson Fastiff Tichy Mathiason, Morrison & Foerster, the Alameda County Public Defender's Office, the City Attorney's Office of Oakland, Legal Aid Society of Alameda County, San Francisco Neighborhood Legal Assistance, Public Advocates, Equal Rights Advocates, the Employment Law Center, Center for Law in the Public Interest, California Teachers Association, Internation Brotherhood of Electrical Workers, California State Employees Association, Mexican American Legal Defense and Educational Fund, and the NAACP Legal Defense Fund, the law firm of Saperstein, Goldstein, Demchak and Baller, the law firm of Sprenger and Lang, the law firm of Rudy, Excelrod and Zieff; the law firm of Righetti Glugoski, the Wynne Law Firm; the law firm of Lieff, Cabraser, Heimann and Bernstein, the law firm of Sanford, Wittels & Heisler; and The Impact Fund.

OTHER CONSULTING

Retained by JAMS (ADR) to perform statistical analysis of rejection rates among adjudicators for claims submitted in a class action settlement, May 2012.

Retained as court appointed statistical expert in Consolidated Class Actions v. Sunshine Communications, Case No. GIC 780641, Superior Court of California, San Diego County, 2003.

Retained by the California State Department of Fair Employment and Housing to analyze employment data for Lawrence Livermore Laboratory, 2001;

Retained by Office of Civil Rights, Department of Education, to analyze law school admission and criteria for several University of California Law Schools, 1997-8;

Calculation of probabilities of various card game outcomes for Casino San Pablo, 1996-7;

Custom programming to produce summaries of personnel data for California hospital associations, 1996-7;

Analysis of phone quality data for J Walter Thompson advertising agency, 1990;

Sample design and review of drug testing program for IBEW, 1990;

Sample design and analysis of data for BART study of commuter patterns, 1989;

Development of market research multiple regression software package for Gazette Press, Inc., 1987

Analysis of employment patterns among Operating Engineers, Local 3, for the Affirmative Action Trust Fund, appointed by defendants and plaintiffs, 1986-87;

Analysis of 1970 and 1980 census data regarding changes in occupational status of women, Institute for the Study of Social Change, U.C., Berkeley, July, 1984;

Analysis of University Admissions data at U.C., Berkeley, for Student Affirmative Action Advisory Committee, September, 1982;

Analysis of employment patterns and opinion survey data for the U.S. Forest Service, in preparation of an affirmative action plan, 1981-82;

Analysis of housing sales in the Fruitvale and West Oakland areas of Oakland for Oakland Community Organization, 1980-81;

Statistical consultant on survey of Mexican Immigration patterns, 1980-81;

Statistical analysis of Law School Admissions data for Mexican American Legal Defense and Education Fund, 1980;

Develop statistical analysis of California Loan Registry Data for Legal Aid Society of Alameda County, Legal Aid Society of Los Angeles, California Rural Legal Assistance, San Francisco neighborhood Legal Assistance, and Public Advocates, 1978-81;

INVITED LECTURES & SEMINARS

Panelist at Lawyers Coordinating Committee AFL-CIO Southern California Regional Conference, Statistical Sampling in Wage and Hour Cases, October 30, 2007

Panelist at American Conference Institute's 5th National Forum on "Wage Hour Litigation", October 4, 2007

Panelist at California Employment Lawyers Association Conference, May 11, 2007, "Using Expert Testimony"

Panelist at ABA Labor & Employment Law Conference, March 29, 2001, breakout session on the "Use of Statistical Evidence in Employment Discrimination Litigation"

Presented seminar on statistical methods and expert witness testimony in Title VII cases at Hastings School of Law, February, 1997, March, 1998, and February, 1999;

Appeared on cable TV interview show to discuss statistical

analysis in employement discrimination litigation, Calif. State
University, Hayward, CA, November 10, 1995;

Presented lecture on computers, databases, and statistical proof
in large class action lawsuits, at the "Litigating Civil and
 Statuory Class Actions" conference, Hastings College of Law, April 30, 1994;

Presented a seminar on statistical methods in age discrimination cases for Practicing
Law Institute, February 13, 1987;

Presented seminar on statistical methods at Golden Gate University Law School,
February, 1983;

Presented one day seminar for attorneys and staff of the State Department of Fair
Employment and Housing, on statistical methods, February 5, 1982;

Presented a talk to the American Statistical Association meeting, February, 1982, on
statistical methods used in Title VII cases;

Presented talks at the MALDEF-EEOC conferences on discrimination and the Law,
San Francisco, June, 1978, and Los Angeles, October, 1978;

MATA V. MANPOWER INC., United States District Court, Northern District of California – San Jose Division, Case No. 14-CV-03787-LHK, declaration March 2016.

CHANN V. SOUTHERN CALIFORNAI GAS COMPANY, Superior Court of the State of California, County of Los Angeles – Central District, Case No. BC522049, declaration March 2015.

ALLAGAS V. BP SOLAR INTERNATIONAL, INC., United States District Court, Northern District of California, Case No. 3:14-cv-00560-SI, declaration November 2015, deposition December 2015.

DAVIS V. ST. JUDE HOSPITAL, Superior Court of the State of California for the County of Orange, Case No. 30-2012-00602596-CU-OE-CXC, declaration October 2015.

SHINOHUI V. CEC ENTERTAINMENT, INC., Superior Court of California, County of Riverside, Historic Courthouse (Main Streed), Case No. MCC 1401546, declaration October 2015.

WILLIAMS V. ALLSTATE INSURANCE COMPANY, Superior Court of The State of California, County of Los Angeles – Central District – Central Civil West, Case No. BC382577, declarations October and November 2015.

MADUAGWU V. UHS OF DELAWARE, INC., Superior Court of California, County of Los Angeles, Case No. BC521378, declaration September 2015.

SANCHEZ V. MCDONALD'S RESTAURANTS OF CALIFORNIA, INC., Superior Court of the State of California, County of Los Angeles – Central Civil West, Case No. BC499888, declaration August 2015, deposition October 2015.

KARAPETIAN V. AMERICAN MEDICAL RESPONSE INC., Superior Court of the State of California, County of Los Angeles, Caes No. BC405195, declaration July 2015.

TAFOLLA V. AMERICAN HONDA MOTOR COMPANY, INC., Superior Court of the State of California, County of Los Angeles, Central District, Case No. BC 514857, declaration January 2015, deposition July 2015.

OCHOA V. MCDONALD'S CORPORATION, United States District Court, Northern District of California – San Francisco, Case No. 3:14-cv-02098-JD, declaration April 2015.

CURLEY V. SAVE MART SUPERMARKETS, Superior Court of California, County of Alameda, Case No. RG-13-685740, declarations January and October 2015.

WILSON V. ROCK-TENN COMPANY, Superior Court of California, County of Los Angeles, Case No. BC488456, declarations July 2014 and February 2015.

ISABEL EDMISTON V. LOMA LINDA UNIVERSITY MEDICAL CENTER, Superior Court of California, County of Riverside, Case No. MCC 1300610, declaration November 2014, deposition January 2015.

LOVE V. WAL-MART STORES, INC., United States District Court, Southern District of Florida, Case No. 0:12-cv-61959-RNS, declaration and deposition February 2015.

DENISE MAYS V. CHILDREN'S HOSPITAL LOS ANGELES, Superior Court of California, County of Los Angeles, Case No. BC477830, declarations November 2014 and March 2015, deposition January 2015.

MARTIN ARNAUDOV V. CALIFORNIA DELTA MECHANICAL, United States District Court for the Northern District of California, San Francisco Division, Case No. CV 13-2306 NC, declaration December 2104.

BALJINDER RAI, V. SANTA CLARA VALLEY TRANSPORTATION AUTHORITY, United States District Court for the Northern District of California, Case No. CV-04344-PSG, declarations November 2014, October 2015.

JOSHUA KROLL V. REGUS MANAGEMENT GROUP, Case No. BC 498401, Superior Court of California, County of Los Angeles, declaration November 2014

PEABODY V. ORANGE COUNTY TRANSPORTATION, United States District Court, Central District of California, Orange, Case No. SACV 13-01226 JLS (ANx), declarations June and November 2014.

SALGADO V. THE DAILY BREEZE, Superior Court of California, County of Los Angeles, Case No. BC458074, declaration August 2014.

EDWARDS V. KB HOME, Case No. 3:11-ef-00240, United States District Court, Southern District of Texas, Galveston Division, declarations August and September 2014.

LYNCH V. REGUS MANAGEMENT, Case No. RG1366950, Superior Court of California, County of Alameda, declarations August 2014 and February 2015, deposition September 2014.

RON MODARAEI V. ACTION PROPERTY MANAGEMENT, Case No. BC495179, Superior Court of California, County of Los Angeles, declaration August 2014.

ESPINOZA V. EAST WEST BANK, Case No. BC502166, Superior Court of California, County of Los Angeles, declaration June 2014.

CENTERPLATE V. UNITE HERE, LOCAL 2, Case No. 13-cv-2318-YGR, United States District Court, Northern District of California, San Francisco Division, declaration and deposition, February 2014.

AIRTOUCH CELLULAR WAGE AND HOUR CASES, Judicial Council Coordination Proceeding (JCCP) No. 4693, Superior Court of California, County of Los Angeles, declarations January and June 2014.

STITT V. THE SAN FRANCISCO MUNICIPAL TRANSPORTATION COMPANY, Case No. C-12-03704-YGR, United States District Court, Northern District of California, Declaration December 2013.

LOU V. MA LABORATORIES, Case No. 3:12-cv-05409-WHA (NC), United States District Court, Northern District of California, declarations August and October 2013.

JONES V. CANON BUSINESS SOLUTIONS, Case No. 2:12-CV-07195-JAK-JEM, United States District Court, Central District of California, declaration July 2013.

ICARD V. ECOLAB, Case No. CGC-09-495344, Superior Court of the State of California, County of San Francisco, declarations April and May 2013.

PAPARELLA V. JP MORGAN CHASE, Case No. 30-2010-00370146, Superior Court of California, Orange County, declarations February and July 2013, deposition March 2013.

LADORE V. ECOLAB, Case No. CV 11-9386 FMO (FMOx), United States District Court, Central District of California, declaration January 2013.

MCCARTHY V. VALERO, Case No. 1100059728, JAMS San Francisco, declaration December 2012.

GOMEZ V. PIZZA HUT OF SOUTHEAST KANSAS, Case No., CIVVS 900679, Superior Court of the State of California for the County of San Bernardino, deposition October 2012.

YOUNG V. WADDELL & REED, Case No. 09 CV 02909 DMS (WVG), U.S. District Court, Southern District of California, declaration July 2012, deposition July 2012.

FRALEY V. FACEBOOK, Case No. 11-CV-01726 (PSG), U.S. District Court, Northern District of California, San Jose Division, declaration March 2012, deposition April 2012.

RIEVE V. COVENTRY HEALTH CARE, Case No. SACV 11-1032 DOC (MLGx), declaration February 2012, deposition May 2012.

PYTELEWSKI V. COSTCO WHOLESALE CORPORATION, Case No. 09-CV-2473(BLM), U.S. District Court, Southern District of California, declaration February 2012, deposition

BICKLEY V. SCHNEIDER NATIONAL CARRIERS, Case No. 3:08-cv-05806-JSW (NMC), U.S. District Court, Northern District of California, declarations November 2011, January 2012, February 2012.

WILLIAMS V. H&R BLOCK FINANCIAL ADVISERS, Case No. RG08366506, Superior Court of California, County of Alameda, declarations December 2011, January 2012.

LUQUE V. AT&T CORP., PACIFIC BELL TELEPHONE CO., Case No. 3:09CV5885, U.S. District Court, Northern District of California, declaration December 2011.

ARTIS v. JOHN DEERE, Case No. C-10-05289 WHA, U.S. District Court, Northern District, California, declaration November 2011.

DRISCOLL v. GRANITEROCK COMPANY Superior Court California, County of Santa Clara, Case No.: 1-08-CV-103426, deposition and trial testimony July 2011.

UPSON v. SUR LA TABLE INC., Case BC424012, Superior Court California, County of Los Angeles, declaration February 2011, deposition March 2011.

WALKER v. USPS, EEOC Case No. 320-A2-8390X, Agency Case No. 4E-800-0240-02, declaration January 2011, deposition February 2011, trial testimony January 2012.

CORDOVA v. COMERICA BANK, Case No. 2:09-cv-08905-MMM (PLAx), United States District Court, Central District of California, declaration, December 20, 2010.

LEIGHTON v, ALDO, U.S. INC., Case No. BC386379, Superior Court of California, County of Los Angeles, declaration December 13, 2010.

STOETZL v. STATE OF CALIFORNIA, DEPT OF CORRECTIONS, Case No. CGC-08-474096, Superior Court of California, County of San Francisco, declarations July and September 2010.

BURAKOFF v. US BANCORP, Case No. BC341430, Superior Court in the State of California, County of Los Angeles, (Central District) declarations August and September 2010.

BEHAEIN v. PIZZA HUT, Case No. BC384563, Superior Court in the State of California, County of Los Angeles, (Central Civil West) declaration August 2010.

SHARON PERKINS v. SOUTHERN NEW ENGLAND TELEPHONE COMPANY, Case No. 3:07CV967 (JCH), United States District Court, District of Connecticut, declaration April, October, December 2010.

ROSEN V. BMO NESBITT BURNS, Case No. CV-10-396685, Ontario Superior Court of Justice, Canada, declarations June 2010, January 2011, March 2012.

TRAN v. PROTIVITI CORP., Case No. BC351862, Superior Corut in the State of California, County of Los Angeles, declarations January and February 2010.

MARTINEZ v. JOE'S CRAB SHACK, Case No. BC 377269, Superior Court of California, County of Los Angeles, Central District, declaration January 2010.

KASTANOS v. CENTRAL CONCRETE SUPPLY CO., Case No. HG07-319366 County of Alameda, Superior Court of the State of California, declarations November 2009 and January 2010.

KRONING v. MR. CHOW ENTERPRISES, Case No. BC390641, County of Los Angeles, Superior Court of the State of California, declaration December 2009.

CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION v. ARNOLD SCHWARZENEGGER, in his capacity as Governor of the State of California, Case No. RG-09-441544, County of Alameda, Superior Court of the State of California, declaration November 2009.

GARNER v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Case No. CV 08 1365 CW (EMC), United States District Court, Northern District of Calfiornia, declarations August and September 2009.

PFIZENMEIER v. CITIFINANCIAL MANAGEMENT CORPORATION, Case No. 37-2008-00084289-CU-OE-CTL, Superior Court of the State of California, County San Diego, declaration, September 2009 and February 2010.

HERNANDEZ v. ANNA'S LINENS, Case No. GIC 840481, County of Orange, Superior Court of the State of California, declaration, declaration June 2009, May 2010, deposition January 2011.

RODRIGUEZ v. GATE CITY BEVERAGE DISTRIBUTORS, Case No. SCVSS142242 consolidated with Case No. SCVSS 147748, Superior Court of the State of California, County of San Bernardino, Western; declaration, June 2009.

RANDALL v. ROLLS ROYCE CORPORATION, Cause No.: 1:06-CV-0860-SEB-JPG, United States District Court, Southern District of Indiana, Indianapolis Division, declarations April, May 2009.

ROSA v. MORRISON HOMES INC., Stanislaus County Superior Court, State of California, Case No. 373059, declaration, February 2009.

TANKSLEY et. al. v. NORTHWEST AIRLINES, INC. and AIR LINE PILOTS INTERNATIONAL, Civil File No. 07-4803 (JNE/JJG), United States District Court, District of Minnesota, declaration December 2008.

FONG v. HOOP RETAIL STORES, LLC dba THE DISNEY STORE, County of Los Angeles, Superior Court of the State of California, declarations, Case No. BC 355121, declarations October and December 2008, March 2009.

PIPER v. RGIS, Case No. 3:06-cv-05778 JCS, Case No. 3:07-cv-00032 JCS, United States District Court, Northern District of California, declarations 2008

SYVERSON v. IBM, Case No. C 03 04529 RMW, United States District Court, Northern District of Calfironia, San Jose Division, declaration July and September 2008

PUCHALSKI v. TACO BELL CORP., Case No. GIC 870429, Superior Court in the State of California, County of San Diego, declarations July 2008, July 2009, and September 2010, November 2011, depositions April 2009 and April 2012, trial testimony April 2012.

MCCRACKEN v. CANADIAN NATIONAL RAILWAY COMPANY, Court File No. 08-CV-351183 CP, Ontario Superior Court of Justice, affidavit July 2008, March 2009.

FULAWKA v. BANK OF NOVA SCOTIA, Court File No. 07-CV-345166CP, Ontario Superior Court of Justice, affidavits June 2008, January 2009.

HOLLOWAY v. BEST BUY, Case No. C-05-5056, PJH (MEJ) U.S. District Court, Northern District, California, various declarations and deposition, 2008.

CHOU V. STARBUCKS CORPORATION, Case No. GIC 836925, County of San Diego, Superior Court of the State of California, declarations, November 16, 2007, and February 28, 2008, deposition March 2008, trial testimony March 12, 2008.

DARA FRESCO V. CANADIAN IMPERIAL BANK OF COMMERCE, Court File No. 07-CV-334112CP, Ontario Superior Court of Justice, affidavits November 2007, July 2008, deposition October 2008.

BROWN V. CANADIAN IMPERIAL BANK OF COMMERCE, Court File No. CV-08-365119CP, Ontario Superior Court of Justice, affidavits April 2010, January 2011, May 2011, deposition October 2011.

JANTZ V. SSA, EEOC No. 531-2006-00276X, Agency No. HQ-06-2518-SSA, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, BALTIMORE DISTRICT OFFICE. Declaration, November 2007.

CICAIROS V. SUMMIT LOGISTIC INC. AND BLUEFORD V. SAFEWAY INC., Case No. CV014837, County of San Joaquin – Stockton Branch of the State of California; declarations, October 1, 2007, April 2012.

PAUL VELIZ V. CINTAS CORPORATION, Case No 03-01180 (SBA), United States District Court, Northern District of Calfiornia, (Oakland Division), declaration September 2007 and March 2009, deposition March 2009.

CLAUSNITZER V. FEDERAL EXPRESS CORP., Civil Action No. 06-21457-CIV-Altonage/Turnoff, United States District Court Southern District of Florida, Miami Division; declaration September 14, 2007

WARD V. ALBERTSON, Case No. BC237646, County of Los Angeles, Superior Court of the State of California, declaration, May 2007

DURAN V. US.BANK NATIONAL ASSOCIATE,Case No. 2001-035537, County of Alameda, Superior Court of the State of California, declaration, deposition, June 2006, April 2007

HOHNBAUM V. BRINKER RESTAURANT CORPORATION, Case No. GIC 834348, San Diego, Superior Court, State of California, declaration May 2006;

ROCHER et al. V. SAV-ON DRUG STORES, INC., Case No. BC 227720, Los Angeles Superior Court, State of California, declaration, March 2006;

FOSTER v. FEDERAL EXPRESS, No. BC 282300, Los Angeles County Superior Court, State of California; declaration, February 2006

Coordinating Proceeding Special Title (Rule) 1550(b)-Shake Roof Cases; Judicial Council Coordination Proceeding No. 4208, Superior Court of the State of California, Contra Costa County; report, deposition and trial 2005.

ELLIS V. COSTCO WHOLESALE CORPORATION, Case No. C-04-3341 MHP, U.S. District Court, Northern District, California, declaration, May 2005, May 2006, November 2006.

Coordinating Proceeding Special Title (Rule) 1550(b)-Staples Overtime Cases; Case No.:4235, lead Case No. 816121, Superior Court of the State of California, County of Orange; deposition April 2005.

SATCHELL V. FEDERAL EXPRESS, C 03-2659 SI; C 03-2878 SI, U.S. District Court, Northern District, California, various declarations and deposition, 2004.

PARRA V. BASHAS' INC., Case No. CIV 02 0591 PHX RCB, U.S. District Court, District of Arizona, declaration and deposition, July 2004.

ERVIN V. RATELLE, Case N. BS 215587, Superior Court of The State of California, County of San Diego; deposition, January 2004.

SYLVESTER MCCLAIN v. LUFKIN INDUSTRIES, INC., Case No. 9:97-CV-063, U.S. District Court, Eastern District of Texas, report, deposition, trial 2003; declaration March 2009.

GARRETT CUTLER v. WAL-MART STORES, No., CA-02-10206, Circuit Court for Prince George County, Maryland, declaration and deposition, 2003.

CRYSTAL SALVAS v. WAL-MART STORES, No. 01-3645, Middlesex, Superior Court Department, Commonwealth of Massachusetts, declaration and deposition, 2003

RICHISON v. AMERICAN CEMWOOD, Case No. 005532, San Jouquin County Superior Court, State of California; declarations, deposition, 2002-3.

DUKES v. WAL-MART, INC., C-01-2252 MJJ, , U.S. District Court, Northern District, California, various declarations and deposition, 2003.

SALGADU v. MABUBANI, et. al, No, CV01-04360 FMC, Central District of California, declaration 2002, deposition January, 2003.

MITCHELL, et. al. v.METROPOLITAN LIFE INSURANCE CO., 01 Civ.2112 (WHP) declaration December 2002 and deposition January, 2003.

SAVAGLIO V. WAL-MART STORES, CASE NO. 835687-7 Superior Court of The State of California, County of Alameda; declaration and deposition, December 2002.

STONE V. FIRST UNION CORP., NO. 94-6932-CIV-GOLD, U.S. District Court, Southern District of Florida, Miami Division, declaration, 2002, deposition 2005.

BELL V. FARMERS INSURANCE, NO.774013-0, Alameda County Superior Court, State of California; declarations, deposition,1999-2001, trial testimony 2001; Appeal decision 115 Cal.App.4th 715 (2004)

YBARRA et al V. CALIFORNIA REDI-DATE COMPANY, No. CV 00-7043/7044 U.S. District Court, Northern District, California, declaration and deposition, 2001;

AGUARDO et al. V. PIZZA HUT, San Francisco County Superior Court, State of California, Case No. 994947; declaration February 2001;

BROOKS V. FIRST UNION, Superior Court of New Jersey, Middlesex Country, No. L-2401-99; declarations February 2001 and 2002, deposition 2005;

SINGLETON V. REGENTS OF THE UNIVERSITY OF CALIFORNIA, No. 807233-1, Alameda County Superior Court, State of California; declarations and deposition 2000-2;

BECKMANN V. WCCO et. al., File No. 3-96 Civ. 1172, declaration and deposition, 1999;

CHARLES V. SECRETARY OF NAVY, C 91-2153 MHP, declaration, 1998;

JARVAISE V. RAND Corp, NO 1:96CV02680 (HHG); declaration and deposition, 1998;

TURNER V. TOROTEL, INC., No. 96-0646-CV-W-5, declaration and deposition, 1998;

BUTLER v. HOME DEPOT U.S.A., INC., No. C 95-2182 SI,  U.S. District Court, Northern District, California, various declaration and deposition, 1997;

CANADY V. ALLSTATE INSURANCE COMPANY, ET AL., NO. 96-0174-CV-W-2, U.S. District Court, Western District of Missouri, Western Division; declaration 1997;

BYRD v. SPRINT CORPORATION, ET AL., No. CV92-18979, Circuit Court of Jackson County, Missouri at Kansas City; declaration 1996;

SHORES v. PUBLIX SUPER MARKETS, INC., No. 95-1162-CIV-T-25E, U.S. District Court, Middle District of Florida, Tampa Division; declarations submitted for class certification, 1995; presentation to mediator in settlement talks 1996;

PLUMMER v. DON COTE, ALAMEDA COUNTY, C-94-0838 EFL,  Superior Court, Alameda County, California; declaration submitted, February, 1996;

JONES v. FORD MOTOR COMPANY, No. 95-MD-1044, 95-71123, 3-93-370, Eastern District of Michigan, Southern Division; declarations submitted for class certification, deposition, 1995-1996, 1998;

APPLETON, v. DELOITTE & TOUCHE, No. 3-95-0483 (Middle District of Tennessee); declaration submitted for class certification, deposition, 1995, 1996;

FRANK V. UNITED AIRLINES, INC., N.D. Cal. Case No C92 0692 CAL declarations and deposition, 1995-96;

ROBERT ADAMS, JR. v. PINOLE POINT STEEL COMPANY, NO. C-92-1962 MHP, U.S. District Court, Northern District, California;  declaration submitted for class certification, deposition 1993, 1994, 1995;

SONDRA W. HYMAN v. FIRST UNION CORPORATON, Civil No. 94-1043 (EGS), U.S. District Court, District of Columbia; various declarations, 1994, 1995, 1997;

WHITING v. HUNTER, MO. 676752-50H, Alameda Country Superior Court, California; deposition and trial testimony, 1995, 1996;

BABBITT v. ALBERTSON'S INC., No. C92 1883 SBA (PJH), Northern District of California; declarations, 1994;

TAYLOR v. O'CHARLEY'S, No. 3:94-0489, U.S. District Court, Middle District of Tennessee; declarations, 1994;

BARBARA JEAN HERRING v. SAVE MART, No. C-90-3571 BAC, U.S. District Court, Northern District, California, December 17, 1993;

NANCY J. STENDER v. LUCKY STORES, Inc, No. C-88-1467 MHP, U.S. District Court, Northern District, California, 1991 & 1992, deposed and submitted reports for liability and damage trials;

HAYNES v. SHONEY, No. PCA 89-30093-RV, U.S. District Court, Northern District of Florida; declaration submitted for class certification, 1991;

PINES v. STATE FARM, SA CV 89 - 631 AHS (RWRx), U.S. District Court, central District of California; declaration submitted for class certification, 1991;

SIBI SOROKA, SUE URRY, and WILLIAM D'ARCANGELO v. DAYTON HUDSON CORP., dba TARGET STORES, No. H-143579-3, Superior Court, County of Alameda, California; declaration 1990;

**DROGIN, KAKIGI & ASSOCIATES**
**Statistical Consultants**
**3104 Shattuck Avenue**
**Berkeley, CA 94705**
**(510) 540-5071**
**www.dkstat.com**

FEE SCHEDULE as of March 2014

1. Consulting, analysis, development
     Partners                                      $300/hour
     Staff programmer                   $150/hour
     Data Entry and Verification        $75./hour

2. Deposition/Testimony                  $400/hour

# Appendix 2

# Appendix 2

## <u>Documents/Data Files Relied Upon</u>

1. Work Assignment Data
   a. CCSF 95545 – FY2010 Transit Operator Work Assignments & Hours.csv
   b. CCSF 95546 – FY2011 Transit Operator Work Assignments & Hours.csv
   c. CCSF 95547 – FY2012 Transit Operator Work Assignments & Hours.csv
   d. CCSF 95548 – FY2013 Transit Operator Work Assignments & Hours.csv
   e. CCSF 95549 – FY2014 Transit Operator Work Assignments & Hours.csv
   f. CCSF 97714 – Transit Operator Work Assignments (July 2014-Nov 2015) Combined.mdb
2. Sign-Up data
   a. CCSF 095672 – 151016-SignupData.xlsx
3. Class List
   a. FLSA – Rule 23 Class List.xlsx
4. Payroll data
   a. CCSF 95671 – CTRL091203.accdb
   b. CCSF 162036 – 2015-08-15 to 2015-11-14 9163 Payroll Records
   c. CCSF 162037 – 2015-08-15 to 2015-11-14 9163 Payroll Records
5. Trapeze Data
   a. CCSF_122957 – payroll_data_1.csv
   b. CCSF_122958 – payroll_data_2.csv
   c. CCSF_122959 – payroll_data_3.csv
   d. CCSF 161983 - CONFIDENTIAL.txt
6. Range Reports
   a. CCSF 103688 – 2009-2011.xlsx
   b. CCSF 103689 – 2012-2013.xlsx
   c. CCSF 103690 – 2014-2015.xlsx
   d. CCSF 162070 – Raw Ranges from Trapeze 2009 Winter.xlsx
   e. CCSF 162071 – Raw Ranges from Trapeze 2009 gsu.xlsx
   f. CCSF 162072 – Raw Ranges from Trapeze 2009 Summer.xlsx
   g. CCSF 162073 – NEW Raw Ranges from Trapeze 2010 Special Events.xlsx
   h. CCSF 162074 – NEW Raw Ranges from Trapeze 2011.xlsx
   i. CCSF 162075 – NEW Raw Ranges from Trapeze 2012A.xlsx
   j. CCSF 162076 – NEW Raw Ranges from Trapeze 2012B.xlsx
   k. CCSF 162077 – NEW Raw Ranges from Trapeze 2013 Special Events.xlsx
   l. CCSF 162078 – NEW Raw Ranges from Trapeze 2014 Special Events.xlsx
   m. CCSF 162079 – NEW Raw Ranges from Trapeze 2015 Special Events.xlsx
7. Travel Time Calculations
   a. Travel Time Calculations.xlsx
   b. Travel Time PDFs
8. Plaintiff Sample Results
   a. Declarations of Operators

  b.  Sample Results.xlsx

9.  GEAC

  a.  CCSF 161887 – Earnings PPE 12252009 thru 08172012.accdb

10. Documents Produced by Defendant including but not limited to:

  a.  CCSF 095704 – Paycodes

  b.  CCSF 097713 – Column Header definitions

  c.  CCSF 162035 – eMerge_Earn_Code _List_Descrips - Jan 2014

  d.  CCSF 162034 – eMerge_Deductions_Code _List_Descrips - Jan 2014

  e.  CCSF 005304 – CBA July 2004 - June 2011

  f.  CCSF 005406 – CBA July 2011 - June 2014

11. Defendants' Responses to various written discovery including but not limited to:

  a.  Defendant's Responses to Tony Grandberry Request For Admissions To Defendant City and County of San Francisco, Set Three

  b.  Defendant's Response to Plaintiff  Hedy Griffin's Interrogatories, Set Two

12. Plaintiffs' Notice of Motion and Motion for Class Certification

13. Declaration of Steven G. Tidrick, Esq. In Support of (1) Plaintiffs' Motion for Class Certification; and (2) Plaintiffs' Motion for Approval of Hoffman-La Roche Notice

14. Email dated March 27, 2016 from Plaintiffs Counsel to Defendant's Counsel Linda Ross regarding Stitt vs SFMTA: Follow-Up Items

15. Second Amended Collective and Class Action Complaint (filed 3/6/13)

16. Answer to Second Amended Complaint (filed 3/26/13)

17. Memorandum of Understanding between San Francisco Municipal Transportation Agency and Transport Workers' Union, Local 250-A(9163) July 1, 2014 – June 30, 2017

# Appendix 3

Format of Combined File
====================================

| Field Name | Positions | | Notes |
|---|---|---|---|
| 1 EMPLID (Badge Nbr) | 1 | 4 | from Work Assignment |
| 2 Work Date | 6 | 15 | |
| 3 SignOn  Time | 17 | 21 | |
| 4 SignOff Time | 23 | 27 | |
| 5 RunNum | 29 | 44 | |
| 6 DivisionID | 46 | 47 | |
| 7 Blocknum | 49 | 55 | |
| 8 PieceNum (TLkpay) | 57 | 58 | |
| Emplid | 60 | 65 | from Class List |
| Last Name | 67 | 81 | |
| First Name | 82 | 94 | |
| in_FLSA | | 98 | |
| in_CONTACT List | | 100 | |
| in_CLASS  (State Class) | | 102 | |
| FLSA_Date Filed in Court (earliest) | 104 | 111 | |
| Rank in Random Order | 113 | 116 | |
| Full Name | 118 | 138 | from Payroll |
| Total Hours from EARNCD = WKP | 139 | 143 | |
| Total Earn  from EARNCD = WKP | 144 | 152 | |
| PAY_RATE    from EARNCD = WKP | 153 | 158 | |
| OVERRIDE_RATE_OR_COMP_RATE_USE | 159 | 164 | |
| Division Name | 166 | 179 | from SignUp data |
| Run | 181 | 188 | |
| Service | 190 | 197 | |
| Signup Name    YEAR | 199 | 202 | |
| Signup Name    Season | 204 | 217 | |
| From Date | 219 | 228 | |
| To   Date | 230 | 239 | |
| Division | 246 | 248 | from Range Reports |
| Service | 250 | 252 | |
| Run | 254 | 256 | |
| Piece | | 258 | |

```
Block                                   260   263
Piece Start Location                    265   301
Piece End Location                      303   336
Division Code (1 2 3 ... 8)             337   338
Trav                                    340   343
SD/SR                                   345   348
Lun                                     350   353
------------------------------------  -------------  --------------------------------
Nbr WorkAssign this person-day          354   355   Reduce file to 1 record per day
Division/Relief designation,each leg    357   360   DD DR RD RR DDDD DDDR DDRD etc. etc,
SD/SR indicator of positive or 0        362   363   Y or blank for each leg
------------------------------------  -------------  --------------------------------
Number Legs                                   368
Walk Distance (miles) First Leg  f5.2   370   374   from Travel Time data from 511.org
Walk Time                        i3     375   377
Wait Time                        f3.1   380   382
Travel Time                      i3     383   385
Walk Distance (miles) Second Leg f4.2   387   390
Walk Time                        f4.1   392   395
Total Travel Time                f5.1   397   401
Travel Time Early Arrival at Relief           403    Y or N indicates damage type this person-day
Turn In Time                                  405    Y or N
Late at Relief                                407    Y or N
Late at Division                              409    Y or N
------------------------------------  -------------  --------------------------------
Division                                411   413   from Sample Results
Start-End                               418   422
Turn-In                                 423   428
Late at Relief                          429   434
Late at Division                        435   440
------------------------------------  -------------  --------------------------------
Day of Week                             445   447   Computed fields
Week Nbr, end on Fri                    449   452
Week Nbr of payperiod                   454   457
------------------------------------  -------------  --------------------------------
Regular Rate                            459   463   Computed from Payroll and Trapeze;
                                                    SALARY RATE from GEAC prior to 8/27/2012
------------------------------------  -------------  --------------------------------
Start End    included 0 1 2 times             492   Computed from Work Assignment,
Turn In      included 0 1 2 times             494   Range Report, and Sample Results
LateRelief   included 0 1 2 times             496
Late Div     included 0 1 2 times             498
Travel Time included 0 1   times              500
Unpaid Hours Start-End           f7.4   501   507    A
```

```
    Unpaid Hours Turn-In              f7.4  508  514  B
    Unpaid Hours Late Relief          f7.4  515  521  C
    Unpaid Hours Late Division        f7.4  522  528  D
    Unpaid Hours Travel Time (511)    f7.4  529  535  E
    Unpaid Hours Total in Day         f7.4  536  542  F = A + B + C + D + E
------------------------------------ -------------- --------------------------------
    Paid Hours in day                      560  568 Computed from Payroll and Trapeze
    ----------------------------------------------------------------------------
```

# Appendix 4

```
                    Travel Times for Piece Start-End Locations
              ================================================

              A = Nbr Legs
              B = Walk Distance (miles) First Leg
              C = Walk Time
              D = Wait Time
              E = Travel Time
              F = Walk Distance (miles) Second Leg
              G = Walk Time
              H = Total Travel Time
```

| Div | Piece Start Location | Piece End Location | A | B | C | D | D | F | G | H |
|-----|----------------------|--------------------|---|-----|----|-----|----|------|-----|------|
| CBL | | CABLE CAR GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| CBL | CABLE CAR GARAGE | | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| CBL | CABLE CAR GARAGE | CABLE CAR GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| CBL | CABLE CAR GARAGE | CALIFORNIA & POWELL | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| CBL | CABLE CAR GARAGE | JACKSON & MASON | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| CBL | CABLE CAR GARAGE | MASON & JACKSON | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| CBL | CABLE CAR GARAGE | WASHINGTON & MASON | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| CBL | CALIFORNIA & POWELL | CABLE CAR GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| CBL | CALIFORNIA & POWELL | CALIFORNIA & POWELL | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| CBL | JACKSON & MASON | CABLE CAR GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| CBL | MASON & JACKSON | CABLE CAR GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| CBL | MASON & JACKSON | MASON & JACKSON | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| CBL | WASHINGTON & MASON | CABLE CAR GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| CBL | WASHINGTON & MASON | WASHINGTON & MASON | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| FLN | | | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| FLN | | FLYNN-GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| FLN | BRYANT & 6TH ST | BRYANT & 6TH ST | 1 | 1.05 | 26 | 0.0 | 0 | 0.00 | 0.0 | 52.0 |
| FLN | BRYANT & 6TH ST | FLYNN GARAGE | 1 | 1.05 | 26 | 0.0 | 0 | 0.00 | 0.0 | 26.0 |
| FLN | BRYANT & 6TH ST | FLYNN-GARAGE | 1 | 1.05 | 26 | 0.0 | 0 | 0.00 | 0.0 | 26.0 |
| FLN | BRYANT & 6TH ST | HARRISON & 6TH ST | 1 | 0.20 | 5 | 0.0 | 0 | 0.00 | 0.0 | 5.0 |
| FLN | FLYNN GARAGE | BRYANT & 6TH ST | 1 | 1.05 | 26 | 0.0 | 0 | 0.00 | 0.0 | 26.0 |
| FLN | FLYNN GARAGE | FLYNN GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| FLN | FLYNN GARAGE | HARRISON & 6TH ST | 1 | 0.92 | 22 | 0.0 | 0 | 0.00 | 0.0 | 22.0 |
| FLN | FLYNN GARAGE | MARKET & VAN NESS | 1 | 0.78 | 19 | 0.0 | 0 | 0.00 | 0.0 | 19.0 |
| FLN | FLYNN GARAGE | MISSION & 11TH STREET | 1 | 0.65 | 16 | 0.0 | 0 | 0.00 | 0.0 | 16.0 |
| FLN | FLYNN GARAGE | Market & Steuart | 1 | 0.01 | 1 | 12.0 | 20 | 0.31 | 8.0 | 41.0 |
| FLN | FLYNN GARAGE | TRANSBAY TERMINAL | 1 | 0.20 | 6 | 12.0 | 20 | 0.31 | 8.0 | 46.0 |
| FLN | FLYNN-GARAGE | | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| FLN | FLYNN-GARAGE | BRYANT & 6TH ST | 1 | 1.05 | 26 | 0.0 | 0 | 0.00 | 0.0 | 26.0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| FLN | FLYNN-GARAGE | FLYNN-GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| FLN | FLYNN-GARAGE | HARRISON & 6TH ST | 1 | 0.92 | 22 | 0.0 | 0 | 0.00 | 0.0 | 22.0 |
| FLN | FLYNN-GARAGE | MARKET & VAN NESS | 1 | 0.78 | 19 | 0.0 | 0 | 0.00 | 0.0 | 19.0 |
| FLN | FLYNN-GARAGE | MISSION & 11TH STREET | 1 | 0.65 | 16 | 0.0 | 0 | 0.00 | 0.0 | 16.0 |
| FLN | FLYNN-GARAGE | POTRERO & 16TH ST | 1 | 0.36 | 9 | 0.0 | 0 | 0.00 | 0.0 | 9.0 |
| FLN | FLYNN-GARAGE | TRANSBAY TERMINAL | 1 | 0.20 | 6 | 12.0 | 20 | 0.31 | 8.0 | 46.0 |
| FLN | HARRISON & 6TH ST | BRYANT & 6TH ST | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 48.0 |
| FLN | HARRISON & 6TH ST | FLYNN GARAGE | 1 | 0.92 | 22 | 0.0 | 0 | 0.00 | 0.0 | 22.0 |
| FLN | HARRISON & 6TH ST | FLYNN-GARAGE | 1 | 0.92 | 22 | 0.0 | 0 | 0.00 | 0.0 | 22.0 |
| FLN | HARRISON & 6TH ST | HARRISON & 6TH ST | 1 | 0.92 | 22 | 0.0 | 0 | 0.00 | 0.0 | 44.0 |
| FLN | HARRISON & 6TH ST | POTRERO & 16TH ST | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 31.0 |
| FLN | HARRISON & 6TH ST | TRANSBAY TERMINAL | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 68.0 |
| FLN | ISLAIS CREEK | ISLAIS CREEK | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| FLN | MARKET & VAN NESS | FLYNN GARAGE | 1 | 0.78 | 19 | 0.0 | 0 | 0.00 | 0.0 | 19.0 |
| FLN | MARKET & VAN NESS | FLYNN-GARAGE | 1 | 0.78 | 19 | 0.0 | 0 | 0.00 | 0.0 | 19.0 |
| FLN | MARKET & VAN NESS | MARKET & VAN NESS | 1 | 0.78 | 19 | 0.0 | 0 | 0.00 | 0.0 | 38.0 |
| FLN | MISSION & 11TH STREET | FLYNN GARAGE | 1 | 0.65 | 16 | 0.0 | 0 | 0.00 | 0.0 | 16.0 |
| FLN | MISSION & 11TH STREET | FLYNN-GARAGE | 1 | 0.65 | 16 | 0.0 | 0 | 0.00 | 0.0 | 16.0 |
| FLN | MISSION & 11TH STREET | HARRISON & 6TH ST | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 38.0 |
| FLN | MISSION & 11TH STREET | MISSION & 11TH STREET | 1 | 0.65 | 16 | 0.0 | 0 | 0.00 | 0.0 | 32.0 |
| FLN | Market & Steuart | FLYNN GARAGE | 1 | 0.31 | 8 | 12.0 | 18 | 0.05 | 2.0 | 40.0 |
| FLN | POTRERO & 16TH ST | FLYNN-GARAGE | 1 | 0.36 | 9 | 0.0 | 0 | 0.00 | 0.0 | 9.0 |
| FLN | POTRERO & 16TH ST | POTRERO & 16TH ST | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 18.0 |
| FLN | TRANSBAY TERMINAL | FLYNN GARAGE | 1 | 0.47 | 12 | 9.0 | 17 | 0.28 | 8.0 | 46.0 |
| FLN | TRANSBAY TERMINAL | FLYNN-GARAGE | 1 | 0.47 | 12 | 9.0 | 17 | 0.28 | 8.0 | 46.0 |
| FLN | TRANSBAY TERMINAL | POTRERO & 16TH ST | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 55.0 |
| FLN | TRANSBAY TERMINAL | TRANSBAY TERMINAL | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 92.0 |
| GRN | | | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| GRN | | CAMERON BEACH YARD | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| GRN | | GREEN GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| GRN | | METROEAST-GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| GRN | Balboa Park Bart/Mezzanine | Balboa Park Bart/Mezzanine | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 5.0 |
| GRN | Balboa Park Bart/Mezzanine | C. BEACH TERMINAL | 1 | 0.05 | 5 | 0.0 | 0 | 0.00 | 0.0 | 5.0 |
| GRN | Balboa Park Bart/Mezzanine | CAMERON BEACH YARD | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 5.0 |
| GRN | Balboa Park Bart/Mezzanine | DUBOCE & CHURCH | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 53.0 |
| GRN | Balboa Park Bart/Mezzanine | EMBARCADERO | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 56.0 |
| GRN | Balboa Park Bart/Mezzanine | GREEN GARAGE | 1 | 0.05 | 5 | 0.0 | 0 | 0.00 | 0.0 | 5.0 |
| GRN | Balboa Park Bart/Mezzanine | MARKET & CHURCH | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 50.0 |
| GRN | Balboa Park Bart/Mezzanine | METROEAST-GARAGE | 2 | 0.38 | 10 | 26.0 | 38 | 0.03 | 1.0 | 75.0 |
| GRN | Balboa Park Bart/Mezzanine | STEUART & FERRY PLAZA LOOP | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 60.0 |
| GRN | Balboa Park Bart/Mezzanine | Third Street & Marin St IB | 2 | 0.00 | 0 | 30.0 | 30 | 0.00 | 0.0 | 60.0 |
| GRN | Balboa Park Bart/Mezzanine | Third Street & Marin St SE-NS/SI | 2 | 0.00 | 0 | 30.0 | 30 | 0.00 | 0.0 | 60.0 |
| GRN | Balboa Park Bart/Mezzanine | WEST PORTAL STATION | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 41.0 |
| GRN | Balboa Park Bart/Mezzanine | WOODS-GARAGE | 2 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 69.0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| GRN C. BEACH TERMINAL | Balboa Park Bart/Mezzanine | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| GRN C. BEACH TERMINAL | C. BEACH TERMINAL | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| GRN C. BEACH TERMINAL | CAMERON BEACH YARD | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| GRN C. BEACH TERMINAL | DUBOCE & CHURCH | 1 | 0.40 | 4 | 10.0 | 27 | 0.29 | 7.0 | 48.0 |
| GRN C. BEACH TERMINAL | EMBARCADERO | 1 | 0.00 | 0 | 15.0 | 36 | 0.00 | 0.0 | 51.0 |
| GRN C. BEACH TERMINAL | GREEN GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| GRN C. BEACH TERMINAL | METROEAST-GARAGE | 2 | 0.38 | 10 | 26.0 | 38 | 0.03 | 1.0 | 75.0 |
| GRN C. BEACH TERMINAL | Third Street & Marin St SE-NS/SI | 2 | 0.00 | 0 | 30.0 | 30 | 0.00 | 0.0 | 60.0 |
| GRN C. BEACH TERMINAL | WOODS-GARAGE | 2 | 0.03 | 1 | 25.0 | 37 | 0.01 | 1.0 | 64.0 |
| GRN CAMERON BEACH YARD | | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| GRN CAMERON BEACH YARD | Balboa Park Bart/Mezzanine | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| GRN CAMERON BEACH YARD | C. BEACH TERMINAL | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| GRN CAMERON BEACH YARD | CAMERON BEACH YARD | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| GRN CAMERON BEACH YARD | DUBOCE & CHURCH | 1 | 0.40 | 4 | 10.0 | 27 | 0.29 | 7.0 | 48.0 |
| GRN CAMERON BEACH YARD | EMBARCADERO | 1 | 0.00 | 0 | 15.0 | 36 | 0.00 | 0.0 | 51.0 |
| GRN CAMERON BEACH YARD | GREEN GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| GRN CAMERON BEACH YARD | MARKET & CHURCH | 1 | 0.10 | 1 | 15.0 | 27 | 0.32 | 2.0 | 45.0 |
| GRN CAMERON BEACH YARD | METROEAST-GARAGE | 2 | 0.38 | 10 | 26.0 | 38 | 0.03 | 1.0 | 75.0 |
| GRN CAMERON BEACH YARD | STEUART & FERRY PLAZA LOOP | 1 | 0.20 | 4 | 15.0 | 36 | 0.00 | 0.0 | 55.0 |
| GRN CAMERON BEACH YARD | Third Street & Marin St IB | 2 | 0.00 | 0 | 30.0 | 30 | 0.00 | 0.0 | 60.0 |
| GRN CAMERON BEACH YARD | WEST PORTAL STATION | 1 | 0.44 | 11 | 12.0 | 13 | 0.00 | 0.0 | 36.0 |
| GRN CHURCH & 30TH ST | GREEN GARAGE | 1 | 0.03 | 1 | 10.0 | 11 | 0.10 | 1.0 | 23.0 |
| GRN DUBOCE & CHURCH | Balboa Park Bart/Mezzanine | 1 | 0.01 | 1 | 10.0 | 24 | 0.00 | 0.0 | 35.0 |
| GRN DUBOCE & CHURCH | CAMERON BEACH YARD | 1 | 0.01 | 1 | 10.0 | 24 | 0.00 | 0.0 | 35.0 |
| GRN DUBOCE & CHURCH | DUBOCE & CHURCH | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 83.0 |
| GRN DUBOCE & CHURCH | EMBARCADERO | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 86.0 |
| GRN DUBOCE & CHURCH | GREEN GARAGE | 1 | 0.01 | 1 | 10.0 | 24 | 0.00 | 0.0 | 35.0 |
| GRN DUBOCE & CHURCH | METROEAST-GARAGE | 1 | 0.27 | 7 | 15.0 | 28 | 0.13 | 4.0 | 54.0 |
| GRN EMBARCADERO | EMBARCADERO | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 106.0 |
| GRN EMBARCADERO | GREEN GARAGE | 1 | 0.03 | 1 | 15.0 | 39 | 0.00 | 0.0 | 55.0 |
| GRN GREEN GARAGE | | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| GRN GREEN GARAGE | Balboa Park Bart/Mezzanine | 1 | 0.05 | 5 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| GRN GREEN GARAGE | C. BEACH TERMINAL | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| GRN GREEN GARAGE | CAMERON BEACH YARD | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| GRN GREEN GARAGE | CHURCH & 30TH ST | 1 | 0.07 | 2 | 10.0 | 13 | 0.01 | 1.0 | 26.0 |
| GRN GREEN GARAGE | DUBOCE & CHURCH | 1 | 0.40 | 4 | 10.0 | 27 | 0.29 | 7.0 | 48.0 |
| GRN GREEN GARAGE | EMBARCADERO | 1 | 0.00 | 0 | 15.0 | 36 | 0.00 | 0.0 | 51.0 |
| GRN GREEN GARAGE | GREEN GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| GRN GREEN GARAGE | MARKET & CHURCH | 1 | 0.10 | 1 | 15.0 | 27 | 0.32 | 2.0 | 45.0 |
| GRN GREEN GARAGE | METROEAST-GARAGE | 2 | 0.38 | 10 | 26.0 | 38 | 0.03 | 1.0 | 75.0 |
| GRN GREEN GARAGE | MUNI METRO & GENEVA | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| GRN GREEN GARAGE | STEUART & FERRY PLAZA LOOP | 1 | 0.20 | 4 | 15.0 | 36 | 0.00 | 0.0 | 55.0 |
| GRN GREEN GARAGE | Third Street & Marin St IB | 2 | 0.00 | 0 | 30.0 | 30 | 0.00 | 0.0 | 60.0 |
| GRN GREEN GARAGE | Third Street & Marin St SE-NS/SI | 2 | 0.00 | 0 | 30.0 | 30 | 0.00 | 0.0 | 60.0 |

```
GRN GREEN GARAGE              WEST PORTAL STATION                 1  0.44 11 12.0 13 0.00  0.0  36.0
GRN GREEN GARAGE              WOODS-GARAGE                        2  0.03  1 25.0 37 0.01  1.0  64.0
GRN MARKET & CHURCH           CAMERON BEACH YARD                  1  0.03  1 10.0 23 0.00  0.0  34.0
GRN MARKET & CHURCH           EMBARCADERO                         1  0.00  0  0.0  0 0.00  0.0  85.0
GRN MARKET & CHURCH           GREEN GARAGE                        1  0.00  0  0.0  0 0.00  0.0  34.0
GRN MARKET & CHURCH           MARKET & CHURCH                     1  0.00  0  0.0  0 0.00  0.0  79.0
GRN MARKET & CHURCH           METROEAST-GARAGE                    1  0.27 10 15.0 28 0.04  1.0  54.0
GRN MARKET & CHURCH           WOODS-GARAGE                        1  0.33  9 10.0 25 0.00  0.0  44.0
GRN METROEAST-GARAGE                                              1  0.00  0  0.0  0 0.00  0.0   0.0
GRN METROEAST-GARAGE          Balboa Park Bart/Mezzanine          2  0.00  0 30.0 30 0.36  9.0  69.0
GRN METROEAST-GARAGE          C. BEACH TERMINAL                   2  0.03  1 26.0 35 0.38 10.0  72.0
GRN METROEAST-GARAGE          CAMERON BEACH YARD                  2  0.03  1 26.0 35 0.38 10.0  72.0
GRN METROEAST-GARAGE          DUBOCE & CHURCH                     1  0.04  4 15.0 29 0.27  7.0  55.0
GRN METROEAST-GARAGE          EMBARCADERO                         1  0.00  0 15.0 18 0.27 10.0  43.0
GRN METROEAST-GARAGE          GREEN GARAGE                        2  0.00  0 30.0 30 0.36  9.0  69.0
GRN METROEAST-GARAGE          MARKET & CHURCH                     1  0.03  1 15.0 29 0.27 10.0  55.0
GRN METROEAST-GARAGE          METROEAST-GARAGE                    1  0.00  0  0.0  0 0.00  0.0   0.0
GRN METROEAST-GARAGE          MUNI METRO & GENEVA                 2  0.03  1 26.0 35 0.38 10.0  72.0
GRN METROEAST-GARAGE          STEUART & FERRY PLAZA LOOP          1  0.17  6 15.0 20 0.27  7.0  48.0
GRN METROEAST-GARAGE          Third Street & Marin St IB          1  0.36  9  0.0  0 0.00  0.0   9.0
GRN METROEAST-GARAGE          Third Street & Marin St SE-NS/SI    1  0.36  9  0.0  0 0.00  0.0   9.0
GRN METROEAST-GARAGE          WEST PORTAL STATION                 1  0.00  0 15.0 34 0.00  0.0  49.0
GRN METROEAST-GARAGE          WOODS-GARAGE                        1  0.60 15  0.0  0 0.00  0.0  15.0
GRN MUNI METRO & GENEVA       GREEN GARAGE                        1  0.00  0  0.0  0 0.00  0.0   0.0
GRN MUNI METRO & GENEVA       METROEAST-GARAGE                    2  0.38 10 26.0 38 0.03  1.0  75.0
GRN MUNI METRO & GENEVA       MUNI METRO & GENEVA                 1  0.00  0  0.0  0 0.00  0.0   0.0
GRN MUNI METRO & GENEVA       Third Street & Marin St IB          2  0.00  0 30.0 30 0.00  0.0  60.0
GRN MUNI METRO & GENEVA       Third Street & Marin St SE-NS/SI    2  0.00  0 30.0 30 0.00  0.0  60.0
GRN STEUART & FERRY PLAZA     CAMERON BEACH YARD                  1  0.10  1 15.0 39 0.17  6.0  61.0
GRN STEUART & FERRY PLAZA     METROEAST-GARAGE                    1  0.26 10 15.0 21 0.26  7.0  53.0
GRN STEUART & FERRY PLAZA     STEUART & FERRY PLAZA LOOP          1  0.00  0  0.0  0 0.00  0.0 116.0
GRN STEUART & FERRY PLAZA L   CAMERON BEACH YARD                  1  0.10  1 15.0 39 0.17  6.0  61.0
GRN STEUART & FERRY PLAZA L   METROEAST-GARAGE                    1  0.26 10 15.0 21 0.26  7.0  53.0
GRN STEUART & FERRY PLAZA L   STEUART & FERRY PLAZA LOOP          1  0.00  0  0.0  0 0.00  0.0 116.0
GRN STEUART & FERRY PLAZA LO  CAMERON BEACH YARD                  1  0.10  1 15.0 39 0.17  6.0  61.0
GRN STEUART & FERRY PLAZA LO  METROEAST-GARAGE                    1  0.26 10 15.0 21 0.26  7.0  53.0
GRN STEUART & FERRY PLAZA LO  STEUART & FERRY PLAZA LOOP          1  0.00  0  0.0  0 0.00  0.0 116.0
GRN STEUART & FERRY PLAZA LOOP CAMERON BEACH YARD                 1  0.10  1 15.0 39 0.17  6.0  61.0
GRN STEUART & FERRY PLAZA LOOP GREEN GARAGE                       1  0.10  1 15.0 39 0.17  6.0  61.0
GRN STEUART & FERRY PLAZA LOOP METROEAST-GARAGE                   1  0.26 10 15.0 21 0.26  7.0  53.0
GRN STEUART & FERRY PLAZA LOOP STEUART & FERRY PLAZA LOOP         1  0.00  0  0.0  0 0.00  0.0 116.0
GRN Third Street & Marin St   SEGREEN GARAGE                      2  0.06  2 30.0 33 0.00  0.0  65.0
GRN Third Street & Marin St   SEThird Street & Marin St SE-NS/SI  1  0.36  9  0.0  0 0.00  0.0  18.0
GRN Third Street & Marin St I METROEAST-GARAGE                    1  0.36  9  0.0  0 0.00  0.0   9.0
```

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| GRN Third Street & Marin St I | MUNI METRO & GENEVA | 2 | 0.06 | 2 | 30.0 | 33 | 0.00 | 0.0 | 65.0 |
| GRN Third Street & Marin St IB | Balboa Park Bart/Mezzanine | 2 | 0.06 | 2 | 30.0 | 33 | 0.00 | 0.0 | 65.0 |
| GRN Third Street & Marin St IB | EMBARCADERO | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 116.0 |
| GRN Third Street & Marin St IB | GREEN GARAGE | 2 | 0.06 | 2 | 30.0 | 33 | 0.00 | 0.0 | 65.0 |
| GRN Third Street & Marin St IB | METROEAST-GARAGE | 1 | 0.36 | 9 | 0.0 | 0 | 0.00 | 0.0 | 9.0 |
| GRN Third Street & Marin St IB | MUNI METRO & GENEVA | 2 | 0.06 | 2 | 30.0 | 33 | 0.00 | 0.0 | 65.0 |
| GRN Third Street & Marin St IB | Third Street & Marin St IB | 1 | 0.36 | 9 | 0.0 | 0 | 0.00 | 0.0 | 18.0 |
| GRN Third Street & Marin St IB | Third Street & Marin St SE-NS/SI | 1 | 0.36 | 9 | 0.0 | 0 | 0.00 | 0.0 | 18.0 |
| GRN Third Street & Marin St S | METROEAST-GARAGE | 1 | 0.36 | 9 | 0.0 | 0 | 0.00 | 0.0 | 9.0 |
| GRN Third Street & Marin St S | Third Street & Marin St SE-NS/SI | 1 | 0.36 | 9 | 0.0 | 0 | 0.00 | 0.0 | 18.0 |
| GRN Third Street & Marin St SE | METROEAST-GARAGE | 1 | 0.36 | 9 | 0.0 | 0 | 0.00 | 0.0 | 9.0 |
| GRN Third Street & Marin St SE | Third Street & Marin St IB | 1 | 0.36 | 9 | 0.0 | 0 | 0.00 | 0.0 | 18.0 |
| GRN Third Street & Marin St SE | Third Street & Marin St SE-NS/SI | 1 | 0.36 | 9 | 0.0 | 0 | 0.00 | 0.0 | 18.0 |
| GRN Third Street & Marin St SE- | GREEN GARAGE | 2 | 0.06 | 2 | 30.0 | 33 | 0.00 | 0.0 | 65.0 |
| GRN Third Street & Marin St SE- | METROEAST-GARAGE | 1 | 0.36 | 9 | 0.0 | 0 | 0.00 | 0.0 | 9.0 |
| GRN Third Street & Marin St SE- | Third Street & Marin St IB | 1 | 0.36 | 9 | 0.0 | 0 | 0.00 | 0.0 | 18.0 |
| GRN Third Street & Marin St SE- | Third Street & Marin St SE-NS/SI | 1 | 0.36 | 9 | 0.0 | 0 | 0.00 | 0.0 | 18.0 |
| GRN Third Street & Marin St SE-N | GREEN GARAGE | 2 | 0.06 | 2 | 30.0 | 33 | 0.00 | 0.0 | 65.0 |
| GRN Third Street & Marin St SE-N | METROEAST-GARAGE | 1 | 0.36 | 9 | 0.0 | 0 | 0.00 | 0.0 | 9.0 |
| GRN Third Street & Marin St SE-N | Third Street & Marin St IB | 1 | 0.36 | 9 | 0.0 | 0 | 0.00 | 0.0 | 18.0 |
| GRN Third Street & Marin St SE-N | Third Street & Marin St SE-NS/SI | 1 | 0.36 | 9 | 0.0 | 0 | 0.00 | 0.0 | 18.0 |
| GRN Third Street & Marin St SE-NS/SI | Balboa Park Bart/Mezzanine | 2 | 0.06 | 2 | 30.0 | 33 | 0.00 | 0.0 | 65.0 |
| GRN Third Street & Marin St SE-NS/SI | CAMERON BEACH YARD | 2 | 0.06 | 2 | 30.0 | 33 | 0.00 | 0.0 | 65.0 |
| GRN Third Street & Marin St SE-NS/SI | EMBARCADERO | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 116.0 |
| GRN Third Street & Marin St SE-NS/SI | GREEN GARAGE | 2 | 0.06 | 2 | 30.0 | 33 | 0.00 | 0.0 | 65.0 |
| GRN Third Street & Marin St SE-NS/SI | METROEAST-GARAGE | 1 | 0.36 | 9 | 0.0 | 0 | 0.00 | 0.0 | 9.0 |
| GRN Third Street & Marin St SE-NS/SI | Third Street & Marin St IB | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 18.0 |
| GRN Third Street & Marin St SE-NS/SI | Third Street & Marin St SE-NS/SI | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 18.0 |
| GRN WEST PORTAL STATION | Balboa Park Bart/Mezzanine | 1 | 0.05 | 5 | 15.0 | 22 | 0.00 | 0.0 | 42.0 |
| GRN WEST PORTAL STATION | CAMERON BEACH YARD | 1 | 0.05 | 5 | 15.0 | 22 | 0.00 | 0.0 | 42.0 |
| GRN WEST PORTAL STATION | DUBOCE & CHURCH | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 90.0 |
| GRN WEST PORTAL STATION | EMBARCADERO | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 93.0 |
| GRN WEST PORTAL STATION | GREEN GARAGE | 1 | 0.05 | 5 | 15.0 | 22 | 0.00 | 0.0 | 42.0 |
| GRN WEST PORTAL STATION | METROEAST-GARAGE | 1 | 0.27 | 7 | 15.0 | 38 | 0.00 | 0.0 | 60.0 |
| GRN WEST PORTAL STATION | Third Street & Marin St IB | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 102.0 |
| GRN WEST PORTAL STATION | Third Street & Marin St SE-NS/SI | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 102.0 |
| GRN WEST PORTAL STATION | WEST PORTAL STATION | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 78.0 |
| GRN WEST PORTAL STATION | WOODS-GARAGE | 1 | 0.03 | 1 | 15.0 | 40 | 0.01 | 1.0 | 57.0 |
| GRN WOODS-GARAGE | Balboa Park Bart/Mezzanine | 2 | 0.03 | 1 | 26.0 | 37 | 0.00 | 0.0 | 64.0 |
| GRN WOODS-GARAGE | C. BEACH TERMINAL | 2 | 0.03 | 1 | 26.0 | 37 | 0.00 | 0.0 | 64.0 |
| GRN WOODS-GARAGE | MARKET & CHURCH | 1 | 0.00 | 0 | 10.0 | 21 | 0.41 | 10.0 | 41.0 |
| GRN WOODS-GARAGE | WOODS-GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| KIR | | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| KIR | KIRKLAND GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |

```
KIR                          POWELL & BEACH IB            1  0.00   0   0.0   0 0.00   0.0    0.0
KIR 1ST AND NATOMA           KIRKLAND GARAGE              1  0.06   2  14.0  13 0.32   8.0   37.0
KIR BEACH & POLK             BEACH & POLK                 1  0.00   0   0.0   0 0.00   0.0   41.0
KIR BEACH & POLK             KIRKLAND GARAGE              1  0.14   4  10.0   6 0.02   1.0   21.0
KIR BEACH & POLK             PACIFIC & VAN NESS IB        1  0.00   0   0.0   0 0.00   0.0   48.0
KIR BEACH & POLK             POWELL & BEACH IB            1  0.00   0   0.0   0 0.00   0.0   21.0
KIR CHESTNUT & FILLMORE      CHESTNUT & FILLMORE          1  0.00   0   0.0   0 0.00   0.0   82.0
KIR CHESTNUT & FILLMORE      FORT MASON                   1  0.00   0   0.0   0 0.00   0.0   79.0
KIR CHESTNUT & FILLMORE      KIRKLAND GARAGE              2  0.01   4  20.0  12 0.37  12.0   48.0
KIR CHESTNUT & FILLMORE      NORTH POINT & STOCKTON       1  0.00   0   0.0   0 0.00   0.0   48.0
KIR CHESTNUT & FILLMORE      PACIFIC & VAN NESS IB        1  0.00   0   0.0   0 0.00   0.0   75.0
KIR CHESTNUT & FILLMORE      POWELL & BEACH IB            1  0.00   0   0.0   0 0.00   0.0   48.0
KIR CHESTNUT & FILLMORE      WOODS-GARAGE                 1  0.33   9  10.0  52 0.08   2.0   73.0
KIR FORT MASON               CHESTNUT & FILLMORE          1  0.00   0   0.0   0 0.00   0.0   69.0
KIR FORT MASON               FORT MASON                   1  0.00   0   0.0   0 0.00   0.0   66.0
KIR FORT MASON               KIRKLAND GARAGE              1  0.14   4  10.0   7 0.51  14.0   35.0
KIR FORT MASON               POWELL & BEACH IB            1  0.00   0   0.0   0 0.00   0.0   35.0
KIR JACKSON & VAN NESS       JACKSON & VAN NESS           1  0.00   0   0.0   0 0.00   0.0   55.0
KIR JACKSON & VAN NESS       KIRKLAND GARAGE              1  0.14   4  10.0  14 0.00   0.0   28.0
KIR JACKSON & VAN NESS       PACIFIC & VAN NESS IB        1  0.00   0   0.0   0 0.00   0.0   55.0
KIR KIRKLAND GARAGE                                       1  0.00   0   0.0   0 0.00   0.0    0.0
KIR KIRKLAND GARAGE          1ST AND NATOMA               1  0.32   8  14.0  12 0.24   7.0   41.0
KIR KIRKLAND GARAGE          BEACH & POLK                 1  0.10   1  10.0   5 0.06   4.0   20.0
KIR KIRKLAND GARAGE          CHESTNUT & FILLMORE          1  0.01   1  12.0   9 0.47  12.0   34.0
KIR KIRKLAND GARAGE          FORT MASON                   1  0.49  12  10.0   5 0.06   4.0   31.0
KIR KIRKLAND GARAGE          JACKSON & VAN NESS           1  0.01   1  10.0  12 0.06   4.0   27.0
KIR KIRKLAND GARAGE          KIRKLAND  GARAGE             1  0.00   0   0.0   0 0.00   0.0    0.0
KIR KIRKLAND GARAGE          KIRKLAND GARAGE              1  0.00   0   0.0   0 0.00   0.0    0.0
KIR KIRKLAND GARAGE          MISSION & MAIN               1  0.21   5  14.0   9 0.24   7.0   35.0
KIR KIRKLAND GARAGE          NORTH POINT & STOCKTON       1  0.00   0   0.0   0 0.00   0.0    0.0
KIR KIRKLAND GARAGE          PACIFIC & VAN NESS IB        1  0.09   2  10.0  11 0.06   4.0   27.0
KIR KIRKLAND GARAGE          POST & VAN NESS              1  0.00   0  10.0  17 0.06   4.0   31.0
KIR KIRKLAND GARAGE          POWELL & BEACH IB            1  0.00   0   0.0   0 0.00   0.0    0.0
KIR KIRKLAND GARAGE          STEUER & FERRY PLAZA LOOP    1  0.50   7  14.0  11 0.07   4.0   36.0
KIR KIRKLAND GARAGE          STEUART TERMINAL             1  0.50   7  14.0  11 0.07   4.0   36.0
KIR KIRKLAND GARAGE          STOCKTON & BEACH             1  0.00   0   0.0   0 0.00   0.0    0.0
KIR KIRKLAND GARAGE          SUTTER & SANSOME             1  0.19   5  14.0  13 0.13   3.0   35.0
KIR KIRKLAND GARAGE          TRANSBAY TERMINAL            1  0.46  11  14.0  12 0.24   7.0   44.0
KIR KIRKLAND GARAGE          VAN NESS & NORTH POINT       1  0.01   1  10.0   5 0.06   4.0   20.0
KIR KIRKLAND GARAGE          WOODS-GARAGE                 2  0.32   8  24.0  31 0.25   8.0   71.0
KIR MISSION & MAIN           KIRKLAND GARAGE              1  0.06   2  14.0  13 0.12   3.0   32.0
KIR MISSION & MAIN           MISSION & MAIN               1  0.00   0   0.0   0 0.00   0.0   67.0
KIR NORTH POINT & STOCKTON   KIRKLAND GARAGE              1  0.00   0   0.0   0 0.00   0.0    0.0
KIR NORTH POINT & STOCKTON   NORTH POINT & STOCKTON       1  0.00   0   0.0   0 0.00   0.0    0.0
```

```
KIR PACIFIC & VAN NESS IB        JACKSON & VAN NESS           1  0.00  0  0.0  0 0.00  0.0  56.0
KIR PACIFIC & VAN NESS IB        KIRKLAND GARAGE              1  0.14  4 10.0 12 0.12  3.0  29.0
KIR PACIFIC & VAN NESS IB        PACIFIC & VAN NESS IB        1  0.00  0  0.0  0 0.00  0.0  56.0
KIR PACIFIC & VAN NESS IB        STEUART TERMINAL             1  0.00  0  0.0  0 0.00  0.0  65.0
KIR PACIFIC & VAN NESS IB        WOODS-GARAGE                 2  0.32  9 18.0 41 0.05  2.0  70.0
KIR POST & VAN NESS              KIRKLAND GARAGE              1  0.14  4 10.0 19 0.06  2.0  35.0
KIR POST & VAN NESS              POST & VAN NESS              1  0.00  0  0.0  0 0.00  0.0  66.0
KIR POWELL & BEACH IB                                         1  0.00  0  0.0  0 0.00  0.0   4.0
KIR POWELL & BEACH IB            KIRKLAND GARAGE              1  0.14  4  0.0  0 0.00  0.0   4.0
KIR POWELL & BEACH IB            PACIFIC & VAN NESS IB        1  0.00  0  0.0  0 0.00  0.0  31.0
KIR POWELL & BEACH IB            POWELL & BEACH IB            1  0.00  0  0.0  0 0.00  0.0   4.0
KIR POWELL & BEACH IB            STEUART TERMINAL             1  0.50  7 14.0 11 0.07  4.0  36.0
KIR POWELL & BEACH IB            WOODS-GARAGE                 2  0.32  8 24.0 31 0.25  8.0  71.0
KIR PRESIDIO?GARAGE              KIRKLAND  GARAGE             2  0.01  1 28.0 33 0.29  7.0  69.0
KIR STEUART & FERRY PLAZA LOOP   KIRKLAND GARAGE              1  0.07  7 14.0 12 0.10  3.0  36.0
KIR STEUART TERMINAL             KIRKLAND GARAGE              1  0.07  7 14.0 12 0.10  3.0  36.0
KIR STEUART TERMINAL             PACIFIC & VAN NESS IB        1  0.00  0  0.0  0 0.00  0.0  63.0
KIR STEUART TERMINAL             STEUART TERMINAL             1  0.00  0  0.0  0 0.00  0.0  72.0
KIR STOCKTON & BEACH             KIRKLAND GARAGE              1  0.02  2  0.0  0 0.00  0.0   2.0
KIR SUTTER & SANSOME             KIRKLAND GARAGE              1  0.06  2 14.0 13 0.17  5.0  34.0
KIR TRANSBAY TERMINAL            1ST AND NATOMA               1  0.00  0  0.0  0 0.00  0.0  81.0
KIR TRANSBAY TERMINAL            BEACH & POLK                 1  0.00  0  0.0  0 0.00  0.0  60.0
KIR TRANSBAY TERMINAL            CHESTNUT & FILLMORE          1  0.00  0  0.0  0 0.00  0.0  74.0
KIR TRANSBAY TERMINAL            FORT MASON                   1  0.00  0  0.0  0 0.00  0.0  71.0
KIR TRANSBAY TERMINAL            KIRKLAND GARAGE              1  0.06  2 14.0 13 0.46 11.0  40.0
KIR TRANSBAY TERMINAL            PACIFIC & VAN NESS IB        1  0.00  0  0.0  0 0.00  0.0  67.0
KIR TRANSBAY TERMINAL            POWELL & BEACH IB            1  0.00  0  0.0  0 0.00  0.0  40.0
KIR TRANSBAY TERMINAL            STEUART TERMINAL             1  0.00  0  0.0  0 0.00  0.0  76.0
KIR TRANSBAY TERMINAL            TRANSBAY TERMINAL            1  0.00  0  0.0  0 0.00  0.0  84.0
KIR VAN NESS & NORTH POINT       KIRKLAND GARAGE              1  0.01  4 10.0  7 0.01  1.0  22.0
KIR VAN NESS & NORTH POINT       VAN NESS & NORTH POINT       1  0.00  0  0.0  0 0.00  0.0  42.0
KIR WOODS-GARAGE                                              1  0.00  0  0.0  0 0.00  0.0   0.0
KIR WOODS-GARAGE                 BEACH & POLK                 2  0.01  1 26.0 61 0.00  0.0  88.0
KIR WOODS-GARAGE                 CHESTNUT & FILLMORE          1  0.01  1 10.0 51 0.41 10.0  72.0
KIR WOODS-GARAGE                 KIRKLAND GARAGE              2  0.06  2 14.0 32 0.33  9.0  57.0
KIR WOODS-GARAGE                 PACIFIC & VAN NESS IB        2  0.01  1 18.0 37 0.41 10.0  66.0
KIR WOODS-GARAGE                 WOODS-GARAGE                 1  0.00  0  0.0  0 0.00  0.0   0.0
POT                                                           1  0.00  0  0.0  0 0.00  0.0   0.0
POT                              POTRERO-GARAGE               1  0.00  0  0.0  0 0.00  0.0   0.0
POT 16TH ST & BRYANT             16TH ST & BRYANT             1  0.00  0  0.0  0 0.00  0.0  14.0
POT 16TH ST & BRYANT             CASTRO & 18TH ST             1  0.00  0  0.0  0 0.00  0.0  45.0
POT 16TH ST & BRYANT             MARKET & VAN NESS            1  0.00  0  0.0  0 0.00  0.0  34.0
POT 16TH ST & BRYANT             MISSION & 11TH STREET        1  0.00  0  0.0  0 0.00  0.0  32.0
POT 16TH ST & BRYANT             POTRERO-GARAGE               1  0.27  7  0.0  0 0.00  0.0   7.0
```

```
POT 16TH ST & BRYANT       POTRERO?GARAGE          1  0.27  7  0.0   0 0.00  0.0   7.0
POT 3RD ST & MARKET        3RD ST & MARKET         1  0.00  0  0.0   0 0.00  0.0  72.0
POT 3RD ST & MARKET        4TH ST & MARKET         1  0.00  0  0.0   0 0.00  0.0  70.0
POT 3RD ST & MARKET        POTRERO-GARAGE          1  0.24  9 12.0  16 0.00  0.0  37.0
POT 4TH ST & MARKET        3RD ST & MARKET         1  0.00  0  0.0   0 0.00  0.0  71.0
POT 4TH ST & MARKET        4TH ST & MARKET         1  0.00  0  0.0   0 0.00  0.0  69.0
POT 4TH ST & MARKET        POTRERO-GARAGE          1  0.24  9 12.0  13 0.01  2.0  36.0
POT BEALE & MISSION        4TH ST & MARKET         1  0.24  9 12.0  19 0.14  4.0  77.0
POT BEALE & MISSION        POTRERO-GARAGE          1  0.24  9 12.0  19 0.14  4.0  44.0
POT CASTRO & 18TH ST       16TH ST & BRYANT        1  0.00  0  0.0   0 0.00  0.0  49.0
POT CASTRO & 18TH ST       CASTRO & 18TH ST        1  0.00  0  0.0   0 0.00  0.0  80.0
POT CASTRO & 18TH ST       POTRERO-GARAGE          1  0.15  7 15.0  19 0.10  1.0  42.0
POT CASTRO & 18TH ST       POTRERO?GARAGE          1  0.15  7 15.0  19 0.10  1.0  42.0
POT CASTRO & 18TH ST       VAN NESS & OAK OB       1  0.00  0  0.0   0 0.00  0.0  70.0
POT ISLAIS CREEK           ISLAIS CREEK            1  0.00  0  0.0   0 0.00  0.0   0.0
POT KIRKLAND GARAGE        KIRKLAND GARAGE         1  0.00  0  0.0   0 0.00  0.0   0.0
POT MARKET & VAN NESS      16TH ST & BRYANT        1  0.00  0  0.0   0 0.00  0.0  35.0
POT MARKET & VAN NESS      MARKET & VAN NESS       1  0.00  0  0.0   0 0.00  0.0  55.0
POT MARKET & VAN NESS      MISSION & 11TH STREET   1  0.00  0  0.0   0 0.00  0.0  53.0
POT MARKET & VAN NESS      POTRERO-GARAGE          1  0.15  4 12.0  10 0.06  2.0  28.0
POT MARKET & VAN NESS      POTRERO?GARAGE          1  0.15  4 12.0  10 0.06  2.0  28.0
POT MARKET & VAN NESS      VAN NESS & MARKET       1  0.00  0  0.0   0 0.00  0.0  55.0
POT MARKET & VAN NESS      WOODS-GARAGE            1  0.32 10 10.0  25 0.02  3.0  48.0
POT MISSION & 11TH STREET  3RD ST & MARKET         1  0.00  0  0.0   0 0.00  0.0  63.0
POT MISSION & 11TH STREET  4TH ST & MARKET         1  0.00  0  0.0   0 0.00  0.0  61.0
POT MISSION & 11TH STREET  MARKET & VAN NESS       1  0.00  0  0.0   0 0.00  0.0  55.0
POT MISSION & 11TH STREET  MISSION & 11TH STREET   1  0.00  0  0.0   0 0.00  0.0  53.0
POT MISSION & 11TH STREET  POTRERO-GARAGE          1  0.15  4 12.0   8 0.10  4.0  28.0
POT MISSION & 11TH STREET  POTRERO?GARAGE          1  0.15  4 12.0   8 0.10  4.0  28.0
POT MISSION & 11TH STREET  VAN NESS & OAK OB       1  0.00  0  0.0   0 0.00  0.0  56.0
POT POTRERO-GARAGE                                 1  0.00  0  0.0   0 0.00  0.0   0.0
POT POTRERO-GARAGE         16TH ST & BRYANT        1  0.27  7  0.0   0 0.00  0.0   7.0
POT POTRERO-GARAGE         3RD ST & MARKET         1  0.02  1 12.0  18 0.13  4.0  35.0
POT POTRERO-GARAGE         4TH ST & MARKET         1  0.01  1 12.0  16 0.13  4.0  33.0
POT POTRERO-GARAGE         BEALE & MISSION         1  0.25  6  0.0  21 0.13  4.0  31.0
POT POTRERO-GARAGE         CASTRO & 18TH ST        1  0.01  1 15.0  18 0.13  4.0  38.0
POT POTRERO-GARAGE         MARKET & VAN NESS       1  0.06  2 12.0   9 0.13  4.0  27.0
POT POTRERO-GARAGE         MISSION & 11TH STREET   1  0.02  1 12.0   8 0.13  4.0  25.0
POT POTRERO-GARAGE         POTRERO-GARAGE          1  0.00  0  0.0   0 0.00  0.0   0.0
POT POTRERO-GARAGE         VAN NESS & MARKET       1  0.06  2 12.0   9 0.13  4.0  27.0
POT POTRERO-GARAGE         VAN NESS & OAK OB       1  0.08  3 12.0   9 0.13  4.0  28.0
POT POTRERO?GARAGE         16TH ST & BRYANT        1  0.27  7  0.0   0 0.00  0.0   7.0
POT POTRERO?GARAGE         CASTRO & 18TH ST        1  0.01  1 15.0  18 0.13  4.0  38.0
POT POTRERO?GARAGE         MARKET & VAN NESS       1  0.06  2 12.0   9 0.13  4.0  27.0
```

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| POT POTRERO?GARAGE | MISSION & 11TH STREET | 1 | 0.02 | 1 | 12.0 | 8 | 0.13 | 4.0 | 25.0 |
| POT POTRERO?GARAGE | POTRERO?GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| POT POTRERO?GARAGE | VAN NESS & MARKET | 1 | 0.06 | 2 | 12.0 | 9 | 0.13 | 4.0 | 27.0 |
| POT POTRERO?GARAGE | VAN NESS & OAK OB | 1 | 0.08 | 3 | 12.0 | 9 | 0.13 | 4.0 | 28.0 |
| POT VAN NESS & MARKET | 16TH ST & BRYANT | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 35.0 |
| POT VAN NESS & MARKET | CASTRO & 18TH ST | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 66.0 |
| POT VAN NESS & MARKET | MISSION & 11TH STREET | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 53.0 |
| POT VAN NESS & MARKET | POTRERO-GARAGE | 1 | 0.15 | 4 | 12.0 | 10 | 0.06 | 2.0 | 28.0 |
| POT VAN NESS & MARKET | POTRERO?GARAGE | 1 | 0.15 | 4 | 12.0 | 10 | 0.06 | 2.0 | 28.0 |
| POT VAN NESS & MARKET | VAN NESS & MARKET | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 55.0 |
| POT VAN NESS & MARKET | VAN NESS & OAK OB | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 56.0 |
| POT VAN NESS & OAK OB | CASTRO & 18TH ST | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 68.0 |
| POT VAN NESS & OAK OB | MARKET & VAN NESS | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 57.0 |
| POT VAN NESS & OAK OB | MISSION & 11TH STREET | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 55.0 |
| POT VAN NESS & OAK OB | POTRERO-GARAGE | 1 | 0.24 | 9 | 12.0 | 6 | 0.08 | 3.0 | 30.0 |
| POT VAN NESS & OAK OB | POTRERO?GARAGE | 1 | 0.24 | 9 | 12.0 | 6 | 0.08 | 3.0 | 30.0 |
| POT VAN NESS & OAK OB | VAN NESS & MARKET | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 57.0 |
| POT VAN NESS & OAK OB | VAN NESS & OAK OB | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 58.0 |
| POT WOODS-GARAGE | MARKET & VAN NESS | 1 | 0.02 | 3 | 10.0 | 25 | 0.32 | 10.0 | 48.0 |
| POT WOODS-GARAGE | WOODS-GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| PRE | | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| PRE CALIFORNIA & PRESI | CALIFORNIA & PRESIDIO | 1 | 0.29 | 7 | 0.0 | 0 | 0.00 | 0.0 | 14.0 |
| PRE CALIFORNIA & PRESI | PRESIDIO?GARAGE | 1 | 0.29 | 7 | 0.0 | 0 | 0.00 | 0.0 | 7.0 |
| PRE CALIFORNIA & PRESIDIO | CALIFORNIA & PRESIDIO | 1 | 0.29 | 7 | 0.0 | 0 | 0.00 | 0.0 | 14.0 |
| PRE CALIFORNIA & PRESIDIO | PRESIDIO-GARAGE | 1 | 0.29 | 7 | 0.0 | 0 | 0.00 | 0.0 | 7.0 |
| PRE CALIFORNIA & PRESIDIO | PRESIDIO?GARAGE | 1 | 0.29 | 7 | 0.0 | 0 | 0.00 | 0.0 | 7.0 |
| PRE FULTON & MASONIC | FULTON & MASONIC IB | 1 | 0.58 | 14 | 0.0 | 0 | 0.00 | 0.0 | 28.0 |
| PRE FULTON & MASONIC | PRESIDIO?GARAGE | 1 | 0.58 | 14 | 0.0 | 0 | 0.00 | 0.0 | 14.0 |
| PRE FULTON & MASONIC IB | FULTON & MASONIC IB | 1 | 0.58 | 14 | 0.0 | 0 | 0.00 | 0.0 | 28.0 |
| PRE FULTON & MASONIC IB | PRESIDIO-GARAGE | 1 | 0.58 | 14 | 0.0 | 0 | 0.00 | 0.0 | 14.0 |
| PRE FULTON & MASONIC IB | PRESIDIO?GARAGE | 1 | 0.58 | 14 | 0.0 | 0 | 0.00 | 0.0 | 14.0 |
| PRE FULTON & MASONIC IB | STOCKTON & SUTTER | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 38.0 |
| PRE FULTON & MASONIC IB | TURK & MASONIC | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 24.0 |
| PRE HAYES & MASONIC | FULTON & MASONIC IB | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 31.0 |
| PRE HAYES & MASONIC | HAYES & MASONIC | 1 | 0.71 | 17 | 0.0 | 0 | 0.00 | 0.0 | 34.0 |
| PRE HAYES & MASONIC | PRESIDIO-GARAGE | 1 | 0.71 | 17 | 0.0 | 0 | 0.00 | 0.0 | 17.0 |
| PRE HAYES & MASONIC | PRESIDIO?GARAGE | 1 | 0.71 | 17 | 0.0 | 0 | 0.00 | 0.0 | 17.0 |
| PRE HAYES & MASONIC | STOCKTON & SUTTER | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 41.0 |
| PRE HAYES & MASONIC | TURK & MASONIC | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 27.0 |
| PRE KIRKLAND GARAGE | KIRKLAND  GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| PRE KIRKLAND GARAGE | KIRKLAND GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| PRE PRESIDIO & CALIFOR | PRESIDIO & CALIFORNIA | 1 | 0.29 | 7 | 0.0 | 0 | 0.00 | 0.0 | 14.0 |
| PRE PRESIDIO & CALIFOR | PRESIDIO?GARAGE | 1 | 0.29 | 7 | 0.0 | 0 | 0.00 | 0.0 | 7.0 |
| PRE PRESIDIO & CALIFORNIA | CALIFORNIA & PRESIDIO | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 14.0 |

| | From | To | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRE | PRESIDIO & CALIFORNIA | PRESIDIO & CALIFORNIA | 1 | 0.29 | 7 | 0.0 | 0 | 0.00 | 0.0 | 14.0 |
| PRE | PRESIDIO & CALIFORNIA | PRESIDIO-GARAGE | 1 | 0.29 | 7 | 0.0 | 0 | 0.00 | 0.0 | 7.0 |
| PRE | PRESIDIO & CALIFORNIA | PRESIDIO?GARAGE | 1 | 0.29 | 7 | 0.0 | 0 | 0.00 | 0.0 | 7.0 |
| PRE | PRESIDIO-GARAGE | CALIFORNIA & PRESIDIO | 1 | 0.29 | 7 | 0.0 | 0 | 0.00 | 0.0 | 7.0 |
| PRE | PRESIDIO-GARAGE | FULTON & MASONIC IB | 1 | 0.58 | 14 | 0.0 | 0 | 0.00 | 0.0 | 14.0 |
| PRE | PRESIDIO-GARAGE | HAYES & MASONIC | 1 | 0.71 | 17 | 0.0 | 0 | 0.00 | 0.0 | 17.0 |
| PRE | PRESIDIO-GARAGE | PRESIDIO & CALIFORNIA | 1 | 0.29 | 7 | 0.0 | 0 | 0.00 | 0.0 | 7.0 |
| PRE | PRESIDIO-GARAGE | PRESIDIO-GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| PRE | PRESIDIO-GARAGE | STOCKTON & SUTTER | 1 | 0.13 | 3 | 6.0 | 15 | 0.00 | 0.0 | 24.0 |
| PRE | PRESIDIO-GARAGE | TURK & MASONIC | 1 | 0.38 | 10 | 0.0 | 0 | 0.00 | 0.0 | 10.0 |
| PRE | PRESIDIO?GARAGE | | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| PRE | PRESIDIO?GARAGE | CALIFORNIA & PRESIDIO | 1 | 0.29 | 7 | 0.0 | 0 | 0.00 | 0.0 | 7.0 |
| PRE | PRESIDIO?GARAGE | FULTON & MASONIC IB | 1 | 0.58 | 14 | 0.0 | 0 | 0.00 | 0.0 | 14.0 |
| PRE | PRESIDIO?GARAGE | HAYES & MASONIC | 1 | 0.71 | 17 | 0.0 | 0 | 0.00 | 0.0 | 17.0 |
| PRE | PRESIDIO?GARAGE | PRESIDIO & CALIFORNIA | 1 | 0.29 | 7 | 0.0 | 0 | 0.00 | 0.0 | 7.0 |
| PRE | PRESIDIO?GARAGE | PRESIDIO?GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| PRE | PRESIDIO?GARAGE | STOCKTON & SUTTER | 1 | 0.13 | 3 | 6.0 | 15 | 0.00 | 0.0 | 24.0 |
| PRE | PRESIDIO?GARAGE | TURK & MASONIC | 1 | 0.38 | 10 | 0.0 | 0 | 0.00 | 0.0 | 10.0 |
| PRE | STOCKTON & SUTTE | PRESIDIO?GARAGE | 1 | 0.05 | 2 | 6.0 | 16 | 0.23 | 6.0 | 30.0 |
| PRE | STOCKTON & SUTTE | STOCKTON & SUTTER | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 54.0 |
| PRE | STOCKTON & SUTTER | HAYES & MASONIC | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 47.0 |
| PRE | STOCKTON & SUTTER | PRESIDIO-GARAGE | 1 | 0.05 | 2 | 6.0 | 16 | 0.23 | 6.0 | 30.0 |
| PRE | STOCKTON & SUTTER | PRESIDIO?GARAGE | 1 | 0.05 | 2 | 6.0 | 16 | 0.23 | 6.0 | 30.0 |
| PRE | STOCKTON & SUTTER | STOCKTON & SUTTER | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 54.0 |
| PRE | STOCKTON & SUTTER | TURK & MASONIC | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 40.0 |
| PRE | TURK & MASONIC | PRESIDIO-GARAGE | 1 | 0.38 | 10 | 0.0 | 0 | 0.00 | 0.0 | 10.0 |
| PRE | TURK & MASONIC | PRESIDIO?GARAGE | 1 | 0.38 | 10 | 0.0 | 0 | 0.00 | 0.0 | 10.0 |
| PRE | TURK & MASONIC | STOCKTON & SUTTER | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 34.0 |
| PRE | TURK & MASONIC | TURK & MASONIC | 1 | 0.38 | 10 | 0.0 | 0 | 0.00 | 0.0 | 20.0 |
| PRE | WOODS-GARAGE | WOODS-GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| WDS | | | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| WDS | | POTRERO & 24TH ST | 1 | 0.20 | 1 | 15.0 | 9 | 0.00 | 0.0 | 25.0 |
| WDS | | WOODS-GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| WDS | 14TH ST & CHURCH | 14TH ST & CHURCH | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 89.0 |
| WDS | 14TH ST & CHURCH | PALOU & 3RD ST TERMINAL | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 76.0 |
| WDS | 14TH ST & CHURCH | WOODS-GARAGE | 1 | 0.33 | 9 | 10.0 | 21 | 0.23 | 6.0 | 46.0 |
| WDS | 19TH AVE & BUCKIN | 19TH AVE & BUCKINGHAM | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 188.0 |
| WDS | 19TH AVE & BUCKIN | WOODS-GARAGE | 2 | 0.03 | 1 | 45.0 | 46 | 0.15 | 4.0 | 96.0 |
| WDS | 19TH AVE & BUCKINGHA | 19TH AVE & BUCKINGHAM | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 188.0 |
| WDS | 19TH AVE & BUCKINGHA | WOODS-GARAGE | 2 | 0.03 | 1 | 45.0 | 46 | 0.15 | 4.0 | 96.0 |
| WDS | 19TH AVE & BUCKINGHAM | 19TH AVE & BUCKINGHAM | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 188.0 |
| WDS | 19TH AVE & BUCKINGHAM | WOODS-GARAGE | 2 | 0.03 | 1 | 45.0 | 46 | 0.15 | 4.0 | 96.0 |
| WDS | 22ND ST & PENNSYL | 22ND ST & PENNSYLVANIA | 1 | 0.03 | 1 | 0.0 | 0 | 0.00 | 0.0 | 1.0 |
| WDS | 22ND ST & PENNSYL | WOODS-GARAGE | 1 | 0.03 | 1 | 0.0 | 0 | 0.00 | 0.0 | 1.0 |

```
WDS 22ND ST & PENNSYLVAN          22ND ST & PENNSYLVANIA        1  0.03  1   0.0   0 0.00   0.0    1.0
WDS 22ND ST & PENNSYLVAN          WOODS-GARAGE                  1  0.03  1   0.0   0 0.00   0.0    1.0
WDS 22ND ST & PENNSYLVANI         22ND ST & PENNSYLVANIA        1  0.03  1   0.0   0 0.00   0.0    1.0
WDS 22ND ST & PENNSYLVANI         WOODS-GARAGE                  1  0.03  1   0.0   0 0.00   0.0    1.0
WDS 22ND ST & PENNSYLVANIA        22ND ST & PENNSYLVANIA        1  0.03  1   0.0   0 0.00   0.0    1.0
WDS 22ND ST & PENNSYLVANIA        3RD STREET & EVANS            1  0.00  0   0.0   0 0.00   0.0   30.0
WDS 22ND ST & PENNSYLVANIA        KANSAS & 23RD ST              1  0.00  0   0.0   0 0.00   0.0   25.0
WDS 22ND ST & PENNSYLVANIA        POTRERO & 24TH ST             1  0.00  0   0.0   0 0.00   0.0   26.0
WDS 22ND ST & PENNSYLVANIA        WOODS-GARAGE                  1  0.03  1   0.0   0 0.00   0.0    1.0
WDS 24TH & MISSION B.A.R.T        24TH & MISSION B.A.R.T        1  0.00  0   0.0   0 0.00   0.0   61.0
WDS 24TH & MISSION B.A.R.T        WOODS-GARAGE                  1  0.03  1  16.0  17 0.00   0.0   34.0
WDS 24TH ST & MISSION             WOODS-GARAGE                  1  0.03  1  16.0  17 0.00   0.0   34.0
WDS 24TH ST & MISSION B.A.        24TH ST & MISSION B.A.R.T.    1  0.00  0   0.0   0 0.00   0.0   61.0
WDS 24TH ST & MISSION B.A.        WOODS-GARAGE                  1  0.03  1  16.0  17 0.00   0.0   34.0
WDS 24TH ST & MISSION B.A.R       24TH ST & MISSION B.A.R.T.    1  0.00  0   0.0   0 0.00   0.0   61.0
WDS 24TH ST & MISSION B.A.R       WOODS-GARAGE                  1  0.03  1  16.0  17 0.00   0.0   34.0
WDS 24TH ST & MISSION B.A.R.      24TH ST & MISSION B.A.R.T.    1  0.00  0   0.0   0 0.00   0.0   61.0
WDS 24TH ST & MISSION B.A.R.      WOODS-GARAGE                  1  0.03  1  16.0  17 0.00   0.0   34.0
WDS 24TH ST & MISSION B.A.R.T.    24TH ST & MISSION B.A.R.T.    1  0.00  0   0.0   0 0.00   0.0   61.0
WDS 24TH ST & MISSION B.A.R.T.    FITZGERALD & KEITH            1  0.00  0   0.0   0 0.00   0.0   72.0
WDS 24TH ST & MISSION B.A.R.T.    WOODS-GARAGE                  1  0.03  1  16.0  17 0.00   0.0   34.0
WDS 3RD STREET & EVAN             3RD STREET & EVANS            1  0.00  0   0.0   0 0.00   0.0   58.0
WDS 3RD STREET & EVAN             WOODS-GARAGE                  1  0.00  0  15.0   6 0.32   8.0   29.0
WDS 3RD STREET & EVANS            3RD STREET & EVANS            1  0.00  0   0.0   0 0.00   0.0   58.0
WDS 3RD STREET & EVANS            WOODS-GARAGE                  1  0.00  0  15.0   6 0.32   8.0   29.0
WDS 4TH ST KING                   WOODS-GARAGE                  1  0.32  8  15.0   8 0.00   0.0   31.0
WDS 9TH AVE & JUDAH               9TH AVE & JUDAH               1  0.00  0   0.0   0 0.00   0.0  142.0
WDS 9TH AVE & JUDAH               WOODS-GARAGE                  2  0.11  5  27.0  42 0.00   0.0   74.0
WDS BALBOA PARK B.A.R.T.          BALBOA PARK B.A.R.T.          1  0.00  0   0.0   0 0.00   0.0  132.0
WDS BALBOA PARK B.A.R.T.          WOODS-GARAGE                  2  0.03  1  25.0  38 0.06   2.0   66.0
WDS BAYSHORE BLVD AT              BAYSHORE BLVD AT BLANKEN AVE  1  0.00  0   0.0   0 0.00   0.0   92.0
WDS BAYSHORE BLVD AT              WOODS-GARAGE                  1  0.32 10  15.0  18 0.09   6.0   49.0
WDS BAYSHORE BLVD AT BLA          BAYSHORE BLVD AT BLANKEN AVE  1  0.00  0   0.0   0 0.00   0.0   92.0
WDS BAYSHORE BLVD AT BLA          WOODS-GARAGE                  1  0.32 10  15.0  18 0.09   6.0   49.0
WDS BAYSHORE BLVD AT BLAN         BAYSHORE BLVD AT BLANKEN AVE  1  0.00  0   0.0   0 0.00   0.0   92.0
WDS BAYSHORE BLVD AT BLAN         WOODS-GARAGE                  1  0.32 10  15.0  18 0.09   6.0   49.0
WDS BAYSHORE BLVD AT BLANK        BAYSHORE BLVD AT BLANKEN AVE  1  0.00  0   0.0   0 0.00   0.0   92.0
WDS BAYSHORE BLVD AT BLANK        WOODS-GARAGE                  1  0.32 10  15.0  18 0.09   6.0   49.0
WDS BAYSHORE BLVD AT BLANKE       BAYSHORE BLVD AT BLANKEN AVE  1  0.00  0   0.0   0 0.00   0.0   92.0
WDS BAYSHORE BLVD AT BLANKE       WOODS-GARAGE                  1  0.32 10  15.0  18 0.09   6.0   49.0
WDS BAYSHORE BLVD AT BLANKEN AVE  BAYSHORE BLVD AT BLANKEN AVE  1  0.00  0   0.0   0 0.00   0.0   92.0
WDS BAYSHORE BLVD AT BLANKEN AVE  SAN BRUNO & ARLETA            1  0.00  0   0.0   0 0.00   0.0   88.0
WDS BAYSHORE BLVD AT BLANKEN AVE  WOODS-GARAGE                  1  0.32 10  15.0  18 0.09   6.0   49.0
WDS BRYANT & 24TH ST              BRYANT & 24TH ST              1  0.00  0   0.0   0 0.00   0.0   55.0
```

```
WDS BRYANT & 24TH ST                    WOODS-GARAGE                 1  0.03  1 15.0 11 0.01  1.0  28.0
WDS C. BEACH TERMINAL                    WOODS-GARAGE                 2  0.03  1 25.0 37 0.01  1.0  64.0
WDS CASTRO & MARKET                      CASTRO & MARKET LV           1  0.00  0  0.0  0 0.00  0.0 111.0
WDS CASTRO & MARKET                      WOODS-GARAGE                 1  0.32 10 15.0 28 0.06  5.0  58.0
WDS CASTRO & MARKET LV                   CASTRO & MARKET LV           1  0.00  0  0.0  0 0.00  0.0 111.0
WDS CASTRO & MARKET LV                   WOODS-GARAGE                 1  0.32 10 15.0 28 0.06  5.0  58.0
WDS CONNECTICUT & 18TH ST                CONNECTICUT & 18TH ST        1  0.00  0  0.0  0 0.00  0.0  48.0
WDS CONNECTICUT & 18TH ST                WOODS-GARAGE                 1  0.41  9 10.0  4 0.01  1.0  24.0
WDS EXCELSIOR & MISSIO                   WOODS-GARAGE                 2  0.35 14 27.0 25 0.22  6.0  72.0
WDS EXCELSIOR & MISSION                  EXCELSIOR & MISSION          1  0.00  0  0.0  0 0.00  0.0 132.0
WDS EXCELSIOR & MISSION                  MISSION & EXCELSIOR          1  0.00  0  0.0  0 0.00  0.0 132.0
WDS EXCELSIOR & MISSION                  WOODS-GARAGE                 2  0.35 14 22.0 25 0.22  6.0  67.0
WDS FITZGERALD & KEITH                   FITZGERALD & KEITH           1  0.00  0  0.0  0 0.00  0.0  80.0
WDS FITZGERALD & KEITH                   WOODS-GARAGE                 1  0.32 10 10.0 16 0.20  6.0  42.0
WDS HUDSON & 3RD ST                      3RD STREET & EVANS           1  0.00  0  0.0  0 0.00  0.0  65.0
WDS HUDSON & 3RD ST                      9TH AVE & JUDAH              1  0.00  0  0.0  0 0.00  0.0 104.0
WDS HUDSON & 3RD ST                      FITZGERALD & KEITH           1  0.00  0  0.0  0 0.00  0.0  74.0
WDS HUDSON & 3RD ST                      HUDSON & 3RD ST              1  0.00  0  0.0  0 0.00  0.0  68.0
WDS HUDSON & 3RD ST                      WOODS-GARAGE                 1  0.32 10 10.0 10 0.03  6.0  36.0
WDS KANSAS & 23RD ST                     22ND ST & PENNSYLVANIA       1  0.00  0  0.0  0 0.00  0.0  25.0
WDS KANSAS & 23RD ST                     WOODS-GARAGE                 1  0.03  1 16.0  7 0.01  1.0  25.0
WDS MARKET & CHURCH                      WOODS-GARAGE                 1  0.33  9 10.0 25 0.00  0.0  44.0
WDS MARKET & VAN NES                     MARKET & VAN NESS            1  0.00  0  0.0  0 0.00  0.0  94.0
WDS MARKET & VAN NES                     WOODS-GARAGE                 1  0.32 10 10.0 25 0.02  3.0  48.0
WDS MARKET & VAN NESS                    BRYANT & 24TH ST             1  0.00  0  0.0  0 0.00  0.0  71.0
WDS MARKET & VAN NESS                    MARKET & VAN NESS            1  0.00  0  0.0  0 0.00  0.0  94.0
WDS MARKET & VAN NESS                    WOODS-GARAGE                 1  0.32 10 10.0 25 0.02  3.0  48.0
WDS MISSION & 24TH B.A.R.T               MISSION & 24TH B.A.R.T       1  0.00  0  0.0  0 0.00  0.0  61.0
WDS MISSION & 24TH B.A.R.T               WOODS-GARAGE                 1  0.03  1 16.0 17 0.00  0.0  34.0
WDS MISSION & EXCELSIO                   EXCELSIOR & MISSION          1  0.00  0  0.0  0 0.00  0.0 132.0
WDS MISSION & EXCELSIO                   MISSION & EXCELSIOR          1  0.00  0  0.0  0 0.00  0.0 132.0
WDS MISSION & EXCELSIOR                  EXCELSIOR & MISSION          1  0.00  0  0.0  0 0.00  0.0 132.0
WDS MISSION & EXCELSIOR                  MISSION & EXCELSIOR          1  0.00  0  0.0  0 0.00  0.0 132.0
WDS MISSION & EXCELSIOR                  WOODS-GARAGE                 2  0.35 14 22.0 25 0.22  6.0  67.0
WDS Mission Bay South & 3rd St SE/FS     WOODS-GARAGE                 1  0.33  9 10.0  3 0.16  4.0  26.0
WDS NORTH POINT & STO                    NORTH POINT & STOCKTON       1  0.00  0  0.0  0 0.00  0.0 139.0
WDS NORTH POINT & STO                    WOODS-GARAGE                 2  0.49 14 19.0 33 0.13  3.0  69.0
WDS NORTH POINT & STOCKT                 NORTH POINT & STOCKTON       1  0.00  0  0.0  0 0.00  0.0 139.0
WDS NORTH POINT & STOCKT                 WOODS-GARAGE                 2  0.49 14 19.0 33 0.13  3.0  69.0
WDS NORTH POINT & STOCKTO                NORTH POINT & STOCKTON       1  0.00  0  0.0  0 0.00  0.0 139.0
WDS NORTH POINT & STOCKTO                WOODS-GARAGE                 2  0.49 14 19.0 33 0.13  3.0  69.0
WDS NORTH POINT & STOCKTON               NORTH POINT & STOCKTON       1  0.00  0  0.0  0 0.00  0.0 139.0
WDS NORTH POINT & STOCKTON               WOODS-GARAGE                 2  0.49 14 19.0 33 0.13  3.0  69.0
WDS New Hall & Hudsons SW-FS/BZ          New Hall & Hudsons SW-FS/BZ  1  0.00  0  0.0  0 0.00  0.0  52.0
```

```
WDS New Hall & Hudsons SW-FS/BZ    WOODS-GARAGE                    1  0.32  8 10.0   6 0.05  2.0  26.0
WDS PALOU & 3RD ST                 PALOU & 3RD ST                  1  0.00  0  0.0   0 0.00  0.0  64.0
WDS PALOU & 3RD ST                 WOODS-GARAGE                    1  0.32 10 10.0  10 0.02  2.0  32.0
WDS PALOU & 3RD ST TE              PALOU & 3RD ST TERMINAL         1  0.00  0  0.0   0 0.00  0.0  64.0
WDS PALOU & 3RD ST TE              WOODS-GARAGE                    1  0.32 10 10.0  10 0.02  2.0  32.0
WDS PALOU & 3RD ST TERMI           PALOU & 3RD ST TERMINAL         1  0.00  0  0.0   0 0.00  0.0  64.0
WDS PALOU & 3RD ST TERMI           WOODS-GARAGE                    1  0.32 10 10.0  10 0.02  2.0  32.0
WDS PALOU & 3RD ST TERMIN          PALOU & 3RD ST TERMINAL         1  0.00  0  0.0   0 0.00  0.0  64.0
WDS PALOU & 3RD ST TERMIN          WOODS-GARAGE                    1  0.32 10 10.0  10 0.02  2.0  32.0
WDS PALOU & 3RD ST TERMINA         PALOU & 3RD ST TERMINAL         1  0.00  0  0.0   0 0.00  0.0  64.0
WDS PALOU & 3RD ST TERMINA         WOODS-GARAGE                    1  0.32 10 10.0  10 0.02  2.0  32.0
WDS PALOU & 3RD ST TERMINAL        BRYANT & 24TH ST                1  0.00  0  0.0   0 0.00  0.0  55.0
WDS PALOU & 3RD ST TERMINAL        PALOU & 3RD ST TERMINAL         1  0.00  0  0.0   0 0.00  0.0  64.0
WDS PALOU & 3RD ST TERMINAL        WOODS-GARAGE                    1  0.32 10 10.0  10 0.02  2.0  32.0
WDS POTRERO & 24TH ST                                              1  0.03  1 16.0   9 0.01  1.0  27.0
WDS POTRERO & 24TH ST              14TH ST & CHURCH                1  0.00  0  0.0   0 0.00  0.0  70.0
WDS POTRERO & 24TH ST              22ND ST & PENNSYLVANIA          1  0.00  0  0.0   0 0.00  0.0  27.0
WDS POTRERO & 24TH ST              FITZGERALD & KEITH              1  0.00  0  0.0   0 0.00  0.0  65.0
WDS POTRERO & 24TH ST              HUDSON & 3RD ST                 1  0.00  0  0.0   0 0.00  0.0  59.0
WDS POTRERO & 24TH ST              POTRERO & 24TH ST               1  0.00  0  0.0   0 0.00  0.0  51.0
WDS POTRERO & 24TH ST              WOODS-GARAGE                    1  0.03  1 15.0   9 0.10  1.0  26.0
WDS POTRERO-GARAGE                 BRYANT & 24TH ST                1  0.01  1 15.0   4 0.11  3.0  23.0
WDS POTRERO-GARAGE                 WOODS-GARAGE                    1  0.33  9 10.0  11 0.23  6.0  36.0
WDS SAN BRUNO & ARLETA             BAYSHORE BLVD AT BLANKEN AVE    1  0.00  0  0.0   0 0.00  0.0  79.0
WDS SAN BRUNO & ARLETA             SAN BRUNO & ARLETA              1  0.00  0  0.0   0 0.00  0.0  75.0
WDS SAN BRUNO & ARLETA             WOODS-GARAGE                    1  0.32  8 10.0  17 0.03  1.0  36.0
WDS STEUART & FERRY PLAZA LOOP      WOODS-GARAGE                    1  0.32  8 10.0  19 0.17  6.0  43.0
WDS TRANSBAY  TERMINA              WOODS-GARAGE                    1  0.32 10 10.0  20 0.34  8.0  48.0
WDS TRANSBAY TERMINA               TRANSBAY TERMINAL               1  0.00  0  0.0   0 0.00  0.0  95.0
WDS TRANSBAY TERMINAL              TRANSBAY TERMINAL               1  0.00  0  0.0   0 0.00  0.0  95.0
WDS TRANSBAY TERMINAL              WOODS-GARAGE                    1  0.32 10 10.0  20 0.34  8.0  48.0
WDS ULLOA & WEST PORTAL ARRIVE     WOODS-GARAGE                    1  0.03  1 15.0  40 0.01  1.0  57.0
WDS VALENCIA & 24TH ST             VALENCIA & 24TH ST              1  0.00  0  0.0   0 0.00  0.0  68.0
WDS VALENCIA & 24TH ST             WOODS-GARAGE                    1  0.03  1 16.0  18 0.00  0.0  35.0
WDS VALENCIA & CESAR               VALENCIA & CESAR CHAVEZ         1  0.00  0  0.0   0 0.00  0.0  83.0
WDS VALENCIA & CESAR               WOODS-GARAGE                    1  0.03  1 15.0  18 0.29  8.0  42.0
WDS VALENCIA & CESAR CHA           VALENCIA & CESAR CHAVEZ         1  0.00  0  0.0   0 0.00  0.0  83.0
WDS VALENCIA & CESAR CHA           WOODS-GARAGE                    1  0.03  1 15.0  18 0.29  8.0  42.0
WDS VALENCIA & CESAR CHAV          VALENCIA & CESAR CHAVEZ         1  0.00  0  0.0   0 0.00  0.0  83.0
WDS VALENCIA & CESAR CHAV          WOODS-GARAGE                    1  0.03  1 15.0  18 0.29  8.0  42.0
WDS VALENCIA & CESAR CHAVE         VALENCIA & CESAR CHAVEZ         1  0.00  0  0.0   0 0.00  0.0  83.0
WDS VALENCIA & CESAR CHAVE         WOODS-GARAGE                    1  0.03  1 15.0  18 0.29  8.0  42.0
WDS VALENCIA & CESAR CHAVEZ        POTRERO & 24TH ST               1  0.00  0  0.0   0 0.00  0.0  67.0
WDS VALENCIA & CESAR CHAVEZ        VALENCIA & CESAR CHAVEZ         1  0.00  0  0.0   0 0.00  0.0  83.0
```

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| WDS VALENCIA & CESAR CHAVEZ | WOODS-GARAGE | 1 | 0.03 | 1 | 15.0 | 18 | 0.29 | 8.0 | 42.0 |
| WDS WEST PORTAL STATI | WEST PORTAL STATION | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 111.0 |
| WDS WEST PORTAL STATI | WOODS-GARAGE | 1 | 0.03 | 1 | 15.0 | 40 | 0.01 | 1.0 | 57.0 |
| WDS WEST PORTAL STATION | WEST PORTAL STATION | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 111.0 |
| WDS WEST PORTAL STATION | WOODS-GARAGE | 1 | 0.03 | 1 | 15.0 | 40 | 0.01 | 1.0 | 57.0 |
| WDS WOODS-GARAGE | | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| WDS WOODS-GARAGE | 14TH ST & CHURCH | 1 | 0.01 | 1 | 10.0 | 22 | 0.41 | 10.0 | 43.0 |
| WDS WOODS-GARAGE | 19TH AVE & BUCKINGHAM | 2 | 0.16 | 4 | 45.0 | 43 | 0.00 | 0.0 | 92.0 |
| WDS WOODS-GARAGE | 22ND ST & PENNSYLVANIA | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |
| WDS WOODS-GARAGE | 24TH & MISSION B.A.R.T | 1 | 0.07 | 2 | 16.0 | 17 | 0.00 | 0.0 | 35.0 |
| WDS WOODS-GARAGE | 24TH ST & MISSION B.A.R.T. | 1 | 0.07 | 2 | 8.0 | 17 | 0.00 | 0.0 | 27.0 |
| WDS WOODS-GARAGE | 3RD STREET & EVANS | 1 | 0.00 | 0 | 15.0 | 6 | 0.32 | 8.0 | 29.0 |
| WDS WOODS-GARAGE | 9TH AVE & JUDAH | 2 | 0.00 | 0 | 28.0 | 40 | 0.00 | 0.0 | 68.0 |
| WDS WOODS-GARAGE | BALBOA PARK B.A.R.T. | 2 | 0.06 | 2 | 26.0 | 37 | 0.10 | 1.0 | 66.0 |
| WDS WOODS-GARAGE | BAYSHORE BLVD AT BLANKEN AVE | 1 | 0.09 | 5 | 10.0 | 20 | 0.32 | 8.0 | 43.0 |
| WDS WOODS-GARAGE | BRYANT & 24TH ST | 1 | 0.01 | 1 | 15.0 | 11 | 0.00 | 0.0 | 27.0 |
| WDS WOODS-GARAGE | C. BEACH TERMINAL | 2 | 0.03 | 1 | 26.0 | 37 | 0.00 | 0.0 | 64.0 |
| WDS WOODS-GARAGE | CASTRO & MARKET LV | 1 | 0.04 | 6 | 10.0 | 29 | 0.32 | 8.0 | 53.0 |
| WDS WOODS-GARAGE | CONNECTICUT & 18TH ST | 1 | 0.01 | 1 | 10.0 | 3 | 0.41 | 10.0 | 24.0 |
| WDS WOODS-GARAGE | EXCELSIOR & MISSION | 2 | 0.25 | 10 | 22.0 | 25 | 0.32 | 8.0 | 65.0 |
| WDS WOODS-GARAGE | FITZGERALD & KEITH | 1 | 0.10 | 4 | 10.0 | 16 | 0.32 | 8.0 | 38.0 |
| WDS WOODS-GARAGE | HUDSON & 3RD ST | 1 | 0.03 | 6 | 10.0 | 8 | 0.32 | 8.0 | 32.0 |
| WDS WOODS-GARAGE | KANSAS & 23RD ST | 1 | 0.01 | 1 | 16.0 | 6 | 0.03 | 1.0 | 24.0 |
| WDS WOODS-GARAGE | MARKET & CHURCH | 1 | 0.00 | 0 | 10.0 | 21 | 0.41 | 10.0 | 41.0 |
| WDS WOODS-GARAGE | MARKET & VAN NESS | 1 | 0.02 | 3 | 10.0 | 25 | 0.32 | 8.0 | 46.0 |
| WDS WOODS-GARAGE | MISSION & 24TH B.A.R.T | 1 | 0.07 | 2 | 8.0 | 17 | 0.00 | 0.0 | 27.0 |
| WDS WOODS-GARAGE | MISSION & EXCELSIOR | 2 | 0.25 | 10 | 22.0 | 25 | 0.32 | 8.0 | 65.0 |
| WDS WOODS-GARAGE | Mission Bay South & 3rd St SE/FS | 1 | 0.16 | 4 | 10.0 | 4 | 0.32 | 10.0 | 28.0 |
| WDS WOODS-GARAGE | NORTH POINT & STOCKTON | 2 | 0.07 | 10 | 18.0 | 32 | 0.32 | 10.0 | 70.0 |
| WDS WOODS-GARAGE | New Hall & Hudsons SW-FS/BZ | 1 | 0.05 | 2 | 10.0 | 6 | 0.32 | 8.0 | 26.0 |
| WDS WOODS-GARAGE | PALOU & 3RD ST | 1 | 0.04 | 2 | 10.0 | 10 | 0.32 | 8.0 | 30.0 |
| WDS WOODS-GARAGE | PALOU & 3RD ST TERMINAL | 1 | 0.04 | 2 | 10.0 | 10 | 0.32 | 10.0 | 32.0 |
| WDS WOODS-GARAGE | POTRERO & 24TH ST | 1 | 0.20 | 1 | 15.0 | 9 | 0.00 | 0.0 | 25.0 |
| WDS WOODS-GARAGE | SAN BRUNO & ARLETA | 1 | 0.12 | 3 | 10.0 | 18 | 0.32 | 8.0 | 39.0 |
| WDS WOODS-GARAGE | STEUART & FERRY PLAZA LOOP | 1 | 0.17 | 6 | 10.0 | 19 | 0.32 | 8.0 | 43.0 |
| WDS WOODS-GARAGE | TRANSBAY TERMINAL | 1 | 0.29 | 8 | 10.0 | 21 | 0.32 | 8.0 | 47.0 |
| WDS WOODS-GARAGE | ULLOA & WEST PORTAL ARRIVE | 1 | 0.10 | 1 | 15.0 | 38 | 0.00 | 0.0 | 54.0 |
| WDS WOODS-GARAGE | VALENCIA & 24TH ST | 1 | 0.00 | 0 | 15.0 | 18 | 0.00 | 0.0 | 33.0 |
| WDS WOODS-GARAGE | VALENCIA & CESAR CHAVEZ | 1 | 0.29 | 8 | 15.0 | 18 | 0.00 | 0.0 | 41.0 |
| WDS WOODS-GARAGE | WEST PORTAL STATION | 1 | 0.10 | 1 | 15.0 | 38 | 0.00 | 0.0 | 54.0 |
| WDS WOODS-GARAGE | WOODS-GARAGE | 1 | 0.00 | 0 | 0.0 | 0 | 0.00 | 0.0 | 0.0 |

# Appendix 5

<u>Appendix 5: Plaintiffs' Sample Results</u>

**1. Respondents (305)**

Of the 400 operators randomly sampled by Plaintiffs, 305 provided data for this report. Their responses are listed in the table below. An "NA" indicates that the operator did not provide a response for that category of time.

| Random No. | Employee ID No. | Badge No. | First Name | Last Name | Start Travel Wait Time | Turn-In Time | Late Time at Relief | Late Time at Division |
|---|---|---|---|---|---|---|---|---|
| 1 | 056494 | 3614 | LaRon N. | Branner | 10 | 11 | 6 | 10 |
| 4 | 041961 | 2997 | Andy | Ng | 8 | 10 | 5 | 5 |
| 6 | 057390 | 3705 | Aris | Chan | 30 | 10 | 10 | 10 |
| 8 | 030833 | 1869 | Cassandra | Griffin | NA | NA | 6 | 9 |
| 9 | 038677 | 1659 | Satish | Dutt | 45 | 10 | 10 | 10 |
| 10 | 159629 | 4523 | Ryan Wing Kei | Tsang | 15 | 10 | 4 | 2 |
| 11 | 054166 | 3474 | Lam | Lu | 20 | 9 | 7 | 7 |
| 12 | 030692 | 1168 | Arthur | Jaballa | 30 | 15 | 4 | 4 |
| 13 | 041706 | 2438 | Jonathan-Dat | Lam | 8 | 8 | 10 | 5 |
| 14 | 022613 | 1086 | Ada L. | Lee | 60 | 15 | 15 | 15 |
| 15 | 057618 | 3750 | Peter | Cheung | 10 | 10 | 5 | 5 |
| 17 | 061819 | 3942 | Ivy | Cheng | 10 | 5 | 10 | 10 |
| 18 | 023825 | 1492 | Melvin | Sanders | 15 | 10 | 15 | 15 |
| 19 | 067975 | 4343 | Marco | Lozano | 10 | 15 | 15 | 10 |
| 21 | 035439 | 1985 | Elias | Sarsour | 15 | 10 | 6 | 6 |
| 24 | 028790 | 1328 | Warren | Rubit | 20 | 10 | 4 | 7 |
| 25 | 030006 | 2517 | Preston | Donaldson | 20 | 15 | 15 | 10 |
| 26 | 038643 | 494 | Peter S. | Lee | 20 | 15 | 15 | 10 |
| 27 | 063950 | 4149 | Daniel | Childs | 10 | 15 | 15 | 10 |
| 28 | 044095 | 1530 | Rosario | Guillen | 15 | 15 | 15 | 15 |

| Random No. | Employee ID No. | Badge No. | First Name | Last Name | Start Travel Wait Time | Turn-In Time | Late Time at Relief | Late Time at Division |
|---|---|---|---|---|---|---|---|---|
| 30 | 018386 | 2130 | Marcus | Alexander | 45 | 15 | 15 | 15 |
| 31 | 011236 | 1768 | Vernell | Sullivan | 10 | 20 | 10 | 20 |
| 33 | 022101 | 3167 | Carlos R. | Scover | 8 | 15 | 10 | 10 |
| 34 | 055577 | 3542 | Jacqueline R. | Berry | 30 | 10 | 8 | 10 |
| 35 | 034404 | 1496 | Christopher | Jordan | NA | NA | 7 | 10 |
| 37 | 023593 | 482 | Donald De Jesus | Farina Sr. | 20 | 25 | 15 | 15 |
| 38 | 062275 | 3962 | Efren S | Antoniano | 30 | 10 | 10 | 5 |
| 39 | 057604 | 3746 | Yong Jian | Xu | 20 | 10 | 10 | 12 |
| 40 | 037584 | 2151 | Dimitrius | Chilton | 8 | 15 | 13 | 8 |
| 41 | 057091 | 3667 | Antoine | Wright Sr. | 15 | 9 | 5 | 5 |
| 42 | 028059 | 3020 | Antoinette | Wells | 10 | 15 | 15 | 10 |
| 43 | 065685 | 4277 | Craig W. | Joseph | 15 | 15 | 30 | 30 |
| 44 | 069178 | 4367 | Andrea | Johnson | 10 | 15 | 15 | 15 |
| 46 | 041533 | 2852 | Ping Fu | Kwong | 30 | 10 | 8 | 10 |
| 47 | 041827 | 1537 | Ricardo | Martinez | 20 | 20 | 15 | 15 |
| 49 | 053056 | 3416 | Larry D. | Hale | 30 | 9 | 9 | 9 |
| 50 | 017692 | 829 | Batiste | Collins | NA | NA | 6 | 8 |
| 51 | 154160 | 4407 | Josh | McDonald | 30 | 15 | 10 | 15 |
| 52 | 014671 | 845 | Tommy | Marshall | 20 | 15 | 15 | 15 |
| 54 | 065060 | 4241 | Kenny | Tam | 20 | 8 | 7 | 8 |
| 55 | 043163 | 2400 | Jose Antonio | Lara | 60 | 10 | 15 | 10 |
| 56 | 027850 | 2007 | Jorge A. | Elias Jr. | 10 | 15 | 15 | 10 |
| 57 | 064449 | 4216 | Juliana | Bullock | 10 | 10 | 10 | 10 |
| 58 | 059981 | 3898 | Paul | Bolich | 12 | 18 | 9 | 12 |
| 59 | 042089 | 2086 | Cuong | Ma | 15 | 10 | 5 | 10 |
| 60 | 038115 | 1794 | Willie | Hawkins | 10 | 10 | 10 | 8 |
| 61 | 048019 | 3249 | Raul | Rodriguez | 15 | 5 | 5 | 10 |

| Random No. | Employee ID No. | Badge No. | First Name | Last Name | Start Travel Wait Time | Turn-In Time | Late Time at Relief | Late Time at Division |
|---|---|---|---|---|---|---|---|---|
| 62 | 036567 | 1773 | Arthur | Jew | 3 | 7 | 12 | 5 |
| 63 | 033471 | 2427 | Jason R. | Calacal | NA | NA | 5 | 10 |
| 68 | 062986 | 4019 | Yiu Kwok | Poon | 30 | 10 | 5 | 5 |
| 71 | 043924 | 1554 | Luis | Larios | 20 | 5 | 10 | 10 |
| 72 | 40249 | 1918 | Harry | Vong | 30 | 15 | 15 | 15 |
| 73 | 021949 | 2243 | Derrick | Johnson | NA | NA | 8 | 9 |
| 74 | 040703 | 1548 | Roberto | De Jesus | 30 | 15 | 5 | 5 |
| 75 | 063522 | 4125 | Mario | Riley | 10 | 5 | 10 | 15 |
| 76 | 029156 | 2418 | Carlos R. | Rodriguez | 60 | 10 | 5 | 10 |
| 77 | 012806 | 2076 | James E. | Saunders | 30 | 10 | 10 | 10 |
| 78 | 041341 | 2219 | Jemar B. | Villasenor | 30 | 15 | 8 | 12 |
| 79 | 015341 | 3072 | Charles | Davis | 20 | 15 | 15 | 15 |
| 81 | 040201 | 2592 | Kit Sau | Yeung | 20 | 8 | 10 | 10 |
| 83 | 018434 | 1311 | Gerald H | Webster | NA | NA | 6 | 9 |
| 85 | 054708 | 3521 | Dominic | Villanueva | 10 | 15 | 15 | 10 |
| 86 | 025052 | 2744 | Raymone | Garner | 10 | 14 | 15 | 9 |
| 87 | 038524 | 1136 | Richard T. | Jee | 10 | 7 | NA | 9 |
| 88 | 053058 | 3414 | Aisha | Adams | 10 | 15 | 15 | 10 |
| 89 | 029719 | 1990 | Bounmy | Rasachack | 10 | 15 | 15 | 10 |
| 90 | 160838 | 4551 | Alonzo | Fontenot II | 20 | 10 | 10 | 10 |
| 92 | 014372 | 2542 | Jeremiah | Bryant | 30 | 15 | 5 | 10 |
| 96 | 039972 | 3023 | Peter | Chau | 10 | 10 | 10 | 10 |
| 97 | 153498 | 4376 | Henry L | Clark Jr | 10 | 15 | 15 | 10 |
| 98 | 031586 | 1736 | Sharon | Yasin | 20 | 10 | 12 | 10 |
| 99 | 053053 | 3421 | Napoleon | Conte Jr. | 30 | 15 | 15 | 12 |
| 101 | 040110 | 2230 | Sunny | Lam | 30 | 15 | 10 | 15 |
| 102 | 054721 | 3515 | Yi Quan | Zhu | 10 | 15 | 10 | 10 |

| Random No. | Employee ID No. | Badge No. | First Name | Last Name | Start Travel Wait Time | Turn-In Time | Late Time at Relief | Late Time at Division |
|---|---|---|---|---|---|---|---|---|
| 104 | 041821 | 2063 | Steven | Lee | NA | NA | 1 | 8 |
| 105 | 040887 | 2991 | Janson | Mond | 20 | 8 | 5 | 5 |
| 106 | 012927 | 2064 | Carl E. | Cranford | 10 | 15 | 8 | 20 |
| 107 | 061370 | 3919 | Rhonda | Shepherd | 15 | 20 | 5 | 10 |
| 110 | 026970 | 2589 | Nathaniel G | Tan | 30 | 15 | 15 | 15 |
| 111 | 019287 | 1841 | Twila | Washington | 30 | 15 | 10 | 10 |
| 112 | 158884 | 4561 | Ken | Kwong | 20 | 10 | 15 | 5 |
| 113 | 032408 | 2615 | Leroy D. | Gatlin | 10 | 8 | 10 | 10 |
| 114 | 034821 | 884 | Charles | Lok | NA | NA | 5 | 8 |
| 115 | 044161 | 1915 | Alberto | Montoya | 25 | 15 | 15 | 15 |
| 116 | 025985 | 3109 | Alicia | Herrera | 30 | 10 | 15 | 14 |
| 117 | 024271 | 1513 | David | Hector | 20 | 15 | 15 | 15 |
| 118 | 014867 | 2735 | LaVon | Smiley | 30 | 20 | 8 | 8 |
| 120 | 021018 | 1940 | Jaime R. | Barcia | 10 | 15 | 8 | 10 |
| 121 | 034247 | 2350 | Renea | Ajayi | 30 | 15 | 20 | 20 |
| 122 | 036024 | 2460 | Lemuel | Muldrow | NA | NA | 8 | 8 |
| 123 | 056499 | 3609 | Rayburn | Gee | 20 | 10 | 15 | 20 |
| 124 | 154866 | 4436 | Ely S. | Tangonan | 30 | 15 | 15 | 15 |
| 125 | 064452 | 4188 | Jin | Gao | 12 | 15 | 7 | 10 |
| 126 | 040200 | 2434 | Binh | Doan | 9 | 10 | 10 | 8 |
| 127 | 027646 | 2373 | Kianga | Grant | 20 | 15 | 10 | 13 |
| 129 | 056552 | 3602 | Kevin | Smith | 20 | 10 | 10 | 10 |
| 130 | 155526 | 8297 | Joey | Aduviso | NA | 10 | 10 | 10 |
| 131 | 039367 | 2195 | Hung | Dang | 9 | 12 | 11 | 7 |
| 132 | 030615 | 1161 | Emilio A. | Corona | 10 | 15 | 15 | 10 |
| 133 | 060011 | 3892 | Foster | Xie | 25 | 10 | 10 | 10 |
| 134 | 064254 | 4198 | Erica | Wright | 15 | 15 | 10 | 10 |

| Random No. | Employee ID No. | Badge No. | First Name | Last Name | Start Travel Wait Time | Turn-In Time | Late Time at Relief | Late Time at Division |
|---|---|---|---|---|---|---|---|---|
| 135 | 020273 | 2283 | Bernadette | Parsons | 30 | 10 | 7 | 7 |
| 136 | 064252 | 4197 | Samy K. | Shew | 15 | 10 | 5 | 5 |
| 137 | 049860 | 3320 | John D. | Strom | 25 | 20 | 15 | 10 |
| 139 | 062276 | 3978 | Emilio | Bidegain | 10 | 15 | 12 | 15 |
| 140 | 22690 | 1289 | Nancy K. | Washington | 15 | 15 | 15 | 12 |
| 141 | 038560 | 2953 | Yuan | Ye | 30 | 15 | 15 | 12 |
| 142 | 156078 | 4475 | Martin | Somarriba | 25 | 15 | 5 | 10 |
| 143 | 014220 | 1711 | Leon Y. | Lee | 10 | 10 | 12 | 12 |
| 144 | 061381 | 3920 | Markell | Coats | 30 | 15 | 10 | 15 |
| 145 | 012061 | 1557 | Darryl | Downing | 10 | 15 | 3 | 5 |
| 146 | 065676 | 4268 | Anthony | Ballester | 12 | 14 | 7 | 9 |
| 147 | 018748 | 1960 | Michael | Jang | 30 | 10 | 10 | 10 |
| 148 | 061829 | 3948 | Victor R. | Jones II | 10 | 10 | 15 | 5 |
| 149 | 026509 | 1840 | Patsy R. | Taylor | 10 | 10 | 10 | 10 |
| 150 | 063217 | 4079 | Gregory E. | Johns | 30 | 15 | 7 | 8 |
| 151 | 065042 | 4230 | Carl | Norde Jr. | 15 | 10 | 7 | 10 |
| 152 | 067560 | 4334 | Clarence | Greenwood | 10 | 15 | 15 | 10 |
| 153 | 063233 | 4091 | Hugo | Membreno | 20 | 15 | 7 | 7 |
| 154 | 022071 | 2277 | Patsy | Thomas | 30 | 20 | 15 | 15 |
| 155 | 015410 | 221 | Ronald | McWoodson | 15 | 15 | 15 | 15 |
| 156 | 029723 | 1675 | Alphonsus | Okorie | 40 | 15 | 10 | 10 |
| 157 | 063951 | 4151 | Sukia | Jackson | 9 | 12 | 10 | 8 |
| 158 | 158103 | 4502 | Jazmin | Cortez | 30 | 15 | 5 | 5 |
| 159 | 062143 | 4159 | Tho | Nguyen | 10 | 12 | 10 | 10 |
| 160 | 037559 | 4441 | Anthony | Deo | 30 | 10 | 10 | 10 |
| 162 | 035897 | 1828 | Leon | Burleson | 15 | 20 | 10 | 10 |
| 163 | 019533 | 2197 | Letha | Jones | 30 | 10 | 10 | 10 |

| Random No. | Employee ID No. | Badge No. | First Name | Last Name | Start Travel Wait Time | Turn-In Time | Late Time at Relief | Late Time at Division |
|---|---|---|---|---|---|---|---|---|
| 164 | 057633 | 3748 | Philip | Sue | 30 | 5 | 5 | 5 |
| 165 | 042700 | 2670 | Joseph | Lei | 10 | 5 | 5 | 10 |
| 168 | 049912 | 3331 | Miriam | Mueller | 30 | 15 | 15 | 10 |
| 172 | 054124 | 3483 | Raymond F. | Bell | 10 | 10 | 10 | 10 |
| 174 | 028922 | 2316 | Renee | Webb | 15 | 8 | 10 | 15 |
| 176 | 027716 | 2467 | Cassandra | Barnes | 45 | 10 | 5 | 11 |
| 177 | 062732 | 3999 | Wayne | Chu | 10 | 10 | 10 | 10 |
| 178 | 027906 | 1225 | Armando | Lopez | 10 | 15 | 15 | 10 |
| 179 | 034390 | 619 | Wing K. | Seto | 10 | 20 | 5 | 6 |
| 180 | 058502 | 3793 | John W | Sears III | 10 | 15 | 5 | 10 |
| 182 | 018245 | 1896 | Simon G. Z. | Chen | 25 | 15 | 15 | 10 |
| 183 | 051316 | 3363 | Zhi Yi | Liu | 20 | 15 | 10 | 10 |
| 184 | 063211 | 4081 | Tony | Tse | 10 | 15 | 5 | 5 |
| 185 | 020433 | 1482 | Ronnie | Phillips | 3 | 4 | 3 | 3 |
| 187 | 030675 | 1244 | Antonio | Andino | 25 | 7 | 10 | 10 |
| 188 | 154857 | 4437 | Mohamed M. | Haji Ahmed | 30 | 10 | 15 | 15 |
| 189 | 020281 | 1549 | Janice | Burton | 45 | 10 | 20 | 30 |
| 191 | 039982 | 1584 | Alexander | Kuo | 30 | 15 | 15 | 15 |
| 192 | 023918 | 1371 | Hoang Tuan | Huynh | 8 | 10 | 11 | 7 |
| 193 | 160852 | 4552 | Raymond | Wong | 20 | 8 | 15 | 12 |
| 194 | 041278 | 1908 | Ricardo A. | Lopez | NA | NA | 5 | 9 |
| 195 | 064444 | 4215 | Milton | Wong | 10 | 10 | 5 | 5 |
| 196 | 030486 | 3094 | William L. | Chow | 14 | 12 | 8 | 6 |
| 197 | 029601 | 1891 | Greg | Ivory | 15 | 10 | 10 | 10 |
| 198 | 053667 | 3448 | Kevin | Fuller | 9 | 10 | 10 | 10 |
| 199 | 042304 | 1905 | Kumsa | Abdi | 25 | 12 | 7 | 8 |
| 200 | 020244 | 2027 | Kirkland | White | 8 | 10 | 13 | 10 |

| Random No. | Employee ID No. | Badge No. | First Name | Last Name | Start Travel Wait Time | Turn-In Time | Late Time at Relief | Late Time at Division |
|---|---|---|---|---|---|---|---|---|
| 201 | 019638 | 2133 | Howard | Woo | NA | NA | 5 | 10 |
| 202 | 156061 | 4466 | Samuel | Morgan | 30 | 10 | 20 | 10 |
| 203 | 056545 | 3613 | Anh Kiet | Luu | 20 | 5 | 5 | 15 |
| 207 | 013021 | 1333 | Sergio F. | Will | 25 | 15 | 15 | 15 |
| 213 | 020757 | 3137 | Pedro M. | Hernandez | 30 | 30 | 30 | 38 |
| 214 | 041290 | 2770 | Renato M. | Celedio | 10 | 12 | 4 | 12 |
| 215 | 017790 | 2604 | Alexis O. | Chanduvi | 10 | 15 | 15 | 10 |
| 216 | 037167 | 606 | Bobby | Leflore | 30 | 15 | 10 | 10 |
| 217 | 035906 | 2077 | Dennis K. | Chambers | 30 | 20 | 20 | 20 |
| 219 | 065843 | 4282 | Jeffrey | Yu | 10 | 15 | 15 | 15 |
| 221 | 156065 | 4476 | Don | Patterson | 30 | 10 | 10 | 10 |
| 222 | 034958 | 2046 | Kevin | Moore | 8 | 15 | 15 | 10 |
| 223 | 055688 | 3543 | Shauntell | Sanders | 10 | 15 | 15 | 10 |
| 224 | 048575 | 3277 | Valerie | Bluford | 25 | 15 | 10 | 20 |
| 225 | 064390 | 4210 | Dante | Ward | 10 | 10 | 15 | 10 |
| 226 | 020715 | 1399 | Wilfredo | Padaoan | 10 | 10 | 10 | 10 |
| 228 | 019480 | 1020 | Theresa | King | 10 | 15 | 10 | 10 |
| 229 | 057061 | 3676 | Voltaire | Barsana | 8 | 12 | 10 | 10 |
| 230 | 065349 | 4254 | Mario | Gutierrez | 10 | 15 | 15 | 9 |
| 231 | 022376 | 2931 | Crystal | Walker | 45 | 20 | 17 | 30 |
| 232 | 067971 | 4338 | Denny | Clendenny | 10 | 15 | 15 | 10 |
| 233 | 034649 | 613 | Freeman | Chee | NA | NA | 7 | 10 |
| 236 | 034455 | 3178 | Arlyce | Connor | 20 | 15 | 15 | 20 |
| 237 | 038080 | 2212 | Christie | Hernandez | 10 | 8 | 10 | 10 |
| 238 | 034501 | 807 | Windell | Burnside | NA | 10 | 10 | 10 |
| 239 | 158107 | 4508 | Siobhan | Rideau | 30 | 15 | 15 | 15 |
| 243 | 018370 | 1206 | Andrew | Mackie | NA | NA | 15 | 10 |

| Random No. | Employee ID No. | Badge No. | First Name | Last Name | Start Travel Wait Time | Turn-In Time | Late Time at Relief | Late Time at Division |
|---|---|---|---|---|---|---|---|---|
| 245 | 025735 | 1741 | Joni | Jackson | 15 | 10 | 15 | 20 |
| 246 | 037268 | 4430 | Lichelle | Dyer | 10 | 15 | 15 | 10 |
| 247 | 025983 | 1873 | Gloria | Jackson | 30 | 15 | 10 | 10 |
| 248 | 022537 | 1953 | Sheila | Horton | 10 | 15 | 15 | 10 |
| 249 | 056008 | 3588 | Milton | So | 30 | 15 | 12 | 15 |
| 250 | 048508 | 3269 | Vernon | Abrams | 30 | 15 | 15 | 15 |
| 251 | 049407 | 3688 | Paul | Louie | 10 | 15 | 15 | 10 |
| 253 | 056116 | 3579 | Carolyn | Odhams | 15 | 15 | 20 | 20 |
| 254 | 027248 | 1475 | Mark | Spencer | 35 | 15 | 15 | 10 |
| 255 | 026177 | 2970 | Christopher M. | Fontenot | 9 | 14 | 14 | 9 |
| 256 | 016454 | 1524 | Primo O. | Rivera Jr. | 10 | 10 | 15 | 15 |
| 257 | 026479 | 1944 | LaTonya | Rogers | 20 | 15 | 10 | 10 |
| 258 | 057601 | 3743 | Brian | Sickles | 30 | 10 | 5 | 5 |
| 259 | 153509 | 4379 | Raymond | Wong | 10 | 15 | 15 | 10 |
| 260 | 067586 | 4390 | Frank | Madu | 8 | 15 | 10 | 7 |
| 262 | 155528 | 8288 | Flenoy | Banks | 45 | 10 | 15 | 10 |
| 263 | 041218 | 2381 | Hugo | Molina | 10 | 15 | 15 | 10 |
| 264 | 024622 | 2194 | Ronald | Wrinkle | 20 | 15 | 20 | 15 |
| 266 | 043459 | 2158 | Enrique | Zavala | 10 | 15 | 8 | 10 |
| 267 | 154146 | 4416 | Andriy | Marchenko | 10 | 12 | 10 | 8 |
| 268 | 018649 | 2273 | Andrew R. | Holle | 30 | 25 | 7 | 25 |
| 270 | 020022 | 598 | Kwoon | Ng | 10 | 12 | 5 | 10 |
| 271 | 058529 | 3806 | Gregory | Bradford | 10 | 15 | 15 | 10 |
| 272 | 036673 | 2682 | Sheila | Johnson | 10 | 15 | 15 | 10 |
| 273 | 042452 | 2225 | Frank | Ho | 15 | 10 | 5 | 5 |
| 274 | 158109 | 4503 | Joaquin | Zuniga | 10 | 10 | 10 | 10 |
| 275 | 030812 | 2429 | Angela | Griffith | 10 | 10 | 4 | 10 |

| Random No. | Employee ID No. | Badge No. | First Name | Last Name | Start Travel Wait Time | Turn-In Time | Late Time at Relief | Late Time at Division |
|---|---|---|---|---|---|---|---|---|
| 276 | 037962 | 2026 | Eva Yang | Chau | 10 | 15 | 15 | 10 |
| 277 | 061368 | 3927 | Tai Shing | Ng | 20 | 10 | 5 | 10 |
| 280 | 016944 | 3154 | Willie James | Baker | 15 | 15 | 15 | 15 |
| 281 | 024884 | 2930 | Andy | Quan | 10 | 10 | 11 | 12 |
| 282 | 031209 | 2396 | Stanley | Cheung | 10 | 10 | 10 | 7 |
| 283 | 014709 | 1163 | Nathaniel | Moore | 10 | 15 | 10 | 10 |
| 284 | 028699 | 2019 | Keith | Hall | 30 | 15 | 10 | 15 |
| 285 | 040399 | 3115 | Yi | Yuan | 10 | 10 | 10 | 5 |
| 286 | 155051 | 4422 | Quoc | Tran | 10 | 15 | 5 | 5 |
| 287 | 064453 | 4212 | Maria | Gonzalez | 10 | 10 | 5 | 5 |
| 288 | 017146 | 2676 | Fred L. | Brown | 15 | 10 | 8 | 10 |
| 290 | 031949 | 2214 | Jack | Knox | 15 | 15 | 15 | 15 |
| 291 | 051999 | 4023 | Altie | Watson | 20 | 15 | 15 | 15 |
| 293 | 032814 | 1299 | Kenny | Tse | 15 | 10 | 15 | 15 |
| 296 | 063223 | 4072 | Allen | Lam | 40 | 10 | 10 | 10 |
| 297 | 154870 | 4424 | Peter | Wilson | 5 | 10 | 3 | 5 |
| 298 | 047165 | 3231 | Dena | Hernandez | 14 | 15 | 15 | 17 |
| 302 | 030705 | 1092 | Monica | Mullen | 20 | 15 | 12 | 12 |
| 303 | 048028 | 3247 | Paul | Aparicio | 15 | 10 | 10 | 10 |
| 304 | 040005 | 739 | Luis A | Padilla Sr | 10 | 15 | 10 | 15 |
| 305 | 039535 | 1619 | Willie M. | Pryor | 20 | 15 | 10 | 10 |
| 306 | 035799 | 2104 | Larry | Wills | 30 | 15 | 10 | 10 |
| 307 | 022799 | 1162 | Randall | Dea | NA | NA | 5 | 5 |
| 308 | 039700 | 2983 | Ray | Kwong | 30 | 15 | 15 | 15 |
| 310 | 059461 | 3855 | Tze Yen | Lee | 20 | 15 | 8 | 10 |
| 311 | 015205 | 2892 | Hedy V. | Griffin | 20 | 14 | 12 | 8 |
| 312 | 045916 | 3212 | Erica | Batiste | 15 | 15 | 10 | 5 |

| Random No. | Employee ID No. | Badge No. | First Name | Last Name | Start Travel Wait Time | Turn-In Time | Late Time at Relief | Late Time at Division |
|---|---|---|---|---|---|---|---|---|
| 315 | 041228 | 2907 | Eduardo | Marquez | 20 | 10 | 5 | 10 |
| 316 | 040595 | 2730 | Dickson | Mak | 20 | 15 | 15 | 15 |
| 317 | 025335 | 1917 | Andre | Lafond | NA | NA | 7 | 7 |
| 318 | 018448 | 2087 | Natalie J. | Wright-Araya | 20 | 15 | 8 | 8 |
| 321 | 062295 | 3963 | Michelle | Galicia | 9 | 10 | 10 | 15 |
| 322 | 031817 | 2303 | Gail | Gaines | 45 | 15 | 15 | 15 |
| 323 | 013123 | 722 | Byron | Cobb | NA | NA | 5 | 7 |
| 324 | 051306 | 3365 | Ramon | Carrillo | 60 | 10 | 5 | 15 |
| 325 | 022767 | 1314 | Lavada | Hicks | 30 | 15 | 10 | 10 |
| 326 | 063991 | 4144 | Mario | Laigo | 10 | 15 | 15 | 10 |
| 327 | 018528 | 1691 | Mark | LaCroix Sr | NA | NA | 7 | 8 |
| 328 | 014041 | 3194 | Ronald | Coffey | 30 | 15 | 30 | 20 |
| 329 | 018284 | 1265 | Karen | Wilson | 30 | 15 | 10 | 15 |
| 330 | 035385 | 1718 | Marcos A. | Flores | 25 | 10 | 5 | 10 |
| 331 | 062709 | 3982 | Donald Quoc | Hoang | 60 | 15 | 10 | 15 |
| 332 | 023893 | 3034 | Roel | Villaro | 10 | 10 | 10 | 10 |
| 333 | 034537 | 2168 | Kenneth J | Mathis | 15 | 12 | 12 | 8 |
| 334 | 034922 | 1702 | Vivian | Young | 45 | 15 | 15 | 15 |
| 335 | 023038 | 2947 | James E. | Robinson Jr. | 20 | 15 | 10 | 10 |
| 336 | 051789 | 3380 | Victoria | Swart | 15 | 10 | 11 | 11 |
| 337 | 020999 | 1720 | Forrest | Hereford | 45 | 15 | 12 | 12 |
| 338 | 043643 | 1830 | Manuel A. | Aragon | 10 | 10 | 10 | 15 |
| 341 | 024228 | 1335 | Curtis L | Rollins | 30 | 13 | 10 | 10 |
| 342 | 028191 | 1681 | Joseph | Cortez | 30 | 7 | NA | 10 |
| 343 | 037611 | 1964 | Leon D. | Dorsey | 10 | 15 | 5 | 5 |
| 344 | 051780 | 3384 | Auterrious L | Warmsley | 20 | 10 | 10 | 9 |
| 345 | 025502 | 1518 | Nora | Hanson | 40 | 4 | 5 | 3 |

| Random No. | Employee ID No. | Badge No. | First Name | Last Name | Start Travel Wait Time | Turn-In Time | Late Time at Relief | Late Time at Division |
|---|---|---|---|---|---|---|---|---|
| 347 | 068003 | 4342 | Shannell | Turner | 30 | 10 | 15 | 15 |
| 348 | 013075 | 2323 | Garland | Gilbert | 45 | 15 | 10 | 10 |
| 349 | 019824 | 883 | Janette Ann | Strong | 30 | 15 | 15 | 15 |
| 350 | 035295 | 412 | Oliver | Henson | 30 | 10 | 15 | 15 |
| 351 | 024729 | 1993 | Ku H | Lee | 8 | 8 | 12 | 8 |
| 352 | 049836 | 3328 | Charlene D. | McCully | 20 | 25 | 19 | 19 |
| 353 | 035207 | 3441 | Danisha | Hampton | 10 | 10 | 10 | 15 |
| 354 | 053633 | 3455 | Michael | Sy | 10 | 15 | 15 | 10 |
| 355 | 025696 | 3044 | Kenneth | Christian | 20 | 15 | 5 | 5 |
| 356 | 056001 | 3589 | Dennis | Koss | 30 | 15 | 6 | 6 |
| 357 | 044000 | 2940 | Ely B. | Advincula | 30 | 10 | 10 | 10 |
| 358 | 036991 | 5240 | Isom | Reese III | 30 | 10 | 10 | 5 |
| 359 | 069111 | 4360 | Giselle | Mahan | 10 | 10 | 15 | 15 |
| 360 | 041155 | 2608 | Geraldo | Pua | 10 | 15 | 5 | 5 |
| 361 | 021860 | 728 | Ying M. | Lee | NA | 10 | 7 | 7 |
| 362 | 069110 | 8192 | Sen Cheong | Lai | 20 | 10 | 8 | 7 |
| 363 | 011613 | 2801 | Teofilo D. | Chuson Jr. | 30 | 15 | 15 | 10 |
| 364 | 026808 | 1608 | Harold | Hopkins | 45 | 15 | 10 | 10 |
| 365 | 029385 | 2276 | Arturo | Perez | 10 | 15 | 15 | 10 |
| 367 | 015418 | 1579 | Charlene Miller | Joseph | 30 | 7 | 12 | 10 |
| 369 | 037904 | 1337 | Oscar A. | Yanes | NA | NA | 10 | 8 |
| 371 | 030000 | 2546 | David | Luu | 10 | 15 | 15 | 10 |
| 372 | 029252 | 1981 | Shao Hua | Situ | 30 | 15 | 10 | 15 |
| 374 | 030034 | 3189 | Frankco S. | Lee | 30 | 15 | 15 | 15 |
| 375 | 019226 | 2353 | Carman | Jennings | 30 | 10 | 5 | 15 |
| 376 | 154861 | 4469 | Pilar Anita | Nunez | 20 | 15 | 5 | 10 |
| 378 | 032294 | 386 | Patric | Winans | 20 | 15 | 5 | 10 |

| Random No. | Employee ID No. | Badge No. | First Name | Last Name | Start Travel Wait Time | Turn-In Time | Late Time at Relief | Late Time at Division |
|---|---|---|---|---|---|---|---|---|
| 379 | 047129 | 3232 | Robbie | Levels | 30 | 10 | 10 | 10 |
| 381 | 022297 | 2752 | Ronald | Jarrell | 10 | 15 | 10 | 5 |
| 382 | 020142 | 2686 | Rochelle | Larry | 30 | 30 | 45 | 45 |
| 383 | 154853 | 4442 | Brian | Benward | 10 | 15 | 15 | 10 |
| 384 | 048849 | 3304 | Ivan G. | Johnson | 30 | 10 | 15 | 10 |
| 386 | 019534 | 2136 | Daryl E. | Pitts | 20 | 15 | 15 | 15 |
| 387 | 031107 | 1974 | Emma | Gonzalez | 30 | 15 | 15 | 15 |
| 388 | 022138 | 1751 | Loi Van | Tran | 30 | 15 | 15 | 15 |
| 390 | 053618 | 3452 | Alfredo | Diaz Garcia | 10 | 13 | 10 | 10 |
| 392 | 064305 | 4182 | Lan | Tran | 10 | 15 | 15 | 10 |
| 393 | 061481 | 3938 | Virgil | Foster | 10 | 5 | 10 | 15 |
| 394 | 043980 | 2893 | Rudy D. | Faustino | 30 | 12 | 12 | 12 |
| 396 | 039041 | 1013 | Benjamin S | Mosqueda | NA | NA | 7 | 10 |
| 398 | 049903 | 3329 | Joaquin | Rodriguez | 45 | 15 | 20 | 10 |
| 399 | 035424 | 596 | Carlton B. | Perrilliat | 30 | 10 | 3 | 3 |

## 2. Others (95)

Of the 400 operators in the random sample, responses were not collected for 95 operators. These 95 operators are listed in the following table.

| Random No. | Employee ID. No. | Badge No. | First Name | Last Name | Explanation |
|---|---|---|---|---|---|
| 2 | 18484 | 1616 | Leroy | Wilson, Jr. | Not in work assignment data produced by Defendant. |
| 3 | 020220 | 1677 | Aleshia | Fuller | Not in work assignment data produced by Defendant. |
| 5 | 100148 | 1037 | Rita M. | Riles | Not in work assignment data produced by Defendant. |
| 7 | 34618 | 1418 | Beverly A. | Spooner | Not in work assignment data produced by Defendant. |
| 16 | 042290 | 1533 | Armando A. | Baldado | Could not be contacted. |
| 20 | 161086 | 8454 | Alan | Tan | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 22 | 041389 | 3193 | Bai De | Zhang | Deceased, and not in work assignment data produced by Defendant. |
| 23 | 32380 | 1448 | Johnnie | Clark | Not in work assignment data produced by Defendant. |
| 29 | 059469 | 3835 | Anthony | Tannehill | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 32 | 061810 | 3954 | Gulam Mohammed | Shaikh | Could not be contacted. |
| 36 | 061369 | 3908 | Edward | Richter | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 45 | 158818 | 4518 | Michaela | Womack | Could not be contacted. |
| 48 | 32932 | 858 | Herschell | March | Not in work assignment data produced by Defendant. |
| 53 | 058525 | 3807 | Marcelo | Lacour | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 64 | 160833 | 4548 | Carol Jane | Cabiling | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 65 | 043030 | 3147 | Gerfre | Tijerino | Could not be contacted. |
| 66 | 059453 | 3843 | Ana | Garcia | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |

| Random No. | Employee ID. No. | Badge No. | First Name | Last Name | Explanation |
|---|---|---|---|---|---|
| 67 | | | Irving | Givens | Not in work assignment data produced by Defendant. |
| 69 | 018518 | 2399 | Christina | Hawley | Deceased. |
| 70 | 064334 | 4184 | Andy | Huang | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 80 | 57640 | 3768 | Chun Wing | Ng | Not in work assignment data produced by Defendant. |
| 82 | 161071 | 8465 | Christopher | Sanz | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 84 | 059999 | 3886 | Eddie | Semana | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 91 | 32934 | 330 | Anthony | Hardin | Could not be contacted. |
| 93 | 063222 | 4085 | Sandra | Kleinpeter | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 94 | 038219 | 2042 | Salvador M. | Monico | Did not provide a completed declaration. |
| 95 | 066352 | 8081 | Jessica | Singleton | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 100 | 013878 | 786 | Stewart | Choi | Stated that he did not drive during the covered period. |
| 103 | 57611 | 3763 | Ibrahim | Safi | Not in work assignment data produced by Defendant. |
| 108 | 058802 | 3824 | Mei | Mo | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 109 | 012083 | 288 | James | Holland | Did not provide completed declaration. |
| 119 | 016811 | 3149 | Sonny | Lee | Did not provide completed declaration. |
| 128 | 156930 | 8350 | Willie | Daigle Jr. | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 138 | 015684 | 421 | Guillermo | Rivas | Could not be contacted. |
| 161 | 014692 | 1064 | Frankie | Nickson | Not in work assignment data produced by Defendant. |
| 166 | 062715 | 3988 | Gloria | Yuen | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 167 | 022930 | 1446 | Winston | Ware | Not in work assignment data produced by Defendant. |
| 169 | 158101 | 4652 | David | Lee | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |

| Random No. | Employee ID. No. | Badge No. | First Name | Last Name | Explanation |
|---|---|---|---|---|---|
| 170 | 028916 | 1431 | Phillip A. | Green | Could not be contacted. |
| 171 | 019832 | 290 | John | Lee | Could not be contacted. |
| 173 | 058482 | 3800 | Don | Li | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 175 | 158102 | 8371 | Sherman | He | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 181 | 065039 | 4226 | Sergio | Angulo | Could not be contacted. |
| 186 | 052403 | 3391 | Chan | Duong | Did not provide completed declaration. |
| 190 | 025797 | 3136 | Emerson | Stafford | Deceased. |
| 204 | 155569 | 4458 | Monica | Melton-Vickers | Could not be contacted. |
| 205 | 119325 | 1263 | Jeniece | Fee | Not in work assignment data produced by Defendant. |
| 206 | 057174 | 3913 | Lisa | O'Brien | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 208 | 059462 | 3852 | Zhimin | Li | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 209 | 024101 | 8001 | Tina | Milton | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 210 | 069112 | 8185 | Frank | Montbach | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 211 | 054512 | 4154 | Lawrence | Ly | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 212 | 011528 | 2432 | Dimitry | Treistman | Could not be contacted. |
| 218 | 057803 | 4131 | Hong | Pho | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 220 | 058811 | 3815 | Marlon | Manuel | Not in work assignment data produced by Defendant. |
| 227 | 012158 | 1497 | Manuel | Soto | Could not be contacted. |
| 234 | 059459 | 3826 | Wai | Lam | Could not be contacted. |
| 235 | 035679 | 982 | Philip | Owens | Deceased. |
| 240 | 035796 | 2557 | Rana | Domondon | Not in work assignment data produced by Defendant. |

| Random No. | Employee ID. No. | Badge No. | First Name | Last Name | Explanation |
|---|---|---|---|---|---|
| 241 | 061826 | 3944 | Porter | Jefferson | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 242 | 65472 | 8046 | Alfonso | Mendoza, Jr. | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 244 | 062286 | 3975 | Richard | Huynh | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 252 | 064264 | 4186 | Douglas | Allen | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 261 | 027174 | 2923 | Abdulhadi | Yassin | Not in work assignment data produced by Defendant. |
| 265 | 161069 | 4584 | Mavis | Bowie-Wiseman | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 269 | 063063 | 4027 | Andre | Knox | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 278 | 115358 | | Deborah E | Bouie | Not in work assignment data produced by Defendant. |
| 279 | 39935 | 496 | Cecil | Anderson | Not in work assignment data produced by Defendant. |
| 289 | 061367 | 3926 | Peter | Ng | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 292 | 153505 | 8214 | Mark | Medvinsky | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 294 | 017130 | 3125 | Suphot | Thongkaimook | Could not be contacted. |
| 295 | 063961 | 4165 | Alan | Loke | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 299 | 013302 | 1643 | Josephine | Carr-Stigger | Not in work assignment data produced by Defendant. |
| 300 | 158099 | 4501 | Tin Hing | Au Yeung | Could not be contacted. |
| 301 | 027668 | 521 | Pablo | Sausa | Stated that he did not drive during the covered period. |
| 309 | 159614 | 8409 | Amado | Altobano | Not in work assignment data produced by Defendant. |
| 313 | 026694 | 2129 | Bertha | Robinson | Could not be contacted. |
| 314 | 20201 | 1923 | Gelatha | Fletcher | Not in work assignment data produced by Defendant. |
| 319 | 22217 | 399 | Glen K | Erven | Not in work assignment data produced by Defendant. |

| Random No. | Employee ID. No. | Badge No. | First Name | Last Name | Explanation |
|---|---|---|---|---|---|
| 320 | 067978 | 8150 | William | Taylor | Did not provide completed declaration. |
| 339 | 015412 | 1935 | Linda | Mathis | Could not be contacted. |
| 340 | 011904 | 1212 | Delia | Harvin | Not in work assignment data produced by Defendant. |
| 346 | 059985 | 4519 | Juan | Guerra Lopez | Could not be contacted. |
| 366 | | | Michael | D | Not in work assignment data produced by Defendant. |
| 368 | 064524 | 4218 | Yibing | Li | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 370 | 063234 | 4077 | Brian | Petersen | Did not provide completed declaration. |
| 373 | 036874 | 4178 | Margaret | Whitten | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 377 | 069142 | 5166 | Simon | Chan | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 380 | 022514 | 952 | Keethia | Adams | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 385 | 065038 | 4225 | John | Ross | Run numbers in work assignment data could not be matched to runs in range reports produced by Defendant. |
| 389 | 014984 | 3861 | Earline | Williams | Not in work assignment data produced by Defendant. |
| 391 | 012885 | 1763 | Curtis | Sims | Could not be contacted. |
| 395 | 110007 | | Lee A. | Seymore | Not in work assignment data produced by Defendant. |
| 397 | 067563 | 4324 | Henry | Lam | Could not be contacted. |
| 400 | 021729 | 757 | Aurora | Summers | Could not be contacted. |