United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DARRYL A. STITT, on behalf of himself and all others similarly situated,

       Plaintiff,

   vs.

THE SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY; CITY AND COUNTY OF SAN FRANCISCO; AND DOES 1-20,

       Defendants.

**Case No.: 12-CV-03704 YGR**

**ORDER SETTING SUMMARY JUDGMENT AND DECERTIFICATION BRIEFING SCHEDULE**

The Court held a summary judgment pre-filing conference on July 20, 2016.  Following from the discussion therein, the Court **ORDERS** that the summary judgment and decertification briefing shall adhere to the following schedule:

1.     Defendant shall file its motion for summary judgment no later than **August 2, 2016**, and shall not exceed **30** pages;

2.     Plaintiffs' opposition and cross-motion for summary judgment, if any, shall be filed no later than **August 16, 2016**.  If filed as just an opposition, it shall not exceed **30** pages; if filed as a combination opposition and cross-motion, the document shall not exceed **35** pages;

3.     If no cross-motion for summary judgment is filed, Defendant shall file its reply, not to exceed **15** pages, no later than **August 23, 2016**; if a cross-motion is filed, Defendant shall file its reply and opposition, not to exceed **30** pages, no later than **August 30, 2016**;

United States District Court
Northern District of California

4.      Plaintiffs' reply on their cross-motion, if any, shall be filed no later than **September 6, 2016**.

5.      The hearing on the summary judgment motion(s) will remain on **September 6, 2016**, at 2:00 p.m., subject to modification depending on the motions at issue.  The Court will notify the parties of any different hearing date;

6.      Defendant has filed its Motion to Decertify Collective Action and Class Action (Dkt. No. 336, "Decert Motion").  Based upon the parties' stipulation and request at the conference, the Court modifies the briefing schedule previously set such that Plaintiffs' opposition to the Decert Motion is due **August 2, 2016**, and Defendant's reply is due **August 23, 2016**.

In addition, the Court requests that the parties submit their summary judgment briefs and separate statements of fact to Chambers in an electronic medium (CD/DVD or "thumb drive") in which evidence citations are hyperlinked to the underlying evidence.  Specifically, hyperlinks to the evidence should open the relevant page of the PDF document, and the document should be provided in its entirety rather than in excerpt, so that the Court may review the cited material in its full context.  The medium shall be labeled to include the case name and number and a brief description of the contents.

**IT IS SO ORDERED**.

**Date: July 21, 2016**

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**