THE TIDRICK LAW FIRM
STEVEN G. TIDRICK, SBN 224760
JOEL B. YOUNG, SBN 236662
2039 Shattuck Avenue, Suite 308
Berkeley, California 94704
Telephone: (510) 788-5100
Facsimile: (510) 291-3226
E-mail: sgt@tidricklaw.com
E-mail: jby@tidricklaw.com

Attorneys for Individual and Representative Plaintiffs DARRYL A. STITT, TONY GRANDBERRY, and HEDY GRIFFIN, and for the CERTIFIED CLASS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DARRYL A. STITT *et al.*, | Civil Case Number: 4:12-cv-03704-YGR |
|---|---|
| Plaintiffs, | **DECLARATION OF STEVEN G. TIDRICK, ESQ. (1) IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY, AND (2) IN OPPOSITION TO DEFENDANTS' MOTION TO DECERTIFY COLLECTIVE ACTION AND CLASS ACTION** |
| v. | |
| THE SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY *et al.*, | |
| Defendants. | |

I, Steven G. Tidrick, do declare and state as follows:

1.  I am managing partner of The Tidrick Law Firm, attorneys of record for Plaintiffs and Class Representatives Darryl Stitt, Tony Grandberry, and Hedy Griffin, the Certified Collective Action Members, and the Certified Class, and Class Counsel. I am licensed to practice before all of the courts of the State of California and the Commonwealth of Massachusetts, various federal courts including all of the U.S. District Courts in the State of California, and the U.S. Court of Appeals for the First and Ninth Circuits. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

## TRANSCRIPTS OF DEPOSITIONS

2.  Attached hereto as **Exhibit A** is a true and correct copy of the transcript of the deposition of Defendants' manager Susana Beaumont-Lopez, who was deposed on April 27, 2016.

3.  Attached hereto as **Exhibit B** is a true and correct copy of the transcript of the deposition of Defendants' expert Mary Furst, who was deposed on July 8, 2016.

4.  Attached hereto as **Exhibit C** is a true and correct copy of the transcript of the deposition of Defendants' expert Elizabeth Arnold, who was deposed on July 13, 2016.

5.  Attached hereto as **Exhibit D** is a true and correct copy of the transcript of the deposition of Defendants' expert Mark Cohen, who was deposed on July 14, 2016.

6.  Attached hereto as **Exhibit E** is a true and correct copy of the transcript of the April 6, 2016 deposition of Defendants' manager Jason Lee.

7.  Attached hereto as **Exhibit F** is a true and correct copy of the transcript of the July 14, 2016 deposition of Defendants' manager Jason Lee.

8.  Attached hereto as **Exhibit G** is a true and correct copy of the transcript of the deposition of Defendants' expert Chester Hanvey, who was deposed on July 20, 2016.

9.  Attached hereto as **Exhibit H** is a true and correct copy of the transcript of the deposition of Defendants' expert Adrian Fleissig, who was deposed on July 27, 2016.

10. Attached hereto as **Exhibit I** are true and correct copies of transcripts of the

1

DECLARATION OF STEVEN G. TIDRICK, ESQ.
*Stitt v. The San Francisco Municipal Transportation Agency*, Case No. 4:12-cv-03704-YGR

depositions of forty (40) of Defendant's Operators.

## EXPERT REPORTS

11. Attached hereto as **Exhibit J** is a true and correct copy of the initial expert report of Defendants' expert Mary Furst (deposition exhibit 101).

12. Attached hereto as **Exhibit K** is a true and correct copy of the rebuttal expert report of Defendants' experts Mary Furst and Adrian Fleissig (deposition exhibit 102).

13. Attached hereto as **Exhibit L** is a true and correct copy of the amended rebuttal expert report of Defendants' experts Mary Furst and Adrian Fleissig, which Defendants' counsel sent to me by e-mail on July 29, 2016.

14. Attached hereto as **Exhibit M** is a true and correct copy of the initial expert report of Defendants' expert Elizabeth Arnold (deposition exhibit 105).

15. Attached hereto as **Exhibit N** is a true and correct copy of the rebuttal expert report of Defendants' expert Elizabeth Arnold (deposition exhibit 106).

16. Attached hereto as **Exhibit O** is a true and correct copy of the rebuttal expert report of Defendants' expert Mark Cohen (deposition exhibit 126)

17. Attached hereto as **Exhibit P** is a true and correct copy of the expert report of Defendants' expert Chester Hanvey (deposition exhibit 150).

18. Attached hereto as **Exhibit Q** is a true and correct copy of Plaintiffs' Rebuttal Expert Disclosure Pursuant to Rule 26(a)(2), including the expert reports of Brian Grieser and John Lovell.

## DECLARATIONS

19. Attached hereto as **Exhibit R** is a true and correct copy of the Declaration of Eric Williams.

20. Attached hereto as **Exhibit S** is a true and correct copy of the Declaration of Richard Drogin.

21. Attached hereto as **Exhibit T** is a true and correct copy of the Declaration of David Breshears.

## DEPOSITION EXHIBITS

22. Attached hereto as **Exhibit U** is a true and correct copy of Exhibit 35 to the deposition of Mary Furst.

23. Attached hereto as **Exhibit V** is a true and correct copy of Exhibit 36 to the deposition of Susana Beaumont-Lopez.

24. Attached hereto as **Exhibit W** is a true and correct copy of Exhibit 111 to the deposition of Elizabeth Arnold.

25. Attached hereto as **Exhibit X** is a true and correct copy of Exhibit 112 to the deposition of Elizabeth Arnold.

26. Attached hereto as **Exhibit Y** is a true and correct copy of Exhibit 113 to the deposition of Elizabeth Arnold.

27. Attached hereto as **Exhibit Z** is a true and correct copy of Exhibit 118 to the deposition of Elizabeth Arnold (Arnold's Observation Protocol).

28. Attached hereto as **Exhibit AA** is a true and correct copy of an excerpt from Exhibit 122 to the deposition of Elizabeth Arnold, followed by the complete Exhibit 122.

29. Attached hereto as **Exhibit BB** is a true and correct copy of Exhibit 127 to the deposition of Mark Cohen.

30. Attached hereto as **Exhibit CC** is a true and correct copy of Exhibit 135 to the deposition of Mark Cohen (Declaration of Jonathan Dat-Win).

## MISCELLANEOUS

31. Attached hereto as **Exhibit DD** is a true and correct copy of CCSF 097715, which Defendant produced on December 1, 2015.

32. Attached hereto as **Exhibit EE** is a true and correct copy of CCSF 097948, which Defendant produced on December 1, 2015.

33. Attached hereto as **Exhibit FF** is a true and correct copy of e-mail correspondence from Defendants' counsel, Boris Reznikov, to me, dated March 24, 2015.

34. Attached hereto as **Exhibit GG** is a true and correct copy of e-mail correspondence from my partner, Joel Young, to Linda Ross, counsel for Defendant, sent on March 27, 2016.

35. Attached hereto as **Exhibit HH** is a true and correct copy of e-mail correspondence from Defendants' counsel, Linda Ross, to me, dated June 9, 2016.

36. Attached hereto as **Exhibit II** is a true and correct copy of e-mail correspondence from Defendants' counsel, Geoff Spellberg, to me, dated June 29, 2016.

37. Attached hereto as **Exhibit JJ** is a true and correct copy of Defendant's Responses to Plaintiff Tony Grandberry's Request for Admissions to Defendant City and County of San Francisco, Set Three, dated March 3, 2016.

38. Attached hereto as **Exhibit KK** is a true and correct copy of Defendant's Supplemental Responses to Plaintiff Tony Grandberry's Request for Admissions to Defendant City and County of San Francisco, Set Three, dated April 20, 2016.

39. Attached hereto as **Exhibit LL** is a true and correct copy of Defendant's Supplemental Responses to Plaintiff Tony Grandberry's Request for Admissions to Defendant City and County of San Francisco, Set Two, dated December 18, 2015

40. Attached hereto as **Exhibit MM** is a true and correct copy of Plaintiffs' Second Supplemental Disclosure Pursuant to Rule 26(a)(1)(A), served April 23, 2015.

41. Attached hereto as **Exhibit NN** is a true and correct copy of Plaintiffs' Third Supplemental Disclosure Pursuant to Rule 26(a)(1)(A), served November 20, 2015.

42. Attached hereto as **Exhibit OO** is a true and correct copy of Plaintiffs' Notice of Depositions of Defendant's Experts and Demand for Production at Depositions, served June 21, 2016.

43. Attached hereto as **Exhibit PP** is a true and correct copy of Defendants' Objections to Plaintiffs' Notice of Depositions of Defendant's Experts and Demand for Production at Depositions, dated June 29, 2016.

44. Attached hereto as **Exhibit QQ** is a true and correct copy of an opinion letter of the Department of Industrial Relations, Division of Labor Standards Enforcement (DLSE), dated January 29, 2002.

45. Defendant has not produced contact information for Operators after July 2014, therefore recently hired Operators have not received notice and are not members of the class.

46.     Plaintiffs have been requesting that Defendants produce the missing work assignment data for over ten months.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2016

/s/ Steven G. Tidrick
_____
STEVEN G. TIDRICK, SBN 224760