**reference** 17:7 73:9
**referenced** 101:9
**referencing** 78:3
**referred** 14:9 22:20
**referring** 11:16
  16:25 17:3 20:23
  41:22 42:12,18 63:3
  64:12 99:18,24
  100:2 110:23 111:6
  111:21 112:8,9,11
  114:17 124:22
**refers** 48:21 99:22
  114:14
**reflected** 14:14,20
  15:16
**reflecting** 114:8
**reflects** 73:18 76:5
  106:20
**regard** 21:13
**regarding** 15:5
  20:17 44:8,19 45:2
  46:1,17 47:17
**register** 75:7
**reiterate** 28:16
**relate** 55:13
**related** 5:25 18:15
  20:1 32:4 60:16
  124:10 129:10
**relation** 40:3 129:5
**relative** 131:15
**relatively** 52:24
**relevance** 129:5
**relevant** 77:23
**reliability** 117:25
  118:4
**reliable** 106:4
  107:25 118:10
**relied** 38:25 40:24
  41:1,11 42:1,10,14
  96:21,23
**relief** 44:20 79:21,23
  79:25 81:13,14,19
  81:20,22 103:3,18
  122:25 123:4,9,14
  123:16,19 124:2,8

124:15 128:1
**rely** 62:23 73:12
**remember** 14:11,23
  15:3,8 17:4 18:2,4
  18:24 19:4,6
**renne** 3:16
**repetitive** 67:15
**rephrase** 16:8 56:12
  79:5 82:14 98:15
**report** 11:10,11,13
  11:15,16,19 13:4,6
  20:19,24 21:1,5
  25:21 26:3,7,9,15
  26:20 27:3,14,18,22
  27:24 31:4,24 32:4
  32:9,12,13,15,17
  33:1,8,9,13,15,17,20
  33:24 34:3,5,8,10
  34:14 35:7,10,18
  37:17,20,24 38:1,3
  38:11,13,16,20,21
  38:24 39:15,17
  40:10 41:19,22 42:4
  42:22,25 43:6,7
  44:3,9 48:7 49:9,11
  49:16,18,21,22,23
  49:25 50:3,5,8,11
  50:14,14 51:1,5,11
  51:12,14,24 52:2,11
  53:3 55:19 56:1,14
  63:20 64:3,12 69:11
  70:4 77:1 78:3 79:6
  83:14,16 86:7 87:24
  89:12 93:5,13 94:13
  94:15,25 95:14,16
  98:1 99:20,21 100:6
  100:11,17 102:9,12
  102:14 103:11
  104:3 109:24
  113:20 114:13,23
  115:8 119:1,13
  123:5,10,22 124:9
  124:17 126:16,20
  127:20 128:8,24
  129:8,10,12 130:8

**reported** 1:21
**reporter** 2:20 5:10
  10:2,10,14 11:12
  12:22 13:1 16:10
  25:15,18 26:24
  32:22 33:16 36:1,2
  36:4,10,25 37:11
  38:4 47:21 57:1,4
  63:9 64:25 72:1
  74:2,5,8,10 77:14
  81:24 87:9 96:3,7
  96:10 109:9 117:4
  125:18 131:2
**reporting** 106:20
**reports** 96:2,4,6,17
**represent** 62:11,14
  84:14,15 90:9
  106:16 112:25
  113:2,14 114:4
  124:5
**representation**
  73:22,24 74:17 76:8
  105:20
**representative**
  98:23 112:14,19
**representing** 6:8,9
**request** 5:11
**requested** 12:5
  41:23 131:13
**requesting** 36:23
**required** 32:8
**reschedule** 129:2
**research** 13:22
  24:11
**reserving** 130:7
**respect** 31:20 33:24
  35:8,14 37:6 55:25
  76:19,24 82:5,25
  89:20,25 110:13,23
  119:13 120:15,22
  121:4,9,14,17,23
  122:2,5,9,16 123:2
  123:8,19 124:8,14
**respectively** 92:19

**responded** 100:9
**respondents** 70:25
**response** 89:17 90:6
  95:20
**responses** 70:9,23
  71:7,14 72:18 73:16
  78:9,15,18 79:11,15
  90:2,3,14,19 91:12
  105:10 110:21,23
  113:16
**rest** 56:1
**restate** 26:13
**restroom** 85:21
**result** 70:8 72:17
  78:8 79:2,10
**resulted** 71:13
**results** 62:16 70:22
  78:14,23 79:15
  83:22 84:3 97:9,19
  98:2,12 99:1
**resume** 129:3 130:7
**retained** 130:23
**revenue** 20:2,3,4,5,8
  20:9 75:2,13,20
**review** 51:18,24
  89:10 93:16 128:23
  129:2 131:12
**reviewed** 127:10
**rgl** 7:18 22:8
**ride** 118:8
**right** 20:21 36:12
  54:21 55:15 59:14
  67:13 85:17,22 95:9
  130:7
**round** 107:7
**rounding** 106:21
  107:10,10,19 108:7
  108:7
**route** 20:17
**routes** 73:3 84:11,17
  111:10
**routinely** 57:17
  76:12,14,19,24 77:2
  77:21,24 81:15 83:1
  83:5,9

Veritext Legal Solutions
866 299-5127

**roy**  6:25 7:2
**run**  46:4 79:21
  97:24 100:19 101:1
  101:21 103:17
  128:12
**runs**  77:24 98:1
  101:16

**s**

**s**  7:4,4
**sakai**  3:16
**sample**  9:7 44:12
  62:10,13,15 78:21
  78:22 83:19 84:14
  97:2,5,8,10,19,22
  98:2,11,14,23,25
  99:5,9,12,14,17,23
  100:10 106:16
  112:3,12,13,24
  113:13 114:15
**sampled**  104:10
**sampling**  21:8
  112:16
**san**  1:9,10 2:9,10
  3:20 5:16 16:22,25
  17:6,9,22 18:7 19:8
  19:15,18,21,25
  23:14
**sansome**  3:19
**save**  68:5
**saying**  7:14 66:20
  67:6 72:19 90:8
  107:3 112:15,17,22
  112:23,25 114:1,6
  116:11
**says**  39:11 43:6
  111:19
**scheduled**  44:21
  46:19 47:7,9 79:24
  81:14,19 104:19
**scheduling**  20:17
**science**  24:11
**scope**  44:15,16,25
  45:6,8 47:2,4,15,24
  48:2,5,23 58:8 68:2

  68:6 93:22
**seasonal**  84:12 85:8
**second**  10:14,24
  53:9 55:7 101:20
**seconds**  104:19
**section**  76:12 82:7
  83:9,17 86:8 95:1
  101:13 104:2
  109:25 110:18
  111:1
**sections**  27:18,22
  28:12 40:4
**see**  31:10 39:6 40:9
  42:19 43:14 70:10
  73:9 86:19 107:14
  109:2 111:19
**seeing**  73:14 108:3
**seen**  10:21 25:23
  26:1 57:9,11
**segments**  87:4
**selected**  86:22 95:6
**sense**  89:2 92:13,23
  93:1
**sensitive**  5:22
**sent**  102:7
**sentence**  43:5 44:5
  70:5 72:15 78:5
  80:3 100:16,22
  101:5,9 102:3
**serious**  58:3
**seriously**  47:11
**set**  26:5 55:7 64:13
  89:6 104:10,13
  131:4
**sets**  41:3
**setting**  61:3 93:13
**seven**  92:4,7,19
  107:15
**sfmta**  16:6,14,24
  17:8,14,19 18:3,23
  19:2,3,7,24 21:20
  22:13 50:21 114:15
  119:25
**sfmta's**  116:23

**sgt**  3:11
**sharon**  1:21 2:20
  5:10 131:23
**shattuck**  3:8
**shifting**  69:13
**short**  115:10 128:10
**shorthand**  2:20
  131:1,7
**show**  70:23 77:9,17
**showed**  120:4
**showing**  77:6
  112:13
**shows**  71:2 76:20
**shut**  74:22
**signature**  26:10,16
  26:18 131:22
**signed**  33:21 57:21
  59:13 64:8 65:14
  66:2
**signing**  66:11,18,23
  67:4,7,17
**similar**  18:12,14
  65:8
**similarly**  1:5 2:5
  89:25
**simple**  44:11 99:22
**simplistic**  91:22
**simply**  45:6 79:12
  92:7 97:16 118:16
**single**  35:3,4,6,7
  61:10
**sir**  25:19 108:19
  109:13
**sitting**  49:14 51:7
  55:17 56:18 61:21
  62:3 80:18,25
**situated**  1:6 2:6
**six**  92:8,20
**size**  52:5 55:25
**slash**  5:18
**sloan**  3:16
**snapshot**  114:14
**social**  24:11
**solutions**  5:11
  130:23

**somebody**  63:10
**someplace**  33:7
**somewhat**  12:2
**sorry**  11:12 12:8
  16:8 18:24 21:3,24
  22:5 26:23 27:6
  28:25 29:20,24
  32:19 33:16 37:11
  39:2,2,16 47:21
  51:22 56:10 63:14
  65:23 69:14,14
  71:23 77:12,12 79:4
  80:22 88:23 91:1
  96:3 102:3 108:13
  110:2 116:10,20
  122:12
**sources**  20:9 71:6
**south**  8:10
**space**  74:6
**spans**  42:25
**speaking**  14:16
**specific**  27:18 86:12
  87:4
**specifically**  13:20
  41:22 44:7 60:25,25
  64:1 75:11 76:24
  77:2 83:1,16 84:1,7
  104:4 114:16
**speculating**  118:22
**speculation**  127:3
**spell**  7:1 8:13 24:16
**spellberg**  3:17 6:7,7
  8:18 15:21 16:1
  32:1 34:17 35:17
  36:7,12,17,18 37:2
  37:9,12 38:18 39:6
  39:12,17,21 40:2,7
  40:11,14 43:2 46:21
  52:7,9,19 53:5,8
  54:4,14,18 55:6
  59:18 60:9,12 64:14
  64:19,24 65:4,16
  66:4 67:10,19 69:12
  70:15 72:8 75:21
  80:13 82:12 85:15

Veritext Legal Solutions
866 299-5127

85:20 90:21 91:13
92:9 94:20,23 95:4
96:20 98:20 99:6,13
104:6 108:24 109:4
109:8,18 110:2,7,14
115:13 119:7
125:20 126:3,12
127:3 128:7,12,21
129:4 130:9,12,15
130:18
**spend** 47:18 82:8,16
**spoken** 104:16
**spot** 54:1
**stage** 124:17
**standard** 61:7
**stands** 117:2
**start** 57:16 67:13
87:25 88:10,20
89:23 90:13,18
91:10 109:1,22
**started** 127:15,25
**starting** 103:17
104:3
**starts** 83:17 86:8
**state** 6:4,23 24:5,8
36:6,16,19 71:12
79:7 93:23 103:14
131:2
**stated** 21:6 37:1
68:19 103:24
118:15 130:13
**statement** 43:10
79:19 89:5 101:4
103:1 104:9,24
105:8 111:18,18
112:2 127:21
**statements** 60:1,2
60:15,19 72:14
107:6 124:4
**states** 1:1 2:1 50:19
70:5 83:14 100:17
**statistical** 8:1 9:7
21:7 129:16
**statistician** 90:5

**statistics** 41:18,21
49:4,6 126:22
**steve** 39:9 52:7
64:19 69:12 128:8
**steven** 3:5,25 5:9
6:11
**stitt** 1:4 2:4 5:16
**stop** 75:10,20 119:2
**stops** 75:2,13
**stratification** 84:2
**stratified** 83:19,22
84:8
**stratify** 84:13
**stratifying** 84:5,17
84:21,25 85:4,8,12
**street** 3:19
**stricken** 71:20,24
72:5 80:11
**strike** 46:1,15 65:12
68:15 71:9 83:14
87:18 90:9,15 98:9
113:19 120:6,25
125:7
**strongly** 37:15
**study** 78:25 79:13
79:16,17 81:18,23
82:2,10,15 103:6,23
117:24
**stuff** 32:14 34:12
41:3,6 42:7 59:3
**subject** 9:5 14:16,25
51:23
**submit** 46:19
**submitted** 45:3
58:17 93:19
**subscribed** 131:17
**subset** 41:13 119:18
119:25
**substance** 67:4
**substantial** 108:20
109:14
**substantially** 83:23
**substantively** 37:23
38:9

**sugar** 7:4,4
**suggested** 88:12
**suggesting** 37:15
107:18,20
**suggests** 113:13
**suite** 2:17 3:8,19
**summary** 28:6 95:5
**suppose** 54:10
**supposed** 46:11
96:18
**sure** 26:8,14 29:2,24
41:7 43:18 46:5
61:20 62:12 65:1
67:1 75:8 91:5,18
93:2 97:3 98:21
101:18 106:15
115:12
**survey** 23:21,25
24:2,3,7,21,23 25:2
25:6,8,12 61:5,7,9,9
61:12,13,15,15,18
61:19,22,23 62:7,12
62:18,23,24 63:3,16
63:18,19,21,22 64:2
64:4,5,9 65:18,23
65:25 83:25
**surveys** 24:25 25:4
42:4
**suspend** 128:19
**suspending** 128:21
130:6

| t |
|---|

**t** 8:17 24:19
**take** 5:20 64:20,23
69:12,16 78:20,21
84:10 85:16,17
105:17 115:10
128:10
**taken** 2:16 62:13
84:13 98:14 131:3
**takes** 113:9 114:9
**talk** 28:3 104:16
116:7

**talking** 20:21 39:23
91:14 94:21 106:8
**tasks** 82:9,17
**taxes** 58:16 59:6
**technology** 75:17
**telephone** 6:12
**telephonic** 3:13
**tell** 7:11,15,23 18:22
21:15 22:6 23:12
42:8 49:14 50:4
51:7,15 53:6,10
56:13 61:22 62:4
72:24 86:13,21
89:16,21 90:2
114:16 115:6 128:7
**telling** 112:23
**ten** 115:11
**term** 22:23,23 48:20
**terminology** 39:10
**testified** 6:19 7:20
**testify** 32:3 35:8,11
35:14,18,23 37:6,17
75:23 129:7
**testifying** 9:23 10:6
11:4 131:6
**testimony** 9:5 80:14
130:20 131:10
**textbook** 62:19
**texts** 62:22
**thank** 6:14 69:17
74:5,12,13 96:7
130:17,18
**things** 13:18 15:7
18:13 33:13 34:5
37:18 52:12 58:23
84:12 126:22
**think** 34:19 36:13
44:1 52:21 54:12,18
54:25 63:23 64:17
64:20 67:14 95:19
96:20 100:22,23
105:13 110:14
114:2,5 125:20,21
129:22

Veritext Legal Solutions
866 299-5127

**thought** 26:23 27:7
125:14
**three** 23:11 91:23
92:16 107:15
128:11 130:22
**tidrick** 3:4,5 4:6
6:11,11,22 8:19
10:10,17,23 11:14
12:22 13:3 15:25
16:4,10,19 25:15,20
26:24 27:8 32:5,22
33:6,19 34:22 36:1
36:5,16,19 37:21
38:4,14,22 39:10,13
39:25 40:5,9,12,16
43:4 46:25 47:22
52:8,14 53:2,6,25
54:10,25 55:15 57:1
57:6 59:22 60:18
63:13 64:15,22 65:2
65:20 66:9 67:12
68:3 69:14,25 70:18
72:13 74:4,6,13,23
76:3 77:14,22 80:17
81:10,24 82:4,14
85:17,22 86:3 87:9
87:15 91:2,20 92:14
94:21,24 95:7,11
96:6,8,24 99:3,10
99:15 104:8 109:4,9
109:22 110:5,11,19
115:10,21 117:6
119:11 122:23
126:4,17 127:8
128:9,19,23 129:21
130:11,13,16
**tidricklaw.com** 3:11
3:12
**time** 6:4,5 9:1 13:17
14:18 16:9 20:14
22:19 23:2,5 25:11
46:19 47:10 48:7,10
48:14,20 49:15 50:1
50:5,9,22,25 51:9
54:1 57:16,17,17

68:5 70:7,13,20
71:12 72:16,25
73:15,18 76:25 77:5
77:10,19,24 78:7
79:1,9,14,24 80:8
81:14,19 82:6,18,22
82:24 83:8,9 84:11
84:25 87:4,5,25
88:10 89:23 90:13
90:18 91:10 92:1,2
94:7,12 101:16,20
104:2,9,12,13,20
105:1 106:1 107:21
107:24 108:4
109:25 110:4,13,15
111:1,9,12,23,24
113:5,8,9 114:8,9
115:25 116:5
119:13 122:9,16,24
123:3,8,13,19 124:2
124:8,14 128:19
129:23 130:25
131:4
**times** 7:7,8,12,22
46:1 47:8 73:24
74:17 75:9 76:14,19
76:22 83:1 93:25
94:5 110:24 111:16
120:23 125:22
**tired** 64:21
**title** 15:14
**today** 9:24 10:7 11:4
11:9,20 12:7,18
35:16 37:8 49:14
51:7 54:5,8 55:17
56:18 61:21 62:4
63:5 80:18,25
129:18,20
**today's** 130:20
**togami** 3:25 5:9
**told** 23:16
**tony** 1:4 2:4
**topics** 35:24 130:4
**total** 44:19 45:2 47:6
47:8,17 130:22

**track** 109:21 118:9
**trailed** 87:10
**training** 20:16 25:8
25:10 121:8,13,15
121:16,19,20,23,25
122:2,5,7
**transcribed** 131:8
**transcript** 131:9,12
131:13
**transfers** 47:20,23
**transit** 15:19 16:3,7
16:16,21 17:1,20
19:11 20:17 45:3,10
45:18,21 46:3,7,18
46:19 47:7,18 73:19
73:25 74:18 75:1,6
93:16,20 117:11
118:8 119:14,19,21
120:1 122:10,18,25
123:3 124:20,23
125:1,6,9,13 126:19
126:25 127:10
**transits** 122:22
**transport** 16:23
**transportation** 1:9
2:9 5:17 17:10,23
18:1,8 19:17,18,20
20:3,11 23:15 72:25
**travel** 57:16,17
87:25 88:10,22
89:23 90:13,18
91:10 101:20
**treated** 89:18 90:4
90:20 91:12
**treatise** 62:20
**trejo** 24:15,20 25:1
63:6
**trial** 7:20 35:19
**tried** 51:6
**trip** 47:19
**true** 59:25 111:14
111:14,20,21 131:9
**truthful** 59:17,21
**truthfully** 58:4,23
66:24

**try** 24:18 31:12 90:7
90:16 91:7,21 92:15
**trying** 31:9 54:11
55:3 68:13,16,20
93:3 107:20 108:22
109:17 113:5
120:20,24
**tulane** 8:9,9,11,15
8:17,18 9:17
**turn** 40:5 57:17
60:22 61:1 69:10
77:5,10,19 82:6,18
82:22 83:15 86:8
87:23 93:12 101:12
102:24 104:2
109:25 110:4,13,14
110:23 111:1,12,16
111:23,24 113:5,9
114:9
**turning** 47:19,21
79:18
**two** 7:8,12,22 15:9
22:11 23:14 65:1
101:21 103:19
107:14 128:10
**typo** 52:6 100:22
103:20
**typos** 52:12

| u |
|---|

**u** 8:17 24:18
**uh** 126:3
**unbiased** 62:9
**unchange** 23:3
**undersigned** 131:1
**understand** 9:20,23
10:1,4,8 11:2,6,8
12:8,12 13:11 14:23
16:25 17:9,11,16,21
18:19,25 21:5,12
22:11 26:22 28:16
31:9 32:6 33:4
34:25 35:4,6,13
36:25 37:4,22 38:7
38:23 44:14 46:7

Veritext Legal Solutions
866 299-5127

47:25 48:6,25 50:24
52:4 57:20,22,23
58:16,18,22 59:7,11
59:12,15 61:13,14
65:7,10 66:17,22,25
67:3,5,6,8 68:13,21
69:4 70:1 71:1 75:3
75:17,24,25 78:4
79:3 86:4,25 87:1
88:1,7,17 89:9 90:7
91:5,16 95:24 96:12
96:21,25 98:21
102:13 106:3,17
109:3 110:6,7
113:19,23 114:2,5
115:22 116:12
117:2 118:15
119:18,25 120:10
120:24 121:11
125:1,17 126:5,8
130:11
**understanding** 9:22
22:16,21,25 23:1,6
25:2 32:14 42:3
45:12,14,17,21,24
46:2,10,14 48:20
50:2 55:16,23 56:23
57:12,25 58:1,6,11
58:15,20,25 59:2,4
59:24 62:1,2 66:25
74:20,24 76:13 78:1
93:4 97:15,20,23
98:13 116:17,22
117:10,17,21
126:24 127:9
**understood** 11:23
17:15 55:15,22 59:9
67:16,25 81:17
**undertake** 103:6,23
**undress** 23:4
**unfair** 36:14
**unfortunately** 39:13
94:18
**uniforms** 22:18
23:18

**united** 1:1 2:1
**university** 8:9,12,14
8:16,17 9:17 24:6
62:24
**unpaid** 18:15,18
19:9,15 23:23,23
91:25 92:2 94:12
**unprocessed** 116:14
116:19
**unproductive**
129:22
**unreliable** 108:21
109:15
**unscheduled** 95:5
105:2
**untime** 104:20
**upwardly** 70:8,14
70:21 71:13 72:17
78:8,13,18,24 79:10
80:4,21 81:4,7,8
82:22 83:3
**use** 16:24 17:8 48:10
51:4 60:10 61:9,13
61:19,23 78:16 83:5
83:7 85:21 88:8
89:7 100:4,5 108:23
109:17 114:20
124:24 127:13

| v |
| --- |

**vague** 15:21 32:2
38:18 42:17 46:21
60:9 65:17 70:15,16
90:22 98:20 99:7
119:7
**validate** 73:16
**validity** 117:25
118:4
**variations** 49:18,20
**various** 8:2 11:7
20:9,9 30:19 35:15
37:7 48:6 49:4
54:16 55:18 88:11
107:22 128:24

**vehicle** 20:13 45:3
45:11,18,22 46:3,8
46:18,20 75:6 93:17
93:20 118:8 119:1,5
124:20 125:2,6,9,13
126:19 127:1,10
**vehicles** 47:7,18
73:19,25 74:19 75:1
117:11 119:14,15
119:19,22 120:1
122:10,11,18,19,25
123:3
**verify** 71:6 83:6
**veritext** 5:11 130:23
**versus** 5:16 31:1,11
47:8
**video** 5:7,19
**videographer** 3:24
5:4 6:14 69:18,22
85:23 86:1 115:14
115:18 128:14,17
130:19
**videotaped** 1:15
2:15
**view** 35:22 129:4,11
**volume** 1:18 2:16
4:4
**vs** 1:8 2:8

| w |
| --- |

**wage** 21:16,22 22:4
22:12,16,20,23 23:5
**wages** 23:9,23
**wait** 54:17 63:9,9
82:12 87:25 88:10
88:22 89:23 90:13
90:18 91:10 103:3
**walk** 103:5
**want** 29:24 35:25
62:9 85:20 108:11
108:14
**wanted** 54:6 121:19
**wasteful** 130:4
**way** 6:2 14:3,5,21
18:22 26:2 31:12

42:8 55:23 68:17
71:16 73:11 87:16
87:19 90:11 104:18
118:13,17
**ways** 18:14
**we've** 23:15 55:3
**wednesday** 1:17
2:19 5:1
**weekday** 85:4
**weekends** 84:11
85:4
**went** 54:7 100:8
117:4
**whereof** 131:16
**whispers** 5:23
**windell** 88:2,4,8
127:22
**witness** 4:2 6:9
11:13 16:2,18 25:19
27:6 33:4,17 34:19
35:18,25 36:22
37:10,13,14 38:12
38:19 39:16,20 43:3
46:23 54:22 55:5,11
59:20 60:11,15
63:11 65:5,18 66:5
67:21 69:17 70:17
72:11 74:20 75:25
77:20 80:15,22 81:6
90:25 91:18 92:11
95:10 96:5,18,22
98:22 99:8,14 104:7
109:3,5 110:4,17
115:12 119:9
122:12,21 126:2,15
127:5 129:6,19
130:17 131:16
**witness's** 55:9
**witnesses** 131:5
**word** 60:10 71:23
**wording** 66:25
**words** 68:20 92:8
114:8
**work** 8:20 16:5,7,13
16:16 18:6,11,16,17

18:19 19:2,9,13,16
19:22,24 20:6,7
30:15 31:17,18,22
41:15 43:9 45:23
46:4 47:24 48:22,24
58:8 63:1,16,17,18
63:19,23 64:2,4
68:2 86:14,16 93:22
96:1,1,15,16 97:7
97:12,13,18,25
98:18 104:17
114:21 116:15
123:21 124:21
125:3 127:14,15,16
129:13
**workday** 45:20,23
**worked** 16:18,21
17:19,21 19:10,14
21:6,12,17,23 22:4
22:7,12,14 23:2,8
24:2,7 30:24 31:1,6
31:11,14 36:15
79:21
**working** 7:18 22:22
98:8 124:23
**works** 46:9
**write** 31:4 33:15,18
**writing** 24:25
**written** 15:6,7
102:14 111:11
**wrong** 62:16 64:18
89:6
**wrongfully** 103:15
**wrote** 13:6 27:14,15

**x**

**x** 131:13

**y**

**y** 7:3
**yeah** 39:21 50:3
51:17 52:3 53:8
55:5 64:16,24,24
84:3 88:19,21,23,23
89:15 92:21 110:17
130:9,12

**year** 18:6 22:3
**years** 7:10,13,15,16
7:17,19 22:10
**yesterday** 53:11
**ygr** 1:7 2:8 5:18
**young** 3:6

**z**

**zero** 89:18 90:4
104:10,13
**zeros** 90:20 91:12

Veritext Legal Solutions
866 299-5127

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2014. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

Exhibit I

## Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—oOo—

DARRYL A. STITT, TONY
GRANDBERRY, and HEDY GRIFFIN,
on behalf of themselves and
all others similarly situated,

        Plaintiffs,

vs.

THE SAN FRANCISCO MUNICIPAL
TRANSPORTATION AGENCY; CITY
AND COUNTY OF SAN FRANCISCO;
and DOES 1-20,

        Defendants.
_____/

Civil Case No.
C-12-03704-YGR

Deposition of

MAURICIO AGUIRRE

_____

Friday, January 29, 2016

Reported by:

MELISSA HAMMERNESS
CSR No. 4739

BONNIE WAGNER & ASSOCIATES
Court Reporting Services
1819 Polk Street, Suite 446
San Francisco, California 94109
(415) 982-4849

1

## Page 2

I N D E X

                                   Page

Examination by:

    Mr. Reznikov                    5

E X H I B I T S

(No exhibits marked.)

—oOo—

2

MAURICIO AGUIRRE          JANUARY 29, 2016

## Page 3

BE IT REMEMBERED that, pursuant to Notice of
Taking Deposition and on Friday, the 29th of January,
2016, commencing at the hour of 1:31 p.m. thereof, at
the OFFICE OF THE CITY ATTORNEY, CITY AND COUNTY OF
SAN FRANCISCO, Fox Plaza, 1390 Market Street, Seventh
Floor, San Francisco, California 94102-5408, before me,
MELISSA HAMMERNESS, CSR No. 4739, personally appeared

MAURICIO AGUIRRE,

called as a witness by the Defendant, City and County of
San Francisco; who, being by me first duly sworn, was
thereupon examined and interrogated as hereinafter set
forth.

—oOo—

3

MAURICIO AGUIRRE          JANUARY 29, 2016

## Page 4

A P P E A R A N C E S

THE TIDRICK LAW FIRM, 2039 Shattuck Avenue,
Suite 308, Berkeley, California 94704, represented by
JOEL B. YOUNG, Esquire, appeared as counsel on behalf of
the Plaintiffs.

OFFICE OF THE CITY ATTORNEY, CITY AND COUNTY
OF SAN FRANCISCO, Fox Plaza, 1390 Market Street, Seventh
Floor, San Francisco, California 94102-5408, represented
by BORIS REZNIKOV, Deputy City Attorney, appeared as
counsel on behalf of the Defendant.

ALSO PRESENT:  JOHN DUDLEY
                  TIMOTHY REINFELD

—oOo—

4

MAURICIO AGUIRRE          JANUARY 29, 2016

EXAMINATION BY MR. REZNIKOV

MR. REZNIKOV: Q. Good afternoon.

A. Good afternoon.

Q. Could you tell us your name, please.

A. Mauricio Aguirre.

Q. What was your name, again?

A. Mauricio Aguirre.

Q. Mr. Aguirre, have you had your deposition taken before?

A. No.

Q. This is your first one?

A. This is the first one.

Q. Let me talk about some of the background of how this process works. If you have any questions, you can let me know.

I'm going to ask you questions about this lawsuit related to your employment at MTA.

The court reporter here is making a record of everything we say here today. This is a question-and-answer session, so it's important for you to let me finish my question before you answer. Do you understand that?

A. Yes, I understand.

Q. It's also -- like you've been doing -- important to answer in an audible fashion. Sometimes in

a conversation we may say "uh-huh" or shake our heads. That would be difficult for the court reporter to transcribe. So if I remind you to answer audibly, I'm only doing so for the record. Do you understand?

A. I understand.

Q. Do you understand that the oath that you gave today to tell the truth is the same oath that you would give in court?

A. Yes.

Q. Is there any reason why you can't provide your best and most truthful testimony here today?

A. No.

Q. Have you taken any medications in the past 24 hours that would affect your testimony?

A. No.

Q. Did you meet with your attorneys before today?

A. Yes.

Q. When did you meet — well, before I ask that question, let me make sure. When I ask any questions about meetings with your attorneys, I don't want to know the substance of the communications, but I'm entitled —

A. My attorney is here.

Q. I understand. I don't want to know the substance of the communications, but I'm entitled to certain "yes" or "no" answers about when the meetings

were.

A. Oh, okay.

Q. You met with them before today?

A. Yes.

Q. When did you meet with them?

A. Yesterday.

Q. Was there anybody present at that meeting besides —

A. No.

Q. -- you and the attorneys?

A. No.

Q. Just you and the attorneys?

A. Yes.

Q. Did you meet with them today?

A. No, until now.

Q. You met with him in an earlier room before we started here today?

A. Yes.

Q. Okay. Was there anyone else present besides your attorney in that meeting?

A. No.

Q. Mr. Aguirre, we've got water here, if you need it. There's restrooms outside. We should probably only go for an hour, hour and a half; but if you need a break at any time, just let me know.

A. Okay.

Q. It looks like you're working today; is that correct?

A. Yes, that's correct.

Q. Which division do you work out of?

A. Flynn.

Q. What's your shift today?

A. 4:00 to 2 o'clock in the morning.

Q. 4:00 p.m. to 2:00 a.m.?

A. Yes.

Q. How long have you worked with MTA?

A. 25 years.

Q. You have always been a 9163 Operator?

A. Yes.

Q. Have you had any other jobs with the City besides the MTA?

A. No.

Q. Which division did you start working at?

A. Flynn.

Q. So you have always been at the Flynn Division?

A. I have been in Presidio and Potrero, too.

Q. How long have you been at Flynn now?

A. Around 20 years at Flynn.

Q. So what's your report time today?

A. 4:02.

Q.   Is that the time you need to be at work?
A.   Yes.
Q.   Where is Flynn located?
A.   It's on 16th and Harrison.  1940 Harrison Street.
Q.   How are you going to get there today?  Are you leaving directly from here to go to Flynn?
A.   Yes.
Q.   How are you doing that?  Public transportation?
A.   Public transportation.
MR. YOUNG:  Wait a minute.  Time out.  Let's take a break.
(Recess taken:  1:36 until 1:37 p.m.)
THE WITNESS:  I'm sorry.  I forgot to tell you that I called in sick today.
MR. REZNIKOV:  Q.  Mr. Aguirre, so I asked you earlier whether you're working at 4 o'clock as usual, and you said "Yes."  But now you're saying that you called in sick today?
A.   Yes.
Q.   When did you call in sick?
A.   Around 1 o'clock.  I mean, 12 o'clock.
Q.   Today?
A.   Yes.

Q.   And you called in sick because of this deposition?
A.   Yes.  And I don't live here.  I live in Vallejo.  And I don't feel like working today.
Q.   How long have you lived in Vallejo?
A.   20 years.
Q.   Do you usually drive to work or do you take BART?
A.   No.  I drive to work.  I drive to work every day.
Q.   I'm not familiar with the call-in procedure at MTA if you're sick.  How do you report that you're not going to be at work?  Who do you call, and what do you do?
A.   Well, like, I called to the dispatcher.  I said, "Man, I'm not feeling well.  I got dizzy" and this and that.  So they put me on the sick book.
Q.   So that's the procedure:  You just have to call the dispatcher?
A.   Yes.
Q.   Do you have to give them any sort of notice?
A.   No.  After five days, I think we can take something from the doctor.
Q.   Do you mean if you're out for more than five days, then you need to have a doctor's note?

A.   Uh-huh.
Q.   Do you have to have a reason to call in, or can you just say "I'm not coming in today" and that's --
A.   Well, I have a good reason today.  I'm not feeling well, and I had to be here.  I had to be fresh.
Q.   I'm concerned if you're not feeling well.  Mr. Aguirre, are you okay to testify here today?
A.   Yes.
Q.   So --
A.   No, no, not a problem.
Q.   This will not affect your testimony?
A.   Not a problem.
Q.   The way you're feeling does not affect your testimony?
A.   No, no, not a problem.
Q.   And, again, just so I understand the process, do you need to actually have a reason to call in sick, or can you just call in and say you're not coming in?
A.   I can call in.
Q.   So you don't have to be at work today at 4:02?
A.   No.  I'm sorry.  I forgot.
Q.   No problem at all.  You have been with MTA 25 years, and 20 years at Flynn.  How long have you been working your current run?

A.   2 years.
Q.   2 years?
A.   Yes.
Q.   So you have signed up for the same run?
A.   Same run.
Q.   It's always been from about 4:00 p.m. to 2:00 a.m.?
A.   Yes.
Q.   Before that -- so more than 2 years ago -- did you have a different run?
A.   I don't remember.
Q.   Let's talk about your current run that you've been doing for 2 years.  So your report time is 4:02 p.m.; right?
A.   4:02, yes.
Q.   And what line are you operating?
A.   38.
Q.   So you pull out of Flynn?
A.   I make a relief.
Q.   So you report to Flynn at 4:02?
A.   No, no.  I go to Flynn, and then I take public transportation to the Transbay Terminal.
Q.   And from there, you pick up the 38?
A.   I pick up the 38, yes.
Q.   And then you drive -- the 38 runs on Geary?

**Page 13**

1    A.   Yes.
2    Q.   And you drive the 38 until what time?
3    A.   Until 1:48 in the morning.
4    Q.   1:48 in the morning?
5    A.   Yes.
6    Q.   Do you just go back and forth on Geary?
7    A.   Back and forth, back and forth, every day.
8    Q.   How many times?
9    A.   Pardon me?
10   Q.   How many times do you go back and forth?
11   A.   How many trips?
12   Q.   Yes.
13   A.   Five trips.  One trip is go and back.
14   Q.   So 10 times?
15   A.   10 times, yes.
16   Q.   When does the first trip leave?
17   A.   4:12.
18   Q.   4:12 from the terminal?
19   A.   Yes.
20   Q.   What's the last stop out in the avenues for
21 the bus?
22   A.   The last stop is on 33rd and Balboa.
23   Q.   For that first trip, you leave at 4:12.  What
24 time do you arrive at 33rd and Balboa based on your
25 paddle schedule time?

---

**Page 14**

1    A.   5:03.
2    Q.   And then based on your paddle, you go back to
3 the Transbay Terminal?
4    A.   Yes.
5    Q.   What time do you depart from 33rd and Balboa?
6    A.   No.  33rd and Geary.
7    Q.   That's the departure?
8    A.   Yes.
9    Q.   And what time do you depart from 33rd and
10 Geary?
11   A.   5:28.
12   Q.   And do you know what time you're scheduled to
13 get back to the Transbay Terminal?
14   A.   I think 6:18.
15   Q.   6:18?
16   A.   Yes.
17   Q.   What time do you leave to go back to 33rd and
18 Balboa?
19   A.   I leave at 6:28.
20   Q.   So it looks like, according to the paddle, if
21 everything is on time, from 5:03 to 5:28 you have a
22 little bit of a break, and then from 6:18 to 6:28, you
23 have a little bit of a break; is that right?
24   A.   That's right.  But I'm always late.  38 is
25 always late.  You pick up a lot of people.  Always late.

---

**Page 15**

1    Q.   So when you're late, your break is smaller?
2    A.   When I'm late, I have to go around and go
3 again.  Sometimes we don't get our layover.  Just go,
4 go, go, go.
5    Q.   This is consistent throughout your 5 trips --
6 or I should say 10 trips?
7    A.   Yes.  38 is very busy.  Very busy line.
8    Q.   It's always the 38?  Never the 38 Express
9 or --
10   A.   Any 38.
11   Q.   I don't want to go through each time point.
12 You have, it looks like, about 50 minutes of driving,
13 and then about a 10- to 20-minute break scheduled on the
14 paddle, and then the next trip.  Is that about
15 consistent?
16   A.   Yes.
17   Q.   And usually this bus is late, and it
18 doesn't --
19   A.   Every day.  Every day.  Every trip is late.
20   Q.   How late is the trip would you say?
21   A.   I can't tell you, but it's always late.
22 Sometimes we don't have time not even to go to the
23 bathroom.  Or we go to the bathroom very quick and drive
24 again.
25   Q.   Mr. Aguirre, you say the bus is usually late.

---

**Page 16**

1 Could you provide an estimate?  Is it a few minutes?
2 More than a few minutes?  Does it vary differently?  How
3 would you estimate the --
4    A.   Every trip.
5    Q.   Yes, let's start out with every trip.  So do
6 you ever get there at 5:03 or 6:18?  And if you're late,
7 how many minutes or so are you late?
8    A.   Sometimes 10 minutes.  Most of the time,
9 10 minutes.  10 minutes.
10   Q.   Have you ever been early?
11   A.   No.  I don't like write-up.
12   Q.   What?
13   A.   I don't like write-up.
14   Q.   I understand.  Let's concentrate -- because
15 you've said this is the same run, essentially, you've
16 been doing for the last 2 years?
17   A.   Yes.
18   Q.   So in the last 2 years, you have not been
19 early one time; right?
20   A.   No.
21   Q.   Have you ever been on time?
22   A.   No.  Always late.
23   Q.   So just to be clear, never on time.  So never
24 at 5:03 or 6:18?
25      MR. YOUNG:  Objection.  Asked and answered.

**Page 17**

```
1        MR. REZNIKOV:  Q.  Mr. Aguirre, go ahead and
2   answer the question.
3        MR. YOUNG:  Can you repeat his answer two
4   questions ago, Madam Court Reporter.
5        (Whereupon, page 16, line 21 through line 22
6   of the record was read.)
7        MR. REZNIKOV:  Q.  Mr. Aguirre, did you
8   understand my last question?
9        A.  I understand your question.
10       Q.  Okay.
11       A.  If I been early.
12       Q.  And you have never been early; correct?
13       A.  No.  No.
14       Q.  I'm asking now, on time.  So if the paddle
15  says 5:03, have you ever arrived exactly at 5:03, or
16  it's always late?
17       A.  Like I say, it's always late.
18       Q.  And it's always 10 minutes?
19       A.  10 minutes.  Yes, 10 minutes.
20       Q.  Has it ever been 5 minutes?
21       A.  No.  10 minutes.
22       Q.  Has it ever been 15 minutes?
23       A.  10 minutes.
24       Q.  And that's every day?
25       A.  10 minutes.
```

**Page 18**

```
1        Q.  And every trip?
2        A.  10 minutes.
3        Q.  So every trip?
4        A.  Yes.
5        Q.  Thanks, Mr. Aguirre.  So your report time is
6   4:02 p.m. at Flynn?
7        A.  No.  My report time is on [sic] the relief
8   point.
9        Q.  At the Transbay Terminal?
10       A.  Yes.
11       Q.  When does your run for the day end?  What is
12  the scheduled time?
13       A.  My scheduled time is, I finish at 1:48.
14       Q.  Do you finish at the Transbay Terminal?
15       A.  Yes.
16       Q.  So, Mr. Aguirre, you arrive in the morning at
17  Flynn, correct -- or you arrive to start your workday at
18  Flynn?
19       A.  Yes.
20       Q.  How do you get to the Transbay Terminal?
21       A.  I take transportation.
22       Q.  Which bus do you take?
23       A.  12.
24       Q.  The 12?
25       A.  Yes.
```

**Page 19**

```
1        Q.  Does that pick you up right at Flynn?
2        A.  Yes, in front of Flynn.
3        Q.  So you don't have to walk to get to the 12?
4        A.  Well, one block.
5        Q.  So you walk one block from Flynn --
6        A.  To take the No. 12 to take me to the Transbay
7   Terminal.
8        Q.  And where do you park your car at Flynn?
9        A.  In the garage.
10       Q.  There's a garage at Flynn?
11       A.  The garage.
12       Q.  Is that for just MTA employees or for
13  everybody?
14       A.  No.  It's for everybody.
15       Q.  And it's free parking?
16       A.  Free parking.
17       Q.  How long does it take to get, on the 12, from
18  Flynn to the Transbay Terminal?
19       A.  20 minutes, I think.
20       Q.  How often does the 12 run?
21       A.  Every 20 minutes.
22       Q.  Same question:  So after you're done at 1:48
23  a.m. or whatever time you may finish, how do you get
24  back from the Transbay Terminal to the Flynn Division?
25       A.  By bus.
```

**Page 20**

```
1        Q.  Is it the same 12?
2        A.  I pull in the bus from there.
3        Q.  I'm sorry.
4        MR. YOUNG:  He pulls in from the Transbay
5   Terminal back to the division.
6        MR. REZNIKOV:  Q.  So you take your coach back
7   to the Flynn Division?
8        A.  Yes.
9        Q.  You get back to the Transbay Terminal at what
10  time?
11       A.  1:38.  Supposed to be.
12       Q.  And that's your last stop?
13       A.  Yes.
14       Q.  And then you deadhead back to Flynn?
15       A.  To Flynn, yes.
16       Q.  And what time are you scheduled to get back to
17  Flynn?
18       A.  1:48.
19       Q.  Mr. Aguirre, you've been doing this run for
20  about 2 years.  Before that, were you doing a similar
21  run or something different?
22       A.  Similar run.
23       Q.  So is it accurate it would always be the 38 --
24       A.  Yes.
25       Q.  -- line?
```

```
 1      A.   Yes.
 2      Q.   And would the times be about the same:
 3  4:00 p.m. to about --
 4      A.   Same thing.  I always been doing the late
 5  runs.
 6      Q.   Have you been doing this for more than 10
 7  years?
 8      A.   More than 10 years.
 9      Q.   Why do you sign up for this run?  What do you
10  like about it?
11      A.   Because, first of all, I don't live here.
12  That's it.  I live in Vallejo.  And the commute for me
13  is much better at this time.
14      Q.   At 4:00 p.m.?
15      A.   Yes.  No traffic.  Nothing.  And, well, it's
16  easy.  By the time I get off, it's easy, too.  No
17  traffic.
18      Q.   So the drive back home?
19      A.   To drive back to my house.
20      Q.   Have you ever taken BART to come into work?
21      A.   No.  From Vallejo, we don't have BART.
22      Q.   Is it your choice whether -- as an operator
23  whether you drive to work or whether you take public
24  transportation or any of those modes of commuting?
25      A.   I drive.  I drive.
```

```
 1      Q.   But the MTA doesn't require you, whether you
 2  drive or take the bus or take BART; is that right?
 3      A.   That's right.
 4      Q.   Do you have any standby time on your run?
 5      A.   No.
 6      Q.   You're familiar with what I mean by "standby
 7  time"?
 8      A.   I know.
 9      Q.   Do you have any travel time associated with
10  your run?
11      A.   No.
12      Q.   Are you familiar with what I mean by "travel
13  time"?
14      A.   Travel time, yes.
15      Q.   And your run -- this run doesn't have any
16  travel time?
17      A.   No.
18      Q.   Do you understand the allegations that the
19  operators are making in this lawsuit?
20      A.   Traveling time.
21      Q.   Well, in general, the claims in this lawsuit.
22      A.   Yes, I understand.
23      Q.   What's your understanding of that?
24      A.   That, well, Muni had not been paying for that
25  traveling time.  Sometimes where we live, it's a long
```

```
 1  way.  We have to come in from far away, drive in, park
 2  the car, go inside into the division, check bulletin
 3  boards, and things like that.  And then after that,
 4  taking the bus to the relief point to be there before
 5  time.  Muni doesn't pay for that --
 6      Q.   Okay.
 7      A.   -- and it's supposed to.
 8      Q.   Do you understand -- is that the only claim,
 9  or is there anything else that you think that Muni is
10  not doing correctly as part of this lawsuit?
11           MR. YOUNG:  Objection.  Vague.
12           You can answer the question, if you understand
13  it.
14           THE WITNESS:  I don't understand it.
15           MR. REZNIKOV:  Q.  I just asked you what your
16  understanding of the lawsuit was, and you told me about
17  travel time.  Do you think there's anything else that's
18  at issue in this lawsuit?
19           MR. YOUNG:  Objection.  Vague.
20           You can answer the question, if you understand
21  it.
22           THE WITNESS:  No, I cannot.  I don't
23  understand.
24           MR. REZNIKOV:  Q.  Let me try it again.
25           MR. YOUNG:  Let the record reflect that my
```

```
 1  client's first language is not English and that there's
 2  a possibility that some of your questions you may have
 3  to repeat or rephrase because he may not understand
 4  fully.
 5           MR. REZNIKOV:  Q.  Mr. Aguirre, what's your
 6  first language?
 7      A.   Spanish.
 8      Q.   Would you prefer to do this deposition with a
 9  translator?
10      A.   Yes, please.
11           MR. REZNIKOV:  Let's go off the record.
12           (Discussion off the record.)
13           MR. REZNIKOV:  Back on the record.
14      Q.   Mr. Aguirre, you just testified that you would
15  prefer to get a translator.  Is that accurate, or do you
16  want to continue without a translator?
17      A.   I will continue with English.
18      Q.   English is okay?
19      A.   It's okay.
20      Q.   If you don't understand a question, will you
21  let me know?
22      A.   Okay, I'll let you know.
23      Q.   Mr. Aguirre, going back to what I was asking,
24  you told me that one of the claims in this lawsuit, as
25  you understand it, is the travel-time issue; and you
```

```
 1   explained that.  I'm asking, is there anything else that
 2   you think is at issue that you're complaining about and
 3   all the operators are complaining about?  Do you
 4   understand what I'm asking?
 5        A.   Yes, I understand.
 6        Q.   Is there anything else that you could think
 7   of?
 8        A.   No.
 9        Q.   You have to be at the Transbay Terminal at
10   1:48 -- I'm sorry -- 4:02 p.m.; is that right?
11        A.   Yes.  Always before that.
12        Q.   Is that your report time on the run or is your
13   report time earlier?
14        A.   No.  That's my report time.
15        Q.   Your report time is 4:02?
16        A.   Yes.  But I always -- but Muni said we always
17   have to be at the relief point before time.
18        Q.   So you have to be at the Transbay Terminal by
19   4:02 p.m.?
20             MR. YOUNG:  Objection.
21             THE WITNESS:  Before.
22             MR. YOUNG:  Misstates his testimony.
23   Objection.  You're trying to rephrase it.
24             MR. REZNIKOV:  Q.  Mr. Aguirre, correct me if
25   I'm misunderstanding.  What time do you have to be --
                                                          25
```

```
 1   what's your report time -- when you sign up on the range
 2   for your run, what's your report time?
 3        A.   4:02.
 4        Q.   And where is that?  Where do you have to be at
 5   4:02 p.m.?
 6        A.   Transbay Terminal.  38.
 7        Q.   When do you have to leave on your first run?
 8   Is it 4:12 p.m.?
 9        A.   4:12.
10        Q.   So when you do the relief at 4:02 p.m., do you
11   just jump on the coach and take off or do you have to do
12   some something?
13        A.   No, sir.  I always go out around the bus and
14   check the bus and see for any...
15        Q.   Do you get the paddle from the other operator?
16        A.   Yes.
17        Q.   And you get a defect card from the operator?
18        A.   Yes.  I go around and sign the defect card.
19        Q.   What do you do as part of this inspection?
20        A.   Well, I see if there's graffiti.  If somebody
21   is sleeping.  Objects that people forgot.  Things like
22   that.  And then I sign.  If there's scratches on the
23   bus.
24        Q.   So the other operator that you're relieving,
25   he doesn't do any of that?
                                                          26
```

```
 1        A.   No.
 2        Q.   Instead, he gives you the paddle, you walk
 3   around, you look --
 4        A.   Yes.  It's my duty to do that.
 5        Q.   How long does that typically take?
 6        A.   10 minutes.
 7        Q.   So that's what you do from 4:02 until
 8   4:12 p.m.?
 9        A.   Yes.
10        Q.   And then you take off to pick up passengers?
11        A.   Yes.
12        Q.   Is your first stop right there at the Transbay
13   Terminal?
14        A.   Yes, it is.
15        Q.   And the passengers come onto the bus there?
16        A.   Yes.
17        Q.   Mr. Aguirre, can you arrive directly to the
18   Transbay Terminal to start your day?  Is that the first
19   requirement, that all you have to do to be on time is be
20   at Transbay at 4:02?
21        A.   No.  My duty is to be before time.  Before
22   time.
23        Q.   So you have to be there at 4:01?
24        A.   Before.  That's what Muni says:  that we have
25   to be there before.
                                                          27
```

```
 1        Q.   Your understanding is, you have to be at the
 2   Transbay Terminal before 4:02 p.m.; right?
 3        A.   Yes.  I always get there 40 minutes before.
 4        Q.   How many minutes?
 5        A.   40 minutes before.
 6        Q.   40 minutes?
 7        A.   Yes.
 8        Q.   Could I ask, why do you come that early?
 9        A.   Because I always like to -- I prepare for
10   everything, you know.
11        Q.   Traffic?
12        A.   Traffic.
13        Q.   If something happens?
14        A.   Something happen.
15        Q.   Have you ever been late?
16        A.   No.
17        Q.   So in 20 years, you've never been late?
18        A.   No.
19        Q.   Very impressive also, Mr. Aguirre.
20        A.   I have no -- no.
21        Q.   Have you ever had a conversation with a
22   supervisor for being late?
23        A.   You mean -- can you repeat that question?
24        Q.   Yes.  Have you ever -- let me ask this first:
25   Who is the superintendent at Flynn right now?
                                                          28
```

**Page 29**

1     A.  I don't know her name.

2     Q.  Do you know who the assistant superintendent

3 is?

4     A.  No.

5     Q.  Have you ever had to have a meeting with them

6 about any discipline issues?

7     A.  No.

8     Q.  Have you ever been disciplined by MTA?

9     A.  No.

10     Q.  Never been suspended?

11     A.  No.

12     Q.  Never received a written warning?

13     A.  No.

14     Q.  Have you ever met with your supervisors where

15 they said, "Come into the office and have a meeting with

16 me"?

17     A.  No.

18     Q.  I think you've answered, but let me ask, so

19 you've never been warned about being late, because

20 you've never been late; is that correct?

21     A.  Like I said, 38 is always late.

22     Q.  No.  I'm asking about -- it sounds like you've

23 done a good job always to make sure you arrive before

24 4:02 p.m. so you can do the relief --

25     A.  Yes.

**Page 30**

1     Q.  -- is that right?

2     A.  Yes.

3     Q.  And you have never had a meeting about being

4 late?

5     A.  No.

6     Q.  The only thing MTA cares about is that you're

7 at your location before 4:02 p.m.; right?

8     A.  Before 4:02.

9     Q.  Have you ever gone directly to the Transbay

10 Terminal instead of going to Flynn first?

11     A.  No.  I always go to Flynn, and I take the

12 public transportation.

13     Q.  If you wanted to, could you go to the Transbay

14 Terminal first?

15     A.  No.

16     Q.  Why is that?

17     A.  Because I always bring my car to the division.

18 I like to go inside to see the bulletin board, and then

19 I walk to take the bus.

20     Q.  I understand that you like to do that.  But if

21 you wanted to not do that and show up at the Transbay

22 Terminal, is there any rule that prohibits that?

23     MR. YOUNG:  Objection.  Asked and answered.

24     Madam Court Reporter, can you please read back

25 the witness's last statement.

**Page 31**

1     (Whereupon, page 30, line 17 through line 19

2 of the record was read.)

3     MR. REZNIKOV:  Can you read back my question,

4 Madam Reporter.

5     (Whereupon, page 30, line 20 through line 22

6 of the record was read.)

7     MR. REZNIKOV:  Q.  Do you understand my

8 question, Mr. Aguirre?

9     MR. YOUNG:  I'm going to object to the

10 question as being vague.

11     THE WITNESS:  It's kind of --

12     MR. YOUNG:  You can answer the question, if

13 you understand it.

14     THE WITNESS:  I'm kind of confused.

15     MR. YOUNG:  Then tell him you don't understand

16 it.

17     MR. REZNIKOV:  Q.  I can help you understand

18 the question.  Do you want me to explain it further?

19     A.  Okay.

20     Q.  So I know it sounds like you prefer to go to

21 Flynn and go through this process of taking the 12 to

22 the Transbay Terminal.

23     MR. YOUNG:  Objection.  Misstates his

24 testimony.  That's not the process.  He said

25 specifically he goes to the division, looks at the

**Page 32**

1 bulletin board, and then travels to the Transbay

2 Terminal.  Can you please restate his testimony

3 correctly.

4     MR. REZNIKOV:  Q.  Mr. Aguirre, so I'm asking,

5 is there a rule that you believe -- from the MTA that

6 says you have to go to Flynn rather than going to the

7 Transbay Terminal?  I know you do it, but is there a

8 rule that tells you to do that?

9     A.  No.

10     Q.  Do you know any other drivers, operators, who

11 go to the relief point directly rather than going to the

12 division?

13     A.  No, I don't.

14     Q.  Everybody first goes to the division?

15     A.  Yes.

16     Q.  And is that because there's a rule or that's

17 just the preferred method?

18     A.  Well, first of all, like I said, we're

19 driving.  We can't go straight to there and leave the

20 car over there.

21     Q.  You can leave the car?

22     A.  We can't.  It's too far away.  And then we

23 turn in the passes at the end.  And if we park the car

24 around the Transbay Terminal, we have to come from there

25 to here to pick up our car.

```
1        MR. YOUNG:  I'd like to take a break, like
2   five minutes.  Thank you.
3        (Recess taken:  2:08 until 2:18 p.m.)
4        MR. REZNIKOV:  Q.  Mr. Aguirre, do you want to
5   change any of the testimony you gave after you had a
6   chance to meet with your counsel?
7        A.   No.
8        Q.   Okay.  Are you ready to continue with the
9   deposition?
10       A.   Yes.
11       Q.   Any reason why you can't provide truthful
12  testimony today?
13       A.   No.
14       Q.   Going back to what we were talking about
15  before the break, I was asking -- I understand that you
16  go to the Flynn Division to start your day and then take
17  the 12 to the Transbay Terminal.  I'm asking, is there a
18  rule that requires you to do that?
19       A.   Well, the rule book requires us to look at the
20  bulletin board every day.
21       Q.   Are you familiar with the rule book?
22       A.   Yes, I'm familiar with bulletins and all kind
23  of things that we have to read.
24       Q.   My specific question is, are you familiar with
25  the rule book that applies to you?
                                                        33
```

```
1        A.   Yes.
2        Q.   And when was the last time you read the rule
3   book?
4        A.   Yesterday.
5        Q.   Which rule is it that you're referring to?
6        A.   I'm referring about the rule book, about to
7   read the bulletin board and everything like that.
8        Q.   So what does that rule require you to do?
9        A.   To be at the relief point before time.
10       Q.   To be at the relief point before the report
11  time?
12       A.   Yes, before.
13       Q.   Does that rule require you to do anything
14  else?
15       A.   Well, we're required to, like I said, make the
16  pre-op check of the bus.
17       Q.   Anything else in the rule that requires you
18  to -- that prevents you from going directly to the
19  Transbay Terminal?
20       A.   Yes.
21       Q.   What is that?
22       A.   The rule book says it's required to go to the
23  division and check and read the bulletin board.
24       Q.   Do you know the number of that rule?
25       A.   No.
                                                        34
```

```
1        Q.   If I showed you a rule book, would you be able
2   to find it?  I just want to make sure we're talking
3   about the same rules.  I'll put in front of you what's
4   been previously marked as Exhibit 1.  Is this the rule
5   book that you're talking about and that you reviewed
6   yesterday?
7        MR. YOUNG:  He didn't -- go for it.  I think
8   this is the railroad book.  That's the wrong rule book.
9        MR. REZNIKOV:  Q.  Mr. Aguirre, do you
10  recognize this rule book?
11       MR. YOUNG:  Do you recognize this?
12       THE WITNESS:  Yes.
13       MR. REZNIKOV:  Q.  Have you seen it before?
14       A.   Yes.
15       Q.   Is that the one that you testified to
16  reviewing yesterday?
17       A.   No.
18       Q.   Which rule book did you review yesterday?
19       A.   I don't remember.  I don't remember.  I can't
20  tell you.  I don't remember.
21       Q.   Have you seen this rule book before?
22       MR. YOUNG:  He just answered that question.
23       MR. REZNIKOV:  Q.  So you have seen this rule
24  book before?
25       MR. YOUNG:  He just answered the question.
                                                        35
```

```
1   You keep on asking him the same questions.
2        MR. REZNIKOV:  Are you serious, Joel?
3        MR. YOUNG:  I didn't mean that.  But, yeah,
4   you keep on asking the same questions.
5        MR. REZNIKOV:  Let the record reflect opposing
6   counsel just threw the rule book, spilling my cup of
7   water on all my documents.
8        MR. YOUNG:  Let the record really reflect that
9   I slid the rule book across the table and it knocked
10  over your water, and I apologize for that.  But you
11  continue to try to harass this witness, and we would
12  appreciate if you stopped harassing the witness.  And
13  you're trying to intimidate the witness.
14       MR. REZNIKOV:  You can make your objection on
15  the record.  Again, the speaking objections are
16  inappropriate.  Throwing the rule book --
17       MR. YOUNG:  It's not throwing the rule book.
18       MR. REZNIKOV:  Sliding the rule book back at
19  me when I'm not finished asking the witness about the
20  exhibit is improper.
21       MR. YOUNG:  Under what rule?
22       MR. REZNIKOV:  I'm putting an exhibit in front
23  of the deponent to ask him questions about it.  He
24  testified that he has read this rule book before.
25       MR. YOUNG:  Okay.  You can continue with the
                                                        36
```

1   questions.
2       MR. REZNIKOV:  I'm going to have to take a
3   break to somehow get the water off these documents.
4       Can we please go off the record.
5       (Recess taken:  2:24 until 2:36 p.m.)
6       MR. REZNIKOV:  We can go back on the record.
7       Are you going to let your deponent review this
8   exhibit this time, Joel?
9       MR. YOUNG:  Go for it.  He already reviewed
10  it, but...
11      MR. REZNIKOV:  Q.  This copy is now wet,
12  Mr. Aguirre, but you said you recognized that document;
13  is that correct?
14      A.  No, not really.  This one is different.  This
15  one is for Cable Car and Flynn Division.  For transit
16  operators, it's different.  It's a small one.
17      Q.  Have you seen this rule book before?
18      And let the record reflect I'm holding up a
19  smaller rule book that says "Rules and Instructions
20  Handbook - SF Municipal Railway" that has not been
21  marked as an exhibit before.
22      Have you seen something like this before,
23  Mr. Aguirre?  You can flip through it if you like.
24      MR. YOUNG:  Is there a question pending?
25      MR. REZNIKOV:  Yes.  If Mr. Aguirre has seen
                                                    37

1   that rule book before.
2       THE WITNESS:  Yes.
3       MR. REZNIKOV:  Q.  Is that the rule book you
4   were referring to earlier when you said you reviewed a
5   rule book yesterday?
6       A.  Yes, it looks like it.
7       Q.  That's the rule book.
8       Joel, is that rule book any different than
9   Exhibit 1?
10      MR. YOUNG:  Yes.  That's the rule book for the
11  railway.
12      MR. REZNIKOV:  Is that the exact same exhibit
13  as Exhibit 1?
14      MR. YOUNG:  Yes, I believe so.  I haven't
15  looked through either of these.
16      MR. REZNIKOV:  Why don't you take a look.
17      MR. YOUNG:  It's definitely the one for the
18  railway.  I can tell you that.
19      MR. REZNIKOV:  That's not my question.  Is it
20  the exact same thing as Exhibit 1, or do we need to
21  admit it as an exhibit?
22      MR. YOUNG:  I can't tell you.  You tell me.  I
23  think it's the same thing.
24      MR. REZNIKOV:  All right.  Exhibit 1 is the
25  rule book that's been admitted in previous depositions;
                                                    38

1   is that correct?
2       MR. YOUNG:  Yes, but you guys haven't really
3   used the rule book at all in previous depositions.
4       MR. REZNIKOV:  Q.  Mr. Aguirre, do you agree
5   that these are essentially the same rule book, or would
6   you prefer to use a different one for our questioning?
7       A.  This one is okay.
8       Q.  You said you reviewed a rule book yesterday.
9   Was that the rule book that you reviewed yesterday?
10      A.  I don't remember.  I don't remember.  But I
11  can check it.
12      MR. YOUNG:  That's fine.
13      MR. REZNIKOV:  Q.  Mr. Aguirre, let's break it
14  down.  Did you review a rule book yesterday?
15      A.  No, no.  Not really, no.  A few days ago, but
16  I don't remember.
17      Q.  Earlier you testified under oath that you
18  reviewed a rule book yesterday.  Was that correct or
19  incorrect?
20      A.  I'm not sure if it was this book.
21      Q.  That's not the question, Mr. Aguirre.  Earlier
22  today, in front of me, you told me you reviewed a rule
23  book yesterday.  Did you review a rule book or not?
24      A.  Yes.
25      Q.  Was this the rule book you reviewed?
                                                    39

1       A.  No.
2       Q.  Which rule book did you review?
3       A.  Like I said, I don't remember.
4       Q.  Mr. Aguirre, let's start from the beginning.
5   When you started at MTA, did you go through a training
6   class?
7       A.  Yes, of course.
8       Q.  Did they give you a rule book?
9       A.  Yes.
10      Q.  Where do you keep that rule book?
11      A.  In my locker.
12      Q.  So yesterday did you review that rule book in
13  your locker?
14      A.  Yes, for a while.
15      Q.  How long did you review it for?
16      A.  About 15 minutes.
17      Q.  That's the rule book you've had since you
18  were -- since you started working at MTA, or has it been
19  updated?
20      A.  It's been updated.
21      Q.  What's the name of that rule book?
22      A.  I don't remember.
23      Q.  Is it similar to this book that I showed you
24  today?
25      A.  Yes, similar.  But I don't remember, really.
                                                    40

## Page 41

```
 1        Q.   Okay.  And so the reason why we started going
 2   through this exercise is, you said that you think
 3   there's a rule that requires you to arrive at the
 4   Transbay Terminal?
 5        A.   Yes.  There's --
 6             MR. YOUNG:  Hold on.
 7             THE WITNESS:  I don't understand.
 8             MR. REZNIKOV:  I'll change the question.
 9        Q.   Mr. Aguirre, earlier I think you testified
10   that there's a rule in the rule book that requires you
11   to go to the Flynn Division; is that right?
12        A.   Yes.
13        Q.   Rather than the Transbay Terminal?
14        A.   Yes.
15        Q.   I'm asking, what rule is that?  Do you know
16   what rule it is?
17        A.   No, I don't remember.
18        Q.   So why do you think that there is such a rule?
19        A.   Because I know there's a rule that we're
20   supposed to go to the division and look at the bulletin
21   boards.
22        Q.   What does the rule say?
23        A.   I can't -- I can't -- it said that the
24   bulletin boards -- it said that they are required to go
25   to the division and check for the bulletin boards.
                                                          41
```

## Page 42

```
 1   That's what it says.
 2        Q.   The rules said --
 3        A.   Every day.  Every day.
 4        Q.   -- you're required to go to --
 5        A.   To the division.
 6        Q.   And do what?
 7        A.   And look at the bulletin board.
 8        Q.   And can you find that?
 9        A.   Every day.
10        Q.   Can you show me that rule in the rule book?
11        A.   Let me check.
12        Q.   I just want to make sure I'm understanding
13   which rule you're referring to.
14             Let the record reflect that the deponent's
15   counsel is flipping to the rule for him.
16             You can flip there, Joel.  I just want the
17   record to reflect that.  If it saves us time, go right
18   ahead.
19             MR. YOUNG:  You know there's a rule in the
20   rule book that says that.  I don't understand why you're
21   making the deponent flip through the rule book to try
22   and figure out where the rule is when you know the rule
23   is there.
24             MR. REZNIKOV:  I want to make sure we're
25   talking about the same rule.
                                                          42
```

## Page 43

```
 1             MR. YOUNG:  Then why don't you open up the
 2   rule book and flip to the rule and ask him if that's the
 3   rule?
 4             MR. REZNIKOV:  I have no idea where the rule
 5   is.
 6             MR. YOUNG:  Then you look at the rule book and
 7   you figure it out and ask him "Is that the rule?"
 8             MR. REZNIKOV:  This is my deposition.  If you
 9   want to take the deposition of your operators, you can.
10        Q.   Do you know the rule that I'm talking about,
11   Mr. Aguirre?
12        A.   I know what you're talking about.
13        Q.   Can you please locate it for me so we know
14   we're talking about the same rule?
15             MR. YOUNG:  What rule are you talking about?
16             MR. REZNIKOV:  I'm asking Mr. Aguirre the
17   question.
18             MR. YOUNG:  So we're going to spend -- he's
19   going to spend all day reading this rule book.
20             Take your time and just sit here, and please
21   read the entire rule book.  Take your time.  Read it
22   from beginning to end.  It's a 200-page rule book.  Read
23   it.  You got two and a half hours.  Take as much time as
24   you want.
25             MR. REZNIKOV:  Or you can just flip through
                                                          43
```

## Page 44

```
 1   it.
 2             MR. YOUNG:  No.  Read the entire rule book so
 3   you know exactly what rule he's talking about even
 4   though defense counsel knows the rule.
 5             MR. REZNIKOV:  Which rule is it?
 6             MR. YOUNG:  It's the rule that requires them
 7   to show up at the division and look at the bulletin
 8   board.
 9             MR. REZNIKOV:  Which number?
10             MR. YOUNG:  You know what number.
11             MR. REZNIKOV:  I don't.
12             MR. YOUNG:  Then flip through the rule book
13   and figure it out.  You know it's there.
14             Take your time.  You have two and a half
15   hours.  You can sit here and read it word for word so
16   you know what rule it is.  Go for it.
17             MR. REZNIKOV:  Q.  Mr. Aguirre, do you know
18   what rule we're talking about?
19             MR. YOUNG:  Read the rule book so you can tell
20   him what it is.
21             MR. REZNIKOV:  Q.  Mr. Aguirre, do you
22   understand my question?
23        A.   I understand.
24        Q.   Do you know what rule I'm talking about?
25        A.   Yes.  Like I said, it's the rule that the rule
                                                          44
```

1 book said that we are supposed to go every day to our
2 division and check and read.
3     Q.  Which number is that?
4     A.  I don't remember.
5     Q.  Can you locate it in the rule book?
6     A.  I can locate it right now.
7     Q.  Go ahead and do that if you know where to
8 locate it.  I will take a look as well.  If you know
9 where it is —
10     MR. YOUNG:  Just keep on reading the rule
11 book.
12     MR. REZNIKOV:  Q.  Mr. Aguirre, do you have
13 any idea where the rule is?
14     MR. YOUNG:  You can take as much time as you
15 need to read the rule book.
16     MR. REZNIKOV:  Do you want to call me when
17 Mr. Aguirre has an answer to the question?
18     MR. YOUNG:  We're going to be on the record.
19 He's going to be reading it.
20     MR. REZNIKOV:  I don't think you have to be on
21 the record.
22     MR. YOUNG:  We're going to stay on the record
23 while he reads it.
24     MR. REZNIKOV:  Q.  Mr. Aguirre, do you
25 understand my question?

45

1     MR. YOUNG:  Yes, he does.
2     MR. REZNIKOV:  Q.  Do you know what rule I'm
3 talking about?
4     A.  Yes.
5     Q.  Which rule is it?
6     A.  I don't know.
7     Q.  Can you locate it?
8     A.  I can locate it.
9     Q.  Please locate it, and let me know.
10     MR. YOUNG:  He's doing it right now.  He's
11 reading the rule book to locate it.
12     MR. REZNIKOV:  I'll do the same thing.  Let's
13 see who wins.
14     Is it in the 2.2 section, Joel?
15     MR. YOUNG:  I don't know.  You tell me.  This
16 is your deposition.  This is your rule book.
17     THE WITNESS:  Yes, 2.2.
18     MR. REZNIKOV:  Q.  Which one of those are you
19 referring to, Mr. Aguirre?
20     A.  2.3.3.
21     Q.  2.3.3?
22     A.  Yes.
23     Q.  "Employees must examine the bulletin board
24 each working day prior to operating a vehicle."  That's
25 the rule?

46

1     A.  That's the one.
2     Q.  And so based on that rule, that's why you go
3 to the Flynn Division first?
4     A.  Yes.  Every day.
5     Q.  Have you ever been disciplined before for not
6 examining the bulletin board?
7     A.  No.
8     Q.  Do you know of anybody who has?
9     A.  I can talk for myself.  I don't know about
10 anybody else.
11     Q.  I don't know if I've asked this, but have you
12 been disciplined before?
13     A.  No.
14     Q.  No suspensions?
15     A.  No.
16     Q.  No warnings?
17     A.  No.
18     MR. YOUNG:  You have asked it, and I object.
19 Asked and answered.
20     MR. REZNIKOV:  Q.  So based on that rule,
21 Mr. Aguirre, you go to Flynn first, and then you go —
22 what time do you arrive at Flynn?
23     A.  I can't tell you.  I can't tell you.
24     Q.  You can't tell me?
25     A.  No.

47

1     Q.  It's different every day?
2     A.  Well, like I said, I'm there before the relief
3 point — relief time.  And I go inside because I have to
4 go and read the bulletin, take the bus to the relief
5 point, and wait for my bus.  That's what I do every day.
6     Q.  And you drive every day from Vallejo?
7     A.  I drive every day from Vallejo.
8     Q.  And you park in the Flynn garage?
9     A.  Yes.
10     Q.  And then you go into the gilley room?
11     A.  Yes, and look for — check and read the
12 bulletin board.
13     Q.  What time do you have to — how do you get
14 from Flynn to the Transbay Terminal?
15     MR. YOUNG:  Objection.  Asked and answered.
16     MR. REZNIKOV:  Q.  Go ahead.
17     A.  Bus.
18     Q.  And which bus is it?
19     A.  12.
20     Q.  How long does it take to get from Flynn to
21 Transbay?
22     A.  20 minutes.
23     Q.  Where does the 12 pick you up?
24     A.  It's on Folsom.  Folsom and 15th.
25     Q.  How far away is that from Flynn?

48

## Page 49

```
1         A.   Around 2 blocks.
2         Q.   So you walk from Flynn to the bus stop?
3         A.   Yes.
4         Q.   And the 12 drops you off directly at the
5    Transbay Terminal?
6         A.   Not directly.  I have to walk from there.
7         Q.   How many blocks do you walk?
8         A.   4 blocks.
9         Q.   You walk 4 blocks?
10        A.   Yes.
11        Q.   So what time do you leave Flynn to get to the
12   Transbay Terminal?
13             MR. YOUNG:  Objection to the extent that --
14   never mind.  Continue.
15             THE WITNESS:  What I know is that I get
16   there 40 minutes before -- 40 minutes before my relief
17   point [sic].
18             MR. REZNIKOV:  Q.  So what time do you leave
19   to do that?
20        A.   3 o'clock.  Around 3 o'clock.  3 o'clock,
21   yeah.
22        Q.   Do you usually work Mondays through Fridays?
23        A.   Yes.
24        Q.   So you worked yesterday?
25        A.   Yes.
                                                        49
```

## Page 50

```
1         Q.   And Tuesday and Monday?
2         A.   Yes.
3         Q.   Would you say that all three of those days you
4    left at about 3 o'clock to get to the Transbay Terminal?
5         A.   Yes.
6         Q.   And what time did you arrive at the Transbay
7    Terminal?
8         A.   3:40.
9         Q.   What do you do from 3:40 to 4:02?
10        A.   Wait for my bus.  I'm supposed to be there
11   early.
12        Q.   What do you understand being there early
13   means?
14        A.   Being there early means that Muni required us
15   to be there early, before time -- before the relief
16   time.
17        Q.   So if you got there at 4:01 p.m., would that
18   be okay?
19        A.   No, it wouldn't be okay.
20        Q.   Why not?
21        A.   Because Muni rule says you have to be there
22   before the relief point.
23        Q.   And --
24        A.   I mean, relief time.
25        Q.   And your relief time is 4:02 p.m.; right?
                                                        50
```

## Page 51

```
1         A.   Yes.
2         Q.   So is 4:01 acceptable?
3         A.   Yes.  Well, I don't understand.
4         Q.   Is it okay if you showed up at 4:01 p.m.?
5         A.   No, it's not okay.
6         Q.   Why not?
7         A.   Because Muni rule said you have to be there
8    early.
9         Q.   How early?
10        A.   Doesn't specify, but I always be there 40
11   minutes before my relief point.
12        Q.   Could you get there 3 hours early?
13        A.   No.  40 minutes.
14        Q.   No.  I'm saying, if you wanted to get there 3
15   hours early, could you?  If you wanted to show up at
16   1:00 p.m., is that okay?
17        A.   Impossible.  How I going to get there from
18   Vallejo to here 3 hours before?  I have to sleep.
19        Q.   I get that.  I'm saying, all you have to do is
20   be there before 4:02 p.m.; is that correct?
21        A.   Yes, that's right.
22        Q.   And whether --
23        A.   It's an acceptable time before.
24        Q.   Whether you're there at 2:00 p.m., 3:00 p.m.,
25   or 3:30 p.m., you're not going to get in trouble; right?
                                                        51
```

## Page 52

```
1         A.   No.
2         Q.   As long as --
3         A.   You get in trouble when you're not there in
4    time.
5         Q.   At 4:02 p.m.?
6         A.   Yes.  At 4:03, you have a miss-out [sic].
7         Q.   If you leave at about 3:00 p.m., what time do
8    you get to Flynn?
9         A.   What time?
10        Q.   Yes.
11        A.   2:50.  2:50, yeah.
12        Q.   Do you have a locker in the gilley room?
13        A.   Yes, I got a locker.
14        Q.   Do you get dressed at home in your uniform?
15        A.   No [sic].
16             MR. YOUNG:  Objection.  Asked and answered.
17   How many times are you going to ask the exact same
18   question?
19             MR. REZNIKOV:  I guess multiple times.
20        Q.   Do you get dressed at home or at --
21        A.   At home.
22             MR. YOUNG:  He already said he gets dressed at
23   home.  Objection.  Asked and answered.  Could you please
24   move on to something relevant to this case?
25             MR. REZNIKOV:  Again, Joel, speaking
                                                        52
```

1 objections are improper.  I think you know it.  If you
2 want to keep raising them, then we'll have an issue.
3     Q.  Mr. Aguirre, so when you get to Flynn, do you
4 have a locker there?
5     A.  Yes.
6     Q.  Do you use the locker?
7     A.  Yes.
8     Q.  What do you use the locker for?
9     A.  For keeping my books.  I have my stick.
10     Q.  Stick?
11     A.  A stick to play — how do you say it?  Stick
12 to play ball — how do you say —
13     Q.  It's a game you guys play?
14     A.  Yes, it's a game.  I don't remember.
15     Q.  You keep your rule book in the locker?
16     A.  Yes.  I keep everything.
17     Q.  The rule book we reviewed earlier?
18     A.  Uh-huh.
19     Q.  And if you get there to the gilley room —
20 what size is the gilley room?  Is it bigger than this
21 conference room?
22     A.  No.  It's half — half of this.
23     Q.  Do you sit down or go to your locker?
24     A.  I don't remember if I sit down or I don't
25 remember if I stand up, but I read the bulletins.

53

1     Q.  How long do you read the bulletins?
2     A.  10 minutes.  10 minutes.
3         (Mr. Reinfeld joins the proceedings.)
4     MR. REZNIKOV:  Q.  How many bulletin boards
5 are there?
6     A.  A lot of bulletin boards.
7     Q.  Not actual bulletins, but actual bulletin
8 boards.  Is there more than one?  More than two?
9     A.  Like I said, a lot.
10     Q.  How many?
11     A.  I can't tell you.  I haven't — I can't — I
12 can't tell you a number.
13     Q.  Is it more than 5?
14     A.  Yes.
15     Q.  Is it more than 10?
16     A.  Yes.
17     Q.  So in the gilley room, there is —
18     A.  Gilley room is — it's not a small place.
19     Q.  Is there a bulletin board for the union as
20 well where the union posts —
21     A.  No.
22     Q.  Where is the union bulletin board at?
23     A.  It's on the hall.
24     Q.  And so in the gilley room at Flynn, it's all
25 MTA bulletin boards and there's — is there more than 20

54

1 bulletin boards?
2     A.  Like I said, I don't know.  I haven't — I
3 can't tell you the number.
4     Q.  Mr. Aguirre, I'm entitled to your best
5 estimate.
6         MR. YOUNG:  But he's not supposed to guess.
7 If he doesn't know, he doesn't guess.
8         MR. REZNIKOV:  That's not an objection, Joel.
9         MR. YOUNG:  He's not supposed to speculate or
10 guess.
11         MR. REZNIKOV:  If I want him to guess, I'll
12 ask him for a guess.
13         MR. YOUNG:  He's not supposed to guess.
14         MR. REZNIKOV:  That's not a rule.
15     Q.  Again, is it more than 100 bulletin boards?
16     A.  Like I said, I don't know.
17         MR. YOUNG:  He doesn't know.  How many times
18 are you going to ask him?  He doesn't know.  It's been
19 asked and answered.
20         MR. REZNIKOV:  Do not raise your voice.
21         MR. YOUNG:  You're just wasting your time.
22         MR. REZNIKOV:  Don't raise your voice.
23         MR. YOUNG:  You keep asking him the same
24 questions that you've asked now four, five times.
25 You're wasting everyone's time.

55

1         MR. REZNIKOV:  Joel, you've already spilled
2 water on my exhibits.  You are now raising your voice,
3 and it's highly unprofessional.  If you want to continue
4 to do this, I'm cutting off the deposition.
5         MR. YOUNG:  You're the only person who has
6 done this during deposition.  Everything has been fine
7 when John is here.
8         MR. REZNIKOV:  John is a different attorney
9 than I am.  Do not raise your voice.
10         MR. YOUNG:  I'll talk however I want to during
11 the deposition.  I'm not raising my voice.
12         MR. REZNIKOV:  If you raise it again, we're
13 cutting this off.
14         MR. YOUNG:  If you want to end the deposition,
15 end it right now.  Go for it.
16         MR. REZNIKOV:  Q.  Mr. Aguirre, is it correct
17 when I say that you don't know whether the bulletin
18 boards at Flynn are between 100 or 1,000?
19     A.  No, I don't know.
20     Q.  How many new bulletins come out on a daily
21 basis?
22     A.  I don't know, too.
23     Q.  Do you read each one?
24     A.  Yes.
25     Q.  Did you read each bulletin yesterday?

56

1    A.   Yes, of course.
2    Q.   How many did you read yesterday?
3    A.   I can't tell you.  I can't tell you, because I
4 can't recall that.
5    Q.   Any reason why you can't remember how many you
6 read yesterday?
7    A.   No, but I don't know.  I don't know how many.
8    Q.   Was it more than one?
9    A.   I can't — I don't remember.
10    Q.   Is it more than 5?
11    A.   I don't know.  I don't remember.
12    Q.   How long did you take yesterday to read the
13 bulletins?
14    A.   10 minutes.
15    Q.   You remember specifically how long you spent?
16    A.   No, sir.
17    Q.   Is that just a guess of 10 minutes, or what
18 are you basing that on?
19    A.   No.  10 minutes.
20    Q.   You remember that specifically?
21    MR. DUDLEY:  Yes.
22    MR. REZNIKOV:  Mr. Dudley, you can't speak
23 during this deposition.
24    MR. DUDLEY:  Oh, you heard me?  I'm sorry.
25    THE WITNESS:  I don't remember.

1    MR. REZNIKOV:  Q.  Do you remember how long
2 you spent on Tuesday?
3    A.   10 minutes.
4    Q.   How about on Monday?
5    A.   10 minutes.
6    Q.   Is it always 10 minutes?
7    A.   Always 10 minutes.
8    Q.   Has it ever been longer than 10 minutes?
9    A.   10 minutes.
10    Q.   Has it ever been shorter than 10 minutes?
11    A.   10 minutes.  Every day, 10 minutes for
12 bulletins.  10 minutes.
13    Q.   After you read the bulletins, what do you do
14 next?
15    A.   I walk to the bus stop.  I wait for the No. 12
16 bus, continue to the Transbay Terminal; and I wait for
17 my bus.
18    Q.   In total, how long does it take for you to go
19 from Flynn to the Transbay Terminal?
20    A.   50 minutes.
21    Q.   50 minutes?
22    A.   Yes.
23    Q.   That's walking, traveling on the bus, and then
24 walking to —
25    A.   30 minutes.  30 minutes.

1    MR. YOUNG:  Objection.  Asked and answered.
2 This is now the third time you've asked him how long it
3 takes to get to the Transbay Terminal.
4    MR. REZNIKOV:  Q.  At the end of your shift,
5 Mr. Aguirre, you end up back at Flynn Division; is that
6 correct?
7    A.   Yes.
8    Q.   And what do you do after you arrive at the
9 Flynn Division?
10    A.   I take my stuff.  I get my transfers, outfit.
11 My jacket.  I check my bus.  Go to the back.  Back and
12 forth.  See if somebody is sleeping.  Look for objects
13 that people forgot.  See if there's graffiti, something
14 like that.  Then I go inside to that — inside to the
15 Flynn Division.
16    Q.   Is there anything else you do?
17    A.   No.
18    Q.   How long does it take you to do that stuff on
19 average?
20    A.   10 minutes.
21    Q.   Have you ever had to fill out an incident
22 report for an accident or any other incident?
23    A.   Yes.
24    Q.   How many times have you done that?
25    A.   I don't know.  I can't tell you.  I don't

1 know.  It's something that happens every once in a
2 while.  Like, somebody is sleeping on the bus, and you
3 have to make an incident report at the end of the shift.
4    Q.   Does it happen once a year?  Once a month?
5 Once a quarter?
6    A.   Like I say, I can't tell you.
7    Q.   Have you ever filled out a miscellaneous
8 report?
9    A.   No.
10    Q.   So just incident reports?
11    A.   Incident.  Accident.
12    Q.   And you understand the difference between an
13 incident report and a miscellaneous report?
14    A.   Yes.
15    Q.   Okay.  You're scheduled to get off work at
16 1:48 a.m.; is that right?
17    A.   What time?
18    Q.   I think you said 1:48.
19    A.   Oh, yeah.  Yeah; right.
20    Q.   And when does — so when does your last bus
21 arrive at the Transbay Terminal?
22    A.   1:38.
23    Q.   1:38 you get back to the Transbay Terminal?
24    A.   I have to be there 1:38.
25    Q.   And at that point you're off work, is that

| | |
|---|---|
| 1 | right, or are you still on the clock? |
| 2 | A. I still have to turn in the bus -- |
| 3 | Q. And -- |
| 4 | A. -- to the Flynn Division. |
| 5 | Q. I'm sorry. You get back to the Transbay |
| 6 | Terminal at 1:38, and then you have to -- |
| 7 | A. Then I have to drive to Flynn Division. |
| 8 | Q. And you have 10 minutes to drive? |
| 9 | A. 10 minutes to drive. |
| 10 | Q. And what time do you usually arrive at the |
| 11 | Flynn Division? |
| 12 | A. Usually I'm late. 15 minutes late. |
| 13 | Q. How many minutes late? |
| 14 | A. 15 minutes late. |
| 15 | Q. So what time then do you arrive -- let's say |
| 16 | yesterday. What time did you arrive at the Flynn |
| 17 | Division? |
| 18 | A. Around 2:03. |
| 19 | Q. So exactly 15 minutes late? |
| 20 | A. Yes. |
| 21 | Q. Do you remember what time you arrived on |
| 22 | Monday or Tuesday? |
| 23 | A. Same: 15 minutes. |
| 24 | Q. So every day -- |
| 25 | A. Every day I'm late. |

| | |
|---|---|
| 1 | Q. Have you ever arrived early to Flynn? |
| 2 | A. No. |
| 3 | Q. Has it ever been less than 15 minutes late? |
| 4 | A. No. 15 minutes. |
| 5 | Q. Every day? |
| 6 | A. Every day. |
| 7 | Q. For the past 5 or 6 years? |
| 8 | A. 15 minutes. |
| 9 | Q. Has it ever been more than 15 minutes late? |
| 10 | A. 15 minutes. |
| 11 | Q. When you say you arrive 15 minutes late, do |
| 12 | you still have to go through your post-trip inspection? |
| 13 | A. No. 15 minutes, everything. |
| 14 | Q. So I guess what I'm trying to clarify is, is |
| 15 | it at 2:03 p.m. you go home, or do you arrive at Flynn |
| 16 | at 2:03 p.m. and then you still -- |
| 17 | A. Arrive at Flynn at 2:03. |
| 18 | Q. And then you still walk around the bus, fill |
| 19 | out the defect card? |
| 20 | A. Yes. |
| 21 | Q. How long does that take? |
| 22 | MR. YOUNG: Objection. Asked and answered. |
| 23 | But you can answer it again. |
| 24 | MR. REZNIKOV: Q. All right, Mr. Aguirre. Go |
| 25 | ahead. |

| | |
|---|---|
| 1 | A. It takes 10 minutes. |
| 2 | Q. And so you go home at about 2:13 or so? |
| 3 | A. I go home after 2:03, after that time. |
| 4 | Q. At 2:03, you go home? |
| 5 | A. Yes, then I go home. |
| 6 | Q. So I guess I'm confused. When you arrive at |
| 7 | Flynn, is that at 2:03 or is it earlier than that? When |
| 8 | do you do this post-trip inspection? |
| 9 | MR. YOUNG: Objection. I think the witness is |
| 10 | confused by the question. I know I'm confused by the |
| 11 | question. Can you please repeat the question. |
| 12 | MR. REZNIKOV: Q. Do you understand what I'm |
| 13 | asking, Mr. Aguirre? |
| 14 | A. Go ahead and ask me again. |
| 15 | Q. I don't want to restate your testimony. I |
| 16 | want to have you tell me where I'm getting this wrong. |
| 17 | What time do you arrive at the Flynn Division on your |
| 18 | coach? |
| 19 | A. I arrive late. I arrive, like I said, 2:03. |
| 20 | Q. 2:03? |
| 21 | A. Yes. |
| 22 | Q. And then you have to go through your |
| 23 | post-trip -- |
| 24 | A. No. Before. Before I got to go, I go around |
| 25 | and see if somebody is sleeping. Then I go inside. |

| | |
|---|---|
| 1 | Q. So at 2:03, you have already done the |
| 2 | post-trip inspection? |
| 3 | A. Yes. |
| 4 | MR. YOUNG: No, that's not what he's saying. |
| 5 | Objection. Misstates his testimony. He's already |
| 6 | testified he gets back to the division and he does his |
| 7 | post-trip inspection. What's confusing about that? |
| 8 | You've now asked that three times. |
| 9 | MR. REZNIKOV: Q. Mr. Aguirre, can you |
| 10 | clarify what I'm missing here? |
| 11 | MR. YOUNG: You're not missing anything. |
| 12 | You're trying to confuse the witness. You know what he |
| 13 | said. He just said that now three times. |
| 14 | MR. REZNIKOV: Again, Joel, with the speaking |
| 15 | objections, if you want to testify for your deponent, |
| 16 | you can. You know that's not the purpose. |
| 17 | Q. Mr. Aguirre, again, are you doing the trip |
| 18 | inspection? |
| 19 | MR. YOUNG: Objection. There's no such thing |
| 20 | as a "trip inspection." |
| 21 | MR. REZNIKOV: Q. I'm sorry for that |
| 22 | terminology. When you say you're done at 2:03 p.m., |
| 23 | is that -- you go home and you go to your car; am I |
| 24 | understanding that right? |
| 25 | A. Yes. |

### Page 65

```
 1        Q.   So what time does the bus -- do you get back
 2   to the yard?
 3           MR. YOUNG:  Objection.  Misstates his
 4   testimony.  It's confusing.  You're trying to confuse
 5   the witness.  You know he didn't say that.  Can I take a
 6   break?
 7           MR. REZNIKOV:  Are you asking for permission?
 8           MR. YOUNG:  Yes.
 9           MR. REZNIKOV:  Yes, you can take a break.
10           MR. YOUNG:  Great.  Thank you.  And the next
11   witness is here.
12           Madam Court Reporter, how much time have we
13   spent on the record?
14           THE REPORTER:  I'll check the record for the
15   break times.
16           MR. YOUNG:  Thank you.
17           (Recess taken:  3:09 until 3:11 p.m.)
18           MR. REZNIKOV:  Mr. Aguirre, anything you
19   want to change about your testimony after having this
20   break?
21        A.   No.  Just tell me the question.
22        Q.   Any reason why you can't continue to testify
23   truthfully?
24        A.   No.
25        Q.   Again, Mr. Aguirre, I just want to understand.
```

### Page 66

```
 1   When you're done for the day, is that at 2:03 p.m. or a
 2   different time?
 3        A.   2:03.
 4        Q.   So when do you arrive at the Flynn Division?
 5        A.   When I arrive -- like I said, when I arrive at
 6   2:03, I go inspect my bus.  Take me around 10 minutes.
 7   Then I go inside to the office.
 8        Q.   So you go home at 2:13 or so?
 9        A.   Something like that, yes.
10        Q.   Okay.  Now -- and this happens on an everyday
11   basis?
12        A.   Yes.
13        Q.   And so it sounds like every day you're working
14   25 minutes more than --
15        A.   More than that, yes.  More than 10 hours.
16        Q.   Have you ever put in an overtime payroll card?
17        A.   No.
18        Q.   Have you ever requested overtime during your
19   time at MTA?
20        A.   No.
21        Q.   Not once?
22        A.   No.
23        Q.   I'm going to put an exhibit in front of you,
24   Mr. Aguirre.  This has previously been marked as Exhibit
25   4.  Have you seen that document before?
```

### Page 67

```
 1        A.   Yes.
 2        Q.   Are you familiar with MTA's policy regarding
 3   that document?
 4           MR. YOUNG:  Objection.  Vague.
 5           MR. REZNIKOV:  Q.  Do you understand how the
 6   overtime procedure works at MTA?
 7        A.   No, I don't.
 8        Q.   What do you know about that document and how
 9   it works?
10           MR. YOUNG:  Objection.  Vague.
11           You can answer the question, if you understand
12   it.
13           THE WITNESS:  Well, if you're late, you can
14   fill out the overtime card.
15           MR. REZNIKOV:  Q.  You've never done that
16   before; right?
17        A.   No.
18        Q.   Even though you work about 25 minutes extra
19   each day?
20        A.   Yes.
21        Q.   And so why haven't you filled out an overtime
22   card before?
23        A.   Well, sometimes I don't feel like it because,
24   when you go inside, the dispatcher doesn't like to see
25   that you filled out the overtime card.  That's why I
```

### Page 68

```
 1   never fill out the overtime card.  10 minutes.  10
 2   minutes.  They don't like it.
 3        Q.   Any other reason?
 4        A.   No.
 5        Q.   Who is the current dispatcher at Flynn?
 6        A.   I don't know.  They are different.
 7        Q.   How about the one when you start at 4:00 p.m.?
 8   Do you know his name or her name?
 9        A.   No, I don't remember.
10        Q.   Do you know the name of the dispatcher when
11   you finish up at around 2:00 a.m.?
12        A.   No, I don't know.
13        Q.   Do you know the name of your superintendent?
14        A.   Something like Ayn.
15        Q.   Have you ever known the names of any of your
16   dispatchers?
17        A.   No.
18        Q.   Have you ever tried to submit this card
19   before?
20        A.   Yes.
21        Q.   You have?
22        A.   Yes.
23        Q.   So you filled that card out before?
24        A.   Yes.
25        Q.   Did you submit it?
```

```
 1       A.   Yes.
 2       Q.   I thought earlier you testified --
 3       A.   But I stopped doing that because the
 4   dispatcher doesn't like that.  10 minutes.  15 minutes.
 5   They don't like you to do it.  I don't like the way they
 6   treat you --
 7       Q.   So --
 8       A.   -- so I stopped doing that.  I don't do it.
 9       Q.   So earlier, Mr. Aguirre --
10       A.   But that's a long time ago.
11       Q.   Earlier you testified that you've never
12   received overtime.  Is that correct, or is that
13   incorrect?
14       A.   It's not "never."  Long time ago, I tried to
15   do that.
16       Q.   When you say "long time ago," how long ago?
17       A.   I can't tell you.
18       Q.   More than 5 years ago?
19       A.   I can't tell you.
20       Q.   How many times did you do it?
21       A.   I don't know.
22       Q.   Again, Mr. Aguirre, I'm entitled to the best
23   answer you can provide.
24       A.   Yeah, but --
25            MR. YOUNG:  If his best answer is "I don't
```
69

MAURICIO AGUIRRE            JANUARY 29, 2016

```
 1   know," that's his answer.
 2            MR. REZNIKOV:  Q.  Do you think you submitted
 3   for overtime more than 100 times?
 4       A.   I don't know.
 5       Q.   More than 50?
 6       A.   I don't know.
 7       Q.   More than 5?
 8            MR. YOUNG:  Objection.  You're harassing the
 9   witness.
10            THE WITNESS:  I don't know.
11            MR. REZNIKOV:  Q.  Mr. Aguirre, have you ever
12   received overtime pay in your paycheck?
13       A.   Yes.
14       Q.   Have you done that after you submitted --
15       A.   No.  Because I work 10 hours.  I have to get
16   it.
17       Q.   Do you know the difference between scheduled
18   overtime and unscheduled overtime?
19       A.   No.
20       Q.   Have you ever -- when you submitted this form
21   before, did you get overtime for submitting --
22       A.   I don't know.  I never check my check.
23       Q.   Do you check your check on a regular basis?
24       A.   No.  I don't know whether they pay me or not.
25       Q.   And when you submitted this overtime sheet,
```
70

MAURICIO AGUIRRE            JANUARY 29, 2016

```
 1   from your testimony, a long time ago, did the dispatcher
 2   accept it?
 3       A.   I don't know.  You just leave it there.  I
 4   don't know if they put it in or not.
 5       Q.   Because you don't have any conversations with
 6   them?
 7       A.   No.
 8       Q.   Have you ever had a conversation with a
 9   dispatcher?
10       A.   No.  I go over there, and I go home.
11       Q.   And you have never had a conversation with
12   them about this payroll thing?
13       A.   No.
14       Q.   So what makes you say that they told you -- or
15   discouraged you from doing so?  You've never had a
16   conversation with them about that, have you?
17       A.   You see the face, like I'm looking at you.
18       Q.   And they just look upset?
19       A.   Yes, of course.  They don't like it.  Put it
20   there.
21       Q.   You still put it there, and then you just walk
22   away?
23       A.   Just walk away.
24       Q.   And have they ever said anything to you
25   directly?
```
71

MAURICIO AGUIRRE            JANUARY 29, 2016

```
 1       A.   No.  No, but like I said, their attitude.
 2       Q.   Have you ever talked to your union about this
 3   issue?
 4       A.   No.
 5       Q.   Have you ever talked to your co-workers about
 6   this issue?
 7       A.   No.
 8       Q.   How long has it been going on?  Your entire
 9   time at the MTA?
10       A.   I don't know.
11       Q.   Do you ever remember a time when you arrived
12   early?
13       A.   I'm telling you that I never arrive early.  I
14   arrive late.
15       Q.   Okay.  Anybody else discourage you from
16   submitting that overtime card besides the dispatchers?
17       A.   I can talk for me, not nobody else.
18       Q.   But your supervisors have never told you
19   "Don't put in for overtime" or anything like that; is
20   that correct?
21       A.   Like I said, I don't talk to the dispatcher or
22   the supervisor.  I just get my bus.  I finish my last
23   trip.  I do this, and I go home.  I don't have time for
24   doing that.  I just want to go home and get ready for
25   the next day.
```
72

MAURICIO AGUIRRE            JANUARY 29, 2016

Q.  Mr. Aguirre, you have no standby time on your
run; is that right?

A.  No.

Q.  Mr. Aguirre, is the only reason you would
submit for overtime because of what you've described
earlier — arriving at Flynn late -- or would there be
any other reasons why you would have overtime?

A.  No.

Q.  Would there be any other reasons that you
would have submitted for overtime besides just the fact
that your bus is late?

MR. YOUNG:  Objection.  Asked and answered.

THE WITNESS:  Because the bus is late every
day.

MR. REZNIKOV:  Q.  Why is the bus late?

A.  Because you work hard.  The 38.  A lot of
people.

Q.  But is it traffic?  Is it —

A.  A lot of people.  Traffic.  Construction zones
everywhere.  One lane — they close one lane.  Only one
lane is open.  Everybody is trying to get in that one
lane.

Q.  I assume that when you're doing your trip at
4, 5, 6 o'clock, it takes longer than at 11:00 p.m. and
midnight; is that right?

73

A.  It takes longer, yes.

Q.  And that's because it's rush hour; right?

A.  Because it's rush hour.  They give us more
time.

Q.  They give you more time?

A.  Yes.

Q.  The paddle schedule?

A.  The paddle schedule.

Q.  At night —

A.  At night, it's shorter.

Q.  But there's usually no traffic for your last
run, I assume?

A.  I don't think so.  A lot of traffic in the 38.
Geary Street is always crowded.

Q.  Even at 1:30 a.m.?

A.  You can go at night and see a lot of people
waiting for the 38 bus.

Q.  Do you ever make your — so when you start out
at — in the avenues — I think you said 33rd and
Geary — you start out on time; right?

A.  Yes.  Like I said, I always get there late.
Sometimes I'm not even [sic] got time to go to the
bathroom.  I got to go — just go around and start
again.  Otherwise it's going to be late, late, late,
late, late every time.

74

Q.  But for the first — correct me if I'm wrong.
For your first couple of revenue stops where you pick up
customers, you're not as late as you are for the later
stops?

A.  No, no.  When I get to the end, that's the
ones where you are late.  When you start, you're okay.

Q.  And it just increases?

A.  Increase, increase.

Q.  Because of traffic and —

A.  Traffic.  Downtown is a mess.

Q.  Have you — again, have you ever told either
the union or your — that the paddle times aren't
accurate?

A.  No.

Q.  Do you know if the union has ever raised that
issue?

A.  I don't know.  I have no idea about that.
That same pattern, we're going to have this same
schedule.

Q.  Thank you.

MR. YOUNG:  Are you done?

MR. REZNIKOV:  No.

MR. YOUNG:  Let the record reflect Timothy
Reinfeld arrived at 2:50.  He has a daughter that he
needs to pick up by 5:00 p.m.

75

MR. REZNIKOV:  Do you want to go off the
record real quick?

(Discussion off the record.)

MR. REZNIKOV:  Q.  Mr. Aguirre, after you
arrive back at the Flynn Division, do you go — once
you turn in your coach, do you go directly to your car,
or do you go back to the break room?  What do you do?

A.  I got to go inside and turn in my transfers,
outfit.

Q.  That's at the dispatcher's —

A.  Dispatcher office.

Q.  And then after that, do you go home?

A.  Yes, I go home.  I stop by to read the
bulletin again, and I go home.

Q.  So you read the bulletins before you start?

A.  Before and after.

Q.  How long —

A.  Because sometimes new bulletins.

Q.  How long do you read the bulletins after work?

A.  I can't recall that.

Q.  Is it a few minutes?  5 minutes?  Earlier you
said it's 10 minutes.

A.  10 minutes.  Around 5 minutes, and then I go
home.

Q.  Why does it take you less time to read the

76

bulletins in --

    A.   Because I don't read it all.  I just go check, and that's it.

    Q.   For 5 minutes?

    A.   That's it.

    Q.   And you do this at about 2:15 a.m.; right?

    A.   Yes.

    Q.   Did you do this yesterday?

    A.   Yes.  Like I say, I always do that.  But when I first start, I go to read for 10 minutes.  Check it.

    Q.   Are there new bulletins when you read them at 2:00 a.m. that were not there at 3:00 p.m.?

    A.   Not the same.

    Q.   So you reread them?

    A.   Not the same.

    Q.   But you still reread that same bulletin?

    A.   Not reread it.  Read it.  Just check it, and I go home.

    Q.   Has anyone told you -- I know we talked about the rule before, but has anyone ever told you have to read the bulletins?

    A.   What?

    Q.   Has anybody ever told you that you have to read the bulletins?

    A.   I know I have to read it.  It's a duty.

77

    Q.   Because of the rule book that you pointed to?

    A.   Yes.  You have to be fresh every day.

    Q.   But has a supervisor ever told you specifically, Mr. Aguirre?

    A.   No.  I read it because I know I have to read it.

    Q.   Has your dispatcher ever told you that?

    A.   No.

    Q.   Mr. Aguirre, throughout this time that you have been working at MTA, have you kept any records of how long you've had to work on a daily basis?  Do you keep a journal or anything?

    A.   No.

    Q.   And so everything that your provided today during this testimony is based upon your best recollection; is that right?

    A.   Yes.

    Q.   And the same thing for bulletins:  You don't write down how long you read a bulletin for?

    A.   No.

    Q.   So it's all based on your recollection?

    A.   Yes.

    Q.   Have you kept any sort of records if you ever had to meet with a supervisor or fill out a payroll correction form?  Have you kept a record about that?

78

    A.   No.

    Q.   Have you ever had a situation where reading the bulletins when you start has caused you to be late? I think you just answered my question, because you testified that you've never been late.

    A.   No, no.

    MR. REZNIKOV:  That's it, Mr. Aguirre.  Thank you.

    MR. YOUNG:  We're requesting to start Mr. Reinfeld's deposition immediately.  I'm going to walk Mr. Aguirre out, and then we're going to go.

    (Off the record at 3:31 p.m.)

              ---oOo---

Date:_____

                _____

                MAURICIO AGUIRRE

79

CERTIFICATE OF REPORTER

    I, MELISSA HAMMERNESS, a Certified Shorthand Reporter, do hereby certify:

    That MAURICIO AGUIRRE, the witness in the foregoing deposition, was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth in the within-entitled cause;

    That said deposition was reported by me at the time and place therein stated and was thereafter transcribed as herein set forth;

    I further certify that I am not interested in the outcome of said action, nor of counsel or attorney for either or any of the parties in the foregoing deposition and caption named, nor connected with, nor related to any of the parties in said action or to their respective counsel.

    IN WITNESS WHEREOF I have hereunto set my hand this _____ day of _____, 2016

                _____

                MELISSA HAMMERNESS, CSR No. 4739

80

BONNIE L. WAGNER & ASSOCIATES
Court Reporting Services
1819 Polk Street, Suite 446
San Francisco, California 94109
(415) 982-4849

February 12, 2016

Mr. Mauricio Aguirre
c/o Joel B. Young, Esq.
The Tidrick Law Firm
2039 Shattuck Avenue, Suite 308
Berkeley, California 94704

      re: Stitt vs. SFMTA, et al.
      Deposition of Mauricio Aguirre
      January 29, 2016

Dear Mr. Aguirre:

The original transcript of your deposition in the above-entitled action is now available for your signature at this office for 30 days from the above date. Please contact our office if you plan to review the deposition transcript so we may arrange a mutually convenient appointment.

You may instead read your attorney's copy if it is more convenient for you. After reading the transcript, sign your name on the last page of testimony on the signature line to indicate approval of the transcript. However, if you wish to change the form or substance of your answer to any question, please send a letter to us indicating any changes and the reasons for those changes by way of page and line number.

Your rights regarding signature of this deposition are contained in the Federal Rules of Civil Procedure. Your cooperation is appreciated. Thank you.

Very truly yours,

MELISSA HAMMERNESS, CSR No. 4739

cc: Original
    All Counsel

81

MAURICIO AGUIRRE        JANUARY 29, 2016

---

DEPONENT'S CORRECTION SHEET

To add testimony, indicate "Add" and print the exact words you wish to add. To delete testimony, indicate "Delete" and print the exact words you wish to delete.

Deposition of: Mauricio Aguirre
Deposition Date: January 29, 2016

I, Mauricio Aguirre, have the following changes to my deposition transcript:

PAGE    LINE        CHANGE (Add/Delete)

\_\_\_\_\_/\_\_\_\_\_/_____

\_\_\_\_\_/\_\_\_\_\_/_____

\_\_\_\_\_/\_\_\_\_\_/_____

\_\_\_\_\_/\_\_\_\_\_/_____

\_\_\_\_\_/\_\_\_\_\_/_____

\_\_\_\_\_/\_\_\_\_\_/_____

\_\_\_\_\_/\_\_\_\_\_/_____

\_\_\_\_\_/\_\_\_\_\_/_____

\_\_\_\_\_/\_\_\_\_\_/_____

\_\_\_\_\_/\_\_\_\_\_/_____

\_\_\_\_\_/\_\_\_\_\_/_____

\_\_\_\_\_/\_\_\_\_\_/_____

\_\_\_\_\_/\_\_\_\_\_/_____

\_\_\_\_\_/\_\_\_\_\_/_____

          _____/_____

      Mauricio Aguirre     Date

82

MAURICIO AGUIRRE        JANUARY 29, 2016

---

DISPOSITION OF TRANSCRIPT REVIEW

      I certify that the witness was given the statutory allowable time within which to read and sign the deposition, and that:

_____ The witness failed to appear for such reading and signing.

_____ A stipulation was made that the witness will waive review/signature on the record.

_____ The witness has reviewed and signed the transcript and has made no changes.

_____ A correction letter has been submitted and is attached to the transcript.

      _____

      Melissa Hammerness, CSR No. 4739

      Date: _____

83

MAURICIO AGUIRRE        JANUARY 29, 2016

**—**

**---oOo [4]** 2/13 3/18 4/17 79/13
**--oOo [1]** 1/3

**1**

**1,000 [1]** 56/18
**1-20 [1]** 1/10
**10 [46]**
**100 [3]** 55/15 56/18 70/3
**11:00 [1]** 73/24
**12 [15]** 9/23 18/23 18/24 19/3 19/6 19/17 19/20 20/1 31/21 33/17 48/19 48/23 49/4 58/15 81/5
**1390 [2]** 3/5 4/7
**15 [14]** 17/22 40/16 61/12 61/14 61/19 61/23 62/3 62/4 62/8 62/9 62/10 62/11 62/13 69/4
**15th [1]** 48/24
**16 [1]** 17/5
**16th [1]** 9/4
**17 [1]** 31/1
**1819 [2]** 1/24 81/2
**19 [1]** 31/1
**1940 [1]** 9/4
**1:00 [1]** 51/16
**1:30 [1]** 74/15
**1:31 [1]** 3/3
**1:36 [1]** 9/14
**1:37 [1]** 9/14
**1:38 [5]** 20/11 60/22 60/23 60/24 61/6
**1:48 [8]** 13/3 13/4 18/13 19/22 20/18 25/10 60/16 60/18

**2**

**2.2 [2]** 46/14 46/17
**2.3.3 [2]** 46/20 46/21
**20 [10]** 1/10 8/23 10/6 11/24 19/19 19/21 28/17 31/5 48/22 54/25
**20-minute [1]** 15/13
**200-page [1]** 43/22
**2016 [6]** 1/17 3/3 80/18 81/5 81/10 82/4
**2039 [2]** 4/2 81/7
**21 [1]** 17/5
**22 [2]** 17/5 31/5
**24 [1]** 6/13
**25 [4]** 8/12 11/23 66/14 67/18
**29 [3]** 1/17 81/10 82/4
**29th [1]** 3/2
**2:00 [5]** 8/9 12/7 51/24 68/11 77/12
**2:03 [14]** 61/18 62/15 62/16 62/17 63/3 63/4 63/7 63/19 63/20 64/1 64/22 66/1 66/3 66/6
**2:08 [1]** 33/3
**2:13 [2]** 63/2 66/8
**2:15 [1]** 77/6
**2:18 [1]** 33/3
**2:24 [1]** 37/5
**2:36 [1]** 37/5
**2:50 [3]** 52/11 52/11 75/24

**3**

**30 [5]** 31/1 31/5 58/25 58/25 81/13

**308 [2]** 4/3 81/7
**33rd [7]** 13/22 13/24 14/5 14/6 14/9 14/17 74/19
**38 [16]** 12/17 12/23 12/24 12/25 13/2 14/24 15/7 15/8 15/8 15/10 20/23 26/6 29/21 73/16 74/13 74/17
**3:00 [3]** 51/24 52/7 77/12
**3:09 [1]** 65/17
**3:11 [1]** 65/17
**3:30 [1]** 51/25
**3:31 [1]** 79/12
**3:40 [2]** 50/8 50/9

**4**

**40 [7]** 28/3 28/5 28/6 49/16 49/16 51/10 51/13
**415 [2]** 1/25 81/3
**446 [2]** 1/24 81/2
**4739 [5]** 1/20 3/7 80/20 81/23 83/16
**4849 [2]** 1/25 81/3
**4:00 [6]** 8/8 8/9 12/6 21/3 21/14 68/7
**4:01 [4]** 27/23 50/17 51/2 51/4
**4:02 [22]** 8/25 11/21 12/13 12/15 12/20 18/6 25/10 25/15 25/19 26/3 26/5 26/10 27/7 27/20 28/2 29/24 30/7 30/8 50/9 50/25 51/20 52/5
**4:03 [1]** 52/6
**4:12 [6]** 13/17 13/18 13/23 26/8 26/9 27/8

**5**

**50 [4]** 15/12 58/20 58/21 70/5
**5408 [2]** 3/6 4/8
**5:00 [1]** 75/25
**5:03 [6]** 14/1 14/21 16/6 16/24 17/15 17/15
**5:28 [2]** 14/11 14/21

**6**

**6:18 [5]** 14/14 14/15 14/22 16/6 16/24
**6:28 [2]** 14/19 14/22

**9**

**9163 [1]** 8/13
**94102-5408 [2]** 3/6 4/8
**94109 [2]** 1/24 81/2
**94704 [2]** 4/3 81/8
**982-4849 [2]** 1/25 81/3

**A**

**a.m [8]** 8/9 12/7 19/23 60/16 68/11 74/15 77/6 77/12
**able [1]** 35/1
**about [56]**
**above [2]** 81/12 81/13
**above-entitled [1]** 81/12
**accept [1]** 71/2
**acceptable [2]** 51/2 51/23
**accident [2]** 59/22 60/11
**according [1]** 14/20
**accurate [3]** 20/23 24/15 75/13
**across [1]** 36/9
**action [3]** 80/12 80/15 81/12
**actual [2]** 54/7 54/7
**actually [1]** 11/18
**add [4]** 82/2 82/2 82/2 82/8

**Add/Delete [1]** 82/8
**admit [1]** 38/21
**admitted [1]** 38/25
**affect [2]** 6/14 11/12 11/14
**after [15]** 10/22 19/22 23/3 33/5 58/13 59/8 63/3 63/3 65/19 70/14 76/4 76/12 76/16 76/19 81/16
**afternoon [2]** 5/2 5/3
**again [18]** 5/6 11/17 15/3 15/24 23/24 36/15 52/25 55/15 56/12 62/23 63/14 64/14 64/17 65/25 69/22 74/24 75/11 76/14
**AGENCY [1]** 1/9
**ago [9]** 12/9 17/4 39/15 69/10 69/14 69/16 69/16 69/18 71/1
**agree [1]** 39/4
**AGUIRRE [70]**
**ahead [6]** 17/1 42/18 45/7 48/16 62/25 63/14
**al [1]** 81/9
**all [18]** 1/5 11/23 21/11 25/3 27/19 32/18 33/22 36/7 38/24 39/3 43/19 50/3 51/19 54/24 62/24 77/2 78/21 81/25
**allegations [1]** 22/18
**allowable [1]** 83/4
**already [5]** 37/9 52/22 56/1 64/1 64/5
**also [3]** 4/11 5/24 28/19
**always [30]** 8/13 8/20 12/6 14/24 14/25 14/25 15/8 15/21 16/22 17/16 17/17 17/18 20/23 21/4 25/11 25/16 25/16 26/13 28/3 28/9 29/21 29/23 30/11 30/17 51/10 58/6 58/7 74/14 74/21 77/9
**am [3]** 56/9 64/23 80/11
**and you [1]** 64/23
**answer [16]** 5/20 5/21 5/25 6/3 17/2 17/3 23/12 23/20 31/12 45/17 62/23 67/11 69/23 69/25 70/1 81/18
**answered [14]** 16/25 29/18 30/23 35/22 35/25 47/19 48/15 52/16 52/23 55/19 59/1 62/22 73/12 79/4
**answers [1]** 6/25
**any [35]** 5/14 6/10 6/13 6/19 7/25 8/15 10/21 15/10 21/24 22/4 22/9 22/15 26/14 26/25 29/6 30/22 32/10 33/5 33/11 38/8 45/13 57/5 59/22 65/22 68/3 68/15 71/5 73/7 73/9 78/10 78/23 80/13 80/15 81/18 81/18
**anybody [5]** 7/7 47/8 47/10 72/15 77/23
**anyone [3]** 7/19 77/19 77/20
**anything [12]** 23/9 23/17 25/1 25/6 34/13 34/17 59/16 64/11 65/18 71/24 72/19 78/12
**apologize [1]** 36/10
**appear [1]** 83/7
**appeared [3]** 3/7 4/4 4/9
**applies [1]** 33/25
**appointment [1]** 81/14
**appreciate [1]** 36/12
**appreciated [1]** 81/21
**approval [1]** 81/17
**are [38]** 9/6 9/6 9/9 11/8

## A

**are... [34]** 12/16 16/7 20/16
22/12 22/19 25/3 33/8 33/21
33/24 36/2 36/15 37/7 39/5
41/24 43/15 45/1 46/18 52/17
53/1 54/5 55/18 56/2 56/18
57/18 61/1 64/17 65/7 67/2
68/6 75/3 75/6 75/21 77/11
81/20
**aren't [1]** 75/12
**around [16]** 8/23 9/23 15/2
26/13 26/18 27/3 32/24 49/1
49/20 61/18 62/18 63/24 66/6
68/11 74/23 76/23
**arrange [1]** 81/14
**arrive [26]** 13/24 18/16 18/17
27/17 29/23 41/3 47/22 50/6
59/8 60/21 61/10 61/15 61/16
62/11 62/15 62/17 63/6 63/17
63/19 63/19 66/4 66/5 66/5
72/13 72/14 76/5
**arrived [5]** 17/15 61/21 62/1
72/11 75/24
**arriving [1]** 73/6
**as [28]** 3/11 3/13 4/4 4/9
9/18 21/22 23/10 24/24 26/19
31/10 35/4 37/21 38/13 38/20
38/21 43/23 43/23 45/8 45/14
45/14 52/2 52/2 54/19 64/20
66/24 75/3 75/3 80/10
**ask [13]** 5/16 6/18 6/19 28/8
28/24 29/18 36/23 43/2 43/7
52/17 55/12 55/18 63/14
**asked [17]** 9/17 16/25 23/15
30/23 47/11 47/18 47/19
48/15 52/16 52/23 55/19
55/24 59/1 59/2 62/22 64/8
73/12
**asking [16]** 17/14 24/23 25/1
25/4 29/22 32/4 33/15 33/17
36/1 36/4 36/19 41/15 43/16
55/23 63/13 65/7
**assistant [1]** 29/2
**associated [1]** 22/9
**ASSOCIATES [2]** 1/23 81/1
**assume [2]** 73/23 74/12
**attached [1]** 83/12
**attitude [1]** 72/1
**attorney [7]** 3/4 4/6 4/9 6/22
7/20 56/8 80/12
**attorney's [1]** 81/15
**attorneys [4]** 6/16 6/20 7/10
7/12
**audible [1]** 5/25
**audibly [1]** 6/3
**available [1]** 81/12
**Avenue [2]** 4/2 81/7
**avenues [2]** 13/20 74/19
**average [1]** 59/19
**away [5]** 23/1 32/22 48/25
71/22 71/23
**Ayn [1]** 68/14

## B

**back [32]** 13/6 13/7 13/7
13/10 13/13 14/2 14/13 14/17
19/24 20/5 20/6 20/9 20/14
20/16 21/18 21/19 24/13
24/23 30/24 31/3 33/14 36/18
37/6 59/5 59/11 59/11 60/23
61/5 64/6 65/1 76/5 76/7
**background [1]** 5/13

## B (continued)

**Balboa [4]** 13/22 13/24 14/5
14/18
**ball [1]** 53/12
**BART [4]** 10/8 21/20 21/21
22/2
**based [6]** 13/24 14/2 47/2
47/20 78/15 78/21
**basing [1]** 57/18
**basis [4]** 56/21 66/11 70/23
78/11
**bathroom [3]** 15/23 15/23
74/23
**be [43]**
**because [28]** 10/1 16/14 21/11
24/3 28/9 29/19 30/17 32/16
41/19 48/3 50/21 51/7 57/3
67/23 69/3 70/15 71/5 73/5
73/13 73/16 74/2 74/3 75/9
76/18 77/2 78/1 78/5 79/4
**been [45]**
**before [58]**
**beginning [2]** 40/4 43/22
**behalf [3]** 1/5 4/4 4/10
**being [7]** 1/12 28/22 29/19
30/3 31/10 50/12 50/14
**believe [2]** 32/5 38/14
**Berkeley [2]** 4/3 81/8
**besides [5]** 7/8 7/19 8/16
72/16 73/10
**best [5]** 6/11 55/4 69/22
69/25 78/15
**better [1]** 21/13
**between [3]** 56/18 60/12 70/17
**bigger [1]** 53/20
**bit [2]** 14/22 14/23
**block [2]** 19/4 19/5
**blocks [4]** 49/1 49/7 49/8
49/9
**board [12]** 30/18 32/1 33/20
34/7 34/23 42/7 44/8 46/23
47/6 48/12 54/19 54/22
**boards [11]** 23/3 41/21 41/24
41/25 54/4 54/6 54/8 54/25
55/1 55/15 56/18
**BONNIE [2]** 1/23 81/1
**book [68]**
**books [1]** 53/9
**BORIS [1]** 4/9
**break [15]** 7/24 9/13 14/22
14/23 15/1 15/13 33/1 33/15
37/3 39/13 65/6 65/9 65/15
65/20 76/7
**bring [1]** 30/17
**bulletin [28]** 23/2 30/18 32/1
33/20 34/7 34/23 41/20 41/24
41/25 42/7 44/7 46/23 47/6
48/4 48/12 54/4 54/6 54/7
54/19 54/22 54/25 55/1 55/15
56/17 56/25 76/14 77/16
78/19
**bulletins [17]** 33/22 53/25
54/1 54/7 56/20 57/13 58/12
58/13 76/15 76/18 76/19 77/1
77/11 77/21 77/24 78/18 79/3
**bulletins in [1]** 77/1
**bus [36]** 13/21 15/17 15/25
18/22 19/25 20/2 22/2 23/4
26/13 26/14 26/23 27/15
30/19 34/16 48/4 48/5 48/17
48/18 49/2 50/10 58/15 58/16
58/17 58/23 59/11 60/2 60/20
61/2 62/18 65/1 66/6 72/22
73/11 73/13 73/15 74/17

## C

**C-12-03704-YGR [1]** 1/7
**c/o [1]** 81/6
**Cable [1]** 37/15
**CALIFORNIA [7]** 1/2 1/24 3/6
4/3 4/8 81/2 81/8
**call [9]** 9/22 10/11 10/13
10/19 11/2 11/18 11/19 11/20
45/16
**call-in [1]** 10/11
**called [5]** 3/11 9/16 9/20
10/1 10/15
**can [49]**
**can't [28]** 6/10 15/21 32/19
32/22 33/11 35/19 38/22
41/23 41/23 47/23 47/23
47/24 54/11 54/11 54/12 55/3
57/3 57/3 57/4 57/5 57/9
57/22 59/25 60/6 65/22 69/17
69/19 76/20
**cannot [1]** 23/22
**caption [1]** 80/14
**car [10]** 19/8 23/2 30/17
32/20 32/21 32/23 32/25
37/15 64/23 76/6
**card [11]** 26/17 26/18 62/19
66/16 67/14 67/22 67/25 68/1
68/18 68/23 72/16
**cares [1]** 30/6
**case [2]** 1/7 52/24
**cause [1]** 80/7
**caused [1]** 79/3
**cc [1]** 81/24
**certain [1]** 6/25
**CERTIFICATE [1]** 80/1
**Certified [1]** 80/2
**certify [3]** 80/3 80/11 83/3
**chance [1]** 33/6
**change [5]** 33/5 41/8 65/19
81/17 82/8
**changes [4]** 81/18 81/18 82/5
83/10
**check [18]** 23/2 26/14 34/16
34/23 39/11 44/25 42/11 45/2
48/11 59/11 65/14 70/22
70/22 70/23 70/23 77/2 77/10
77/17
**choice [1]** 21/22
**CITY [8]** 1/9 3/4 3/4 3/11
4/6 4/6 4/9 8/15
**Civil [2]** 1/7 81/20
**claim [1]** 23/8
**claims [2]** 22/21 24/24
**clarify [2]** 62/14 64/10
**class [1]** 40/6
**clear [1]** 16/23
**client's [1]** 24/1
**clock [1]** 61/1
**close [1]** 73/20
**co [1]** 72/5
**co-workers [1]** 72/5
**coach [4]** 20/6 26/11 63/18
76/6
**come [7]** 21/20 23/1 27/15
28/8 29/15 32/24 56/20
**coming [2]** 11/3 11/19
**commencing [1]** 3/3
**communications [2]** 6/21 6/24
**commute [1]** 21/12
**commuting [1]** 21/24
**complaining [2]** 25/2 25/3

## C

**concentrate [1]** 16/14
**concerned [1]** 11/7
**conference [1]** 53/21
**confuse [2]** 64/12 65/4
**confused [4]** 31/14 63/6 63/10 63/10
**confusing [2]** 64/7 65/4
**connected [1]** 80/14
**consistent [2]** 15/5 15/15
**Construction [1]** 73/19
**contact [1]** 81/13
**contained [1]** 81/20
**continue [9]** 24/16 24/17 33/8 36/11 36/25 49/14 56/3 58/16 65/22
**convenient [2]** 81/14 81/16
**conversation [5]** 6/1 28/21 71/8 71/11 71/16
**conversations [1]** 71/5
**cooperation [1]** 81/21
**copy [2]** 37/11 81/15
**correct [15]** 8/3 8/4 17/12 18/17 25/24 29/20 37/13 39/1 39/18 51/20 56/16 59/6 69/12 72/20 75/1
**correction [3]** 78/25 82/1 83/11
**correctly [2]** 23/10 32/3
**could [8]** 5/4 16/1 25/6 28/8 30/13 51/12 51/15 52/23
**counsel [9]** 4/4 4/10 33/6 36/6 42/15 44/4 80/12 80/16 81/25
**COUNTY [4]** 1/9 3/4 3/11 4/6
**couple [1]** 75/2
**course [3]** 40/7 57/1 71/19
**court [7]** 1/1 1/23 5/18 6/2 6/8 17/4 30/24 65/12 81/1
**crowded [1]** 74/14
**CSR [5]** 1/20 3/7 80/20 81/23 83/16
**cup [1]** 36/6
**current [3]** 11/25 12/12 68/5
**customers [1]** 75/3
**cutting [2]** 56/4 56/13

## D

**daily [2]** 56/20 78/11
**DARRYL [1]** 1/4
**date [5]** 79/16 81/13 82/4 82/25 83/18
**daughter [1]** 75/24
**day [32]** 10/10 13/7 15/19 15/19 17/24 18/11 27/18 33/16 33/20 42/3 42/3 42/9 43/19 45/1 46/24 47/4 48/1 48/5 48/6 48/7 58/11 61/24 61/25 62/5 62/6 66/1 66/13 67/19 72/25 73/14 78/2 80/18
**days [5]** 10/22 10/25 39/15 50/3 81/13
**deadhead [1]** 20/14
**Dear [1]** 81/11
**defect [3]** 26/17 26/18 62/19
**Defendant [2]** 3/11 4/10
**Defendants [1]** 1/11
**defense [1]** 44/4
**definitely [1]** 38/17
**delete [4]** 82/2 82/3 82/3 82/8
**depart [2]** 14/5 14/9

## D (continued — middle column)

**departure [1]** 14/7
**deponent [4]** 36/23 37/7 42/21 64/15
**deponent's [2]** 42/14 82/1
**deposition [26]** 1/14 3/2 5/8 10/2 24/8 33/9 43/8 43/9 46/16 56/4 56/6 56/11 56/14 57/23 79/10 80/5 80/8 80/13 81/9 81/12 81/14 81/20 82/4 82/4 82/6 83/5
**depositions [2]** 38/25 39/3
**Deputy [1]** 4/9
**described [1]** 73/5
**did [26]** 6/16 6/18 7/5 7/14 8/18 9/22 12/9 17/7 35/18 39/14 39/23 40/2 40/5 40/8 40/12 40/15 50/6 56/25 57/2 57/12 61/16 68/25 69/20 70/21 71/1 77/8
**didn't [3]** 35/7 36/3 65/5
**difference [2]** 60/12 70/17
**different [10]** 12/10 20/21 37/14 37/16 38/8 39/6 48/1 56/8 66/2 68/6
**differently [1]** 16/2
**difficult [1]** 6/2
**directly [9]** 9/7 27/17 30/9 32/11 34/18 49/4 49/6 71/25 76/6
**discipline [1]** 29/6
**disciplined [3]** 29/8 47/5 47/12
**discourage [1]** 72/15
**discouraged [1]** 71/15
**Discussion [2]** 24/12 76/3
**dispatcher [11]** 10/15 10/19 67/24 68/5 68/10 69/4 71/1 71/9 72/21 76/11 78/7
**dispatcher's [1]** 76/10
**dispatchers [2]** 68/16 72/16
**DISPOSITION [1]** 83/1
**DISTRICT [2]** 1/1 1/2
**division [32]** 8/5 8/18 8/20 19/24 20/5 20/7 23/2 30/17 31/25 32/12 32/14 33/16 34/23 37/15 41/11 41/20 41/25 42/5 44/7 45/2 47/3 59/5 59/9 59/15 61/4 61/7 61/11 61/17 63/17 64/6 64/4 76/5
**dizzy [1]** 10/16
**do [160]**
**doctor [1]** 10/23
**doctor's [1]** 10/25
**document [4]** 37/12 66/25 67/3 67/8
**documents [2]** 36/7 37/3
**does [24]** 1/10 11/14 13/16 16/2 18/11 19/1 19/17 19/20 27/5 34/8 34/13 41/22 46/1 48/20 48/23 58/18 59/18 60/4 60/20 60/20 62/21 64/6 65/1 76/25
**doesn't [12]** 15/18 22/1 22/15 23/5 26/25 51/10 55/7 55/7 55/17 55/18 67/24 69/4
**doing [17]** 5/24 6/4 9/9 12/13 16/16 20/19 20/20 21/4 21/6 23/10 46/10 64/17 69/3 69/8 71/15 72/24 73/23
**don't [88]**
**done [10]** 19/22 29/23 56/6 59/24 64/1 64/22 66/1 67/15

70/14 75/21
**down [4]** 39/14 53/23 53/24 78/19
**Downtown [1]** 75/10
**dressed [3]** 52/14 52/20 52/22
**drive [18]** 10/7 10/9 10/9 12/25 13/2 15/23 21/18 21/19 21/23 21/25 21/25 22/2 23/1 48/6 48/7 61/7 61/8 61/9
**drivers [1]** 32/10
**driving [2]** 15/12 32/19
**drops [1]** 49/4
**DUDLEY [4]** 4/11 57/21 57/22 57/24
**duly [2]** 3/12 80/5
**during [5]** 56/6 56/10 57/23 66/18 78/15
**duty [3]** 27/4 27/21 77/25

## E

**each [5]** 15/11 46/24 56/23 56/25 67/19
**earlier [14]** 7/16 9/18 25/13 38/4 39/17 39/21 41/9 53/17 63/7 69/2 69/9 69/11 73/6 76/21
**early [16]** 16/10 16/19 17/11 17/12 28/8 50/11 50/12 50/14 50/15 51/8 51/9 51/12 51/15 62/1 72/12 72/13
**easy [2]** 21/16 21/16
**either [3]** 38/15 75/11 80/13
**else [11]** 7/19 23/9 23/17 25/1 25/6 34/14 34/17 47/10 59/16 72/15 72/17
**employees [2]** 19/12 46/23
**employment [1]** 5/17
**end [9]** 18/11 32/23 43/22 56/14 56/15 59/4 59/5 60/3 75/5
**English [3]** 24/1 24/17 24/18
**entire [3]** 43/21 44/2 72/8
**entitled [6]** 6/21 6/24 55/4 69/22 80/7 81/12
**Esq [1]** 81/6
**Esquire [1]** 4/4
**essentially [2]** 16/15 39/5
**estimate [3]** 16/1 16/3 55/5
**et [1]** 81/9
**even [5]** 15/22 44/3 67/18 74/15 74/22
**ever [42]**
**every [31]** 10/9 13/7 15/19 15/19 15/19 16/4 16/5 17/24 18/1 18/3 19/21 33/20 42/3 42/3 42/9 45/1 47/4 48/1 48/5 48/6 48/7 58/11 60/1 61/24 61/25 62/5 62/6 66/13 73/13 74/25 78/2
**everybody [4]** 19/13 19/14 32/14 73/21
**everyday [1]** 66/10
**everyone's [1]** 55/25
**everything [8]** 5/19 14/21 28/10 34/7 53/16 56/6 62/13 78/14
**everywhere [1]** 73/20
**exact [5]** 38/12 38/20 52/17 82/2 82/3
**exactly [3]** 17/15 44/3 61/19
**Examination [2]** 2/3 5/1
**examine [1]** 46/23
**examined [1]** 3/13

## E

**examining [1]** 47/6
**exercise [1]** 41/2
**exhibit [13]** 35/4 36/20 36/22 37/8 37/21 38/9 38/12 38/13 38/20 38/21 38/24 66/23 66/24
**exhibits [2]** 2/8 56/2
**explain [1]** 31/18
**explained [1]** 25/1
**Express [1]** 15/8
**extent [1]** 49/13
**extra [1]** 67/18

## F

**face [1]** 71/17
**fact [1]** 73/10
**failed [1]** 83/7
**familiar [7]** 10/11 22/6 22/12 33/21 33/22 33/24 67/2
**far [3]** 23/1 32/22 48/25
**fashion [1]** 5/25
**February [1]** 81/5
**Federal [1]** 81/20
**feel [2]** 10/4 67/23
**feeling [4]** 10/16 11/6 11/7 11/14
**few [4]** 16/1 16/2 39/15 76/21
**figure [3]** 42/22 43/7 44/13
**fill [5]** 59/21 62/18 67/14 68/1 78/24
**filled [4]** 60/7 67/21 67/25 68/23
**find [2]** 35/2 42/8
**fine [2]** 39/12 56/6
**finish [6]** 5/21 18/13 18/14 19/23 68/11 72/22
**finished [1]** 36/19
**FIRM [2]** 4/2 81/7
**first [21]** 3/12 5/11 5/12 13/16 13/23 21/11 24/1 24/6 26/7 27/12 27/18 28/24 30/10 30/14 32/14 32/18 47/3 47/21 75/1 75/2 77/10
**five [5]** 10/22 10/24 13/13 33/2 55/24
**flip [6]** 37/23 42/16 42/21 43/2 43/25 44/12
**flipping [1]** 42/15
**Floor [2]** 3/6 4/8
**Flynn [63]**
**following [1]** 82/5
**Folsom [2]** 48/24 48/24
**foregoing [2]** 80/5 80/13
**forgot [4]** 9/15 11/22 26/21 59/13
**form [3]** 70/20 78/25 81/17
**forth [7]** 3/14 13/6 13/7 13/7 13/10 59/12 80/10
**four [1]** 55/24
**Fox [2]** 3/5 4/7
**FRANCISCO [9]** 1/8 1/9 1/24 3/5 3/6 3/12 4/7 4/8 81/2
**free [2]** 19/15 19/16
**fresh [2]** 11/6 78/2
**Friday [2]** 1/17 3/2
**Fridays [1]** 49/22
**front [5]** 19/2 35/3 36/22 39/22 66/23
**fully [1]** 24/4
**further [2]** 31/18 80/11

## G

**game [2]** 53/13 53/14
**garage [4]** 19/9 19/10 19/11 48/8
**gave [2]** 6/6 33/5
**Geary [6]** 12/25 13/6 14/6 14/10 74/14 74/20
**general [1]** 22/21
**get [45]**
**gets [2]** 52/22 64/6
**getting [1]** 63/16
**gilley [7]** 48/10 52/12 53/19 53/20 54/17 54/18 54/24
**give [5]** 6/8 10/21 40/8 74/3 74/5
**given [1]** 83/3
**gives [1]** 27/2
**go [96]**
**goes [2]** 31/25 32/14
**going [28]** 5/16 9/6 10/13 24/23 30/10 31/9 32/6 32/11 33/14 34/18 37/2 37/7 41/1 43/18 43/19 45/18 45/19 45/22 51/7 51/25 52/17 55/18 66/23 72/8 74/24 75/18 79/10 79/11
**gone [1]** 30/9
**good [4]** 5/2 5/3 11/5 29/23
**got [9]** 7/22 10/16 43/23 50/17 52/13 63/24 74/22 74/23 76/8
**graffiti [2]** 26/20 59/13
**GRANDBERRY [1]** 1/4
**Great [1]** 65/10
**GRIFFIN [1]** 1/4
**guess [10]** 52/19 55/6 55/7 55/10 55/11 55/12 55/13 57/17 62/14 63/6
**guys [2]** 39/2 53/13

## H

**had [17]** 5/8 8/15 11/6 11/6 22/24 28/21 29/5 30/3 33/5 40/17 59/21 71/8 71/11 71/15 77/10 78/24 79/2
**half [5]** 7/24 43/23 44/14 53/22 53/22
**hall [1]** 54/23
**HAMMERNESS [6]** 1/20 3/7 80/2 80/20 81/23 83/16
**hand [1]** 80/18
**Handbook [1]** 37/20
**happen [2]** 28/14 60/4
**happens [3]** 28/13 60/1 66/10
**harass [1]** 36/11
**harassing [2]** 36/12 70/8
**hard [1]** 73/16
**Harrison [2]** 9/4 9/4
**has [27]** 17/20 17/22 36/24 37/20 37/25 40/18 45/17 47/8 56/5 56/6 58/8 58/10 62/3 62/9 66/24 72/8 75/15 75/24 77/19 77/20 77/23 78/3 78/7 79/3 83/10 83/10 83/11
**have [144]**
**haven't [5]** 38/14 39/2 54/11 55/2 67/21
**having [1]** 65/19
**he [27]** 20/4 24/3 26/25 27/2 31/24 31/25 35/7 35/22 35/25 36/23 36/24 37/9 45/23 46/1 52/22 52/22 55/7 55/7 55/17 55/18 64/6 64/6 64/12 64/13 65/5 75/24 75/24
**he's [10]** 43/18 44/3 45/19 46/10 46/10 55/6 55/9 55/13 64/4 64/5
**heads [1]** 6/1
**heard [1]** 57/24
**HEDY [1]** 1/4
**help [1]** 31/17
**her [2]** 29/1 68/8
**here [18]** 5/18 5/19 6/11 6/22 7/17 7/22 9/7 10/3 11/6 11/8 21/11 32/25 43/20 44/15 51/18 56/7 64/10 65/11
**hereby [1]** 80/3
**herein [1]** 80/10
**hereinafter [1]** 3/13
**hereunto [1]** 80/17
**highly [1]** 56/3
**him [13]** 7/16 31/15 36/1 36/23 42/15 43/2 43/7 44/20 55/11 55/12 55/18 55/23 59/2
**his [10]** 17/3 25/22 31/23 32/2 64/5 64/6 65/3 68/8 69/25 70/1
**Hold [1]** 41/6
**holding [1]** 37/18
**home [20]** 21/18 52/14 52/20 52/21 52/23 62/15 63/2 63/3 63/4 63/5 64/23 66/8 71/10 72/23 72/24 76/12 76/13 76/14 76/24 77/18
**hour [5]** 3/3 7/24 7/24 74/2 74/3
**hours [8]** 6/14 43/23 44/15 51/12 51/15 51/18 66/15 70/15
**house [1]** 21/19
**how [59]**
**however [2]** 56/10 81/17
**huh [3]** 6/1 11/1 53/18

## I

**I'd [1]** 33/1
**I'll [7]** 24/22 35/3 41/8 46/12 55/11 56/10 65/14
**I'm [62]**
**I've [1]** 47/11
**idea [3]** 43/4 45/13 75/17
**immediately [1]** 79/10
**important [2]** 5/20 5/25
**Impossible [1]** 51/17
**impressive [1]** 28/19
**improper [2]** 36/20 53/1
**inappropriate [1]** 36/16
**incident [6]** 59/21 59/22 60/3 60/10 60/11 60/13
**incorrect [2]** 39/19 69/13
**increase [2]** 75/8 75/8
**increases [1]** 75/7
**indicate [3]** 81/17 82/2 82/2
**indicating [1]** 81/18
**inside [9]** 23/2 30/18 48/3 59/14 59/14 63/25 66/7 67/24 76/8
**inspect [1]** 66/6
**inspection [7]** 26/19 62/12 63/8 64/2 64/7 64/18 64/20
**instead [3]** 27/2 30/10 81/15
**Instructions [1]** 37/19
**interested [1]** 80/11
**interrogated [1]** 3/13
**intimidate [1]** 36/13

**I**

**is [178]**
**issue [7]**   23/18 24/25 25/2
53/2 72/3 72/6 75/16
**issues [1]**   29/6
**it [145]**
**it's [52]**

**J**

**jacket [1]**   59/11
**January [4]**   1/17 3/2 81/10
82/4
**job [1]**   29/23
**jobs [1]**   8/15
**JOEL [11]**   4/4 36/2 37/8 38/8
42/16 46/14 52/25 55/8 56/1
64/14 81/6
**JOHN [3]**   4/11 56/7 56/8
**joins [1]**   54/3
**journal [1]**   78/12
**jump [1]**   26/11
**just [41]**   7/12 7/25 10/18
11/3 11/17 11/19 13/6 15/3
16/23 19/12 23/15 24/14
26/11 32/17 35/2 35/22 35/25
36/6 42/12 42/16 43/20 43/25
45/10 55/21 57/17 60/10
64/13 65/21 65/25 71/3 71/18
71/21 71/23 72/22 72/24
73/10 74/23 75/7 77/2 77/17
79/4

**K**

**keep [9]**   36/1 36/4 40/10
45/10 53/2 53/15 53/16 55/23
78/12
**keeping [1]**   53/9
**kept [3]**   78/10 78/23 78/25
**kind [3]**   31/11 31/14 33/22
**knocked [1]**   36/9
**know [78]**
**known [1]**   68/15
**knows [1]**   44/4

**L**

**lane [4]**   73/20 73/20 73/21
73/22
**language [2]**   24/1 24/6
**last [12]**   13/20 13/22 16/16
16/18 17/8 20/12 30/25 34/2
60/20 72/22 74/11 81/16
**late [49]**
**later [1]**   75/3
**LAW [2]**   4/2 81/7
**lawsuit [7]**   5/17 22/19 22/21
23/10 23/16 23/18 24/24
**layover [1]**   15/3
**leave [11]**   13/16 13/23 14/17
14/19 26/7 32/19 32/21 49/11
49/18 52/7 71/3
**leaving [1]**   9/7
**left [1]**   50/4
**less [2]**   62/3 76/25
**let [19]**   5/13 5/15 5/21 6/19
7/25 23/24 23/25 24/21 24/22
28/24 29/18 36/5 36/8 37/7
37/18 42/11 42/14 46/9 75/23
**let's [9]**   9/12 12/12 16/5
16/14 24/11 39/13 40/4 46/12
61/15
**letter [2]**   81/18 83/11
**like [53]**
**line [12]**   12/16 15/7 17/5
17/5 20/25 31/1 31/1 31/5
31/5 81/17 81/19 82/8
**little [2]**   14/22 14/23
**live [5]**   10/3 10/3 21/11
21/12 22/25
**lived [1]**   10/5
**locate [8]**   43/13 45/5 45/6
45/8 46/7 46/8 46/9 46/11
**located [1]**   9/3
**location [1]**   30/7
**locker [9]**   40/11 40/13 52/12
52/13 53/4 53/6 53/8 53/15
53/23
**long [28]**   8/11 8/22 10/5
11/24 19/17 22/25 27/5 40/15
48/20 52/2 54/1 57/12 57/15
58/1 58/18 59/2 59/18 62/21
69/10 69/14 69/16 69/16 71/1
72/8 76/17 76/19 78/11 78/19
**longer [3]**   58/8 73/24 74/1
**look [11]**   27/3 33/19 38/16
41/20 42/7 43/6 44/7 45/8
48/11 59/12 71/18
**looked [1]**   38/15
**looking [1]**   71/17
**looks [5]**   8/2 14/20 15/12
31/25 38/6
**lot [7]**   14/25 54/6 54/9
73/16 73/19 74/13 74/16

**M**

**Madam [4]**   17/4 30/24 31/4
65/12
**made [2]**   83/8 83/10
**make [10]**   6/19 12/19 29/23
34/15 35/2 36/14 42/12 42/24
60/3 74/18
**makes [1]**   71/14
**making [5]**   5/18 22/19 42/21
**Man [1]**   10/16
**many [17]**   13/8 13/10 13/11
16/7 28/4 49/7 52/17 54/4
54/10 55/17 56/20 57/2 57/5
57/7 59/24 61/13 69/20
**marked [4]**   2/8 35/4 37/21
66/24
**Market [2]**   3/5 4/7
**MAURICIO [11]**   1/15 3/9 5/5
5/7 79/18 80/4 81/6 81/9
82/4 82/5 82/25
**may [6]**   6/1 19/23 24/2 24/3
81/14 81/15
**me [41]**   3/6 3/12 5/13 5/15
5/21 6/19 7/25 10/17 13/9
19/6 21/12 23/16 23/24 24/21
24/24 25/24 28/24 29/16
29/18 31/18 36/19 38/22
39/22 39/22 42/10 42/11
43/13 45/16 46/9 46/15 47/24
57/24 63/14 63/16 65/21 66/6
70/24 72/17 75/1 80/5 80/8
**mean [7]**   9/23 10/24 22/6
22/12 28/23 36/3 50/24
**means [2]**   50/13 50/14
**medications [1]**   6/13
**meet [6]**   6/16 6/18 7/5 7/14
33/6 78/24
**meeting [5]**   7/7 7/20 29/5
29/15 30/3
**meetings [2]**   6/20 6/25
**MELISSA [6]**   1/20 3/7 80/2
80/20 81/23 83/16
**mess [1]**   75/10
**met [3]**   7/3 7/16 29/14
**method [1]**   32/17
**midnight [1]**   73/25
**mind [1]**   49/14
**minute [2]**   9/12 15/13
**minutes [79]**
**miscellaneous [2]**   60/7 60/13
**miss [1]**   52/6
**miss-out [1]**   52/6
**missing [2]**   64/10 64/11
**Misstates [4]**   25/22 31/23
64/5 65/3
**misunderstanding [1]**   25/25
**modes [1]**   21/24
**Monday [3]**   50/1 58/4 61/22
**Mondays [1]**   49/22
**month [1]**   60/4
**more [24]**   10/24 12/9 16/2
21/6 21/8 54/8 54/8 54/13
54/15 54/25 55/15 57/8 57/10
62/9 66/14 66/15 66/15 69/18
70/3 70/5 70/7 74/3 74/5
81/15
**morning [4]**   8/8 13/3 13/4
18/16
**most [2]**   6/11 16/8
**move [1]**   52/24
**Mr [65]**
**Mr. [2]**   5/8 57/22
**Mr. Aguirre [1]**   5/8
**Mr. Dudley [1]**   57/22
**MTA [17]**   5/17 8/11 8/16
10/12 11/23 19/12 22/1 29/8
30/6 32/5 40/5 40/18 54/25
59/19 67/6 72/9 78/10
**MTA's [1]**   67/2
**much [4]**   21/13 43/23 45/14
65/12
**multiple [1]**   52/19
**Muni [8]**   22/24 23/5 23/9
25/16 27/24 50/14 50/21 51/7
**MUNICIPAL [2]**   1/8 37/20
**must [1]**   46/23
**mutually [1]**   81/14
**my [42]**
**myself [1]**   47/9

**N**

**name [9]**   5/4 5/6 29/1 40/21
68/8 68/8 68/10 68/13 81/16
**named [1]**   80/14
**names [1]**   68/15
**need [7]**   7/22 7/24 9/1 10/25
11/18 38/20 45/15
**needs [1]**   75/25
**never [21]**   15/8 16/23 16/23
17/12 28/17 29/10 29/12
29/19 29/20 30/3 49/14 67/15
68/1 69/11 69/14 70/22 71/11
71/15 72/13 72/18 79/5
**new [3]**   56/20 76/18 77/11
**next [4]**   15/14 58/14 65/10
72/24
**night [3]**   74/9 74/10 74/16
**no [142]**
**nobody [1]**   72/17
**NORTHERN [1]**   1/2
**not [61]**
**note [1]**   10/25
**nothing [2]**   21/15 80/6
**notice [2]**   3/1 10/21
**now [16]**   7/15 8/22 9/19
17/14 28/25 37/11 45/6 46/10

## N

**now... [8]** 55/24 56/2 56/15 59/2 64/8 64/13 66/10 81/12
**number [7]** 34/24 44/9 44/10 45/3 54/12 55/3 81/19

## O

**o'clock [9]** 8/8 9/18 9/23 9/23 49/20 49/20 49/20 50/4 73/24
**oath [3]** 6/6 6/7 39/17
**object [2]** 31/9 47/18
**objection [23]** 16/25 23/11 23/19 25/20 25/23 30/23 31/23 36/14 48/15 49/13 52/16 52/23 55/8 59/1 62/22 63/9 64/5 64/19 65/3 67/4 67/10 70/8 73/12
**objections [3]** 36/15 53/1 64/15
**objects [2]** 26/21 59/12
**off [15]** 21/16 24/11 24/12 26/11 27/10 37/3 37/4 49/4 56/4 56/13 60/15 60/25 76/1 76/3 79/12
**office [7]** 3/4 4/6 29/15 66/7 76/11 81/13 81/13
**often [1]** 19/20
**Oh [3]** 7/2 57/24 60/19
**okay [23]** 7/2 7/19 8/1 11/8 17/10 23/6 24/18 24/19 24/22 31/19 33/8 36/25 39/7 41/1 50/18 50/19 51/4 51/5 51/16 60/15 66/10 72/15 75/6
**once [6]** 60/1 60/4 60/4 60/5 66/21 76/5
**one [24]** 5/11 5/12 13/13 16/19 19/4 19/5 24/24 35/15 37/14 37/15 37/16 38/17 39/6 39/7 46/18 47/1 54/8 56/23 57/8 68/7 73/20 73/20 73/20 73/21
**ones [1]** 75/6
**only [7]** 6/4 7/23 23/8 30/6 56/5 73/4 73/20
**oOo [5]** 1/3 2/13 3/18 4/17 79/13
**op [1]** 34/16
**open [2]** 43/1 73/21
**operating [2]** 12/16 46/24
**operator [5]** 8/13 21/22 26/15 26/17 26/24
**operators [5]** 22/19 25/3 32/10 37/16 43/9
**opposing [1]** 36/5
**original [2]** 81/12 81/24
**other [8]** 8/15 26/15 26/24 32/10 59/22 68/3 73/7 73/9
**others [1]** 1/5
**Otherwise [1]** 74/24
**our [6]** 6/1 15/3 32/25 39/6 45/1 81/13
**out [24]** 8/5 9/12 10/24 12/18 13/20 16/5 26/13 42/22 43/7 44/13 52/6 56/20 59/21 60/7 62/19 67/14 67/21 67/25 68/1 68/23 74/18 74/20 78/24 79/11
**outcome [1]** 80/12
**outfit [2]** 59/10 76/9
**outside [1]** 7/23
**over [3]** 32/20 36/10 71/10

## P

**p.m [39]** 3/3 8/9 9/14 12/6 12/14 18/6 21/3 21/14 25/10 25/19 26/5 26/8 26/10 27/8 28/2 29/24 30/7 33/3 37/5 50/17 50/25 51/4 51/16 51/20 51/24 51/24 51/25 52/5 52/7 62/15 62/16 64/22 65/17 66/1 68/7 73/24 75/25 77/12 79/12
**paddle [10]** 13/25 14/2 14/20 15/14 17/14 26/15 27/2 74/7 74/8 75/12
**page [8]** 2/2 17/5 31/1 31/5 43/22 81/16 81/19 82/8
**Pardon [1]** 13/9
**park [4]** 19/8 23/1 32/23 48/8
**parking [2]** 19/15 19/16
**part [2]** 23/10 26/19
**parties [2]** 80/13 80/15
**passengers [2]** 27/10 27/15
**passes [1]** 32/23
**past [2]** 6/13 62/7
**pattern [1]** 75/18
**pay [3]** 23/5 70/12 70/24
**paycheck [1]** 70/12
**paying [1]** 22/24
**payroll [3]** 66/16 71/12 78/24
**pending [1]** 37/24
**people [6]** 14/25 26/21 59/13 73/17 73/19 74/16
**permission [1]** 65/7
**person [1]** 56/5
**personally [1]** 3/7
**pick [9]** 12/23 12/24 14/25 19/1 27/10 32/25 48/23 75/2 75/25
**place [2]** 54/18 80/9
**Plaintiffs [2]** 1/6 4/5
**plan [1]** 81/13
**play [3]** 53/11 53/12 53/13
**Plaza [2]** 3/5 4/7
**please [12]** 5/4 24/10 30/24 32/2 37/4 43/13 43/20 46/9 52/23 63/11 81/13 81/18
**point [13]** 15/11 18/8 23/4 25/17 32/11 34/9 34/10 48/3 48/5 49/17 50/22 51/11 60/25
**pointed [1]** 78/1
**policy [1]** 67/2
**Polk [2]** 1/24 81/2
**possibility [1]** 24/2
**post [5]** 62/12 63/8 63/23 64/2 64/7
**post-trip [5]** 62/12 63/8 63/23 64/2 64/7
**posts [1]** 54/20
**Potrero [1]** 8/21
**pre [1]** 34/16
**pre-op [1]** 34/16
**prefer [4]** 24/8 24/15 31/20 39/6
**preferred [1]** 32/17
**prepare [1]** 28/9
**present [3]** 4/11 7/7 7/19
**Presidio [1]** 8/21
**prevents [1]** 34/18

## Q

**overtime [19]** 66/16 66/18 67/6 67/14 67/21 67/25 68/1 69/12 70/3 70/12 70/18 70/18 70/21 70/25 72/16 72/19 73/5 73/7 73/10

## previous

**previous [2]** 38/25 39/3
**previously [2]** 35/4 66/24
**print [2]** 82/2 82/3
**prior [1]** 46/24
**probably [1]** 7/23
**problem [4]** 11/11 11/13 11/16 11/23
**procedure [2]** 10/11 10/18 67/6 81/20
**proceedings [1]** 54/3
**process [4]** 5/14 11/17 31/21 31/24
**prohibits [1]** 30/22
**provide [4]** 6/10 16/1 33/11 69/23
**provided [1]** 78/14
**public [5]** 9/9 9/11 12/21 21/23 30/12
**pull [2]** 12/18 20/2
**pulls [1]** 20/4
**purpose [1]** 64/16
**pursuant [1]** 3/1
**put [8]** 10/17 35/3 66/16 66/23 71/4 71/19 71/21 72/19
**putting [1]** 36/22

## Q

**quarter [1]** 60/5
**question [35]** 5/20 5/21 6/19 17/2 17/8 17/9 19/22 23/12 23/20 24/20 28/23 31/3 31/8 31/10 31/12 31/18 33/24 35/22 35/25 37/24 38/19 39/21 41/8 43/17 44/22 45/17 45/25 52/18 63/10 63/11 63/11 65/21 67/11 79/4 81/18
**question-and-answer [1]** 5/20
**questioning [1]** 39/6
**questions [10]** 5/14 5/16 6/19 17/4 24/2 36/1 36/4 36/23 37/1 55/24
**quick [2]** 15/23 76/2

## R

**railroad [1]** 35/8
**railway [3]** 37/20 38/11 38/18
**raise [4]** 55/20 55/22 56/9 56/12
**raised [1]** 75/15
**raising [3]** 53/2 56/2 56/11
**range [1]** 26/1
**rather [3]** 32/6 32/11 41/13
**re [1]** 81/9
**read [44]**
**reading [7]** 43/19 45/10 45/19 46/11 79/2 81/16 83/7
**reads [1]** 45/23
**ready [2]** 33/8 72/24
**real [1]** 76/2
**really [5]** 36/8 37/14 39/2 39/15 40/25
**reason [10]** 6/10 11/2 11/5 11/18 33/11 41/1 57/5 65/22 68/3 73/4
**reasons [3]** 73/7 73/9 81/18
**recall [1]** 57/4 76/20
**received [3]** 29/12 69/12 70/12
**Recess [4]** 9/14 33/3 37/5 65/17
**recognize [2]** 35/10 35/11
**recognized [1]** 37/12
**recollection [2]** 78/16 78/21

**R**

**record [28]**   5/18 6/4 17/6
23/25 24/11 24/12 24/13 31/2
31/6 36/5 36/8 36/15 37/4
37/6 37/18 42/14 42/17 45/18
45/21 45/22 65/13 65/14
75/23 76/2 76/3 78/25 79/12
83/9
**records [2]**   78/10 78/23
**referring [5]**   34/5 34/6 38/4
42/13 46/19
**reflect [7]**   23/25 36/5 36/8
37/18 42/14 42/17 75/23
**regarding [2]**   67/2 81/20
**regular [1]**   70/23
**REINFELD [3]**   4/12 54/3 75/24
**Reinfeld's [1]**   79/10
**related [2]**   5/17 80/14
**relevant [1]**   52/24
**relief [18]**   12/19 18/7 23/4
25/17 26/10 29/24 32/11 34/9
34/10 48/2 48/3 48/4 49/16
50/15 50/22 50/24 50/25
51/11
**relieving [1]**   26/24
**remember [25]**   12/11 35/19
35/19 35/20 39/10 39/10
39/16 40/3 40/22 40/25 41/17
45/4 53/14 53/24 55/25 57/5
57/9 57/11 57/15 57/20 57/25
58/1 61/21 68/9 72/11
**REMEMBERED [1]**   3/1
**remind [1]**   6/3
**repeat [4]**   17/3 24/3 28/23
63/11
**rephrase [2]**   24/3 25/23
**report [18]**   8/24 10/12 12/13
12/20 18/5 18/7 25/12 25/13
25/14 25/15 26/1 26/2 34/10
59/22 60/3 60/8 60/13 60/13
**reported [2]**   1/19 80/8
**reporter [9]**   5/18 6/2 17/4
30/24 31/4 65/12 65/14 80/1
80/3
**Reporting [2]**   1/23 81/1
**reports [1]**   60/10
**represented [2]**   4/3 4/8
**requested [1]**   66/18
**requesting [1]**   79/9
**require [3]**   22/1 34/8 34/13
**required [5]**   34/15 34/22
41/24 42/4 50/14
**requirement [1]**   27/19
**requires [6]**   33/18 33/19
34/17 41/3 41/10 44/6
**reread [3]**   77/14 77/16 77/17
**respective [1]**   80/15
**restate [2]**   32/2 63/15
**restrooms [1]**   7/23
**revenue [1]**   75/2
**review [10]**   35/18 37/7 39/14
39/23 40/2 40/12 40/15 81/13
83/1 83/9
**review/signature [1]**   83/9
**reviewed [10]**   35/5 37/9 38/4
39/8 39/9 39/18 39/22 39/25
53/17 83/10
**reviewing [1]**   35/16
**Reznikov [3]**   2/4 4/9 5/1
**right [34]**   12/14 14/23 14/24
16/19 19/1 22/2 22/3 25/10
27/12 28/2 28/25 30/1 30/7

38/24 41/11 42/17 45/6 46/10
50/25 51/21 51/25 56/15
60/16 60/19 61/1 62/24 64/24
67/16 73/2 73/25 74/2 74/20
77/6 78/16
**rights [1]**   81/20
**room [10]**   7/16 48/10 52/12
53/19 53/20 53/21 54/17
54/18 54/24 76/7
**rule [114]**
**rules [4]**   35/3 37/19 42/2
81/20
**run [21]**   11/25 12/4 12/5
12/10 12/12 16/15 18/11
19/20 20/19 20/21 20/22 21/9
22/4 22/10 22/15 22/15 25/12
26/2 26/7 73/2 74/12
**runs [2]**   12/25 21/5
**rush [2]**   74/2 74/3

**S**

**said [39]**   9/19 10/16 16/15
25/16 29/15 29/21 31/24
32/18 34/15 37/12 38/4 39/8
40/3 41/2 41/23 41/24 42/2
44/25 45/1 48/2 51/7 52/22
54/9 55/2 55/16 60/18 63/19
64/13 64/13 66/5 71/24 72/1
72/21 74/19 74/21 76/22 80/8
80/12 80/15
**same [27]**   6/7 12/4 12/5
16/15 19/22 20/1 21/2 21/4
35/3 36/1 36/4 38/12 38/20
38/23 39/5 42/25 43/14 46/12
52/17 55/23 61/23 75/18
75/18 77/13 77/15 77/16
78/18
**SAN [9]**   1/8 1/9 1/24 3/5 3/6
3/12 4/7 4/8 81/2
**saves [1]**   42/17
**say [21]**   5/19 6/1 11/3 11/19
15/6 15/20 15/25 17/17 41/22
50/3 53/11 53/12 56/17 60/6
61/15 62/11 64/22 65/5 69/16
71/14 77/9
**saying [4]**   9/19 51/14 51/19
64/4
**says [8]**   17/15 27/24 32/6
34/22 37/19 42/1 42/20 50/21
**schedule [4]**   13/25 74/7 74/8
75/19
**scheduled [7]**   14/12 15/13
18/12 18/13 20/16 60/15
70/17
**scratches [1]**   26/22
**section [1]**   46/14
**see [10]**   26/14 26/20 30/18
46/13 59/12 59/13 63/25
67/24 71/17 74/16
**seen [7]**   35/13 35/21 35/23
37/17 37/22 37/25 66/25
**send [1]**   81/18
**serious [1]**   36/2
**Services [2]**   1/23 81/1
**session [1]**   5/20
**set [3]**   3/13 80/10 80/17
**Seventh [2]**   3/5 4/7
**SF [1]**   37/20
**SFMTA [1]**   81/9
**shake [1]**   6/1
**Shattuck [2]**   4/2 81/7
**sheet [2]**   70/25 82/1
**shift [3]**   8/7 59/4 60/3

**shorter [2]**   58/10 74/10
**Shorthand [1]**   80/2
**should [2]**   7/23 15/6
**show [4]**   30/21 42/10 44/7
51/15
**showed [3]**   35/1 40/23 51/4
**sic [5]**   18/7 49/17 52/6
52/15 74/22
**sick [7]**   9/16 9/20 9/22 10/1
10/12 10/17 11/18
**sign [6]**   21/9 26/1 26/18
26/22 81/16 83/4
**signature [4]**   81/13 81/16
81/20 83/9
**signed [2]**   12/4 83/10
**signing [1]**   83/7
**similar [4]**   20/20 20/22 40/23
40/25
**similarly [1]**   1/5
**since [2]**   40/17 40/18
**sir [2]**   26/13 57/16
**sit [4]**   43/20 44/15 53/23
53/24
**situated [1]**   1/5
**situation [1]**   79/2
**size [1]**   53/20
**sleep [1]**   51/18
**sleeping [4]**   26/21 59/12 60/2
63/25
**slid [1]**   36/9
**Sliding [1]**   36/18
**small [2]**   37/16 54/18
**smaller [2]**   15/1 37/19
**so [95]**
**some [3]**   5/13 24/2 26/12
**somebody [4]**   26/20 59/12 60/2
63/25
**somehow [1]**   37/3
**something [11]**   10/23 20/21
26/12 28/13 28/14 37/22
52/24 59/13 60/1 66/9 68/14
**sometimes [8]**   5/25 15/3 15/22
16/8 22/25 67/23 74/22 76/18
**sorry [7]**   9/15 11/22 20/3
25/10 57/24 61/5 64/21
**sort [2]**   10/21 78/23
**sounds [3]**   29/22 31/20 66/13
**Spanish [1]**   24/7
**speak [1]**   57/22
**speaking [3]**   36/15 52/25
64/14
**specific [1]**   33/24
**specifically [4]**   31/25 57/15
57/20 78/4
**specify [1]**   51/10
**speculate [1]**   55/9
**spend [2]**   43/18 43/19
**spent [3]**   57/15 58/2 65/13
**spilled [1]**   56/1
**spilling [1]**   36/6
**stand [1]**   53/25
**standby [3]**   22/4 22/6 73/1
**start [15]**   8/18 16/5 18/17
27/13 33/16 40/4 68/7 74/18
74/20 74/23 75/6 76/15 77/10
79/3 79/9
**started [4]**   7/17 40/5 40/18
41/1
**stated [1]**   80/9
**statement [1]**   30/25
**STATES [1]**   1/1
**statutory [1]**   83/4
**stay [1]**   45/22

**S**

**stick [4]** 53/9 53/10 53/11 53/11

**still [7]** 61/1 61/2 62/12 62/16 62/18 71/21 77/16

**stipulation [1]** 83/8

**STITT [2]** 1/4 81/9

**stop [7]** 13/20 13/22 20/12 27/12 49/2 58/15 76/13

**stopped [3]** 36/12 69/3 69/8

**stops [2]** 75/2 75/4

**straight [1]** 32/19

**Street [6]** 1/24 3/5 4/7 9/5 74/14 81/2

**stuff [2]** 59/10 59/18

**submit [3]** 68/18 68/25 73/5

**submitted [6]** 70/2 70/14 70/20 70/25 73/10 83/11

**submitting [2]** 70/21 72/16

**substance [3]** 6/21 6/24 81/17

**such [3]** 41/18 64/19 83/7

**Suite [4]** 1/24 4/3 81/2 81/7

**superintendent [3]** 28/25 29/2 68/13

**supervisor [4]** 28/22 72/22 78/3 78/24

**supervisors [2]** 29/14 72/18

**supposed [8]** 20/11 23/7 41/20 45/1 50/10 55/6 55/9 55/13

**sure [6]** 6/19 29/23 35/2 39/20 42/12 42/24

**suspended [1]** 29/10

**suspensions [1]** 47/14

**sworn [2]** 3/12 80/5

**T**

**table [1]** 36/9

**take [6]** 9/13 10/7 10/22 12/21 18/21 18/22 19/6 19/6 19/17 20/6 21/23 22/2 22/2 26/11 27/5 27/10 30/11 30/19 33/1 33/16 37/2 38/16 43/9 43/20 43/21 43/23 44/14 45/8 45/14 48/4 48/20 57/12 58/18 59/10 59/18 62/21 65/5 65/9 66/6 76/25

**taken [7]** 5/9 6/13 9/14 21/20 33/3 37/5 65/17

**takes [4]** 59/3 63/1 73/24 74/1

**taking [3]** 3/2 23/4 31/21

**talk [6]** 5/13 12/12 47/9 56/10 72/17 72/21

**talked [3]** 72/2 72/5 77/19

**talking [12]** 33/14 35/2 35/5 42/25 43/10 43/12 43/14 43/15 44/3 44/18 44/24 46/3

**tell [25]** 5/4 6/7 9/15 15/21 31/15 35/20 38/18 38/22 38/22 44/19 46/15 47/23 47/23 47/24 54/11 54/12 55/3 57/3 57/3 59/25 60/6 63/16 65/21 69/17 69/19

**telling [1]** 72/13

**tells [1]** 32/8

**terminal [40]** 12/22 13/18 14/3 14/13 18/9 18/14 18/20 19/7 19/18 19/24 20/5 20/9 25/9 25/18 26/6 27/13 27/18 28/2 30/10 30/14 30/22 31/22 32/2 32/7 32/24 33/17 34/19 41/4 41/13 48/14 49/5 49/12

50/4 50/7 58/16 58/19 59/3 60/21 60/23 61/6

**terminology [1]** 64/22

**testified [9]** 24/14 35/15 36/24 39/17 41/9 64/6 69/2 69/11 79/5

**testify [4]** 11/8 64/15 65/22 80/5

**testimony [18]** 6/11 6/14 11/12 11/15 25/22 31/24 32/2 33/5 33/12 63/15 64/5 65/4 65/19 71/1 78/15 81/16 82/2 82/2

**than [32]** 10/24 12/9 16/2 21/6 21/8 32/6 32/11 38/8 41/13 53/20 54/8 54/8 54/13 54/15 54/25 55/15 56/9 57/8 57/10 58/8 58/10 62/3 62/9 63/7 66/14 66/15 66/15 69/18 70/3 70/5 70/7 73/24

**Thank [6]** 33/2 65/10 65/16 75/20 79/7 81/21

**Thanks [1]** 18/5

**that [232]**

**that's [44]**

**their [7]** 72/1 80/15

**them [12]** 7/3 7/5 7/14 10/21 29/5 44/6 53/2 71/6 71/12 71/16 77/11 77/14

**themselves [1]** 1/5

**then [37]** 10/25 12/21 12/25 14/2 14/22 15/13 15/14 20/14 23/3 26/22 27/10 30/18 31/15 32/1 32/22 33/16 43/1 43/6 44/12 47/21 48/10 53/2 58/23 59/14 61/6 61/7 61/15 62/16 62/18 63/5 63/22 63/25 66/7 71/21 76/12 76/23 79/11

**there [63]**

**there's [16]** 7/23 19/10 23/17 24/1 26/20 26/22 32/16 41/3 41/5 41/10 41/19 42/19 54/25 59/13 64/19 74/11

**thereafter [1]** 80/9

**therein [1]** 80/9

**thereof [1]** 3/3

**thereupon [1]** 3/13

**these [3]** 37/3 38/15 39/5

**they [17]** 10/17 29/15 40/8 41/24 68/2 68/6 69/5 69/5 70/24 71/4 71/14 71/18 71/19 71/24 73/20 74/3 74/5

**thing [8]** 21/4 30/6 38/20 38/23 46/12 64/19 71/12 78/18

**things [3]** 23/3 26/21 33/23

**think [21]** 10/22 14/14 19/19 23/9 23/17 25/2 25/6 29/18 35/7 38/23 41/2 41/9 41/18 45/20 53/1 60/18 63/9 70/2 74/13 74/19 79/4

**third [1]** 59/2

**this [78]**

**those [4]** 21/24 46/18 50/3 81/18

**though [2]** 44/4 67/18

**thought [1]** 69/2

**three [3]** 50/3 64/8 64/13

**threw [1]** 36/6

**through [15]** 15/11 17/5 31/1 31/5 31/21 37/23 38/15 40/5 41/2 42/21 43/25 44/12 49/22 62/12 63/22

**throughout [2]** 15/5 78/9

**throwing [2]** 36/16 36/17

**TIDRICK [2]** 4/2 81/7

**time [106]**

**times [16]** 13/8 13/10 13/14 13/15 21/2 52/17 52/19 55/17 55/24 59/24 64/8 64/13 65/15 69/20 70/3 75/12

**TIMOTHY [2]** 4/12 75/23

**today [23]** 5/19 6/7 6/11 6/16 7/3 7/14 7/17 8/2 8/7 8/24 9/6 9/16 9/20 9/24 10/4 11/3 11/5 11/8 11/21 33/12 39/22 40/24 78/14

**told [11]** 23/16 24/24 39/22 71/14 72/18 75/11 77/19 77/20 77/23 78/3 78/7

**TONY [1]** 1/4

**too [4]** 8/21 21/16 32/22 56/22

**total [1]** 58/18

**traffic [10]** 21/15 21/17 28/11 28/12 73/18 73/19 74/11 74/13 75/9 75/10

**training [1]** 40/5

**Transbay [41]** 12/22 14/3 14/13 18/9 18/14 18/20 19/6 19/18 19/24 20/4 20/9 25/9 25/18 26/6 27/12 27/18 27/20 28/2 30/9 30/13 30/21 31/22 32/1 32/7 32/24 33/17 34/19 41/4 41/13 48/14 48/21 49/5 49/12 50/4 50/6 58/16 58/19 59/3 60/21 60/23 61/5

**transcribe [1]** 6/3

**transcribed [1]** 80/10

**transcript [8]** 81/12 81/14 81/16 81/17 82/6 83/1 83/10 83/12

**transfers [2]** 59/10 76/8

**transit [1]** 37/15

**translator [3]** 24/9 24/15 24/16

**transportation [7]** 1/9 9/10 9/11 12/22 18/21 21/24 30/12

**travel [2]** 22/9 22/12 22/14 22/16 23/17 24/25

**travel-time [1]** 24/25

**traveling [3]** 22/20 22/25 58/23

**travels [1]** 32/1

**treat [1]** 69/6

**tried [2]** 68/18 69/14

**trip [19]** 13/13 13/16 13/23 15/14 15/19 15/20 16/4 16/5 18/1 18/3 62/12 63/8 63/23 64/2 64/7 64/17 64/20 72/23 73/23

**trips [4]** 13/11 13/13 15/5 15/6

**trouble [2]** 51/25 52/3

**truly [1]** 81/22

**truth [4]** 6/7 80/6 80/6 80/6

**truthful [2]** 6/11 33/11

**truthfully [1]** 65/23

**try [3]** 23/24 36/11 42/21

**trying [6]** 25/23 36/13 62/14 64/12 65/4 73/21

**Tuesday [3]** 50/1 58/2 61/22

**turn [4]** 32/23 61/2 76/6 76/8

**two [4]** 17/3 43/23 44/14 54/8

**T**

typically [1]   27/5

**U**

uh [3]   6/1 11/1 53/18
uh-huh [3]   6/1 11/1 53/18
under [2]   36/21 39/17
understand [40]   5/22 5/23 6/4
6/5 6/6 6/23 11/17 16/14
17/8 17/9 22/18 22/22 23/8
23/12 23/14 23/20 23/23 24/3
24/20 24/25 25/4 25/5 30/20
31/7 31/13 31/15 31/17 33/15
41/7 42/20 44/22 44/23 45/25
50/12 51/3 60/12 63/12 65/25
67/5 67/11
understanding [5]   22/23 23/16
28/1 42/12 64/24
uniform [1]   52/14
union [6]   54/19 54/20 54/22
72/2 75/12 75/15
UNITED [1]   1/1
unprofessional [1]   56/3
unscheduled [1]   70/18
until [8]   7/15 9/14 13/2
13/3 27/7 33/3 37/5 65/17
up [23]   12/4 12/23 12/24
14/25 16/11 16/13 19/1 21/9
26/1 27/10 30/21 32/25 37/18
43/1 44/7 48/23 51/4 51/15
53/25 59/5 68/11 75/2 75/25
updated [2]   40/19 40/20
upon [1]   78/15
upset [1]   71/18
us [6]   5/4 33/19 42/17 50/14
74/3 81/18
use [3]   39/6 53/6 53/8
used [1]   39/3
usual [1]   9/18
usually [7]   10/7 15/17 15/25
49/22 61/10 61/12 74/11

**V**

vague [5]   23/11 23/19 31/10
67/4 67/10
Vallejo [7]   10/4 10/5 21/12
21/21 48/6 48/7 51/18
vary [1]   16/2
vehicle [1]   46/24
very [5]   15/7 15/7 15/23
28/19 81/22
voice [5]   55/20 55/22 56/2
56/9 56/11

**W**

WAGNER [2]   1/23 81/1
wait [5]   9/12 48/5 50/10
58/15 58/16
waiting [1]   74/17
waive [1]   83/9
walk [13]   19/3 19/5 27/2
30/19 49/2 49/6 49/7 49/9
58/15 62/18 71/21 71/23
79/11
walking [2]   58/23 58/24
want [25]   6/20 6/23 15/11
24/16 31/18 33/4 35/2 42/12
42/16 42/24 43/9 43/24 45/16
53/2 55/11 56/3 56/10 56/14
63/15 63/16 64/15 65/19
65/25 72/24 76/1
wanted [4]   30/13 30/21 51/14
51/15

warned [1]   29/19
warning [1]   29/12
warnings [1]   47/16
was [21]   3/12 5/6 7/7 7/19
17/6 23/16 24/23 31/2 31/6
33/15 34/2 39/9 39/18 39/20
39/25 57/8 80/5 80/8 80/9
83/3 83/8
wasting [2]   55/21 55/25
water [7]   7/22 36/7 36/10
37/3 56/2
way [4]   11/14 23/1 69/5
81/19
we [31]   5/19 6/1 7/16 7/23
10/22 15/3 15/22 15/23 21/21
22/25 23/1 25/16 27/24 32/19
32/22 32/22 32/23 32/24
33/14 33/23 36/11 37/4 37/6
38/20 41/1 43/13 45/1 53/17
65/12 77/19 81/14
we'll [1]   53/2
we're [14]   32/18 34/15 35/2
41/19 42/24 43/14 43/18
44/18 45/18 45/22 56/12
75/18 79/9 79/11
we've [1]   7/22
well [20]   6/18 10/15 10/16
11/5 11/6 11/7 19/4 21/15
22/21 22/24 26/20 32/18
33/19 34/15 45/8 48/2 51/3
54/20 67/13 67/23
were [6]   7/1 20/20 33/14
38/4 40/18 77/12
wet [1]   37/11
what [74]
what's [10]   8/7 8/24 13/20
22/23 24/5 26/1 26/2 35/3
40/21 64/7
whatever [1]   19/23
when [46]
where [19]   9/3 19/8 22/25
26/4 26/4 29/14 40/10 42/22
43/4 45/7 45/9 45/13 48/23
54/20 54/22 63/16 75/2 75/6
79/2
WHEREOF [1]   80/17
Whereupon [3]   17/5 31/1 31/5
whether [9]   9/18 21/22 21/23
21/23 22/1 51/22 51/24 56/17
70/24
which [14]   8/5 8/18 18/22
34/5 35/18 40/2 42/13 44/5
44/9 45/3 46/5 46/18 48/18
83/4
while [3]   40/14 45/23 60/2
who [9]   3/12 10/13 28/25
29/2 32/10 46/13 47/8 56/5
68/5
whole [1]   80/6
why [20]   6/10 21/9 28/8
30/16 33/11 38/16 41/1 41/18
42/20 43/1 47/2 50/20 51/6
57/5 65/22 67/21 67/25 73/7
73/15 76/25
will [5]   11/12 24/17 24/20
45/8 83/8
wins [1]   46/13
wish [3]   81/17 82/2 82/3
within [2]   80/7 83/4
within-entitled [1]   80/7
without [1]   24/16
witness [16]   3/11 36/11 36/12
36/13 36/19 63/9 64/12 65/5

65/11 70/9 80/4 80/17 83/3
83/7 83/8 83/10
witness's [1]   30/25
word [2]   44/15 44/15
words [2]   82/2 82/3
work [17]   8/5 9/1 10/7 10/9
10/9 10/13 11/21 21/20 21/23
49/22 60/15 60/25 67/18
70/15 73/16 76/19 78/11
workday [1]   18/17
worked [2]   8/11 49/24
workers [1]   72/5
working [9]   8/2 8/18 9/18
10/4 11/25 40/18 46/24 66/13
78/10
works [3]   5/14 67/6 67/9
would [19]   6/2 6/7 6/14
15/20 16/3 20/23 21/2 24/8
24/14 35/1 36/11 39/5 50/3
50/17 73/4 73/6 73/7 73/9
73/10
wouldn't [1]   50/19
write [3]   16/11 16/13 78/19
write-up [2]   16/11 16/13
written [1]   29/12
wrong [3]   35/8 63/16 75/1

**Y**

yard [1]   65/2
yeah [6]   36/3 49/21 52/11
60/19 60/19 69/24
year [1]   60/4
years [17]   8/12 8/23 10/6
11/24 11/24 12/1 12/2 12/9
12/13 16/16 16/18 20/20 21/7
21/8 28/17 62/7 69/18
yes [148]
yesterday [19]   7/6 34/4 35/6
35/16 35/18 38/5 39/8 39/9
39/14 39/18 39/23 40/12
49/24 56/25 57/2 57/6 57/12
61/16 77/8
YGR [1]   1/7
you [604]
you're [44]
you've [21]   5/1 5/24 12/12 16/15
16/15 20/19 28/17 29/18
29/19 29/20 29/22 40/17
55/24 56/1 59/2 64/8 67/15
69/11 71/15 73/5 78/11 79/5
YOUNG [2]   4/4 81/6
your [109]
yours [1]   81/22

**Z**

zones [1]   73/19

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
—oOo—


DARRYL A. STITT, TONY GRANDBERRY;
and HEDY GRIFFIN, on behalf of
themselves and all others
similarly situated,

          Plaintiffs;

vs.                              Case No. C-12-03704-YGR

THE SAN FRANCISCO MUNICIPAL
TRANSPORTATION AGENCY; CITY AND
COUNTY OF SAN FRANCISCO; and DOES
1-20;

          Defendants.
_____/


DEPOSITION OF MUMTAZ AHMAD
Tuesday, January 26, 2016

REPORTED BY:  DARIA GIANNARELLI, CSR #7000, RPR

BONNIE WAGNER & ASSOCIATES
Certified Shorthand Reporters
1819 Polk Street, #446
San Francisco, California 94109
(415) 982-4849

---

1         DEPOSITION OF MUMTAZ AHMAD
2    BE IT REMEMBERED that pursuant to Notice, and
3    on Tuesday, January 26, 2016, commencing at 11:10 a.m.
4    thereof, at CITY AND COUNTY OF SAN FRANCISCO, OFFICE OF
5    THE CITY ATTORNEY, 1390 Market Street, 7th Floor, San
6    Francisco, California, 94102, before me, DARIA
7    GIANNARELLI, a Certified Shorthand Reporter, personally
8    appeared
9              MUMTAZ AHMAD
10   called as a witness in the above-entitled court and
11   cause, produced on behalf of the Defendants therein,
12   who, having been first duly sworn, was thereupon
13   examined as a witness in said action.
14              —oOo—
15            A P P E A R A N C E S
16   For the Plaintiffs:
        THE TIDRICK LAW FIRM
17      BY:  JOEL B. YOUNG, ESQ.
        2039 Shattuck Avenue, Suite 308
18      Berkeley, California 94704
19
     For the Defendants:
20      CITY AND COUNTY OF SAN FRANCISCO
        OFFICE OF THE CITY ATTORNEY
21      BY:  JONATHAN C. ROLNICK, ESQ.
        1390 Market Street, 7th Floor
22      San Francisco, California 94102
23
     Also Present:  JOHN DUDLEY
24      ELVIS SILOT
25              —oOo—

3

---

1              I N D E X
2
3         E X A M I N A T I O N S
4
5                 PAGE
6    MR. ROLNICK                        4
7
8
9
10              —oOo—
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2

---

1              MUMTAZ AHMAD,
2    having been sworn by the Certified Shorthand Reporter,
3              testified as follows:
4         EXAMINATION BY MR. ROLNICK
5    MR. ROLNICK:  Q.  Can you please state your
6    name?
7    A.   My first name is Mumtaz, last name is Ahmad.
8    Q.   Can you spell both your first and last name?
9    A.   First name is M-u-m-t-a-z, and last name is
10   A-h-m-a-d.
11   Q.   Okay.  Mr. Ahmad, my name is Jon Rolnick, I'm a
12   deputy city attorney, and we're here for your deposition
13   today.
14        Have you had your deposition taken before?
15   A.   I think I have a few times.
16   Q.   Okay.  Was that in relationship to your job
17   with The City?
18   A.   Yes.
19   Q.   Okay.  Let me just go over the ground rules
20   before we get going.  You just took an oath to tell the
21   truth as if you were a witness testifying in court.
22        Do you understand that?
23   A.   Yes.
24   Q.   The deposition is a question-and-answer format.
25   I get to ask the questions; you get to answer them.

4

| # | |
|---|---|
| 1 | Okay? |
| 2 | A. Uh-huh (affirmative). |
| 3 | Q. And it's important that in answering my |
| 4 | questions that you answer them audibly, a yes or a no, |
| 5 | or whatever the question calls for. |
| 6 | Do you understand that? |
| 7 | A. Yes. |
| 8 | Q. Okay. Because I understand we're sitting |
| 9 | across the table, if you shake your head up and down |
| 10 | like that that you're giving me a yes, or what have you, |
| 11 | but that doesn't show up on the piece of paper that's |
| 12 | going to be transcribed of the deposition. Okay? |
| 13 | A. Yes. Yes. Yes. |
| 14 | Q. It's also important that we not talk over one |
| 15 | another. |
| 16 | A. Okay. |
| 17 | Q. So please do your best to let me finish my |
| 18 | questions before you answer them — |
| 19 | A. Okay. |
| 20 | Q. — and I will do my best to let you finish your |
| 21 | answers before I ask another question. Okay? |
| 22 | A. Okay. Okay. |
| 23 | Q. Do you currently work for The City? |
| 24 | A. Yes. |
| 25 | Q. And how long have you worked for The City? |

| # | |
|---|---|
| 1 | A. Oh, it's going to be 35 years. |
| 2 | Q. And you are currently employed as a transit |
| 3 | operator? |
| 4 | A. Yes. |
| 5 | Q. And have you been a transit operator with The |
| 6 | City throughout your 35 years? |
| 7 | A. Yes. |
| 8 | Q. And where are you currently working? |
| 9 | A. Kirkland Division. |
| 10 | Q. And what kind of vehicles are you operating at |
| 11 | Kirkland? |
| 12 | A. Diesel bus. |
| 13 | Q. And how long have you been at Kirkland? |
| 14 | A. Since 2006. |
| 15 | Q. Continuously? |
| 16 | A. Yes. |
| 17 | Q. So around 10 years. |
| 18 | A. Yes. |
| 19 | Q. And who's the current superintendent there? |
| 20 | A. Neal. |
| 21 | Q. Neal Weingarten? |
| 22 | A. Yes. |
| 23 | Q. Do you know how long he's been the Kirkland |
| 24 | superintendent? |
| 25 | A. Oh, I would say five months, four, five months. |

| # | |
|---|---|
| 1 | Q. And who came before? Who was there before? |
| 2 | A. Deborah. |
| 3 | Q. Deborah Franks? |
| 4 | A. Yes. |
| 5 | Q. And do you recall how long she was a |
| 6 | superintendent? |
| 7 | A. I would say three years. |
| 8 | Q. And what about the superintendent before |
| 9 | Ms. Franks? |
| 10 | A. Ayn. |
| 11 | Q. Ayn Antonio? |
| 12 | A. Yes. |
| 13 | Q. Do you recall how long she was the |
| 14 | superintendent? |
| 15 | A. Oh, they say it was 10 years. |
| 16 | Q. Have you had any occasion in the past year to |
| 17 | have to attend a meeting with the superintendent at |
| 18 | Kirkland? |
| 19 | A. Last year? No. |
| 20 | Q. Okay. And when I say "meeting," I'm talking |
| 21 | about a meeting, maybe a potential disciplinary issue |
| 22 | against you, a performance evaluation, some rule |
| 23 | violation. |
| 24 | Anything of that nature? |
| 25 | A. No. We have an evaluation every year, yes. |

| # | |
|---|---|
| 1 | Yeah, just so you know, every year we have it, yes. |
| 2 | Q. So in the past year, you've had a performance |
| 3 | evaluation? |
| 4 | A. With Deborah, not Neal. |
| 5 | Q. Okay. |
| 6 | A. Yes. |
| 7 | Q. So Ms. Franks gave you a performance evaluation |
| 8 | each of the years that she was a superintendent? |
| 9 | A. Yes. |
| 10 | Q. And what about Ms. Antonio? |
| 11 | A. She did, also. |
| 12 | Q. Other than a meeting for a performance |
| 13 | evaluation, in the past — let's start with the past |
| 14 | year first, have you had any other meetings with a |
| 15 | division superintendent? |
| 16 | A. No. |
| 17 | Q. What about in the last five or six years? |
| 18 | A. Oh, I had them a few times. |
| 19 | Q. Okay. Now, I just want to make sure it's as |
| 20 | clear as possible. |
| 21 | When you say "a few times," are you saying you |
| 22 | had a meeting approximately three times with a division |
| 23 | superintendent within in the last — |
| 24 | A. Like — go ahead. |
| 25 | Q. — within the last five or six years? |

1      A.  I had it – like in '13, I had my knee surgery,
2  and she approved my sick leave.
3          And then she called me in to just ask why I
4  took five weeks off, and I said, "You approved I had
5  knee surgery." So that was just it.
6      Q.  So other than a conversation, a meeting with
7  the superintendent about your taking time off, have you
8  had any meetings with the division superintendent at
9  Kirkland within the last six years because of an
10  allegation that you had violated something in the rule
11  book?
12      A.  No.
13      Q.  Or a Passenger Service Report?
14      A.  No.
15      Q.  Or an Accident or Incident Report?
16      A.  No.
17      Q.  Or any kind of disciplinary matter?
18      A.  No.
19      Q.  Any verbal or written warning?
20      A.  Just only she had the – they told me why I was
21  taking five weeks off, and I say, "For my knee surgery."
22      Q.  So other than that, you don't recall any
23  meeting with the division superintendent except for
24  these performance reviews.
25      A.  Yes.

9

1      Q.  And when you had the performance reviews, how
2  were those scheduled?
3      A.  Mostly they call you in and we just sit for
4  five, 10 minutes and that's it.
5      Q.  Okay.  So no more than 10 minutes for any of
6  those?
7      A.  Yeah, probably not more than that.  Eight or 10
8  minutes.
9      Q.  And do you remember, how did you learn that you
10  had to go and talk to the superintendent about the
11  performance evaluation?
12      A.  Oh, they let us know in advance.  Either they
13  call you like a week or they're in the gillie room, or
14  they say, "Oh, Mumtaz, come in and see the
15  superintendent and we have your review," yes.
16      Q.  So sometimes it was during a split in your
17  shift?
18      A.  Yes.  I work splits, yes.
19      Q.  Did you ever have it with any other
20  circumstance when you'd be called in for these
21  performance evaluations?
22      A.  Mostly when it's a split shift they call you
23  in.
24      Q.  And then from the point they called you in to
25  being finished, that would take 10 –

10

1      A.  10 minutes.
2      Q.  No more than 10 minutes?
3      A.  Yes.
4      Q.  And where do you live?
5      A.  I live in Antioch, California.
6      Q.  And how do you get to work?
7      A.  I drive every day.
8      Q.  How long have you lived in Antioch?
9      A.  Oh, I've been there now 30 years.
10      Q.  And why do you drive?
11      A.  I have no choice.  Because I live far away and
12  then different timing and I have to drive.  Plus, Muni
13  encourage you to come early to work so that way you
14  never late because it's a transportation; we have to
15  pull in on time.  So I always come 45 minutes early –
16      Q.  Okay.
17      A.  – the past 30 years.
18      Q.  You say Muni encourages you to come early so
19  you'll be on time?
20      A.  Yes.  Always superintendent, they give you
21  always bulletin.  They say, "Please don't" – especially
22  nowadays we have the Superbowl, they give us bulletin
23  every single day.  They say, "Please come early."
24      Q.  So you say you've received bulletins
25  encouraging you to come early?

11

1      A.  Yes.
2      Q.  Any other way in which you've been encouraged
3  to come early?
4      A.  Yes, dispatchers, superintendent, the union
5  people, they always say, "Please come early.  Don't come
6  late because you have to pull out on time."
7      Q.  Have they ever told you, when they say come
8  early, how early they mean that you should be there?
9      A.  Oh, at least a half an hour.
10      Q.  Can you identify any superintendent who's told
11  you that you need to be there at least half an hour
12  early?
13      A.  Oh, Neal, then we have Deborah, then we have
14  Ayn.  They always say come early.  They said, "Because
15  we don't want you guys to be late."
16      Q.  These are things they said to you.
17      A.  Yes.
18      Q.  And you also said you've seen this also in
19  bulletins that you've received?
20      A.  Yes.
21      Q.  Any other place or any other way in which
22  you've been encouraged to come early?
23      A.  Yes, they put it on the wall, the office.  They
24  remind us all the time, the operators, "Please don't
25  come late," to always come early.

12

| | |
|---|---|
| 1     Q. Any other reason why you drive to work other | 1     something, activity going on in the school, so they call |
| 2   than what you've already told me? | 2   us, either F line breaks down or the cable car breaks |
| 3     A. No. | 3   down, then we go do those things. So we just stay there |
| 4     Q. And what's your current run? | 4   in the yard and we cannot leave. |
| 5     A. Oh, I have 801. | 5     Q. So the standby time is paid time; is that |
| 6     Q. And what's the report time for that run? | 6   right? |
| 7     A. 6:30. | 7     A. Yes. |
| 8     Q. A.m.? | 8     Q. And when you mentioned about the two-hour split |
| 9     A. Yes. | 9   time, that's unpaid time? |
| 10     Q. And what's the time it's scheduled to end? | 10     A. Yes. |
| 11     A. Ends 4:13. | 11     Q. Okay. And on these runs that you were talking |
| 12     Q. P.m. | 12   about, not your current run but the ones that you've had |
| 13     A. Yes. | 13   before in the previous five or six years, do you |
| 14     Q. And is that a straight or a split run? | 14   remember how long the standby time was, generally? How |
| 15     A. It's a split. It's like – yeah. | 15   much? An hour? Two hours? |
| 16     Q. Okay. And how long have you had the 801? | 16     A. Usually I would say about two hours. |
| 17     A. Oh, let's see. Past – about a couple months. | 17     Q. And how often was it that they actually had |
| 18     Q. Do you remember the run you had before 801? | 18   something that you needed to do rather than -- |
| 19     A. It was – no. | 19     A. Oh, all the time. They call you all the time |
| 20     Q. Okay. The runs you've had before, have they | 20   over when the cable car breaks down. They all say, |
| 21   been similar times for the report and end time? | 21   "Hey, you go do a trip." The driver goes sick on a |
| 22     A. Mostly the – before I've been working split | 22   line, like a driver gets sick, so they say, "Hey, go get |
| 23   runs, I usually start between 6:30, 6:45, and then I | 23   the – pull the bus in." I mean we just there. |
| 24   always get off 6:45. So they are a 12-hour-range run. | 24   Anything goes wrong, we just go do it. |
| 25     Q. So in the last six years, or so, you've only | 25     Q. So some days you just wait around the gillie |
| <div align="center">13</div> | <div align="center">15</div> |
| 1   had split runs? | 1   room. |
| 2     A. Yes. | 2     A. Yes. |
| 3     Q. Okay. Generally starting at 6:30 to 6:45 in | 3     Q. And other days you have to go out; it could be |
| 4   the morning? | 4   anything. |
| 5     A. Yes. Yes. | 5     A. Anything, yes. |
| 6     Q. And ending I think you said around – | 6     Q. Okay. And could you give me an estimate about |
| 7     A. 6:45. | 7   the amount of time where they give you something to do |
| 8     Q. – 6:45? 6:30 or 6:45? | 8   versus just sitting in the gillie room? |
| 9     A. Yes. | 9     A. It's always varies. Like especially now, with |
| 10     Q. And it sounds like your current run is a little | 10   the Superbowl, they having a lot of problems. So they |
| 11   bit different; right? Because it ends earlier? | 11   say, "Hey, go do F line, go do this," you know. See, it |
| 12     A. This one, yes. | 12   depends. Very busy, you know, they say go do things. |
| 13     Q. With those older runs, how much time was in the | 13     Q. Does it ever happen where they give you an |
| 14   split, generally, in those runs? | 14   assignment during the standby time and you continue to |
| 15     A. Oh, they have -- we work, start 6:30 to about | 15   do that assignment past the time that you're supposed to |
| 16   10 o'clock, then we have a split, two hours, then we | 16   start the second piece of your run? |
| 17   have a standby, then we go back and go to school trips. | 17     A. They do a lot of time. Like we do the – when |
| 18   So we go back again about 2:45 until 6:45. | 18   they have field trip for the schools, they tell us to go |
| 19     Q. When you say – you mentioned standby about two | 19   all the way from Pier 39 to the other end, and then we |
| 20   hours – excuse me. | 20   got to take the kids wherever they want to go and then |
| 21     A. No, these are – | 21   they want us to do the express trip, like you coming |
| 22     Q. The split is about two hours, but you also | 22   from Daly City BART. I mean it's rush hour, 4 o'clock. |
| 23   mentioned standby. | 23   So we come do express, the expresses. |
| 24     What's the difference between those? | 24     Q. So I'm just trying to get an understanding. |
| 25     A. Standby, we – a lot of time like we do like | 25     So if, during this standby time, they give you |
| <div align="center">14</div> | <div align="center">16</div> |

| 1 | an assignment, "We need you to go out and do X" -- | 1 | A. I'm always there about 5:30, yes. |
|---|---|---|---|
| 2 | A. Yes. | 2 | Q. And what do you do between 5:30 and 6:15? |
| 3 | Q. -- and it goes beyond the start time for the | 3 | A. Oh, I -- mostly I come, I park my car, and then |
| 4 | next part of your regular run, do they then slot you | 4 | I go inside, then I read the bulletins, and then we go |
| 5 | back into your regular run, or they give somebody else | 5 | get our outfit and we talk to dispatcher what's going |
| 6 | that part of the run and have you do some other things? | 6 | on. Especially they always give you something -- you |
| 7 | A. No, no. We do -- a lot of time we late, so | 7 | know, you want to go -- like they have a construction |
| 8 | then we go do whatever we supposed to. Whatever the run | 8 | zone, they want you not to stop over here, go across the |
| 9 | does, we just go do that, even when we late a half an | 9 | street. They always give you bulletin so that way |
| 10 | hour, 45 minutes. So we go do what we supposed to do. | 10 | what's going on today. So we read and we get prepared. |
| 11 | Q. Okay. And we're going to talk about your | 11 | Q. Okay. |
| 12 | current run in a minute, but these previous split runs, | 12 | A. Yes. |
| 13 | the first part of the split, that's a pull-out and a | 13 | Q. Anything else you do between 5:30 and 6:15? |
| 14 | pull-in from the division? | 14 | A. No. |
| 15 | A. Yes. Yes. | 15 | Q. And it sounds to me like you're talking about |
| 16 | Q. And the second part of the run is also a | 16 | two different kinds of bulletins that you're reading? |
| 17 | pull-out and a pull-in from the division? | 17 | You're reading some bulletins that are on a board; |
| 18 | A. Yes. Yes. | 18 | correct? |
| 19 | Q. So for each piece, each part of that run, you | 19 | A. And -- yes. |
| 20 | need to do a preop of a vehicle? | 20 | Q. And there are also sometimes some bulletins in |
| 21 | A. Yes. | 21 | the outfit? |
| 22 | Q. And a postop of a vehicle. | 22 | A. Yes. |
| 23 | A. Yes. When we pull in, then we check the | 23 | Q. And how long does it take you to read the |
| 24 | windows, see nobody sleeping, nothing wrong with the | 24 | bulletins that are on the board? |
| 25 | coach, pick up the transfer and defect card and | 25 | A. Usually takes about 10 minutes. |
| | 17 | | 19 |

| 1 | everything, yes. | 1 | Q. And then you say you get your outfit and talk |
|---|---|---|---|
| 2 | Q. Okay. And so you essentially do two preops and | 2 | to the dispatcher? |
| 3 | two postops. | 3 | A. Yeah. |
| 4 | A. Yes. | 4 | Q. How long does that take? |
| 5 | Q. Got it. And now your current run, 801, what | 5 | A. It usually takes 10 -- 10 minutes. it usually |
| 6 | line is that? | 6 | takes. See, they tell you, "Hey, we have a |
| 7 | A. Oh, I do 38 B; 31 B; and 31 B. 31 B is the | 7 | construction," or like these days a lot of confusion |
| 8 | same and then the 38 B is the 38 Geary, yes. 31 B is | 8 | because we cannot go Embarcadero. So they remind you we |
| 9 | Balboa. | 9 | can use the F line, the track, so we can go on the track |
| 10 | Q. So what's the difference between -- I'm sorry, | 10 | instead of going on Van Ness. They just tell you always |
| 11 | the 38 B is what? | 11 | different things. |
| 12 | A. It's the 38 Geary. | 12 | Q. Do they give you this information verbally, or |
| 13 | Q. Geary? | 13 | they say, "There's a bulletin in the outfit you should |
| 14 | A. And 31 is Balboa. | 14 | look at"? |
| 15 | Q. So are either one of those an express? | 15 | A. They do both, yeah. Superintendent, |
| 16 | A. Yes. | 16 | dispatchers, the union people, they always give you |
| 17 | Q. They're both express. | 17 | bulletins and then also come up and remind you what you |
| 18 | A. Both express, yes. | 18 | supposed to be doing. |
| 19 | Q. So your report time is 6:30? | 19 | Q. So about 10 minutes to read the bulletins that |
| 20 | A. No, it's 6:13. | 20 | are posted, and then it's 10 minutes to sort of pick up |
| 21 | Q. 6:13? | 21 | the outfit, look through those bulletins and have a |
| 22 | A. Yes. | 22 | conversation, if necessary? |
| 23 | Q. Ah. Okay. I'm sorry. | 23 | A. Yes. |
| 24 | And you say you try to arrive approximately 45 | 24 | Q. Okay. Anything else you do between 5:30 and |
| 25 | minutes before your report time? | 25 | 6:15? |
| | 18 | | 20 |

GIANNARELLI & ASSOCIATES (510) 583-1800

**Page 21**

1     A. No.

2     Q. When do you pick up your outfit?

3     A. Usually about 6 o'clock, sometime before.

4     Q. Is there any rule or practice about how early

5 the outfit's going to be available for you to pick up?

6     A. We used to pick up all the time. Like I used

7 to come 5:30, I pick it up no problem, but now they

8 just — they want you to pick up 10, 15 minutes early

9 now, just before. 10, 15 minutes, just before your

10 time.

11     Q. Okay. So you've told me everything you do

12 between the 5:30 and 6:15 report time; correct?

13     A. Yes. Yes.

14     Q. And then what do you do at 6:15?

15     A. Well, we just go in the coach and prepare to

16 leave the yard.

17     Q. Okay.

18     A. We go around the coach, we check the windows,

19 we check the tires, we check the wiper blades, we check

20 the wheelchair. We want to make sure, before we pull

21 out, it — the coach has to be safe. If the coach has

22 something defect, so we go back again, talk to a

23 mechanic, talk to the yard starter. So it's a lot of

24 time you just — a lot of time when you start the

25 coaches things okay, but then you starting to move, you

**Page 22**

1 can hear the brake or the air pressure is low or either

2 the wheelchair, they don't work, so...

3     Q. Okay. If everything is in normal functioning

4 order, how much time does it take to do this preop of

5 the vehicle?

6     A. How much? Usually about 15, 15 minutes.

7     Q. And then what time do you pull out?

8     A. Usually about 6:30.

9     Q. And when you pull out on the 801, the first

10 part of your day is the 38 B?

11     A. Yes.

12     Q. Correct? Where do you go?

13     A. I go North Point — you mean where I go? I go

14 to 25th and Geary.

15     Q. So you pull the vehicle out of the yard and you

16 deadhead to 25th and Geary?

17     A. Yes.

18     Q. And to "deadhead" means you're not in service

19 and you drive with the normal flow of traffic.

20     A. Yes.

21     Q. And 25th and Geary, is that one of the

22 terminals for the 38 B line?

23     A. Yes.

24     Q. So you get out to 25th and Geary.

25     What do you do next?

**Page 23**

1     A. Then when it's time to leave, then I just go in

2 service.

3     Q. Okay. Is there a place to park your vehicle

4 while you're waiting to go in service?

5     A. Usually that neighborhood, there's no parking.

6 We usually park in the street, or either sometimes the

7 street cleaning, we just go next to the...

8     Q. And how early do you get there before you're

9 supposed to go into revenue service?

10     A. See, my habit, like I say, I don't like to be

11 late. I'm always there five, 10 minutes early. Always.

12     Q. So you'll get to 25th and Geary five to 10

13 minutes before the paddle tells you you're supposed to

14 start service?

15     A. Yeah, usually I do that because a lot of time

16 we pull out, like we go on Lombard Street, they had a

17 few times bad accidents, they close. Then you have to

18 wait, and then every time you go to 25th and Geary and

19 public complains. They know our schedules. See, I've

20 been doing the same run every day, so they say, "Hey,

21 you five, 10 minutes late." So with me, I just like to

22 be on time, so I'm always there on time.

23     Q. So you are there at least five minutes before

24 the paddle says you're supposed to open the door and

25 take your first passenger.

**Page 24**

1     A. Usually I don't go to the stop. I usually wait

2 further up. But when paddle says, I just go right and

3 then open the door and keep moving.

4     Q. So a minute or two, you say, "Oh, I'm supposed

5 to be there," you pull forward?

6     A. Usually Muni doesn't want you to leave early.

7 Muni wants you to be on time.

8     Q. So you pull up right at the time when the

9 paddle says.

10     A. Right at the time, yes.

11     Q. You open the doors, say, "Good morning, let's

12 roll."

13     A. "Good morning, let's roll," yes.

14     Q. So to get out to 25th and Geary, is there a set

15 route you're supposed to take, or do you have some

16 discretion as to how you're going to drive the vehicle

17 out there?

18     A. Well, we have two different routes. One, we go

19 on Lombard Street, then Golden Gate Bridge and 19th;

20 another one we go all the way to Van Ness, Pine, Masonic

21 and Geary.

22     Q. And is it left to the operator to decide which

23 of those routes to take, or you get some input maybe

24 from the dispatcher?

25     A. See, I've been driving so long, so I go which

| | |
|---|---|
| 1   one is safer and quicker. | 1   something. |
| 2      Q.   Okay. But is it up to you to make that choice | 2      Q.   Okay. |
| 3   as to which is the better route to take? | 3      A.   9:40, or something. |
| 4      A.   No, mostly the management does. They always | 4      Q.   You ask all the passengers to get off? |
| 5   encourage you to, "Don't go on that route, go this way, | 5      A.   Oh, they always get off because that's the last |
| 6   go that way." | 6   stop. |
| 7      Q.   Okay. So you start at 25th and Geary, and | 7      Q.   You change the sign you're no longer in |
| 8   what's the other terminal for the 38 B? | 8   service? |
| 9      A.   You mean other end? | 9      A.   No longer in service, yes. |
| 10      Q.   Yeah. | 10      Q.   And then you deadhead back to the – |
| 11      A.   Pine and Davis. | 11      A.   To the yard. |
| 12      Q.   So you get to Pine and Davis and then you go | 12      Q.   To the yard. |
| 13   back. | 13      And what time do you generally pull in? |
| 14      A.   Then I go back, yes. | 14      A.   It's always different times. Traffic is so |
| 15      Q.   And you keep doing that until that part of the | 15   bad, so it's never the same. |
| 16   run is ending. | 16      Q.   It's scheduled at 10 o'clock; right? |
| 17      A.   Yes. Yes. | 17      A.   It's scheduled – I would say 10:00, yeah. |
| 18      Q.   And where does that part of the run end? | 18      Q.   You ever pull in early? |
| 19   When's the last revenue stop? Or where is the last | 19      A.   No, never pull – we don't pull in early. |
| 20   revenue stop? | 20      Q.   Okay. Ever pull in between one and five |
| 21      A.   You mean at 38 B? | 21   minutes after the scheduled time to pull in? |
| 22      Q.   Yeah. | 22      A.   It's always late by five to 10 minutes. |
| 23      A.   We start 25th and then we come all the way to | 23      Q.   Is it ever more than 10 minutes late that |
| 24   Presidio and Geary. | 24   you're pulling in? |
| 25      Q.   Okay. | 25      A.   It's always 10 minutes. |
| <div align="center">25</div> | <div align="center">27</div> |
| 1      A.   And then we come on Pine Street, then we go all | 1      Q.   And what do you do when you pull in? |
| 2   the way Bush Street, then we go – it's – I mean the | 2      A.   Oh, when we pull in, we get the transfers and |
| 3   revenue, we go all the way to Pine and Davis. | 3   then we go and make sure nobody's sleeping in the coach, |
| 4      Q.   And I think we're not communicating well here. | 4   because they don't want to bring anybody sleeping in the |
| 5      So the first part of the run ends with you | 5   coach, so we go around it and we get all the transfers, |
| 6   pulling back into the division at what time? | 6   defect cards, and then we'll just take it in and give it |
| 7      A.   Oh, when I pull in? | 7   to a dispatcher. |
| 8      Q.   Yeah. | 8      Q.   How long does all that process take from the |
| 9      A.   It's always different. Especially – it's | 9   moment you pull into the yard? |
| 10   always late, always 10, 15 minutes late. | 10      A.   About 10 minutes. |
| 11      Q.   You're supposed to report at 6:13 a.m. | 11      Q.   Okay. And then you're on standby or you're on |
| 12      A.   Uh-huh (affirmative). | 12   a split? |
| 13      Q.   What time is the first half of the split | 13      A.   I'm on standby. |
| 14   supposed to end? | 14      Q.   You're on standby? |
| 15      A.   It's supposed to end 10 o'clock. | 15      A.   This one. See, the previous one, they all |
| 16      Q.   At Kirkland. | 16   splits, so this one is a standby. |
| 17      A.   Kirkland, yes. | 17      Q.   So this one, it's split but the whole split is |
| 18      Q.   So my question is, before you pull into | 18   filled up. |
| 19   Kirkland, where did you let all the passengers off? | 19      Is paid time? Paid standby time? |
| 20      A.   Pine and Davis. | 20      A.   Yes. |
| 21      Q.   Pine and Davis. | 21      Q.   And then what time does the second piece of the |
| 22      A.   Yes. | 22   run start? |
| 23      Q.   And then what time are you scheduled to be at | 23      A.   This one doesn't have a second piece. See, |
| 24   Pine and Davis? | 24   usually I work other runs that have a second piece. |
| 25      A.   I think it's -- I don't know. It's 9:39, or | 25      Q.   And maybe – so I'm confused. I thought your |
| <div align="center">26</div> | <div align="center">28</div> |

| | |
|---|---|
| 1 current run, 801, was a split run. | 1     Q. Other times they'll ask you to pull a vehicle |
| 2     A. No, this one doesn't have it. | 2 out? |
| 3     Q. This one is a straight run. | 3     A. Yes. |
| 4     A. This one is a straight run, yeah. | 4     Q. How often do they have something for you to do |
| 5     Q. Okay. But if you're pulling in at 10:00 in the | 5 other than just be on standby in the gillie room? |
| 6 morning and you told me the run doesn't end until 4:13, | 6     A. They used to send us a lot, but now they hired |
| 7 or so, so what are you doing between -- | 7 so many operator so they always sending the new |
| 8     A. See, this run -- | 8 operator. |
| 9     MR. YOUNG: Go ahead. | 9     Q. The newer operators. |
| 10     THE WITNESS: You want to say something? | 10     A. Yes. |
| 11     MR. YOUNG: No, no, no. | 11     Q. So is it fair to say you rarely go out and do |
| 12     THE WITNESS: This is a part-time run. | 12 something? |
| 13     MR. ROLNICK: Q. Okay. | 13     A. No, no, we still go. No, we go. We go. |
| 14     A. Because what happened, they didn't have the | 14     Q. Is it the majority of the time or less than |
| 15 part-time drivers and then they let us work. | 15 half the time? |
| 16     Q. Okay. So you start at 6:15 a.m. | 16     A. No, we go often. A lot of time, all the |
| 17     The first part of this run ends sometime 10:00 | 17 drivers, like, go sick, they didn't make a relief, or |
| 18 a.m., 10:15 a.m.? | 18 they're running late, and they tell us, "Hey, go do that |
| 19     A. Yes. | 19 trip." |
| 20     Q. You're on standby. | 20     Q. If you have to do a pull-out of a vehicle, you |
| 21     A. But sometimes they do send us out. | 21 do the same process that we talked about earlier. |
| 22     Q. But the run has you on standby at least until | 22     A. Oh, yes. |
| 23 4:13. | 23     Q. You pick up the outfit, find out if there's any |
| 24     A. Yes, yes, yes. | 24 particular route issues from the dispatcher or the |
| 25     Q. Some days you'll stay at the division in the | 25 bulletins. |
| 29 | 31 |
| 1 gillie room? | 1     A. Yes, yes, yes. |
| 2     A. Yes. | 2     Q. Do your preop? |
| 3     Q. Other days they'll send you out on some sort of | 3     A. Yes. |
| 4 relief mission. | 4     Q. Pull out. |
| 5     A. Yes, yes. | 5     A. Yes. |
| 6     Q. Somebody didn't show up? | 6     Q. And occasionally, I take it that you get |
| 7     A. Yes. | 7 relieved out in the field? |
| 8     Q. What have you. | 8     A. I used to. |
| 9     A. Yes. | 9     Q. Okay. |
| 10     Q. So how do you find out what you're going to do | 10     A. Yes. |
| 11 for the rest of your run? How does that happen? | 11     Q. When was the last time you had a run where you |
| 12     A. We just stay there and they call you. | 12 were relieved by another operator? |
| 13     Q. Okay. When you come in and drop the stuff off | 13     A. About 2006. No, I think not 2006. That was a |
| 14 at the dispatcher at 10:15, 10:10, 10:15, they say, | 14 long time ago. I would say in '10 I had it, a run on |
| 15 "Hey, we have something else for you to do"? | 15 the 10 line. So we make a relief on Van Ness and |
| 16     A. Yes. We go do it, yeah. | 16 Pacific, and then I get off, I come to the yard to pick |
| 17     Q. And sometimes, "We don't have anything for you | 17 up my car. |
| 18 right now." | 18     Q. But that was back in 2006 or '7? |
| 19     A. We just sit there. | 19     A. '10. No. No. I work from '6 all the way |
| 20     Q. And you wait around until 4:13 in the gillie | 20 to '10 straight runs. I come 4 o'clock and get off |
| 21 room. | 21 12:30, yes. |
| 22     A. Yes. | 22     Q. But currently, for this sort of second part of |
| 23     Q. And am I correct that sometimes they'll ask you | 23 your run, even if you're going to make a relief out in |
| 24 to go make a relief of an operator? | 24 the field, you're always pulling the vehicle back in to |
| 25     A. Yes. | 25 the facility? |
| 30 | 32 |

1      A.   When we make a relief, yes, and then a lot of
2  time we don't. A lot of time, like the run end
3  5 o'clock, 4:30, somebody else make the relief and we
4  walk back to the yard.
5      Q.   And that's my question.
6      A.   Yes.
7      Q.   So when you're working the standby time on your
8  current run, occasionally they'll ask you to go fill in
9  for another operator --
10      A.   Yes.
11      Q.   -- which will require you to make a relief out
12  in the field --
13      A.   Yes.
14      Q.   -- and also be relieved.
15      A.   Be relieved, yes. Yes.
16      Q.   And describe for me what happens when you make
17  a relief.
18      What's that process look like?
19      A.   I mean we take a bus from our yard, we go make
20  a relief. Like 28 makes you relieve up on Fort Mason,
21  so we go over there, take a bus, and then we make a
22  trip. And then after we get relieved, same thing. We
23  walk or we take a bus back to the yard, yes.
24      Q.   Describe for me the sort of handoff from one
25  operator to the next.

1      What does that involve?
2      A.   Oh, it's the same thing. We have to make sure,
3  when you handing out the coach to another operator, make
4  sure that coach is safe. We go around it. He -- my
5  responsibility, when he give me the coach, I go around
6  it, I look around, no damage. He tells you what's wrong
7  with it. So all the -- I mean everything is working
8  properly. So if something wrong, then we...
9      Q.   How long does that process take when you're
10  either making a relief or being relieved?
11      A.   I would say that takes about 10 minutes.
12      Q.   And that includes even if the vehicle is in
13  revenue service at the moment of the relief?
14      A.   Yes, it still take 10 minutes. You go around,
15  put the wheelchair down, or your wiper, the bike rack.
16  You look, nothing loose in the seats, handle.
17  Everything. Just takes 10 minutes.
18      Q.   So if there are passengers onboard, they just
19  have to wait that 10 minutes?
20      A.   Most of the time, when we make a relief, we
21  always discourage people to step down. Then we talk to
22  the operators, and then when we ready to move, we say,
23  "Please come in." Most of the time, when we go to the
24  end of the line, everybody gets off.
25      Q.   So most of the time, when you're either being

1  relieved or making the relief, it's at the end of the
2  line?
3      A.   Mostly, yes.
4      Q.   But if it's on the line during a revenue time,
5  you ask the passengers to get off the vehicle while you
6  do the inspection?
7      A.   Most of the time they don't. Only time in the
8  revenue, when somebody gets sick, like a driver gets
9  sick or something happen, then we just -- the driver,
10  they take the inspector or ambulance, then we do it.
11  But probably I would say 99 times we do make any changes
12  it's at the end of the line, on terminal, yes.
13      Q.   And you say it takes about 10 minutes to do
14  that handoff.
15      A.   Yeah, yeah. You just want to make sure, when
16  you start driving, the coach is safe.
17      Q.   Okay. And on your current run, if they send
18  you out during your standby time, does it sometimes
19  happen that whatever assignment they've given you goes
20  beyond your regular time to end your run?
21      A.   Most of the time they know that I'm going to
22  get off that time so they don't. They tell you, "Just
23  go do something." Then whatever my timing, we just pull
24  in.
25      Q.   So your experience is that they'll give you an

1  assignment that falls within your run schedule?
2      A.   Yes. Yes.
3      Q.   Or if it doesn't, they'll tell you just bring
4  the vehicle in at that time?
5      A.   Yes, pull in.
6      Q.   So when you got a run that's going to pull in,
7  how often do you pull in at 4:13?
8      A.   Most of the time they give you something. They
9  give us -- mostly they want us to go do the trips and
10  then somebody else mostly relieves it.
11      Q.   Okay.
12      A.   But if not, then most of the time they'll say,
13  "Hey, you're supposed to get off. Just make a --
14  go like 47, go to train station." Then they'll say,
15  just on that train, just to pull in from that end.
16      Q.   Okay. So they'll have an eye that you're
17  supposed to be done at 4:13?
18      A.   Yes. Yes.
19      Q.   And they'll just divert that vehicle off the
20  line and send you back to Kirkland.
21      A.   Yes.
22      Q.   Or they'll send somebody out to relieve you?
23      A.   Yes.
24      Q.   And you'll travel back to Kirkland.
25      A.   Yes. Yes.

| | | | |
|---|---|---|---|
| 1 | Q. Okay. So how often are you ending your day at | 1 | you from putting in overtime? |
| 2 | 4:13? | 2 | A. They just say they have to do the work, so they |
| 3 | A. How often? | 3 | don't do it. Because they have to put them in the |
| 4 | Q. Yeah. | 4 | computers, and so they just say, "Hey, don't put 10 |
| 5 | A. Pretty much on time. | 5 | minutes." |
| 6 | Q. Let me show you what we've marked previously as | 6 | Q. Anything else a dispatcher has said to you to |
| 7 | Exhibit 4. | 7 | discourage you from putting in overtime? |
| 8 | Do you recognize that document? | 8 | A. They have, in the past, complained that drivers |
| 9 | A. Oh, I've seen, yes. | 9 | putting overtime and they were mad. They said don't do |
| 10 | Q. Can you tell me what that is? | 10 | it. They said drivers putting in five minutes, 10 |
| 11 | A. It's an overtime card. | 11 | minutes to some of the drivers doing too much overtime, |
| 12 | Q. And have you ever filled one of those out? | 12 | so don't do it. |
| 13 | A. I have, yeah, a few times. Yes. | 13 | Q. Do you remember any dispatcher who said that to |
| 14 | Q. Do you have some understanding of the | 14 | you? |
| 15 | circumstances in which you're allowed to fill out an | 15 | A. We have dispatcher -- every day different |
| 16 | overtime card? | 16 | dispatcher. They come and go. |
| 17 | A. But the problem is, the management, they | 17 | Q. So you can't remember the name of a single |
| 18 | discourage you. They always say don't do it. | 18 | dispatcher who's discouraged you from putting in |
| 19 | Dispatcher always complain, they say, "Hey, you put 10 | 19 | overtime? |
| 20 | minutes. I don't want to put it on the computer." | 20 | A. No. No. |
| 21 | Same always management. We have some operator | 21 | Q. Do you recall the last time you put in for |
| 22 | fill it out, they get really mad at them. They say, | 22 | overtime? |
| 23 | "Hey, you guys putting too much overtime." | 23 | A. No. |
| 24 | Q. My question's a little bit different, and we'll | 24 | Q. Have you ever had a dispatcher refuse to take |
| 25 | talk about that. | 25 | an overtime card from you? |
| | 37 | | 39 |
| 1 | What do you understand the circumstances in | 1 | A. We usually don't -- I usually don't fill it |
| 2 | which you're allowed to put in an overtime card? | 2 | out. I just -- because they -- they had so many time a |
| 3 | MR. YOUNG: Objection; asked and answered. He | 3 | problem with the other operators, they complain, so just |
| 4 | just answered that question. | 4 | rather not do it. |
| 5 | MR. ROLNICK: Q. You can go ahead and answer. | 5 | Q. Okay. The last five or six years, have you put |
| 6 | MR. YOUNG: He just answered it. | 6 | in for overtime? |
| 7 | MR. ROLNICK: Q. What circumstances can you | 7 | A. I have a few times. |
| 8 | put in for overtime? What's your understanding? | 8 | Q. On any of those occasions, did a dispatcher |
| 9 | A. They discourage you not to do it. | 9 | tell you, "I'm not going to accept that"? |
| 10 | Q. Do you have an understanding that if you work | 10 | A. I mean I had a few times like discouraging me. |
| 11 | beyond your regular run, that you should put in for | 11 | Like I break down and I was late for a couple hours |
| 12 | overtime? | 12 | because I pull in 6:30, 6:45 and I was there until 8:00 |
| 13 | A. Yeah, but they always say don't do it. The | 13 | p.m., and then pull in next day, there's no -- no pay. |
| 14 | dispatchers, even superintendent. A lot of time we have | 14 | I came and checked and they said nobody did it. |
| 15 | meeting, they say, "Hey, drivers. Don't work overtime. | 15 | Q. Did you ever check your paycheck to see if you |
| 16 | Just pull in. Call Central Control." They always say, | 16 | got paid for that? |
| 17 | "Call Central Control." So they -- most of the time, | 17 | A. They didn't pay me. I came next day, I talked |
| 18 | they just discourage you not to do it. | 18 | to the dispatcher. They said they didn't do it. |
| 19 | Q. But if you work beyond, for example, 4:13, you | 19 | Q. Okay. Did you check whether it showed up on |
| 20 | understand you can put in an overtime card; right? | 20 | your paycheck, though? |
| 21 | A. But we don't do it. | 21 | A. We checked with the union and they just said |
| 22 | Q. Who has discouraged you? | 22 | they didn't pay it because we have to -- yeah, so they |
| 23 | A. Mostly the dispatchers, because they the ones | 23 | didn't do it. |
| 24 | that have to do the work, so they don't. | 24 | Q. Okay. Other than that occasion, are there any |
| 25 | Q. And what have they said or done to discourage | 25 | other occasions where you've put in for overtime and you |
| | 38 | | 40 |

1 didn't get paid for it?
2    A. Oh, many times. In the past 35 years, yes.
3    Q. Did you keep any record of that?
4    A. No.
5    Q. Has any superintendent discouraged you from
6 putting in overtime?
7    A. They don't say it directly, but indirectly a
8 lot of time we have a meeting and they -- indirectly
9 they say, "Operator, you guys putting overtime, the
10 management doesn't want it, so try not to fill out that
11 cards."
12    Q. Can you identify any superintendent you've
13 heard say that?
14    A. No.
15    Q. Did you ever hear Mr. Weingarten say that?
16    A. Oh, we just have him only for the past two,
17 three months now.
18    Q. What about, have you ever heard Ms. Franks say
19 that?
20    A. I don't recall.
21    Q. Did you ever hear Ms. Antonio say words to that
22 effect?
23    A. I don't recall.
24    Q. You don't recall her ever saying that?
25    A. (Witness shakes head negatively.) But they

41

1 don't say it directly. When we have a meeting or
2 something, and then they say, "Oh, you guys doing
3 overtime, don't put overtime."
4    Q. Have you ever heard Ms. Antonio say that?
5    A. I don't recall.
6    Q. Okay. Ever hear Ms. Franks say that?
7    A. I don't recall.
8    Q. Or Mr. Weingarten?
9    A. No, I don't recall.
10    Q. Is there anything else you recall a dispatcher
11 saying or doing, other than what you've already told me,
12 that discouraged you from putting in overtime?
13    A. No.
14    Q. Did you ever have a dispatcher refuse to give
15 you an overtime card to fill out?
16    A. A lot of times they don't have them, these
17 things.
18    Q. You ever ask for one and not be given one?
19    A. Yeah, we have asked, and sometimes they say,
20 "We don't have it."
21    Q. Do you remember the last time that happened?
22    A. No.
23    Q. We were talking earlier about not your current
24 run but the runs you've had before, the split runs where
25 you had pull-ins that were scheduled around 6:45 p.m.

42

1    Describe for me what you do when you pull in.
2    A. I was doing 31 B. We go to Ocean Beach, La
3 Playa and Cabrillo. I pull in -- I had that run for --
4 so always 15 minutes late because we have problems with
5 management. We always tell them to give us more time to
6 pull in because you cannot pull in. The bus go from
7 Pine and Davis and go to Ocean Beach and come back in
8 half an hour. And I drive my own car and you cannot
9 make it from Ocean Beach to Pier 39 at 6:45, 7 o'clock
10 rush hour. Van Ness busy; Lombard busy. A lot of time
11 we pull in from the Golden Gate Bridge and it backs up
12 19th Avenue. Once you get stuck, you're stuck.
13    Q. So you always pulled in 15 minutes late?
14    A. Always. Always.
15    Q. Ever less than 15 minutes late?
16    A. No, always 15 minutes.
17    Q. What do you do once you pull in?
18    A. Same thing. We pull in, we close the windows,
19 we walk around, want to make sure nobody's sleeping, and
20 then we get the transfers and then we get defect cards,
21 then we go inside and then give the defect card and
22 transfers.
23    Q. How long does it take to do all those tasks?
24    A. Oh, 10 minutes.
25    Q. And then what do you do?

43

1    A. Then I go bathroom, wash my hands. Then I go
2 pick up my car and drive home.
3    Q. So there's nothing else you do at the division
4 after the --
5    A. Pull-in, no.
6    Q. Are you aware of any operator being
7 investigated for putting in overtime?
8    A. They complained, yes. I heard they complained
9 that driver were putting in overtime. That's where that
10 problem, because they didn't want to pay, yeah.
11    Q. Who's "they"?
12    A. The dispatchers, superintendent.
13    Q. But are you personally aware? Do you know any
14 transit operator that's ever been investigated for
15 putting in for overtime?
16    A. No.
17    Q. You've heard rumors about that.
18    A. Yes.
19    Q. Did you ever complain to anybody about being
20 discouraged from putting in overtime?
21    A. Do I? No.
22    Q. You never complained to a superintendent about
23 that?
24    A. No.
25    Q. Did you ever complain to a union rep about

44

| | |
|---|---|
| 1 being discouraged from putting in overtime? | 1     Q. Other than that occasion, was there any other |
| 2     A. We have to go to the union but they don't do | 2 occasion where you raised a complaint about the run |
| 3 anything. | 3 being always 15 minutes late? |
| 4     Q. Do you remember any complaints that you made to | 4     A. Well, we've been complaining a lot because the |
| 5 a union rep about being discouraged? | 5 past three, four years it's a lot more people, a lot of |
| 6     A. Well, when I had a problem where I would break | 6 traffic and there's not enough time. |
| 7 down, and I said -- I came in and said, "Hey, they | 7     Q. Anyone ever tell you that you shouldn't put in |
| 8 didn't put it in the computer," and they said they're | 8 for overtime when it's 15 minutes late? |
| 9 going to correct the problem but they don't. | 9     A. They always discourage you. They just say -- |
| 10     Q. Was this the incident you were describing | 10 the word there, they say, "Do the best you can." That's |
| 11 earlier? | 11 always they say that. |
| 12     A. Yes. | 12     MR. ROLNICK: Okay. Those are all my |
| 13     Q. Who was the union rep that you complained to? | 13 questions. Thank you. |
| 14     A. Oh, what's his name? Zhuo. | 14     THE REPORTER: Counsel, no copy? |
| 15     Q. Zhuo? | 15     MR. YOUNG: No. |
| 16     A. Yes. | 16     (Whereupon, the deposition concluded at |
| 17     Q. Other than that occasion, was there any other | 17 12:08 p.m.) |
| 18 occasion where you've complained to a union rep about | 18 |
| 19 being discouraged from putting in overtime? | 19 |
| 20     A. No. | 20 |
| 21     Q. You mentioned earlier that when you were doing | 21 |
| 22 the 38 B, I think, that the run was always 15 minutes | 22 |
| 23 late? | 23 |
| 24     A. Uh-huh (affirmative). | 24 |
| 25     Q. And that was 15 minutes late when you were | 25 |
| 45 | 47 |

| | |
|---|---|
| 1 pulling back into the division -- | 1     CERTIFICATE OF WITNESS |
| 2     A. Yes. | 2 |
| 3     Q. -- at the end of the morning run? | 3 |
| 4     A. Yes. | 4 |
| 5     Q. Is that also with respect to the afternoon run | 5     I, MUMTAZ AHMAD, hereby declare that I have read the |
| 6 as well? | 6 foregoing testimony, and the same is true and a correct |
| 7     A. Yes. Yes. | 7 transcription of my said testimony except as I have |
| 8     Q. And who did you complain to about that? | 8 corrected. |
| 9     A. I've been complaining every time we have the | 9 |
| 10 superintendent, the union rep, the management comes in. | 10 |
| 11 Even Ed Reiskin, the general manager. I tell him I've | 11 |
| 12 been doing express buses, we all operator do it, and | 12 |
| 13 just never given enough time. | 13 |
| 14     Q. And you've told him that personally? |     Signature |
| 15     A. Yes. | 14 |
| 16     Q. How many occasions? | 15 |
| 17     A. Oh, we had a few time meetings in our division, | 16     Date |
| 18 and the union, management come in, and I tell them they | 17 |
| 19 have to give us more time. | 18 |
| 20     Q. Was this a meeting to discuss this particular | 19 |
| 21 issue or -- | 20 |
| 22     A. Just general. General. | 21 |
| 23     Q. -- just any issues that somebody wanted to | 22 |
| 24 bring up? | 23 |
| 25     A. Yes. | 24 |
| | 25 |
| 46 | 48 |

BONNIE WAGNER & ASSOCIATES
Certified Shorthand Reporters
1819 Polk Street, #446
San Francisco, California 94109
(415) 982-4849

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| | ) SS. |
| 2 | COUNTY OF ALAMEDA ) |
| 3 | |
| 4 | I, DARIA GIANNARELLI, a Certified Shorthand |
| 5 | Reporter in and for the State of California, do hereby |
| 6 | certify: |
| 7 | That MUMTAZ AHMAD, in the foregoing deposition |
| 8 | named, was present and by me sworn as a witness in the |
| 9 | above-entitled action at the time and place therein |
| 10 | specified; |
| 11 | That said deposition taken before me was reported |
| 12 | by me, a Certified Shorthand Reporter of the State of |
| 13 | California, and was thereafter transcribed into |
| 14 | typewriting, and that the foregoing transcript |
| 15 | constitutes a full, true and correct report of said |
| 16 | deposition and of the proceedings which took place; |
| 17 | That I am a disinterested person to the said |
| 18 | action. |
| 19 | IN WITNESS WHEREOF, I have hereunder subscribed |
| 20 | my hand this 9th day of February, 2016. |
| 21 | |
| 22 | _____ |
| | DARIA GIANNARELLI, CSR NO. 7000 |
| 23 | Certified Shorthand Reporter |
| 24 | |
| 25 | |

49

February 9, 2016

MUMTAZ AHMAD
C/O JOEL B. YOUNG, Esq.
2039 Shattuck Avenue, Suite 308
Berkeley, California 94704

RE: Stitt, et al., vs. SFMTA, et al.,
Deposition taken: January 26, 2016
Reported by: Daria Giannarelli, CSR No. 7000

Dear Mr. Ahmad:

Pursuant to the Federal Rules of Civil Procedure, Rule 30(e), you are advised that the original transcript of your deposition taken in the above-entitled action is available for your reading, signing and the making of such corrections that you may deem necessary.

You have thirty (30) days following receipt of this letter to read, correct and sign your deposition. If an attorney represents you, we would suggest that you contact her/him before arranging with us for the review of your deposition. You also have the option of reading your attorney's copy of the transcript. If you choose to do this, please notify us by letter of any changes you wish to make to your deposition.

Should you have any questions regarding this procedure, please consult with your attorney or contact our office.

Sincerely,

Daria Giannarelli, CSR

cc: All Counsel

---

| | |
|---|---|
| 1 | Deponent's Correction Sheet |
| 2 | |
| 3 | To add testimony, indicate "Add" and print the exact words you wish to add. To delete testimony, indicate |
| 4 | "Delete" and print the exact words you wish to delete. |
| | Deposition of: MUMTAZ AHMAD |
| 5 | Proceedings Date: January 26, 2016 |
| 6 | |
| 7 | I, MUMTAZ AHMAD, have the following changes to my proceedings transcript: |
| 8 | |
| 9 | PAGE   LINE   CHANGE (Add/Delete) |
| 10 | ___  ___  _____ |
| 11 | ___  ___  _____ |
| 12 | ___  ___  _____ |
| 13 | ___  ___  _____ |
| 14 | ___  ___  _____ |
| 15 | ___  ___  _____ |
| 16 | ___  ___  _____ |
| 17 | ___  ___  _____ |
| 18 | ___  ___  _____ |
| 19 | ___  ___  _____ |
| 20 | ___  ___  _____ |
| 21 | ___  ___  _____ |
| 22 | ___  ___  _____ |
| 23 | ___  ___  _____ |
| 24 | |
| 25 | _____ Date_____ |
| | MUMTAZ AHMAD |

50

# #

#446 [2] - 1:24; 51:2
#7000 [1] - 1:21

'

'10 [3] - 32:14, 19
'13 [1] - 9:1

# 1

1-20 [1] - 1:12
10 [36] - 6:17; 7:15; 10:4,
7, 25; 11:1; 14:16;
19:25; 20:5, 19-20; 21:8;
23:11, 21; 26:10, 15;
27:16, 22-23, 25; 28:10;
32:15; 34:11, 14, 17, 19;
35:13; 37:19; 39:4, 10;
43:24
10:00 [3] - 27:17; 29:5, 17
10:10 [1] - 30:14
10:15 [3] - 29:18; 30:14
11:10 [1] - 3:3
12-hour-range [1] - 13:24
12:08 [1] - 47:17
12:30 [1] - 32:21
1390 [2] - 3:5, 21
15 [15] - 21:8; 22:6; 26:10;
43:4, 13, 15-16; 45:22,
25; 47:3, 8
1819 [1] - 1:24; 51:2
19th [2] - 24:19; 43:12

# 2

2006 [4] - 6:14; 32:13, 18
2016 [6] - 1:18; 3:3; 49:20;
50:5; 51:4, 9
2039 [2] - 3:17; 51:7
25th [6] - 22:14, 16, 21,
24; 23:12, 18; 24:14;
25:7, 23
26 [4] - 1:18; 3:3; 50:5;
51:9
28 [1] - 33:20
2:45 [1] - 14:18

# 3

30 [3] - 11:9, 17; 51:14
30(e [1] - 51:11
308 [2] - 3:17; 51:7
31 [6] - 18:7, 14; 43:2
35 [3] - 6:1, 6; 41:2
38 [10] - 18:7, 11-12;
22:10, 22; 25:8, 21;
45:22
39 [2] - 16:19; 43:9

# 4

4 [4] - 2:6; 16:22; 32:20;
37:7
415 [2] - 1:25; 51:3
45 [3] - 11:15; 17:10; 18:24
47 [1] - 36:14
4:13 [6] - 13:11; 29:6, 23;
30:20; 36:7, 17; 37:2;
38:19
4:30 [1] - 33:3

# 5

5 [1] - 33:3
5:30 [6] - 19:1, 13; 20:24;
21:7, 12

# 6

6 [2] - 21:3; 32:19
6:13 [3] - 18:20; 26:11
6:15 [6] - 19:2, 13; 20:25;
21:12, 14; 29:16
6:30 [6] - 13:7, 23; 14:3, 8,
15; 18:19; 22:8; 40:12
6:45 [10] - 13:23; 14:3, 7-8,
18; 40:12; 42:25; 43:9

# 7

7 [2] - 32:18; 43:9
7000 [2] - 49:22; 51:9
7th [2] - 3:5, 21

# 8

801 [6] - 13:5, 16, 18; 18:5;
22:9; 29:1
8:00 [1] - 40:12

# 9

9 [1] - 51:4
94102 [2] - 3:6, 22
94109 [2] - 1:25; 51:2
94704 [2] - 3:18; 51:7
982-4849 [2] - 1:25; 51:3
99 [1] - 35:11
9:39 [1] - 26:25
9:40 [1] - 27:3
9th [1] - 49:20

# A

A-h-m-a-d [1] - 4:10
a.m [3] - 3:3; 13:8; 26:11;
29:16, 18
above-entitled [3] - 3:10;
49:9; 51:12
accept [1] - 40:9
Accident [1] - 9:15
accidents [1] - 23:17
action [4] - 3:13; 49:9, 18;
51:12
activity [1] - 15:1
add [2] - 50:2
Add [1] - 50:2
Add/Delete [1] - 50:8
advance [1] - 10:12
advised [1] - 51:12
affirmative) [3] - 5:2;
26:12; 45:24
afternoon [1] - 46:5
AGENCY [1] - 1:11
ago [1] - 32:14
ahead [3] - 8:24; 29:9;
38:5
AHMAD [10] - 1:17; 3:1, 9;
4:1; 48:5; 49:7; 50:4, 6,
25; 51:6
Ahmad [3] - 4:7, 11; 51:10
air [1] - 22:1
al [2] - 51:8
ALAMEDA [1] - 49:2
allegation [1] - 9:10
allowed [2] - 37:15; 38:2
ambulance [1] - 35:10
amount [1] - 16:7
AND [3] - 1:11; 3:4, 20
answer [5] - 4:24; 5:4, 18;
38:5
answered [3] - 38:3, 6
answering [1] - 5:3
answers [1] - 5:21
Antioch [2] - 11:5, 8
Antonio [4] - 7:11; 8:10;
41:21; 42:4
appeared [1] - 3:8
approved [2] - 9:2, 4
arranging [1] - 51:16
arrive [1] - 18:24
assignment [5] - 16:14;
17:1; 35:19; 36:1
ASSOCIATES [1] - 1:23;
51:1
attend [1] - 7:17
ATTORNEY [2] - 3:5, 20
attorney [3] - 4:12; 51:15,
19
attorney's [1] - 51:16
audibly [1] - 5:4
available [2] - 21:5; 51:12
Avenue [3] - 3:17; 43:12;
51:7
aware [2] - 44:6, 13
Ayn [3] - 7:10; 12:14

# B

backs [1] - 43:11
bad [2] - 23:17; 27:15
Balboa [2] - 18:9, 14
BART [1] - 16:22
bathroom [1] - 44:1
BE [1] - 3:2
Beach [3] - 43:2, 7, 9
behalf [2] - 1:6; 3:11
Berkeley [2] - 3:18; 51:7
best [3] - 5:17, 20; 47:10
better [1] - 25:3
between [9] - 13:23;
14:24; 18:10; 19:2, 13;
20:24; 21:12; 27:20;
29:7
beyond [4] - 17:3; 35:20;
38:11, 19
bike [1] - 34:15
bit [2] - 14:11; 37:24
blades [1] - 21:19
board [2] - 19:17, 24
BONNIE [2] - 1:23; 51:1
book [1] - 9:11
brake [1] - 22:1
break [2] - 40:11; 45:6
breaks [3] - 15:2, 20
Bridge [2] - 24:19; 43:11
bring [3] - 28:4; 36:3;
46:24
bulletin [4] - 11:21; 19:9;
20:13
bulletins [11] - 11:24;
12:19; 19:4, 16-17, 20,
24; 20:17, 19, 21; 31:25
bus [6] - 6:12; 15:23;
33:19, 21, 23; 43:6
buses [1] - 46:12
Bush [1] - 26:2
busy [3] - 16:12; 43:10
BY [4] - 1:21; 3:17, 21; 4:4

# C

C-12-03704-YGR [1] - 1:9
C/O [1] - 51:6
cable [2] - 15:2, 20
Cabrillo [1] - 43:3
CALIFORNIA [2] - 1:2;
49:1
California [9] - 1:25; 3:6,
18, 22; 11:5; 49:5, 13;
51:2, 7
cannot [4] - 15:4; 20:8;
43:6, 8
car [6] - 15:2, 20; 19:3;
32:17; 43:8; 44:2
card [8] - 17:25; 37:11, 16;
38:2, 20; 39:25; 42:15;
43:21
cards [3] - 28:6; 41:11;
43:20
Case [1] - 1:9
cc [1] - 51:24
Central [2] - 38:16
CERTIFICATE [1] - 48:1
Certified [7] - 1:24; 3:7;
4:2; 49:4, 12, 23; 51:1
certify [1] - 49:6
change [1] - 27:7
CHANGE [1] - 50:8
changes [3] - 35:11; 50:6;
51:17
check [7] - 17:23; 21:18;
40:15, 19
checked [2] - 40:14, 21
choice [2] - 11:11; 25:2
choose [1] - 51:17
circumstance [1] - 10:20
circumstances [3] -
37:15; 38:1, 7
CITY [3] - 1:11; 3:4, 20
city [1] - 4:12
City [5] - 4:17; 5:23, 25;
6:6; 16:22
Civil [1] - 51:11
cleaning [1] - 23:7
clear [1] - 8:20
close [2] - 23:17; 43:18
coach [11] - 17:25; 21:15,
18, 21; 28:3, 5; 34:3-5;
35:16
coaches [1] - 21:25
coming [1] - 16:21
commencing [1] - 3:3
communicating [1] - 26:4
complain [5] - 37:19; 40:3;
44:19, 25; 46:8
complained [6] - 39:8;
44:8, 22; 45:13, 18
complaining [2] - 46:9;
47:4
complains [1] - 23:19
complaint [1] - 47:2
complaints [1] - 45:4
computer [2] - 37:20; 45:8
computers [1] - 39:4
concluded [1] - 47:16
confused [1] - 28:25
confusion [1] - 20:7
constitutes [1] - 49:15
construction [2] - 19:7;
20:7
consult [1] - 51:19
contact [2] - 51:15, 19
continue [1] - 16:14
continuously [1] - 6:15
Control [2] - 38:16
conversation [2] - 9:6;
20:22
copy [2] - 47:14; 51:16
correct [6] - 19:18; 21:12;
22:12; 30:23; 45:9; 48:6;
49:15; 51:15
corrected [1] - 48:8
Correction [1] - 50:1
corrections [1] - 51:13
counsel [1] - 47:14
Counsel [1] - 51:24

**COUNTY** [4] - 1:12; 3:4, 20; 49:2
**couple** [2] - 13:17; 40:11
**COURT** [1] - 1:1
**court** [2] - 3:10; 4:21
**CSR** [4] - 1:21; 49:22; 51:9, 21
**current** [10] - 6:19; 13:4; 14:10; 15:12; 17:12; 18:5; 29:1; 33:8; 35:17; 42:23

**D**

**Daly** [1] - 16:22
**damage** [1] - 34:6
**DARIA** [4] - 1:21; 3:6; 49:4, 22
**Daria** [2] - 51:9, 21
**DARRYL** [1] - 1:5
**Date** [3] - 48:16; 50:5, 25
**Davis** [7] - 25:11; 26:3, 20-21, 24; 43:7
**days** [6] - 15:25; 16:3; 20:7; 29:25; 30:3; 51:14
**deadhead** [3] - 22:16, 18; 27:10
**Dear** [1] - 51:10
**Deborah** [4] - 7:2; 8:4; 12:13
**decide** [1] - 24:22
**declare** [1] - 48:5
**deem** [1] - 51:13
**defect** [5] - 17:25; 21:22; 28:6; 43:20
**Defendants** [3] - 1:14; 3:11, 19
**delete** [2] - 50:3
**Delete** [1] - 50:3
**Deponent's** [1] - 50:1
**DEPOSITION** [2] - 1:17; 3:1
**Deposition** [2] - 50:4; 51:9
**deposition** [12] - 4:12, 14, 24; 5:12; 47:16; 49:7, 11, 16; 51:12, 15
**deputy** [1] - 4:12
**describe** [3] - 33:16, 24; 43:1
**describing** [1] - 45:10
**diesel** [1] - 6:12
**difference** [2] - 14:24; 18:10
**different** [9] - 11:12; 14:11; 19:16; 20:11; 24:18; 26:9; 27:14; 37:24; 39:15
**directly** [2] - 41:7; 42:1
**disciplinary** [2] - 7:21; 9:17
**discourage** [7] - 34:21; 37:18; 38:9, 18, 25; 39:7; 47:9

**discouraged** [8] - 38:22; 39:18; 41:5; 42:12; 44:20; 45:1, 5, 19
**discouraging** [1] - 40:10
**discretion** [1] - 24:16
**discuss** [1] - 46:20
**disinterested** [1] - 49:17
**dispatcher** [17] - 19:5; 20:2; 24:24; 28:7; 30:14; 31:24; 37:19; 39:6, 13, 15-16, 18, 24; 40:8, 18; 42:10, 14
**dispatchers** [5] - 12:4; 20:16; 38:14, 23; 44:12
**DISTRICT** [2] - 1:1
**divert** [1] - 36:19
**division** [11] - 8:15, 22; 9:8, 23; 17:14, 17; 26:6; 29:25; 44:3; 46:1, 17
**Division** [1] - 6:9
**document** [1] - 37:8
**DOES** [1] - 1:12
**done** [2] - 36:17; 38:25
**door** [2] - 23:24; 24:3
**doors** [1] - 24:11
**down** [8] - 5:9; 15:2, 20; 34:15, 21; 40:11; 45:7
**drive** [8] - 11:7, 10, 12; 13:1; 22:19; 24:16; 43:8; 44:2
**driver** [5] - 15:21; 35:8; 44:9
**drivers** [6] - 29:15; 31:17; 38:15; 39:8, 10
**driving** [2] - 24:25; 35:16
**drop** [1] - 30:13
**DUDLEY** [1] - 3:23
**duly** [1] - 3:12
**during** [5] - 10:16; 16:14, 25; 35:4, 18

**E**

**early** [20] - 11:13, 15, 18, 23, 25; 12:3, 5, 8, 12, 14, 22, 25; 21:4, 8; 23:8, 11; 24:6; 27:18
**Ed** [1] - 46:11
**effect** [1] - 41:22
**Eight** [1] - 10:7
**either** [7] - 10:12; 15:2; 18:15; 22:1; 23:6; 34:10, 25
**ELVIS** [1] - 3:24
**Embarcadero** [1] - 20:8
**employed** [1] - 6:2
**encourage** [2] - 11:13; 25:5
**encouraged** [2] - 12:2, 22
**encourages** [1] - 11:18
**encouraging** [1] - 11:25
**end** [15] - 13:10, 21; 16:19; 25:9, 18; 26:14; 29:6;

33:2; 34:24; 35:1, 12, 20; 36:15; 46:3
**ending** [3] - 14:6; 25:16; 37:1
**ends** [4] - 13:11; 14:11; 26:5; 29:17
**entitled** [3] - 3:10; 49:9; 51:12
**especially** [4] - 11:21; 16:9; 19:6; 26:9
**ESQ** [2] - 3:17, 21
**Esq** [1] - 51:6
**essentially** [1] - 18:2
**estimate** [1] - 16:6
**et** [2] - 51:8
**evaluation** [6] - 7:22, 25; 8:3, 7, 13; 10:11
**evaluations** [1] - 10:21
**exact** [2] - 50:2
**EXAMINATION** [1] - 4:4
**examined** [1] - 3:13
**example** [1] - 38:19
**except** [2] - 9:23; 48:7
**excuse** [1] - 14:20
**Exhibit** [1] - 37:7
**experience** [1] - 35:25
**express** [6] - 16:21, 23; 18:15, 17-18; 46:12
**expresses** [1] - 16:23
**eye** [1] - 36:16

**F**

**facility** [1] - 32:25
**fair** [1] - 31:11
**falls** [1] - 36:1
**far** [1] - 11:11
**February** [2] - 49:20; 51:4
**Federal** [1] - 51:11
**few** [8] - 4:15; 8:18, 21; 23:17; 37:13; 40:7, 10; 46:17
**field** [4] - 16:18; 32:7, 24; 33:12
**fill** [6] - 33:8; 37:15, 22; 40:1; 41:10; 42:15
**filled** [2] - 28:18; 37:12
**finish** [2] - 5:17, 20
**finished** [1] - 10:25
**FIRM** [1] - 3:16
**first** [11] - 3:12; 4:7-9; 8:14; 17:13; 22:9; 23:25; 26:5, 13; 29:17
**five** [16] - 6:25; 8:17, 25; 9:4, 21; 10:4; 15:13; 23:11, 21, 23; 27:20, 22; 39:10; 40:5
**Floor** [2] - 3:5, 21
**flow** [1] - 22:19
**following** [2] - 50:6; 51:14
**follows** [1] - 4:3
**foregoing** [3] - 48:6; 49:7, 14

**format** [1] - 4:24
**Fort** [1] - 33:20
**forward** [1] - 24:5
**four** [2] - 6:25; 47:5
**FRANCISCO** [4] - 1:11; 3:4, 20
**Francisco** [4] - 1:25; 3:6, 22; 51:2
**Franks** [5] - 7:3, 9; 8:7; 41:18; 42:6
**full** [1] - 49:15
**functioning** [1] - 22:3

**G**

**Gate** [2] - 24:19; 43:11
**Geary** [13] - 18:8, 12-13; 22:14, 16, 21, 24; 23:12, 18; 24:14, 21; 25:7, 24
**general** [2] - 46:11, 22
**General** [1] - 46:22
**generally** [4] - 14:3, 14; 15:14; 27:13
**GIANNARELLI** [4] - 1:21; 3:7; 49:4, 22
**Giannarelli** [2] - 51:9, 21
**gillie** [6] - 10:13; 15:25; 16:8; 30:1, 20; 31:5
**given** [3] - 35:19; 42:18; 46:13
**Golden** [2] - 24:19; 43:11
**GRANDBERRY** [1] - 1:5
**GRIFFIN** [1] - 1:6
**ground** [1] - 4:19
**guys** [4] - 12:15; 37:23; 41:9; 42:2

**H**

**habit** [1] - 23:10
**half** [8] - 12:9, 11; 17:9; 26:13; 31:15; 43:8
**hand** [1] - 49:20
**handing** [1] - 34:3
**handle** [1] - 34:16
**handoff** [2] - 33:24; 35:14
**hands** [1] - 44:1
**head** [2] - 5:9; 41:25
**hear** [4] - 22:1; 41:15, 21; 42:6
**heard** [5] - 41:13, 18; 42:4; 44:8, 17
**HEDY** [1] - 1:6
**her/him** [1] - 51:15
**hereby** [2] - 48:5; 49:5
**hereunder** [1] - 49:19
**hired** [1] - 31:6
**home** [1] - 44:2
**hour** [6] - 12:9, 11; 15:8, 15; 16:22; 17:10; 43:8, 10
**hours** [6] - 14:16, 20, 22;

**I**

**identify** [2] - 12:10; 41:12
**important** [2] - 5:3, 14
**IN** [2] - 1:1; 49:19
**incident** [1] - 45:10
**Incident** [1] - 9:15
**includes** [1] - 34:12
**indicate** [2] - 50:2
**indirectly** [2] - 41:7
**information** [1] - 20:12
**input** [1] - 24:23
**inside** [2] - 19:4; 43:21
**inspection** [1] - 35:6
**inspector** [1] - 35:10
**instead** [1] - 20:10
**investigated** [2] - 44:7, 14
**involve** [1] - 34:1
**issue** [2] - 7:21; 46:21
**issues** [2] - 31:24; 46:23
**IT** [1] - 3:2

**J**

**January** [4] - 1:18; 3:3; 50:5; 51:9
**job** [1] - 4:16
**JOEL** [2] - 3:17; 51:6
**JOHN** [1] - 3:23
**Jon** [1] - 4:11
**JONATHAN** [1] - 3:21

**K**

**keep** [3] - 24:3; 25:15; 41:3
**kids** [1] - 16:20
**kind** [2] - 6:10; 9:17
**kinds** [1] - 19:16
**Kirkland** [11] - 6:9, 11, 13, 23; 7:18; 9:9; 26:16, 19; 36:20, 24
**knee** [3] - 9:1, 5, 21

**L**

**last** [16] - 4:7-9; 7:19; 8:17, 23, 25; 9:9; 13:25; 25:19; 27:5; 32:11; 39:21; 40:5; 42:21
**late** [21] - 11:14; 12:6, 15, 25; 17:7, 9; 23:11, 21; 26:10; 27:22; 31:18; 40:11; 43:4, 13, 15; 45:23, 25; 47:3, 8
**LAW** [1] - 3:16
**learn** [1] - 10:9
**least** [4] - 12:9, 11; 23:23; 29:22

leave [5] - 9:2; 15:4; 21:16; 23:1; 24:6
left [1] - 24:22
less [2] - 31:14; 43:15
letter [2] - 51:14, 17
line [12] - 15:2, 22; 16:11; 18:6; 20:9; 22:22; 32:15; 34:24; 35:2, 4, 12; 36:20
LINE [1] - 50:8
live [3] - 11:4, 11
lived [1] - 11:8
Lombard [3] - 23:16; 24:19; 43:10
look [5] - 20:14, 21; 33:18; 34:6, 16
loose [1] - 34:16
low [1] - 22:1

**M**

mad [2] - 37:22; 39:9
majority [1] - 31:14
management [7] - 25:4; 37:17, 21; 41:10; 43:5; 46:10, 18
manager [1] - 46:11
marked [1] - 37:6
Market [2] - 3:5, 21
Mason [1] - 33:20
Masonic [1] - 24:20
matter [1] - 9:17
mean [10] - 12:8; 15:23; 16:22; 22:13; 25:9, 21; 26:2; 33:19; 34:7; 40:10
means [1] - 22:18
mechanic [1] - 21:23
meeting [11] - 7:17, 20-21; 8:12, 22; 9:6, 23; 38:15; 41:8; 42:1; 46:20
meetings [3] - 8:14; 9:8; 46:17
mentioned [4] - 14:19, 23; 15:8; 45:21
minute [2] - 17:12; 24:4
minutes [43] - 10:4, 8; 11:1, 15; 17:10; 18:25; 19:25; 20:5, 19-20; 21:8; 22:6; 23:11, 13, 21, 23; 26:10; 27:21-23, 25; 28:10; 34:11, 14, 17, 19; 35:13; 37:20; 39:5, 10-11; 43:4, 13, 15-16, 24; 45:22, 25; 47:3, 8
mission [1] - 30:4
moment [2] - 28:9; 34:13
months [4] - 6:25; 13:17; 41:17
morning [5] - 14:4; 24:11, 13; 29:6; 46:3
most [8] - 34:20, 23, 25; 35:7, 21; 36:8, 12; 38:17
mostly [9] - 10:3, 22; 13:22; 19:3; 25:4; 35:3;

36:9; 38:23
move [2] - 21:25; 34:22
moving [1] - 24:3
MR [12] - 2:6; 4:4; 29:9, 11, 13; 38:3, 5-7; 47:12, 15
MUMTAZ [11] - 1:17; 3:1, 9; 4:1, 9; 48:5; 49:7; 50:4, 6, 25; 51:6
Mumtaz [2] - 4:7; 10:14
Muni [4] - 11:12, 18; 24:6
MUNICIPAL [1] - 1:11

**N**

name [9] - 4:6-9, 11; 39:17; 45:14
named [1] - 49:8
nature [1] - 7:24
Neal [4] - 6:20; 8:4; 12:13
necessary [2] - 20:22; 51:13
need [3] - 12:11; 17:1, 20
needed [1] - 15:18
negatively [1] - 41:25
neighborhood [1] - 23:5
Ness [4] - 20:10; 24:20; 32:15; 43:10
never [5] - 11:14; 27:15, 19; 44:22; 46:13
new [1] - 31:7
newer [1] - 31:9
next [6] - 17:4; 22:25; 23:7; 33:25; 40:13, 17
NO [1] - 49:22
nobody [2] - 17:24; 40:14
nobody's [2] - 28:3; 43:19
normal [2] - 22:3, 19
North [1] - 22:13
NORTHERN [1] - 1:2
nothing [3] - 17:24; 34:16; 44:3
Notice [1] - 3:2
notify [1] - 51:17
nowadays [1] - 11:22

**O**

o'clock [8] - 14:16; 16:22; 21:3; 26:15; 27:16; 32:20; 33:3; 43:9
oath [1] - 4:20
objection [1] - 38:3
occasion [6] - 7:16; 40:24; 45:17; 47:1
occasionally [2] - 32:6; 33:8
occasions [3] - 40:8, 25; 46:16
Ocean [3] - 43:2, 7, 9
OF [11] - 1:2, 12, 17; 3:1, 4, 20; 48:1; 49:1

OFFICE [2] - 3:4, 20
office [2] - 12:23; 51:19
often [6] - 15:17; 31:4, 16; 36:7; 37:1, 3
older [1] - 14:13
onboard [1] - 34:18
once [2] - 43:12, 17
one [20] - 5:14; 14:12; 18:15; 22:21; 24:18, 20; 25:1; 27:20; 28:15-17, 23; 29:2-4; 33:24; 37:12; 42:18
ones [2] - 15:12; 38:23
oOo [4] - 1:3; 2:10; 3:14, 25
open [3] - 23:24; 24:3, 11
operating [1] - 6:10
Operator [1] - 41:9
operator [14] - 6:3, 5; 24:22; 30:24; 31:7; 32:12; 33:9, 25; 34:3; 37:21; 44:6, 14; 46:12
operators [4] - 12:24; 31:9; 34:22; 40:3
option [1] - 51:16
order [1] - 22:4
original [1] - 51:12
outfit [7] - 19:5, 21; 20:1, 13, 21; 21:2; 31:23
outfit's [1] - 21:5
overtime [30] - 37:11, 16, 23; 38:2, 8, 12, 15, 20; 39:1, 7, 9, 11, 19, 22, 25; 40:6, 25; 41:6, 9; 42:3, 12, 15; 44:7, 9, 15, 20; 45:1, 19; 47:8
own [1] - 43:8

**P**

p.m [4] - 13:12; 40:13; 42:25; 47:17
Pacific [1] - 32:16
paddle [4] - 23:13, 24; 24:2, 9
PAGE [2] - 2:5; 50:8
paid [5] - 15:5; 28:19; 40:16; 41:1
paper [1] - 5:11
park [3] - 19:3; 23:3, 6
parking [1] - 23:5
part [13] - 17:4, 6, 13, 16, 19; 22:10; 25:15, 18; 26:5; 29:12, 15, 17; 32:22
part-time [2] - 29:12, 15
particular [2] - 31:24; 46:20
passenger [1] - 23:25
Passenger [1] - 9:13
passengers [4] - 26:19; 27:4; 34:18; 35:5
past [11] - 7:16; 8:2, 13;

11:17; 13:17; 16:15; 39:8; 41:2, 16; 47:5
pay [4] - 40:13, 17, 22; 44:10
paycheck [2] - 40:15, 20
people [4] - 12:5; 20:16; 34:21; 47:5
performance [8] - 7:22; 8:2, 7, 12; 9:24; 10:1, 11, 21
person [1] - 49:17
personally [3] - 3:7; 44:13; 46:14
pick [10] - 17:25; 20:20; 21:2, 5-8; 31:23; 32:16; 44:2
piece [8] - 5:11; 16:16; 17:19; 28:21, 23
Pier [2] - 16:19; 43:9
pine [1] - 25:11
Pine [8] - 24:20; 25:12; 26:1, 3, 20-21, 24; 43:7
place [4] - 12:21; 23:3; 49:9, 16
Plaintiffs [2] - 1:8; 3:16
Playa [1] - 43:3
plus [1] - 11:12
Point [1] - 22:13
point [1] - 10:24
Polk [2] - 1:24; 51:2
possible [1] - 8:20
posted [1] - 20:20
postop [1] - 17:22
postops [1] - 18:3
potential [1] - 7:21
practice [1] - 21:4
preop [3] - 17:20; 22:4; 32:2
preops [1] - 18:2
prepare [1] - 21:15
prepared [1] - 19:10
present [1] - 49:8
Present [1] - 3:23
Presidio [1] - 25:24
pressure [1] - 22:1
pretty [1] - 37:5
previous [3] - 15:13; 17:12; 28:15
previously [1] - 37:6
print [2] - 50:2
problem [8] - 21:7; 37:17; 40:3; 44:10; 45:6, 9
problems [2] - 16:10; 43:4
Procedure [1] - 51:11
procedure [1] - 51:18
proceedings [2] - 49:16; 50:7
Proceedings [1] - 50:5
process [4] - 28:8; 31:21; 33:18; 34:9
produced [1] - 3:11
properly [1] - 34:8
public [1] - 23:19

pull [46] - 11:15; 12:6; 3
15:23; 17:13, 17, 23; 21:20; 22:7, 9, 15; 23:16; 24:5, 8; 26:7, 18; 27:13, 18-21; 28:1, 9; 31:1, 20; 32:4; 35:23; 36:5-7, 15; 38:16; 40:12; 42:25; 43:1, 3, 6, 11, 17-18; 44:5
pull-in [3] - 17:14, 17; 44:5
pull-ins [1] - 42:25
pull-out [3] - 17:13, 17; 31:20
pulled [1] - 43:13
pulling [5] - 26:6; 27:24; 29:5; 32:24; 46:1
pursuant [1] - 3:2
Pursuant [1] - 51:11
put [16] - 12:23; 34:15; 37:19; 38:2, 8, 11, 20; 39:3, 21; 40:5, 25; 42:3; 45:8; 47:7
putting [16] - 37:23; 39:1, 7, 9-10, 18; 41:6, 9; 42:12; 44:7, 9, 15, 20; 45:1, 19

**Q**

question's [1] - 37:24
question-and-answer [1] - 4:24
questions [5] - 4:25; 5:4, 18; 47:13; 51:18
quicker [1] - 25:1

**R**

rack [1] - 34:15
raised [1] - 47:2
rarely [1] - 31:11
rather [2] - 15:18; 40:4
RE [1] - 51:8
read [6] - 19:4, 10, 23; 20:19; 48:5; 51:15
reading [4] - 19:16; 51:13, 16
ready [1] - 34:22
really [1] - 37:22
reason [1] - 13:1
receipt [1] - 51:14
received [2] - 11:24; 12:19
recognize [1] - 37:8
record [1] - 41:3
refuse [2] - 39:24; 42:14
regarding [1] - 51:18
regular [4] - 17:4; 35:20; 38:11
Reiskin [1] - 46:11
relationship [1] - 4:16
relief [14] - 30:4, 24; 31:17; 32:15, 23; 33:1,

3, 11, 17, 20; 34:10, 13, 20; 35:1
relieve [2] - 33:20; 36:22
relieved [7] - 32:7, 12; 33:14, 22; 34:10; 35:1
relieves [1] - 36:10
remember [7] - 10:9; 13:18; 15:14; 39:13, 17; 42:21; 45:4
REMEMBERED [1] - 3:2
remind [3] - 12:24; 20:8, 17
rep [5] - 44:25; 45:5, 13, 18; 46:10
Report [2] - 9:13, 15
report [7] - 13:6, 21; 18:19, 25; 21:12; 26:11; 49:15
reported [1] - 49:11
REPORTED [1] - 1:21
Reported [1] - 51:9
Reporter [5] - 3:7; 4:2; 49:5, 12, 23
REPORTER [1] - 47:14
Reporters [2] - 1:24; 51:1
represents [1] - 51:15
require [1] - 33:11
respect [1] - 46:5
responsibility [1] - 34:5
rest [1] - 30:11
revenue [7] - 23:9; 25:19; 26:3; 34:13; 35:4, 8
review [2] - 10:15; 51:16
reviews [2] - 9:24; 10:1
roll [2] - 24:12
ROLNICK [8] - 2:6; 3:21; 4:4; 29:13; 38:5, 7; 47:12
Rolnick [1] - 4:11
room [6] - 10:13; 16:1, 8; 30:1, 21; 31:5
route [4] - 24:15; 25:3, 5; 31:24
routes [2] - 24:18, 23
RPR [1] - 1:21
Rule [1] - 51:11
rule [3] - 7:22; 9:10; 21:4
rules [1] - 4:19
Rules [1] - 51:11
rumors [1] - 44:17
run [47] - 13:4, 6, 14, 18, 24; 14:10; 15:12; 16:16; 17:4-6, 8, 12, 16, 19; 18:5; 23:20; 25:16, 18; 26:5; 28:22; 29:1, 3-4, 6, 8, 12, 17, 22; 30:11; 32:11, 14, 23; 33:2, 8; 35:17, 20; 36:1, 6; 38:11; 42:24; 43:3; 45:22; 46:3, 5; 47:2
running [1] - 31:18
runs [11] - 13:20, 23; 14:1, 13-14; 15:11; 17:12; 28:24; 32:20; 42:24
rush [2] - 16:22; 43:10

## S

safe [3] - 21:21; 34:4; 35:16
safer [1] - 25:1
SAN [4] - 1:11; 3:4, 20
San [4] - 1:25; 3:5, 22; 51:2
schedule [1] - 36:1
scheduled [7] - 10:2; 13:10; 26:23; 27:16, 21; 42:25
schedules [1] - 23:19
school [2] - 14:17; 15:1
schools [1] - 16:18
seats [1] - 34:16
second [6] - 16:16; 17:16; 28:21, 23-24; 32:22
see [12] - 10:14; 13:17; 16:11; 17:24; 20:6; 23:10, 19; 24:25; 28:15, 23; 29:8; 40:15
send [6] - 29:21; 30:3; 31:6; 35:17; 36:20, 22
sending [1] - 31:7
Service [1] - 9:13
service [8] - 22:18; 23:2, 4, 9, 14; 27:8; 34:13
set [1] - 24:14
SFMTA [1] - 51:8
shake [1] - 5:9
shakes [1] - 41:25
Shattuck [2] - 3:17; 51:7
Sheet [1] - 50:1
shift [2] - 10:17, 22
Shorthand [7] - 1:24; 3:7; 4:2; 49:4, 12, 23; 51:1
show [3] - 5:11; 30:6; 37:6
showed [1] - 40:19
sick [6] - 9:2; 15:21; 31:17; 35:8
sign [2] - 27:7; 51:15
Signature [1] - 48:13
signing [1] - 51:13
SILOT [1] - 3:24
similar [1] - 13:21
similarly [1] - 1:7
Sincerely [1] - 51:20
single [2] - 11:23; 39:17
sit [2] - 10:3; 30:19
sitting [2] - 5:8; 16:8
situated [1] - 1:7
six [6] - 8:17, 25; 9:9; 13:25; 15:13; 40:5
sleeping [4] - 17:24; 28:3; 43:19
slot [1] - 17:4
so.. [1] - 22:2
sometime [2] - 21:3; 29:17
sometimes [6] - 10:16; 19:20; 23:6; 29:21;

30:17, 23; 35:18; 42:19
sorry [2] - 18:10, 23
sort [4] - 20:20; 30:3; 32:22; 33:24
sounds [2] - 14:10; 19:15
specified [1] - 49:10
spell [1] - 4:8
split [18] - 10:16, 22; 13:14, 22; 14:1, 14, 16, 22; 15:8; 17:12; 26:13; 28:12, 17; 29:1; 42:24
splits [2] - 10:18; 28:16
SS [1] - 49:1
standby [18] - 14:17, 19, 23, 25; 15:5, 14; 16:14, 25; 28:11, 13-14, 16, 19; 29:20, 22; 31:5; 33:7; 35:18
start [12] - 8:13; 13:23; 14:15; 16:16; 17:3; 21:24; 23:14; 25:7, 23; 28:22; 29:16; 35:16
starter [1] - 21:23
starting [2] - 14:3; 21:25
STATE [1] - 49:1
state [1] - 4:5
State [2] - 49:5, 12
STATES [1] - 1:1
station [1] - 36:14
stay [3] - 15:3; 29:25; 30:12
step [1] - 34:21
still [2] - 31:13; 34:14
STITT [1] - 1:5
Stitt [1] - 51:8
stop [5] - 19:8; 24:1; 25:19; 27:6
straight [4] - 13:14; 29:3; 32:20
Street [8] - 1:24; 3:5, 21; 23:16; 24:19; 26:1; 51:2
street [3] - 19:9; 23:6
stuck [2] - 43:12
stuff [1] - 30:13
subscribed [1] - 49:19
suggest [1] - 51:15
Suite [2] - 3:17; 51:7
Superbowl [2] - 11:22; 16:10
superintendent [24] - 6:19, 24; 7:6, 8, 14, 17; 8:8, 15, 23; 9:7, 23; 10:10, 15; 11:20; 12:4, 10; 20:15; 38:14; 41:5, 12; 44:12, 22; 46:10
supposed [14] - 16:15; 17:8, 10; 20:18; 23:9, 13, 24; 24:4, 15; 26:11, 14-15; 36:13, 17
surgery [3] - 9:1, 5, 21
sworn [3] - 3:12; 4:2; 49:8

## T

table [1] - 5:9
tasks [1] - 43:23
terminal [2] - 25:8; 35:12
terminals [1] - 22:22
testified [1] - 4:3
testifying [1] - 4:21
testimony [4] - 48:6; 50:2
THE [8] - 1:1, 11; 3:5, 16, 20; 29:10, 12; 47:14
the.. [1] - 23:7
themselves [1] - 1:6
thereafter [1] - 49:13
therein [2] - 3:11; 49:9
thereof [1] - 3:4
thereupon [1] - 3:12
they've [1] - 35:19
thirty [1] - 51:14
three [4] - 7:7; 8:22; 41:17; 47:5
throughout [1] - 6:6
TIDRICK [1] - 3:16
timing [2] - 11:12; 35:23
tires [1] - 21:19
today [2] - 4:13; 19:10
TONY [1] - 1:5
took [3] - 4:20; 9:4; 49:16
track [2] - 20:9
traffic [3] - 22:19; 27:14; 47:6
train [2] - 36:14
transcribed [2] - 5:12; 49:13
transcript [4] - 49:14; 50:7; 51:12, 17
transcription [1] - 48:7
transfer [1] - 17:25
transfers [4] - 28:2, 5; 43:20, 22
transit [3] - 6:2, 5; 44:14
transportation [1] - 11:14
TRANSPORTATION [1] - 1:11
travel [1] - 36:24
trip [5] - 15:21; 16:18, 21; 31:19; 33:22
trips [2] - 14:17; 36:9
true [2] - 48:6; 49:15
truth [1] - 4:21
try [2] - 18:24; 41:10
trying [1] - 16:24
Tuesday [2] - 1:18; 3:3
two [12] - 14:16, 19, 22; 15:8, 15-16; 18:2; 19:16; 24:4, 18; 41:16
two-hour [1] - 15:8
typewriting [1] - 49:14

## U

union [10] - 12:4; 20:16;

40:21; 44:25; 45:2, 5, 13, 18; 46:10, 18
UNITED [1] - 1:1
unpaid [1] - 15:9
up [22] - 5:9, 11; 17:25; 20:17, 20; 21:2, 5-8; 24:2, 6; 25:2; 28:16; 30:6; 31:23; 32:17; 33:20; 40:19; 43:11; 44:2; 46:24

## V

Van [4] - 20:10; 24:20; 32:15; 43:10
varies [1] - 16:9
vehicle [13] - 17:20, 22; 22:5, 15; 23:3; 24:16; 31:1, 20; 32:24; 34:12; 35:5; 36:4, 19
vehicles [1] - 6:10
verbal [1] - 9:19
verbally [1] - 20:12
versus [1] - 16:8
violated [1] - 9:10
violation [1] - 7:23
vs [2] - 1:9; 51:8

## W

WAGNER [2] - 1:23; 51:1
wait [5] - 15:25; 23:18; 24:1; 30:20; 34:19
waiting [1] - 23:4
walk [3] - 33:4, 23; 43:19
wall [1] - 12:23
wants [1] - 24:7
warning [1] - 9:19
wash [1] - 44:1
we.. [1] - 34:8
week [1] - 10:13
weeks [2] - 9:4, 21
Weingarten [3] - 6:21; 41:15; 42:8
wheelchair [3] - 21:20; 22:2; 34:15
WHEREOF [1] - 49:19
whole [1] - 28:17
windows [3] - 17:24; 21:18; 43:18
wiper [2] - 21:19; 34:15
wish [3] - 50:3; 51:17
witness [4] - 3:10, 13; 4:21; 49:8
Witness [1] - 41:25
WITNESS [4] - 29:10, 12; 48:1; 49:19
word [1] - 47:10
words [3] - 41:21; 50:3
written [1] - 9:19

## Y

yard [11] - 15:4; 21:16, 23;
  22:15; 27:11; 28:9;
  32:16; 33:4, 19, 23
year [6] - 7:16, 19, 25; 8:1,
  14
years [16] - 6:1, 6, 17; 7:7,
  15; 8:8, 17, 25; 9:9;
  11:9, 17; 13:25; 15:13;
  40:5; 41:2; 47:5
YOUNG [7] - 3:17; 29:9,
  11; 38:3, 6; 47:15; 51:6

## Z

Zhuo [2] - 45:14
zone [1] - 19:8

---

Page 2

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4  DARRYL A. STITT, TONY

5  GRANDBERRY, and HEDY GRIFFIN,  )
   on behalf of themselves and    )
6  all others similarly situated,)

7      Plaintiffs,               )

8      vs.           ) Case No. 12-cv-03704-YGR

9  THE SAN FRANCISCO MUNICIPAL    )
   TRANSPORTATION AGENCY; CITY    )
10 AND COUNTY OF SAN FRANCISCO;   )
   and DOES 1-20,                 )
11                                )

12     Defendants.               )
   _____)

13

14              --o0o--

15

16       DEPOSITION OF MOSIS AZIZIN

17   Held at San Francisco City Attorney's Office

18       1390 Market Street, Suite 700

19          San Francisco, California

20        Friday, April 29, 2016

21              --o0o--

22

23

24  Reported by:
25  Rick Galten, CSR No. 13202

---

Page 3

1  APPEARANCES:

2          For the Plaintiff:

3          The Tidrick Law Firm
           464-19th Street
4          #500
           Oakland, California  94611
5          (510) 788-5100
           jby@tidricklaw.com
6          BY:  Joel Young, Esq.

7

8          For the Defendants:

9
           Renne Sloan Holtzman Sakai
10         Public Law Group
           350 Sansome Street, Suite 300
11         San Francisco, California  94104
           (415) 678-3800
12         kmclaughlin@publiclawgroup.com
           BY:  Kevin P. McLaughlin, Esq.

13

14  ALSO PRESENT:

15         John Dudley

16

17

18

19

20

21

22

23

24              --o0o--

25

---

Page 4

1            INDEX OF EXAMINATION

2

3

4  Page

5  5        Examination by Mr. McLaughlin

6

7

8

9

10           INDEX OF EXHIBITS

11

12  Exhibit No.        Description            Page

13                                      Ref.   Marked

14

15  2      Bulletin WO-12001 (one page)    27

16  12     Revenue Bulletin 10-019         30
          Bates CCSF 079493

17

18              --o0o--

19

20

21

22

23

24

25

---

Page 5

1        BE IT REMEMBERED THAT, pursuant to Notice of

2  Deposition and on Friday, April 29, 2016, commencing at

3  the hour of 2:00 p.m., at 1390 Market Street, Suite 700,

4  San Francisco, California, before me, RICK GALTEN, a

5  Certified Shorthand Reporter for the State of

6  California, there appeared

7            MOSIS AZIZIN,

8  Called as a witness by the Defendants, and who, having

9  been first duly sworn, was thereupon examined and

10  testified as hereinafter set forth.

11              --o0o--

12       **EXAMINATION**

13    **BY MR. MCLAUGHLIN:** Q.  Good afternoon.

14    **A.  Good afternoon.  Let me turn off my phone before**

15  **it starts going off.  Sorry about that.  I forgot.**

16    Q.  No problem.

17    **A.  All right.**

18    Q.  Can you spell your first and last name.

19    **A.  My first name is Mosis, M-o-s-i-s.  Last name**

20  **Azizin, A-z-i-z-i-n.**

21    Q.  Thank you.  Have you ever had your deposition

22  taken before?

23    **A.  No.**

24    Q.  Okay.  So you understand you're testifying as

25  though you were in court and under penalty of perjury?

Page 6

1  A. Yes, I do.
2  Q. All right. Just a couple of ground rules with
3  the deposition process. It's a question and answer, me
4  asking and you answering the questions. It's important
5  that you try and listen carefully and answer as
6  accurately as you can. Okay?
7  A. Okay.
8  Q. It's also important that we don't speak over
9  each other. Often it's normal in everyday --
10  A. All right.
11  Q. -- conversation -- exactly like you just did.
12  A. Oh, I did?
13  Q. Try and let me --
14  A. Oh, finish. Yeah.
15  Q. -- finish the thought.
16  A. Gotcha.
17  Q. Then you can --
18  A. All right.
19  Q. You're still kind of doing it.
20  A. There --
21  Q. To help the court reporter. Because he's typing
22  it all down. And so it's difficult if we speak over one
23  other. Okay?
24  A. Okay.
25  Q. Perfect. Thank you.

Page 7

1      At the end of the deposition -- well, several
2  days after, the court reporter will type it all out,
3  print it, and it gets bound. You'll have an opportunity
4  to review it. If you'd like to make any changes, you're
5  free to do so.
6      However, if you make any substantive changes,
7  like a "yes" to a "no" or something like that, we could
8  point that out later to the Court or to the jury to
9  suggest that your testimony was not credible.
10      Do you understand that?
11  A. Yes.
12  Q. Okay. I don't want you to guess or speculate
13  about anything. But if there's something where you have
14  an estimate, like maybe what year something happened,
15  you may not remember specifically when, but you have an
16  idea, I'm entitled to your best estimate.
17      Do you understand that?
18  A. Yes.
19  Q. All right. And if you don't understand any
20  questions that I ask you, just tell me. I don't
21  understand all the terminology at MUNI and might ask
22  questions that make no sense at all. Just let me know.
23  Say, hey, Kevin. I don't get it. Can you ask it a
24  different way. I'll certainly do that.
25  A. Okay.

Page 8

1  Q. All right. However, if you do answer the
2  question, I'll assume that you understood it.
3      Did you meet with anyone before the deposition
4  to prepare?
5  A. No.
6  Q. Okay. You didn't speak with your attorney about
7  the deposition?
8  A. No.
9  Q. Did you review any documents to prepare?
10  A. No.
11  Q. Okay. And I understand you were scheduled to
12  come in later today and you were able to come in a
13  little earlier. We all appreciate you doing that. So
14  thank you.
15  A. You're welcome.
16  Q. Have you talked with anyone else about the fact
17  that you were going to be having a deposition?
18  A. No.
19  Q. Okay. And have you talked to any other
20  operators about this lawsuit?
21  A. Not really.
22  Q. Okay.
23  A. No.
24  Q. All right. Do you have a general understanding
25  of what the lawsuit is about?

Page 9

1  A. Well, what I believe, we are not getting paid
2  for our travel time from the beginning of our shift and
3  at the end of the shift.
4  Q. Okay. Any other claims in the lawsuit that
5  you're aware of?
6  A. No.
7  Q. Do you recall, did you fill out a form saying
8  you want to join the lawsuit?
9  A. Yes.
10  Q. Okay. Do you remember how you became aware of
11  that? Did you get it in the mail?
12  A. I think I got -- I got it in the mail or maybe I
13  picked it up from division. I don't remember. I can't
14  recall.
15  Q. Okay. Did anybody talk to you about it or tell
16  you you should join, or that was your own decision?
17  A. I don't remember. That was a long time ago.
18  Q. Okay. I'd like to go through just a little of
19  your background --
20  A. Sure.
21  Q. -- at MUNI. And you understand when I say MUNI,
22  I'm referring to San Francisco Municipal Transit
23  Authority, yes?
24  A. Yes.
25  Q. Okay. Can you tell me when you first started

Page 10

1  working there.
2     A. I got hired at August 2000 --
3     Q. Okay.
4     A. -- as a part-time. And I work in Presidio for
5  four months and I got bumped to Potrero. And I stayed
6  there, like my house, until today.
7     Q. So you're still in Potrero?
8     A. Yes.
9     Q. And you're full-time?
10    A. Full-time. After four months they convert me to
11 full-time.
12    Q. So sometime in late 2000 you went to full-time?
13    A. February 2001.
14    Q. Okay, February 2001?
15    A. Yes.
16    Q. Great. And you've been doing that continuously
17 since that time?
18    A. Yes.
19    Q. Okay. Have you always driven the same type of
20 vehicle?
21    A. Well, I was a trolley driver since when I start,
22 yeah, so I drive only trolleys. I know how to drive a
23 motor coach, but usually I drive trolleys.
24    Q. Okay. And a trolley is the bus that has the --
25    A. The one with the pulls.

Page 11

1     Q. Okay. Pulls, thank you.
2        Have you ever -- well, let me ask you. I
3  understand there's a process for bidding on the runs
4  that you want to work --
5     A. Yes.
6     Q. -- is that right?
7     A. Yes.
8     Q. And how often do those bids occur?
9     A. Oh, it's depend on when the management, they
10 decide to do it. Sometimes four months, sometimes six
11 months. One time I start with the nine months. It's
12 all their call.
13    Q. Okay. Is there a general sign-up at --
14    A. Yes.
15    Q. Is that different?
16    A. Well, general sign-up, then you have a right to
17 try different division if you want to. If you want to
18 try different equipment and you got a general sign-up.
19 Used to be once a year. Now there's two. Once two
20 years. Every two years.
21    Q. Every two years?
22    A. Yes.
23    Q. Okay. But you do bid on just the runs within
24 your division --
25    A. That's right.

Page 12

1     Q. -- more often than that?
2     A. That's right.
3     Q. Do you have a particular preference of the kind
4  of runs that you like?
5     A. That's -- yes, sir, I do. Because first of all,
6  everything is by seniority. And whatever left, that you
7  have to bid on it. And I love my schedule, so I work
8  swing shift, like nights. So every time we have late
9  nights. And also, I look for my days off.
10    Q. So you like the swing shift?
11    A. That's right.
12    Q. And what are the hours, approximately, for the
13 swing shift?
14    A. Well, usually it's about start from 4 o'clock
15 until 1:30, 2:30 p.m.
16    Q. Or a.m.?
17    A. P.m.
18    Q. So you start at 4:00 a.m.?
19    A. 4:00 p.m. until 2:00 a.m.
20    Q. Okay.
21    A. Yeah.
22    Q. Got it. And what is it that you like about the
23 swing shift?
24    A. It's easy for commute. I live in Concord. So
25 when I hit the freeway, there's nobody. When I'm going

Page 13

1  home, there's nobody. So it's easy for me.
2     Q. And you said you look for certain days off?
3     A. Yes.
4     Q. Which are the days off that you prefer?
5     A. Well, right now with my seniority, I get
6  Saturday, Sunday now.
7     Q. So you prefer having Saturday, Sunday --
8     A. That's right, yeah.
9     Q. -- off? Okay. Do you know if you get a premium
10 for working the swing shift? A higher rate of pay?
11    A. A premium --
12       MR. YOUNG: Objection. Vague.
13       You can answer the question if you understand
14 it.
15       THE WITNESS: Premium is mean what?
16       MR. MCLAUGHLIN: Q. Higher rate of hourly pay.
17    A. I don't know.
18    Q. Okay. Do you work only straight runs, or do you
19 do some split runs?
20    A. No, straight through every time.
21    Q. That's what you like better?
22    A. That's -- yeah.
23    Q. And how long has that been true -- in other
24 words, let me ask it this way. Have you ever worked
25 split shift?

1   A. No, never.
2   Q. Have you ever been on the extra board?
3   A. No.
4   Q. Never?
5   A. Never.
6   Q. Okay.
7   A. I like to know where I'm starting and where I'm
8   finishing. With the extra board, they jump you left and
9   right. I don't like that. I just want to come to work,
10  start, finish, and go home. That's it.
11  Q. Do you -- do you work runs that both begin and
12  end at the division? Or do you have some where you
13  either begin or end away from the division?
14  A. No, I have to make the relief.
15  Q. Okay.
16  A. And then I have to pull in.
17  Q. Okay. So your schedule, at least right now,
18  every day you start away from the division but then you
19  pull in the vehicle at the division at the end of your
20  run; is that right?
21  A. That's right.
22  Q. Okay. Has that always been the case or --
23  A. Yes.
24  Q. Yes?
25  A. Yes.

1   Q. Do you always start at the same relief point
2   away from the division?
3   A. It's depend what run you get. Some runs -- some
4   lines are different, different relief points.
5   Q. So throughout your time as an operator, it's
6   changed, depending upon what schedule you're working?
7   A. Sometimes, yeah. But I like with the 14. But I
8   do every time in the same place, yeah.
9   Q. Can you tell me what you normally do to arrive
10  at the relief point.
11  A. Oh, okay. Every time I drive from my home to
12  work, so I park my car. And I go to the division. I
13  check the bulletin board and go to my relief point.
14  Q. And after you check the bulletin, how do you get
15  to the relief point?
16  A. Sometimes I walk. Sometimes I take the bus.
17  Q. Do you ever drive to the relief point?
18  A. No.
19  Q. Do you ever get dropped off by someone else
20  who's driving?
21  A. No.
22  Q. Okay. Is there -- are there certain times where
23  you would walk? Or it really just depends what schedule
24  you're on and where the relief point is?
25  A. It depends on my mood.

1   Q. It depends on your mood?
2   A. That's right, yeah. Sometimes my ankle doesn't
3   take it. Then I take the bus. But I think no, I need
4   exercise, then I walk.
5   Q. So it just depends on how you're feeling?
6   A. That's right.
7   Q. And maybe if it's rain or whatever and you don't
8   want to walk?
9   A. That's right. If it's raining or whatever,
10  yeah, you take the bus, of course.
11  Q. And is there a -- I understand you've had
12  different schedules that begin at different relief
13  points.
14  A. Mm-hmm.
15  Q. Do you always take the same bus to get there?
16  Or, you know, one day you might take, you know, the 5 to
17  get there and the next --
18  A. No.
19  Q. -- maybe the 9 or --
20  A. No. It's different. Yeah, it's different.
21  Q. Okay. Just do you take whatever you feel the
22  most efficient way to get there?
23  A. Yes.
24  Q. And your goal is to get to the relief point on
25  time; is that right?

1   A. Well, usually what I do every time -- I been
2   doing this job 16 years never had a mishap, never been
3   late. So I get there maybe 45 minutes early.
4   Q. You arrive at the relief point --
5   A. That's right.
6   Q. -- 45 minutes early?
7   A. Yes.
8   Q. Okay. And then you just sit there and wait for
9   the bus?
10  A. Sit there and wait for the bus.
11  Q. Do you ever go get a coffee or --
12  A. No.
13  Q. -- something and come back?
14  A. No.
15  Q. No?
16  A. No. Like 11th and Mission, there's a fire
17  hydrant over there. I sit over there and wait for my
18  bus until my bus get there.
19  Q. So 45 minutes every day --
20  A. That's right.
21  Q. -- you're standing there?
22  A. Every day.
23  Q. Okay. Have you ever gotten a ride on a shuttle
24  that MUNI provided to the relief point?
25  A. Shuttle?

Page 18

1  Q. Like, a small van or --
2  A. Never heard about that. No.
3  Q. -- anything? Okay.
4  A. I wish they had. But no shuttle. They don't
5  like us too much. They don't put -- they don't give us
6  a shuttle. Use the 11 line. Walk.
7  Q. Yeah.
8  A. That's our life. Yeah, that's it. That's a
9  good idea. If they give it to us, we appreciate it.
10 Q. Who knows? Maybe one day.
11 A. That's right, maybe one day.
12    MR. YOUNG: Let him answer -- ask the questions.
13    THE WITNESS: All right.
14    MR. MCLAUGHLIN: Q. So you've never had a run
15 that started in the division but ended out away from the
16 division --
17 A. No.
18 Q. -- is that correct?
19 A. Yeah.
20 Q. Okay. Have you ever worked special events or
21 runs that were different from your normal schedule?
22 A. I don't recall.
23 Q. Are you aware that --
24 A. No. They do.
25 Q. -- sometimes there are special events?

Page 19

1  A. I remember, yes. But I'm not the person to do
2  overtimes.
3  Q. Okay.
4  A. Five days is enough for this job. I believe
5  it's supposed to be four days.
6  Q. Pardon?
7  A. I believe it was supposed to be four days. Five
8  days is too much. So I don't do overtime.
9  Q. Okay. Just your personal feeling --
10 A. Sure.
11 Q. -- that four days is better?
12 A. That's right, that's right.
13 Q. I hear you.
14 A. It's a hard job. It's not easy.
15 Q. Yeah. So it's your understanding, when we
16 talked about the claim for travel time not being paid --
17 A. Yes, sir.
18 Q. -- you're referring to the time to get from the
19 division out to the relief point?
20 A. Mm-hmm.
21 Q. It's your understanding that's not paid; is that
22 right?
23 A. That's right.
24 Q. And you believe it should be paid?
25 A. Yes.

Page 20

1  Q. Okay. Have you heard of operators coming
2  straight to the relief point without going to the
3  division first?
4  A. No.
5  Q. No?
6  A. (Indicating.)
7  Q. As far as you know, everybody goes to the
8  division before --
9  A. I don't know what they do. But what I do,
10 it's -- that's the way I do.
11 Q. Okay.
12 A. Yeah, I don't know what they do. Maybe they get
13 a ride. Maybe their wifes comes and drops them off at
14 the relief point. But in my case, I live out of City.
15 That's my routine. I go over there, I check my bulletin
16 board, and I walk or I take the bus down to the relief
17 point.
18 Q. Have you ever heard of people being dropped off
19 or having other ways to get there?
20 A. I don't know.
21 Q. No?
22 A. No.
23 Q. Okay. Have you always lived outside of the City
24 since you've been a MUNI operator?
25 A. In the beginning, I used to live in the City.

Page 21

1  And it's almost maybe 14 years I live in Concord.
2  Q. Where in the City did you live before?
3  A. I used to live at -- in the Avenues.
4  19th Avenue, I believe so. 19th.
5  Q. And how would you get to work then?
6  A. How did you get -- again, take the bus.
7  Q. You would take the bus --
8  A. Yes.
9  Q. -- to the division --
10 A. Yes. It was convenient. Take the bus every
11 day.
12 Q. Okay.
13 A. Yeah.
14 Q. So you don't have any responsibilities as far as
15 the pulling out of the vehicle, doing an inspection of
16 the vehicle before it leaves the division?
17 A. I didn't understand the question.
18 Q. It's my understanding you work on shifts where
19 you start driving while the vehicle is already away from
20 the division, right?
21 A. Yes.
22 Q. I know that operators who start their run in the
23 division --
24 A. They have a pre-op.
25 Q. -- typically they have a pre-op where they

Page 22

1   inspect the vehicle and they'll note if there's any
2   issues --
3       A.  Mm-hmm.
4       Q.  -- correct?
5       A.  Yes.
6       Q.  Okay.  So you've never had that responsibility
7   of doing the pre-op; is that right?
8       A.  I do it for myself.  When I take the first trip
9   when I make the relief, I go all the way to the end and
10  I get up and walk around the coach to make sure there is
11  no new damage or anything maybe the other operator miss.
12  I can catch it.  And if I see anything is wrong,
13  immediately I call central control and I say, there is
14  something wrong with the bus.  That's what I do every
15  time when I make the relief and I go to the end of the
16  line, walk around the coach, and go back.  Continuous
17  service.
18      Q.  Okay.  I understand that.  So you've some
19  downtime when you get to the end of the line --
20      A.  Yes.
21      Q.  -- where you have some minutes where you have a
22  break --
23      A.  I have to do that.  Yeah, even I caught my
24  layover or break, whatever we call that, we call it a
25  layover, I have to make sure, you know, there is no new

Page 23

1   damage or no -- check the tires, check the, you know,
2   nut locks, make sure everything -- make sure my pulls, I
3   check my pulls, my ropes to see every is functioning.
4       Q.  Okay.  Do you do basically everything that's
5   listed on the pre-op --
6       A.  Yes.
7       Q.  -- as far as you know?
8       A.  Yes.
9       Q.  Okay.
10      A.  I'm a line trainer.
11      Q.  I'm sorry?
12      A.  I'm a line trainer over there.  So I have to do
13  myself to teach some other operators.
14      Q.  Okay.
15      A.  Yep.
16      Q.  So you mentioned checking bulletins --
17      A.  Yes.
18      Q.  -- at the division.  Do you ever receive
19  bulletins in your outfit?
20      A.  No.
21      Q.  No?
22      A.  No.
23      Q.  You've never seen a bulletin --
24      A.  No.
25      Q.  -- in your outfit?

Page 24

1       A.  Sometimes when I make the relief these days,
2   there is no defect card.  Because some operators, they
3   like to take it with them.  I don't know why.  But no.
4       Q.  So what do you normally have in the outfit when
5   you come onto the vehicle?
6       A.  If I get lucky, it's my transfers.  Sometime we
7   don't have a transfer.  So we have to ask whoever
8   follower -- or another line pass by, hey, can I get a
9   transfer book?  Because sometimes they put in a purse
10  and they take them with them.
11      Q.  What, to your knowledge, is supposed to be in
12  the outfit?
13      A.  I don't know if there's any reroute or anything
14  else.  Anything comes on the news, anything the operator
15  is supposed to know.  Sometimes they remind us there are
16  new rules and regulations.
17      Q.  So sometimes those things are in the outfit?
18      A.  Sometime it comes.  But I check that every time
19  at the division to make sure I don't miss anything.
20      Q.  Okay.  And it's your practice to always check
21  before you begin your shift for the day?
22      A.  That's right.  When I park my car, I go up in
23  the division, I check the bulletin board, and I see if
24  something new.  So I read it, and I walk to the relief
25  point.

Page 25

1       Q.  Were you instructed that you have to come to the
2   division at the beginning of your shift to check the
3   bulletins?
4       A.  No, it's in our rule book.
5       Q.  You don't --
6       A.  The rule book says you have to go inside the
7   division, check your bulletin board, and then go to your
8   relief point.
9       Q.  At the beginning of your shift?
10      A.  Yes.
11      Q.  The -- you believe the rule book says that?
12      A.  I think it says that, yeah.  I believe so, yeah.
13      Q.  How about at the end of your shift?  Do you ever
14  check the bulletins at the end of your shift?
15      A.  Well, I have to check it in the afternoon.  I
16  check it at night.  Because by the time when I start,
17  the management is gone, so there's going to be no new
18  bulletin until the next day comes at 7 o'clock.  If
19  there's something new, they going to post on the wall.
20      Q.  I understand.  That makes sense to me.
21          Are there other bulletins -- bulletin boards
22  besides the official MUNI bulletin board?
23      A.  No.  I don't know.  I don't know.
24      Q.  There's not a union bulletin board?
25      A.  There are some of them.  But only -- only that

1  one, I check.  But there are some ads -- there are
2  people that put their ads or whatever.  I don't waste
3  time over there --
4  Q.  Right.
5  A.  -- because I don't need them.  The only thing I
6  need is to know what's happening to us.  Just for MUNI
7  bulletin board.
8  Q.  So you're aware there are some places where
9  people can post if they're selling their furniture or
10  whatever?
11  A.  I've seen them.  I've seen them, yeah.
12  Q.  Okay.  But you don't --
13  A.  No.
14  Q.  -- pay attention to that.  You focus on the
15  bulletin board --
16  A.  On the bulletin board.
17  Q.  -- that MUNI posts?
18  A.  Yeah.
19  Q.  Okay.  Can you estimate how long you spend
20  reading the bulletins each day?
21  A.  Five minutes.
22  Q.  Would you say that every day on average there's
23  a new bulletin?
24  A.  Sometimes, yeah.
25  Q.  Some days there aren't, but most days there are?

1  A.  Most of them, there are, yes, some new things.
2  Either by the union or with the management.  But we
3  have -- we have bulletins.
4  Q.  Some days maybe there are several new
5  bulletins --
6  A.  Yeah.
7  Q.  -- is that right?
8  A.  Sometimes.
9  Q.  Okay.  I'd like to show you what we previously
10  marked as Exhibit 2.  Actually, I guess since it was
11  previously marked, we'll keep it separate from the
12  ones -- the official ones.
13      (Reporter interruption.)
14      MR. MCLAUGHLIN:  Q.  So looking at Exhibit 2, I
15  understand that you don't work in the Woods division --
16  A.  That's right.  This is just -- this is our
17  bulletin.  This is one of the fliers.  Yeah.
18  Q.  Okay.  That looks like a normal bulletin?
19  A.  Yep.
20  Q.  You see in the top left it says "notice"?
21  A.  Top left?  Yeah.
22  Q.  Is that -- I know that some say different things
23  in that top left section.  Does that mean anything
24  different to you or it's all the same?
25  A.  It's all the same.

1  Q.  Okay.  Either way, it's something that you'll
2  read?
3  A.  Yeah.
4  Q.  Okay.  And you see at the top of this Exhibit 2,
5  it says "attention all line 37 operators" -- or "all 37
6  line operators."
7      Would you read this even if you're not working
8  on the 37 line?
9  A.  Yes.
10  Q.  Okay.  Why would you do that?
11  A.  Because sometimes passenger, they ask you
12  question about the other lines.  And if I don't know
13  what's going on with that line, then I'm going to give
14  him the wrong information.
15  Q.  So you try to stay informed --
16  A.  That's right.  That's my job.  That's the thing
17  I have to do.  I have to read all the thing that's on
18  the bulletin board.  I think if you -- if you're a
19  lawyer, you have to know about about the rules and
20  regulations; is that right?  Then how can I be a
21  professional bus driver and I don't know what's going on
22  with my job.
23  Q.  So that --
24  A.  So that's the reason I try to read it.
25  Q.  Okay.

1  A.  Yeah.
2  Q.  I'm just asking you, sir --
3  A.  Oh, okay, sir.
4      MR. YOUNG:  Let's take a two-minute break.
5      (Off the record from 2:24 to 2:26.)
6      MR. MCLAUGHLIN:  We're back on the record.
7      THE WITNESS:  But just before we started, there
8  was a question you asked me, when I live in the City I
9  took the bus to work.  No, I drove to work.  I never
10  took the bus to work.
11      MR. MCLAUGHLIN:  Q.  You drove your car?
12  A.  Yeah, I drove my car every day.  I thought you
13  asking me to the relief point.  That's the reason I said
14  I took the bus when I live in San Francisco.  That was
15  16 years ago.
16  Q.  Okay.  Do you know why you said you took the bus
17  to work?
18  A.  I thought maybe you said you went to relief
19  point.
20      MR. YOUNG:  I think my client was confused about
21  the question --
22      THE WITNESS:  Yeah.
23      MR. YOUNG:  -- is what the situation was.
24      MR. MCLAUGHLIN:  Okay.
25  Q.  So we were discussing the bulletins.  And you

Page 30

1  said, even if it doesn't apply to your line, you'll
2  still want to read about it so you can be informed and
3  you can answer any questions the public might have; is
4  that correct?
5      A.  That's correct.
6      Q.  You would not get this sort of bulletin that's
7  for the Woods division, though --
8      A.  No.
9      Q.  -- correct?
10     A.  That's right.  No.
11     Q.  So you would only be reading bulletins that
12  pertain to your division; is that right?
13     A.  That's right.
14     Q.  Okay.  Sometimes, though, I imagine it's maybe a
15  general bulletin, I don't know what it's called, that
16  would apply to all divisions?
17     A.  Sometimes.
18     Q.  Okay.  Show you another example previously
19  marked as Exhibit 12.  Are you familiar with that sort
20  of bulletin, sir?
21     A.  These are for the special events, isn't it?
22  June 23rd -- September 20 -- yeah, I haven't seen this
23  before.  But yeah, I think so.
24     Q.  So it doesn't appear to be specific to any one
25  division, correct?

Page 31

1      A.  Yeah.  But this is -- this is all about the
2  fare.  So what kind of people they are carrying.  So we
3  got maybe more than what, 35 different -- different
4  passes.  So every time when something comes new, so they
5  put it on a bulletin.  And if I see somebody has this
6  one, then I know he's okay to get on board, yeah.
7      Q.  And that appears to be one that would probably
8  go to all divisions, correct?
9      A.  That's right.  This is for general, yes.
10     Q.  Okay.  If you saw that bulletin, I assume it
11  would be there potentially all summer on the bulletin
12  board?
13     A.  I guess so.  I don't know.  I didn't pay
14  attention it's been there or no.  I just run over and
15  read them, and if it's the same one, then I pass it and
16  read the other one.
17     Q.  So if you see that one day after day --
18     A.  Yeah.
19     Q.  -- you would pass it over and just read the
20  other --
21     A.  But again --
22     Q.  -- ones?
23     A.  -- I'm going to concentrate to see if I'm seeing
24  the right one.
25     Q.  I just want to remind you to please let me

Page 32

1  finish the question --
2      A.  Okay.
3      Q.  -- before you start talking, for the court
4  reporter's benefit.
5      A.  Okay.
6      Q.  Just so we're clear --
7      A.  Yes.
8      Q.  -- if you see a bulletin like this, that's up
9  there day after day, you'll pass it over after you've
10  read it and just focus on the new bulletin.
11     A.  No, I'm going to read it to make sure it's the
12  same one, and then I'm going to pass it to the next one.
13     Q.  Okay.  So you'll glance at it to make sure
14  you're familiar --
15     A.  See if it's the same one, if they change
16  anything, then I'll go and check the next one.
17     Q.  Okay.  Would you read the whole text of this
18  every day?
19     A.  Yeah.
20     Q.  Why would you do that?
21     A.  Because again, I want to know what's going on.
22  This is my job.
23     Q.  But you wouldn't look at that and see that you
24  read it already the day before?
25     A.  But maybe they -- they change some stuff in

Page 33

1  there I need to know.
2      Q.  You think they would change the text of the --
3      A.  Might be.
4      Q.  -- bulletin?
5      A.  You never know.
6      Q.  Okay.  So that's what you would do?
7      A.  That's right.  I read.  And I pass the next one.
8  I read the next one.  I take my time, and then I walk to
9  my relief point.
10     Q.  Okay.  And you estimate that's five minutes --
11     A.  Five minutes.
12     Q.  -- a day to read the bulletins?
13     A.  Five minutes, yes.
14     Q.  Okay.  Have you ever had a run come in late at
15  the end of the day?
16     A.  At the end of the day?
17     Q.  Yes.
18     A.  What, you mean pulling in?
19     Q.  Yes.
20     A.  Yes, yeah.
21     Q.  Is that something that happens to you often?
22     A.  Yes.
23     Q.  Can you estimate how frequently that happens?
24     A.  Every day.
25     Q.  So it's your testimony that every single day you

1   pull in late?
2   A. Yes.
3   Q. Okay. And how do you define being late?
4   A. What do you mean?
5   Q. Well, I asked you --
6   A. How I'm going to find out if I'm late?
7   Q. No, define it. What does that mean to you,
8   being late?
9   A. Being late, bottom of your thing says the car
10  supposed to be hit at the yard by 7:20. And when I get
11  there, it's 7:25, by the gate, then I know I'm five
12  minutes late.
13  Q. So even if it's 7:21, you would consider
14  yourself one minute late?
15  A. If it's 7:21? If it's 7:21, then I'm one minute
16  late.
17  Q. Okay.
18  A. But every time usually I'm five.
19  Q. So you'd consider yourself -- even that, you
20  would consider one minute late?
21  A. That's a late.
22  Q. It's not a trick question, but --
23  A. Yeah. When you late --
24  Q. -- I would imagine it's very difficult to come
25  in at the exact moment --

1   A. Yes.
2   Q. -- every single day.
3   A. Mm-hmm.
4   Q. And so maybe, in your mind, give or take two
5   minutes, that's not late. Only at a certain point, in
6   your mind, it becomes late. But it sounds like you're
7   saying no matter what, even if it's 30 seconds late,
8   that's still late in your mind; is that correct?
9   A. Yes, it's late when you late. When you late,
10  you late.
11  Q. Okay. And so it's your belief that you come in
12  late every single day?
13  A. Yes.
14  Q. You've never come in early?
15  A. You can't come in early.
16  Q. Why is that?
17  A. You can't come in. Because the time over there
18  says we supposed to be punctual and be there on time.
19  Late is okay, but not early.
20  Q. I'm trying to understand why you could never
21  come in early.
22  A. Because we're going to get written up.
23  Q. Okay. If you pull in at the gate --
24  A. Early.
25  Q. -- early --

1   A. If inspector sitting over there, he will get
2   written in.
3   Q. Even if you're one minute early?
4   A. Even if you're one minute early. That's what I
5   believe.
6   Q. Okay. So every day you pull in. Would you
7   estimate on average how late that you come in?
8   A. Five.
9   Q. Five minutes --
10  A. Yes.
11  Q. -- late every day?
12  A. Uh-huh.
13  Q. Okay. Have you --
14  A. Sometimes more than that, but usually that's the
15  least, is five.
16  Q. Okay.
17  A. Yeah, it's depend what going on your bus. You
18  have a fight, you have a sleeper on the bus, that's
19  going to take about more than 45 minutes until S.F.P.D.
20  gets there. Yeah. It's depend on the situation. But
21  usually around five. Five minutes.
22  Q. Okay. And I understand different --
23  A. That's right.
24  Q. -- things can happen. And you've described some
25  of them. There could be somebody asleep --

1   A. More than that. Yeah.
2   Q. -- on the bus. You got to make sure not to talk
3   over --
4   A. Okay.
5   Q. -- each other, okay?
6       You could have a fight with somebody on the bus?
7   Is that one way that the bus could get late?
8   A. What's that?
9   Q. If there's a fight on the bus, is that something
10  that could cause you to be late?
11  A. When you pulling in?
12  Q. Yes.
13  A. Yes.
14  Q. Some issue where the police have to become
15  involved --
16  A. Yeah. You gonna be late, yeah.
17  Q. -- and you can't get off the bus?
18      (Reporter interruption.)
19      MR. MCLAUGHLIN: Yeah, you have to let me
20  finish. Okay? Respectfully --
21      THE WITNESS: All right.
22      MR. MCLAUGHLIN: -- we just have to give each
23  other that space. Okay? Just --
24      MR. YOUNG: Every question take a pause --
25      THE WITNESS: Okay.

Page 38

1      MR. YOUNG: -- and then so he can -- he can take
2  it down.
3      THE WITNESS: All right.  Sorry.
4      MR. YOUNG: No, you're doing fine.
5      MR. MCLAUGHLIN: Q.   Traffic is another thing
6  that could make you late, I would think; is that
7  correct?
8      A. Yes.
9      Q. If there was an unusual amount of people taking
10 the bus, is that something that could make you late?
11 You had a big group that got on, maybe that slows you
12 down?
13     A. When you pull in?
14     Q. That could make you late on your run.
15     A. Yes.
16     Q. If there's more people than usual, more
17 passengers?
18     A. Yes.
19     Q. Okay.  I'm just trying to understand the
20 different ways that you could become late.  But even if
21 none of those things happened, none of these kind of
22 unusual things happen, you would still be late every
23 day?
24     A. Yes.
25     Q. Okay.  Have you ever complained to anybody about

Page 39

1  the fact that you're pulling in late every day?
2      A. Yes.
3      Q. Who?
4      A. Union.  But doesn't work.  Dispatcher -- didn't
5  work.
6      Q. So who did you complain to at the union?
7      A. Say it to the union chair.
8      Q. Do you know who that person is?
9      A. In our division?
10     Q. (Indicating.)
11     A. I think it's Mr. Gaynor.
12     Q. Do you know his first name?
13     A. I call him Gaynor.  No.
14     Q. So you complain to Mr. Gaynor about the fact
15 that you're late every day?
16     A. Mm-hmm.
17     Q. And do you recall when you did that?
18     A. No.
19     Q. Do you know if it was ten years ago, one year
20 ago?
21     A. I don't remember.
22     Q. Last week?
23     A. I don't remember.
24     Q. It could have been last week?
25     A. I don't know.  But I know I told him.  And I

Page 40

1  talked to dispatcher.  And I don't remember what
2  dispatcher was it.  But since I got encourage and they
3  didn't have -- nothing happen, I let it go.
4  Discouraged, so I let it go.
5      Q. Who -- what dispatcher did you complain to?
6      A. I don't know.  I don't remember the names.
7      Q. Do you know what the person looks like?
8      A. If I see them, maybe.
9      Q. Do you know when you complained to this
10 dispatcher?
11     A. It was a long time ago.
12     Q. A long time ago?
13     A. I don't remember.  I don't remember exactly
14 when, but it was a long time ago.
15     Q. Okay.  And what happened when you complained to
16 the dispatcher?
17     A. Nothing.
18     Q. You mean nothing changed as far as your
19 schedule?
20     A. No.
21     Q. Did the dispatcher say anything to you?
22     A. No.
23     Q. Nothing?
24     A. No.
25     Q. Did they hear you?

Page 41

1      A. I think so.
2      Q. Did they write anything down?
3      A. No.
4      Q. So as far as you know, they just listened and
5  then never did anything about it?
6      A. No.
7      Q. Okay.  Have you always worked the same runs?  Or
8  has it changed?
9      A. No.  I had different runs.
10     Q. Okay.  But no matter what, you're always five
11 minutes late on average?
12     A. On average, yeah.
13     Q. Across all the different runs you've worked?
14     A. That's right.
15     Q. Over all the years that you've worked at MUNI?
16     A. Yeah.
17     Q. Okay.  Have you ever kept track of when your
18 runs come in, like make a note --
19     A. No.
20     Q. -- in a notebook --
21     A. No.
22     Q. -- or on a piece of paper?
23     A. No.
24     Q. Okay.  Have you kept track of it in your mind?
25     A. For 16 years?  No.

Page 42

1    Q. Okay. And when you talked to Mr. Gaynor, did he
2 tell you anything?
3    A. No.
4    Q. Did he respond at all when you spoke to him?
5    A. Just says, man, we are trying to find out why.
6 But I never got answer back.
7    Q. Did you ever follow up?
8    A. No.
9    Q. Why not?
10    A. I don't know. Again, I told you, because of
11 this discourage. Because, you know, when you say
12 something to somebody and they don't do nothing about
13 it, so it's -- it's pointless.
14    Q. Well, okay. I mean, has the union ever changed
15 any other policies on behalf of the operators, as far as
16 you know?
17    A. I don't know.
18    Q. Okay. Have you ever put in an overtime slip or
19 overtime card when you came in late?
20    A. Well, usually because of that thing I told you.
21 So if it's less than ten minutes, I don't put nothing.
22 But it's over than ten minutes, I put overtime.
23    Q. Did somebody tell you that if it's less than ten
24 minutes, don't put in?
25    A. No. But again, I see that -- the dispatcher

Page 43

1 face when you give him a paper and it says five minutes,
2 he look at you, think you're crazy. So, you know, I
3 stop. I said, you know what? It looks like it's hard
4 for him to punch it in the computer. So -- but you
5 never know if you're going to get it or not.
6    So it's pointless. So I just do a ten minutes.
7 If it's more than ten minutes, I put it down. If it's
8 less than ten minutes, I donate it to City.
9    Q. When did you stop putting in if it's less than
10 ten minutes?
11    A. Long time ago.
12    Q. Many years ago?
13    A. Yeah. I still doing it.
14    Q. Still doing it? And this is -- I'm sorry.
15    A. Still doing it.
16    Q. I'm sorry.
17    A. Sure.
18    Q. And you stopped because the dispatchers would
19 look at you crazy?
20    A. Yeah.
21    Q. Would they say things to you?
22    A. No. The face they look -- and then, you know,
23 the smile they have to your face, you know, they think
24 you're cheap. So hey, I let it go. I say all this
25 discourage, you know. So I don't do it.

Page 44

1    Q. Okay. But they never said anything?
2    A. Yeah.
3    Q. So how often in the last year, say, do you put
4 in an overtime slip?
5    A. How often? I don't remember.
6    Q. Once a week?
7    A. I don't remember, no. I don't remember.
8    Q. Last week, did you put in an overtime slip?
9    A. I don't think so. I don't know. I don't know.
10 I can guess. I don't know.
11    Q. You don't know last week if you put in an
12 overtime slip?
13    A. I don't remember. I don't know, no. I don't
14 think so.
15    Q. In the last month, have you put in an overtime
16 slip?
17    A. Maybe, maybe.
18    Q. But you don't know?
19    A. I don't know exactly when was it, how much was
20 it, how many minutes was it. Maybe.
21    Q. That's your best recollection?
22    A. Yes, sir.
23    Q. Okay.
24    A. So when we hit the gate -- sorry.
25    Q. In terms of calculating how late you are, do you

Page 45

1 base that on when you pull through the gate at the
2 division?
3    A. Well, what I do usually when I pull the gate at
4 the division -- so actually, I'm about four minutes down
5 over there. And then we got to wait for the tower guy
6 to tell you where you supposed to park your bus, what
7 track.
8    So then I'll take my bus and park it over there
9 and do my walk-through to make sure nobody left
10 nobody -- nothing on the bus or there's no sleeper on
11 the floor. And then I grab my transfers and defect
12 cards, go upstairs, and turn in to dispatcher.
13    Usually it's about maybe ten, ten minute, takes
14 the whole process.
15    Q. Okay --
16    MR. YOUNG: I think -- I think his question's a
17 little different.
18    THE WITNESS: Oh.
19    MR. MCLAUGHLIN: Yeah.
20    Q. I was -- so if you -- for you to determine that
21 you're ten minutes --
22    A. Yes.
23    Q. -- late, for example --
24    A. Yes.
25    Q. -- is that because you pull through the gate ten

1  minutes late? Or is it because you step off the coach
2  ten minutes late? What are you basing it on?
3  **A. Basing it on the traffic schedule.**
4  Q. But I'm asking kind of when, in your mind, you
5  know, you look down at the schedule. It says you're
6  supposed to pull in at a certain time.
7  **A. That's right. When I --**
8  Q. And so when do you look at the clock and say,
9  oh --
10  **A. When I stop at the gate.**
11  Q. At the gate?
12  **A. That's right.**
13  Q. Okay. Thank you. And so then I think you were
14  describing for me, after you pull into the gate --
15  **A. That's right.**
16  Q. -- the activities that you perform.
17  **A. Yeah.**
18  Q. And can we go step by --
19  **A. Step by step --**
20  Q. -- step, what you do after you pull through the
21  gate, please.
22  **A. Okay. So when I pull to the gate, then there is**
23  **a tower person over there. And the tower person let's**
24  **you know which track is open. And then you have to go**
25  **and park your bus in the track. You know, when I park**

1  **my bus over there, then I do my walk-through all the way**
2  **to the end of the bus to make sure if there is an item**
3  **or anything, somebody lost something on the bus. And**
4  **then I grab my defect card and my transfer and return it**
5  **to dispatcher.**
6  Q. Do you have to deal with the fare probe? Any
7  issues with the fare and getting the money out of the
8  bus?
9  **A. Well, some -- sometimes when I had to run --**
10  **because I think the fare guys, they go after 2 o'clock**
11  **or 1:30. I don't know what time it is. But this last**
12  **run I have, no.**
13  Q. Okay. You just come in and park?
14  **A. Yeah.**
15  Q. You don't have to worry about the fare?
16  **A. That's right, yeah.**
17  Q. Okay. So then after you park, you walk through
18  the bus?
19  **A. Yes.**
20  Q. And what is it that you're looking for when you
21  do that?
22  **A. Lost items. You know, sometimes, you know,**
23  **people, they sleep on the floor behind the bus. You**
24  **can't see them, you pull them in.**
25  Q. You've pulled into the division with someone in

1  the bus that you didn't know before?
2  **A. Happens.**
3  Q. It's happened?
4  **A. Yeah.**
5  Q. Okay.
6  **A. Happens.**
7  Q. So you walk through. You're looking for people
8  or for clothing?
9  **A. For cell phone, computers, wallets, or whatever**
10  **people, they leave it on the bus.**
11  Q. Anything else that you're looking for?
12  **A. No.**
13  Q. Do you look for mechanical issues or things like
14  that?
15  **A. No.**
16  Q. Okay. How long would you estimate it takes to
17  walk through the bus after you've pulled in?
18  **A. Walk through? Maybe about two to three minutes.**
19  Q. Okay. Do you ever walk through at the end of
20  the line before you pull into the division?
21  **A. No.**
22  Q. Never?
23  **A. No. Never, no.**
24  Q. Okay. On any of your runs, do you have a
25  deadhead back to the division?

1  **A. No. Trolleys have no deadhead.**
2  Q. So you're in fare service, revenue service up
3  until you pull into the division?
4  **A. That's right.**
5  Q. Where's the last place that you let passengers
6  off?
7  **A. Well, you -- the trolleys, they are in service**
8  **all the way to the yard. That's the rules and**
9  **regulation. But usually right when I'm doing on the 14,**
10  **25th and Mission is the last stop. So you get there, it**
11  **says, last stop. I'm getting off my route. I'm pulling**
12  **it in.**
13  **       If somebody insist, want to stay and say, hey,**
14  **where you going? Potrero. I say, okay. Let's go.**
15  **Take them down there.**
16  Q. So even though 25th and Mission's the last stop,
17  you'll still take somebody --
18  **A. That's right. That's the rules and regulation**
19  **with trolleys. Trolleys are never out of service. Only**
20  **motor coaches.**
21  Q. But I assume the gate of the division, you're
22  not going to take somebody through that, right?
23  **A. No.**
24  Q. Okay. So that's kind of where it really stops
25  being in service?

1     A. That's right.
2     Q. Okay. So you never inspect the vehicle before
3  you enter the gate at the division?
4     A. That's right.
5     Q. So you walk through. You see if there's
6  anything left behind. Then as far as the defect card,
7  do you make markings on the defect card?
8     A. Yes.
9     Q. And that's just based on what you see, you'll
10  write it down?
11     A. That's right.
12     Q. And so that could -- you mentioned looking for
13  clothes, looking for cell phones, things like that. But
14  you're not looking for mechanical issues.
15        What else are you looking for that you would
16  write down on the defect card?
17     A. Well, the first time when they give us a defect
18  card, the first driver's already put all the defects.
19  And if I drive and I see there is more problems, then I
20  put in an -- extra things on the -- on the defect card.
21        But if I see the same thing the other driver's
22  already added, so I just leave it -- leave it there,
23  because there is three spots for three different
24  operators. And if I see the operator before me, he
25  already checked the problem, so that's mean he already

1  covered me.
2        But if I'm driving and I find out something is
3  wrong and I need to notify the tower or notify my
4  dispatcher, then I put it down.
5     Q. So some days you have nothing to write on the
6  defect card?
7     A. Most of the times you got something, issues.
8  You going to put something.
9     Q. All right.
10     A. You got to sign it. Yeah, you got to sign it.
11  Sometimes things doesn't works, you know, small things,
12  you know.
13     Q. Are there some days where you never have
14  anything to write?
15     A. I don't know. No. Usually I put every day.
16     Q. Every single day --
17     A. Every single day.
18     Q. -- there's some kind of defect every single day?
19     A. Yeah. At least you have to sign it.
20     Q. Okay. But is there a defect every day?
21     A. Defect, yeah, sure, yeah.
22     Q. Okay. You mentioned that when you get -- first
23  get to the terminal after you started your run, you'll
24  have a little break and do -- go around the vehicle and
25  inspect it.

1     A. Yeah.
2     Q. Will you ever make marks on the defect card at
3  that time?
4     A. No.
5     Q. No?
6     A. No.
7     Q. Only at the end of your shift?
8     A. That's right.
9     Q. Is that your understanding, everybody -- it's
10  only at the end of the shift that you make markings on
11  the defect card?
12     A. That's the way I do.
13     Q. Okay. That's just your practice?
14     A. That's my practice. That's the way I learned.
15     Q. Okay. You don't know if other people --
16     A. I don't know.
17     Q. -- do it differently?
18     A. No.
19     Q. Okay. And so then after you complete the defect
20  card, you take the defect card and the transfers into
21  dispatch?
22     A. That's right.
23     Q. Is there any kind of drop box where you drop
24  those things off?
25     A. Well, they just put a drop box recently. But

1  before, there was no drop box.
2     Q. Do you use the drop box?
3     A. Right now?
4     Q. Yes.
5     A. Yes.
6     Q. And can you put those items, the defect card and
7  the transfers --
8     A. No.
9     Q. -- in there no matter what?
10     A. No. It's only transfers.
11     Q. It's only transfers?
12     A. Yes.
13     Q. So you have to walk the defect cards --
14     A. That's right, yep.
15     Q. -- in every day?
16     A. Every day.
17     Q. Okay. You can't -- you're sure you can't drop
18  the defect card into the --
19     A. That's what I do every time --
20     Q. -- drop box?
21     A. -- because I take with me. I go over there,
22  drop the transfers, and I go upstairs, and I leave it on
23  the table. Now, I don't know what's going to happen
24  after that, but that's the way I do.
25     Q. Have you ever heard of operators leaving the

1    defect card in the coach?
2        A. I don't know. No, I don't know.
3        Q. You never heard of that?
4        A. No. I don't -- that's one of your biggest
5    responsibility, your defect card. Yeah. Because if
6    something happen, they backtrack it, they know that
7    there was a problem or something. That's what I think.
8    But that's the way I do every time. I have to return my
9    defect card.
10       Q. Okay. And when you come onto the vehicle to
11   begin your run, there's already a defect card that the
12   first two operators already signed?
13       A. Sometimes.
14       Q. Not always?
15       A. Not always.
16       Q. Sometimes there's no defect card?
17       A. Sometimes there's no defect card. I told you
18   some operators, they take them with them. I don't know
19   what they're doing with them, but sometimes there's no
20   defect card. And when you stop by the gate, you ask
21   the -- you ask the tower guy, I couldn't find any defect
22   card. Can I have one? So they have a stack over there.
23   So they just give you one.
24       Q. Okay. So you'll turn in the transfers into the
25   drop box, at least now. I understand --

1        A. Yes.
2        Q. -- before, you didn't. But then you'll walk the
3    defect card to the dispatcher window?
4        A. That's right.
5        Q. Okay. And then do you hand it to the person?
6        A. No. I put it on the table.
7        Q. On the counter at the window?
8        A. Counter at the window, yeah. They're -- they're
9    busy. They don't want to even talk to you.
10       Q. Okay. Do you slide it underneath?
11       A. No, I just put it on the table and walk out.
12       Q. Is there, like, a little --
13       A. Yeah.
14       Q. -- box to put it in?
15       A. There's a box over there.
16       Q. Just for defect cards?
17       A. That's right.
18       Q. Okay. And before, you would also turn in the
19   transfers?
20       A. That's right. There was a box on the corner.
21   You throw the transfers on the box. There are two
22   different box. One is on the counter, and one was on
23   the floor. So the transfers go to the floors. The
24   other one goes to the box.
25       Q. Okay. And that's all near the dispatch window?

1        A. That's right. And our division's different.
2    It's inside. The door is open. It's not like Woods.
3    Ours is open. You have to open the door, throw the
4    transfers to the right side on the box, and then put the
5    things by the dispatcher office.
6        Q. Okay.
7        A. Yes.
8        Q. And so you never have to talk to the dispatcher
9    during that process?
10       A. No. Because when I go there, the owl dispatcher
11   is so busy, he's doing the details. He's trying to find
12   the runs -- they don't even have time to talk to you.
13           (Reporter interruption.)
14           THE WITNESS: Yeah, that's graveyard dispatcher.
15   We call them owl.
16           MR. MCLAUGHLIN: Q. With the overtime cards, I
17   forgot to ask. Do you have to ask the dispatcher for
18   one?
19       A. For overtime card? No.
20       Q. Are they on the counter?
21       A. That's right.
22       Q. Near the dispatch window?
23       A. Yes, sir.
24       Q. Okay. So you can just take one and fill it out?
25       A. Yes, sir.

1        Q. Okay. When you have a lost and found item, what
2    do you do with it?
3        A. I give it to -- fill up a form and I give it to
4    dispatch.
5        Q. Okay. You give the item to the dispatcher?
6        A. No. I give everything together, put in a rubber
7    band and turn it back to dispatch.
8        Q. Okay. So if it's someone's jacket, you somehow
9    kind of wrap it --
10       A. Well, we don't -- jacket, I don't know. But
11   most of the time, you know, anything you found, there's
12   a small tag. You have to go upstairs, fill up the tag,
13   and stick it to the item.
14           Now, if you can do it with a rubber band, you do
15   it with a rubber band. If you don't have a rubber band,
16   tape it or just put it on the top and return to the
17   dispatcher box. There is a box for lost and found.
18       Q. Okay. You bring it back downstairs? That's
19   where the lost and found box is?
20       A. No, upstairs by the dispatcher.
21       Q. Okay. You just bring the card back down to the
22   dispatcher?
23       A. No. Everything is by the dispatcher.
24       Q. Okay.
25       A. The lost and found box, the card, it's all in

1  dispatcher office.
2    Q. Which is upstairs?
3    A. Which is upstairs.  You go pick up the card,
4  fill it in, and you stick it to that item and return to
5  the box.
6    Q. Okay.  How long does that process take?  Do you
7  have an estimate?
8    A. Well, it's depend.  Maybe about another five.
9    Q. Five minutes?
10   A. Yep.
11   Q. Okay.
12   Q. Do you have a lost and found item most days, or
13  is it more rare?
14   A. Sometimes it takes more than five.  Because at
15  our division, if you find a bike on your bike rack, you
16  got to carry them upstairs.  We got about 32 stairs.
17  And then if you can't, you have to go all around the
18  yard and bring that to the dispatch office.  That's the
19  hard thing with the bikes.  Sometimes you have two.
20  That takes more time.
21   Q. I understand.
22   A. But if it's a small item like this glass, just
23  go over there, fill it up and give to the dispatcher.
24   Q. Would you say most days you have something that
25  somebody left behind?

1    A. Not most days.  Sometimes happens.
2    Q. Okay.
3    A. Yeah.
4    Q. Not very common?
5    A. Common.  Happens to all the drivers.  But to me,
6  it maybe happens -- I don't know how many times, but it
7  happens.  Yeah, it does happen.
8    Q. Okay.
9    A. Yes.
10   Q. Do you ever put in for overtime if you have time
11  spent that you turned in lost and found items?
12   A. No.
13   Q. Never?
14   A. Never.
15   Q. Even if it's the two bikes or something like
16  that?
17   A. No.
18   Q. Okay.
19   A. I believe they supposed to give it to us, but I
20  don't know if we get it or not, but we never -- we never
21  put it on the overtime card.  They supposed to pay you.
22   Q. Just for any lost and found item?
23   A. That's right, yeah.  But we don't know if we get
24  it or not.
25   Q. You just don't know?

1    A. No.
2    Q. Do you ever have meetings with their
3  superintendent?
4    A. We have some safety meetings.  Yeah.
5    Q. Is that a group meeting, or is that one on one?
6    A. No.  It's a group meeting.
7    Q. How often does that happen?
8    A. Once a month.
9    Q. Do you know if you get paid for those?
10   A. No.  I mean, there's a sign sheet over there.
11  We sign it.  And we don't know are we getting paid or
12  not.
13   Q. Okay.  So you don't know if you get paid for it?
14   A. That's right.  I don't know.  We supposed to get
15  paid, because that's my time.  But I don't know if they
16  paying us or not.
17   Q. Will you come in early or come in --
18   A. No.  Sometimes I walk over there.  And then
19  there's a bulletin that says we have a safety meeting.
20  If we want to show up, show up early at this time.  And
21  so we go over there and then, you know, attend the
22  meeting.
23   Q. Okay.  It's your understanding you're supposed
24  to get paid, but you're not sure if you --
25   A. I think so, yeah.  Yeah.

1    Q. -- do?  Okay.  Any other kinds of meetings that
2  you've had, like maybe a one-on-one, a counseling if
3  there's --
4    A. Yeah, there is no counseling.  But we have a
5  hearing if some issue comes up, like you have an
6  accident or a complaint of passenger.  Then you have a
7  one-on-one with your union.
8    Q. Okay.  Oh, with the union?
9    A. With the union, yeah.
10   Q. Because there may be discipline --
11   A. That's right.
12   Q. Okay.
13   A. Because it just depend how harsh is the problem.
14  What's the problem?
15   Q. Okay.  Do you know if you get paid for the time
16  you spend doing that?
17   A. I don't know.  My name is on the board, but I
18  don't know if I get paid or not.
19   Q. When you --
20   A. When I go over there and I'd be on a detail, it
21  says, for example, Mosis has a hearing from here, this
22  time to this time.  So you go to here and you come out.
23       But I don't know if I'm getting paid or not.
24   Q. Are there any other kinds of meetings that you
25  have?

Page 62

1   A. No.
2   Q. That's all you can think of?
3   A. Yeah, that's all I can think of, yeah.
4   Q. Are you aware you get paid overtime if you work
5   more than eight hours in a day?
6   A. We supposed to.
7   Q. That's your belief?
8   A. Yeah. We supposed to. Yes.
9   Q. And if you work more than 40 hours in a week,
10  you should get overtime; is that right?
11  A. Yes, sir.
12  Q. Okay. Do you ever work shifts where your day is
13  more than ten hours behind the wheel?
14  A. More than ten? No.
15  Q. Okay. Or I'm sorry, you don't have any split
16  shifts, so you wouldn't have a day that --
17  A. No, I go straight through.
18  Q. Okay. Are your days always more than eight
19  hours of platform time?
20  A. Yes.
21  Q. Okay. Have you ever worked any days that were
22  less than eight hours?
23  A. I don't recall. No, I don't think so.
24  Q. Okay. And we mentioned special events. But you
25  don't --

Page 63

1   A. No.
2   Q. -- like to work --
3   A. No.
4   Q. -- special events?
5   A. No.
6   Q. But you're aware that operators who do work
7   special events get paid overtime to do that?
8   A. I don't know. Maybe. I think so.
9   Q. Okay. You mentioned it before that they -- I
10  think you thought that they get paid overtime?
11      MR. YOUNG: Objection. That misstates his
12  previous testimony.
13      MR. MCLAUGHLIN: Q.  You mentioned before, I
14  believe, that you don't care about getting the extra
15  overtime. You'd rather keep the day off, so --
16  A. But I don't know if they get paid. I don't ask
17  people, how much money you make a month? Do they pay
18  you extra? I don't know.
19  Q. Okay.
20  A. If they get paid, it's good for them. But I've
21  never done that, so I don't know.
22  Q. Okay. I'm just wondering if it's common
23  knowledge that, if you work a special event, you get
24  overtime. I thought maybe you would know.
25  A. No. Because I'm not doing those things, so I

Page 64

1   have no idea what they do.
2   Q. Okay. Have you talked to any of your fellow
3   operators about this lawsuit?
4   A. No. No.
5   Q. Have you ever thought about bringing a grievance
6   about the travel time that you're not getting paid?
7   A. Myself?
8   Q. Yes.
9   A. No.
10  Q. Why?
11  A. I don't know. Because when I spoke with the
12  dispatcher and the union, nothing goes on. So my hands
13  are short. I don't know where I'm supposed to go put
14  the grievance. I don't know. I didn't do nothing about
15  it, no.
16  Q. Have you ever had a grievance for any other
17  reason?
18  A. No.
19  Q. Okay. You mentioned earlier that you spoke to a
20  union representative about the fact that the bus was
21  always coming in late.
22  A. Mm-hmm.
23  Q. Have you spoken to a union representative about
24  the fact that you believe you should get paid for the
25  travel time?

Page 65

1   A. No.
2   Q. No?
3   A. But I believe they supposed to pay us if it's
4   overtime.
5   Q. If it's --
6   A. If it's overtime, we're spending from my own
7   time, I supposed to get paid for it. That's what I
8   believe.
9   Q. But you've never spoken to a union
10  representative about that. And have you ever spoken to
11  a superintendent --
12  A. No.
13  Q. -- about the travel time?
14  A. No.
15  Q. Okay. No manager of any kind?
16  A. No, sir.
17  Q. Okay. Do you believe you -- over that travel
18  time that we discussed, do you believe you have any
19  other time that you're not getting paid for at work?
20  A. No, I don't know. No. We see the lunchtime.
21  But we never, never, never take a lunch. I don't know.
22  But no.
23  Q. Okay. Just one moment, please. I'll review my
24  notes. I think we're done.
25  A. Sure.

Page 66

1  Q. Before you started working at MUNI --
2  **A. Yes, sir.**
3  Q. -- what kind of work did you do?
4  **A. I used to be a driving and traffic instructor.**
5  Q. A driving and traffic instructor?
6  **A. Yes.**
7  Q. Where was that?
8  **A. It was on 19th Avenue -- on 18th Avenue.**
9  Q. Is that just for regular citizens so they can
10  get their driver's license?
11  **A. That's right, yeah. If you have a moving**
12  **violation or you want to go to traffic school, so I was**
13  **teaching that one. And also, if you're trying to get**
14  **your driver's license, so you take behind-the-wheel**
15  **classes.**
16  Q. Okay.
17  **A. Yeah.**
18  Q. Have you done any other commercial driving
19  before you worked at MUNI?
20  **A. No.**
21  Q. No construction driving?
22  **A. No.**
23  Q. No other bus driving?
24  **A. No.**
25  **MR. MCLAUGHLIN:** Thank you. That's all.

Page 67

1  THE WITNESS: Thank you.
2  (Proceedings concluded at 3:03 p.m.)
3  --o0o--
4
5
6
7  I have read the foregoing deposition
8  transcript and by signing hereafter, approve same.
9
10  Dated_____.
11
12
13  _____ (Signature of Deponent)
14
15
16
17
18
19
20
21
22
23
24
25

Page 68

1  DEPOSITION OFFICER'S CERTIFICATE
2  STATE OF CALIFORNIA    )
3  COUNTY OF SAN FRANCISCO )  ) ss.
4
5
6  I, RICK GALTEN , hereby certify:
7  I am a duly qualified Certified Shorthand
8  Reporter in the State of California, holder of
9  Certificate Number CSR 13202 issued by the Certified Court
10  Reporters' Board of California and which is in full
11  force and effect. (Fed. R. Civ. P. 28(a)(1)).
12  I am authorized to administer oaths or
13  affirmations pursuant to California Code of Civil
14  Procedure, Section 2093(b) and prior to being examined,
15  the witness was first duly sworn by me. (Fed. R. Civ.
16  P. 28(a)(a)).
17  I am not a relative or employee or attorney or
18  counsel of any of the parties, nor am I a relative or
19  employee of such attorney or counsel, nor am I
20  financially interested in this action. (Fed. R. Civ. P.
21  28).
22  I am the deposition officer that
23  stenographically recorded the testimony in the foregoing
24  deposition and the foregoing transcript is a true record
25  / / /

Page 69

1  of the testimony given by the witness. (Fed. R. Civ. P.
2  30(f)(1)).
3  Before completion of the deposition, review of
4  the transcript [xx] was [  ] was not requested. If
5  requested, any changes made by the deponent (and
6  provided to the reporter) during the period allowed, are
7  appended hereto. (Fed. R. Civ. P. 30(e)).
8
9  Dated: May 11, 2016
10
11  _____
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## A

**able (1)**
8:12
**accident (1)**
61:6
**accurately (1)**
6:6
**Across (1)**
41:13
**activities (1)**
46:16
**Actually (2)**
27:10;45:4
**added (1)**
50:22
**ads (2)**
26:1,2
**afternoon (3)**
5:13,14;25:15
**again (5)**
21:6;31:21;32:21;
42:10,25
**ago (9)**
9:17;29:15;39:19,20;
40:11,12,14;43:11,12
**almost (1)**
21:1
**always (12)**
10:19;14:22;15:1;
16:15;20:23;24:20;
41:7,10;54:14,15;
62:18;64:21
**amount (1)**
38:9
**ankle (1)**
16:2
**appear (1)**
30:24
**appeared (1)**
5:6
**appears (1)**
31:7
**apply (2)**
30:1,16
**appreciate (2)**
8:13;18:9
**approximately (1)**
12:12
**April (1)**
5:2
**around (5)**
22:10,16;36:21;
51:24;58:17
**arrive (2)**
15:9;17:4
**asleep (1)**
36:25
**assume (3)**
8:2;31:10;49:21
**attend (1)**
60:21

**attention (3)**
26:14;28:5;31:14
**attorney (1)**
8:6
**August (1)**
10:2
**Authority (1)**
9:23
**Avenue (3)**
21:4;66:8,8
**Avenues (1)**
21:3
**average (4)**
26:22;36:7;41:11,12
**aware (6)**
9:5,10;18:23;26:8;
62:4;63:6
**away (5)**
14:13,18;15:2;18:15;
21:19
**AZIZIN (2)**
5:7,20
**A-z-i-z-i-n (1)**
5:20

## B

**back (8)**
17:13;22:16;29:6;
42:6;48:25;57:7,18,21
**background (1)**
9:19
**backtrack (1)**
54:6
**band (4)**
57:7,14,15,15
**base (1)**
45:1
**based (1)**
50:9
**basically (1)**
23:4
**basing (2)**
46:2,3
**became (1)**
9:10
**become (2)**
37:14;38:20
**becomes (1)**
35:6
**begin (5)**
14:11,13;16:12;
24:21;54:11
**beginning (4)**
9:2;20:25;25:2,9
**behalf (1)**
42:15
**behind (4)**
47:23;50:6;58:25;
62:13
**behind-the-wheel (1)**
66:14
**belief (2)**

35:11;62:7
**benefit (1)**
32:4
**besides (1)**
25:22
**best (2)**
7:16;44:21
**better (2)**
13:21;19:11
**bid (2)**
11:23;12:7
**bidding (1)**
11:3
**bids (1)**
11:8
**big (1)**
38:11
**biggest (1)**
54:4
**bike (2)**
58:15,15
**bikes (2)**
58:19;59:15
**board (5)**
14:2,8;15:13;20:16;
24:23;25:7,22,24;26:7,
15,16;28:18;31:6,12;
61:17
**boards (1)**
25:21
**book (1)**
24:9;25:4,6,11
**both (1)**
14:11
**bottom (1)**
34:9
**bound (1)**
7:3
**box (18)**
52:23,25;53:1,2,20;
54:25;55:14,15,20,21,
22,24;56:4;57:17,17,
19,25;58:5
**break (4)**
22:22,24;29:4;51:24
**bring (3)**
57:18,21;58:18
**bringing (1)**
64:5
**bulletin (27)**
15:13,14;20:15;
23:23;24:23;25:7,18,
21,22,24;26:7,15,16,
23;27:17,18;28:18;
30:6,15,20;31:5,10,11;
32:8,10;33:4;60:19
**bulletins (11)**
23:16,19;25:3,14,21;
26:20;27:3,5;29:25;
30:11;33:12
**bumped (1)**
10:5
**bus (42)**

10:24;15:16;16:3,10,
15;17:9,10,18,18;
20:16;21:6,7,10;22:14;
28:21;29:9,10,14,16;
36:17,18;37:2,6,7,9,17;
38:10;45:6,8,10;46:25;
47:1,2,3,8,18,23;48:1,
10,17;64:20;66:23
**busy (2)**
55:9;56:11

## C

**calculating (1)**
44:25
**California (2)**
5:4,6
**call (6)**
11:12;22:13,24,24;
39:13;56:15
**Called (2)**
5:8;30:15
**came (1)**
42:19
**Can (27)**
5:18;6:6,17;7:23;
9:25;13:13;15:9;22:12;
24:8;26:9,19;28:20;
30:2,3;33:23;36:24;
38:1,1;44:10;46:18;
53:6;54:22;56:24;
57:14;62:2,3;66:9
**car (5)**
15:12;24:22;29:11,
12;34:9
**card (29)**
24:2;42:19;47:4;
50:6,7,16,18,20;51:6;
52:2,11,20,20;53:6,18;
54:1,5,9,11,16,17,20,
22;55:3;56:19;57:21,
25;58:3;59:21
**cards (4)**
45:12;53:13;55:16;
56:16
**care (1)**
63:14
**carefully (1)**
6:5
**carry (1)**
58:16
**carrying (1)**
31:2
**case (2)**
14:22;20:14
**catch (1)**
22:12
**caught (1)**
22:23
**cause (1)**
37:10
**cell (2)**
48:9;50:13

**central (1)**
22:13
**certain (4)**
13:2;15:22;35:5;
46:6
**certainly (1)**
7:24
**Certified (1)**
5:5
**chair (1)**
39:7
**change (3)**
32:15,25;33:2
**changed (4)**
15:6;40:18;41:8;
42:14
**changes (2)**
7:4,6
**cheap (1)**
43:24
**check (16)**
15:13,14;20:15;23:1,
1,3;24:18,20,23;25:2,7,
14,15,16;26:1;32:16
**checked (1)**
50:25
**checking (1)**
23:16
**citizens (1)**
66:9
**City (6)**
20:14,23,25;21:2;
29:8;43:8
**claim (1)**
19:16
**claims (1)**
9:4
**classes (1)**
66:15
**clear (1)**
32:6
**client (1)**
29:20
**clock (1)**
46:8
**clothes (1)**
50:13
**clothing (1)**
48:8
**coach (5)**
10:23;22:10,16;46:1;
54:1
**coaches (1)**
49:20
**coffee (1)**
17:11
**coming (2)**
20:1;64:21
**commencing (1)**
5:2
**commercial (1)**
66:18
**common (3)**

59:4,5;63:22
**commute (1)**
12:24
**complain (3)**
39:6,14;40:5
**complained (3)**
38:25;40:9,15
**complaint (1)**
61:6
**complete (1)**
52:19
**computer (1)**
43:4
**computers (1)**
48:9
**concentrate (1)**
31:23
**Concord (2)**
12:24;21:1
**confused (1)**
29:20
**consider (3)**
34:13,19,20
**construction (1)**
66:21
**Continuous (1)**
22:16
**continuously (1)**
10:16
**control (1)**
22:13
**convenient (1)**
21:10
**conversation (1)**
6:11
**convert (1)**
10:10
**corner (1)**
55:20
**counseling (2)**
61:2,4
**counter (4)**
55:7,8,22;56:20
**couple (1)**
6:2
**course (1)**
16:10
**court (5)**
5:25;6:21;7:2,8;32:3
**covered (1)**
51:1
**crazy (2)**
43:2,19
**credible (1)**
7:9

## D

**damage (2)**
22:11;23:1
**day (41)**
14:18;16:16;17:19,
22;18:10,11;21:11;

24:21;25:18;26:20,22;
29:12;31:17,17;32:9,9,
18,24;33:12,15,16,24,
25;35:2,12;36:6,11;
38:23;39:1,15;51:15,
16,17,18,20;53:15,16;
62:5,12,16;63:15
**days (20)**
7:2;12:9;13:2,4;19:4,
5,7,8,11;24:1;26:25,25;
27:4;51:5,13;58:12,24;
59:1;62:18,21
**deadhead (2)**
48:25;49:1
**deal (1)**
47:6
**decide (1)**
11:10
**decision (1)**
9:16
**defect (29)**
24:2;45:11;47:4;
50:6,7,16,17,20;51:6,
18,20,21;52:2,11,19,
20;53:6,13,18;54:1,5,9,
11,16,17,20,21;55:3,16
**defects (1)**
50:18
**Defendants (1)**
5:8
**define (2)**
34:3,7
**depend (6)**
11:9;15:3;36:17,20;
58:8;61:13
**depending (1)**
15:6
**depends (4)**
15:23,25;16:1,5
**Deposition (7)**
5:2,21;6:3;7:1;8:3,7,
17
**described (1)**
36:24
**describing (1)**
46:14
**detail (1)**
61:20
**details (1)**
56:11
**determine (1)**
45:20
**different (23)**
7:24;11:15,17,18;
15:4,4;16:12,12,20,20;
18:21;27:22,24;31:3,3;
36:22;38:20;41:9,13;
45:17;50:23;55:22;
56:1
**differently (1)**
52:17
**difficult (2)**
6:22;34:24

**discipline (1)**
61:10
**discourage (2)**
42:11;43:25
**Discouraged (1)**
40:4
**discussed (1)**
65:18
**discussing (1)**
29:25
**dispatch (6)**
52:21;55:25;56:22;
57:4,7;58:18
**Dispatcher (25)**
39:4;40:1,2,5,10,16,
21;42:25;45:12;47:5;
51:4;55:3;56:5,8,10,14,
17;57:5,17,20,22,23;
58:1,23;64:12
**dispatchers (1)**
43:18
**division (37)**
9:13;11:17,24;14:12,
13,18,19;15:2,12;
18:15,16;19:19;20:3,8;
21:9,16,20,23;23:18;
24:19,23;25:2,7;27:15;
30:7,12,25;39:9;45:2,
4;47:25;48:20,25;49:3,
21;50:3;58:15
**divisions (2)**
30:16;31:8
**division's (1)**
56:1
**documents (1)**
8:9
**donate (1)**
43:8
**done (3)**
63:21;65:24;66:18
**door (1)**
56:2,3
**down (13)**
6:22;20:16;38:2,12;
41:2;43:7;45:4;46:5;
49:15;50:10,16;51:4;
57:21
**downstairs (1)**
57:18
**downtime (1)**
22:19
**drive (6)**
10:22,22,23;15:11,
17;50:19
**driven (1)**
10:19
**driver (2)**
10:21;28:21
**drivers (1)**
59:5
**driver's (4)**
50:18,21;66:10,14
**driving (8)**

15:20;21:19;51:2;
66:4,5,18,21,23
**drop (9)**
52:23,23,25;53:1,2,
17,20,22;54:25
**dropped (2)**
15:19;20:18
**drops (1)**
20:13
**drove (3)**
29:9,11,12
**duly (1)**
5:9
**during (1)**
56:9

## E

**earlier (2)**
8:13;64:19
**early (12)**
17:3,6;35:14,15,19,
21,24,25;36:3,4;60:17,
20
**easy (3)**
12:24;13:1;19:14
**efficient (1)**
16:22
**eight (3)**
62:5,18,22
**either (3)**
14:13;27:2;28:1
**else (5)**
8:16;15:19;24:14;
48:11;50:15
**encourage (1)**
40:2
**end (16)**
7:1;9:3;14:12,13,19;
22:9,15,19;25:13,14;
33:15,16;47:2;48:19;
52:7,10
**ended (1)**
18:15
**enough (1)**
19:4
**enter (1)**
50:3
**entitled (1)**
7:16
**equipment (1)**
11:18
**estimate (8)**
7:14,16;26:19;33:10,
23;36:7;48:16;58:7
**even (13)**
22:23;28:7;30:1;
34:13,19;35:7;36:3,4;
38:20;49:16;55:9;
56:12;59:15
**event (1)**
63:23
**events (6)**

18:20,25;30:21;
62:24;63:4,7
**everybody (2)**
20:7;52:9
**everyday (1)**
6:9
**exact (1)**
34:25
**exactly (3)**
6:1;40:13;44:19
**EXAMINATION (1)**
5:12
**examined (1)**
5:9
**example (3)**
30:18;45:23;61:21
**exercise (1)**
16:4
**Exhibit (4)**
27:10,14;28:4;30:19
**extra (5)**
14:2,8;50:20;63:14,
18

## F

**face (3)**
43:1,22,23
**fact (5)**
8:16;39:1,14;64:20,
24
**familiar (2)**
30:19;32:14
**far (7)**
20:7;21:14;23:7;
40:18;41:4;42:15;50:6
**fare (6)**
31:2;47:6,7,10,15;
49:2
**February (2)**
10:13,14
**feel (1)**
16:21
**feeling (2)**
16:5;19:9
**fellow (1)**
64:2
**fight (3)**
36:18;37:6,9
**fill (6)**
9:7;56:24;57:3,12;
58:4,23
**find (6)**
34:6;42:5;51:2;
54:21;56:11;58:15
**fine (1)**
38:4
**finish (5)**
6:14,15;14:10;32:1;
37:20
**finishing (1)**
14:8
**fire (1)**

17:16
**first (12)**
5:9,18,19;9:25;12:5;
20:3;22:8;39:12;50:17,
18;51:22;54:12
**Five (18)**
19:4,7;26:21;33:10,
11,13;34:11,18;36:8,9,
15,21,21;41:10;43:1;
58:8,9,14
**fliers (1)**
27:17
**floor (3)**
45:11;47:23;55:23
**floors (1)**
55:23
**focus (2)**
26:14;32:10
**follow (1)**
42:7
**follower (1)**
24:8
**forgot (2)**
5:15;56:17
**form (2)**
9:7;57:3
**forth (1)**
5:10
**found (8)**
57:1,11,17,19,25;
58:12;59:11,22
**four (7)**
10:5,10;11:10;19:5,
7,11;45:4
**Francisco (3)**
5:4;9:22;29:14
**free (1)**
7:5
**freeway (1)**
12:25
**frequently (1)**
33:23
**Friday (1)**
5:2
**full-time (4)**
10:9,10,11,12
**functioning (1)**
23:3
**furniture (1)**
26:9

**G**

**GALTEN (1)**
5:4
**gate (14)**
34:11;35:23;44:24;
45:1,3,25;46:10,11,14,
21,22;49:21;50:3;
54:20
**Gaynor (4)**
39:11,13,14;42:1
**general (6)**

8:24;11:13,16,18;
30:15;31:9
**gets (2)**
7:3;36:20
**glance (1)**
32:13
**glass (1)**
58:22
**goal (1)**
16:24
**goes (3)**
20:7;55:24;64:12
**gonna (1)**
37:16
**Good (4)**
5:13,14;18:9;63:20
**Gotcha (1)**
6:16
**grab (2)**
45:11;47:4
**graveyard (1)**
56:14
**Great (1)**
10:16
**grievance (3)**
64:5,14,16
**ground (1)**
6:2
**group (3)**
38:11;60:5,6
**guess (4)**
7:12;27:10;31:13;
44:10
**guy (2)**
45:5;54:21
**guys (1)**
47:10

**H**

**hand (1)**
55:5
**hands (1)**
64:12
**happen (7)**
36:24;38:22;40:3;
53:23;54:6;59:7;60:7
**happened (4)**
7:14;38:21;40:15;
48:3
**happening (1)**
26:6
**happens (8)**
33:21,23;48:2,6;
59:1,5,6,7
**hard (3)**
19:14;43:3;58:19
**harsh (1)**
61:13
**hear (2)**
19:13;40:25
**heard (5)**
18:2;20:1,18;53:25;

54:3
**hearing (2)**
61:5,21
**help (1)**
6:21
**hereinafter (1)**
5:10
**hey (4)**
7:23;24:8;43:24;
49:13
**higher (2)**
13:10,16
**hired (1)**
10:2
**hit (3)**
12:25;34:10;44:24
**home (3)**
13:1;14:10;15:11
**hour (1)**
5:3
**hourly (1)**
13:16
**hours (6)**
12:12;62:5,9,13,19,
22
**house (1)**
10:6
**hydrant (1)**
17:17

**I**

**idea (3)**
7:16;18:9;64:1
**imagine (2)**
30:14;34:24
**immediately (1)**
22:13
**important (2)**
6:4,8
**Indicating (2)**
20:6;39:10
**information (1)**
28:14
**informed (2)**
28:15;30:2
**inside (2)**
25:6;56:2
**insist (1)**
49:13
**inspect (3)**
22:1;50:2;51:25
**inspection (1)**
21:15
**inspector (1)**
36:1
**instructed (1)**
25:1
**instructor (2)**
66:4,5
**interruption (3)**
27:13;37:18;56:13
**into (7)**

46:14;47:25;48:20;
49:3;52:20;53:18;
54:24
**involved (1)**
37:15
**issue (2)**
37:14;61:5
**issues (5)**
22:2;47:7;48:13;
50:14;51:7
**item (8)**
47:2;57:1,5,13;58:4,
12,22;59:22
**items (3)**
47:22;53:6;59:11

**J**

**jacket (2)**
57:8,10
**job (6)**
17:2;19:4,14;28:16,
22;32:22
**join (2)**
9:8,16
**jump (1)**
14:8
**June (1)**
30:22
**jury (1)**
7:8

**K**

**keep (2)**
27:11;63:15
**kept (2)**
41:17,24
**Kevin (1)**
7:23
**kind (11)**
6:19;12:3;31:2;
38:21;46:4;49:24;
51:18;52:23;57:9;
65:15;66:3
**kinds (2)**
61:1,24
**knowledge (2)**
24:11;63:23
**knows (1)**
18:10

**L**

**last (13)**
5:18,19;39:22,24;
44:3,8,11,15;47:11;
49:5,10,11,16
**late (44)**
10:12;12:8;17:3;
33:14;34:1,3,6,8,9,12,
14,16,20,21,23;35:5,6,
7,8,9,9,10,12,19;36:7,

11;37:7,10,16;38:6,10,
14,20,22;39:1,15;
41:11;42:19;44:25;
45:23;46:1,2;64:21
**later (2)**
7:8;8:12
**lawsuit (5)**
8:20,25;9:4,8;64:3
**lawyer (1)**
28:19
**layover (2)**
22:24,25
**learned (1)**
52:14
**least (4)**
14:17;36:15;51:19;
54:25
**leave (4)**
48:10;50:22,22;
53:22
**leaves (1)**
21:16
**leaving (1)**
53:25
**left (8)**
12:6;14:8;27:20,21,
23;45:9;50:6;58:25
**less (3)**
42:21,23;43:8,9;
62:22
**license (2)**
66:10,14
**life (1)**
18:8
**line (12)**
18:6;22:16,19;23:10,
12;24:8;28:5,6,8,13;
30:1;48:20
**lines (2)**
15:4;28:12
**listed (1)**
23:5
**listen (1)**
6:5
**listened (1)**
41:4
**little (5)**
8:13;9:18;45:17;
22;54;55:12
**live (8)**
12:24;20:14,25;21:1,
2,3;29:8,14
**lived (1)**
20:23
**locks (1)**
23:2
**long (9)**
9:17;13:23;26:19;
40:11,12,14;43:11;
48:16;58:6
**look (6)**
12:9;13:2;32:23;
43:2,19,22;46:5,8;

48:13

**looking (8)**
27:14;47:20;48:7,11;
50:12,13,14,15

**looks (3)**
27:18;40:7;43:3

**lost (9)**
47:3,22;57:1,17,19,
25;58:12;59:11,22

**love (1)**
12:7

**lucky (1)**
24:6

**lunch (1)**
65:21

**lunchtime (1)**
65:20

**M**

**mail (2)**
9:11,12

**makes (1)**
25:20

**man (1)**
42:5

**management (3)**
11:9;25:17;27:2

**manager (1)**
65:15

**Many (3)**
43:12;44:20;59:6

**marked (3)**
27:10,11;30:19

**Market (1)**
5:3

**markings (2)**
50:7;52:10

**marks (1)**
52:2

**matter (3)**
35:7;41:10;53:9

**may (2)**
7:15;61:10

**maybe (29)**
7:14;9:12;16:7,19;
17:3;18:10,11;20:12,
13;21:1;22:11;27:4;
29:18;30:14;31:3;
32:25;35:4;38:11;40:8;
44:17,17,20;45:13;
48:18;58:8;59:6;61:2;
63:8,24

**MCLAUGHLIN (14)**
5:13;13:16;18:14;
27:14;29:6,11,24;
37:19,22;38:5;45:19;
56:16;63:13;66:25

**mean (9)**
13:15;27:23;33:18;
34:4,7;40:18;42:14;
50:25;60:10

**mechanical (2)**

48:13;50:14

**meet (1)**
8:3

**meeting (4)**
60:5,6,19,22

**meetings (4)**
60:2,4;61:1,24

**mentioned (7)**
23:16;50:12;51:22;
62:24;63:9,13;64:19

**might (4)**
7:21;16:16;30:3;
33:3

**mind (5)**
35:4,6,8;41:24;46:4

**minute (7)**
34:14,15,20;36:3,4;
45:13

**minutes (29)**
17:3,6,19;22:21;
26:21;33:10,11,13;
34:12;35:5;36:9,19,21;
41:11;42:21,22,24;
43:1,6,7,8,10;44:20;
45:4,21;46:1,2;48:18;
58:9

**mishap (1)**
17:2

**miss (2)**
22:11;24:19

**Mission (2)**
17:16;49:10

**Mission's (1)**
49:16

**misstates (1)**
63:11

**Mm-hmm (6)**
16:14;19:20;22:3;
35:3;39:16;64:22

**moment (2)**
34:25;65:23

**money (2)**
47:7;63:17

**month (3)**
44:15;60:8;63:17

**months (5)**
10:5,10;11:10,11,11

**mood (2)**
15:25;16:1

**more (17)**
12:1;31:3;36:14,19;
37:1;38:16,16;43:7;
50:19;58:13,14,20;
62:5,9,13,14,18

**MOSIS (3)**
5:7,19;61:21

**M-o-s-i-s (1)**
5:19

**most (8)**
16:22;26:25;27:1;
51:7;57:11;58:12,24;
59:1

**motor (2)**

10:23;49:20

**moving (1)**
66:11

**much (4)**
18:5;19:8;44:19;
63:17

**MUNI (11)**
7:21;9:21,21;17:24;
20:24;25:22;26:6,17;
41:15;66:1,19

**Municipal (1)**
9:22

**myself (3)**
22:8;23:13;64:7

**N**

**name (5)**
5:18,19,19;39:12;
61:17

**names (1)**
40:6

**near (2)**
55:25;56:22

**need (5)**
16:3;26:5,6;33:1;
51:3

**new (11)**
22:11,25;24:16,24;
25:17,19;26:23;27:1,4;
31:4;32:10

**news (1)**
24:14

**next (6)**
16:17;25:18;32:12,
16;33:7,8

**night (1)**
25:16

**nights (2)**
12:8,9

**nine (1)**
11:11

**nobody (4)**
12:25;13:1;45:9,10

**none (2)**
38:21,21

**normal (3)**
6:9;18:21;27:18

**normally (2)**
15:9;24:4

**note (2)**
22:1;41:18

**notebook (1)**
41:20

**notes (1)**
65:24

**Notice (2)**
5:1;27:20

**notify (2)**
51:3,3

**nut (1)**
23:2

**O**

**o0o- (1)**
5:11

**Objection (2)**
13:12;63:11

**occur (1)**
11:8

**o'clock (3)**
12:14;25:18;47:10

**off (16)**
5:14,15;12:9;13:2,4,
9;15:19;20:13,18;29:5;
37:17;46:1;49:6,11;
52:24;63:15

**office (3)**
56:5;58:1,18

**official (1)**
25:22;27:12

**Often (7)**
6:9;11:8;12:1;33:21;
44:3,5;60:7

**once (4)**
11:19,19;44:6;60:8

**one (40)**
6:22;10:25;11:11;
16:16;18:10,11;26:1;
27:17;30:24;31:6,7,15,
16,17,24;32:12,12,15,
16;33:7,8;34:14,15,20;
36:3,4;37:7;39:19;
54:4,22,23;55:22,22,
24;56:18,24;60:5,5;
65:23;66:13

**one-on-one (2)**
61:2,7

**ones (3)**
27:12,12;31:22

**only (12)**
10:22;13:18;25:25,
25;26:5;30:11;35:5;
49:19;52:7,10;53:10,
11

**onto (2)**
24:5;54:10

**open (4)**
46:24;56:2,3,3

**operator (3)**
15:5;20:24;22:11;
24:14;50:24

**operators (14)**
8:20;20:1;21:22;
23:13;24:2;28:5,6;
42:15;50:24;53:25;
54:12,18;63:6;64:3

**opportunity (1)**
7:3

**Ours (1)**
56:3

**out (15)**
7:2,8;9:7;18:15;
19:19;20:14;21:15;

34:6;42:5;47:7;49:19;
51:2;55:11;56:24;
61:22

**outfit (5)**
23:19,25;24:4,12,17

**outside (1)**
20:23

**over (28)**
6:8,22;17:17,17;
20:15;23:12;26:3;
31:14,19;32:9;35:17;
36:1;37:3;41:15;42:22;
45:5,8;46:23;47:1;
53:21;54:22;55:15;
58:23;60:10,18,21;
61:20;65:17

**overtime (20)**
19:8;42:18,19,22;
44:4,8,12,15;56:16,19;
59:10,21;62:4,10;63:7,
10,15,24;65:4,6

**overtimes (1)**
19:2

**owl (1)**
56:10,15

**own (2)**
9:16;65:6

**P**

**paid (21)**
9:1;19:16,21,24;
60:9,11,13,15,24;
61:15,18,23;62:4;63:7,
10,16,20;64:6,24;65:7,
19

**paper (2)**
41:22;43:1

**Pardon (1)**
19:6

**park (8)**
15:12;24:22;45:6,8;
46:25,25;47:13,17

**particular (1)**
12:3

**part-time (1)**
10:4

**pass (6)**
24:8;31:15,19;32:9,
12;33:7

**passenger (2)**
28:11;61:6

**passengers (2)**
38:17;49:5

**passes (1)**
31:4

**pause (1)**
37:24

**pay (7)**
13:10,16;26:14;
31:13;59:21;63:17;
65:3

**paying (1)**

60:16
**penalty (1)**
   5:25
**people (11)**
   20:18;26:2,9;31:2;
   38:9,16;47:3;48:7,10;
   52:15;63:17
**Perfect (1)**
   6:25
**perform (1)**
   46:16
**perjury (1)**
   5:25
**person (6)**
   19:1;39:8;40:7;
   46:23,23;55:5
**personal (1)**
   19:9
**pertain (1)**
   30:12
**phone (2)**
   5:14;48:9
**phones (1)**
   50:13
**pick (1)**
   58:3
**picked (1)**
   9:13
**piece (1)**
   41:22
**place (2)**
   15:8;49:5
**places (1)**
   26:8
**platform (1)**
   62:19
**please (3)**
   31:25;46:21;65:23
**pm (4)**
   5:3;12:15,17,19
**point (20)**
   7:8;15:1,10,13,15,17,
   24;16:24;17:4,24;
   19:19;20:2,14,17;
   24:25;25:8;29:13,19;
   33:9;35:5
**pointless (2)**
   42:13;43:6
**points (2)**
   15:4;16:13
**police (1)**
   37:14
**policies (1)**
   42:15
**post (2)**
   25:19;26:9
**posts (1)**
   26:17
**potentially (1)**
   31:11
**Potrero (3)**
   10:5,7;49:14
**practice (3)**

24:20;52:13,14
**prefer (2)**
   13:4,7
**preference (1)**
   12:3
**premium (3)**
   13:9,11,15
**pre-op (4)**
   21:24,25;22:7;23:5
**prepare (2)**
   8:4,9
**Presidio (1)**
   10:4
**previous (1)**
   63:12
**previously (3)**
   27:9,11;30:18
**print (1)**
   7:3
**probably (1)**
   31:7
**probe (1)**
   47:6
**problem (5)**
   5:16;50:25;54:7;
   61:13,14
**problems (1)**
   50:19
**process (5)**
   6:3;11:3;45:14;56:9;
   58:6
**professional (1)**
   28:21
**provided (1)**
   17:24
**public (1)**
   30:3
**pull (16)**
   14:16,19;34:1;35:23;
   36:6;38:13;45:1,3,25;
   46:6,14,20,22;47:24;
   48:20;49:3
**pulled (2)**
   47:25;48:17
**pulling (5)**
   21:15;33:18;37:11;
   39:1;49:11
**pulls (4)**
   10:25;11:1;23:2,3
**punch (1)**
   43:4
**punctual (1)**
   35:18
**purse (1)**
   24:9
**pursuant (1)**
   5:1
**put (29)**
   18:5;24:9;26:2;31:5;
   42:18,21,22,24;43:7;
   44:3,8,11,15;50:18,20;
   51:4,8,15;52:25;53:6;
   55:6,11,14;56:4;57:6,

16;59:10,21;64:13
**putting (1)**
   43:9

## Q

**question's (1)**
   45:16

## R

**rack (1)**
   58:15
**rain (1)**
   16:7
**raining (1)**
   16:9
**rare (1)**
   58:13
**rate (2)**
   13:10,16
**rather (1)**
   63:15
**read (16)**
   24:24;28:2,7,17,24;
   30:2;31:15,16,19;
   32:10,11,17,24;33:7,8,
   12
**reading (2)**
   26:20;30:11
**really (3)**
   8:21;15:23;49:24
**reason (3)**
   28:24;29:13;64:17
**recall (5)**
   9:7,14;18:22;39:17;
   62:23
**receive (1)**
   23:18
**recently (1)**
   52:25
**recollection (1)**
   44:21
**record (2)**
   29:5,6
**referring (2)**
   9:22;19:18
**regular (1)**
   66:9
**regulation (2)**
   49:9,18
**regulations (2)**
   24:16;28:20
**relief (24)**
   14:14;15:1,4,10,13,
   15,17,24;16:12,24;
   17:4,24;19:19;20:2,14,
   16;22:9,15;24:1,24;
   25:8;29:13,18;33:9
**remember (15)**
   7:15;9:10,13,17;
   19:1;39:21,23;40:1,6,
   13,13;44:5,7,7,13

**REMEMBERED (1)**
   5:1
**remind (2)**
   24:15;31:25
**Reporter (6)**
   5:5;6:21;7:2;27:13;
   37:18;56:13
**reporter's (1)**
   32:4
**representative (3)**
   64:20,23;65:10
**reroute (1)**
   24:13
**Respectfully (1)**
   37:20
**respond (1)**
   42:4
**responsibilities (1)**
   21:14
**responsibility (2)**
   22:6;54:5
**return (4)**
   47:4;54:8;57:16;
   58:4
**revenue (1)**
   49:2
**review (3)**
   7:4;8:9;65:23
**RICK (1)**
   5:4
**ride (2)**
   17:23;20:13
**right (75)**
   5:17;6:2,10,18;7:19;
   8:1,24;11:6,16,25;12:2,
   11;13:5,8;14:9,17,20,
   21;16:2,6,9,25;17:5,20;
   18:11,13;19:12,12,22,
   23;21:20;22:7;24:22;
   26:4;27:7,16;28:16,20;
   30:10,12,13;31:9,24;
   33:7;36:23;37:21;38:3;
   41:14;46:7,12,15;
   47:16;49:4,9,18,22;
   50:1,4,11;51:9;52:8,
   22;53:3,14;55:4,17,20;
   56:1,4,21;59:23;60:14;
   61:11;62:10;66:11
**ropes (1)**
   23:3
**route (1)**
   49:11
**routine (1)**
   20:15
**rubber (4)**
   57:6,14,15,15
**rule (3)**
   25:4,6,11
**rules (5)**
   6:2;24:16;28:19;
   49:8,18
**run (11)**
   14:20;15:3;18:14;

21:22;31:14;33:14;
38:14;47:9,12;51:23;
54:11
**runs (14)**
   11:3,23;12:4;13:18,
   19;14:11;15:3;18:21;
   41:7,9,13,18;48:24;
   56:12

## S

**safety (2)**
   60:4,19
**same (11)**
   10:19;15:1,8;16:15;
   27:24,25;31:15;32:12,
   15;41:7;50:21
**San (3)**
   5:4;9:22;29:14
**Saturday (2)**
   13:6,7
**saw (1)**
   31:10
**saying (2)**
   9:7;35:7
**schedule (8)**
   12:7;14:17;15:6,23;
   18:21;40:19;46:3,5
**scheduled (1)**
   8:11
**schedules (1)**
   16:12
**school (1)**
   66:12
**seconds (1)**
   35:7
**section (1)**
   27:23
**seeing (1)**
   31:23
**selling (1)**
   26:9
**seniority (2)**
   12:6;13:5
**sense (2)**
   7:22;25:20
**separate (1)**
   27:11
**September (1)**
   30:22
**service (6)**
   22:17;49:2,2,7,19,25
**set (1)**
   5:10
**several (2)**
   7:1;27:4
**SFPD (1)**
   36:19
**sheet (1)**
   60:10
**shift (5)**
   9:2,3;12:8,10,13,23;
   13:10,25;24:21;25:2,9,

13,14;52:7,10
**shifts (3)**
21:18;62:12,16
**short (1)**
64:13
**Shorthand (1)**
5:5
**show (4)**
27:9;30:18;60:20,20
**shuttle (4)**
17:23,25;18:4,6
**side (1)**
56:4
**sign (5)**
51:10,10,19;60:10,
11
**signed (1)**
54:12
**sign-up (3)**
11:13,16,18
**single (6)**
33:25;35:2,12;51:16,
17,18
**sit (3)**
17:8,10,17
**sitting (1)**
36:1
**situation (2)**
29:23;36:20
**six (1)**
11:10
**sleep (1)**
47:23
**sleeper (2)**
36:18;45:10
**slide (1)**
55:10
**slip (5)**
42:18;44:4,8,12,16
**slows (1)**
38:11
**small (4)**
18:1;51:11;57:12;
58:22
**smile (1)**
43:23
**somebody (10)**
31:5;36:25;37:6;
42:12,23;47:3;49:13,
17,22;58:25
**somehow (1)**
57:8
**someone (2)**
15:19;47:25
**someone's (1)**
57:8
**sometime (3)**
10:12;24:6,18
**Sometimes (28)**
11:10,10;15:7,16,16;
16:2;18:25;24:1,9,15,
17;26:24;27:8;28:11;
30:14,17;36:14;47:9,

22;51:11;54:13,16,17,
19;58:14,19;59:1;
60:18
**Sorry (7)**
5:15;23:11;38:3;
43:14,16;44:24;62:15
**sort (2)**
30:6,19
**sounds (1)**
35:6
**space (1)**
37:23
**speak (3)**
6:8,22;8:6
**special (7)**
18:20,25;30:21;
62:24;63:4,7,23
**specific (1)**
30:24
**specifically (1)**
7:15
**speculate (1)**
7:12
**spell (1)**
5:18
**spend (2)**
26:19;61:16
**spending (1)**
65:6
**spent (1)**
59:11
**split (3)**
13:19,25;62:15
**spoke (3)**
42:4;64:11,19
**spoken (2)**
64:23;65:9,10
**spots (1)**
50:23
**stack (1)**
54:22
**stairs (1)**
58:16
**standing (1)**
17:21
**start (11)**
10:21;11:11;12:14,
18;14:10,18;15:1;
21:19,22;25:16;32:3
**started (5)**
9:25;18:15;29:7;
51:23;66:1
**starting (1)**
14:7
**starts (1)**
5:15
**State (1)**
5:5
**stay (2)**
28:15;49:13
**stayed (1)**
10:5
**step (5)**

46:1,18,19,19,20
**stick (2)**
57:13;58:4
**still (9)**
6:19;10:7;30:2;35:8;
38:22;43:13,14,15;
49:17
**stop (7)**
43:3,9;46:10;49:10,
11,16;54:20
**stopped (1)**
43:18
**stops (1)**
49:24
**straight (4)**
13:18,20;20:2;62:17
**Street (1)**
5:3
**stuff (1)**
32:25
**substantive (1)**
7:6
**suggest (1)**
7:9
**Suite (1)**
5:3
**summer (1)**
31:11
**Sunday (2)**
13:6,7
**superintendent (2)**
60:3;65:11
**supposed (17)**
19:5,7;24:11,15;
34:10;35:18;45:6;46:6;
59:19,21;60:14,23;
62:6,8;64:13;65:3,7
**Sure (17)**
9:20;19:10;22:10,25;
23:2,2;24:19;32:11,13;
37:2;43:17;45:9;47:2;
51:21;53:17;60:24;
65:25
**swing (5)**
12:8,10,13,23;13:10
**sworn (1)**
5:9

## T

**table (3)**
53:23;55:6,11
**tag (1)**
57:12,12
**talk (5)**
9:15;37:2;55:9;56:8,
12
**talked (6)**
8:16,19;19:16;40:1;
42:1;64:2
**talking (1)**
32:3
**tape (1)**

57:16
**teach (1)**
23:13
**teaching (1)**
66:13
**ten (15)**
39:19;42:21,22,23;
43:6,7,8,10;45:13,13,
21,25;46:2;62:13,14
**terminal (1)**
51:23
**terminology (1)**
7:21
**terms (1)**
44:25
**testified (1)**
5:10
**testifying (1)**
5:24
**testimony (3)**
7:9;33:25;63:12
**thereupon (1)**
5:9
**though (4)**
5:25;30:7,14;49:16
**thought (6)**
6:15;29:12,18;63:10,
24;64:5
**three (3)**
48:18;50:23,23
**throughout (1)**
15:5
**throw (2)**
55:21;56:3
**times (3)**
15:22;51:7;59:6
**tires (1)**
23:1
**today (2)**
8:12;10:6
**together (1)**
57:6
**told (4)**
39:25;42:10,20;
54:17
**took (4)**
29:9,10,14,16
**top (5)**
27:20,21,23;28:4;
57:16
**tower (5)**
45:5;46:23,23;51:3;
54:21
**track (5)**
41:17,24;45:7;46:24,
25
**Traffic (5)**
38:5;46:3;66:4,5,12
**trainer (2)**
23:10,12
**transfer (2)**
24:7,9;47:4
**transfers (12)**

24:6;45:11;52:20;
53:7,10,11,22;54:24;
55:19,21,23;56:4
**Transit (1)**
9:22
**travel (6)**
9:2;19:16;64:6,25;
65:13,17
**trick (1)**
34:22
**trip (1)**
22:8
**trolley (2)**
10:21,24
**trolleys (6)**
10:22,23;49:1,7,19,
19
**true (1)**
13:23
**try (6)**
6:5,13;11:17,18;
28:15,24
**trying (5)**
35:20;38:19;42:5;
56:11;66:13
**turn (5)**
5:14;45:12;54:24;
55:18;57:7
**turned (1)**
59:11
**two (3)**
11:19,19,20,21;35:4;
48:18;54:12;55:21;
58:19;59:15
**two-minute (1)**
29:4
**type (2)**
7:2;10:19
**typically (1)**
21:25
**typing (1)**
6:21

## U

**under (1)**
5:25
**underneath (1)**
55:10
**understood (1)**
8:2
**union (13)**
25:24;27:2;39:4,6,7;
42:14;61:7,8,9;64:12,
20,23;65:9
**unusual (2)**
38:9,22
**up (14)**
9:13;22:10;24:22;
32:8;35:22;42:7;49:2;
57:3,12;58:3,23;60:20,
20;61:5
**upon (1)**

15:6
**upstairs (7)**
45:12;53:22;57:12,
20;58:2,3,16
**Use (2)**
18:6;53:2
**Used (4)**
11:19;20:25;21:3;
66:4
**usual (1)**
38:16
**usually (11)**
10:23;12:14;17:1;
34:18;36:14,21;42:20;
45:3,13;49:9;51:15

**V**

**Vague (1)**
13:12
**van (1)**
18:1
**vehicle (10)**
10:20;14:19;21:15,
16,19;22:1;24:5;50:2;
51:24;54:10
**violation (1)**
66:12

**W**

**wait (4)**
17:8,10,17;45:5
**walk (20)**
15:16,23;16:4,8;
18:6;20:16;22:10,16;
24:24;33:8;47:17;48:7,
17,18,19;50:5;53:13;
55:2,11;60:18
**walk-through (2)**
45:9;47:1
**wall (1)**
25:19
**wallets (1)**
48:9
**waste (1)**
26:2
**way (13)**
7:24;13:24;16:22;
20:10;22:9;28:1;37:7;
47:1;49:8;52:12,14;
53:24;54:8
**ways (2)**
20:19;38:20
**week (6)**
39:22,24;44:6,8,11;
62:9
**welcome (1)**
8:15
**what's (7)**
26:6;28:13,21;32:21;
37:8;53:23;61:14
**wheel (1)**

62:13
**Where's (1)**
49:5
**whole (2)**
32:17;45:14
**who's (1)**
15:20
**wifes (1)**
20:13
**window (5)**
55:3,7,8,25;56:22
**wish (1)**
18:4
**within (1)**
11:23
**without (1)**
20:2
**witness (10)**
5:8;13:15;18:13;
29:7,22;37:21,25;38:3;
45:18;56:14
**wondering (1)**
63:22
**Woods (3)**
27:15;30:7;56:2
**words (1)**
13:24
**work (24)**
10:4;11:4;12:7;
13:18;14:9,11;15:12;
21:5,18;27:15;29:9,9,
10,17;39:4,5;62:4,9,12;
63:2,6,23;65:19;66:3
**worked (7)**
13:24;18:20;41:7,13,
15;62:21;66:19
**working (5)**
10:1;13:10;15:6;
28:7;66:1
**works (1)**
51:11
**worry (1)**
47:15
**wrap (1)**
57:9
**write (5)**
41:2;50:10,16;51:5,
14
**written (2)**
35:22;36:2
**wrong (4)**
22:12,14;28:14;51:3

**Y**

**yard (3)**
34:10;49:8;58:18
**year (4)**
7:14;11:19;39:19;
44:3
**years (10)**
11:20,20,21;17:2;
21:1;29:15;39:19;

41:15,25;43:12
**Yep (4)**
23:15;27:19;53:14;
58:10
**YOUNG (10)**
13:12;18:12;29:4,20,
23;37:24;38:1,4;45:16;
63:11

**1**

**1:30 (2)**
12:15;47:11
**11 (1)**
18:6
**11th (1)**
17:16
**12 (1)**
30:19
**1390 (1)**
5:3
**14 (3)**
15:7;21:1;49:9
**16 (3)**
17:2;29:15;41:25
**18th (1)**
66:8
**19th (3)**
21:4,4;66:8

**2**

**2 (4)**
27:10,14;28:4;47:10
**2:00 (2)**
5:3;12:19
**2:24 (1)**
29:5
**2:26 (1)**
29:5
**2:30 (1)**
12:15
**20 (1)**
30:22
**2000 (2)**
10:2,12
**2001 (2)**
10:13,14
**2016 (1)**
5:2
**23rd (1)**
30:22
**25th (2)**
49:10,16
**29 (1)**
5:2

**3**

**30 (1)**
35:7
**32 (1)**
58:16

**35 (1)**
31:3
**37 (3)**
28:5,5,8

**4**

**4 (1)**
12:14
**4:00 (2)**
12:18,19
**40 (1)**
62:9
**45 (4)**
17:3,6,19;36:19

**5**

**5 (1)**
16:16

**7**

**7 (1)**
25:18
**7:20 (1)**
34:10
**7:21 (3)**
34:13,15,15
**7:25 (1)**
34:11
**700 (1)**
5:3

**9**

**9 (1)**
16:19



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---o0o---

DARRYL A. STITT, TONY ) CASE NO. C-12-03704-YGR
GRANDBERRY, and HEDY )
GRIFFIN on behalf of )
themselves and all )
others similarly situated, )
)
Plaintiffs, )
)
v. )
)
THE SAN FRANCISCO )
MUNICIPAL TRANSPORTATION )
AGENCY; CITY AND COUNTY OF )
SAN FRANCISCO; and DOES )
1-20, )
)
Defendants. )

---o0o---

**DEPOSITION OF KEVIN BRESTON**

**Friday, January 8, 2016**

Bonnie Wagner Court Reporting
Certified Shorthand Reporters
1819 Polk Street, No. 446
San Francisco, California 94109
(415) 982-4849

Reported by: Marlene Puaoi, CSR
California CSR No. 7370

---

I N D E X

**Deposition of KEVIN BRESTON**

**Friday, January 8, 2016**

Examination by                                        Page

    MR. ROLNICK                                         5

Questions advised or instructed not to answer:

            (None)

            ---o0o---

        (No exhibits marked for identification)

---

BE IT REMEMBERED that pursuant to Notice, and on Friday, January 8, 2016, commencing at the hour of 2:51 p.m. thereof, at the Office of the City Attorney, 1390 Market Street, Seventh Floor, San Francisco, California 94102-5408, before me, MARLENE PUAOI, a Certified Shorthand Reporter in and for the State of California, personally appeared

            **KEVIN BRESTON,**

called as a witness by defendant City and County of San Francisco, who, being by me first duly sworn, was thereupon examined, and testified as hereinafter set forth.

---

A P P E A R A N C E S

FOR PLAINTIFF:

    JOEL B. YOUNG, Attorney at Law

    THE TIDRICK LAW FIRM

    2039 Shattuck Avenue, Suite 308

    Berkeley, California 94704

    (510) 788-5100

    jby@tidricklaw.com

FOR DEFENDANT:

    JONATHAN C. ROLNICK, Deputy City Attorney

    OFFICE OF THE CITY ATTORNEY

    1390 Market Street, 7th Floor

    San Francisco, California 94102-5408

    (415) 554-3815

    jonathan.rolnick@sfgov.org

ALSO PRESENT:

    JOHN DUDLEY.

            ---o0o---

**KEVIN BRESTON,**

being first duly sworn, testified as follows:

---o0o---

EXAMINATION BY MR. ROLNICK:

MR. ROLNICK: Q. Can you please state your name.

A. Kevin Breston.

Q. Can you spell that, please?

A. Kevin, K-e-v-i-n. Breston, B-r-e-s-t-o-n.

Q. Mr. Breston, my name is Jon Rolnick. I'm a deputy city attorney. We're here for a deposition in the case *Stitt v. City and County of San Francisco* in which you are a party.

You work for the city?

A. Yes, I do.

Q. And when were you hired by the city?

A. March '09.

Q. And you work as a transit operator for the --

A. Yes, I do.

Q. -- MTA?

A. Yes.

Q. Okay. Just a couple of quick ground rules. It's a question-and-answer format. I ask the questions; you get to answer them. Okay?

A. Mm-hmm.

Q. And it's important that you answer the

questions audibly. Okay? So if you nod your head up and down, I understand that as a "yes" if we're sitting across the room, but the woman to our side is trying to write all the words down, so it's important that you answer "yes," "no," or whatever the question calls for. Okay?

A. Yes.

Q. It's important that you understand my question before you answer it. I'm going to assume if I ask a question and you answer it that you understood it. Okay?

A. Okay.

Q. So if I ask you a dumb question, which is quite likely, let me know, and I'll try to rephrase it so we are communicating effectively and you understand what I'm asking about. All right?

A. Yes.

Q. It's important that we do our best to talk one at a time because the court reporter can only type down one person speaking at a time, so if you can, do your best to let me finish my questions before you start answering, and I'll do the best to make sure I let you complete your answer before I ask you the next question. Okay?

A. Yes.

Q. Okay. Other than transit operator, have you had any other jobs with the city?

A. No.

Q. And where are you currently working?

A. Cable Car Division.

Q. And how long have you been at Cable Car?

A. '12, 2012.

Q. Do you remember when in 2012 you came over to the Cable Car Division?

A. I would say October.

Q. So you've -- since October of 2012, you've been working there continuously?

A. Yes.

Q. And where were you before Cable Car?

A. Potrero.

Q. And what kind of vehicles were you driving at Potrero?

A. I was driving the trolleys.

Q. The electric trolleys?

A. Yes. Forty-footers, 60-footers, yes.

Q. The Cable Car Division, you're obviously driving cable cars.

A. Cable cars only.

Q. Okay.

A. Oh, excuse me. Can I answer on that one --

Q. Sure.

A. -- with something else?

Cable cars only unless we have to pull out buses.

Q. How often does that happen, that you have to pull out buses instead of cable cars?

A. As often as the cable goes down.

Q. Could you give me an estimate about how many times that might happen in the course of a month or a year?

A. I would say probably twice, twice out of a month --

Q. Okay.

A. -- that the cable -- at least twice, three times out of a month. Mm-hmm.

Q. And who is your division superintendent at Cable Car?

A. When I first started or now?

Q. Give me both.

A. Banbury was when I first began. Now it's Cobean.

Q. Is that the person's first or last name?

A. It's last name. Both last names.

Q. David Banbury?

A. David Banbury. And Cobean's first name? He's going to be mad.

Q. I'm not going to tell him.

A. I can't get his first name offhand.

Q. It's a man?

A. Yes, it's a man.

Q. And how long has he been at Cable Car?

A. I think Cobean's been there probably almost year.

Q. Okay. And --

A. I'm not quite sure.

Q. And who was your superintendent at Potrero?

A. When I first started, it was Dan. I can't get his last name offhand. Then it -- and then it changed over to Cyndia Chambers.

Q. Have you worked at any other divisions besides Potrero and Cable Car?

A. No.

Q. So Potrero was where you went after you finished your training?

A. Yes.

May I have a --

Q. Oh, go right ahead.

A. Thank you.

Q. What's your current run at Cable Car?

A. My current run at Cable Car? I have a block, which is Block 9.

Q. And how long have you had Block 9?

A. Since the last sign-up.

Q. Do you remember how long ago that was?

A. It's been a while. Not offhand. I can roughly say -- it's January; we've been working this month -- about four or five months at least. At least four or five months.

Q. Okay. And what did you have before you had Block 9?

A. Extra board.

Q. And do you recall any run you had before extra board at Cable Car?

A. No.

Q. Okay. So when you started at Cable Car, you came in on the extra board?

A. Yeah.

Q. And then you worked extra board continuously until you came up and got Block 9?

A. Let's see. Did I have a run? Yeah. Yeah.

Q. Okay.

A. Yeah, I put in -- yeah, from the extra board, and I signed on -- it's called "a hold-down." But that's off the extra board, so yeah.

Q. Okay. As I understand it, a hold-down is somebody has a run and they take a leave for some reason

and then people who are on the extra board can try to grab that run, at least for the length of time that the person is out?

A. Exactly.

Q. And that's assigned based on seniority?

A. Yes, it is.

Q. And so you had a hold-down for some period of time?

A. Yes, I did. I had a hold-down.

Q. How long was the hold-down?

A. The hold-down was pretty much -- actually, it was a mini hold-down.

Q. A mini hold-down?

A. Yeah. I think it was a mini hold-down, yeah, Run 34, and I had it for the remainder of that sign-up.

Q. Okay. Was it a number of weeks? A number of months?

A. Months.

Q. Two months? Three months?

A. Three months.

Q. Okay.

A. Three, four.

Q. And you say that was Run 34 was your recollection?

A. Yeah.

Q. Okay. Any other hold-downs that you had?

A. No.

Q. Okay. And then could you describe for me what Block 9 involves?

A. Block 9 consists on working on -- working Run 22 on Wednesday, Thursdays and Run -- I would say Run 28 Fridays, Saturdays, and Run 17 on Sundays.

Q. So Monday, Tuesday are your regular days off?

A. Yes.

Q. And what time do you report for the 22 run?

A. Report time is approximately, I would say, about 9:10 something like that, 9:10.

Q. 9:10 a.m.?

A. Yeah. I think it's 9:10 a.m, yeah. Yeah, it's at 9:10 a.m., I think it's 9:10, 9:00 o'clock.

Q. Okay. Somewhere around -- somewhere at 9:00 or just after?

A. Yeah.

Q. And then what time does that run end?

A. 4:55.

Q. P.m.?

A. P.m.

Q. And that's the scheduled time it's supposed to end?

1      A.    That's the schedule, yeah.
2      Q.    Okay.  And then what about the 28?  What's the
3  report time for that run?
4      A.    On Fridays, 1:00 o'clock.
5      Let's see.  Fridays.  I think Friday, I'm going to
6  say 1:00 o'clock.
7      Q.    Okay.  Just so you know, I don't need the
8  exact moment.  I just want to get the general idea.  I
9  don't mean to quiz to have it down to the second.  So
10 the 28 starts around 1:00 p.m.?
11     A.    Yeah, 1:00 p.m.
12     Q.    And is it a different start time on the
13 Saturday run?
14     A.    Yeah, it's 12:00 p.m.
15     Q.    And what time does that run -- what time is
16 the 28 scheduled to end on Friday?
17     A.    I would say 8:30, something around that time.
18     Q.    And what time is it scheduled to end on
19 Saturday?
20     A.    A little bit around 8:00.  I'd say 8:10,
21 somewhere like that, 8:10.
22     Q.    And then what about the Run 17?  What's the
23 report time for that one?
24     A.    Wow.  Actually, I do the tower in the morning.
25 I do Run 17.  The tower starts at -- at -- I will say

1  Four -- I don't know -- 5:15, 5:00 -- no, 5:00 o'clock.
2  Just say 5:00 a.m.
3      Q.    A.m.?
4      A.    Yes, about 5:00 a.m.
5      Q.    What does that mean, you do the tower?
6      A.    The tower is where we have to sit in -- sit in
7  this little box that sits on the corner of California
8  and Powell that controls the lights for the cable cars
9  to come and go up the hill so they won't run into each
10 other.
11     Q.    Okay.
12     A.    Yeah.
13     Q.    And how much of the Run 17 is in the tower?
14     A.    Just that particular part.  I only got like --
15 I think it's from 5:00 -- I'd say 5:00 o'clock till
16 7:00.  Just say like that.
17     Q.    Okay.
18     A.    Because that's the next tower.  I'm in Tower
19 One.  Tower Two will start around 7:00 o'clock.
20     Q.    Okay.
21     A.    And I'm only in there in for about like two
22 hours and change.
23     Q.    Okay.  And then what do you do when you're
24 done with Tower Two?
25     A.    Then I go and I report.  I have to go back to

1  the division and --
2      Q.    Right.
3      A.    -- report to do my run, which is Run 17, which
4  starts around -- oh, gosh -- roughly 9:00 o'clock.
5      Q.    9:00 p.m. or 9:00 a.m.?
6      A.    9:00 a.m.
7      Q.    And what time does that run -- what time is
8  that run scheduled to end?
9      A.    Around 3:00 -- I would say 3:15.  Yeah, around
10 that time.
11     Q.    And when you have one of these runs where
12 you're scheduled to work in the tower -- maybe you don't
13 know the answer to this -- is there always an operator
14 who's assigned to work the tower?
15     A.    Yes, always an operator.
16     Q.    So it's an operator's job?
17     A.    It's an operator's job, yes.  It's a transit
18 operator's job.  It's not a parking-control officer's
19 job; it's not a cop job.  No, it's to train -- it's for
20 us to do.
21     Q.    Okay.
22     A.    Mm-hmm.
23     Q.    And other than this 17 run on the Sunday, have
24 you ever had that tower position at Cable Car?
25     A.    Yes, I have.  I had it from 5:00 to

1  1:00 o'clock in the -- 1:10 in the morning.
2      Q.    When you were on the extra board?
3      A.    Yeah.  On the extra board, yeah.
4      Q.    When you were assigned off the extra board to
5  a run that happened to have the tower as part of the --
6      A.    No, I never had a run.  This is my first time
7  on this particular block.  It's based on seniority.
8      Q.    Okay.
9      A.    And my seniority ain't that high at Cable Car.
10 And I would do the tower if it was open and no one --
11 they usually leave it open for people to do overtime or
12 what not.  But normally, they would give it to me
13 because my seniority is not high and all the runs are
14 filled, and that's giving me something to do.
15     Q.    Okay.  So if you -- when you were on the extra
16 board at Cable Car, if you'd report to duty and they
17 didn't have an actual run for you to handle that day --
18     A.    Mm-hmm.
19     Q.    -- they might ask you to go man the tower for
20 a portion of your --
21     A.    No.
22     Q.    -- extra-board period?
23     A.    No, my extra-board period -- your report time
24 is -- if you don't do anything, it's straight eight
25 hours.

Q. Mm-hmm.

A. If they've got the tower open and they need you to do the tower, you're going to do the tower.

Q. Okay.

A. That's just the simple -- and the tower time that I normally would work based on my seniority would be the last tower, which is Tower Four, and it starts at 5:10 -- yeah, 5:10, and it gets off at 1:10 in the morning.

Q. Okay.

A. 5:10 p.m.

Q. Right. So there's a tower at -- I'm sorry California and --

A. And Powell Street.

Q. And Powell. Where are the other towers located?

A. There's only one, sir.

Q. What do the different numbers designate? Is that just a different shift?

A. Different shifts for the tower. Yes, they are. There's Tower One, Tower Two, Tower Three, and Tower Four. Different shifts.

Q. Okay. So Tower One, it's the same physical location as Tower Four.

A. Yes.

Q. The "One" is just the designation of the hours that this --

A. Yes.

Q. -- assignment is. Got it.

Okay. And then when you had the hold-down run, Run 34 -- well, first of all -- let's back up.

The Run 22, which line is that?

A. Powell and Hyde.

Q. And 28 is which line?

A. California. Also 17.

Q. And what about when you had the hold-down, Run 34? When did that run -- what were the start and end times?

A. The start time would run -- 34 would be -- it's approximately 4:00 -- I'll say like 4:30 p.m. It's been a minute since I did it. I'll say 4:30 p.m.

Q. What time would it end?

A. Pull in around 12:20 a.m.

Q. And what line was that on?

A. Hyde.

Q. The Run 28, it starts around 9:10. Is that a pull-out run that starts with a pull-out?

A. Run 28 don't start at 9:10.

Q. I'm sorry, the 22.

A. Run 22 is a pull-out run.

Q. And is that also a pull-in or is there a relief?

A. Relief.

Q. And where's the relief?

A. It depends. The relief points both are -- one is on Washington and Mason and the other is Jackson and Mason.

Q. And is the difference whether you're going inbound or outbound?

A. Big difference there, mm-hmm.

Q. So which one is the outbound relief?

A. Jackson. Inbound, Washington.

Q. Okay. How about how far is the inbound relief point, Washington and Mason, from the barn?

A. Right on the corner.

Q. And what about the Jackson and Mason? How far is that from the barn?

A. On the opposite corner of the building.

Q. But you can see the barn when you get off?

A. Oh, yeah.

Q. Okay. And then the 28 run, is that a pull-out run?

A. No, relief.

Q. So you're making a relief?

A. Mm-hmm.

Q. And how does the run end? Does it end --

A. Pull-in.

Q. -- with a relief?

A. Pull-in. No, no, no. Yeah, pull-in. Yeah, pull-in.

Q. On both days?

A. Yes.

Q. And where is the relief point?

A. California and Powell Street.

Q. How far is that from the cable-car barn?

A. Approximately at least four blocks away.

Q. Okay.

A. At least four or five blocks away.

Q. When you have to make your relief there, how do you get there?

A. I can -- I walk.

Q. From the barn?

A. Yeah, from the barn. Yeah, I drive in, I park my car, and I walk.

Q. Okay. And then the hold-down run that you had, what kind of run was that from a pull-in or a relief-point standpoint?

A. Relief start; pull-in at 1:00 a.m.

Q. And the relief would be either at Washington and Mason or Jackson and Mason?

**Page 21**

1  A. Either one, yes, sir.

2  Q. Okay. And where do you live?

3  A. Vallejo.

4  Q. And how long have you lived there?

5  A. 2010.

6  Q. Where were you living before?

7  A. Oakland.

8  Q. Where in Oakland? Just approximately.

9  Neighborhood?

10  A. I don't know. I'm from San Francisco.

11  Someone give me the name of the neighborhood.

12  Q. What were the cross streets where your home

13  was?

14  A. I can say I'd take Park Boulevard as the exit,

15  so -- I can't remember the street. Somewhere around

16  20th or something. I don't know if It's avenue or

17  street. I don't know.

18  Q. Okay.

19  A. Park Boulevard is my exit.

20  Q. So 20th Avenue or Street? You don't know

21  which one?

22  A. No.

23  Q. I can't keep that --

24  A. To be honest with you, I don't know.

25  Q. I can't keep that straight either.

Kevin Breston
January 8, 2016

**Page 22**

1  Okay. And have you always driven to work during

2  the time you've worked for the MTA?

3  A. Yes.

4  Q. Why?

5  A. That's all my means of transportation.

6  Q. Do you ever take public transportation to or

7  from work?

8  A. No, hmm-mm.

9  Q. Anyone at Muni ever tell you that you were

10  required to drive to work?

11  A. Yes. I'm required within the rule book to be

12  here 15 minutes early, so yeah.

13  Q. When you talk about the rule book, let me show

14  you what's been marked as Exhibit 1. Is that the rule

15  book you're talking about? Or is it what's been marked

16  as Exhibit 5?

17  A. Which exhibit is this one?

18  Q. That's 1.

19  A. One.

20  Q. Okay. Do you use either one of these rule

21  books at Cable Car? You're pointing to Exhibit 5?

22  A. Exhibit 5, yeah.

23  Q. Okay.

24  A. Let me see. Okay, Exhibit 5.

25  Q. And you say that you think there's something

Kevin Breston
January 8, 2016

**Page 23**

1  in either or both of these rule books that says you need

2  to be at work 15 minutes early?

3  A. In the rule book, Exhibit 1 --

4  Q. Okay.

5  A. -- I have to be to work. I'm required to be

6  there, mm-hmm.

7  Q. Okay. Do you know if there's anything in the

8  rule book that says words to the effect that you need to

9  drive your personal vehicle to work?

10  A. No, I haven't seen anything in the rule book

11  that says that.

12  Q. Okay. Are you aware of anything else in

13  writing that you've received from the city or the MTA

14  advising you that you're required to drive your personal

15  vehicle to work?

16  A. Only within the rule book of having to be at

17  work 15 minutes early, that's my means of driving to

18  work, especially coming from Vallejo. If you know

19  Vallejo, there's nothing you can do but to drive to

20  work.

21  Q. Okay.

22  A. You have to cross two bridges.

23  Q. Have you looked into whether there's any

24  available public transportation from Vallejo to the

25  cable-car barn?

Kevin Breston
January 8, 2016

**Page 24**

1  A. Yeah. It don't -- it just don't meet my needs

2  of me having to be to work on time.

3  Q. Okay. Has -- have any of your superintendents

4  ever told you that you need to drive your car to work?

5  A. No, I learned it through training, pretty

6  much.

7  Q. Okay.

8  A. I have no other accessible way of getting to

9  work. That would be -- my means is driving my car.

10  Q. Okay. That's something that you were told by

11  an instructor during driving?

12  A. Well, they gave me advice. If I can't get to

13  work using the bus, "You might want to have your vehicle

14  to be able to get here."

15  Q. Okay. Were they stressing that it was

16  important that you be on time?

17  A. They stressed it very much so.

18  Q. Okay. During the training, did they stress to

19  you some amount of time that you need to be there before

20  your run?

21  A. Fifteen minutes.

22  Q. Okay. Have you ever arrived at work less than

23  15 minutes before your run?

24  A. Never. I always arrive an hour before my run.

25  Q. And when you say you always arrive an hour

Kevin Breston
January 8, 2016

## Page 25

1  early, does that also include when you were working on

2  the extra board at Cable Car?

3      A.    Yes, sir.

4      Q.    Do you know any operators who arrive less than

5  15 minutes before their run starts?

6      A.    I only know my business. I don't know nothing

7  about no other operator there.

8      Q.    Okay. Are you aware of any operator ever

9  being disciplined for arriving less than 15 minutes

10  before their run?

11     A.    I don't know. Like I said, I don't -- I'm not

12  into everybody's business. I take care of me. I don't

13  know their business. I don't know.

14     Q.    Okay. And that's fine. I'm just asking. I'm

15  just asking you the question. If you don't know, you

16  don't know.

17     A.    Hmm-mm.

18     Q.    Okay. So to catch -- to do your 22 run, what

19  time do you leave your house?

20     A.    I will leave my house to get through traffic

21  at least no later than about 5:30, 5:45 a.m.

22     Q.    Do you drive alone?

23     A.    All the time.

24     Q.    And then what time do you arrive at the

25  cable-car barn?

## Page 26

1      A.    Sometimes I arrive there about 7:00. I'll say

2  7:00.

3     Q.    7:00 a.m.?

4     A.    Yes, 7:00. No later than 7:30.

5     Q.    And when you -- on the 28 run, what time do

6  you leave your house on a Friday?

7     A.    I would leave my house to get there about --

8  I'll leave my house about, I would say, 10:30 a.m.

9     Q.    And what time do you generally arrive?

10     A.    I would arrive to work around -- around 11:45.

11     Q.    Okay. And what about when you're working the

12  Saturday 28? What time do you leave the house?

13     A.    Oh, I will leave the house at 10:00 o'clock.

14     Q.    And do you get there about 11:15, 11:00?

15     A.    I'd say about 11:15, 11:30, somewhere around

16  there.

17     Q.    Okay. And on the Sunday, when you start off

18  in the tower, what time do you leave the house?

19     A.    4:00 o'clock.

20     Q.    And what time do you usually get there?

21     A.    Roughly about -- about 4:45.

22     Q.    And when you're doing the 28 -- 22 and the 28

23  runs, do you have sort of the same routine before you

24  start your run? Do you do the same things, whether it's

25  the day you're doing the 22 or the day you're doing the

## Page 27

1  28?

2      A.    Yes.

3     Q.    Okay. So let's talk about on the 22. You say

4  you arrive around 7:00, sometimes as late as 7:30, but

5  never later than that?

6     A.    Yes.

7     Q.    What do you do when you get there?

8     A.    When I get there, I make sure I find the

9  parking first --

10     Q.    Okay.

11     A.    -- and get it parked. And then I enter the

12  building and I go toward the bulletin boards and read

13  the bulletin boards that we have there. It's required

14  for me to do.

15     Q.    Okay. How long does it take you to read the

16  bulletin boards?

17     A.    I'd say about ten minutes.

18     Q.    Okay. What do you do next?

19     A.    And I -- well, it depends on what mode I'm in.

20  I am a gripman and I am a conductor. So if I'm being --

21  if I'm a conductor, I will sign into my register, I will

22  see who I'm relieving, I will check with my conductor.

23  And also, if anything that's on the register about me

24  having to discuss something with or see the dispatch, I

25  will relate with the dispatch before I go down and

## Page 28

1  pre-trip my car.

2     Q.    Okay. When do you generally go down and

3  pre-trip your car? This is on the 22 that starts around

4  9:10.

5     A.    Yeah. I go down because -- actually, my

6  report time and my pull-out time is at 9:10, so I will

7  go down there probably 20 minutes before I pull out.

8     Q.    So -- I'm sorry -- the pull-out is 9:10 or

9  that's the report time?

10     A.    Both. It's Friday. Both.

11     Q.    Okay. So what time do you pick up your

12  outfit?

13     A.    Like I said, if I was gripping, I don't pick

14  up the outfit. The conductor do. So if I was

15  conducting, which I'm -- actually, that's what I'm doing

16  now is conducting. So I pick up the outfit -- I would

17  pick it up about -- I get there at 7:30. I'd say about

18  8:00 o'clock.

19     Q.    Okay. So on this Block 9 that you have, do

20  you have different jobs on the different runs? One day

21  a grip; one day the conductor?

22     A.    No.

23     Q.    Okay.

24     A.    I'm conducting. Actually, I'm conducting

25  right now.

Q. Okay.

A. Yeah, I'm conducting right now.

Q. So you're the conductor on all the runs that you have on Block 9?

A. On Block 9, yeah.

Q. Okay. And as I understand it, when you signed up for the Block 9, you signed up for the Block 9 --

A. Conductor.

Q. -- conductor spot.

A. Yes.

Q. And there's another Block 9 --

A. Grip.

Q. -- grip spot. And it's the same guy -- the two of you work the same --

A. Work together, yeah.

Q. -- block?

A. We're a team.

Q. Okay. And so -- I'm sorry -- when you're the conductor, you're responsible for the paddle?

A. I'm responsible for the paddle.

Q. And is the outfit the same thing as --

A. Yeah, mm-hmm.

Q. Okay. So you say you pick up the outfit around --

A. 8:00 o'clock.

---

Q. -- 8:00 o'clock? For a 9:10 pull-out or a 9:10 --

A. For a 9:10 pull-out. Before -- 9:10. Right before -- I do my things early so I will be --

Q. Okay.

A. -- ready to go.

Q. And how long does it take you to do the pre-trip inspection for the cable car?

A. About 15 minutes.

Q. Okay.

A. Fifteen minutes, roughly.

Q. And then what do you do with the rest of your time? It sounds like you've got maybe 35, 45 minutes.

A. What I do with the rest of my time?

Q. Yes.

A. I look for other things to do. If I have anything other than reading the bulletin board, I'll speak with the dispatcher about, you know, what's going on for the day, what's been happening with the cable, any sort of thing pertaining to my job.

Q. Okay. And how much time does that take?

A. I mean, enough time for me to go downstairs. I'd say about 30 minutes or so.

Q. Okay. Is any of that time spent sitting in the Gilley room and having a cup of coffee and talking

---

to other operators?

A. I don't do a lot of talking and I don't drink coffee, so no.

Q. Drinking tea and reading the newspaper?

A. No.

Q. "No"?

A. Just more coming in, preparing myself. I go to my locker -- I have a locker.

Q. Mm-hmm.

A. I go, I get my equipment that I need to work with. I might change out, put on my boots. If it's raining that day, rain gear. I get my safety gear and put in my -- you know, getting everything -- doing everything that pertains to my job.

Q. Okay. So it sounds like you keep a bunch of equipment in your locker at Cable Car.

A. Yeah, we all have lockers.

Q. Okay.

A. We keep -- we keep our belongings there, you know, as far as our vests, hooks, things of that sort, any type of equipment. Our boots, my shades or whatever.

Q. Raincoat?

A. Raincoat. Everything that -- pretty much that I'd use at work when I'm conducting is in my locker.

---

Q. So whatever the weather is for the day --

A. Mm-hmm.

Q. -- or whatever is going on, you have that right there for you?

A. Yes, in my locker.

Q. Do you usually get dressed in your uniform before you leave the house?

A. Yeah, I come in my uniform.

Q. Okay.

A. Mm-hmm.

Q. So it's just these other pieces of equipment that you keep at work?

A. Mm-hmm.

Q. And it sounds like you probably have more equipment when you work on the cable car than when you're driving a bus.

A. Oh, yeah.

Q. Because you're exposed to the elements. Right?

A. Yes.

Q. If you're out there, you can't sit in the seat, out of the rain.

A. Yeah.

Q. You get wet and all that miserable stuff?

A. Yes.

Kevin Breston
January 8, 2016
29

Kevin Breston
January 8, 2016
30

Kevin Breston
January 8, 2016
31

Kevin Breston
January 8, 2016
32

**Page 33**

Q. Okay. And who's the grip you work with right now?

A. His name is –– his first name is Jabari. It's –– I can't get his last time.

Q. I am going to tell him if you don't know his last name.

A. Well –– oh, Albert.

Q. Jabari Albert?

A. Yeah.

Q. Okay.

A. I hope I'm right.

Q. And when you're working as the grip, do you have different pre-run responsibilities than the conductor?

A. Say that again? I didn't understand.

Q. Does the grip have different pre-run or run responsibilities at the start than the conductor?

A. Yeah, he has other things to do besides –– I do my things differently from the gripman, yeah.

Q. Okay. What does the gripman –– but you've worked as a gripman. Right?

A. Mm-hmm.

Q. What is a gripman responsible for?

A. He's responsible just as much as I am. He's responsible for the –– besides picking up the outfit,

**Page 34**

you know, changing, do everything that I do besides picking up the outfit.

Q. Okay. So when you're going over the vehicle to make sure that it's safe ––

A. We both do.

Q. You do it together?

A. Well, he do the –– he do his thing and I do my thing when it comes to pre-tripping the car.

Q. Okay. I assume the gripman –– one of that person's responsibilities is to actually ––

A. Yeah, he checks the ––

Q. –– check the grip.

A. Yeah, uh-huh. He checks the grip itself. He checks the brakes and I check the brakes behind him. I follow behind him as he goes. And if he needs my help down with the grip because I'm familiar with it, then I check the grip.

Q. Mm-hmm.

A. You know, we help each other out.

Q. And there's also a sandbox on these –– on the cable cars.

A. Make sure the sandbox filled. We do it –– that's part of the pre-trip.

Q. Okay.

A. That's part of training.

**Page 35**

Q. Okay.

A. Mm-hmm.

Q. And so that's something you guys do together?

A. Yes.

Q. Okay.

A. We work that together.

Q. And during the time you've been at the Cable Car, is that always how you've worked with your counterpart?

A. Yeah. If the conductor's upstairs doing something other than having to be downstairs –– he might have to be upstairs like getting the radio, the Clipper card reader. He might be up there counting his tickets or what not.

I'll be –– say I'm the gripman, and I'll be down there. I might have to fill the sandbox by myself. That's a lot of work. You got bags, you got –– they're very heavy. You've got two boxes you have to fill. You have the whole car you have to pre-trip. Yeah.

Q. Okay. So while you're doing that, sometimes the gripman's down doing some of those –– starting some of those tasks?

A. Yeah, getting –– he's getting his car ready for him to be able to operate, yes.

Q. Okay. And there's only one Clipper card

**Page 36**

reader; is that right?

A. Yeah. The conductor handles that.

Q. And one radio?

A. Yes, and it stays up with the gripman.

Q. It stays with the gripman?

A. Yeah.

Q. Okay. All right. Let me ask you if you've seen that document we've marked as Exhibit 4 before.

A. Yes, I have.

Q. Can you tell me what that is?

A. It is an overtime sheet.

Q. Have you ever ––

A. Card.

Q. Have you ever had to use those?

A. Yes, I have.

Q. Okay. Have you received any instructions about the circumstances in which you should use one?

A. No, not –– I don't require –– I mean, I don't understand the question.

Q. Okay.

A. What you mean by that?

Q. Did you get any training or –– did you get any training about how to go about using this or why you would use it?

A. Yeah.

Q. Okay. And what was the training? What were you trained or told?

A. You pull in. You use the overtime card.

Q. Okay.

A. I mean, he presented it, showed it to me, and that was it. Showed me how to fill it out and that was it.

Q. This was during training?

A. During the time where -- not during training itself, but when we got to the division, they let us know about the overtime. We did a walkthrough --

Q. Okay.

A. -- and they showed us the overtime card.

Q. Was this at Cable Car or when you first started working at Potrero?

A. When I was working at Potrero was --

Q. Okay. Who --

A. -- when I learned about the overtime cards.

Q. Who -- who gave you that instruction? Was it the dispatcher? The superintendent?

A. The trainer himself.

Q. Okay.

A. Yeah, when I --

Q. So -- I'm sorry. So you were going through training and the trainer knew you were going to be

assigned to Potrero, so he took --

A. When we got our assigned divisions, they did a walkthrough and showed us the divisions, showed us the -- you know, the route, where the buses are, showed us where the timecards are at, the defect cards, all them things that pertain to our job, yeah.

Q. So when you had to walk in there the first time on your own, you looked like you knew what you were doing, at least somewhat?

A. Yeah, at least.

Q. And so the trainer showed you how to fill out the card?

A. Mm-hmm.

Q. And did the trainer give you any instruction about the circumstances, the kind of events that might happen --

A. No.

Q. -- that would --

A. No. I can answer that question no.

THE REPORTER: I'm going to remind you to remember one at a time, please.

THE WITNESS: I'm sorry. Oh, my apologies.

MR. ROLNICK: Q. Were you ever given any instruction about the number of minutes that your run might have been late or that you were doing some other

task beyond your regular work schedule that you could fill out one of these cards?

A. No, not that I -- no.

Q. When's the last time you filled one out?

A. It's been -- it's been a while.

Q. Okay. On your current runs on Block 9, do those runs ever run beyond their scheduled end time? So let me --

A. I'm not understanding you.

MR. YOUNG: Objection, vague.

MR. ROLNICK: Q. Okay. So Run 22, you said your recollection, the scheduled time that it's supposed to end is about 4:55 p.m. Right?

A. Around that time, yeah.

Q. Okay. Does the run ever arrive at -- you pull back in at 4:55; is that right?

A. Do I pull in?

Q. You pull into the division or you get relieved?

A. I get relieved.

Q. Do you ever get relieved at 4:55?

A. Yeah.

Q. Okay. How often are you relieved at 4:55?

A. Pretty much all the time. That's Cable Car.

Q. Okay. What about when you work the Run 28 on,

say, a Friday that's scheduled to end about 8:30 p.m.? That's a pull-in at the cable car. Right?

A. Mm-hmm.

Q. And is it scheduled to pull in at 8:30 or is it scheduled that you're completed with your post-op activities at 8:30?

A. I'm not understanding that question.

Q. Okay. When you have a cable-car run and you pull back into the barn with the cable car --

A. Uh-huh.

Q. -- are there certain responsibilities that you have, for example, as the conductor before you're done with your workday?

A. Yes, it is.

Q. Okay. And what are those responsibilities?

A. I have to make sure -- I have to count my tickets --

Q. Okay.

A. -- get my books ready, and close my books.

Q. Okay. And how do you go about doing that? I mean, do you have to go to the dispatcher and count out the money?

A. No, I sit down at a table.

Q. Okay. And you count out the money that you've collected for tickets?

**Page 41**

A.   Yes.  It's part of closing the books, yeah.

Q.   Okay.  And how long does it take you to close the books?

A.   It depends on the amount of money that I have for that day.  And it could be a large sum; it would take me about 30 minutes.

Q.   Okay.  And that's the -- that's the conductor's responsibility.  Right?

A.   Yes.

Q.   Okay.  And you do that up in the Gilley room?

A.   Yes.

Q.   Okay.  Other than that activity, what else do you have to do when you're turning in that -- that cable car for the day when you do a pull-in?  Is there some inspection that you do or completion of a defect card or anything like that?

A.   Oh, the defect card is -- yeah, make sure there ain't no defects on the car.  But no, I don't -- I can't require the car doing the inspection at the end of the day.

Q.   Okay.  So you pull back in.  You probably know if you've hit anything or something during the run.  Right?

A.   Yeah.

Q.   That you need to reflect it on the defect

**Page 42**

card?

A.   Mm-hmm.

Q.   So am I correct that most days, you just simply sign the defect card and turn it in?

A.   Yeah, and make sure -- you know, make sure everything's -- if there's any defect, we've got to let the shop know.

Q.   So how long does it take to sort of inspect the cable car and complete the defect card?

A.   About 15 minutes.  It's the same as the pre-trip.

Q.   Okay.  And do you do that on your own or do you do that with the grip?

A.   I do that on my own.

Q.   Okay.  So the grip is not responsible for the post --

A.   No, the conductor is.

Q.   The conductor is responsible.  And the conductor is responsible for returning that to the dispatch office.  Right?

A.   Yeah.

Q.   And then you go upstairs and you fill out the -- count the money and fill out the forms for the --

A.   Yes.

Q.   -- for turning in your account?

**Page 43**

A.   Yes.

Q.   Hand that to the -- to the dispatcher?

A.   Yes.

Q.   And then you're done?

A.   Yes.

Q.   Okay.  And so is the 8:30 p.m. pull-in, is that -- is that the time you're supposed to be done with all those activities or is that the time you're pulling into the -- you're supposed to be pulling into the barn?

A.   Say that again?

Q.   The 8:30 p.m., the Friday 28 run, when you pull back into the barn, is that -- 8:30, which is the end of your run, is that when you're supposed to be done with delivering everything to the dispatcher?

A.   No, we're supposed to get 20 minutes.

Q.   Okay.

A.   Yeah, at least 20 minutes, I think, to do a turn-in.

Q.   Okay.  How often on the 28 do you pull into the cable-car barn on time?

A.   Never.

Q.   Okay.  Do you ever pull in early?

A.   No.  Due to circumstances, if it's something that would take place out there where they give us an order to do, but no.

**Page 44**

Q.   So if there was a problem with the cable car at some point during the run, they'd say, "Just bring it back to the barn"?

A.   Yeah, we would pull in it and --

Q.   Okay.

A.   -- most likely they'd have us pull another one out.

Q.   Okay.  How late do you regularly pull into the barn?

A.   I would say 15 minutes.

Q.   Do you ever fill out one of these overtime forms when you're running 15 minutes late?

A.   Yeah.

Q.   When you've filled out an overtime form, have you been paid for the overtime?

A.   To be honest with you, I don't -- I don't -- I don't think I see it.  No, I don't see the pay.

Q.   You're saying you don't see it or and you haven't looked to see whether it's there?

A.   I don't see it on my -- on my stub.  I don't see it.

Q.   How often do you think that you've put in for overtime and you haven't been paid for it?

A.   I've put in overtime enough and I don't think I have been paid for it.  I don't see changes with my

**45**

1 pay and -- yeah, I don't see changes with my pay.

2     Q.   Okay. Do you ever see -- do you ever get

3 paid -- do you ever get paid for the overtime when

4 you've put in for it?

5     A.   I just told you, I don't see the changes in --

6     Q.   Okay. So --

7     A.   -- in my pay. When I get paid, I don't see

8 numbers being changed.

9     Q.   Okay. So your experience is whenever you put

10 in an overtime card, it doesn't show up on your

11 paycheck?

12     A.   Correct.

13     Q.   Okay. Do you ever complain about that?

14     A.   Yes, I have.

15     Q.   When's the last time you complained about

16 that?

17     A.   I can't recall.

18     Q.   Okay. How many times have you complained

19 about it?

20     A.   Multiple. I would say a couple -- multiple

21 times, I complained about it.

22     Q.   More than five?

23     A.   Give me five, five times at least.

24     Q.   And when was the most recent time that you

25 complained about --

**46**

1     A.   I can't --

2     Q.   -- putting in overtime and not getting paid?

3     A.   I can't recall that situation offhand.

4     Q.   On these about five times that you complained,

5 who did you complain to?

6     A.   My union rep.

7     Q.   And who was that?

8     A.   At the time -- my union rep was Tony Gonzales

9 at the time.

10     Q.   Any other union reps that you complained to --

11     A.   No.

12     Q.   -- about not getting paid for overtime?

13     A.   No.

14     Q.   So you complained to Tony about five times?

15     A.   Yeah.

16     Q.   And was that at the Cable --

17     A.   Yes. Excuse me.

18     Q.   Was that at the Cable Car or was it at

19 Potrero?

20     A.   That's Cable Car. You're speaking about Cable

21 Car. But you're --

22     Q.   Yeah.

23     A.   -- speaking about Potrero, I complained

24 multiple times there too.

25     Q.   Okay.

**47**

1     A.   Also.

2     Q.   How many times do you think you complained at

3 Potrero about putting in for overtime and not getting

4 paid?

5     A.   I'd -- I'd say I complained five times at the

6 most there, about the same as -- about the same as I --

7     Q.   Okay.

8     A.   Multiple times.

9     Q.   And who did you complain to when you were at

10 Potrero?

11     A.   Jean Ellis was my union rep then.

12     Q.   And is it Mr. Ellis?

13     A.   Ms.

14     Q.   Ms. Ellis?

15     A.   Jean Ellis.

16     Q.   And each time you complained, it was to

17 Ms. Ellis?

18     A.   Yes, I would let my union rep handle the

19 situation.

20     Q.   Okay. What if anything ever happened about

21 those complaints that you brought to Ms. Ellis's

22 attention?

23     A.   Pretty much I was just told that everything

24 would be taken care of.

25     Q.   And was it?

**48**

1     A.   From -- from my point of view, no.

2     Q.   Okay. And that's because you didn't see the

3 pay come through?

4     A.   I didn't even follow through it, because I've

5 been very discouraged of the situation at hand anyway.

6     Q.   Okay. And the five times -- about the five

7 times you complained to Ms. Ellis, were those separate

8 occasions or was that sort of a series of complaints

9 related to one or two overtime requests?

10     A.   It would have to be separate occasions when

11 you put in the overtime, so I would say separate

12 occasions.

13     Q.   Okay. And each time, Ms. Ellis said to you,

14 "It'll be taken care of"?

15     A.   Yes.

16     Q.   And each time, nothing to your knowledge was

17 done about it?

18     A.   I didn't see no change. I didn't hear

19 something from it. And I just kept working.

20     Q.   Okay. And did you ever follow up with her

21 about any of those complaints in --

22     A.   As I'd do so, she'd get with me.

23     Q.   I'm sorry. She what?

24     A.   If I asked her, she'd get with me.

25     Q.   Okay. Other than complaining to Ms. Ellis at

**49**

1  Potrero, did you ever put in any other complaints about
2  putting in for overtime and not getting it when you were
3  at Potrero?
4      A.   No.  Not to no one else, no.
5      Q.   So you never talked to your superintendent
6  about that?
7      A.   No.
8      Q.   Did you ever talk to a dispatcher about that?
9      A.   I probably talked to a dispatcher twice about
10  the situation, yeah.
11      Q.   Twice at Potrero?
12      A.   Yeah, twice at Potrero.
13      Q.   Okay.  Do you remember who that dispatcher
14  was?
15      A.   No, I don't know.
16      Q.   Do you remember what you said to the
17  dispatcher?
18      A.   Why was I not getting paid?
19      Q.   Okay.  Did you get any response from the
20  dispatcher?
21      A.   Very negative, very -- it was observed.  It
22  was a rude moment.
23      Q.   Okay.  The dispatcher said something you
24  thought was rude?
25      A.   Yeah.

**50**

1      Q.   And what did they say?
2      A.   Rude things.  I can't really recollect the
3  thing.  I know it wasn't a good -- a good situation at
4  hand, and I walked out of the office.
5      Q.   Okay.  Was it a relatively quick exchange?
6      A.   Yeah.  It wasn't that long of a conversation.
7      Q.   Okay.  So -- and was this at the time that you
8  were submitting the overtime or this was after the fact
9  and you said, "Hey, it's not in my paycheck"?
10      Something like that?
11      A.   Yeah, I didn't get paid.  My numbers are still
12  the same.  It should be different.  So I say -- I pay
13  attention to my paycheck.  I can tell if I got my
14  overtime or not by looking at my numbers.
15      Q.   Any other complaints when you were at Potrero
16  about putting in for overtime and not getting paid?
17      A.   No.  I just was very discouraged of the
18  situation at hand, so it wasn't even -- I wasn't wasting
19  my time with complaining for it because it seemed like
20  nothing was getting done.
21      Q.   Okay.  During your time at Potrero, did any
22  dispatcher ever tell you not to put in an overtime card?
23      A.   No, but they very much discouraged me of not
24  doing it.
25      Q.   Other than what you've already described, how

**51**

1  else did they discourage you from putting in an overtime
2  card?
3      A.   Being very rude about the situation.
4      Q.   In what ways would they be rude about the
5  situation?
6      A.   Rude.  Just flat-out rude.
7      Q.   Can you give to the words they used or the
8  gestures?
9      A.   No, it just -- it just wasn't handled
10  professionally.
11      Q.   Okay.
12      A.   And that's -- it's been a while.  I ain't been
13  at Potrero in so many years, so I can't just recollect
14  the words and things.  But I know that, that time and
15  place, it was a rude situation.  It wasn't handled
16  professionally.
17      Q.   Okay.  During the time at Potrero, did a
18  dispatcher ever refuse to take a card that you'd filled
19  out?
20      A.   Not that I -- no, but I know -- I noticed that
21  when my card was taken, it was thrown to the side like,
22  you know, it wasn't being filed properly.  And I seen
23  that.  But other than that, I just hand it in and walk
24  out.
25      Q.   Okay.  When you're at Cable Car and you

**52**

1  complain to Mr. Gonzales about putting in overtime and
2  not getting paid, what happened to any of those -- with
3  any of those complaints?
4      A.   Nothing.
5      Q.   What did he say to you?
6      A.   "I'll get back at you about it."
7      Q.   Okay.  Did you ever follow up with him about
8  any of those complaints?
9      A.   No, I left it alone.
10      Q.   Okay.  Did you ever talk to the superintendent
11  at Cable Car about not getting paid --
12      A.   No --
13      Q.   -- for overtime?
14      A.   -- never.
15      Q.   Other than Gonzalez and Ellis, did you ever
16  talk to any other person --
17      A.   No.
18      Q.   -- related to the union about not getting paid
19  for overtime?
20      A.   No.
21      Q.   At the Cable Car, did you ever have any
22  experience with a dispatcher where they refused to take
23  an overtime card?
24      A.   No.  Not that I recollect, no.
25      Q.   Okay.  The dispatchers at Cable Car, were they

| | |
|---|---|
| 1 ever rude in the way that the dispatchers at Potrero had | 1 A. The dispatcher. I don't know the dispatcher's |
| 2 been? | 2 name offhand. |
| 3 A. Yes. | 3 Q. Was this at Cable Car? |
| 4 Q. Okay. Can you remember anything that they | 4 A. It was at -- actually, it was at Potrero. |
| 5 said to you that you considered to be rude about an | 5 Q. Okay. |
| 6 overtime card? | 6 A. And I had an incident at Cable Car, being that |
| 7 A. I mean, being rude, just flat-out rude. Just | 7 I won't get paid. Yeah, I don't know if -- it was the |
| 8 nothing professional about it. | 8 night dispatcher, but I don't know the dispatcher's |
| 9 Q. Okay. | 9 name. |
| 10 A. There wasn't no cuss words if that's what | 10 Q. Okay. So -- I'm sorry -- was this at Potrero |
| 11 you're looking for. | 11 or at Cable? It sounds like -- |
| 12 Q. Okay. | 12 A. I had -- |
| 13 A. But just being rude, and it wasn't handled | 13 Q. -- you're talking about both. |
| 14 professionally. | 14 A. I had both incidents at -- I remember two |
| 15 Q. Okay. Can you give me any way to describe | 15 incidents, one at Potrero and one at Cable Car. I had |
| 16 what it is that they said or they did that you felt was | 16 one incident there. |
| 17 rude about the interaction? | 17 Q. Okay. So the one at Cable Car obviously was |
| 18 A. No, I can't. | 18 more recent. |
| 19 Q. Did you ever have a dispatcher at Cable Car | 19 A. Yeah. |
| 20 say something to the effect of "Don't give me an | 20 Q. And so you had gone to the dispatcher with an |
| 21 overtime card if it's less than 10 minutes or 15 | 21 overtime card? |
| 22 minutes" or anything like that? | 22 A. Yeah. I remember filling out an overtime |
| 23 A. I've been -- I've been told -- I've been told | 23 card -- |
| 24 that they wouldn't pay me. | 24 Q. And did -- |
| 25 Q. Who told you they wouldn't pay you? | 25 A. -- and they told me I might necessarily be -- |

| | |
|---|---|
| 1 I wouldn't be paid -- | 1 A. What do you mean? |
| 2 Q. Okay. | 2 Q. Well, if an accident report and the incident |
| 3 A. -- so -- | 3 report are the same form -- |
| 4 Q. And was it -- did they say you might not get | 4 A. Yeah, it's on the same -- incident and |
| 5 paid because it was -- it was only for seven minutes or | 5 accident is on the same form, piece of -- yeah. |
| 6 eight minutes or what was the circumstance that they -- | 6 Q. Okay. An accident report, you fill out when |
| 7 A. I -- no, I don't remember the time frame, the | 7 there's some damage to the property? |
| 8 overtime. | 8 A. When you -- |
| 9 Q. So you don't remember if you were putting in | 9 Q. To the cable car? |
| 10 for 10 minutes or 20 minutes? Just you turned in the | 10 A. Let me know when I can speak. |
| 11 card on that occasion and the dispatcher said something | 11 Q. Go ahead. |
| 12 to the effect of "You're not going to get paid for" -- | 12 A. Okay. An accident -- when if -- if I had an |
| 13 A. No. I don't remember the time frame, no. | 13 accident, I would fill out an accident report. If I had |
| 14 Q. Okay. Any other conversations with a | 14 an incident, I would fill out an incident report. |
| 15 dispatcher about getting paid for overtime other than | 15 Being -- an incident would be a fall on board; an |
| 16 what you've already told me? | 16 accident would be collision. |
| 17 A. No. | 17 Q. Okay. In the time you're been at Cable Car, |
| 18 Q. Are you familiar with a form called "an | 18 how often have you had to fill out an accident/incident |
| 19 incident report"? | 19 report? |
| 20 A. Yeah. Incident? Yeah, mm-hmm. | 20 A. I can't recall that. |
| 21 Q. Okay. And there's something that also called | 21 Q. Have you had to do it? |
| 22 "an accident report"? | 22 A. I have, but I'm not keeping tabs of it. |
| 23 A. They're both the same, yeah. | 23 Q. Less than a handful of times? |
| 24 Q. Same form. What circumstances do you use one | 24 A. Yeah, very less, not a lot. |
| 25 of those forms when you complete one? | 25 Q. Okay. What about a miscellaneous report? |

What's that?

A. It's a miscellaneous report.

Q. Okay. What kind of circumstances would you fill out a miscellaneous report?

A. If I have any type of problem or an incident or an accident.

Q. Okay. So that, to your thinking, a miscellaneous report is no different than an incident report?

A. It's -- it's a miscellaneous. Something small and not as big of a big accident. That's the difference.

Q. Okay.

A. That's why it's called "a miscellaneous report."

Q. And how often at Cable Car have you filled out a miscellaneous report?

A. Not often.

Q. During the time you've been at Cable Car, have you had any occasions where you've had to have a meeting with your superintendent?

A. At Cable Car?

Q. Yeah.

A. I had a meeting with my superintendent.

Q. You had one meeting during the time you've

---

been at Cable Car?

A. I would say I think two, probably two.

Q. Do you remember what the circumstances were for either one of those meetings?

A. Accident.

Q. Okay. Did you ever have -- during the time you were at Cable Car have a meeting with a superintendent in which you might be subject to discipline?

A. No. I mean, as -- explain that to me. Give me a little more as far as me having a discipline --

Q. Okay. So you've had a couple of meetings with your superintendent at Cable Car in relationship to an accident report that you prepared?

A. Yeah. I had a couple meetings, yeah --

Q. Okay.

A. -- with an accident report, and we would talk about the accident. And I've never been disciplined for it, no.

Q. Okay. And have you had any other meetings with the superintendent where you might be subject to a discipline or warning because you violated a rule in the rule book --

A. No.

Q. -- or -- or you had a passenger service report

---

that was lodged against you?

A. No.

Q. What about when you were at Potrero? Did you have any meetings with your superintendent when you were there?

A. Yeah, I did. I think about once.

Q. Okay. When you've had your meetings with your superintendent at Cable, those meetings are scheduled in advance; is that right?

A. I would get either notified by my union rep, yeah, or I might get a piece of mail.

Q. From the dispatcher when you showed up?

A. Yeah.

Q. Okay.

A. Excuse me. I'm sorry.

Q. And when were those meetings scheduled in relationship to your workday? You know, before the regular run? At the end of the run? Something like that.

A. It could be before my run.

Q. Okay.

A. Yeah, before my run.

Q. So you'd get a notice maybe a couple days before, "Meeting with the superintendent on Thursday. Show up 15 minutes early, 20 minutes early"?

---

A. Yeah, a couple of days or a week, probably.

Q. Okay.

A. I'm not quite sure.

Q. Did you ever put in for overtime for those meetings?

A. No, I never -- no, no.

Q. Do you know if you ever got paid for additional time for those meetings?

A. No, I don't know. No.

Q. You don't know one way or the other?

A. No, I don't think I even got paid if you ask me, but no.

Q. Okay. Let me ask you to look at what we've previously marked as Exhibit 6, ask you if you recognize that document.

A. I recognize it, but I don't -- I don't think I got it at the training.

Q. You think you got an employee handbook of some form when you started your initial training at MTA?

A. I think so. That's when I got it. I'm not quite sure.

Q. Okay. And when you did your initial training, you were trained using the rule book that's Exhibit No. 1. Correct?

A. Yes.

## Page 61

```
1        Q.    And then when you transferred over to the
2   Cable Car, you did -- there was some subsequent training
3   that you did before you started operating the cable
4   cars?
5        A.    Yes.
6        Q.    And the training included the rule book that's
7   marked as Exhibit 5?
8        A.    Yeah.  They gave us the rule book during our
9   training, yes.
10       Q.    When you worked at Potrero, were you on the
11  extra board there or did you have a run?
12       A.    You know, I can't quite recall.  It's been a
13  long time.
14       MR. ROLNICK:    Okay.  Those are all the questions I
15  have.  Thank you.
16       THE WITNESS:    Thank you.
17            (The deposition was concluded at 3:53 p.m.)
18                      ---o0o---
19
20
21
22
23
24
25
```

## Page 62

```
1                  CERTIFICATE OF REPORTER
2
3        I hereby certify that the witness in the foregoing
4   deposition, named
5                    KEVIN BRESTON,
6   was by me duly sworn to testify to the truth, the whole
7   truth, and nothing but the truth in the within-entitled
8   cause; that said deposition was taken at the time and
9   place herein named; that the deposition is a true record
10  of the witness's testimony as reported to the best of my
11  ability by me,
12                  MARLENE PUAOI,
13  a Certified Shorthand Reporter and a disinterested
14  person, and was thereafter transcribed into typewriting
15  by computer; and that the pertinent provisions of the
16  applicable code or rules of civil procedure relating to
17  the notification of the witness and counsel for the
18  parties hereto of the availability of the original
19  transcript of deposition for reading, correcting, and
20  signing have been complied with.
21
22       I further certify that I am not interested in the
23  outcome of said action, nor connected with, nor related
24  to any of the parties in said action, nor to their
25  respective counsel.
```

## Page 63

```
1        IN WITNESS WHEREOF, I have hereunto set my hand
2   and affixed my signature this 22nd day of January 2016.
3
4
5
6   MARLENE PUAOI, CSR
7   California CSR No. 7370
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 64

```
1                  ERRATA SHEET
2
3   PAGE  LINE    CHANGE
4   ----  ----    ----------------------------------------
5   ----  ----    ----------------------------------------
6   ----  ----    ----------------------------------------
7   ----  ----    ----------------------------------------
8   ----  ----    ----------------------------------------
9   ----  ----    ----------------------------------------
10  ----  ----    ----------------------------------------
11  ----  ----    ----------------------------------------
12  ----  ----    ----------------------------------------
13  ----  ----    ----------------------------------------
14  ----  ----    ----------------------------------------
15  ----  ----    ----------------------------------------
16  ----  ----    ----------------------------------------
17  ----  ----    ----------------------------------------
18  ----  ----    ----------------------------------------
19  ----  ----    ----------------------------------------
20  I, KEVIN BRESTON, make the foregoing changes to my
21  deposition taken in the matter of Stitt, et al. v. The
22  San Francisco Municipal Transportation Agency; et al.,
23  taken on Friday, January 8, 2016.
24  DATE:
25                    KEVIN BRESTON
```

## DECLARATION

I, **KEVIN BRESTON**, hereby declare under penalty of perjury that the foregoing is my deposition under oath; that these are the questions asked of me and my answers thereto; and that I have read my deposition and have made the corrections, additions, or changes to my answers that I deem necessary.

In witness whereof, I hereby subscribe my name this _____ day of _____, 2016.

_____
**KEVIN BRESTON**

---

Bonnie Wagner Court Reporting
Certified Shorthand Reporters
1819 Polk Street, No. 446
San Francisco, California 94109
(415) 982–4849

January 25, 2016

Kevin Breston
c/o Joel B. Young, Attorney at Law
The Tidrick Law Firm
2039 Shattuck Avenue, Suite 308
Berkeley, California 94704

RE:  *Stitt, et al. v. The San Francisco Municipal Transportation Agency; et al.*

Dear Mr. Breston:

The transcript of your deposition testimony taken in the above–entitled matter has been prepared and is available at this office for your reading, correcting, and signing.  In the alternative, you may wish to review a copy.  Please notify this office and all counsel, in writing, of any changes you wish to make to your deposition transcript within 30 days, unless otherwise stipulated.

Your rights regarding signature of this deposition are contained in the California Code of Civil Procedure.  Unless counsel otherwise agree, your original deposition transcript will be sealed in accordance with the code.

If you wish to make arrangements to review the original transcript of your deposition, please contact this office during office hours, 9 to 5, Monday through Friday, to make an appointment.

Sincerely,

Bonnie Wagner Court Reporting

cc:  All counsel

---

## DISPOSITION OF TRANSCRIPT REVIEW

CASE:                    *Stitt, et al. v. The San Francisco Municipal Transportation Agency; et al.*

DEPOSITION OF:  **KEVIN BRESTON**

DATE TAKEN:       Friday, January 8, 2016

I certify that the witness named herein was given the allowable, statutory time within which to read and sign the deposition transcript and that:

_____ The witness failed to appear for such

         reading and signing.

_____ A correction letter has been submitted and

         is attached to the transcript.

_____ The witness has waived review/signature

         on the record.

_____ The time for reading and signing has

         expired.

_____ The sealed original deposition is being

         forwarded to your office.

_____ Other:

                        BONNIE WAGNER, CSR

MR. ROLNICK: [1]
61/13
MR. YOUNG: [1]  39/9
THE REPORTER: [1]
38/19
THE WITNESS: [2]
38/21 61/15

**'**

**'09 [1]**  5/16
**'12 [1]**  7/7

**–**

**---o0o [6]**  1/3 1/14
2/13 4/21 5/3 61/18

# 1

**1–20 [1]**  1/11
**10 [2]**  53/21 55/10
**10:00 o'clock [1]**  26/13
**10:30 a.m [1]**  26/8
**11:00 [1]**  26/14
**11:15 [2]**  26/14 26/15
**11:30 [1]**  26/15
**11:45 [1]**  26/10
**12:00 p.m [1]**  13/14
**12:20 a.m [1]**  18/18
**1390 [2]**  3/5 4/14
**15 [12]**  22/12 23/2
23/17 24/23 25/5
25/9 30/9 42/10
44/10 44/12 53/21
59/25
**17 [7]**  12/7 13/22
13/25 14/13 15/3
15/23 18/10
**1819 [2]**  1/20 66/2
**1:00 [2]**  13/10 13/11
**1:00 a.m [1]**  20/23
**1:00 o'clock [3]**  13/4
13/6 16/1
**1:10 [2]**  16/1 17/8

# 2

**20 [6]**  1/11 28/7 43/15
43/17 55/10 59/25
**2010 [1]**  21/5
**2012 [3]**  7/7 7/8 7/11
**2016 [8]**  1/17 2/4 3/3
63/2 64/23 65/10
66/5 67/6
**2039 [2]**  4/6 66/8
**20th [2]**  21/16 21/20
**22 [11]**  12/6 12/10
18/7 18/24 18/25
25/18 26/22 26/25
27/3 28/3 39/11
**22nd [1]**  63/2
**25 [1]**  66/5
**28 [16]**  12/6 13/2
13/10 13/16 18/9
18/21 18/23 19/21
26/5 26/12 26/22
26/22 27/1 39/25
43/11 43/19
**2:51 [1]**  3/4

# 3

**30 [3]**  30/23 41/6
66/15
**308 [2]**  4/6 66/8
**34 [5]**  11/15 11/23
18/6 18/12 18/14
**35 [1]**  30/13
**3815 [1]**  4/16
**3:00 [1]**  15/9
**3:15 [1]**  15/9
**3:53 [1]**  61/17

# 4

**415 [3]**  1/21 4/16 66/3
**446 [2]**  1/20 66/2
**45 [1]**  30/13
**4849 [2]**  1/21 66/3
**4:00 [1]**  18/15
**4:00 o'clock [1]**  26/19
**4:30 [1]**  18/16
**4:30 p.m [1]**  18/15
**4:45 [1]**  26/21
**4:55 [4]**  12/21 39/16
39/21 39/23
**4:55 p.m [1]**  39/13

# 5

**510 [1]**  4/8
**5100 [1]**  4/8
**5408 [2]**  3/6 4/15
**554–3815 [1]**  4/16
**5:00 [4]**  14/1 14/2
14/15 15/25
**5:00 a.m [1]**  14/4
**5:00 o'clock [2]**  14/1
14/15
**5:10 [2]**  17/8 17/8
**5:10 p.m [1]**  17/11
**5:15 [1]**  14/1
**5:30 [1]**  25/21
**5:45 a.m [1]**  25/21

# 6

**60–footers [1]**  7/20

# 7

**7370 [2]**  1/24 63/7
**788–5100 [1]**  4/8
**7:00 [5]**  14/16 26/1
26/2 26/4 27/4
**7:00 a.m [1]**  26/3
**7:00 o'clock [1]**  14/19
**7:30 [3]**  26/4 27/4
28/17
**7th [1]**  4/14

# 8

**8:00 [1]**  13/20
**8:00 o'clock [3]**  28/18
29/25 30/1
**8:10 [2]**  13/20 13/21
**8:30 [4]**  13/17 40/4
40/6 43/12
**8:30 p.m [3]**  40/1 43/6
43/11

# 9

94102-5408 [2]  3/6 4/15
94109 [2]  1/20 66/2
94704 [2]  4/7 66/8
982-4849 [2]  1/21 66/3
9:00 [1]  12/17
9:00 a.m [2]  15/5 15/6
9:00 o'clock [2]  12/16 15/4
9:00 p.m [1]  15/5
9:10 [12]  12/12 12/15 12/15 18/21 18/23 28/4 28/6 28/8 30/1 30/2 30/3 30/3
9:10 a.m [2]  12/13 12/14
9:10 something [1]  12/12

# A

a.m [13]  12/13 12/14 12/15 14/2 14/3 14/4 15/5 15/6 18/18 20/23 25/21 26/3 26/8
ability [1]  62/11
able [2]  24/14 35/24
about [82]  6/16 8/7 10/6 12/12 13/2 13/22 14/4 14/21 18/11 19/13 19/16 22/13 22/15 25/7 25/21 26/1 26/7 26/8 26/11 26/14 26/15 26/21 26/21 27/3 27/17 27/23 28/17 28/17 30/9 30/18 30/23 36/17 36/23 36/23 37/11 37/18 38/15 38/24 39/13 39/25 40/1 40/20 41/6 42/10 45/13 45/15 45/19 45/21 45/25 46/4 46/12 46/14 46/20 46/23 47/3 47/6 47/6 47/20 48/6 48/17 48/21 49/1 49/6 49/8 49/9 50/16 51/3 51/4 52/1 52/6 52/7 52/11 52/18 53/5 53/8 53/17 54/13 55/15 56/25 58/18 59/3 59/6
about it [1]  45/19
above [1]  66/12
above-entitled [1]  66/12
accessible [1]  24/8
accident [15]  55/22 56/2 56/5 56/6 56/12 56/13 56/13 56/16 56/18 57/6 57/11 58/5 58/14 58/17 58/18
accident/incident [1]  56/18
accordance [1]  66/18
account [1]  42/25
across [1]  6/3
action [2]  62/23 62/24
activities [2]  40/6 43/8
activity [1]  41/12
actual [1]  16/17
actually [7]  11/11 13/24 28/5 28/15 28/24 34/10 54/4
additional [1]  60/8
additions [1]  65/6
advance [1]  59/9
advice [1]  24/12
advised [1]  2/10
advising [1]  23/14
affixed [1]  63/2
after [3]  9/17 12/18 50/8
again [2]  33/15 43/10
against [1]  59/1
AGENCY [4]  1/10 64/22 66/10 67/3
ago [1]  10/3
agree [1]  66/17
ahead [2]  9/21 56/11
ain't [3]  16/9 41/18 51/12
al [6]  64/21 64/22 66/9 66/10 67/3 67/3
Albert [2]  33/7 33/8
all [17]  1/5 6/4 6/16 16/13 18/6 22/5 25/23 29/3 31/17 32/24 36/7 38/5 39/24 43/8 61/14 66/14 66/25
allowable [1]  67/9
almost [1]  9/6
alone [2]  25/22 52/9
already [2]  50/25 55/16
also [8]  4/19 18/10 19/1 25/1 27/23 34/20 47/1 55/21
alternative [1]  66/13
always [6]  15/13 15/15 22/1 24/24 24/25 35/8
am [6]  27/20 27/20 33/5 33/24 42/3 62/22
amount [2]  24/19 41/4
another [2]  29/11 44/6
answer [11]  2/10 5/22 5/23 5/25 6/5 6/9 6/10 6/23 7/25 15/13 38/19
answering [1]  6/22
answers [2]  65/4 65/7
any [36]  7/2 9/14 10/11 12/1 23/23

# A

**any... [31]** 24/3 25/4 25/8 30/20 30/24 31/21 36/16 36/22 36/22 38/14 38/23 42/6 46/10 48/21 49/1 49/19 50/15 50/21 52/2 52/3 52/8 52/16 52/21 53/15 55/14 57/5 57/20 58/20 59/4 62/24 66/14

**Anyone [1]** 22/9

**anything [11]** 16/24 23/7 23/10 23/12 27/23 30/17 41/16 41/22 47/20 53/4 53/22

**anyway [1]** 48/5

**apologies [1]** 38/22

**appear [1]** 67/11

**appeared [1]** 3/8

**applicable [1]** 62/16

**appointment [1]** 66/20

**approximately [4]** 12/11 18/15 20/11 21/8

**are [23]** 5/12 6/15 7/4 11/1 12/8 16/13 17/15 17/21 19/5 23/12 25/8 38/4 38/5 39/23 40/11 40/15 50/11 55/18 56/3 59/8 61/14 65/4 66/16

**around [18]** 12/17 13/10 13/17 13/20 14/19 15/4 15/9 15/9 18/18 18/21 21/15 26/10 26/10 26/15 27/4 28/3 29/24 39/14

**arrangements [1]**

66/19

**arrive [9]** 24/24 24/25 25/4 25/24 26/1 26/9 26/10 27/4 39/15

**arrived [1]** 24/22

**arriving [1]** 25/9

**as [37]** 3/12 3/14 5/2 5/17 6/2 8/6 8/6 10/24 16/5 17/24 21/14 22/14 22/16 27/4 27/4 29/6 29/21 31/20 31/20 33/12 33/21 33/24 33/24 34/15 36/8 40/12 42/10 47/6 47/6 48/22 57/11 58/10 58/11 58/11 60/14 61/7 62/10

**ask [9]** 5/22 6/9 6/13 6/23 16/19 36/7 60/11 60/13 60/14

**asked [2]** 48/24 65/4

**asking [3]** 6/16 25/14 25/15

**assigned [5]** 11/5 15/14 16/4 38/1 38/2

**assignment [1]** 18/4

**assume [2]** 6/9 34/9

**at [125]** 3/3 3/4 4/4 6/19 6/20 7/6 7/16 8/13 8/15 9/5 9/10 9/14 9/23 9/24 10/6 10/6 10/12 10/14 11/2 12/15 12/17 13/25 13/25 15/24 16/9 16/16 17/7 17/8 17/12 18/23 20/11 20/13 20/23 20/24 22/9 22/21 23/2 23/16 24/22 25/2 25/21 25/24 26/13 28/6 28/17 31/16 31/25 32/12 33/17 35/7 37/14 37/15

37/16 38/5 38/9 38/10 38/21 39/15 39/16 39/21 39/23 40/2 40/4 40/6 40/23 41/19 43/17 44/2 45/23 46/8 46/9 46/16 46/18 46/18 47/2 47/5 47/9 48/5 48/25 49/3 49/11 49/12 50/3 50/7 50/14 50/15 50/18 50/21 51/13 51/17 51/25 52/6 52/11 52/21 52/25 53/1 53/19 54/3 54/4 54/4 54/6 54/10 54/11 54/14 54/15 54/15 54/17 56/17 57/16 57/19 57/22 58/1 58/7 58/13 59/3 59/8 59/18 60/13 60/17 60/19 61/10 61/17 62/8 66/7 66/13

**attached [1]** 67/14

**attention [2]** 47/22 50/13

**attorney [6]** 3/4 4/4 4/12 4/13 5/10 66/7

**audibly [1]** 6/1

**availability [1]** 62/18

**available [2]** 23/24 66/12

**avenue [4]** 4/6 21/16 21/20 66/8

**aware [2]** 23/12 25/8

**away [2]** 20/11 20/13

# B

**B-r-e-s-t-o-n [1]** 5/8

**back [8]** 14/25 18/6 39/16 40/9 41/21 43/12 44/3 52/6

**bags [1]** 35/17

**Banbury [3]** 8/19 8/23

**B**

Banbury... **[1]** 8/24

barn **[14]** 19/14 19/17 19/19 20/10 20/17 20/18 23/25 25/25 40/9 43/9 43/12 43/20 44/3 44/9

based **[3]** 11/5 16/7 17/6

be **[43]** 3/2 8/25 17/7 18/14 20/24 21/24 22/11 23/2 23/5 23/5 23/16 24/2 24/9 24/14 24/16 24/19 30/4 35/11 35/12 35/13 35/15 35/15 35/24 37/25 41/5 43/7 43/9 43/13 44/16 47/24 48/10 48/14 50/12 51/4 53/5 54/25 55/1 56/15 56/16 58/8 58/21 59/20 66/18

because **[11]** 6/19 14/18 16/13 28/5 32/18 34/16 48/2 48/4 50/19 55/5 58/22

been **[32]** 7/6 7/12 9/5 9/6 10/4 10/5 18/16 22/14 22/15 30/19 35/7 38/25 39/5 39/5 44/15 44/23 44/25 48/5 51/12 51/12 53/2 53/23 53/23 53/23 56/17 57/19 58/1 58/18 61/12 62/20 66/12 67/13

before **[26]** 3/6 6/9 6/21 6/23 7/14 10/8 10/11 21/6 24/19 24/23 24/24 25/5 25/10 26/23 27/25

28/7 30/3 30/4 32/7 36/8 40/12 59/17 59/20 59/22 59/24 61/3

began **[1]** 8/19

behalf **[1]** 1/5

behind **[2]** 34/14 34/15

being **[12]** 3/13 5/2 25/9 27/20 45/8 51/3 51/22 53/7 53/13 54/6 56/15 67/19

belongings **[1]** 31/19

Berkeley **[2]** 4/7 66/8

besides **[4]** 9/14 33/18 33/25 34/1

best **[4]** 6/18 6/21 6/22 62/10

beyond **[2]** 39/1 39/7

big **[3]** 19/10 57/11 57/11

bit **[1]** 13/20

block **[16]** 9/24 9/25 10/1 10/9 10/18 12/4 12/5 16/7 28/19 29/4 29/5 29/7 29/7 29/11 29/16 39/6

blocks **[2]** 20/11 20/13

board **[17]** 10/10 10/12 10/15 10/17 10/21 10/23 11/1 16/2 16/3 16/4 16/16 16/22 16/23 25/2 30/17 56/15 61/11

boards **[3]** 27/12 27/13 27/16

Bonnie **[4]** 1/19 66/1 66/23 67/24

book **[11]** 22/11 22/13 22/15 23/3 23/8 23/10 23/16 58/23 60/23 61/6 61/8

books **[6]** 22/21 23/1 40/19 40/19 41/1

41/3

boots **[2]** 31/11 31/21

both **[11]** 8/18 8/22 19/5 20/6 23/1 28/10 28/10 34/5 54/13 54/14 55/23

Boulevard **[2]** 21/14 21/19

box **[1]** 14/7

boxes **[1]** 35/18

brakes **[2]** 34/14 34/14

BRESTON **[15]** 1/16 2/3 3/10 5/1 5/6 5/8 5/9 62/5 64/20 64/24 65/2 65/15 66/6 66/11 67/5

bridges **[1]** 23/22

bring **[1]** 44/2

brought **[1]** 47/21

building **[2]** 19/18 27/12

bulletin **[4]** 27/12 27/13 27/16 30/17

bunch **[1]** 31/15

bus **[2]** 24/13 32/16

buses **[3]** 8/3 8/5 38/4

business **[3]** 25/6 25/12 25/13

but **[21]** 6/3 10/22 16/12 19/19 23/19 27/4 33/20 37/10 41/18 43/25 46/21 50/23 51/14 51/20 51/23 53/13 54/8 56/22 60/12 60/16 62/7

---

**C**

C-12-03704-YGR **[1]** 1/4

c/o **[1]** 66/7

cable **[67]** 7/5 7/6 7/9 7/14 7/21 7/22 7/23 8/3 8/5 8/6 8/13 8/16

**C**

cable... [55]  9/5 9/15 9/23 9/24 10/12 10/14 14/8 15/24 16/9 16/16 20/10 22/21 23/25 25/2 25/25 30/8 30/19 31/16 32/15 34/21 35/7 37/14 39/24 40/2 40/8 40/9 41/13 42/9 43/20 44/1 46/16 46/18 46/20 46/20 51/25 52/11 52/21 52/25 53/19 54/3 54/6 54/11 54/15 54/17 56/9 56/17 57/16 57/19 57/22 58/1 58/7 58/13 59/8 61/2 61/3

cable-car [5]  20/10 23/25 25/25 40/8 43/20

CALIFORNIA [15]  1/2 1/20 1/24 3/6 3/8 4/7 4/15 14/7 17/13 18/10 20/9 63/7 66/2 66/8 66/17

called [5]  3/12 10/22 55/18 55/21 57/14

calls [1]  6/5

came [3]  7/8 10/15 10/18

can [18]  5/5 5/7 6/19 6/20 7/25 10/4 11/1 19/19 20/16 21/14 23/19 36/10 38/19 50/13 51/7 53/4 53/15 56/10

can't [17]  9/2 9/11 21/15 21/23 21/25 24/12 32/21 33/4 41/19 45/17 46/1 46/3 50/2 51/13

53/18 56/20 61/12

car [64]  7/5 7/6 7/9 7/14 7/21 8/16 9/5 9/15 9/23 9/24 10/12 10/14 15/24 16/9 16/16 20/10 20/19 22/21 23/25 24/4 24/9 25/2 25/25 28/1 28/3 30/8 31/16 32/15 34/8 35/8 35/19 35/23 37/14 39/24 40/2 40/8 40/9 41/14 41/18 41/19 42/9 43/20 44/1 46/18 46/20 46/21 51/25 52/11 52/21 52/25 53/19 54/3 54/6 54/15 54/17 56/9 56/17 57/16 57/19 57/22 58/1 58/7 58/13 61/2

card [22]  35/13 35/25 36/13 37/3 37/13 38/12 41/15 41/17 42/1 42/4 42/9 45/10 50/22 51/2 51/18 51/21 52/23 53/6 53/21 54/21 54/23 55/11

cards [3]  37/18 38/5 39/2

care [3]  25/12 47/24 48/14

cars [7]  7/22 7/23 8/3 8/5 14/8 34/21 61/4

case [3]  1/4 5/11 67/3

catch [1]  25/18

cause [1]  62/8

cc [1]  66/25

certain [1]  40/11

CERTIFICATE [1]  62/1

Certified [4]  1/19 3/7 62/13 66/1

certify [3]  62/3 62/22

67/8

Chambers [1]  9/13

change [4]  14/22 31/11 48/18 64/3

changed [2]  9/12 45/8

changes [6]  44/25 45/1 45/5 64/20 65/6 66/14

changing [1]  34/1

check [4]  27/22 34/12 34/14 34/17

checks [3]  34/11 34/13 34/14

circumstance [1]  55/6

circumstances [6] 36/17 38/15 43/23 55/24 57/3 58/3

city [11]  1/10 3/4 3/12 4/12 4/13 5/10 5/11 5/13 5/15 7/2 23/13

civil [2]  62/16 66/17

Clipper [2]  35/12 35/25

close [2]  40/19 41/2

closing [1]  41/1

Cobean [1]  8/20

Cobean's [2]  8/24 9/6

code [3]  62/16 66/17 66/18

coffee [2]  30/25 31/3

collected [1]  40/25

collision [1]  56/16

come [3]  14/9 32/8 48/3

comes [1]  34/8

coming [2]  23/18 31/7

commencing [1]  3/3

communicating [1] 6/15

complain [4]  45/13 46/5 47/9 52/1

complained [12]  45/15 45/18 45/21 45/25 46/4 46/10 46/14

**C**

complained... [5] 46/23 47/2 47/5 47/16 48/7

complaining [2] 48/25 50/19

complaints [7] 47/21 48/8 48/21 49/1 50/15 52/3 52/8

complete [3] 6/23 42/9 55/25

completed [1] 40/5

completion [1] 41/15

complied [1] 62/20

computer [1] 62/15

concluded [1] 61/17

conducting [6] 28/15 28/16 28/24 28/24 29/2 31/25

conductor [16] 27/20 27/21 27/22 28/14 28/21 29/3 29/8 29/9 29/19 33/14 33/17 36/2 40/12 42/17 42/18 42/19

conductor's [2] 35/10 41/8

connected [1] 62/23

considered [1] 53/5

consists [1] 12/5

contact [1] 66/19

contained [1] 66/17

continuously [2] 7/12 10/17

control [1] 15/18

controls [1] 14/8

conversation [1] 50/6

conversations [1] 55/14

cop [1] 15/19

copy [1] 66/14

corner [3] 14/7 19/15 19/18

correct [3] 42/3 45/12 60/24

correcting [2] 62/19 66/13

correction [1] 67/13

corrections [1] 65/6

could [5] 8/7 12/3 39/1 41/5 59/20

counsel [5] 62/17 62/25 66/14 66/17 66/25

count [4] 40/16 40/21 40/24 42/23

counterpart [1] 35/9

counting [1] 35/13

COUNTY [3] 1/10 3/12 5/11

couple [6] 5/21 45/20 58/12 58/15 59/23 60/1

course [1] 8/8

court [5] 1/1 1/19 6/19 66/1 66/23

cross [2] 21/12 23/22

CSR [5] 1/24 1/24 63/6 63/7 67/24

cup [1] 30/25

current [3] 9/23 9/24 39/6

currently [1] 7/4

cuss [1] 53/10

Cyndia [1] 9/13

**D**

damage [1] 56/7

Dan [1] 9/11

DARRYL [1] 1/4

DATE [2] 64/24 67/6

David [2] 8/23 8/24

day [13] 16/17 26/25 26/25 28/20 28/21 30/19 31/12 32/1 41/5 41/14 41/20 63/2 65/10

days [6] 12/8 20/6 42/3 59/23 60/1 66/15

Dear [1] 66/11

DECLARATION [1] 65/1

declare [1] 65/2

deem [1] 65/7

defect [7] 38/5 41/15 41/17 41/25 42/4 42/6 42/9

defects [1] 41/18

defendant [2] 3/12 4/11

Defendants [1] 1/12

delivering [1] 43/14

depends [3] 19/5 27/19 41/4

deposition [19] 1/16 2/3 5/10 61/17 62/4 62/8 62/9 62/19 64/21 65/3 65/5 66/12 66/15 66/16 66/17 66/19 67/5 67/10 67/19

deputy [2] 4/12 5/10

describe [2] 12/3 53/15

described [1] 50/25

designate [1] 17/18

designation [1] 18/1

did [38] 10/8 10/19 11/9 18/12 18/16 24/18 36/22 36/22 37/11 38/2 38/14 46/5 47/9 48/20 49/1 49/8 49/19 50/1 50/21 51/1 51/17 52/5 52/7 52/10 52/15 52/21 53/16 53/19 54/24 55/4 58/6 59/3 59/6 60/4 60/22 61/2 61/3 61/11

didn't [7] 16/17 33/15 48/2 48/4 48/18

**D**

**didn't...** [2]  48/18
50/11
**difference** [3]  19/8
19/10 57/12
**different** [11]  13/12
17/18 17/19 17/20
17/22 28/20 28/20
33/13 33/16 50/12
57/8
**differently** [1]  33/19
**discipline** [3]  58/9
58/11 58/22
**disciplined** [2]  25/9
58/18
**discourage** [1]  51/1
**discouraged** [3]  48/5
50/17 50/23
**discuss** [1]  27/24
**disinterested** [1]  62/13
**dispatch** [3]  27/24
27/25 42/20
**dispatcher** [21]  30/18
37/20 40/21 43/2
43/14 49/8 49/9
49/13 49/17 49/20
49/23 50/22 51/18
52/22 53/19 54/1
54/8 54/20 55/11
55/15 59/12
**dispatcher's** [2]  54/1
54/8
**dispatchers** [2]  52/25
53/1
**DISPOSITION** [1]  67/1
**DISTRICT** [2]  1/1 1/2
**division** [7]  7/5 7/9
7/21 8/15 15/1 37/10
39/18
**divisions** [3]  9/14 38/2
38/3
**do** [107]  5/14 5/18
6/18 6/20 6/22 7/8

10/3 10/11 12/10
13/24 13/25 14/5
14/23 14/23 15/3
15/20 16/10 16/11
16/14 16/24 17/3
17/3 17/18 20/15
21/2 22/6 22/20 23/7
23/19 25/4 25/18
25/19 25/22 25/24
26/5 26/9 26/12
26/14 26/18 26/20
26/23 26/24 26/24
27/7 27/7 27/14
27/18 27/18 28/2
28/11 28/14 28/19
30/4 30/7 30/12
30/12 30/14 30/16
31/2 32/6 33/12
33/18 33/19 34/1
34/1 34/5 34/6 34/7
34/7 34/7 34/22 35/3
39/6 39/17 39/21
40/20 40/21 41/10
41/12 41/13 41/15
41/15 42/12 42/12
42/12 42/13 42/14
43/17 43/19 43/22
43/25 44/8 44/11
44/22 45/2 45/2 45/3
45/13 47/2 48/22
49/13 49/16 55/24
56/1 56/21 58/3 60/7
**document** [2]  36/8
60/15
**does** [17]  1/10 8/4
12/20 13/15 14/5
15/7 20/1 20/1 25/1
27/15 30/7 30/21
33/16 33/20 39/15
41/2 42/8
**doesn't** [1]  45/10
**doing** [13]  26/22
26/25 26/25 28/15
31/13 35/10 35/20

35/21 38/9 38/25
40/20 41/19 50/24
**don't** [52]  13/7 13/9
14/1 15/12 16/24
18/23 21/10 21/16
21/17 21/20 21/24
24/1 24/1 25/6 25/11
25/11 25/12 25/13
25/15 25/16 28/13
31/2 31/2 33/5 36/18
36/18 41/18 44/16
44/16 44/17 44/17
44/18 44/20 44/20
44/24 44/25 45/1
45/5 45/7 49/15
53/20 54/1 54/7 54/8
55/7 55/9 55/13 60/9
60/10 60/11 60/16
60/16
**done** [7]  14/24 40/12
43/4 43/7 43/13
48/17 50/20
**down** [25]  6/2 6/4
6/19 8/6 10/22 10/24
11/7 11/9 11/10
11/11 11/12 11/13
11/14 13/9 18/5
18/11 20/20 27/25
28/2 28/5 28/7 34/16
35/15 35/21 40/23
**downs** [1]  12/1
**downstairs** [2]  30/22
35/11
**dressed** [1]  32/6
**drink** [1]  31/2
**Drinking** [1]  31/4
**drive** [7]  20/18 22/10
23/9 23/14 23/19
24/4 25/22
**driven** [1]  22/1
**driving** [7]  7/16 7/18
7/22 23/17 24/9
24/11 32/16
**DUDLEY** [1]  4/20

**D**

Due [1]  43/23
duly [3]  3/13 5/2 62/6
dumb [1]  6/13
during [16]  22/1 24/11
24/18 35/7 37/8 37/9
37/9 41/22 44/2
50/21 51/17 57/19
57/25 58/6 61/8
66/20
duty [1]  16/16

**E**

each [5]  14/9 34/19
47/16 48/13 48/16
early [8]  22/12 23/2
23/17 25/1 30/4
43/22 59/25 59/25
effect [3]  23/8 53/20
55/12
effectively [1]  6/15
eight [2]  16/24 55/6
either [7]  20/24 21/1
21/25 22/20 23/1
58/4 59/10
electric [1]  7/19
elements [1]  32/18
Ellis [9]  47/11 47/12
47/14 47/15 47/17
48/7 48/13 48/25
52/15
Ellis's [1]  47/21
else [5]  8/2 23/12
41/12 49/4 51/1
employee [1]  60/18
end [15]  12/20 12/25
13/16 13/18 15/8
18/12 18/17 20/1
20/1 39/7 39/13 40/1
41/19 43/13 59/18
enough [2]  30/22
44/24
enter [1]  27/11

entitled [2]  62/7 66/12
equipment [5]  31/10
31/16 31/21 32/11
32/15
ERRATA [1]  64/1
especially [1]  23/18
estimate [1]  8/7
et [6]  64/21 64/22
66/9 66/10 67/3 67/3
even [3]  48/4 50/18
60/11
events [1]  38/15
ever [33]  15/24 22/6
22/9 24/4 24/22 25/8
36/12 36/14 38/23
39/7 39/15 39/21
43/22 44/11 45/2
45/2 45/3 45/13
47/20 48/20 49/1
49/8 50/22 51/18
52/7 52/10 52/15
52/21 53/1 53/19
58/6 60/4 60/7
everybody's [1]  25/12
everything [6]  31/13
31/14 31/24 34/1
43/14 47/23
everything's [1]  42/6
exact [1]  13/8
Exactly [1]  11/4
Examination [2]  2/6
5/4
examined [1]  3/14
example [1]  40/12
exchange [1]  50/5
excuse [3]  7/25 46/17
59/15
exhibit [11]  22/14
22/16 22/17 22/21
22/22 22/24 23/3
36/8 60/14 60/23
61/7
Exhibit 1 [2]  22/14
23/3

Exhibit 4 [1]  36/8
Exhibit 5 [4]  22/16
22/21 22/22 61/7
Exhibit 6 [1]  60/14
exhibit is [1]  22/17
exhibits [1]  2/15
exit [2]  21/14 21/19
experience [2]  45/9
52/22
expired [1]  67/18
explain [1]  58/10
exposed [1]  32/18
extra [15]  10/10 10/11
10/15 10/17 10/21
10/23 11/1 16/2 16/3
16/4 16/15 16/22
16/23 25/2 61/11
extra-board [2]  16/22
16/23

**F**

fact [1]  50/8
failed [1]  67/11
fall [1]  56/15
familiar [2]  34/16
55/18
far [5]  19/13 19/16
20/10 31/20 58/11
felt [1]  53/16
Fifteen [2]  24/21 30/11
filed [1]  51/22
fill [13]  35/16 35/18
37/6 38/11 39/2
42/22 42/23 44/11
56/6 56/13 56/14
56/18 57/4
filled [6]  16/14 34/22
39/4 44/14 51/18
57/16
filling [1]  54/22
find [1]  27/8
fine [1]  25/14
finish [1]  6/21
finished [1]  9/18

**F**

FIRM [2]  4/5 66/7
first [14]  3/13 5/2
 8/17 8/19 8/21 8/24
 9/2 9/11 16/6 18/6
 27/9 33/3 37/14 38/7
five [11]  10/6 10/7
 20/13 45/22 45/23
 45/23 46/4 46/14
 47/5 48/6 48/6
flat [2]  51/6 53/7
flat-out [2]  51/6 53/7
Floor [2]  3/5 4/14
follow [4]  34/15 48/4
 48/20 52/7
follows [1]  5/2
footers [2]  7/20 7/20
for it [1]  45/4
foregoing [3]  62/3
 64/20 65/3
form [6]  44/14 55/18
 55/24 56/3 56/5
 60/19
format [1]  5/22
forms [3]  42/23 44/12
 55/25
forms for [1]  42/23
forth [1]  3/15
Forty [1]  7/20
Forty-footers [1]  7/20
forwarded [1]  67/20
four [9]  10/6 10/7
 11/22 14/1 17/7
 17/22 17/24 20/11
 20/13
frame [2]  55/7 55/13
FRANCISCO [12]  1/9
 1/10 1/20 3/5 3/13
 4/15 5/11 21/10
 64/22 66/2 66/9 67/3
Friday [12]  1/17 2/4
 3/3 13/5 13/16 26/6
 28/10 40/1 43/11

64/23 66/20 67/6
Fridays [3]  12/7 13/4
 13/5
further [1]  62/22

**G**

gave [3]  24/12 37/19
 61/8
gear [2]  31/12 31/12
general [1]  13/8
generally [2]  26/9 28/2
gestures [1]  51/8
get [42]  5/23 9/2 9/11
 13/8 19/19 20/15
 24/12 24/14 25/20
 26/7 26/14 26/20
 27/7 27/8 27/11
 28/17 31/10 31/12
 32/6 32/24 33/4
 36/22 36/22 39/18
 39/20 39/21 40/19
 43/15 45/2 45/3 45/7
 48/22 48/24 49/19
 50/11 52/6 54/7 55/4
 55/12 59/10 59/11
 59/23
gets [1]  17/8
getting [16]  24/8
 31/13 35/12 35/23
 35/23 46/2 46/12
 47/3 49/2 49/18
 50/16 50/20 52/2
 52/11 52/18 55/15
Gilley [2]  30/25 41/10
give [11]  8/7 8/18
 16/12 21/11 38/14
 43/24 45/23 51/7
 53/15 53/20 58/10
given [2]  38/23 67/8
giving [1]  16/14
go [19]  9/21 14/9
 14/25 14/25 16/19
 27/12 27/25 28/2
 28/5 28/7 30/6 30/22

31/7 31/10 36/23
 40/20 40/21 42/22
 56/11
goes [2]  8/6 34/15
going [14]  6/9 8/25
 9/1 13/5 17/3 19/8
 30/18 32/3 33/5 34/3
 37/24 37/25 38/20
 55/12
gone [1]  54/20
Gonzales [2]  46/8 52/1
Gonzalez [1]  52/15
good [2]  50/3 50/3
gosh [1]  15/4
got [17]  10/18 14/14
 17/2 18/4 30/13
 35/17 35/17 35/18
 37/10 38/2 42/6
 50/13 60/7 60/11
 60/17 60/18 60/20
grab [1]  11/2
GRANDBERRY [1]  1/4
GRIFFIN [1]  1/5
grip [12]  28/21 29/12
 29/13 33/1 33/12
 33/16 34/12 34/13
 34/16 34/17 42/13
 42/15
gripman [9]  27/20
 33/19 33/20 33/21
 33/23 34/9 35/15
 36/4 36/5
gripman's [1]  35/21
gripping [1]  28/13
ground [1]  5/21
guy [1]  29/13
guys [1]  35/3

**H**

had [35]  7/2 10/1 10/8
 10/11 11/7 11/9
 11/15 12/1 15/24
 15/25 16/6 18/5
 18/11 20/21 36/14

# H

**had... [20]**  38/7 53/1 54/6 54/12 54/14 54/15 54/20 56/12 56/13 56/18 56/21 57/20 57/20 57/24 57/25 58/12 58/15 58/20 58/25 59/7
**hand [6]**  43/2 48/5 50/4 50/18 51/23 63/1
**handbook [1]**  60/18
**handful [1]**  56/23
**handle [2]**  16/17 47/18
**handled [3]**  51/9 51/15 53/13
**handles [1]**  36/2
**happen [3]**  8/4 8/8 38/16
**happened [3]**  16/5 47/20 52/2
**happening [1]**  30/19
**has [8]**  9/5 10/25 24/3 33/18 66/12 67/13 67/15 67/17
**have [83]**  7/1 7/6 8/3 8/4 9/14 9/20 9/24 10/1 10/8 10/19 13/9 14/6 14/25 15/11 15/23 15/25 16/5 16/17 20/14 21/4 22/1 23/5 23/22 23/23 24/3 24/8 24/13 24/22 26/23 27/13 28/19 28/20 29/4 30/16 31/8 31/17 32/3 32/14 33/13 33/16 35/12 35/16 35/18 35/19 35/19 36/9 36/12 36/14 36/15 36/16 38/25 40/8 40/12 40/16 40/16 40/21

41/4 41/13 44/6 44/14 44/25 45/14 45/18 48/10 52/21 53/19 56/18 56/21 56/22 57/5 57/16 57/19 57/20 58/6 58/7 58/20 59/4 61/11 61/15 62/20 63/1 65/5 65/5
**haven't [3]**  23/10 44/19 44/23
**having [6]**  23/16 24/2 27/24 30/25 35/11 58/11
**he [14]**  9/5 33/18 34/7 34/7 34/11 34/13 34/13 34/15 34/15 35/11 35/13 37/5 38/1 52/5
**he's [4]**  8/24 33/24 33/24 35/23
**head [1]**  6/1
**hear [1]**  48/18
**heavy [1]**  35/18
**HEDY [1]**  1/4
**help [2]**  34/15 34/19
**her [2]**  48/20 48/24
**here [3]**  5/10 22/12 24/14
**hereby [3]**  62/3 65/2 65/9
**herein [2]**  62/9 67/8
**hereinafter [1]**  3/14
**hereto [1]**  62/18
**hereunto [1]**  63/1
**Hey [1]**  50/9
**high [2]**  16/9 16/13
**hill [1]**  14/9
**him [6]**  9/1 33/5 34/14 34/15 35/24 52/7
**himself [1]**  37/21
**hired [1]**  5/15
**his [9]**  9/2 9/12 33/3 33/3 33/4 33/5 34/7

35/13 35/23
**hit [1]**  41/22
**hmm [22]**  5/24 8/14 15/22 16/18 17/1 19/10 19/25 22/8 23/6 25/17 29/22 31/9 32/2 32/10 32/13 33/22 34/18 35/2 38/13 40/3 42/2 55/20
**hmm-mm [2]**  22/8 25/17
**hold [13]**  10/22 10/24 11/7 11/9 11/10 11/11 11/12 11/13 11/14 12/1 18/5 18/11 20/20
**hold-down [12]**  10/22 10/24 11/7 11/9 11/10 11/11 11/12 11/13 11/14 18/5 18/11 20/20
**hold-downs [1]**  12/1
**home [1]**  21/12
**honest [2]**  21/24 44/16
**hooks [1]**  31/20
**hope [1]**  33/11
**hour [3]**  3/3 24/24 24/25
**hours [4]**  14/22 16/25 18/1 66/20
**house [9]**  25/19 25/20 26/6 26/7 26/8 26/12 26/13 26/18 32/7
**how [34]**  7/6 8/4 8/7 9/5 10/1 10/3 11/10 14/13 19/13 19/13 19/16 20/1 20/10 20/14 21/4 27/15 30/7 30/21 35/8 36/23 37/6 38/11 39/23 40/20 41/2 42/8 43/19 44/8 44/22 45/18 47/2

# H

**how... [3]** 50/25 56/18 57/16

**huh [2]** 34/13 40/10

**Hyde [2]** 18/8 18/20

# I

**I'd [11]** 13/20 14/15 21/14 26/15 27/17 28/17 30/23 31/25 47/5 47/5 48/22

**I'll [10]** 6/14 6/22 18/15 18/16 26/1 26/8 30/17 35/15 35/15 52/6

**I'm [43]** 5/9 6/9 6/16 9/1 9/9 13/5 14/18 14/21 17/12 18/24 21/10 22/11 23/5 25/11 25/14 25/14 27/19 27/20 27/21 27/22 28/8 28/15 28/15 28/24 28/24 29/2 29/18 29/20 31/25 33/11 34/16 35/15 37/24 38/20 38/22 39/9 40/7 48/23 54/10 56/22 59/15 60/3 60/20

**I've [6]** 44/24 48/4 53/23 53/23 53/23 58/18

**idea [1]** 13/8

**identification [1]** 2/15

**if [47]** 6/1 6/2 6/9 6/13 6/20 16/10 16/15 16/16 16/24 17/2 21/16 23/7 23/18 24/12 25/15 27/20 27/21 27/23 28/13 28/14 30/16 31/11 32/21 33/5 34/15 35/10 36/7

41/22 42/6 43/23 44/1 47/20 48/24 50/13 53/10 53/21 54/7 55/9 56/2 56/12 56/12 56/13 57/5 60/7 60/11 60/14 66/19

**important [5]** 5/25 6/4 6/8 6/18 24/16

**in [103]** 3/7 5/10 5/11 7/8 8/8 10/15 10/21 13/24 14/6 14/6 14/13 14/18 14/21 14/21 15/12 16/1 16/1 17/8 18/18 19/1 20/2 20/4 20/4 20/5 20/18 20/21 20/23 21/8 23/1 23/3 23/7 23/10 23/12 26/18 27/19 30/24 31/7 31/13 31/16 31/25 32/5 32/6 32/8 32/21 36/17 37/3 38/7 39/16 39/17 40/2 40/4 41/10 41/13 41/14 41/21 42/4 42/25 43/6 43/18 43/22 44/4 44/22 44/24 45/4 45/5 45/7 45/10 46/2 47/3 48/11 48/21 49/1 49/2 50/9 50/16 50/22 51/1 51/4 51/13 51/23 52/1 53/1 55/9 55/10 56/17 58/8 58/13 58/22 59/8 59/16 60/4 62/3 62/7 62/22 62/24 63/1 64/21 65/9 66/12 66/13 66/14 66/17 66/18

**in the [1]** 16/1

**inbound [3]** 19/9 19/12 19/13

**incident [12]** 54/6 54/16 55/19 55/20 56/2 56/4 56/14 56/14 56/15 56/18 57/5 57/8

**incidents [2]** 54/14 54/15

**include [1]** 25/1

**included [1]** 61/6

**initial [2]** 60/19 60/22

**inspect [1]** 42/8

**inspection [3]** 30/8 41/15 41/19

**instead [1]** 8/5

**instructed [1]** 2/10

**instruction [3]** 37/19 38/14 38/24

**instructions [1]** 36/16

**instructor [1]** 24/11

**interaction [1]** 53/17

**interested [1]** 62/22

**into [12]** 14/9 23/23 25/12 27/21 39/18 40/9 43/9 43/9 43/12 43/19 44/8 62/14

**involves [1]** 12/4

**is [92]** 5/9 6/3 6/13 8/15 8/21 9/25 10/24 11/3 11/6 12/11 13/12 13/15 13/18 14/6 14/13 15/3 15/7 15/13 16/6 16/13 16/24 17/7 17/18 18/1 18/4 18/7 18/9 18/21 18/25 19/1 19/1 19/6 19/6 19/8 19/11 19/13 19/17 19/21 20/8 20/10 21/19 22/14 22/15 22/17 24/9 28/3 28/6 28/8 28/16 29/21 30/24 31/25 32/1 32/3 33/3 33/3 33/23 34/10 34/22 35/8

**I**

**is... [32]** 36/1 36/10 36/11 39/13 39/16 40/4 40/4 40/14 41/14 41/17 42/15 42/17 42/18 42/19 43/6 43/6 43/7 43/8 43/12 43/12 43/13 45/9 47/12 53/16 56/5 57/8 59/9 62/9 65/3 66/12 67/14 67/19

**it [125]** 3/2 6/9 6/10 6/14 9/11 9/12 9/12 10/24 11/6 11/11 11/14 11/15 11/16 13/9 13/12 13/18 15/25 16/10 16/11 16/12 17/7 17/8 18/4 18/16 18/17 18/21 19/5 20/1 22/15 24/1 24/1 24/5 24/15 24/17 27/11 27/15 27/19 28/17 29/6 30/7 30/13 31/15 32/14 34/6 34/8 34/16 34/22 36/4 36/5 36/11 36/24 37/5 37/5 37/6 37/6 37/7 37/19 40/4 40/5 40/14 41/2 41/4 41/5 41/5 41/25 42/4 42/8 44/2 44/4 44/17 44/18 44/20 44/21 44/23 44/25 45/4 45/10 45/19 45/21 46/18 47/12 47/16 47/25 48/4 48/10 48/17 48/19 49/2 49/21 49/21 50/3 50/5 50/6 50/12 50/18 50/19 50/19

50/24 51/9 51/9 51/15 51/15 51/21 51/22 51/23 52/6 52/9 53/8 53/13 53/16 54/4 54/4 54/7 54/11 55/4 55/5 55/5 56/21 56/22 58/19 59/20 60/16 60/17 60/20

**It'll [1]** 48/14

**it's [55]** 5/22 5/25 6/4 6/8 6/18 8/19 8/22 9/3 9/4 10/4 10/5 10/22 12/14 12/15 12/15 12/24 13/14 14/15 15/16 15/17 15/17 15/18 15/19 15/19 15/19 16/7 16/24 17/23 18/15 18/15 21/16 26/24 27/13 28/10 29/13 31/11 32/11 33/4 34/4 39/5 39/5 39/12 41/1 42/10 43/23 44/19 50/9 51/12 53/21 56/4 57/2 57/10 57/10 57/14 61/12

**itself [2]** 34/13 37/10

**J**

**Jabari [2]** 33/3 33/8
**Jackson [4]** 19/6 19/12 19/16 20/25
**January [8]** 1/17 2/4 3/3 10/5 63/2 64/23 66/5 67/6
**jby [1]** 4/9
**Jean [2]** 47/11 47/15
**job [8]** 15/16 15/17 15/18 15/19 15/19 30/20 31/14 38/6
**jobs [2]** 7/2 28/20
**JOEL [2]** 4/4 66/7

**JOHN [1]** 4/20
**Jon [1]** 5/9
**JONATHAN [1]** 4/12
**jonathan.rolnick [1]** 4/17
**just [32]** 5/21 12/18 13/7 13/8 14/2 14/14 14/16 17/5 17/19 18/1 21/8 24/1 25/14 25/15 31/7 32/11 33/24 42/3 44/2 45/5 47/23 48/19 50/17 51/6 51/9 51/9 51/13 51/23 53/7 53/7 53/13 55/10

**K**

**K-e-v-i-n [1]** 5/8
**keep [6]** 21/23 21/25 31/15 31/19 31/19 32/12
**keeping [1]** 56/22
**kept [1]** 48/19
**KEVIN [13]** 1/16 2/3 3/10 5/1 5/6 5/8 62/5 64/20 64/24 65/2 65/15 66/6 67/5
**kind [4]** 7/16 20/21 38/15 57/3
**knew [2]** 37/25 38/8
**know [44]** 6/14 13/7 14/1 15/13 21/10 21/16 21/17 21/20 21/24 23/7 23/18 25/4 25/6 25/6 25/11 25/13 25/13 25/15 25/16 30/18 31/13 31/20 33/5 34/1 34/19 37/11 38/4 41/21 42/5 42/7 49/15 50/3 51/14 51/20 51/22 54/1 54/7 54/8 56/10 59/17 60/7 60/9

**K**

know... [2]  60/10
61/12
knowledge [1]  48/16

**L**

large [1]  41/5
last [10]  8/21 8/22
8/22 9/12 10/2 17/7
33/4 33/6 39/4 45/15
late [4]  27/4 38/25
44/8 44/12
later [3]  25/21 26/4
27/5
Law [4]  4/4 4/5 66/7
66/7
learned [2]  24/5 37/18
least [11]  8/13 10/6
10/6 11/2 20/11
20/13 25/21 38/9
38/10 43/17 45/23
leave [11]  10/25 16/11
25/19 25/20 26/6
26/7 26/8 26/12
26/13 26/18 32/7
left [1]  52/9
length [1]  11/2
less [6]  24/22 25/4
25/9 53/21 56/23
56/24
let [12]  6/14 6/21 6/22
22/13 22/24 36/7
37/10 39/8 42/6
47/18 56/10 60/13
let's [4]  10/19 13/5
18/6 27/3
letter [1]  67/13
lights [1]  14/8
like [20]  12/12 13/21
14/14 14/16 14/21
18/15 25/11 28/13
30/13 31/15 32/14
35/12 38/8 41/16

50/10 50/19 51/21
53/22 54/11 59/18
likely [2]  6/14 44/6
line [4]  18/7 18/9
18/19 64/3
little [3]  13/20 14/7
58/11
live [1]  21/2
lived [1]  21/4
living [1]  21/6
located [1]  17/16
location [1]  17/24
locker [5]  31/8 31/8
31/16 31/25 32/5
lockers [1]  31/17
lodged [1]  59/1
long [12]  7/6 9/5 10/1
10/3 11/10 21/4
27/15 30/7 41/2 42/8
50/6 61/13
look [2]  30/16 60/13
looked [3]  23/23 38/8
44/19
looking [2]  50/14
53/11
lot [3]  31/2 35/17
56/24

**M**

mad [1]  8/25
made [1]  65/6
mail [1]  59/11
make [13]  6/22 20/14
27/8 34/4 34/22
40/16 41/17 42/5
42/5 64/20 66/14
66/19 66/20
making [1]  19/24
man [3]  9/3 9/4 16/19
many [4]  8/7 45/18
47/2 51/13
March [1]  5/16
March '09 [1]  5/16
marked [6]  2/15 22/14

22/15 36/8 60/14
61/7
Market [2]  3/5 4/14
Marlene [4]  1/24 3/6
62/12 63/6
Mason [6]  19/6 19/7
19/14 19/16 20/25
20/25
matter [2]  64/21 66/12
may [2]  9/20 66/13
maybe [3]  15/12 30/13
59/23
me [45]  3/6 3/13 6/14
6/21 7/25 8/7 8/18
12/3 16/12 16/14
21/11 22/13 22/24
24/2 24/12 25/12
27/14 27/23 30/22
36/7 36/10 37/5 37/6
39/8 41/6 45/23
46/17 48/22 48/24
50/23 53/15 53/20
53/24 54/25 55/16
56/10 58/10 58/11
58/11 59/15 60/12
60/13 62/6 62/11
65/4
mean [10]  13/9 14/5
30/22 36/18 36/21
37/5 40/21 53/7 56/1
58/10
means [3]  22/5 23/17
24/9
meet [1]  24/1
meeting [5]  57/20
57/24 57/25 58/7
59/24
meetings [10]  58/4
58/12 58/15 58/20
59/4 59/7 59/8 59/16
60/5 60/8
might [14]  8/8 16/19
24/13 31/11 35/11
35/13 35/16 38/15

**M**

might... **[6]** 38/25
54/25 55/4 58/8
58/21 59/11
mini **[3]** 11/12 11/13
11/14
minute **[1]** 18/16
minutes **[28]** 22/12
23/2 23/17 24/21
24/23 25/5 25/9
27/17 28/7 30/9
30/11 30/13 30/23
38/24 41/6 42/10
43/15 43/17 44/10
44/12 53/21 53/22
55/5 55/6 55/10
55/10 59/25 59/25
miscellaneous **[7]**
56/25 57/2 57/4 57/8
57/10 57/14 57/17
miserable **[1]** 32/24
mm **[22]** 5/24 8/14
15/22 16/18 17/1
19/10 19/25 22/8
23/6 25/17 29/22
31/9 32/2 32/10
32/13 33/22 34/18
35/2 38/13 40/3 42/2
55/20
mm-hmm **[20]** 5/24
8/14 15/22 16/18
17/1 19/10 19/25
23/6 29/22 31/9 32/2
32/10 32/13 33/22
34/18 35/2 38/13
40/3 42/2 55/20
mode **[1]** 27/19
moment **[2]** 13/8
49/22
Monday **[2]** 12/8 66/20
money **[4]** 40/22 40/24
41/4 42/23
month **[4]** 8/8 8/11

8/14 10/6
months **[7]** 10/6 10/7
11/17 11/18 11/19
11/19 11/20
more **[5]** 31/7 32/14
45/22 54/18 58/11
morning **[3]** 13/24
16/1 17/9
most **[4]** 42/3 44/6
45/24 47/6
MR **[3]** 2/7 5/4 66/11
Mr. **[3]** 5/9 47/12 52/1
Mr. Breston **[1]** 5/9
Mr. Ellis **[1]** 47/12
Mr. Gonzales **[1]** 52/1
Ms **[3]** 47/13 48/7
48/25
Ms. **[4]** 47/14 47/17
47/21 48/13
Ms. Ellis **[3]** 47/14
47/17 48/13
Ms. Ellis's **[1]** 47/21
MTA **[4]** 5/19 22/2
23/13 60/19
much **[10]** 11/11 14/13
24/6 24/17 30/21
31/24 33/24 39/24
47/23 50/23
multiple **[4]** 45/20
45/20 46/24 47/8
Muni **[1]** 22/9
MUNICIPAL **[4]** 1/9
64/22 66/9 67/3
my **[78]** 5/9 6/8 6/21
9/24 15/3 16/6 16/9
16/13 16/23 17/6
20/19 21/19 22/5
23/17 24/1 24/9 24/9
24/24 25/6 25/20
26/7 26/8 27/21
27/22 28/1 28/5 28/6
30/4 30/14 30/20
31/8 31/10 31/11
31/12 31/13 31/14

31/21 31/25 32/5
32/8 33/19 34/7
34/15 38/22 40/16
40/19 40/19 42/14
44/20 44/20 44/25
45/1 45/7 46/6 46/8
47/11 47/18 48/1
50/9 50/11 50/13
50/13 50/14 50/19
51/21 57/24 59/10
59/20 59/22 62/10
63/1 63/2 64/20 65/3
65/4 65/5 65/6 65/9
myself **[2]** 31/7 35/16

**N**

name **[14]** 5/5 5/9
8/21 8/22 8/24 9/2
9/12 21/11 33/3 33/3
33/6 54/2 54/9 65/9
named **[3]** 62/4 62/9
67/8
names **[1]** 8/22
necessarily **[1]** 54/25
necessary **[1]** 65/7
need **[8]** 13/7 17/2
23/1 23/8 24/4 24/19
31/10 41/25
needs **[2]** 24/1 34/15
negative **[1]** 49/21
neighborhood **[2]** 21/9
21/11
never **[8]** 16/6 24/24
27/5 43/21 49/5
52/14 58/18 60/6
newspaper **[1]** 31/4
next **[3]** 6/23 14/18
27/18
night **[1]** 54/8
no **[84]** 1/4 1/20 1/24
2/15 6/5 7/3 9/16
10/13 12/2 14/1
15/19 16/6 16/10
16/21 16/23 19/23

**N**

**no... [68]** 20/4 20/4 20/4 21/22 22/8 23/10 24/5 24/8 25/7 25/21 26/4 28/22 31/3 31/5 31/6 36/18 38/17 38/19 38/19 39/3 39/3 40/23 41/18 41/18 42/17 43/15 43/23 43/25 44/17 46/11 46/13 48/1 48/18 49/4 49/4 49/4 49/7 49/15 50/17 50/23 51/9 51/20 52/9 52/12 52/17 52/20 52/24 52/24 53/10 53/18 55/7 55/13 55/13 55/17 57/8 58/10 58/19 58/24 59/2 60/6 60/6 60/6 60/9 60/9 60/11 60/12 63/7 66/2

**No. [1]** 60/24

**No. 1 [1]** 60/24

**nod [1]** 6/1

**None [1]** 2/11

**nor [3]** 62/23 62/23 62/24

**normally [2]** 16/12 17/6

**NORTHERN [1]** 1/2

**not [41]** 2/10 9/1 9/9 10/4 15/18 15/19 16/12 16/13 25/11 35/14 36/18 37/9 39/3 39/9 40/7 42/15 46/2 46/12 47/3 49/2 49/4 49/18 50/9 50/14 50/16 50/22 50/23 51/20 52/2 52/11 52/18 52/24 55/4 55/12 56/22

56/24 57/11 57/18 60/3 60/20 62/22

**nothing [7]** 23/19 25/6 48/16 50/20 52/4 53/8 62/7

**notice [2]** 3/2 59/23

**noticed [1]** 51/20

**notification [1]** 62/17

**notified [1]** 59/10

**notify [1]** 66/14

**now [6]** 8/17 8/19 28/16 28/25 29/2 33/2

**number [3]** 11/16 11/16 38/24

**numbers [4]** 17/18 45/8 50/11 50/14

**O**

**o'clock [13]** 12/16 13/4 13/6 14/1 14/15 14/19 15/4 16/1 26/13 26/19 28/18 29/25 30/1

**o0o [6]** 1/3 1/14 2/13 4/21 5/3 61/18

**Oakland [2]** 21/7 21/8

**oath [1]** 65/3

**Objection [1]** 39/10

**observed [1]** 49/21

**obviously [2]** 7/21 54/17

**occasion [1]** 55/11

**occasions [4]** 48/8 48/10 48/12 57/20

**October [2]** 7/10 7/11

**off [6]** 10/23 12/8 16/4 17/8 19/19 26/17

**offhand [5]** 9/2 9/12 10/4 46/3 54/2

**office [9]** 3/4 4/13 42/20 50/4 66/13 66/14 66/20 66/20

67/20

**officer's [1]** 15/18

**often [8]** 8/4 8/6 39/23 43/19 44/22 56/18 57/16 57/18

**oh [9]** 7/25 9/21 15/4 19/20 26/13 32/17 33/7 38/22 41/17

**Okay [171]** 5/21 5/23 6/1 6/6 6/11 6/12 6/24 7/1 7/24 8/12 9/8 10/8 10/14 10/20 10/24 11/16 11/21 12/1 12/3 12/17 13/2 13/7 14/11 14/17 14/20 14/23 15/21 16/8 16/15 17/4 17/10 17/23 18/5 19/13 19/21 20/12 20/20 21/2 21/18 22/1 22/20 22/23 22/24 23/4 23/7 23/12 23/21 24/3 24/7 24/10 24/15 24/18 24/22 25/8 25/14 25/18 26/11 26/17 27/3 27/10 27/15 27/18 28/2 28/11 28/19 28/23 29/1 29/6 29/18 29/23 30/5 30/10 30/21 30/24 31/15 31/18 32/9 33/1 33/10 33/20 34/3 34/9 34/24 35/1 35/5 35/20 35/25 36/7 36/16 36/20 37/1 37/4 37/12 37/17 37/22 39/6 39/11 39/15 39/23 39/25 40/8 40/15 40/18 40/20 40/24 41/2 41/7 41/10 41/12 41/21 42/12 42/15

# O

Okay... **[59]** 43/6
43/16 43/19 43/22
44/5 44/8 45/2 45/6
45/9 45/13 45/18
46/25 47/7 47/20
48/2 48/6 48/13
48/20 48/25 49/13
49/19 49/23 50/5
50/7 50/21 51/11
51/17 51/25 52/7
52/10 52/25 53/4
53/9 53/12 53/15
54/5 54/10 54/17
55/2 55/14 55/21
56/6 56/12 56/17
56/25 57/3 57/7
57/13 58/6 58/12
58/16 58/20 59/7
59/14 59/21 60/2
60/13 60/22 61/14

**on [72]** 1/5 3/3 7/25
10/15 10/22 11/1
11/5 12/5 12/5 12/6
12/7 13/4 13/12
13/16 13/18 14/7
15/23 16/2 16/3 16/7
16/7 16/15 17/6
18/19 19/6 19/15
19/18 20/6 24/2
24/16 25/1 26/5 26/6
26/17 27/3 27/19
27/23 28/3 28/19
28/20 29/3 29/4 29/5
30/19 31/11 32/3
32/15 34/20 34/20
38/8 39/6 39/6 39/25
41/4 41/18 41/25
42/12 42/14 43/19
43/20 44/20 44/20
45/10 46/4 55/11
56/4 56/5 56/15
59/24 61/10 64/23

67/16

**once [1]** 59/6

**one [40]** 6/18 6/20
7/25 13/23 14/19
15/11 16/10 17/17
17/21 17/23 18/1
19/5 19/11 21/1
21/21 22/17 22/19
22/20 28/20 28/21
34/9 35/25 36/3
36/17 38/21 39/2
39/4 44/6 44/11 48/9
49/4 54/15 54/15
54/16 54/17 55/24
55/25 57/25 58/4
60/10

**only [10]** 6/19 7/23
8/3 14/14 14/21
17/17 23/16 25/6
35/25 55/5

**op [1]** 40/5

**open [3]** 16/10 16/11
17/2

**operate [1]** 35/24

**operating [1]** 61/3

**operator [6]** 5/17 7/1
15/13 15/15 25/7
25/8

**operator's [3]** 15/16
15/17 15/18

**operators [2]** 25/4
31/1

**opposite [1]** 19/18

**or [68]** 2/10 6/5 8/8
8/17 8/21 10/6 10/7
12/18 15/5 16/11
19/1 19/9 20/13
20/21 20/25 21/16
21/16 21/20 22/6
22/15 23/1 23/13
26/25 27/24 28/8
30/1 30/23 31/21
32/3 33/16 35/14
36/22 36/23 37/2

37/14 38/25 39/18
40/4 41/15 41/15
41/22 42/12 43/8
44/18 46/18 48/8
48/9 50/8 50/14 51/7
53/16 53/21 53/22
54/11 55/5 55/6
55/10 57/5 57/6
58/22 58/25 58/25
59/11 60/1 60/10
61/11 62/16 65/6

**order [1]** 43/25

**original [4]** 62/18
66/17 66/19 67/19

**other [32]** 7/1 7/2
9/14 12/1 14/10
15/23 17/15 19/6
24/8 25/7 30/16
30/17 31/1 32/11
33/18 34/19 35/11
38/25 41/12 46/10
48/25 49/1 50/15
50/25 51/23 52/15
52/16 55/14 55/15
58/20 60/10 67/21

**others [1]** 1/6

**otherwise [2]** 66/15
66/17

**our [8]** 6/3 6/18 31/19
31/20 31/21 38/2
38/6 61/8

**out [42]** 8/3 8/5 8/10
8/14 11/3 18/22
18/22 18/25 19/21
28/6 28/7 28/8 30/1
30/3 31/11 32/21
32/22 34/19 37/6
38/11 39/2 39/4
40/21 40/24 42/22
42/23 43/24 44/7
44/11 44/14 50/4
51/6 51/19 51/24
53/7 54/22 56/6
56/13 56/14 56/18

**O**

out... [2] 57/4 57/16
outbound [2] 19/9 19/11
outcome [1] 62/23
outfit [7] 28/12 28/14 28/16 29/21 29/23 33/25 34/2
over [4] 7/8 9/13 34/3 61/1
overtime [35] 16/11 36/11 37/3 37/11 37/13 37/18 44/11 44/14 44/15 44/23 44/24 45/3 45/10 46/2 46/12 47/3 48/9 48/11 49/2 50/8 50/14 50/16 50/22 51/1 52/1 52/13 52/19 52/23 53/6 53/21 54/21 54/22 55/8 55/15 60/4
own [3] 38/8 42/12 42/14

**P**

p.m [15] 3/4 12/22 12/23 13/10 13/11 13/14 15/5 17/11 18/15 18/16 39/13 40/1 43/6 43/11 61/17
paddle [2] 29/19 29/20
Page [2] 2/6 64/3
paid [22] 44/15 44/23 44/25 45/3 45/3 45/7 46/2 46/12 47/4 49/18 50/11 50/16 52/2 52/11 52/18 54/7 55/1 55/5 55/12 55/15 60/7 60/11
park [3] 20/18 21/14 21/19

parked [1] 27/11
parking [2] 15/18 27/9
parking-control [1] 15/18
part [5] 14/14 16/5 34/23 34/25 41/1
particular [2] 14/14 16/7
parties [2] 62/18 62/24
party [1] 5/12
passenger [1] 58/25
pay [8] 44/17 45/1 45/1 45/7 48/3 50/12 53/24 53/25
paycheck [3] 45/11 50/9 50/13
penalty [1] 65/2
people [2] 11/1 16/11
period [3] 11/7 16/22 16/23
perjury [1] 65/3
person [4] 6/20 11/3 52/16 62/14
person's [2] 8/21 34/10
personal [2] 23/9 23/14
personally [1] 3/8
pertain [1] 38/6
pertaining [1] 30/20
pertains [1] 31/14
pertinent [1] 62/15
physical [1] 17/23
pick [5] 28/11 28/13 28/16 28/17 29/23
picking [2] 33/25 34/2
piece [2] 56/5 59/11
pieces [1] 32/11
place [3] 43/24 51/15 62/9
PLAINTIFF [1] 4/3
Plaintiffs [1] 1/7
please [5] 5/5 5/7 38/21 66/14 66/19

point [5] 19/14 20/8 20/22 44/2 48/1
pointing [1] 22/21
points [1] 19/5
Polk [2] 1/20 66/2
portion [1] 16/20
position [1] 15/24
post [2] 40/5 42/16
post-op [1] 40/5
Potrero [26] 7/15 7/17 9/10 9/15 9/17 37/15 37/16 38/1 46/19 46/23 47/3 47/10 49/1 49/3 49/11 49/12 50/15 50/21 51/13 51/17 53/1 54/4 54/10 54/15 59/3 61/10
Powell [5] 14/8 17/14 17/15 18/8 20/9
pre [9] 28/1 28/3 30/8 33/13 33/16 34/8 34/23 35/19 42/11
pre-run [2] 33/13 33/16
pre-trip [6] 28/1 28/3 30/8 34/23 35/19 42/11
pre-tripping [1] 34/8
prepared [2] 58/14 66/12
preparing [1] 31/7
PRESENT [1] 4/19
presented [1] 37/5
pretty [5] 11/11 24/5 31/24 39/24 47/23
previously [1] 60/14
probably [8] 8/10 9/6 28/7 32/14 41/21 49/9 58/2 60/1
problem [2] 44/1 57/5
procedure [2] 62/16 66/17
professional [1] 53/8

## P

**professionally [3]** 51/10 51/16 53/14
**properly [1]** 51/22
**property [1]** 56/7
**provisions [1]** 62/15
**Puaoi [4]** 1/24 3/6 62/12 63/6
**public [2]** 22/6 23/24
**pull [35]** 8/3 8/5 18/18 18/22 18/22 18/25 19/1 19/21 20/2 20/4 20/4 20/5 20/21 20/23 28/6 28/7 28/8 30/1 30/3 37/3 39/15 39/17 39/18 40/2 40/4 40/9 41/14 41/21 43/6 43/12 43/19 43/22 44/4 44/6 44/8
**pull-in [10]** 19/1 20/2 20/4 20/4 20/5 20/21 20/23 40/2 41/14 43/6
**pull-out [8]** 18/22 18/22 18/25 19/21 28/6 28/8 30/1 30/3
**pulling [2]** 43/8 43/9
**pursuant [1]** 3/2
**put [11]** 10/21 31/11 31/13 44/22 44/24 45/4 45/9 48/11 49/1 50/22 60/4
**putting [7]** 46/2 47/3 49/2 50/16 51/1 52/1 55/9

## Q

**question [10]** 5/22 6/5 6/8 6/10 6/13 6/23 25/15 36/19 38/19 40/7
**question-and-answer [1]** 5/22

**questions [6]** 2/10 5/22 6/1 6/21 61/14 65/4
**quick [2]** 5/21 50/5
**quite [5]** 6/14 9/9 60/3 60/21 61/12
**quiz [1]** 13/9

## R

**radio [2]** 35/12 36/3
**rain [2]** 31/12 32/22
**Raincoat [2]** 31/23 31/24
**raining [1]** 31/12
**RE [1]** 66/9
**read [4]** 27/12 27/15 65/5 67/9
**reader [2]** 35/13 36/1
**reading [6]** 30/17 31/4 62/19 66/13 67/12 67/17
**ready [3]** 30/6 35/23 40/19
**really [1]** 50/2
**reason [1]** 10/25
**recall [5]** 10/11 45/17 46/3 56/20 61/12
**received [2]** 23/13 36/16
**recent [2]** 45/24 54/18
**recognize [2]** 60/14 60/16
**recollect [3]** 50/2 51/13 52/24
**recollection [2]** 11/24 39/12
**record [2]** 62/9 67/16
**reflect [1]** 41/25
**refuse [1]** 51/18
**refused [1]** 52/22
**regarding [1]** 66/16
**register [2]** 27/21 27/23
**regular [3]** 12/8 39/1

59/18
**regularly [1]** 44/8
**relate [1]** 27/25
**related [3]** 48/9 52/18 62/23
**relating [1]** 62/16
**relationship [2]** 58/13 59/17
**relatively [1]** 50/5
**relief [14]** 19/2 19/3 19/4 19/5 19/11 19/13 19/23 19/24 20/3 20/8 20/14 20/22 20/23 20/24
**relief-point [1]** 20/22
**relieved [4]** 39/19 39/20 39/21 39/23
**relieving [1]** 27/22
**remainder [1]** 11/15
**remember [13]** 7/8 10/3 21/15 38/20 49/13 49/16 53/4 54/14 54/22 55/7 55/9 55/13 58/3
**REMEMBERED [1]** 3/2
**remind [1]** 38/20
**rep [5]** 46/6 46/8 47/11 47/18 59/10
**rephrase [1]** 6/14
**report [28]** 12/10 12/11 13/3 13/23 14/25 15/3 16/16 16/23 28/6 28/9 55/19 55/22 56/2 56/3 56/6 56/13 56/14 56/19 56/25 57/2 57/4 57/8 57/9 57/15 57/17 58/14 58/17 58/25
**reported [2]** 1/24 62/10
**reporter [4]** 3/7 6/19 62/1 62/13
**Reporters [2]** 1/19

**R**

**Reporters... [1]** 66/1
**Reporting [3]** 1/19
66/1 66/23
**reps [1]** 46/10
**requests [1]** 48/9
**require [2]** 36/18
41/19
**required [5]** 22/10
22/11 23/5 23/14
27/13
**respective [1]** 62/25
**response [1]** 49/19
**responsibilities [5]**
33/13 33/17 34/10
40/11 40/15
**responsibility [1]** 41/8
**responsible [8]** 29/19
29/20 33/23 33/24
33/25 42/15 42/18
42/19
**rest [2]** 30/12 30/14
**returning [1]** 42/19
**review [4]** 66/13 66/19
67/1 67/15
**review/signature [1]**
67/15
**right [22]** 6/16 9/21
15/2 17/12 19/15
28/25 29/2 30/3 32/4
32/19 33/1 33/11
33/21 36/1 36/7
39/13 39/16 40/2
41/8 41/23 42/20
59/9
**rights [1]** 66/16
**ROLNICK [4]** 2/7 4/12
5/4 5/9
**room [3]** 6/3 30/25
41/10
**roughly [4]** 10/5 15/4
26/21 30/11
**route [1]** 38/4

**routine [1]** 26/23
**rude [14]** 49/22 49/24
50/2 51/3 51/4 51/6
51/6 51/15 53/1 53/5
53/7 53/7 53/13
53/17
**rule [14]** 22/11 22/13
22/14 22/20 23/1
23/3 23/8 23/10
23/16 58/22 58/23
60/23 61/6 61/8
**rules [2]** 5/21 62/16
**run [71]** 9/23 9/24
10/11 10/19 10/25
11/2 11/15 11/23
12/5 12/6 12/6 12/7
12/10 12/20 13/3
13/13 13/15 13/22
13/25 14/9 14/13
15/3 15/3 15/7 15/8
15/23 16/5 16/6
16/17 18/5 18/5 18/7
18/11 18/12 18/14
18/21 18/22 18/23
18/25 18/25 19/21
19/22 20/1 20/20
20/21 24/20 24/23
24/24 25/5 25/10
25/18 26/5 26/24
33/13 33/16 33/16
38/24 39/7 39/11
39/15 39/25 40/8
41/22 43/11 43/13
44/2 59/18 59/18
59/20 59/22 61/11
**running [1]** 44/12
**runs [7]** 15/11 16/13
26/23 28/20 29/3
39/6 39/7

**S**

**safe [1]** 34/4
**safety [1]** 31/12
**said [13]** 25/11 28/13

39/11 48/13 49/16
49/23 50/9 53/5
53/16 55/11 62/8
62/23 62/24
**same [15]** 17/23 26/23
26/24 29/13 29/14
29/21 42/10 47/6
47/6 50/12 55/23
55/24 56/3 56/4 56/5
**SAN [12]** 1/9 1/10
1/20 3/5 3/12 4/15
5/11 21/10 64/22
66/2 66/9 67/3
**San Francisco [2]** 5/11
21/10
**sandbox [3]** 34/20
34/22 35/16
**Saturday [3]** 13/13
13/19 26/12
**Saturdays [1]** 12/7
**say [42]** 7/10 8/10
10/5 11/23 12/6
12/11 13/6 13/17
13/20 13/25 14/2
14/15 14/16 15/9
18/15 18/16 21/14
22/25 24/25 26/1
26/8 26/15 27/3
27/17 28/17 29/23
30/23 33/15 35/15
40/1 43/10 44/2
44/10 45/20 47/5
48/11 50/1 50/12
52/5 53/20 55/4 58/2
**saying [1]** 44/18
**says [3]** 23/1 23/8
23/11
**schedule [2]** 13/1 39/1
**scheduled [12]** 12/24
13/16 13/18 15/8
15/12 39/7 39/12
40/1 40/4 40/5 59/8
59/16
**sealed [2]** 66/18 67/19

**S**

**seat [1]** 32/22
**second [1]** 13/9
**see [19]** 10/19 13/5 19/19 22/24 27/22 27/24 44/17 44/17 44/18 44/19 44/20 44/21 44/25 45/1 45/2 45/5 45/7 48/2 48/18
**seemed [1]** 50/19
**seen [3]** 23/10 36/8 51/22
**seniority [5]** 11/5 16/7 16/9 16/13 17/6
**separate [3]** 48/7 48/10 48/11
**series [1]** 48/8
**service [1]** 58/25
**set [2]** 3/14 63/1
**seven [1]** 55/5
**Seventh [1]** 3/5
**sfgov.org [1]** 4/17
**shades [1]** 31/21
**Shattuck [2]** 4/6 66/8
**She [1]** 48/23
**she'd [2]** 48/22 48/24
**sheet [2]** 36/11 64/1
**shift [1]** 17/19
**shifts [2]** 17/20 17/22
**shop [1]** 42/7
**Shorthand [4]** 1/19 3/7 62/13 66/1
**should [2]** 36/17 50/12
**show [3]** 22/13 45/10 59/25
**showed [8]** 37/5 37/6 37/13 38/3 38/3 38/4 38/11 59/12
**side [2]** 6/3 51/21
**sign [5]** 10/2 11/15 27/21 42/4 67/10
**sign-up [2]** 10/2 11/15

**signature [3]** 63/2 66/16 67/15
**signed [3]** 10/22 29/6 29/7
**signing [4]** 62/20 66/13 67/12 67/17
**similarly [1]** 1/6
**simple [1]** 17/5
**simply [1]** 42/4
**since [3]** 7/11 10/2 18/16
**Sincerely [1]** 66/22
**sir [3]** 17/17 21/1 25/3
**sit [4]** 14/6 14/6 32/21 40/23
**sits [1]** 14/7
**sitting [2]** 6/2 30/24
**situated [1]** 1/6
**situation [9]** 46/3 47/19 48/5 49/10 50/3 50/18 51/3 51/5 51/15
**small [1]** 57/10
**so [78]** 6/1 6/4 6/13 6/15 6/20 7/11 9/17 10/14 10/23 11/7 12/8 13/7 13/9 14/9 15/16 16/15 17/12 17/23 19/11 19/24 21/15 21/20 22/12 24/17 25/18 27/3 27/20 28/6 28/8 28/11 28/14 28/16 28/19 29/3 29/18 29/23 30/4 30/23 31/3 31/15 32/1 32/11 34/3 35/3 35/20 37/24 37/24 38/1 38/7 38/11 39/8 39/11 41/21 42/3 42/8 42/15 43/6 44/1 45/6 45/9 46/14 48/11 48/22 49/5 50/7 50/12 50/18

51/13 51/13 54/10 54/17 54/20 55/3 55/9 57/7 58/12 59/23 60/20
**some [11]** 10/25 11/7 24/19 35/21 35/21 38/25 41/14 44/2 56/7 60/18 61/2
**somebody [1]** 10/25
**Someone [1]** 21/11
**something [20]** 8/2 12/12 13/17 16/14 21/16 22/25 24/10 27/24 35/3 35/11 41/22 43/23 48/19 49/23 50/10 53/20 55/11 55/21 57/10 59/18
**sometimes [3]** 26/1 27/4 35/20
**somewhat [1]** 38/9
**somewhere [5]** 12/17 12/17 13/21 21/15 26/15
**sorry [9]** 17/12 18/24 28/8 29/18 37/24 38/22 48/23 54/10 59/15
**sort [5]** 26/23 30/20 31/20 42/8 48/8
**sounds [4]** 30/13 31/15 32/14 54/11
**speak [2]** 30/18 56/10
**speaking [3]** 6/20 46/20 46/23
**spell [1]** 5/7
**spent [1]** 30/24
**spot [2]** 29/9 29/13
**standpoint [1]** 20/22
**start [10]** 6/21 13/12 14/19 18/12 18/14 18/23 20/23 26/17 26/24 33/17
**started [6]** 8/17 9/11

## S

started... [4]  10/14
37/15 60/19 61/3
starting [1]  35/21
starts [8]  13/10 13/25
15/4 17/7 18/21
18/22 25/5 28/3
state [2]  3/7 5/5
STATES [1]  1/1
statutory [1]  67/9
stays [2]  36/4 36/5
still [1]  50/11
stipulated [1]  66/15
STITT [5]  1/4 5/11
64/21 66/9 67/3
straight [2]  16/24
21/25
street [9]  1/20 3/5
4/14 17/14 20/9
21/15 21/17 21/20
66/2
streets [1]  21/12
stress [1]  24/18
stressed [1]  24/17
stressing [1]  24/15
stub [1]  44/20
stuff [1]  32/24
subject [2]  58/8 58/21
submitted [1]  67/13
submitting [1]  50/8
subscribe [1]  65/9
subsequent [1]  61/2
such [1]  67/11
Suite [2]  4/6 66/8
sum [1]  41/5
Sunday [2]  15/23
26/17
Sundays [1]  12/7
superintendent [13]
8/15 9/10 37/20 49/5
52/10 57/21 57/24
58/8 58/13 58/21
59/4 59/8 59/24
superintendents [1]
24/3
supposed [6]  12/24
39/12 43/7 43/9
43/13 43/15
sure [12]  6/22 8/1 9/9
27/8 34/4 34/22
40/16 41/17 42/5
42/5 60/3 60/21
sworn [3]  3/13 5/2
62/6

## T

table [1]  40/23
tabs [1]  56/22
take [13]  10/25 21/14
22/6 25/12 27/15
30/7 30/21 41/2 41/6
42/8 43/24 51/18
52/22
taken [8]  47/24 48/14
51/21 62/8 64/21
64/23 66/12 67/6
talk [7]  6/18 22/13
27/3 49/8 52/10
52/16 58/17
talked [2]  49/5 49/9
talking [4]  22/15 30/25
31/2 54/13
task [1]  39/1
tasks [1]  35/22
tea [1]  31/4
team [1]  29/17
tell [6]  9/1 22/9 33/5
36/10 50/13 50/22
ten [1]  27/17
testified [2]  3/14 5/2
testify [1]  62/6
testimony [2]  62/10
66/12
than [23]  7/1 15/23
24/22 25/4 25/9
25/21 26/4 27/5
30/17 32/15 33/13
33/17 35/11 41/12
45/22 48/25 50/25
51/23 52/15 53/21
55/15 56/23 57/8
Thank [3]  9/22 61/15
61/16
that [200]  3/2 5/7
5/25 6/2 6/4 6/8 6/10
6/18 7/25 8/4 8/4 8/8
8/13 8/21 10/3 11/2
11/2 11/15 11/23
12/1 12/12 12/20
13/3 13/15 13/17
13/21 13/23 14/5
14/7 14/8 14/14
14/16 15/7 15/8
15/10 15/24 16/5
16/9 16/17 17/6
17/19 18/2 18/7
18/12 18/19 18/21
18/22 19/1 19/17
19/21 20/10 20/20
20/21 21/23 21/25
22/9 22/14 22/25
23/1 23/8 23/8 23/11
23/11 23/13 23/14
24/4 24/9 24/10
24/15 24/16 24/19
25/1 27/5 27/13 28/3
28/19 29/3 30/21
30/24 31/10 31/12
31/14 31/20 31/24
31/24 32/3 32/12
32/24 33/15 34/1
34/4 34/9 35/6 35/8
35/20 36/1 36/2 36/8
36/10 36/21 37/6
37/6 37/19 38/6
38/15 38/18 38/19
38/24 38/25 39/1
39/3 39/12 39/14
39/16 40/5 40/7
40/11 40/20 40/24
41/4 41/5 41/10

**T**

**that... [78]** 41/12
41/13 41/13 41/15
41/16 41/25 42/3
42/12 42/13 42/14
42/19 43/2 43/7 43/7
43/8 43/10 43/12
43/13 43/24 44/22
45/13 45/16 45/24
46/3 46/4 46/7 46/10
46/16 46/18 47/21
47/23 48/8 49/6 49/8
49/13 50/6 50/7
50/10 51/14 51/14
51/18 51/20 51/20
51/23 51/23 52/24
53/1 53/4 53/5 53/16
53/16 53/22 53/24
54/6 55/6 55/11
55/21 56/20 57/1
57/7 58/10 58/14
59/1 59/9 59/19
60/15 61/3 62/3 62/8
62/9 62/15 62/22
65/3 65/4 65/5 65/7
67/8 67/10
**that's [33]** 10/23 11/5
12/24 13/1 14/18
16/14 17/5 22/5
22/18 23/17 24/10
25/14 27/23 28/9
28/15 34/23 34/25
35/3 35/17 39/24
40/1 40/2 41/7 41/7
46/20 48/2 51/12
53/10 57/11 57/14
60/20 60/23 61/6
**the time [1]** 37/9
**their [5]** 25/5 25/10
25/13 39/7 62/24
**them [2]** 5/23 38/6
**themselves [1]** 1/5
**then [21]** 9/12 9/12

10/17 11/1 12/3
12/20 13/2 13/22
14/23 14/25 18/5
19/21 20/20 25/24
27/11 30/12 34/16
42/22 43/4 47/11
61/1
**there [41]** 7/12 9/6
14/21 15/13 19/1
19/10 20/14 20/15
21/4 23/6 24/19 25/7
26/1 26/7 26/14
26/16 26/20 27/7
27/8 27/13 28/7
28/17 31/19 32/4
32/21 35/13 35/16
38/7 40/11 41/14
41/18 43/24 44/1
44/19 46/24 47/6
53/10 54/16 59/5
61/2 61/11
**there's [13]** 17/12
17/17 17/21 22/25
23/7 23/19 23/23
29/11 34/20 35/25
42/6 55/21 56/7
**thereafter [1]** 62/14
**thereof [1]** 3/4
**thereto [1]** 65/5
**thereupon [1]** 3/14
**these [9]** 15/11 22/20
23/1 32/11 34/20
39/2 44/11 46/4 65/4
**they [32]** 10/25 14/9
16/11 16/12 16/16
16/19 17/2 17/20
24/12 24/15 24/17
24/18 37/10 37/13
38/2 43/24 50/1
50/23 51/1 51/4 51/7
52/22 52/25 53/4
53/16 53/16 53/24
53/25 54/25 55/4
55/6 61/8

**they'd [2]** 44/2 44/6
**they're [2]** 35/17 55/23
**they've [1]** 17/2
**thing [5]** 29/21 30/20
34/7 34/8 50/3
**things [9]** 26/24 30/4
30/16 31/20 33/18
33/19 38/6 50/2
51/14
**think [18]** 9/6 11/14
12/14 12/15 13/5
14/15 22/25 43/17
44/17 44/22 44/24
47/2 58/2 59/6 60/11
60/16 60/18 60/20
**thinking [1]** 57/7
**this [23]** 10/5 14/7
15/13 15/23 16/6
16/7 18/2 22/17 28/3
28/19 36/23 37/8
37/14 50/7 50/8 54/3
54/10 63/2 65/10
66/13 66/14 66/16
66/19
**those [19]** 35/21 35/22
36/14 39/7 40/15
43/8 47/21 48/7
48/21 52/2 52/3 52/8
55/25 58/4 59/8
59/16 60/4 60/8
61/14
**thought [1]** 49/24
**three [5]** 8/13 11/19
11/20 11/22 17/21
**through [6]** 24/5 25/20
37/24 48/3 48/4
66/20
**thrown [1]** 51/21
**Thursday [1]** 59/24
**Thursdays [1]** 12/6
**tickets [3]** 35/13 40/17
40/25
**TIDRICK [2]** 4/5 66/7
**tidricklaw.com [1]** 4/9

# T

till [1] 14/15
time [80] 6/19 6/20
11/2 11/8 12/10
12/11 12/20 12/24
13/3 13/12 13/15
13/15 13/17 13/18
13/23 15/7 15/7
15/10 16/6 16/23
17/5 18/14 18/17
22/2 24/2 24/16
24/19 25/19 25/23
25/24 26/5 26/9
26/12 26/18 26/20
28/6 28/6 28/9 28/11
30/13 30/14 30/21
30/22 30/24 33/4
35/7 37/9 38/8 38/21
39/4 39/7 39/12
39/14 39/24 43/7
43/8 43/20 45/15
45/24 46/8 46/9
47/16 48/13 48/16
50/7 50/19 50/21
51/14 51/17 55/7
55/13 56/17 57/19
57/25 58/6 60/8
61/13 62/8 67/9
67/17
timecards [1] 38/5
times [15] 8/8 8/14
18/13 45/18 45/21
45/23 46/4 46/14
46/24 47/2 47/5 47/8
48/6 48/7 56/23
together [4] 29/15
34/6 35/3 35/6
told [10] 24/4 24/10
37/2 45/5 47/23
53/23 53/23 53/25
54/25 55/16
TONY [3] 1/4 46/8
46/14

too [1] 46/24
took [1] 38/1
toward [1] 27/12
tower [30] 13/24
13/25 14/5 14/6
14/13 14/18 14/18
14/19 14/24 15/12
15/14 15/24 16/5
16/10 16/19 17/2
17/3 17/3 17/5 17/7
17/7 17/12 17/20
17/21 17/21 17/21
17/22 17/23 17/24
26/18
towers [1] 17/15
traffic [1] 25/20
train [1] 15/19
trained [2] 37/2 60/23
trainer [4] 37/21 37/25
38/11 38/14
training [16] 9/18 24/5
24/18 34/25 36/22
36/23 37/1 37/8 37/9
37/25 60/17 60/19
60/22 61/2 61/6 61/9
transcribed [1] 62/14
transcript [8] 62/19
66/12 66/15 66/18
66/19 67/1 67/10
67/14
transferred [1] 61/1
transit [3] 5/17 7/1
15/17
transportation [7] 1/9
22/5 22/6 23/24
64/22 66/10 67/3
trip [6] 28/1 28/3 30/8
34/23 35/19 42/11
tripping [1] 34/8
trolleys [2] 7/18 7/19
true [1] 62/9
truth [3] 62/6 62/7
62/7
try [2] 6/14 11/1

trying [1] 6/3
Tuesday [1] 12/8
turn [2] 42/4 43/18
turn-in [1] 43/18
turned [1] 55/10
turning [2] 41/13
42/25
twice [6] 8/10 8/10
8/13 49/9 49/11
49/12
two [12] 11/19 14/19
14/21 14/24 17/21
23/22 29/14 35/18
48/9 54/14 58/2 58/2
type [3] 6/19 31/21
57/5
typewriting [1] 62/14

# U

uh [2] 34/13 40/10
uh-huh [2] 34/13
40/10
under [2] 65/2 65/3
understand [7] 6/2 6/8
6/15 10/24 29/6
33/15 36/19
understanding [2] 39/9
40/7
understood [1] 6/10
uniform [2] 32/6 32/8
union [7] 46/6 46/8
46/10 47/11 47/18
52/18 59/10
UNITED [1] 1/1
unless [3] 8/3 66/15
66/17
until [1] 10/18
up [23] 6/1 10/2 10/18
11/15 14/9 18/6
28/11 28/14 28/16
28/17 29/7 29/7
29/23 33/25 34/2
35/13 36/4 41/10
45/10 48/20 52/7

## U

up... **[2]**  59/12 59/25
upstairs **[3]**  35/10 35/12 42/22
us **[9]**  15/20 37/10 37/13 38/3 38/3 38/5 43/24 44/6 61/8
use **[7]**  22/20 31/25 36/14 36/17 36/24 37/3 55/24
used **[1]**  51/7
using **[3]**  24/13 36/23 60/23
usually **[3]**  16/11 26/20 32/6

## V

vague **[1]**  39/10
Vallejo **[4]**  21/3 23/18 23/19 23/24
vehicle **[4]**  23/9 23/15 24/13 34/3
vehicles **[1]**  7/16
very **[9]**  24/17 35/18 48/5 49/21 49/21 50/17 50/23 51/3 56/24
vests **[1]**  31/20
view **[1]**  48/1
violated **[1]**  58/22

## W

Wagner **[4]**  1/19 66/1 66/23 67/24
waived **[1]**  67/15
walk **[4]**  20/16 20/19 38/7 51/23
walked **[1]**  50/4
walkthrough **[2]**  37/11 38/3
want **[2]**  13/8 24/13
warning **[1]**  58/22
was **[73]**  3/13 7/18 8/19 9/10 9/11 9/17 10/3 11/10 11/11 11/12 11/14 11/16 11/23 11/23 16/10 18/19 20/21 21/13 24/15 28/13 28/14 37/1 37/6 37/6 37/8 37/14 37/16 37/16 37/19 44/1 45/24 46/7 46/8 46/16 46/18 46/18 47/11 47/16 47/23 47/25 48/8 48/16 49/14 49/18 49/21 49/22 49/24 50/5 50/7 50/8 50/17 50/20 51/15 51/21 51/21 53/16 54/3 54/4 54/4 54/7 54/10 54/17 55/4 55/5 55/5 55/6 59/1 61/2 61/17 62/6 62/8 62/14 67/8
was observed **[1]**  49/21
Washington **[4]**  19/6 19/12 19/14 20/24
wasn't **[9]**  50/3 50/6 50/18 50/18 51/9 51/15 51/22 53/10 53/13
wasting **[1]**  50/18
way **[4]**  24/8 53/1 53/15 60/10
ways **[1]**  51/4
we **[17]**  6/15 6/18 8/3 14/6 27/13 31/17 31/19 31/19 34/5 34/19 34/22 35/6 37/10 37/11 38/2 44/4 58/17
we're **[4]**  5/10 6/2 29/17 43/15
we've **[4]**  10/5 36/8 42/6 60/13
weather **[1]**  32/1
Wednesday **[1]**  12/6
week **[1]**  60/1
weeks **[1]**  11/16
well **[6]**  18/6 24/12 27/19 33/7 34/7 56/2
went **[1]**  9/17
were **[33]**  5/15 7/14 7/16 16/2 16/4 16/15 18/12 21/6 21/12 22/9 24/10 24/15 25/1 37/1 37/24 37/25 38/8 38/23 38/25 47/9 48/7 49/2 50/8 50/15 52/25 55/9 58/3 58/7 59/3 59/4 59/16 60/23 61/10
wet **[1]**  32/24
what **[69]**  6/16 7/16 10/8 12/3 12/10 12/20 13/2 13/15 13/15 13/18 13/22 14/5 14/23 15/7 15/7 16/12 17/18 18/11 18/12 18/17 18/19 19/16 20/21 21/12 25/18 25/24 26/5 26/9 26/11 26/12 26/18 26/20 27/7 27/18 27/19 28/11 28/15 30/12 30/14 33/20 33/23 35/14 36/10 36/21 37/1 37/1 38/8 39/25 40/15 41/12 47/20 48/23 49/16 50/1 50/25 51/4 52/2 52/5 53/10 53/16 55/6 55/16 55/24 56/1 56/25 57/3 58/3 59/3 60/13
what's **[8]**  9/23 13/2 13/22 22/14 22/15 30/18 30/19 57/1
whatever **[4]**  6/5 31/22

# W

**whatever... [2]**  32/1 32/3

**when [73]**  5/15 7/8 8/17 8/19 9/11 10/14 14/23 15/11 16/2 16/4 16/15 18/5 18/11 18/12 19/19 20/14 22/13 24/25 25/1 26/5 26/11 26/17 26/22 27/7 27/8 28/2 29/6 29/18 31/25 32/15 32/15 33/12 34/3 34/8 37/10 37/14 37/16 37/18 37/23 38/2 38/7 39/25 40/8 41/13 41/14 43/11 43/13 44/12 44/14 45/3 45/7 45/24 47/9 48/10 49/2 50/15 51/21 51/25 55/25 56/6 56/8 56/10 56/12 59/3 59/4 59/7 59/12 59/16 60/19 60/20 60/22 61/1 61/10

**When's [2]**  39/4 45/15
**whenever [1]**  45/9
**where [18]**  7/4 7/14 9/17 14/6 15/11 17/15 20/8 21/2 21/6 21/8 21/12 37/9 38/4 38/5 43/24 52/22 57/20 58/21
**where's [1]**  19/4
**whereof [2]**  63/1 65/9
**whether [4]**  19/8 23/23 26/24 44/19
**which [16]**  5/12 6/13 9/25 15/3 15/3 17/7 18/7 18/9 19/11 21/21 22/17 28/15

36/17 43/12 58/8 67/9
**while [4]**  10/4 35/20 39/5 51/12
**who [14]**  3/13 8/15 9/10 11/1 25/4 27/22 37/17 37/19 37/19 46/5 46/7 47/9 49/13 53/25
**who's [2]**  15/14 33/1
**whole [2]**  35/19 62/6
**why [4]**  22/4 36/23 49/18 57/14
**will [11]**  13/25 14/19 25/20 26/13 27/21 27/21 27/22 27/25 28/6 30/4 66/18
**wish [3]**  66/13 66/14 66/19
**within [5]**  22/11 23/16 62/7 66/15 67/9
**within-entitled [1]**  62/7
**witness [8]**  3/12 62/3 62/17 63/1 65/9 67/8 67/11 67/15
**witness's [1]**  62/10
**woman [1]**  6/3
**won't [2]**  14/9 54/7
**words [5]**  6/4 23/8 51/7 51/14 53/10
**work [32]**  5/13 5/17 15/12 15/14 17/6 22/1 22/7 22/10 23/2 23/5 23/9 23/15 23/17 23/18 23/20 24/2 24/4 24/9 24/13 24/22 26/10 29/14 29/15 31/10 31/25 32/12 32/15 33/1 35/6 35/17 39/1 39/25
**workday [2]**  40/13 59/17
**worked [6]**  9/14 10/17

22/2 33/21 35/8 61/10
**working [11]**  7/4 7/12 10/5 12/5 12/5 25/1 26/11 33/12 37/15 37/16 48/19
**would [39]**  7/10 8/10 12/6 12/11 13/17 15/9 16/10 16/12 17/6 17/6 18/14 18/14 18/17 20/24 24/9 26/7 26/8 26/10 28/16 36/24 38/18 41/5 43/24 44/4 44/10 45/20 47/18 47/24 48/10 48/11 51/4 56/13 56/14 56/15 56/16 57/3 58/2 58/17 59/10
**wouldn't [3]**  53/24 53/25 55/1
**Wow [1]**  13/24
**write [1]**  6/4
**writing [2]**  23/13 66/14

# Y

**yeah [89]**  10/16 10/19 10/19 10/21 10/21 10/23 11/14 11/14 11/25 12/14 12/14 12/14 12/15 12/19 13/1 13/11 13/14 14/12 15/9 16/3 16/3 17/8 19/20 20/4 20/4 20/18 20/18 22/12 22/22 24/1 28/5 29/2 29/5 29/15 29/22 31/17 32/8 32/17 32/23 33/9 33/18 33/19 34/11 34/13 35/10 35/19 35/23 36/2 36/6 36/25 37/23 38/6 38/10

**Y**

**yeah... [36]**  39/14 39/22 41/1 41/17 41/24 42/5 42/21 43/17 44/4 44/13 45/1 46/15 46/22 49/10 49/12 49/25 50/6 50/11 54/7 54/19 54/22 55/20 55/20 55/23 56/4 56/5 56/24 57/23 58/15 58/15 59/6 59/11 59/13 59/22 60/1 61/8

**year [2]**  8/9 9/7

**years [1]**  51/13

**yes [57]**  5/14 5/18 5/20 6/2 6/5 6/7 6/17 6/25 7/13 7/20 7/20 9/4 9/19 11/6 11/9 12/9 14/4 15/15 15/17 15/25 17/20 17/25 18/3 20/7 21/1 22/3 22/11 25/3 26/4 27/2 27/6 29/10 30/15 32/5 32/20 32/25 35/4 35/24 36/4 36/9 36/15 40/14 41/1 41/9 41/11 42/24 43/1 43/3 43/5 45/14 46/17 47/18 48/15 53/3 60/25 61/5 61/9

**YGR [1]**  1/4

**you [346]**  5/5 5/7 5/12 5/13 5/15 5/17 5/23 5/25 6/1 6/4 6/8 6/9 6/10 6/10 6/13 6/15 6/20 6/21 6/22 6/23 7/1 7/4 7/6 7/8 7/8 7/14 7/16 8/4 8/7 9/14 9/17 9/17 9/22 10/1 10/3 10/8 10/8

10/11 10/11 10/14 10/14 10/17 10/18 11/7 11/23 12/1 12/3 12/10 13/7 14/5 14/23 15/11 15/12 15/24 16/2 16/4 16/15 16/15 16/17 16/19 16/24 17/3 18/5 18/11 19/19 19/19 20/14 20/15 20/20 21/2 21/4 21/6 21/20 21/24 22/1 22/6 22/9 22/9 22/13 22/14 22/20 22/25 22/25 23/1 23/7 23/8 23/12 23/14 23/18 23/19 23/22 23/23 24/4 24/4 24/10 24/13 24/16 24/19 24/19 24/22 24/25 24/25 25/1 25/4 25/8 25/15 25/15 25/15 25/19 25/22 25/24 26/5 26/6 26/9 26/12 26/14 26/17 26/18 26/20 26/23 26/23 26/24 27/3 27/4 27/7 27/7 27/15 27/18 28/2 28/11 28/19 28/20 29/4 29/6 29/7 29/14 29/23 29/23 30/7 30/12 30/18 31/13 31/15 31/19 32/3 32/4 32/6 32/7 32/12 32/14 32/15 32/21 32/24 33/1 33/5 33/12 34/1 34/6 34/19 35/3 35/17 35/17 35/18 35/18 35/19 36/7 36/10 36/12 36/14 36/16 36/17 36/21 36/22 36/22 36/23 37/2 37/3 37/3 37/14

37/19 37/24 37/25 38/4 38/7 38/8 38/8 38/8 38/11 38/14 38/20 38/23 38/25 39/1 39/4 39/9 39/11 39/15 39/18 39/18 39/21 39/23 39/25 40/8 40/8 40/11 40/20 40/21 40/24 41/2 41/10 41/13 41/14 41/15 41/21 41/21 41/25 42/3 42/5 42/12 42/13 42/22 42/22 43/11 43/19 43/22 44/8 44/11 44/15 44/16 44/18 44/18 44/22 44/23 45/2 45/2 45/3 45/5 45/9 45/13 45/15 45/18 45/24 46/4 46/5 46/10 46/14 47/2 47/2 47/9 47/9 47/16 47/21 48/2 48/7 48/11 48/13 48/20 49/1 49/2 49/5 49/8 49/13 49/16 49/16 49/19 49/23 50/7 50/9 50/15 50/22 51/1 51/7 51/22 51/25 52/5 52/6 52/7 52/10 52/15 52/21 53/4 53/5 53/5 53/15 53/16 53/19 53/25 53/25 54/20 55/4 55/9 55/9 55/10 55/18 55/24 55/25 56/1 56/6 56/8 56/18 56/21 57/3 57/16 57/20 57/25 58/3 58/6 58/7 58/8 58/14 58/20 58/21 58/22 58/25 59/1 59/3 59/3 59/4 59/12 59/17

# Y

**you... [26]**  60/4 60/7 60/7 60/10 60/11 60/13 60/14 60/14 60/18 60/18 60/19 60/22 60/23 61/1 61/2 61/3 61/3 61/10 61/10 61/11 61/12 61/15 61/16 66/13 66/14 66/19 31/16 32/6 35/8 38/8 38/24 39/1 39/6 39/11 40/5 40/13 42/12 42/25 43/13 45/9 45/10 48/16 49/5 50/21 57/7 57/21 58/13 59/4 59/7 59/7 59/17 60/19 60/22 66/12 66/13 66/14 66/16 66/17 66/19 67/20

**you'd [3]**  16/16 51/18 59/23

**you're [39]**  7/21 14/23 15/12 17/3 19/8 19/24 22/15 22/21 23/14 26/11 26/22 26/25 26/25 29/3 29/18 29/19 32/16 32/18 32/21 33/12 34/3 35/20 40/5 40/12 41/13 43/4 43/7 43/8 43/9 43/13 44/12 44/18 46/20 46/21 51/25 53/11 54/13 55/12 56/17

**you've [22]**  7/11 7/11 22/2 23/13 30/13 33/20 35/7 35/8 35/18 36/7 40/24 41/22 44/14 44/22 45/4 50/25 55/16 57/19 57/20 57/25 58/12 59/7

**YOUNG [2]**  4/4 66/7

**your [62]**  5/5 6/1 6/20 6/23 8/15 9/10 9/18 9/23 11/23 12/8 16/20 16/23 20/14 21/12 23/9 23/14 24/3 24/4 24/13 24/20 24/23 25/18 25/19 26/6 26/24 28/3 28/11 30/12

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---oOo---

DARRYL A. STITT, TONY GRANDBERRY,
and HEDY GRIFFIN, on behalf of
themselves and all others
similarly situated,

Plaintiffs,

vs.                                Case No. C-12-03704-YGR

THE SAN FRANCISCO MUNICIPAL
TRANSPORTATION AGENCY; CITY AND
COUNTY OF SAN FRANCISCO; and DOES
1-20,

Defendants.

_____/

DEPOSITION OF DAVID BAYLOR
Tuesday, January 19, 2016

REPORTED BY: DARIA GIANNARELLI, CSR #7000, RPR

BONNIE WAGNER & ASSOCIATES
Certified Shorthand Reporters
1819 Polk Street, #446
San Francisco, California 94109
(415) 982-4849

2

---

1        DEPOSITION OF DAVID BAYLOR
2        BE IT REMEMBERED that pursuant to Notice, and
3    on Tuesday, January 19, 2016, commencing at 11:40 a.m.
4    thereof, at CITY AND COUNTY OF SAN FRANCISCO, OFFICE OF
5    THE CITY ATTORNEY, 1390 Market Street, 7th Floor, San
6    Francisco, California, 94102, before me, DARIA
7    GIANNARELLI, a Certified Shorthand Reporter, personally
8    appeared
9                   DAVID BAYLOR
10   called as a witness in the above-entitled court and
11   cause, produced on behalf of the Defendants therein,
12   who, having been first duly sworn, was thereupon
13   examined as a witness in said action.
14                   ---oOo---
15             A P P E A R A N C E S
16
17   For the Plaintiffs:
             THE TIDRICK LAW FIRM
18           BY:  JOEL B. YOUNG, ESQ.
             2039 Shattuck Avenue, Suite 308
19           Berkeley, California 94704
20
     For the Defendants:
21           CITY AND COUNTY OF SAN FRANCISCO
             OFFICE OF THE CITY ATTORNEY
22           BY:  JONATHAN C. ROLNICK, ESQ.
             1390 Market Street, 7th Floor
23           San Francisco, California 94102
24
     Also Present:  GILBERT LOPEZ
25
                   ---oOo---

3

---

1                 I N D E X
2
3             E X A M I N A T I O N S
4
5                   PAGE
6    MR. ROLNICK                        4
7
8
9
10                ---oOo---
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2

---

1                 DAVID BAYLOR,
2    having been sworn by the Certified Shorthand Reporter,
3    testified as follows:
4             EXAMINATION BY MR. ROLNICK
5        MR. ROLNICK:  Q.  Could you please state your
6    name?
7        A.   David Baylor.
8        Q.   And could you spell that, please?
9        A.   D-a-v-i-d, B-a-y-l-o-r.
10       Q.   Mr. Baylor, you currently work for the City and
11   County of San Francisco?
12       A.   Yes.
13       Q.   And as a transit operator?
14       A.   Yes.
15       Q.   How long have you worked for The City?
16       A.   19 years.
17       Q.   Okay.  Have you always worked as a transit
18   operator?
19       A.   Yes.
20       Q.   Never held any other job with The City?
21       A.   No.
22       Q.   And where do you currently work?  What
23   division?
24       A.   Kirkland Division.
25       Q.   Driving diesel buses?

4

| | |
|---|---|
| 1    A. Correct. | 1    over three years. |
| 2    Q. And how long have you been at Kirkland? | 2    Q. Do you remember the last run you had that was |
| 3    A. I've been there about I'd say maybe 18 years. | 3    not a split run? |
| 4    Q. Have you worked at any other MTA division | 4    A. No. It's been awhile. |
| 5    besides Kirkland? | 5    Q. Could you maybe describe for me, if not |
| 6    A. Flynn. | 6    necessarily the run number, what the run looked like as |
| 7    Q. And when did you work at Flynn? | 7    far as start/end time, those sorts of things? |
| 8    A. Around '96. | 8    A. The last run I may recall, and it's been quite |
| 9    Q. Any other division you worked at? | 9    some time, like I say, over -- yes, it was probably the |
| 10    A. No. | 10    19. That was starting at, let's see, 4:00 -- I think it |
| 11    Q. And who's the superintendent at Kirkland right | 11    was 4:20 and got off at 2:58. |
| 12    now? | 12    Q. 4:20 a.m.? |
| 13    A. Neal. I don't know his last name, no. | 13    A. Yeah. Off at 2:58 p.m. |
| 14    Q. And what's your current run? | 14    Q. And when you say "19," was that the line number |
| 15    A. 684. | 15    or the run number? |
| 16    Q. And how long have you been on that run? | 16    A. That is the line number. |
| 17    A. About six months now. | 17    Q. And where do you live? |
| 18    Q. Do you remember the run you had before then? | 18    A. Currently, I live in Vallejo. |
| 19    A. No. | 19    Q. And how long have you been in Vallejo? |
| 20    Q. Okay. Could you describe the Run 684 to me? | 20    A. Probably about 10 months now. |
| 21    A. 684 starts 6:51 a.m. | 21    Q. And approximately where in Vallejo do you live, |
| 22    Q. Okay. What time does it end? | 22    if you could give me maybe some cross streets? |
| 23    A. It ends at, let's see, 6:51 p.m. | 23    A. Off of Tennessee. |
| 24    Q. And does that run begin with a pull-out? | 24    Q. And where were you living before Vallejo? |
| 25    A. Yes, it pulls out. | 25    A. San Pablo. |
| 5 | 7 |
| 1    Q. And does it end with a pull-in? | 1    Q. And how long were you at that location? |
| 2    A. Yes. | 2    A. San Pablo, I think about maybe five years. |
| 3    Q. And the run that you had, just with those kind | 3    Q. And could you give me some cross streets for |
| 4    of basic parameters, time, and what have you, did the | 4    where your home was? |
| 5    run you had before that, was that a similar time? | 5    A. San Pablo Avenue and San Pablo Dam Road. |
| 6    A. That may have been a little earlier. | 6    Q. And where were you living before San Pablo? |
| 7    Q. Okay. | 7    A. Hayward. |
| 8    A. Somewhere in there, but I can't remember. | 8    Q. And how long were you in Hayward? |
| 9    Maybe 20 minutes earlier, or something like that. | 9    A. About two years. |
| 10    Q. So sometime between 6:30 to 6:40, something | 10    Q. And how do you travel to work? |
| 11    like that? | 11    A. Drive. |
| 12    A. Yeah, somewhere in there. | 12    Q. Have you always driven? |
| 13    Q. And it ended about 12 hours or so later? | 13    A. Yes. |
| 14    A. Yes, somewhere in there. Yeah. | 14    Q. It's your personal vehicle? |
| 15    Q. And what about other runs you've had say in the | 15    A. Yes. |
| 16    last four, five years? Similar profile? | 16    Q. Have you ever taken public transportation to or |
| 17    A. Yeah, about the similar profile, yeah. Yes. | 17    from work at MTA? |
| 18    Sorry. | 18    A. No. |
| 19    Q. Sure. Is your current run, 684, is that a | 19    Q. Have you investigated the availability of |
| 20    split run? | 20    public transportation to get you to and from work? |
| 21    A. Yes. | 21    A. Yes, it's not feasible. |
| 22    Q. And the run before was a split, too? | 22    Q. Why is it not feasible? |
| 23    A. Yes. | 23    A. The public transportation starts late and I |
| 24    Q. How long have you been working splits? | 24    have to be to work early, and there's no way I can be |
| 25    A. Man, let's see. For at least, I would say, | 25    over there on time catching public transportation. |
| 6 | 8 |

Q. Is that why you drive?

A. Yeah, basically.

Q. Any other reason why you drive your personal vehicle to work?

A. Well, just to be on time, basically, for the job and to get home on time, if possible, depending on traffic.

Q. Any other reason why you drive your car?

A. To be on time for work, basically.

Q. On your current run, what time do you arrive at Kirkland?

A. Let's see. I usually get to Kirkland about 5:25.

Q. And tell me what you do between -- well, your current run, 6:51 a.m., that's what they call the report time?

A. That's what time it starts, yeah.

Q. When you go pick up your outfit?

A. Yes.

Q. And do you know what time the run is scheduled to pull out of the division?

A. I'm going to say 7:08.

Q. When you get to Kirkland around 5:25, what do you do between then and 6:51?

A. When I get to Kirkland at 5:25, first of all

I'm looking for a parking space, that's the first thing.

Q. Okay.

A. And then I wait till about -- probably about 5:00 -- no, not 5:00. I usually wait till around about 6:00 -- about 6:30, then I go into the division and I pick up my outfit and look at the day's bulletins and what's going on as far as the workweek and everything.

Q. Okay. How long does it usually take you to find parking?

A. If you are not at work by -- I'd say by about -- if you are not at work at 5:35, you're not going to find any parking, I'll put it like that.

Q. Is there parking provided at the division?

A. Basically what we do is share the yard --

Q. Okay.

A. -- with the buses. The buses have to pull out first. Most of the time we're waiting for them to leave and then we pull up and park.

Q. And so you find the spaces where the vehicles are going to be out for a long enough portion of the day that you're not going to have to move your vehicle.

A. We have to be out the yard by 7:00; if not, you're towed.

Q. 7:00 in the evening.

A. 7:00 in the evening.

Q. If there's not a space in the division, is there anyplace to park out on the street or parking lots, or anything?

A. Most likely not. You can park on the street, but you're going to have to move your car later, unless you want to pay the meter.

Q. So you get there around 5:25, and you spend how long looking for parking, 10 minutes? 15 minutes?

A. My time looking for parking, you know, depends on, if the bus isn't pulled out, I would say probably about 15 minutes.

Q. Sounds to me like it's waiting for the parking space to become available.

A. Yes.

Q. And then you say you don't go into the division until 6:30.

A. Yeah, about 6:30.

Q. Are you waiting in your car or at a cafe or --

A. Sometimes I'm in my car, yeah, and then I go in and, like I said, I check out the bulletins for the day --

Q. Okay.

A. -- and then I grab my paddle and I try to get on out of there.

Q. Okay. So around 6:30 you actually walk into

the division.

A. Yeah.

Q. And what's the first thing you do?

A. Well, you look -- we have bulletins all over. So when you come in the door, you have them on the union office, you have them on the lockers, you have them on the walls, on the side. So they're spread out all over.

Q. How long does it take you to check the bulletins?

A. I usually do a bulletin check, probably about 10 minutes.

Q. And that 10 minutes covers all these various places where you might find a bulletin?

A. Yes, most of the time. Most of the time.

Q. Are there any secret or hidden places where a bulletin might pop up or --

A. Well, like I said, they're all over. You might have two here on the locker, you might have two on the wall and there might be one on the union office. So when you come in there, you got to do a pretty wide scale.

Q. You read your bulletins. What do you do next?

A. I usually go out to the coach and set up.

Q. And do you pick up your outfit before you check the bulletins or after?

A.  No, after.

Q.  So you check the bulletins, and how long does it take to pick up the outfit?

A.  It doesn't -- it doesn't take that long, as far as getting the outfit, because I'm walking in the division, you know.

Q.  And are they just spread out on the table available for the operators to pick up?

A.  Yeah, they're sitting there.  You pick them up, sign your time in.

Q.  But you don't need to go --

A.  Grab the bus.

Q.  You don't need to go and ask somebody for the outfit for your run that day.

A.  You may have to ask for it sometimes, if you have mail or you have a medical.  Mail is basically what they give you in the morning, if it is a medical appointment or a complaint.

Q.  When you have mail or a medical appointment, is that a day they don't put your paddle out?

A.  Yeah, you have to get that directly from a dispatcher.

Q.  So you go where they usually are.  If it's not there, you figure you go to the dispatcher.

A.  Right.

13

Q.  You go to the dispatcher, you get your outfit and whatever notice you need about a medical appointment, or anything like that.

A.  Right.

Q.  And how often does that happen?

A.  That particular cycle, it may happen maybe three times a year.  It just depends on how many complaints you get, you know, if they're legitimate or whatsoever.

Q.  When you say "complaints," are you referring to any particular kind of complaints?

A.  Well, every driver in the system, I'm sure, gets PSR's or they have a medical date set up, so that's common.

Q.  What's a PSR?

A.  PSR is a passenger complaint.

Q.  And that's something the passenger can phone in and say, "The operator was rude to me.  He didn't stop"?

A.  They can phone in about anything.  It doesn't matter what it is.

Q.  And in your experience, you have one of those -- you have about three times a year where there's a complaint against you or you get one of these medical notices that you got to check with the dispatcher before getting your outfit?

14

A.  Yes.

Q.  Okay.  Otherwise, it just takes less than a minute to pick up the outfit and sign in?

A.  Sign in, it usually takes about -- maybe about 10 minutes or five minutes.  It just depends on how many people is in front of you, you know, getting in and out of the office, basically.

Q.  Okay.  So once you got your outfit, you head out to the yard --

A.  Yes.

Q.  -- to get your coach?

A.  Correct.

Q.  And when you pick up your outfit, is there any information in the outfit that tells you what your coach is?

A.  No.

Q.  How do you find out which coach you're going to have?

A.  You write it down when you come in the office and you get your paddle.  They have it written down what coach you have by your run number.

Q.  Is that on the sign-in sheet?

A.  Yes.

Q.  Okay.  So they give you the information about the coach number?

15

A.  Yeah.

Q.  And does it have a location of the coach in the yard?

A.  Yeah, either Track 16, Track 7.  It just depends on where they set you at and who you're in front of.

Q.  So you know which track to go to and you know the number on the bus?

A.  Yeah.

Q.  And that's visible just by walking by the buses?

A.  Sometimes; sometimes not, because like it might be another bus in front of your bus.  Your bus might be on the back end of the track or it could be in the front.  So you have to go out there and look to find your coach.

Q.  Sometimes they're stacked pretty tightly together.

A.  Yes.

Q.  Particularly first thing in the morning?

A.  Yeah.

Q.  So you go out to your coach, and what do you do when you get to the coach?

A.  Well, when you get to the coach, you do your preop.  You make sure there's no damage on the coach,

16

make sure your tires are, I should say, haven't been
slashed or have any cuts in them in the sidewalls, or
anything like that, because that does happen from time
to time.

Q.   What else do you do as part of the your preop
before you pull the vehicle out of the yard?

A.   Checking your lug nuts, your overhead lights,
windows, windshield wipers, front lights, rear lights.

Inside the bus, you're doing your -- what is it
called?  I can't think of it right now.  I'll get back
to that.  You check your radio, you check your -- look
for your wheel block, make sure you have your
reflectors, you have your fire extinguisher, make sure
the -- when you're ringing the -- the cord on the bus is
ringing on both sides when they pull the ringer; you
check that.  Let's see.  What else?  You check your
Clipper to make sure that's working right.

Q.   Okay.  How long does all that take?

A.   Air brake.

I would say 25 minutes.

Q.   Now, you mentioned checking a lot of things on
the vehicle to make sure they're in operating order.

Do you know whether or not anyone else, like a
mechanic or the yard starter, has the responsibility for
checking some of those things as well?

17

A.   No.  Let me put it to you like this:  In the
DMV code, you go out in the morning, you're responsible
for checking out your coach; that is the law.

You put on your defects, you write the defects
on there, and then the mechanic checks out the defects
and finds out if there's a defect, if there's not.  If
there's one before you pull out, you give him the card,
they take the coach.  When you can't pull out, they take
the coach, they pull it on the track to be repaired.
Then you go back, find a yard starter, get you another
coach and come back, do the same thing again and pull
out.

Q.   And I understand your obligation of the law to
check it, and obviously you check it for the defect card
because you're responsible for that coach while you're
driving it.

A.   Correct.

Q.   But do you know whether or not anybody else in
the yard, before you come to that coach, has done any
inspection of the vehicle?

A.   No and yes.

Q.   Okay.

A.   I'm going to put it to you like this:  The law
says they're supposed to check those coaches out every
so many days they have service.

18

Personally do I see anybody checking the buses
out before I come in?  No.

Q.   Okay.  How often do you get a coach that you
can't pull out?

A.   Lately it's been maybe like twice a month.

Q.   And would it be fair to say that's been the way
it is throughout the last, say, five or six years?

A.   No.  Five or six years it might have been
worse.  It might have been two or three times a week.

Q.   Okay.  How long has it been about twice a
month?

A.   About the last two -- two to three years.

Q.   And before that, it was -- it was more
frequent?

A.   More frequent, yes.

Q.   On those couple of occasions each month, you
have to go and get a new coach and do all the preop as
if it's the first coach you had that morning; right?

A.   Yeah.

Q.   And so am I correct, when that happens, you
wind up pulling out later than what your paddle says
you're supposed to pull out?

A.   Yes.

Q.   And over the course of that particular piece of
your run, is there any technique or approach that is

19

used to get you back on your run schedule, or you just
pick up wherever you fall within the headway for that
particular run, that line?

A.   Usually if it's too late you will call Central
and ask them to put you on time and tell them that there
was a coach malfunction before you came out the yard,
and they'll tell you to go on time at such-and-such
place, and then you go to whatever they told you to go
to and you keep driving.  You go in service and start
driving.

Q.   So sounds like they'll slot you in closer to
where you're supposed to be?

A.   Wherever your time is, yes.

Q.   So on those occasions -- well, typically when
you're pulling out, you're deadheading to one of the
terminals on the line; is that right?

A.   Yes.

Q.   So in the situation you just described, it
happens when you pull out a little bit late because the
first coach was not a good one.  They'll put you, and I
think you said -- the term you said was they'll put you
on time?

A.   Correct.

Q.   So they'll tell you a particular revenue point
to drive to?

20

```
1    A.   Well, it depends on the time in your schedule.
2   If it's too late, they might send you -- say if you are
3   doing -- let's see.  Say if you are doing the 19, just
4   to say.  Say you're supposed to be at Beach and Powell.
5   It's too late, so they might send you to Polk and Union,
6   which is about two stops.
7    Q.   Okay.  Try to catch you up to where you're
8   supposed to be on your run paddle.
9    A.   Yeah.  Right.  Right.
10    Q.   So on your runs, you do the preop and then pull
11  out of the division, you drive to one of the terminals,
12  and what's the line that the 684 run is?
13    A.   684 is the 43 line.
14    Q.   And is it the 43 line for both parts of the
15  run?
16    A.   No.
17    Q.   Okay.  So the 43 line is the first part of the
18  run?
19    A.   Yes.
20    Q.   What's the second part of the run?
21    A.   Second part is a two-part, but I just turned
22  from a 28 R to a 38 AX.
23    Q.   When you say it's two parts, are you changing
24  equipment, or is the equipment simply changing the line
25  it's operating on?
                                                        21

1    A.   The equipment is changing the line.
2    Q.   So you stay with the vehicle and pick up a
3   different line.
4    A.   Uh-huh (affirmative).
5    Q.   So you pull out the 43 around 7:08?
6    A.   Yes.
7    Q.   Okay.  And you drive to -- what are the two
8   terminals for the 43 line?
9    A.   Let's see.  The Marina District.  I forget --
10  Fort Mason; that's the first one.  The second -- the
11  last stop is at Geneva and Munich.
12    Q.   And do you drive to the same terminal each
13  morning?
14    A.   Yes.
15    Q.   So which terminal do you start at?
16    A.   I start at the Fort Mason, the Marina District.
17    Q.   So you deadhead from Kirkland to Fort Mason?
18    A.   Yes.
19    Q.   And is there a particular route you're supposed
20  to follow to get to Fort Mason?
21    A.   Well, the route we follow is the same route
22  we've been following since I've been working there.  I
23  mean you come out on -- let's see.  What street is that?
24  I think it's Beach Street.  Don't quote me on that.  I
25  think it's Beach Street.  You make a left on Polk and
                                                        22

1   then a right on Stockton.
2    Q.   Okay.
3    A.   Is that Stockton?  Let me see.  No, I'm sorry.
4         Right on North Point, and then after that you
5   make a left on Van Ness and a right on Chestnut and then
6   a right on Laguna and then you make another left on --
7   what's that street?  That is Bay.
8    Q.   Okay.
9    A.   And then a right on -- I can't remember that
10  other street.  It's the next corner.  I can't remember
11  which street it is.  Anyway --
12    Q.   Is the terminal right by the Safeway there?
13    A.   Yes.
14    Q.   My question really is, are you required to
15  drive that route, or are there different ways that
16  you're allowed to get there?
17    A.   You're required to drive that route, yeah,
18  because you can't go down Bay Street.
19    Q.   And when you get to Fort Mason, do you go in
20  service immediately, or is there some sort of standby
21  time waiting for your time to come up and start moving?
22    A.   No, you change your signs, and if nobody is at
23  the stop you keep moving, you're in service.
24    Q.   Sometimes there are other 43's that are there
25  at the stop?
                                                        23

1    A.   Yeah.
2    Q.   Okay.  And if they're ahead of you, they go
3   first?
4    A.   No.
5    Q.   No?
6    A.   No.  It depends on what time they leave.  They
7   might have gotten there before me because they started
8   earlier than I did.
9    Q.   Okay.  And how do you manage the -- let's say
10  there's more than one vehicle there.
11        How do you deal with the -- sort of the headway
12  issue if there are sort of vehicles stacked up and your
13  run time says you got to leave right now but there's
14  sort of two buses that have recently pulled in and are
15  ahead of you?
16    A.   What do you mean "headway issue"?  Describe
17  what you're talking about.
18    Q.   Well, there's supposed to be a certain amount
19  of time between the 43's on that line; right?
20    A.   Yeah.
21    Q.   Depending on the time of day, five minutes, six
22  minutes, whatever.  You're not all going to follow one
23  another right off from the Safeway over there at one
24  time.
25        Is there some way that that is managed to kind
                                                        24
```

of maintain the space in between the vehicles?

A. Everybody has a leave time. The only way there's a headway problem, if there's buses missing in front of you. Then it becomes a headway problem because then you have a double headway, which means you have extra people and it slows you down, and then you might have a bus that's right behind you in some cases. It depends on your ability to get down the street.

Q. When you get to Fort Mason at the beginning of the service on the run, do you need to check in with the controller or anything to find out what's going on with the time, or are you responsible to leave when the paddle says you're supposed to?

A. You're supposed to leave on your time that the paddle says.

Q. Okay. And then the 43 line, when you're done with that part of your run, do you pull back in to Kirkland or you get relieved?

A. I pull back in to Kirkland.

Q. And what time do you pull back in to Kirkland?

A. I usually get to Kirkland about 10 -- I think it's about 10:30.

Q. And is that the time you're scheduled to get to Kirkland?

A. Yes.

25

Q. Okay. And then what do you do when you get to Kirkland at 10:30?

A. I turn my paddle in to the dispatcher, I mean to the -- I mean the -- not the paddle, let me correct that. I turn my defect card to the mechanic and then I go in and see if they have something for me to do. If not, I'm there until my standby time is over, and then I go home.

Q. How much standby time is in the run?

A. Well, I can't quite remember because I'm due there -- to be there until about 11:53. I come back at 1:00 -- 1:53.

Q. So until 11:53 you're supposed to stay at the division --

A. Stay around the division if they need me. If they need me, it's okay; if not, I'm there.

Q. How often do they have something for you to do after you pull in the 43 and before your standby time is over?

A. It depends on the manpower of the railway. If there's -- right now they're hiring people, so they may not have anything for me to do because they have -- they have standby drivers there.

Q. And what are the restrictions up until 11:53? I mean do you have to be in a particular place or

26

available on your cell phone?

A. Just be available. If they call you, you need to be available, basically.

Q. And if they need you, they call you on your cell phone or they send somebody looking for you?

A. They call you on your cell phone or the dispatcher comes out and looks for you. Either one.

Q. Say in the last six months that you've been doing the 684, how often have you had some task or job to perform during that standby time?

A. They haven't called me at all because, like I said, the manpower is there because they have drivers who they just hired going out to work.

Q. 11:53 standby time ends, and what do you do then?

A. Whatever, because my standby is over. Yeah.

Q. And then the second part of the your run starts at 11:53?

A. 1:53.

Q. I'm sorry. 1:53.

A. Yes.

Q. And what time do you get -- if you've left Kirkland, what time do you get back?

A. What time do I get back in the evening?

Q. No, for the 1:53 part of your run.

27

A. Oh, 1:53, I may come back about -- I believe about 1:45, somewhere in there.

Q. Okay. And then at 1:53 you go and pick your outfit up for the second part of your run?

A. Yeah. Yeah.

Q. And anything you do between 1:45 and 1:53?

A. In that case, no, because at 1:53 I go out and do my bus checkout all over again and start over.

Q. So 1:45 you get back to Kirkland, and at 1:53 you go pick up your outfit the same place you picked it up in the morning?

A. Yeah.

Q. Okay. And then you check on the -- the register will show you which vehicle and what track you're on?

A. Yeah.

Q. And then you take the outfit, you go down to the yard, find your vehicle and do all that preop stuff we talked about before.

A. Yeah.

Q. And then what time are you scheduled to pull out that second part of the run?

A. If I remember right, that's 2:08.

Q. And you say the first part of that is a 28 R line?

28

**Page 29**

1   A.   Yeah, 28 R is the first part.

2   Q.   So do you deadhead to the terminal?

3   A.   I deadhead to Daly City BART; that is where I
4 start from.

5   Q.   Okay. And what's the other terminal for the
6 28?

7   A.   Fillmore and Chestnut.

8   Q.   Okay. And how many times do you go between
9 those two terminals before you switch to the 38 X?

10   A.   I do one trip from Daly City and one trip back
11 out to Daly City. From Daly City, I deadhead, and I
12 have to sit in traffic, and I usually get -- I may get
13 down there at 5:15. Depending on if there's baseball
14 season, or whatever, it may be a little bit later, but
15 my departure from there is approximately -- I'm due to
16 pick up at 5:45.

17   Q.   The 38 X terminal is down by the baseball --

18   A.   Davis and Pine is where that terminal is at.

19   Q.   And what's the other terminal for the 38 AX?

20   A.   You talking about the ending terminal?

21   Q.   Yeah.

22   A.   The ending terminal is 48th Avenue.

23   Q.   So you're supposed to get to Davis and Pine --

24   A.   At 5:45.

25   Q.   -- at 5:45 to begin revenue?

29

**Page 30**

1   A.   Yeah. I usually get there -- I leave that area
2 I'm in about 5:36, 5:34, depending on traffic, and I
3 pull up -- I pull up to the stop, pick up the people,
4 and I wait till 5:45 when it's time for me to leave.

5   Q.   Where are you pulling up to at 5:36?

6   A.   Davis. Davis and Pine.

7   Q.   So there's sort of a little standby place?

8   A.   Yeah, we have parking spots for everybody.

9   Q.   So you pull the vehicle over and wait until
10 5:45 to pull up to the revenue location.

11   A.   Well, yeah, 5:45. I usually pull up there
12 early because I want to pull off at 5:45 because that's
13 the leave time.

14   Q.   Okay. Then you pull out at 5:45 and make your
15 way on the route out to 48th Avenue?

16   A.   Yeah.

17   Q.   And then do you make a trip back?

18   A.   My trip back is my trip home because usually by
19 the end it's about 6:00 -- let's see, what time is it?
20 About 6:00 -- maybe 6:30 or 6:35, somewhere in there.

21   Q.   Is when you get out to 48th Avenue?

22   A.   Yeah, depending on traffic, because like I
23 said, everything is governed by traffic, weather and the
24 circumstances that you have to deal with out there in
25 traffic.

30

**Page 31**

1   Q.   So does the run only have one trip out?

2   A.   Yeah, one trip out.

3   Q.   So you get out there and then all the
4 passengers need to get off; correct?

5   A.   Yeah. Correct.

6   Q.   And then you deadhead back to Kirkland?

7   A.   Yes.

8   Q.   What time do you get back to Kirkland?

9   A.   That depends on traffic conditions. If it's a
10 day like today where it's raining, I might get there at
11 7:18. I'm due there at 6:51, but usually I'm there
12 about 7:00 -- I would say either 7:01 or around 6:56,
13 somewhere in there.

14   Q.   Is it ever on time, 6:51?

15   A.   Is it ever on time? Very seldom.

16   Q.   Okay. But on occasion.

17   A.   Well, I'll put it like this: It may be on time
18 on a Monday, but on Tuesday, Wednesday, Thursday and
19 Friday, most likely it's going to be late.

20   Q.   Okay. And then when it's late, it's somewhere
21 between 6:56 and 7:01?

22   A.   Somewhere in there. It depends -- like I say,
23 it depends on traffic and what's going on. Sometimes it
24 may be 7:10.

25   Q.   How often is it more than 10 minutes late?

31

**Page 32**

1   A.   Maybe -- I would say twice a week.

2   Q.   And how many times a week is it between five
3 and 10 minutes late?

4   A.   I don't know. We can say -- I really don't
5 know that question because, like I say, it depends on
6 the times. That's a random question. Anything --
7 circumstances can change in a day in the afternoon. I
8 mean you're talking about -- you're talking about if
9 somebody crashes on -- in between 25th Avenue and Geary,
10 or if someone has a -- I mean it just -- it varies.

11   Q.   Well, but you just told me twice a week it's
12 more than 10 minutes late.

13   A.   About twice a week it may be more than 10
14 minutes; it might be right at 10 minutes.

15   Q.   Okay.

16   A.   It just depends. Like I say, the circumstances
17 change every day. I'm doing seven miles back downtown
18 from 48th Avenue.

19   Q.   Okay. When it's late, do you ever put in for
20 overtime?

21   A.   Yes.

22   Q.   When it's late, do you always put in for
23 overtime?

24   A.   Yeah.

25   Q.   When you put in for overtime, have you received

32

**33**

the pay for that overtime?

A. In the past, I may have not. Now, maybe so. I would say so, probably now. I don't know. I'd have to look. You have to keep track of it.

Q. But you haven't kept track of it.

A. I keep track of it from time to time. Sometimes it's on there; sometimes it's not.

Q. If it's ever not been on there and it should be, have you ever raised a complaint about that?

A. You can raise a complaint about it but you're never going to see it.

Q. That's not my question.

My question is, when you've worked the overtime and put in for it, and then you checked and it wasn't reflected in the paycheck, did you ever raise a complaint about it?

A. Well, I didn't raise a formal complaint. I told somebody. I asked one of the dispatchers why my time wasn't on my check and I got no response, so...

Q. Who was that dispatcher?

A. I don't know because it's -- that's been -- it's been awhile. I can't remember. We have many dispatchers from time to time.

Q. How many times have you made a complaint of that nature?

**34**

A. Of that particular nature, I know I've done that one time.

Q. Do you remember how long ago that was?

A. No.

Q. Was it within the last five or six years?

A. It may have been. I can't give you a correct answer, a direct answer for that.

Q. And then you also said something about in the past you weren't sure if it would show up.

Why is that? I mean you seem to distinguish the past by more recently.

A. I was told that by a dispatcher. The dispatcher told me, "You might not see it," basically.

Q. How many times did you have a dispatcher say that to you?

A. At least twice.

Q. Do you remember the last time you heard that?

A. It's -- it's been a little bit of time, but I don't actually remember the exact date, year, and all that.

Q. In the last five or six years?

A. Somewhere in between there.

Q. Okay. Do you remember the circumstances where that statement arose?

A. No. No, I don't. It's been too long.

**35**

Q. Did you ever then follow up and check, in relationship to that statement, in putting in an overtime card?

A. No, I haven't followed up and checked because I've been told, "Don't put in three or four minutes." You know, "It's a waste of time. Five minutes is a waste of time." I've been told this.

Q. By whom?

A. By dispatchers. I've heard -- I've had dispatchers say that.

Q. Can you identify --

A. No, I don't know who they are, but I will tell you this: I've had one of my coworkers come up to me one time. He said, "Watch that guy putting your dispatcher cards -- when you're putting them in, because he may throw them away and not put your time in there," because apparently he checks his -- he was able to check his check stub every week, that's when we were getting checks that weren't online, so he was following it and he found out that he was not getting the time that he was putting in, also.

Q. Who was that coworker?

A. Let's see. I can't remember his name. I don't remember his name. His name may be John, or something to that effect.

**36**

Q. Do you remember when you had that conversation with him?

A. It's been at least about -- maybe about a three to four-year period, somewhere in between. It's been awhile.

Q. Any other coworker tell you something about not getting paid for overtime?

A. I have heard it in the past, but I really didn't investigate the situation.

Q. How many times has a dispatcher told you words to the effect of, "Don't put in three or four minutes or five minutes, it's not worth the time"?

A. Well, like I said, I've heard that at least -- me, I've heard that maybe about two or three times, somewhere in there.

Q. Do you remember the last time you heard that?

A. No.

Q. Within the last five or six years?

A. Somewhere in there. I can't directly pinpoint it.

Q. Have you ever handed a dispatcher an overtime card and they refused to take it?

A. No, they haven't refused to take it, but I have had a dispatcher tell me, "I can't pay you for this time. What is all this time for?" And that was a case

1 where I had a bus towed from One Division -- I mean not
2 Division, but from the street, the Presidio, all the way
3 back to Woods, and then I had to come from Woods on the
4 bus back to Kirkland. I'm still on the clock.
5          He says, "Well, how am I going to pay you for
6 all this?"
7          And I said, "Well, somebody got to pay me."
8          He took it, but I don't know if he paid me or
9 not.
10    Q.   Did you check?
11    A.   No.
12    Q.   Did you ever complain to anybody about putting
13 in for overtime and not getting paid for it?
14    A.   I made mention to the union about it from time
15 to time, but I don't know if they looked into it or not.
16    Q.   Do you remember who you spoke to from the
17 union?
18    A.   It's been -- it's been awhile. It could have
19 been two reps. I don't know if it was the reps we have
20 now. It could have been somebody beforehand.
21    Q.   Okay. Who are the reps you have now?
22    A.   The reps we have now is Zhuo and -- let's see.
23 Who else is in there? If I could remember correctly,
24 Zhuo and Gee. Zhuo, it starts with a Z.
25    Q.   And Gee?

37

1    A.   Yeah, Gee.
2    Q.   That's G-e-e?
3    A.   I just say "Gee"; that's what we call him.
4    Q.   And is Zhuo a first or last name?
5    A.   I think that's a first name.
6    Q.   You don't know the last name?
7    A.   No.
8    Q.   What about Gee? Is that a first or last name?
9    A.   Zhuo is the first name, and I think the last
10 name is Mung, or something to that effect.
11    Q.   Mung?
12    A.   Yeah.
13    Q.   And what about Gee?
14    A.   I don't know what Gee's last name is.
15    Q.   Did you ever complain to either of them about
16 putting in for overtime and not getting paid?
17    A.   No, because they just started.
18    Q.   You say you mentioned it to the union.
19          Did you ever file a grievance related to that?
20    A.   No.
21    Q.   Did you ever ask the union to file a grievance
22 related to --
23    A.   I asked them to look into it, but I don't know
24 if it got looked into or not.
25    Q.   Did they ever report back to you?

38

1    A.   No.
2    Q.   Anyone other than a dispatcher say words to the
3 effect of, "Don't put in for three to four minutes of
4 overtime, it's not worth it"?
5    A.   No.
6    Q.   Ever have a superintendent discourage you for
7 putting in overtime that you've worked?
8    A.   No. But let me rephrase that. I'm going to
9 take that back.
10          There was one time where there was a statement
11 from a superintendent, I don't know which superintendent
12 it was, but I was passing through the office, and he
13 would say, "Well, we can't pay you after 10 hours." I
14 have heard that statement.
15          And somebody was saying, "Well, why?"
16          "Well, the computer won't let us put it in."
17          That was something I did hear one day coming
18 through the office.
19    Q.   Okay. Do you know who the superintendent was
20 talking to?
21    A.   She was speaking to one of my coworkers and a
22 dispatcher.
23    Q.   Do you know who the coworker was?
24    A.   No.
25    Q.   Or the dispatcher?

39

1    A.   No. I didn't have time to look. I was trying
2 to get out of there.
3    Q.   Do you remember anything --
4    A.   I was just passing through.
5    Q.   Do you remember anything else about this
6 conversation?
7    A.   The only thing I was told from a coworker, he
8 was talking about they could not pay you after 10 hours
9 because the computer wouldn't let them put it in, and
10 that was told to me by a coworker of mine.
11    Q.   Okay. Did you ever ask a dispatcher or a
12 superintendent about that statement?
13    A.   No, I didn't, because there are other employees
14 I think that had some heated arguments behind some
15 overtime, and I just didn't want to be around that when
16 that argument got coming into play.
17    Q.   How do you know there were heated arguments
18 with others about overtime?
19    A.   You know, when you're walking through the
20 division and you hear people skirmishing about they're
21 not getting paid what they're working for, it gets kind
22 of loud sometimes.
23    Q.   So you've heard it from the outside walking by.
24    A.   Yeah.
25          MR. YOUNG: You need some more water?

40

1      THE WITNESS: I'll be all right.
2      MR. YOUNG: You sure?
3      THE WITNESS: Yeah.
4      MR. ROLNICK: Q. When you pull back in on your
5  current run, what do you do once you pull in the yard?
6     A.  When I pull in the yard?
7     Q.  Yeah.
8     A.  There is -- we have to park the bus first.
9     Q.  Okay.
10    A.  Grab your defect card, make sure everything is
11  clear inside the coach, and getting out, walk across the
12  yard and put your transfers in the box outside the door
13  and then hand them -- if it's overtime, you fill out
14  your defect -- I mean your overtime card. And once you
15  do that, you turn your defect card in, and then after
16  that you go home.
17    Q.  Then you're done.
18    A.  Yeah.
19    Q.  Nothing else you do after turning in your
20  defect card.
21    A.  After -- after turning in the defect card?
22    Q.  Yeah.
23    A.  Well, I got to hand them the overtime card.
24    Q.  Okay. And --
25    A.  And walk back to my car and then leave.

41

1     Q.  Okay. So nothing else you do when you get
2  there at the end of the day?
3     A.  As far as I can remember, no, it's just
4  basically check out, make sure there's nobody hanging on
5  the bus inside and you have your defect card, or like I
6  said, put your transfers in the box.
7     Q.  How much time does it take when you pull in and
8  park the bus to handing what you need to hand off to the
9  dispatcher?
10    A.  I'd say about 15 minutes.
11    Q.  In the time that you -- in the past year, have
12  you had any occasions where you had to go in and meet
13  with your division superintendent about a job
14  performance issue, a passenger complaint, anything like
15  that?
16    A.  No.
17    Q.  Okay. What about in the last five years?
18    A.  Last five? I may have had one.
19    Q.  Do you remember what the circumstances were?
20    A.  A particular passenger was not at the bus stop
21  and I proceeded on, and he was yelling for the bus but
22  he wasn't standing there so I kept going. So he said I
23  left him but he was never at the stop, he was running
24  down the street.
25    Q.  So you had to meet with the superintendent

42

1  about a Passenger Service Report?
2     A.  Yeah, a passenger -- PSR, basically,
3  complaining.
4     Q.  And when did that meeting take place?
5     A.  I don't know. I can't remember when it took
6  place. All I know is that usually those meetings take
7  -- they usually take place in between your -- sometimes
8  it's not on your standby time; sometimes it's on your
9  split time and they'll call you in. And I don't know if
10  you are getting paid for that time.
11    Q.  But in the last five or six years, you just had
12  this one occasion where you had to meet with the
13  superintendent?
14    A.  Yeah, that one, particular one occasion, yeah.
15    Q.  Okay. Do you remember who the superintendent
16  was?
17    A.  It may have been Deborah Franks in that case.
18    Q.  Did you receive any discipline or warning
19  related to that?
20    A.  Just a warning about the situation.
21    Q.  Do you remember how long that meeting took?
22    A.  I think about 25 minutes, somewhere in there.
23    Q.  Did you have a union rep there with you?
24    A.  Yeah.
25    Q.  And it happened in her office at the division?

43

1     A.  Yes.
2     Q.  Okay. And you don't remember if that was
3  during your standby time or not?
4     A.  No. Most likely it was probably after my
5  standby time because it depends on the run. I can't
6  quite give you an exact, but it was probably after my
7  standby time.
8     Q.  We talked earlier, when we were talking about
9  your standby time, in relationship to your current run,
10  684.
11       Have you had a similar kind of standby time
12  with the runs that you've had in the past three to four
13  years at Kirkland?
14    A.  Have I had a particular run like the one I have
15  now?
16    Q.  Yeah, with a split, where you have a standby
17  time of an hour, hour and a half, or something like
18  that?
19    A.  No, because each run varies. It depends on
20  what run you're doing and what time you come in in the
21  morning. So this is the first run I've had like this,
22  actually, ever.
23    Q.  This is the first time you had a run with a
24  standby time built in or a split run?
25    A.  Well, it's just the way the run is arranged.

44

| | |
|---|---|
| 1  It's the first time I ever had a run like that.  Because | 1  STATE OF CALIFORNIA ) |
| 2  of my seniority, it changes with seniority. |                      ) SS. |
| 3       MR. ROLNICK:  Okay.  Those are all my | 2  COUNTY OF ALAMEDA  ) |

1   It's the first time I ever had a run like that.  Because
2   of my seniority, it changes with seniority.
3        MR. ROLNICK:  Okay.  Those are all my
4   questions.  Thank you.
5        THE REPORTER:  Counsel, no copy?
6        MR. YOUNG:  No.
7        (Whereupon, the deposition concluded at
8        12:34 p.m.)

                                                                45

1   STATE OF CALIFORNIA )
                        ) SS.
2   COUNTY OF ALAMEDA  )

3
4        I, DARIA GIANNARELLI, a Certified Shorthand
5   Reporter in and for the State of California, do hereby
6   certify:
7        That DAVID BAYLOR, in the foregoing deposition
8   named, was present and by me sworn as a witness in the
9   above-entitled action at the time and place therein
10  specified;
11       That said deposition taken before me was reported
12  by me, a Certified Shorthand Reporter of the State of
13  California, and was thereafter transcribed into
14  typewriting, and that the foregoing transcript
15  constitutes a full, true and correct report of said
16  deposition and of the proceedings which took place;
17       That I am a disinterested person to the said
18  action.
19       IN WITNESS WHEREOF, I have hereunder subscribed
20  my hand this 2nd day of February, 2016.
21
22       ------------------------------
         DARIA GIANNARELLI, CSR NO. 7000
23       Certified Shorthand Reporter

                                                                47

CERTIFICATE OF WITNESS

1
2
3
4
5        I, DAVID BAYLOR, hereby declare that I have read the
6   foregoing testimony, and the same is true and a correct
7   transcription of my said testimony except as I have
8   corrected.
9
10
11
12
13       _____
         Signature
14
15       _____
16       Date
17
18
19
20
21
22
23
24
25

                                                                46

Deponent's Correction Sheet

1
2
3   To add testimony, indicate "Add" and print the exact
    words you wish to add.  To delete testimony, indicate
4   "Delete" and print the exact words you wish to delete.

5   Deposition of:  DAVID BAYLOR
    Proceedings Date:  January 19, 2016

6
7   I, DAVID BAYLOR, have the following changes to my
    proceedings transcript:

8
9   PAGE    LINE    CHANGE (Add/Delete)
10  ____  ____  _____
11  ____  ____  _____
12  ____  ____  _____
13  ____  ____  _____
14  ____  ____  _____
15  ____  ____  _____
16
17  ____  ____  _____
18  ____  ____  _____
19  ____  ____  _____
20  ____  ____  _____
21  ____  ____  _____
22  ____  ____  _____
23  ____  ____  _____
24
25  _____Date_____
    DAVID BAYLOR

                                                                48

BONNIE WAGNER & ASSOCIATES
Certified Shorthand Reporters
1819 Polk Street, #446
San Francisco, California 94109
(415) 982-4849

February 2, 2016

DAVID BAYLOR
C/O JOEL B. YOUNG, Esq.
2039 Shattuck Avenue, Suite 308
Berkeley, California 94704

RE: Stitt, et al., vs. SFMTA, et al.,
    Deposition taken: January 19, 2016
    Reported by: Daria Giannarelli, CSR No. 7000

Dear Mr. Baylor:

Pursuant to the Federal Rules of Civil Procedure, Rule 30(e),
you are advised that the original transcript of your
deposition taken in the above-entitled action is available for
your reading, signing and the making of such corrections that
you may deem necessary.

You have thirty (30) days following receipt of this letter to
read, correct and sign your deposition. If an attorney
represents you, we would suggest that you contact her/him
before arranging with us for the review of your deposition.
You also have the option of reading your attorney's copy of
the transcript. If you choose to do this, please notify us by
letter of any changes you wish to make to your deposition.

Should you have any questions regarding this procedure, please
consult with your attorney or contact our office.

Sincerely,

Daria Giannarelli, CSR

cc: All Counsel

# #

**#446** [2] - 1:24; 49:2
**#7000** [1] - 1:21

# '

**'96** [1] - 5:8

# 1

**1-20** [1] - 1:12
**10** [13] - 7:20; 11:8; 12:11; 15:5; 25:21; 31:25; 32:3, 12-14; 39:13; 40:8
**10:30** [2] - 25:22; 26:2
**11:40** [1] - 3:3
**11:53** [5] - 26:11, 13, 24; 27:14, 18
**12** [1] - 6:13
**12:34** [1] - 45:8
**1390** [2] - 3:5, 22
**15** [3] - 11:8, 11; 42:10
**16** [1] - 16:4
**18** [1] - 5:3
**1819** [2] - 1:24; 49:2
**19** [8] - 1:18; 3:3; 4:16; 7:10, 14; 21:3; 48:5; 49:8
**1:00** [1] - 26:12
**1:45** [3] - 28:2, 6, 9
**1:53** [9] - 26:12; 27:19, 25; 28:1, 3, 6-7, 9

# 2

**2** [1] - 49:4
**20** [1] - 6:9
**2016** [6] - 1:18; 3:3; 47:20; 48:5; 49:4, 8
**2039** [2] - 3:18; 49:6
**25** [2] - 17:20; 43:22
**25th** [1] - 32:9
**28** [4] - 21:22; 28:25; 29:1, 6
**2:08** [1] - 28:23
**2:58** [2] - 7:11, 13
**2nd** [1] - 47:20

# 3

**30** [1] - 49:14
**30(e** [1] - 49:11
**308** [2] - 3:18; 49:6
**38** [4] - 21:22; 29:9, 17, 19

# 4

**4** [1] - 2:6
**415** [2] - 1:25; 49:3
**43** [7] - 21:13, 17; 22:5, 8;

**25:16; 26:18**
**43's** [2] - 23:24; 24:19
**48th** [4] - 29:22; 30:15, 21; 32:18
**4:00** [1] - 7:10
**4:20** [2] - 7:11

# 5

**5:00** [2] - 10:4
**5:15** [1] - 29:13
**5:25** [4] - 9:13, 23, 25; 11:7
**5:34** [1] - 30:2
**5:35** [1] - 10:11
**5:36** [2] - 30:2, 5
**5:45** [8] - 29:16, 24-25; 30:4, 10-12, 14

# 6

**684** [8] - 5:15, 20-21; 6:19; 21:12; 27:9; 44:10
**6:00** [3] - 10:5; 30:19
**6:30** [6] - 6:10; 10:5; 11:16, 25; 30:20
**6:35** [1] - 30:20
**6:40** [1] - 6:10
**6:51** [6] - 5:21, 23; 9:15, 24; 31:11, 14
**6:56** [2] - 31:12, 21

# 7

**7** [1] - 16:4
**7000** [2] - 47:22; 49:9
**7:00** [4] - 10:22, 24-25; 31:12
**7:01** [2] - 31:12, 21
**7:08** [2] - 9:22; 22:5
**7:10** [1] - 31:24
**7:18** [1] - 31:11
**7th** [2] - 3:5, 22

# 9

**94102** [2] - 3:6, 23
**94109** [2] - 1:25; 49:2
**94704** [2] - 3:19; 49:7
**982-4849** [2] - 1:25; 49:3

# A

**a.m** [4] - 3:3; 5:21; 7:12; 9:15
**ability** [1] - 25:8
**able** [1] - 35:17
**above-entitled** [3] - 3:10; 47:9; 49:12
**action** [4] - 3:13; 47:9, 18;

**49:12**
**add** [2] - 48:2
**Add** [1] - 48:2
**Add/Delete** [1] - 48:8
**advised** [1] - 49:11
**affirmative)** [1] - 22:4
**afternoon** [1] - 32:7
**AGENCY** [1] - 1:11
**ago** [1] - 34:3
**ahead** [2] - 24:2, 15
**air** [1] - 17:19
**al** [1] - 49:8
**ALAMEDA** [1] - 47:2
**allowed** [1] - 23:16
**amount** [1] - 24:18
**AND** [3] - 1:11; 3:4, 21
**answer** [1] - 34:7
**anyplace** [1] - 11:2
**anyway** [1] - 23:11
**appeared** [1] - 3:8
**appointment** [3] - 13:18; 14:3
**approach** [1] - 19:25
**area** [1] - 30:1
**argument** [1] - 40:16
**arguments** [2] - 40:14, 17
**arose** [1] - 34:24
**arranged** [1] - 44:25
**arranging** [1] - 49:15
**arrive** [1] - 9:10
**ASSOCIATES** [1] - 1:23; 49:1
**attorney** [2] - 49:14, 18
**ATTORNEY** [2] - 3:5, 21
**attorney's** [1] - 49:16
**availability** [1] - 8:19
**available** [6] - 11:13; 13:8; 27:1-3; 49:12
**Avenue** [8] - 3:18; 8:5; 29:22; 30:15, 21; 32:9, 18; 49:6
**awhile** [4] - 7:4; 33:22; 36:5; 37:18
**AX** [2] - 21:22; 29:19

# B

**B-a-y-l-o-r** [1] - 4:9
**BART** [1] - 29:3
**baseball** [2] - 29:13, 17
**basic** [1] - 6:4
**Bay** [2] - 23:7, 18
**BAYLOR** [10] - 1:17; 3:1, 9; 4:1; 46:5; 47:7; 48:4, 6, 25; 49:5
**Baylor** [4] - 4:7, 10; 49:10
**BE** [1] - 3:2
**Beach** [2] - 21:4; 22:24
**become** [1] - 11:13
**becomes** [1] - 25:4
**beforehand** [1] - 37:20
**begin** [1] - 5:24; 29:25
**beginning** [1] -

**behalf** [2] - 1:6; 3:11
**behind** [2] - 25:7; 40:14
**Berkeley** [2] - 3:19; 49:7
**between** [13] - 6:10; 9:14, 24; 24:19; 25:1; 28:6; 29:8; 31:21; 32:2, 9; 34:22; 36:4; 43:7
**bit** [2] - 20:19; 29:14; 34:18
**block** [1] - 17:12
**BONNIE** [1] - 1:23; 49:1
**box** [2] - 41:12; 42:6
**brake** [1] - 17:19
**built** [1] - 44:24
**bulletin** [2] - 12:10, 13, 16
**bulletins** [7] - 10:6; 11:20; 12:4, 9, 22, 25; 13:2
**bus** [11] - 11:10; 13:12; 16:8, 13; 17:9, 14; 25:7; 28:8; 37:1, 4; 41:8; 42:5, 8, 20
**buses** [5] - 4:25; 10:16; 16:11; 19:1; 24:14; 25:3
**BY** [4] - 1:21; 3:18; 22; 4:4

# C

**C-12-03704-YGR** [1] - 1:9
**C/O** [1] - 49:6
**cafe** [1] - 11:18
**CALIFORNIA** [1] - 1:2; 47:1
**California** [8] - 1:25; 3:6, 19, 23; 47:5, 13; 49:2, 7
**car** [5] - 9:8; 11:5, 18-19; 41:25
**card** [12] - 18:7, 14; 26:5; 35:3; 36:22; 41:10, 14-15, 20-21, 23; 42:5
**cards** [1] - 35:15
**case** [3] - 28:7; 36:25; 43:17
**Case** [1] - 1:9
**cases** [1] - 25:7
**catch** [1] - 21:7
**catching** [1] - 8:25
**cc** [1] - 49:24
**cell** [2] - 27:1, 5
**Central** [1] - 20:4
**certain** [1] - 24:18
**CERTIFICATE** [1] - 46:1
**Certified** [7] - 1:24; 3:7; 4:2; 47:4, 12, 23; 49:1
**certify** [1] - 47:6
**change** [3] - 23:22; 32:7, 17
**CHANGE** [1] - 48:8
**changes** [3] - 45:2; 48:6; 49:17
**changing** [3] - 21:23; 22:1
**check** [21] - 11:20; 12:8, 10, 24; 13:2; 14:24; 17:11, 16; 18:14, 24;

**25:10; 28:13; 33:19; 35:1, 17-18; 37:10; 42:4**
**checked** [2] - 33:14; 35:4
**checking** [5] - 17:7, 21, 25; 18:3; 19:1
**checkout** [1] - 28:8
**checks** [3] - 18:5; 35:17, 19
**Chestnut** [2] - 23:5; 29:7
**choose** [1] - 49:16
**circumstances** [5] - 30:24; 32:7, 16; 34:23; 42:19
**City** [7] - 4:10, 15, 20; 29:3, 10
**CITY** [5] - 1:11; 3:4, 21
**Civil** [1] - 49:11
**clear** [1] - 41:11
**Clipper** [1] - 17:17
**clock** [1] - 37:4
**closer** [1] - 20:11
**coach** [24] - 12:23; 15:11, 14, 17, 21, 25; 16:2, 16, 22-25; 18:3, 8-9, 11, 15, 19; 19:3, 17-18; 20:6, 20; 41:11
**coaches** [1] - 18:24
**code** [1] - 18:2
**coming** [2] - 39:17; 40:16
**commencing** [1] - 3:3
**common** [1] - 14:14
**complain** [2] - 37:12; 38:15
**complaining** [1] - 43:3
**complaint** [9] - 13:18; 14:16, 23; 33:9, 16-17, 24; 42:14
**complaints** [3] - 14:8, 10
**computer** [2] - 39:16; 40:9
**concluded** [1] - 45:7
**conditions** [1] - 31:9
**constitutes** [1] - 47:15
**consult** [1] - 49:18
**contact** [2] - 49:15, 18
**controller** [1] - 25:11
**conversation** [2] - 36:1; 40:6
**copy** [2] - 45:5; 49:16
**cord** [1] - 17:14
**corner** [1] - 23:10
**correct** [12] - 5:1; 15:12; 18:17; 19:20; 20:23; 26:4; 31:4; 34:6; 46:6; 47:15; 49:14
**corrected** [1] - 46:8
**Correction** [1] - 48:1
**corrections** [1] - 49:12
**correctly** [1] - 37:23
**Counsel** [1] - 49:24
**counsel** [1] - 45:5
**COUNTY** [3] - 1:12; 3:4, 21; 47:2
**County** [1] - 4:11

**couple** [1] - 19:16
**course** [1] - 19:24
**COURT** [1] - 1:1
**court** [1] - 3:10
**covers** [1] - 12:12
**coworker** [5] - 35:22; 36:6; 39:23; 40:7, 10
**coworkers** [2] - 35:13; 39:21
**crashes** [1] - 32:9
**cross** [2] - 7:22; 8:3
**CSR** [4] - 1:21; 47:22; 49:9, 21
**current** [6] - 5:14; 6:19; 9:10, 15; 41:5; 44:9
**cuts** [1] - 17:2
**cycle** [1] - 14:6

**D**

**Daly** [2] - 29:3, 10
**Dam** [1] - 8:5
**damage** [1] - 16:25
**Daria** [2] - 49:9, 21
**DARIA** [4] - 1:21; 3:6; 47:4, 22
**DARRYL** [1] - 1:5
**Date** [3] - 46:16; 48:5, 25
**date** [2] - 14:13; 34:19
**DAVID** [11] - 1:17; 3:1, 9; 4:1, 9; 46:5; 47:7; 48:4, 6, 25; 49:5
**David** [1] - 4:7
**Davis** [4] - 29:18, 23; 30:6
**day's** [1] - 10:6
**days** [2] - 18:25; 49:14
**deadhead** [5] - 22:17; 29:2, 11; 31:6
**deadheading** [1] - 20:15
**deal** [2] - 24:11; 30:24
**Dear** [1] - 49:10
**Deborah** [1] - 43:17
**declare** [1] - 46:5
**deem** [1] - 49:13
**defect** [9] - 18:6, 14; 26:5; 41:10, 14-15, 20-21; 42:5
**defects** [1] - 18:4
**Defendants** [3] - 1:14; 3:11, 20
**delete** [1] - 48:3
**Delete** [1] - 48:3
**departure** [1] - 29:15
**Deponent's** [1] - 48:1
**deposition** [8] - 45:7; 47:7, 11, 16; 49:12, 14-15, 17
**DEPOSITION** [2] - 1:17; 3:1
**Deposition** [2] - 48:4; 49:8
**describe** [3] - 5:20; 7:5; 24:16
**described** [1] - 20:18

**diesel** [1] - 4:25
**different** [2] - 22:3; 23:15
**direct** [1] - 34:7
**directly** [2] - 13:21; 36:19
**discipline** [1] - 43:18
**discourage** [1] - 39:6
**disinterested** [1] - 47:17
**dispatcher** [13] - 13:22, 24; 14:1, 24; 26:3; 27:7; 33:20; 34:12-14; 35:15; 36:10, 21, 24; 39:2, 22, 25; 40:11; 42:9
**dispatchers** [2] - 33:18, 23; 35:9
**distinguish** [1] - 34:10
**DISTRICT** [1] - 1:1
**District** [2] - 22:9, 16
**division** [16] - 4:23; 5:4, 9; 9:21; 10:5, 13; 11:1, 15; 12:1; 13:6; 21:11; 26:14; 40:20; 42:13; 43:25
**Division** [3] - 4:24; 37:1
**DMV** [1] - 18:2
**DOES** [1] - 1:12
**done** [4] - 18:19; 25:16; 34:1; 41:17
**door** [2] - 12:5; 41:12
**double** [1] - 25:5
**down** [9] - 15:19; 23:18; 25:6, 8; 28:17; 29:13, 17; 42:24
**downtown** [1] - 32:17
**drive** [7] - 8:11; 9:1, 3, 8; 20:25; 21:11; 22:7, 12; 23:15, 17
**driven** [1] - 8:12
**driver** [1] - 14:12
**drivers** [2] - 26:23; 27:12
**driving** [4] - 4:25; 18:16; 20:9
**due** [3] - 26:10; 29:15; 31:11
**duly** [1] - 3:12
**during** [2] - 27:10; 44:3

**E**

**early** [2] - 8:24; 30:12
**effect** [4] - 35:25; 36:11; 38:10; 39:3
**either** [4] - 16:4; 27:7; 31:12; 38:15
**employees** [1] - 40:13
**end** [5] - 5:22; 6:1; 16:14; 30:19; 42:2
**ended** [1] - 6:13
**ending** [2] - 29:20, 22
**ends** [2] - 5:23; 27:14
**entitled** [3] - 3:10; 47:9; 49:12
**equipment** [3] - 21:24; 22:1
**Esq** [1] - 49:6

**ESQ** [2] - 3:18, 22
**et** [2] - 49:8
**evening** [1] - 10:24; 27:24
**exact** [4] - 34:19; 44:6; 48:2
**EXAMINATION** [1] - 4:4
**examined** [1] - 3:13
**except** [1] - 46:7
**experience** [1] - 14:21
**extinguisher** [1] - 17:13
**extra** [1] - 25:6

**F**

**fair** [1] - 19:6
**fall** [1] - 20:2
**far** [4] - 7:7; 10:7; 13:4; 42:3
**feasible** [2] - 8:21
**February** [2] - 47:20; 49:4
**Federal** [1] - 49:11
**figure** [1] - 13:24
**file** [2] - 38:19, 21
**fill** [1] - 41:13
**Fillmore** [1] - 29:7
**fire** [1] - 17:13
**FIRM** [1] - 3:17
**first** [21] - 3:12; 9:25; 10:1, 17; 12:3; 16:20; 19:18; 20:20; 21:17; 22:10; 24:3; 28:24; 29:1; 38:4, 8-9; 41:8; 44:21, 23; 45:1
**five** [15] - 6:16; 8:2; 15:5; 19:7; 24:21; 32:2; 34:5, 21; 35:6; 36:12, 18; 42:17; 43:11
**Floor** [2] - 3:5, 22
**Flynn** [1] - 5:6
**follow** [4] - 22:20; 24:22; 35:1
**followed** [1] - 35:4
**following** [4] - 22:22; 35:19; 48:6; 49:14
**follows** [1] - 4:3
**foregoing** [3] - 46:6; 47:7, 14
**forget** [1] - 22:9
**formal** [1] - 33:17
**Fort** [6] - 22:10, 16-17, 20; 23:19; 25:9
**four** [6] - 6:16; 35:5; 36:4, 11; 39:3; 44:12
**four-year** [1] - 36:4
**FRANCISCO** [4] - 1:11; 3:4, 21
**Francisco** [5] - 1:25; 3:6, 23; 4:11; 49:2
**Franks** [1] - 43:17
**frequent** [1] - 19:14
**Friday** [1] - 31:19
**front** [6] - 15:6; 16:5, 13, 15; 17:8; 25:4

**full** [1] - 47:15

**G**

**Geary** [1] - 32:9
**Gee** [6] - 37:24; 38:1, 3, 8, 13
**GEE** [1] - 38:2
**Gee's** [1] - 38:14
**Geneva** [1] - 22:11
**GIANNARELLI** [4] - 1:21; 3:7; 47:4, 22
**Giannarelli** [2] - 49:9, 21
**GILBERT** [1] - 3:24
**governed** [1] - 30:23
**grab** [3] - 11:23; 13:12; 41:10
**GRANDBERRY** [1] - 1:5
**grievance** [2] - 38:19, 21
**GRIFFIN** [1] - 1:6
**guy** [1] - 35:14

**H**

**half** [1] - 44:17
**hand** [4] - 41:13, 23; 42:8; 47:20
**handed** [1] - 36:21
**handing** [1] - 42:8
**hanging** [1] - 42:4
**Hayward** [1] - 8:7
**head** [1] - 15:8
**headway** [6] - 20:2; 24:11, 16; 25:3
**hear** [2] - 39:17; 40:20
**heard** [8] - 34:17; 35:9; 36:8, 13-14, 16; 39:14; 40:23
**heated** [2] - 40:14, 17
**HEDY** [1] - 1:6
**held** [1] - 4:20
**her/him** [1] - 49:15
**hereby** [2] - 46:5; 47:5
**hereunder** [1] - 47:19
**hidden** [1] - 12:15
**hired** [1] - 27:13
**hiring** [1] - 26:21
**home** [5] - 8:4; 9:6; 26:8; 30:18; 41:16
**hour** [2] - 44:17
**hours** [3] - 6:13; 39:13; 40:8

**I**

**identify** [1] - 35:11
**immediately** [1] - 23:20
**IN** [2] - 1:1; 47:19
**indicate** [1] - 48:2
**information** [2] - 15:14, 24
**inside** [3] - 17:9; 41:11;

42:5
**inspection** [1] - 18:20
**investigate** [1] - 36:9
**investigated** [1] - 8:19
**issue** [3] - 24:12, 16; 42:14
**IT** [1] - 3:2

**J**

**January** [4] - 1:18; 3:3; 48:5; 49:8
**job** [4] - 4:20; 9:6; 27:9; 42:13
**JOEL** [2] - 3:18; 49:6
**John** [1] - 35:24
**JONATHAN** [1] - 3:22

**K**

**keep** [4] - 20:9; 23:23; 33:4, 6
**kept** [2] - 33:5; 42:22
**kind** [6] - 6:3; 14:11; 24:25; 40:21; 44:11
**Kirkland** [11] - 4:24; 5:2, 5, 11; 9:11, 23, 25; 22:17; 25:18-21, 24; 26:2; 27:23; 28:9; 31:6, 8; 37:4; 44:13

**L**

**Laguna** [1] - 23:6
**last** [21] - 5:13; 6:16; 7:2, 8; 19:7, 12; 22:11; 27:8; 34:5, 17, 21; 36:16, 18; 38:4, 6, 8-9, 14; 42:17; 43:11
**late** [12] - 8:23; 20:4, 19; 21:2, 5; 31:19, 25; 32:3, 12, 19, 22
**lately** [1] - 19:5
**LAW** [1] - 3:17
**law** [3] - 18:3, 13, 23
**least** [4] - 6:25; 34:16; 36:3, 13
**leave** [10] - 10:17; 24:6, 13; 25:2, 12, 14; 30:1, 4, 13; 41:25
**left** [5] - 22:25; 23:5; 27:22; 42:23
**legitimate** [1] - 14:8
**less** [1] - 15:2
**letter** [2] - 49:14, 17
**lights** [3] - 17:7
**likely** [2] - 11:4; 31:19; 44:4
**line** [15] - 7:14, 16; 20:3, 16; 21:12-14, 17, 24; 22:1, 3, 8; 24:19; 25:16; 28:25

**LINE** [1] - 48:8
**live** [3] - 7:17, 21
**living** [2] - 7:24; 8:6
**location** [3] - 8:1; 16:2; 30:10
**locker** [1] - 12:18
**lockers** [1] - 12:6
**look** [7] - 10:6; 12:4; 16:15; 17:11; 33:4; 38:23; 40:1
**looked** [2] - 7:6; 37:15; 38:24
**looking** [4] - 10:1; 11:8; 27:5
**looks** [1] - 27:7
**LOPEZ** [1] - 3:24
**loud** [1] - 40:22
**lug** [1] - 17:7

## M

**mail** [3] - 13:16, 19
**maintain** [1] - 25:1
**malfunction** [1] - 20:6
**man** [1] - 6:25
**manage** [1] - 24:9
**managed** [1] - 24:25
**manpower** [2] - 26:20; 27:12
**Marina** [2] - 22:9, 16
**Market** [2] - 3:5, 22
**Mason** [6] - 22:10, 16-17, 20; 23:19; 25:9
**matter** [1] - 14:20
**mean** [12] - 22:23; 24:16; 26:3, 25; 32:8, 10; 34:10; 37:1; 41:14
**means** [1] - 25:5
**mechanic** [3] - 17:24; 18:5; 26:5
**medical** [4] - 13:16, 19; 14:2, 13, 23
**meet** [3] - 42:12, 25; 43:12
**meeting** [2] - 43:4, 21
**meetings** [1] - 43:6
**mention** [1] - 37:14
**mentioned** [2] - 17:21; 38:18
**meter** [1] - 11:6
**might** [16] - 12:13, 16-19; 16:12; 19:8; 21:2, 5; 24:7; 25:6; 31:10; 32:14; 34:13
**miles** [1] - 32:17
**mine** [1] - 40:10
**minute** [1] - 15:3
**minutes** [23] - 6:9; 11:8, 11; 12:11; 15:5; 17:20; 24:21; 31:25; 32:3, 12, 14; 35:5; 36:11; 39:3; 42:10; 43:22
**missing** [1] - 25:3
**Monday** [1] - 31:18

**month** [3] - 19:5, 11, 16
**months** [3] - 5:17; 7:20; 27:8
**morning** [7] - 13:17; 16:20; 18:2; 19:18; 22:13; 28:11; 44:21
**most** [6] - 10:17; 11:4; 12:14; 31:19; 44:4
**move** [2] - 10:21; 11:5
**moving** [2] - 23:21, 23
**MR** [8] - 2:6; 4:4; 40:25; 41:2, 4; 45:3, 6
**MTA** [2] - 5:4; 8:17
**Mung** [1] - 38:10
**Munich** [1] - 22:11
**MUNICIPAL** [1] - 1:11

## N

**name** [12] - 4:6; 5:13; 35:23; 38:4-6, 8-10, 14
**named** [1] - 47:8
**nature** [1] - 33:25; 34:1
**Neal** [1] - 5:13
**necessarily** [1] - 7:6
**necessary** [1] - 49:13
**need** [11] - 13:11, 13; 14:2; 25:10; 26:15; 27:2, 4; 31:4; 40:25; 42:8
**Ness** [1] - 23:5
**never** [4] - 4:20; 33:11; 42:23
**new** [1] - 19:17
**next** [2] - 12:22; 23:10
**NO** [1] - 47:22
**nobody** [2] - 23:22; 42:4
**North** [1] - 23:4
**NORTHERN** [1] - 1:2
**nothing** [2] - 41:19; 42:1
**notice** [1] - 14:2
**Notice** [1] - 3:2
**notices** [1] - 14:24
**notify** [1] - 49:16
**number** [7] - 7:6, 14-16; 15:21, 25; 16:8
**nuts** [1] - 17:7

## O

**obligation** [1] - 18:13
**obviously** [1] - 18:14
**occasion** [3] - 31:16; 43:12, 14
**occasions** [3] - 19:16; 20:14; 42:12
**OF** [11] - 1:2, 12, 17; 3:1, 4, 21; 46:1; 47:1
**office** [4] - 12:6, 19; 15:7, 19; 39:12, 18; 43:25; 49:18
**OFFICE** [2] - 3:4, 21
**often** [5] - 14:5; 19:3;

26:17; 27:9; 31:25
**once** [3] - 15:8; 41:5, 14
**One** [1] - 37:1
**one** [28] - 12:19; 14:21, 23; 18:7; 20:15, 20; 21:11; 22:10; 24:10, 22-23; 27:7; 29:10; 31:1; 33:18; 34:2; 35:13; 39:10, 17, 21; 42:18; 43:12, 14; 44:14
**online** [1] - 35:19
**oOo** [1] - 1:3; 2:10; 3:14, 25
**operating** [2] - 17:22; 21:25
**operator** [3] - 4:13, 18; 14:18
**operators** [1] - 13:8
**option** [1] - 49:16
**order** [1] - 17:22
**original** [1] - 49:11
**otherwise** [1] - 15:2
**outfit** [15] - 9:18; 10:6; 12:24; 13:3, 5, 14; 14:1, 25; 15:3, 8, 13-14; 28:4, 10, 17
**outside** [2] - 40:23; 41:12
**overhead** [1] - 17:7
**overtime** [17] - 32:20, 23, 25; 33:1, 13; 35:3; 36:7, 21; 37:13; 38:16; 39:4, 10; 40:15, 18; 41:13, 23

## P

**p.m** [3] - 5:23; 7:13; 45:8
**Pablo** [5] - 7:25; 8:2, 5
**paddle** [9] - 11:23; 13:20; 15:20; 19:21; 21:8; 25:13, 15; 26:3
**PAGE** [2] - 2:5; 48:8
**paid** [6] - 36:7; 37:8, 13; 38:16; 40:21; 43:10
**parameters** [1] - 6:4
**park** [5] - 10:18; 11:2, 4; 41:8; 42:8
**parking** [9] - 10:1, 9, 12-13; 11:2, 8-9, 12; 30:8
**part** [12] - 17:5; 21:17, 20-21; 25:17; 27:17, 25; 28:4, 22, 24; 29:1
**particular** [11] - 14:6, 11; 19:24; 20:3, 24; 22:19; 26:25; 34:1; 42:20; 44:3; 44:14
**particularly** [1] - 16:20
**parts** [2] - 21:14, 23
**Passenger** [1] - 43:1
**passenger** [5] - 14:16; 42:14, 20; 43:2
**passengers** [1] - 31:4
**passing** [2] - 39:12; 40:4

**past** [6] - 33:2; 34:9, 11; 36:8; 42:11; 44:12
**pay** [7] - 11:6; 33:1; 36:24; 37:5, 7; 39:13; 40:8
**paycheck** [1] - 33:15
**people** [5] - 15:6; 25:6; 26:21; 30:3; 40:20
**perform** [1] - 27:10
**performance** [1] - 42:14
**period** [1] - 36:4
**person** [1] - 47:17
**personal** [2] - 8:14; 9:3
**personally** [2] - 3:7; 19:1
**phone** [5] - 14:17, 19; 27:1, 5
**pick** [14] - 9:18; 10:6; 12:24; 13:3, 8-9; 15:3, 13; 20:2; 22:2; 28:3, 10; 29:16; 30:3
**picked** [1] - 28:10
**piece** [1] - 19:24
**Pine** [3] - 29:18, 23; 30:6
**pinpoint** [1] - 36:19
**place** [8] - 20:8; 26:25; 28:10; 30:7; 43:4, 6-7; 47:9, 16
**places** [2] - 12:13, 15
**Plaintiffs** [2] - 1:8; 3:17
**play** [1] - 40:16
**point** [1] - 20:24
**Point** [1] - 23:4
**Polk** [4] - 1:24; 21:5; 22:25; 49:2
**pop** [1] - 12:16
**portion** [1] - 10:20
**possible** [1] - 9:6
**Powell** [1] - 21:4
**preop** [5] - 16:25; 17:5; 19:17; 21:10; 28:18
**Present** [1] - 3:24
**present** [1] - 47:8
**Presidio** [1] - 37:2
**pretty** [1] - 12:20; 16:17
**print** [1] - 48:2
**problem** [1] - 25:3
**procedure** [1] - 49:18
**Procedure** [1] - 49:11
**proceeded** [1] - 42:21
**proceedings** [2] - 47:16; 48:7
**Proceedings** [1] - 48:5
**produced** [1] - 3:11
**profile** [2] - 6:16
**provided** [1] - 10:13
**PSR** [3] - 14:15; 43:2
**PSR's** [1] - 14:13
**public** [4] - 8:16, 20, 23, 25
**pull** [32] - 5:24; 6:1; 9:21; 10:16, 18; 17:6, 15; 18:7-9, 11; 19:4, 22; 20:19; 21:10; 22:5; 25:17, 19-20; 26:18;

28:21; 30:3, 9-12, 14; 41:4-6; 42:7
**pull-in** [1] - 6:1
**pull-out** [1] - 5:24
**pulled** [2] - 11:10; 24:14
**pulling** [3] - 19:21; 20:15; 30:5
**pulls** [1] - 5:25
**pursuant** [1] - 3:2
**Pursuant** [1] - 49:11
**put** [21] - 10:12; 13:20; 18:1, 4, 23; 20:5, 20-21; 31:17; 32:19, 22, 25; 33:14; 35:5, 16; 36:11; 39:3, 16; 40:9; 41:12; 42:6
**putting** [7] - 35:2, 14-15, 21; 37:12; 38:16; 39:7

## Q

**questions** [2] - 45:4; 49:18
**quite** [2] - 7:8; 26:10; 44:6
**quote** [1] - 22:24

## R

**radio** [1] - 17:11
**railway** [1] - 26:20
**raining** [1] - 31:10
**raise** [3] - 33:10, 15, 17
**raised** [1] - 33:9
**random** [1] - 32:6
**RE** [1] - 49:8
**read** [3] - 12:22; 46:5; 49:14
**reading** [2] - 49:12, 16
**really** [3] - 23:14; 32:4; 36:8
**rear** [1] - 17:8
**reason** [2] - 9:3, 8
**receipt** [1] - 49:14
**receive** [1] - 43:18
**received** [1] - 32:25
**recently** [2] - 24:14; 34:11
**referring** [1] - 14:10
**reflected** [1] - 33:15
**reflectors** [1] - 17:13
**refused** [1] - 36:22
**regarding** [1] - 49:18
**register** [1] - 28:14
**related** [3] - 38:19, 22; 43:19
**relationship** [2] - 35:2; 44:9
**relieved** [1] - 25:18
**remember** [26] - 5:18; 6:8; 7:2; 23:9; 26:10; 28:23; 33:22; 34:3, 17, 19, 23; 35:23; 36:1, 16; 37:16, 23; 40:3, 5; 42:3, 19; 43:5, 15, 21; 44:2

**REMEMBERED** [1] - 3:2
**rep** [1] - 43:23
**repaired** [1] - 18:9
**rephrase** [1] - 39:8
**report** [3] - 9:15; 38:25; 47:15
**Report** [1] - 43:1
**REPORTED** [1] - 1:21
**reported** [1] - 47:11
**Reported** [1] - 49:9
**Reporter** [5] - 3:7; 4:2; 47:5, 12, 23
**REPORTER** [1] - 45:5
**Reporters** [2] - 1:24; 49:1
**represents** [1] - 49:15
**reps** [4] - 37:19, 21
**required** [2] - 23:14, 17
**response** [1] - 33:19
**responsibility** [1] - 17:24
**responsible** [3] - 18:2, 15; 25:12
**restrictions** [1] - 26:24
**revenue** [3] - 20:24; 29:25; 30:10
**review** [1] - 49:15
**ringer** [1] - 17:15
**ringing** [2] - 17:14
**Road** [1] - 8:5
**ROLNICK** [6] - 2:6; 3:22; 4:4; 41:4; 45:3
**route** [6] - 22:19, 21; 23:15, 17; 30:15
**RPR** [1] - 1:21
**rude** [1] - 14:18
**Rule** [1] - 49:11
**Rules** [1] - 49:11
**run** [48] - 5:14, 16, 18, 24; 6:3, 5, 19-20, 22; 7:2, 6, 8, 15; 9:10, 15, 20; 13:14; 15:21; 19:25; 20:1, 3; 21:8, 12, 15, 18, 20; 24:13; 25:10, 17; 26:9; 27:17, 25; 28:4, 22; 31:1; 41:5; 44:5, 9, 14, 19-21, 23-25; 45:1
**Run** [1] - 5:20
**running** [1] - 42:23
**runs** [3] - 6:15; 21:10; 44:12

**S**

**Safeway** [2] - 23:12; 24:23
**SAN** [4] - 1:11; 3:4, 21
**San** [10] - 1:25; 3:5, 23; 4:11; 7:25; 8:2, 5-6; 49:2
**scale** [1] - 12:21
**schedule** [2] - 20:1; 21:1
**scheduled** [3] - 9:20; 25:23; 28:21
**season** [1] - 29:14
**second** [6] - 21:20; 22:10; 27:17; 28:4, 22

**secret** [1] - 12:15
**see** [16] - 5:23; 6:25; 7:10; 9:12; 17:16; 19:1; 21:3; 22:9, 23; 23:3; 26:6; 30:19; 33:11; 34:13; 35:23; 37:22
**seem** [1] - 34:10
**seldom** [1] - 31:15
**send** [3] - 21:2, 5; 27:5
**seniority** [2] - 45:2
**service** [6] - 18:25; 20:9; 23:20, 23; 25:10
**Service** [1] - 43:1
**set** [3] - 12:23; 14:13; 16:5
**seven** [1] - 32:17
**SFMTA** [1] - 49:8
**share** [1] - 10:14
**Shattuck** [2] - 3:18; 49:6
**sheet** [1] - 15:22
**Sheet** [1] - 48:1
**Shorthand** [7] - 1:24; 3:7; 4:2; 47:4, 12, 23; 49:1
**show** [2] - 28:14; 34:9
**side** [1] - 12:7
**sides** [1] - 17:15
**sidewalls** [1] - 17:2
**sign** [5] - 13:10; 15:3, 22; 49:14
**sign-in** [1] - 15:22
**Signature** [1] - 46:13
**signing** [1] - 49:12
**signs** [1] - 23:22
**similar** [4] - 6:5, 16-17; 44:11
**similarly** [1] - 1:7
**simply** [1] - 21:24
**Sincerely** [1] - 49:19
**sit** [1] - 29:12
**sitting** [1] - 13:9
**situated** [1] - 1:7
**situation** [3] - 20:18; 36:9; 43:20
**six** [9] - 5:17; 19:7; 24:21; 27:8; 34:5, 21; 36:18; 43:11
**skirmishing** [1] - 40:20
**slashed** [1] - 17:2
**slot** [1] - 20:11
**slows** [1] - 25:6
**so..** [1] - 33:19
**someone** [1] - 32:10
**sometime** [1] - 6:10
**sometimes** [12] - 11:19; 13:15; 16:12, 17; 23:24; 31:23; 33:7; 40:22; 43:7
**somewhere** [3] - 6:8, 12, 14; 28:2; 30:20; 31:13, 20, 22; 34:22; 36:4, 15, 19; 43:22
**sorry** [3] - 6:18; 23:3; 27:20
**sort** [5] - 23:20; 24:11, 14; 30:7

**sorts** [1] - 7:7
**sounds** [2] - 11:12; 20:11
**space** [4] - 10:1; 11:1, 13; 25:1
**spaces** [1] - 10:19
**speaking** [1] - 39:21
**specified** [1] - 47:10
**spell** [1] - 4:8
**spend** [1] - 11:7
**split** [6] - 6:20, 22; 7:3; 43:9; 44:16, 24
**splits** [1] - 6:24
**spots** [1] - 30:8
**spread** [2] - 12:7; 13:7
**SS** [1] - 47:1
**stacked** [2] - 16:17; 24:12
**standby** [17] - 23:20; 26:7, 9, 18, 23; 27:10, 14, 16; 30:7; 43:8; 44:3, 5, 7, 9, 11, 16, 24
**standing** [1] - 42:22
**start** [6] - 20:9; 22:15; 23:21; 28:8; 29:4
**start/end** [1] - 7:7
**started** [2] - 24:7; 38:17
**starter** [2] - 17:24; 18:10
**starting** [1] - 7:10
**starts** [5] - 5:21; 8:23; 9:17; 27:17; 37:24
**state** [1] - 4:5
**STATE** [1] - 47:1
**State** [2] - 47:5, 12
**statement** [5] - 34:24; 35:2; 39:10, 14; 40:12
**STATES** [1] - 1:1
**stay** [3] - 22:2; 26:13, 15
**still** [1] - 37:4
**Stitt** [1] - 49:8
**STITT** [1] - 1:5
**Stockton** [2] - 23:1, 3
**stop** [7] - 14:18; 22:11; 23:23, 25; 30:3; 42:20, 23
**stops** [1] - 21:6
**street** [9] - 11:2, 4; 22:23; 23:7, 10-11; 25:8; 37:2; 42:24
**Street** [7] - 1:24; 3:5, 22; 22:24; 23:18; 49:2
**streets** [2] - 7:22; 8:3
**stub** [1] - 35:18
**stuff** [1] - 28:18
**subscribed** [1] - 47:19
**such-and-such** [1] - 20:7
**suggest** [1] - 49:15
**Suite** [2] - 3:18; 49:6
**superintendent** [10] - 5:11; 39:6, 11, 19; 40:12; 42:13, 25; 43:13, 15
**supposed** [11] - 18:24; 19:22; 20:12; 21:4, 8; 22:19; 24:18; 25:13;

26:13; 29:23
**switch** [1] - 29:9
**sworn** [3] - 3:12; 4:2; 47:8
**system** [1] - 14:12

**T**

**table** [1] - 13:7
**task** [1] - 27:9
**technique** [1] - 19:25
**Tennessee** [1] - 7:23
**term** [1] - 20:21
**terminal** [10] - 22:12, 15; 23:12; 29:2, 5, 17-20, 22
**terminals** [4] - 20:16; 21:11; 22:8; 29:9
**testified** [1] - 4:3
**testimony** [4] - 46:6; 48:2
**THE** [8] - 1:1, 11; 3:5, 17, 21; 41:1, 3; 45:5
**themselves** [1] - 1:6
**thereafter** [1] - 47:13
**therein** [2] - 3:11; 47:9
**thereof** [1] - 3:4
**thereupon** [1] - 3:12
**thirty** [1] - 49:14
**three** [11] - 7:1; 14:7, 22; 19:9, 12; 35:5; 36:3, 11, 14; 39:3; 44:12
**throughout** [1] - 19:7
**throw** [1] - 35:16
**Thursday** [1] - 31:18
**TIDRICK** [1] - 3:17
**tightly** [1] - 16:17
**tires** [1] - 17:1
**today** [1] - 31:10
**together** [1] - 16:18
**TONY** [1] - 1:5
**took** [4] - 37:8; 43:5, 21; 47:16
**towed** [2] - 10:23; 37:1
**Track** [2] - 16:4
**track** [7] - 16:7, 14; 18:9; 28:14; 33:4
**traffic** [8] - 9:7; 29:12; 30:2, 22-23, 25; 31:9, 23
**transcribed** [1] - 47:13
**transcript** [4] - 47:14; 48:7; 49:11, 16
**transcription** [1] - 46:7
**transfers** [1] - 41:12; 42:6
**transit** [2] - 4:13, 17
**TRANSPORTATION** [1] - 1:11
**transportation** [4] - 8:16, 20, 23, 25
**travel** [1] - 8:10
**trip** [7] - 29:10; 30:17; 31:1
**true** [2] - 46:6; 47:15
**try** [2] - 11:23; 21:7
**trying** [1] - 40:1
**Tuesday** [3] - 1:18; 3:3;

**turn** [3] - 26:3, 5; 41:15
**turned** [1] - 21:21
**turning** [2] - 41:19, 21
**twice** [6] - 19:5, 10; 32:1, 11, 13; 34:16
**two** [14] - 8:9; 12:18; 19:9, 12; 21:6, 21, 23; 22:7; 24:14; 29:9; 36:14; 37:19
**two-part** [1] - 21:21
**typewriting** [1] - 47:14
**typically** [1] - 20:14

**U**

**union** [7] - 12:5, 19; 37:14, 17; 38:18, 21; 43:23
**Union** [1] - 21:5
**UNITED** [1] - 1:1
**unless** [1] - 11:5
**up** [33] - 9:18; 10:6, 18; 12:16, 23-24; 13:3, 8-9; 14:13; 15:3, 19; 19:21; 20:2; 21:7; 22:2; 23:21; 24:12; 26:24; 28:4, 10-11; 29:16; 30:3, 5, 10-11; 34:9; 35:1, 4, 13

**V**

**Vallejo** [4] - 7:18, 21, 24
**Van** [1] - 23:5
**varies** [2] - 32:10; 44:19
**various** [1] - 12:12
**vehicle** [11] - 8:14; 9:4; 10:21; 17:6, 22; 18:20; 22:2; 24:10; 28:14, 18; 30:9
**vehicles** [3] - 10:19; 24:12; 25:1
**visible** [1] - 16:10
**vs** [2] - 1:9; 49:8

**W**

**WAGNER** [2] - 1:23; 49:1
**wait** [4] - 10:3; 30:4, 9
**waiting** [4] - 10:17; 11:12, 18; 23:21
**walk** [1] - 11:25; 41:11, 25
**walking** [4] - 13:5; 16:10; 40:19, 23
**wall** [1] - 12:19
**walls** [1] - 12:7
**warning** [2] - 43:18, 20
**waste** [2] - 35:6
**Watch** [1] - 35:14
**water** [1] - 40:25
**ways** [1] - 23:15
**weather** [1] - 30:23
**Wednesday** [1] - 31:18
**week** [6] - 19:9; 32:1, 11,

13; 35:18
**whatsoever** [1] - 14:9
**wheel** [1] - 17:12
**WHEREOF** [1] - 47:19
**wide** [1] - 12:20
**wind** [1] - 19:21
**windows** [1] - 17:8
**windshield** [1] - 17:8
**wipers** [1] - 17:8
**wish** [3] - 48:3; 49:17
**witness** [3] - 3:10, 13;
47:8
**WITNESS** [4] - 41:1, 3;
46:1; 47:19
**Woods** [2] - 37:3
**words** [4] - 36:10; 39:2;
48:3
**workweek** [1] - 10:7
**worse** [1] - 19:9
**worth** [2] - 36:12; 39:4
**write** [2] - 15:19; 18:4
**written** [1] - 15:20

## Y

**yard** [13] - 10:14, 22; 15:9;
16:3; 17:6, 24; 18:10,
19; 20:6; 28:18; 41:5, 12
**year** [5] - 14:7, 22; 34:19;
36:4; 42:11
**years** [15] - 4:16; 5:3; 6:16;
7:1; 8:2, 9; 19:7, 12;
34:5, 21; 36:18; 42:17;
43:11; 44:13
**yelling** [1] - 42:21
**YOUNG** [5] - 3:18; 40:25;
41:2; 45:6; 49:6

## Z

**Zhuo** [5] - 37:22, 24; 38:4,
9





UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—oOo—

DARRYL A. STITT, TONY
GRANDBERRY, and HEDY GRIFFIN,
on behalf of themselves and
all others similarly situated,

        Plaintiffs,

vs.           Civil Case No.
           C-12-03704-YGR

THE SAN FRANCISCO MUNICIPAL
TRANSPORTATION AGENCY; CITY
AND COUNTY OF SAN FRANCISCO;
and DOES 1-20,

        Defendants.
_____/

Deposition of

ELISHA BYES

_____

Wednesday, December 9, 2015

Reported by:

MELISSA HAMMERNESS
CSR No. 4739

BONNIE WAGNER & ASSOCIATES
Court Reporting Services
1819 Polk Street, Suite 446
San Francisco, California 94109
(415) 982-4849

1

---

I N D E X

                          Page

Examination by:

    Mr. Rolnick                  5

E X H I B I T S

(No exhibits marked.)

---oOo---

2

---

BE IT REMEMBERED that, pursuant to Notice of
Taking Deposition and on Wednesday, the 9th of December,
2015, commencing at the hour of 1:41 p.m. thereof, at
the OFFICE OF THE CITY ATTORNEY, CITY AND COUNTY OF
SAN FRANCISCO, Fox Plaza, 1390 Market Street, Seventh
Floor, San Francisco, California 94102-5408, before me,
MELISSA HAMMERNESS, CSR No. 4739, personally appeared

ELISHA BYES,

called as a witness by the Defendant, City and County of
San Francisco; who, being by me first duly sworn, was
thereupon examined and interrogated as hereinafter set
forth.

---oOo---

3

---

A P P E A R A N C E S

THE TIDRICK LAW FIRM, 2039 Shattuck Avenue,
Suite 308, Berkeley, California 94704, represented by
JOEL B. YOUNG, Esquire, appeared as counsel on behalf of
the Plaintiffs.

OFFICE OF THE CITY ATTORNEY, CITY AND COUNTY
OF SAN FRANCISCO, Fox Plaza, 1390 Market Street, Seventh
Floor, San Francisco, California 94102-5408, represented
by JONATHAN C. ROLNICK, Deputy City Attorney, appeared
as counsel on behalf of the Defendant.

ALSO PRESENT:  JOHN DUDLEY
               MICHAEL G. GREEN

---oOo---

4

```
1              EXAMINATION BY MR. ROLNICK
2         MR. ROLNICK:  Q.  Can you please state your
3    name.
4         A.   Elisha Byes.
5         Q.   Could you spell that, please.
6         A.   E-l-i-s-h-a, B-y-e-s.
7         Q.   Miss Byes, have you had your deposition taken
8    before?
9         A.   No.
10        Q.   So, again, I'd like to just go over the ground
11   rules.
12             It's a question-and-answer format.
13             I'll ask you to answer my questions audibly.
14             Please let me finish my questions before you
15   start answering, and I will do my best to make sure that
16   you've finished your answers before I ask another
17   question.  Okay?
18        A.   Okay.
19        Q.   Is there any reason why you're not capable of
20   giving me testimony here today?
21        A.   Nope.
22        Q.   You work for the San Francisco Municipal
23   Transportation Authority?
24        A.   Yes.
25        Q.   And you have worked there since 1998; is that
                                                        5
```

```
1    right?
2         A.   No.
3         Q.   When did you first start?
4         A.   May 12, 1997.
5         Q.   What was your position at that time?
6         A.   Transit operator.
7         Q.   And that's the position you hold today?
8         A.   Yes.
9         Q.   And you have worked continuously for the MTA
10   since 1997 to the present as a transit operator?
11        A.   Yes.
12        Q.   Have you held any prior positions with the
13   MTA?
14        A.   No.
15        Q.   Have you held any prior positions with the
16   City?
17        A.   No.
18        Q.   What division do you currently work at?
19        A.   Flynn.
20        Q.   How long have you been at Flynn?
21        A.   10 years.
22        Q.   Who is your superintendent currently at Flynn?
23        A.   Ayn Antonio.
24             THE REPORTER:  Could you please spell the
25   first name for me.
                                                        6
```

```
1              THE WITNESS:  It ain't my first name.
2              MR. ROLNICK:  I believe it's A-y-n.
3         Q.   How long has Miss Antonio been the
4    superintendent of Flynn?
5         A.   I don't know.
6         Q.   Do you recall who the superintendent was
7    before her?
8         A.   It was several.
9         Q.   Can you tell me the superintendent immediately
10   before Miss Antonio?
11        A.   Maybe.  Sarita.  I'm not for sure.
12        Q.   Sarita Britt?
13        A.   Yes.
14        Q.   And do you recall any prior superintendent
15   before Miss Britt?
16        A.   Yes.
17        Q.   Do you remember their names?
18        A.   Maitlyn.  And I think Kathy.
19        Q.   Kathy would be Kathy Forrester?
20        A.   No.
21        Q.   Do you know Kathy's last name?
22        A.   No.  I'm not even for sure if her name is
23   Kathy.
24        Q.   Okay.  And you said Maitlyn?
25        A.   Yes.
                                                        7
```

```
1         Q.   Is that a man or woman?
2         A.   It's a female.
3         Q.   Do you know Maitlyn's last name?
4         A.   No.
5         Q.   Who is the dispatcher at Flynn currently?
6         A.   They change.
7         Q.   Who is the dispatcher that you deal with?
8         A.   I don't deal with any of them.
9         Q.   What's your current run?
10        A.   465.
11        Q.   What kind of vehicles are operated out of
12   Flynn?
13        A.   60-foot motor coaches.
14        Q.   Those are diesel buses; is that right?
15        A.   Yes.
16        Q.   And how long have you had Run 465?
17        A.   Since whenever the sign-up started.  Maybe a
18   couple of months ago.
19        Q.   Do you remember what your run was before that?
20        A.   No.
21        Q.   What line is 465?
22        A.   1AX and the 14R.
23        Q.   Do you remember what lines you were on before
24   you were on those lines?
25        A.   Numerous amounts.  38, 38R, 8AX, 14R.
                                                        8
```

```
 1    Q.    What line was your run, prior to Run 465, on?
 2    A.    38 and 8AX.
 3    Q.    How long did you work on those lines?
 4    A.    It varies.  Just depends on how long sign-up
 5  was.  So however long the sign-up was, that's how long I
 6  worked them.
 7    Q.    And you don't remember how long that was?
 8    A.    No, because I may do a run trade or what have
 9  you.  So no.
10    Q.    What was your regular run before 465?
11    A.    I don't remember the number because we have so
12  many.  And they constantly change, anyway.
13    Q.    Your current run, what time is the report time
14  for that run?
15    A.    6:20 a.m.
16    Q.    What's the pull-out time?
17    A.    6:35 a.m.
18    Q.    That's a run that pulls out from Flynn?
19    A.    Yes.
20    Q.    When does that run end?
21    A.    That run?
22    Q.    Yes.
23    A.    6:20 p.m.
24    Q.    Where does the run end?
25    A.    At the division.
                                                        9
```

```
 1    Q.    At Flynn?
 2    A.    Yes.
 3    Q.    So you mentioned that the 465 is on the 1AX
 4  and the 14R lines?
 5    A.    Yes.
 6    Q.    So is this what's called a "two-piece run"?
 7    A.    It's called a "split run."
 8    Q.    Split run?
 9    A.    Yes.
10    Q.    And which is the first part of the run?
11    A.    1AX.
12    Q.    And when is your relief from the 1AX?
13    A.    I don't get relieved.
14    Q.    You pull into the division?
15    A.    Yes.
16    Q.    What time do you pull into the division on the
17  1AX?
18    A.    About 10:30.  My pull-in time is 10:24, but I
19  pull in about 10:30.
20    Q.    When you say you pull in at 10:30, that's
21  because the run is regularly late?
22    A.    It's late.  Traffic.  I'm not a small vehicle,
23  so I can't dip and dodge.  Got to wait my turn.
24    Q.    When you pull back in, is it ever on time at
25  10:24?
                                                       10
```

```
 1    A.    No, not if I just said I pulled in at 10:30.
 2    Q.    Is it ever later than 10:30?
 3    A.    No.  It's around 10:30.
 4    Q.    Okay.  What time do you start working on the
 5  14R?
 6    A.    12:58 p.m.
 7    Q.    Is that a pull-out run as well?
 8    A.    No.
 9    Q.    So you make a relief for someone?
10    A.    Yes.
11    Q.    Where do you make the relief?
12    A.    11th and Mission.
13    Q.    What's the location of Flynn?
14    A.    Harrison Street.
15    Q.    Do you know what the cross street is?
16    A.    Between 16th and 15th.
17    Q.    So you relieve another operator at
18  approximately 12:58 at 11th and Mission?
19    A.    If he's on time.
20    Q.    How often is he on time?
21    A.    Not often.
22    Q.    How often is that operator running zero to 5
23  minutes late?
24    A.    Majority of the time.
25    Q.    How often is that operator running more than 5
                                                       11
```

```
 1  minutes late?
 2    A.    Very rare.
 3    Q.    Who is the operator who you generally relieve
 4  at that point?
 5    A.    It varies.
 6    Q.    So you start at 12:58 or within 5 minutes of
 7  that?
 8    A.    Yes.
 9    Q.    How do you get to 11th and Mission from Flynn?
10    A.    I walk.
11    Q.    How many blocks is that?
12    A.    A lot.
13    Q.    How long does it take you?
14    A.    About 15 minutes.
15    Q.    Are you being compensated for the time between
16  when you pull in on the 1AX and make the relief on the
17  14R?
18    A.    What are you saying?
19    Q.    Sounds like you pull in on the 1AX part of
20  your run around 10:30 in the morning; is that right?
21    A.    Yes.
22    Q.    And then you start -- you make a relief on the
23  14R sometime a little bit after 12:58?
24    A.    Yes.  Well, technically, it should be 12:58.
25    Q.    But you just said it's frequently late --
                                                       12
```

```
 1       A.   Yes.
 2       Q.   -- which is why I said a little bit after
 3  12:58.  So between that time -- 10:30 and 12:58,
 4  1 o'clock, 1:05 -- are you paid for any portion of that
 5  day?  Is that compensated time?
 6       A.   Let me put it like this:  I'm not really for
 7  sure.  I pick a run according to the money and the days
 8  off.  So as long as I'm getting paid my money, I don't
 9  worry about what's going on in between.
10       Q.   So you haven't looked at the run to figure out
11  whether --
12       A.   I don't know.  I wouldn't know how to read it
13  on my paycheck, anyway, because I don't know how to pull
14  up my paycheck.
15       Q.   That 14R, when the run is over around 6:20, it
16  pulls back into Flynn?
17       A.   Yes.
18       Q.   And is that pull-in ever on time?
19       A.   Occasionally.
20       Q.   It's late sometimes?
21       A.   Yes.
22       Q.   Is it ever early?
23       A.   No.
24       Q.   How often are you pulling in zero to 5 minutes
25  late?
```

```
 1       A.   I don't know.
 2       Q.   Can you give me any estimate?
 3       A.   No.
 4       Q.   Do you ever pull in more than 5 minutes late?
 5       A.   Yes.
 6       Q.   Ever pull in more than 10 minutes late?
 7       A.   Yes.
 8       Q.   If you pull in more than 10 minutes late, do
 9  you ever put in for overtime?
10       A.   No.
11       Q.   Have you ever pulled in more than 15 minutes
12  late?
13       A.   This run?
14       Q.   Yes.
15       A.   No.
16       Q.   So on this run, if the run pulls in late, you
17  have never put in for overtime?
18       A.   No.
19       Q.   Why not?
20       A.   Because it's just too much of a hassle to deal
21  with the dispatchers.  I'm too discouraged to just be,
22  like, constantly dealing with some BS after I done did
23  12 hours all day.  I don't have time to deal with BS.
24  When I get off, I want to go home.
25       Q.   You mentioned that you have been discouraged.
```

```
 1  How have you been discouraged from putting in for
 2  overtime?
 3       A.   "You already got X amount.  Your run don't pay
 4  enough?"
 5            "Do you really need this paperwork in?  I'm
 6  not putting that in.  I'm not entering that in my
 7  computer."
 8            Why am I going to deal with that?
 9       Q.   This is a conversation you would have with the
10  dispatcher?
11       A.   I have had with a dispatcher, yes.
12       Q.   When is the last time you had that
13  conversation with the dispatcher?
14       A.   It's been a while, because I'm not going to
15  entertain them and their BS.
16       Q.   Have you had that conversation with any
17  dispatcher in the last year?
18       A.   I don't recall.
19       Q.   Do you recall having that kind of conversation
20  with the dispatcher in the last two years?
21       A.   Yes.
22       Q.   How many occasions?
23       A.   I don't recall.
24       Q.   Handful?
25       A.   I don't recall.
```

```
 1       Q.   You can't give me any idea of how many times
 2  you've had that conversation with the dispatcher?
 3       A.   I can't.
 4       Q.   Have you had that conversation with the
 5  dispatcher -- how many times since July of 2009 have you
 6  had that conversation with the dispatcher
 7       A.   If I can't tell you within a year or two, I
 8  can't give you a number.  I don't have a number to give
 9  you.  Those are things that I just don't count.  I don't
10  put it in a datebook.  I don't hold arguments in my
11  head.  That's letting you live in my head for free.
12  Nobody pays rent there.  So after I say what I got to
13  say, I'm done.  I forget about it.
14       Q.   Did you ever complain to anybody about being
15  discouraged from putting in for overtime?
16       A.   There's no need to complain.  Because our
17  union rep at that time was pulling in at the same time,
18  and everybody was complaining about it.
19       Q.   So you never complained to any supervisor of
20  the MTA about being discouraged from putting in for
21  overtime?
22       A.   I had conversations with different union reps
23  because they pulled in at the same time that I did.
24       Q.   What union reps did you have that conversation
25  with?
```

```
 1      A.   The ones at Flynn.
 2      Q.   Could you give me their names?
 3      A.   Scott.  Luke.
 4      Q.   Do you know what either of their last names
 5  are?
 6      A.   No.
 7      Q.   Any other union rep who you have had a
 8  conversation with in the last five or six years about
 9  being discouraged from putting in for overtime?
10      A.   No.
11      Q.   Have you ever had a conversation with a
12  superintendent who discouraged you from putting in for
13  overtime?
14      A.   No, because, again, I'm not going to be
15  argumentative about that.  They already said they're not
16  going to do it.  How many times does somebody need to
17  tell me they're not going to do it?
18      Q.   More specifically, have you ever heard a
19  superintendent tell you or anybody else that they're not
20  going to accept overtime cards?
21      A.   I haven't had a superintendent tell me.  Now,
22  what they tell somebody else, I don't have a clue.  But
23  me, no.
24      Q.   The dispatchers who you have had that
25  conversation with where they said something that
                                                         17
```

```
 1  discouraged you from putting in for overtime, can you
 2  identify any of those dispatchers?
 3      A.   No, because I don't stick around to learn
 4  anybody's name.
 5      Q.   Since July of 2009, have you put in for
 6  overtime for any reason?
 7      A.   I have.
 8      Q.   When you've put in an overtime card, have you
 9  been paid for that overtime?
10      A.   I don't know.
11      Q.   Have you put in for overtime?
12      A.   I just explained to you a few minutes ago I
13  don't know how to read my paycheck stub because I'm
14  computer illiterate.  And they're only in the computer,
15  so I don't know how to pull it up.
16           So if it looks good when it hits my bank
17  account, that's what it is.
18      Q.   What kind of circumstances have you put in for
19  overtime?
20      A.   If I'm 20 minutes, or more, late.
21      Q.   Do you have an idea about how many times
22  you've put in for overtime in those circumstances since
23  2009?
24      A.   No.
25      Q.   When you put in an overtime card for
                                                         18
```

```
 1  20 minutes or more, did the dispatcher say anything to
 2  discourage you from putting in that overtime card?
 3      A.   You get the rolling of the eyes, and "Y'all
 4  putting in overtime cards again?  Your run don't pay
 5  enough?"
 6      Q.   Every time you put in one for 20 minutes, or
 7  more, late?
 8      A.   I'm not going to say every time, but it has
 9  been said.
10      Q.   Have you ever put in an overtime card, since
11  July of 2009 to the present, for any other reason
12  besides your run being late pulling back into the
13  division?
14      A.   No.
15      Q.   Since July 2009, how often have you met with a
16  superintendent?
17      A.   For what?
18      Q.   To discuss your job performance.
19      A.   Since 2009?  Maybe five times.
20      Q.   Would that include meetings with the
21  superintendent to talk about an incident or accident
22  report?
23      A.   It's possible, yes.
24      Q.   Have you had any incidents or accidents in the
25  last five or six years?
                                                         19
```

```
 1      A.   Not where I was called in, no.
 2      Q.   But where you filled out a report?
 3      A.   Yes.
 4      Q.   Have you had any meetings with the
 5  superintendent to talk about a performance evaluation?
 6      A.   Yes.
 7      Q.   How many times?
 8      A.   I think twice.  I'm not for sure.
 9      Q.   Is that in addition to the five times where
10  you talked about other job performance issues?
11      A.   No, that's included.
12      Q.   So you think there may have been two or so
13  occasions where there was a regular performance
14  review -- or a performance review?  Perhaps not regular.
15      A.   I was called in for different things.  Not per
16  se because I was in trouble, but it may have been
17  something she may have needed me to do or what have you.
18      Q.   Of those five or so times, some of those were
19  where there was maybe a Passenger Service Report about
20  something?
21      A.   One.
22      Q.   Any other circumstances that you recall when
23  you've been called in for a meeting with the
24  superintendent in the last --
25      A.   No --
                                                         20
```

1     Q.   -- five or six years at Flynn?
2     A.   -- not that I can recall.
3     Q.   Okay.  When were those meetings held?
4     A.   During the middle of the day or in the
5  morning.
6     Q.   If they were held in the morning, was it
7  before your run started?
8     A.   No.
9     Q.   Was it during your run?
10    A.   No.  It was after.
11    Q.   So it was when you had one of these split
12 runs?
13    A.   Yes.
14    Q.   Since July 2009, have you always had a split
15 run?
16    A.   Not always, no.
17    Q.   If you could give me an estimate, how much of
18 the time during that six-year period or so --
19 six-and-a-half-year period -- have you had a split run
20 versus a straight run?
21    A.   I don't remember.
22    Q.   If you had a split run, the meeting was held
23 between your split time?
24    A.   Yes.
25    Q.   And when you've had split runs, since July of

                                                    21

1  2009, has the break always occurred after you pulled
2  into the division?
3     A.   Maybe I didn't pull in.  Maybe I got relieved
4  and walked or caught the bus back to the division.
5     Q.   Okay.  Since July of '09, where you've had a
6  run where you either were relieving somebody or being
7  relieved, has it occurred at any other location besides
8  11th and Mission?
9     A.   Yes.
10    Q.   What other locations?
11    A.   Sixth and Harrison.  Sixth and Bryant.
12 Transbay Terminal.
13    Q.   Anyplace else?
14    A.   No, not that I can recall.
15    Q.   Again, Flynn is at 16th and Harrison, you
16 said?
17    A.   Yes.
18    Q.   Have any of your runs in the last six years
19 been a run that started at one location, whether it was
20 the division or a relief point, and ended at a different
21 location?
22    A.   You mean the first part of my run?
23    Q.   Right.
24    A.   Within the last five years, you say?
25    Q.   Five or six years.

                                                    22

1     A.   Yes.  When I was on the extra board.
2     Q.   How long was that period of time?
3     A.   I don't recall.
4     Q.   How many sign-ups were you on the extra board
5  since July of '09?
6     A.   I don't recall.
7     Q.   When you were on the extra board, you didn't
8  necessarily have the same run every day; right?
9     A.   No.
10    Q.   It would depend on vacations, sick leave, all
11 that sort of thing?
12    A.   True.  Or unless I signed on a hold-down.
13    Q.   What does that mean?
14    A.   That means, if somebody goes on vacation for a
15 week, I can bid to do their run for that week.
16    Q.   So you know what you're going to do for a week
17 or two or whatever it is?
18    A.   Yes.
19    Q.   Same thing would apply with sick leave?
20    A.   Yes.
21    Q.   Or family leave?
22    A.   Well, family leave is kind of hard, but yes.
23    Q.   And then, just like the regular sign-ups, that
24 would be based on the seniority of the people who were
25 on the extra board?

                                                    23

1     A.   Pardon me?
2     Q.   Everybody who's on the extra board would bid
3  on those hold-downs in order of seniority?
4     A.   Not everybody, but you were chose [sic] by
5  seniority.  So whoever puts it in, it went by seniority.
6     Q.   But you would have to make a request for it?
7     A.   Yes.
8     Q.   So if you knew that an operator was going to
9  be on vacation for a couple of weeks, you would say,
10 "Hey, I'd like to hold down that operator's run for
11 those two weeks"?
12    A.   You just turn in the paperwork.
13    Q.   And then the dispatcher would say, "Well,
14 you're the most senior.  It's yours"?
15    A.   It's put up on the board.  Nobody tells you
16 anything.  You go read the board.
17    Q.   How do you get to work each day?
18    A.   I drive to work every day.
19    Q.   Where do you drive from?
20    A.   Right now?
21    Q.   Yes.
22    A.   San Leandro.
23    Q.   How long have you been driving from
24 San Leandro?
25    A.   Two and a half years.

                                                    24

Q.   Before that, where were you driving from?

A.   Suisun and Modesto.

Q.   Were you living in Suisun or Modesto?

A.   I lived in both.

Q.   Okay.  Are those the two places that you have lived in from July '09 to the present?

A.   Yes.

Q.   Are you aware of any MTA policy requiring operators to drive to work?

A.   I'm not.  I don't think they really care how you get to work.  They just want you to get to work.

Q.   And they want you to be on time?

A.   Yes.

Q.   "On time" means you're there when your run starts?

A.   "On time" would preferably be like maybe 15 to 20 minutes prior to.

Q.   And who expressed that preference to you?

A.   It's in the rule book that you should arrive early.

Q.   Other than in the rule book, are you aware of any other piece of paper, policy, in which it states that you should arrive early or at least 15 minutes early?

A.   Well, the rule book was good enough for me.

---

Q.   Anyone ever tell you that you need to be there 15 minutes early?

A.   Yeah.  When you first come onto the property, that's one of the things that they tell you.

Q.   Who told you?

A.   Line trainers.  Dispatch.  "You should get there early."

But it's in the rule book.  They hand you a rule book to read the rule book.  It's in the rule book.

Q.   When you ended your run at a relief location rather than at a pull-in, are you aware of any MTA policy requiring that you then return to the division?

A.   Yes, you should.  Yes, there is.  I can't tell you what number it is, but you should return back to the division to go back over your bulletins like you did that morning.  You should check the board to see.  You might have put in for a vacation.  You might be rescheduled for a VTT class or a hearing.

So you need to check all that before you leave.

Q.   Can you do any of that over the phone with a dispatcher?

A.   I can't check no bulletins over the phone, no.

Q.   Could you find out about what type of assignments might be coming up for the next day you were

---

supposed to work?

A.   You could, but you're not going to get total accuracy.

Q.   Have you ever done that?

A.   No.  I prefer to come in.

Q.   You say that that's in the rule book, that you're required to go back to the division even if you end your day at a relief?

MR. YOUNG:  Objection.  Misstates her testimony.

You can answer the question.

THE WITNESS:  Yes.

MR. ROLNICK:  Q.  Are you aware of that being written anyplace else other than the rule book?

A.   No.

Q.   Has any superintendent told you that that's what you're required to do?

A.   I don't remember.  I started 18 years ago.

Q.   When you have ended a run at a relief point, have there been any occasions where you didn't go back to the division?

A.   Nope.

Q.   When you have ended a run at a relief point, have there been any occasions where you did something else before going back to the relief location?  Stop to

---

see a friend?  Do some shopping?  Have something to eat?

A.   Are you asking me, when I get off my bus and I have a two-hour split, do I go back -- directly back then?

Q.   No.  When you have a run -- let's say the run started at the division and the end of the run -- and it can be a split run or a straight run -- is a relief point.  So you start at Point A and end your driving at Point B.

A.   And this is at the very end of the day, you're asking me?

Q.   Right.  Are there any occasions where you do something other than head immediately back to the division?

A.   No.

Q.   Is there any rule that you know of that requires you to immediately go back to the division?

A.   No.

Q.   Do you know of any operators who take some of that time and do something other than come immediately back to the division?

MR. YOUNG:  Objection.  Calls for speculation.

THE WITNESS:  You're asking me about somebody else, and I can only tell you about myself.

MR. ROLNICK:  Q.  I'm just asking if you know.

```
1    If you don't know, you don't know.
2         A.  Again, you're asking me about someone else.  I
3    can only tell you about Elisha.  I can't tell you about
4    anybody else.
5         Q.  So you're not aware of anybody doing that?
6         A.  No, I'm not.
7         Q.  In the last six-plus years since July of '09,
8    have you had a run that started before 6:00 in the
9    morning?
10        A.  I probably have, but I can't say honestly what
11   time offhand.  No, I can't tell you.
12        Q.  Have you generally sought out, and gotten,
13   runs that started around 6:00 in the morning?  6:00 or
14   7:00 in the morning?
15        A.  Anywhere between 5:00 and 6:00.
16        Q.  That's one of the criteria that you look for
17   in picking a run?
18        A.  I look for money, off days.
19        Q.  And then time?
20        A.  Yes.
21        Q.  What are your current off days?
22        A.  Saturday and Sunday.
23        Q.  You have been at Flynn your whole career; is
24   that right?
25        A.  No.
                                                      29
```

```
1         Q.  Where were you before Flynn?
2         A.  Woods.  Potrero.  Kirkland.
3         Q.  How long have you been at Flynn?
4         A.  10 years.
5         Q.  In the past six and a half years since July of
6    2009, where you've had a run that ended at a relief
7    point -- again, at the end of the day -- how have you
8    traveled back to Flynn?
9         A.  Walk or bus.
10        Q.  You mentioned -- I think you gave me four
11   different places where you might have had a relief point
12   during this period of time.  You talked about 11th and
13   Mission, Sixth and Harrison, Sixth and Bryant, and the
14   Transbay Terminal?
15        A.  Yes.
16        Q.  Is there any rhyme or reason as to whether you
17   walk or take the bus from any one of those relief
18   points?
19            MR. YOUNG:  Objection.  Vague.
20            You can answer the question.
21            THE WITNESS:  If there's no bus coming, I
22   walk.
23            MR. ROLNICK:  Q.  So there have been times
24   where you were relieved at Sixth and Harrison and you
25   walked back to Flynn?
                                                      30
```

```
1         A.  Yes.
2         Q.  And there were times you took the bus?
3         A.  Yes.
4         Q.  How long did it take you to walk?
5         A.  About 20 minutes.
6         Q.  Do you know how long it would take on the bus?
7         A.  About the same, because you still have to
8    walk.  You got to wait.  So I might can walk there
9    faster than the bus can get me there.
10        Q.  When you have been relieved at Sixth and
11   Bryant, walk, bus, or both?
12        A.  All of the above.
13        Q.  How long would that take?
14        A.  Same amount of time I just told you.
15        Q.  What bus would you take if you got relieved at
16   Sixth and Harrison to get back at Flynn?
17        A.  27 Bryant.
18        Q.  And you take the 27 Bryant if the relief was
19   at Sixth and Bryant as well?
20        A.  After I walk up to 11th -- Bryant -- Sixth and
21   Bryant.  I would catch the bus from there, yes, because
22   they're both one-way streets.  I mean, Sixth and
23   Harrison.  They're both one-way streets.
24        Q.  Okay.  Transbay Terminal.  When you were
25   relieved, at that point would you walk or take the bus
                                                      31
```

```
1    or some other transportation --
2         A.  Both.
3         Q.  -- to get back to Flynn?
4            How long would that take?
5         A.  Depending.  Anywhere from 30 minutes to an
6    hour.
7         Q.  Walking would take -- I'm assuming would take
8    generally the same amount of time?
9         A.  No, it wouldn't take the same amount of time
10   because it's much further.  If you're on public
11   transportation, you can get there a little faster.
12        Q.  I just meant, when you walked, it was the same
13   amount of time each day you walked.
14        A.  Providing how tired I was.  So today might
15   take 30 minutes.  Tomorrow might take 35.  Just depends
16   on what kind of day I have.
17        Q.  What about if you were going to take public
18   transportation from the Transbay Terminal back to Flynn?
19   How long would that take?
20        A.  It can take up to 45 minutes or an hour.  Just
21   depends.  Because the buses don't always run by just
22   because you just got off and you're ready to go.  It's
23   not, "Hey, here I am."  It's not like that.
24        Q.  What line would you take from the Transbay
25   Terminal to get back to Flynn?
                                                      32
```

Page 33:

```
 1        A.   It varies.  38.  14.  9.  It varies.
 2   Underground.  It just varies.
 3        Q.   Then you also -- at least currently -- are
 4   making a relief at 11th and Mission.  Do you always walk
 5   there?
 6        A.   Yes.
 7        Q.   Do you ever take public transportation there?
 8        A.   Nope.  Only if it's raining.
 9        Q.   Which, I guess, in the last few years, you
10   haven't had to do that often; right?
11        A.   No.
12        Q.   Maybe this year some more.
13             Since July of '09 -- I apologize if I asked
14   this before -- have you ever put in for overtime where
15   you have been late less than 20 minutes?
16             MR. YOUNG:  Objection.  Asked and answered.
17             THE WITNESS:  I did answer you on that one.
18             MR. ROLNICK:  Q.  Can you answer my question?
19        A.   What was it?
20        Q.   Less than 20 minutes late.  Have you ever put
21   in for overtime since July of '09 to the present?
22             MR. YOUNG:  Objection.  Asked and answered.
23             THE WITNESS:  Not that I can recall.
24             MR. ROLNICK:  Q.  For any reason.
25             MR. YOUNG:  Objection.  Asked and answered.
                                                        33
```

Page 34:

```
 1             THE WITNESS:  I just answered you:  Not that I
 2   can recall.  It irritates me when you ask me the same
 3   question twice.
 4             MR. ROLNICK:  Q.  I'm sorry.  Are there any
 5   other ways that you're aware of that you can put in for
 6   overtime other than filling in a card and handing it to
 7   the dispatcher?
 8        A.   No.  The only other way you're going to get
 9   paid for overtime is if you fill out an incident or an
10   accident report, and they automatically do it
11   themselves.
12        Q.   Have you ever had the occasion to call in to a
13   dispatcher to report that you're running late but you're
14   at a relief point so, instead of coming back to the
15   division, you call in?
16             MR. YOUNG:  Objection.  Vague.
17             THE WITNESS:  I don't understand what you're
18   asking me.
19             MR. ROLNICK:  Q.  Have you ever used any other
20   technique, such as the telephone, to notify a dispatcher
21   that you worked overtime?
22        A.   No.
23        Q.   Are you aware of any operators doing that?
24        A.   I don't worry about what nobody else does.
25        Q.   So you're not aware of anyone doing that?
                                                        34
```

Page 35:

```
 1        A.   No.
 2        Q.   Can you describe for me what tasks you perform
 3   between the time that your run starts and your pull-out?
 4        A.   I drive from Point A to Point B.  I hand out
 5   transfers.  I give out directions.  I may assist someone
 6   in the wheelchair.  I let out the wheelchair lift, pull
 7   it back in.
 8        Q.   Maybe I asked the wrong question.  I want to
 9   know what you did in the approximately 15 minutes
10   between the time that you get your paddle and you pull
11   the vehicle out of Flynn.
12        A.   That 15 minutes?
13        Q.   Yes.
14        A.   I walk to my bus.  I turn my bus on.
15   Depending on what bus I have, I lower the kneeler, lift
16   it back up.  Walk around.  Do my total inspection.
17   Write out my defect card.  My inspection is inside and
18   out and looking under the bus to make sure everything
19   that I'm going to need to use is going to work.
20        Q.   Do you regularly pull out at the time that's
21   on the paddle?
22        A.   Majority of the time.
23        Q.   Could you give me an estimate of about how
24   often you're behind in pulling out?
25        A.   Depends on if my bus is operating properly.
                                                        35
```

Page 36:

```
 1   If it's operating properly and I don't have a broken
 2   vehicle in front of me or if I don't have a whole bunch
 3   of stuff on the side of me where I can't get out, yes.
 4             If all that happens, I can't get out on time.
 5        Q.   Can you give me an estimate of about how often
 6   that kind of circumstance happens?
 7        A.   It happens at least four times a month or
 8   more.
 9        Q.   And typically how much does that delay you in
10   pulling out on time?
11        A.   Just depends.  Depends if I'm surrounded by
12   buses.  If the person that was supposed to have the bus
13   in front of me -- if they didn't come to work -- so now
14   somebody needs to be notified -- I have to wait for
15   somebody to come move it.
16             If I need a headlight, I got to wait for
17   somebody to fix it.
18        Q.   On your current run, is the 1AX -- is that an
19   express line?
20        A.   Yes.
21        Q.   What's the two terminals for that?
22        A.   Basically you start at 33rd and Geary.
23        Q.   What's the other end?
24        A.   Your last stop is Davis and Market.
25        Q.   During the course of your run, how many times
                                                        36
```

1  do you go back and forth between those?
2      A.   I deadhead back twice.  I just do inbound
3  trips.  And I do three.
4      Q.   So this trip is focused on commuter traffic in
5  the morning?
6      A.   Yes.
7      Q.   So when you pull out of the division, you
8  deadhead out to 33rd and Geary?
9      A.   Yes.
10      Q.   And when you get there, that's where you take
11  your first fare-paying passenger?
12      A.   Yes.
13      Q.   And then you come all the way inbound to Davis
14  and Market?
15      A.   Yes.
16      Q.   Everybody gets off?
17      A.   Yes.
18      Q.   Then you deadhead back out to 33rd and Geary?
19      A.   Yes.
20      Q.   And then you do it again?
21      A.   Yes.
22      Q.   And then you do it one more time after that?
23      A.   Total of three times.
24      Q.   That last trip, again, everybody gets off at
25  Davis and Market, and you deadhead back to Flynn?

37

1      A.   Yes.
2      Q.   Is the 14R also kind of an express-type run?
3      A.   It's called a rapid.
4      Q.   Is that less than express or more?
5      A.   It's more stops.
6      Q.   So it's a little bit slower?
7      A.   Yes.
8      Q.   What's the terminals for that run?
9      A.   Main and Mission.  That's inbound.  Outbound
10  is Top of the Hill, Daly City or Daly City BART.
11      Q.   So you make your relief at the 11th and
12  Mission stop and then take it on down to Main.  Do you
13  make your relief inbound or outbound?
14      A.   Outbound.
15      Q.   So you make the relief at 11th and Mission,
16  and you run the rapid bus out to Daly City or Daly City
17  BART?
18      A.   Top of the Hill, Daly City.  Two trips.  Last
19  trip is Daly City.
20      Q.   Do you deadhead back downtown?
21      A.   No.  I'm in service.  I'm in revenue both
22  ways.
23      Q.   Where does the service end for your run?
24  Because you're pulling that back into the division;
25  right?

38

1      A.   Yes.
2      Q.   So at what point in that run does the service
3  end?  At the outbound or inbound end?
4      A.   Outbound end.
5      Q.   So when you get out to Daly City --
6      A.   BART.
7      Q.   -- BART, everybody gets off, and then you
8  deadhead with the vehicle all the way back to Flynn?
9      A.   Yes.
10      Q.   And if somewhere along the way someone waves
11  their hand and asks you to stop, you don't stop for
12  them, do you?
13      A.   Nobody is going to wave their hand to me on
14  the freeway.
15      Q.   So it's an all-freeway trip?
16      A.   Majority of it, yes.  A good 80 percent.
17      Q.   Where do you get off on the freeway?  What
18  exit is it?
19      A.   Just depends.
20      Q.   You have the leeway to pick whichever is going
21  to be the most convenient?
22      A.   You can take Ninth or you can come off
23  Cesar Chavez.  Those are the two designated routes they
24  give us.
25      Q.   Then it's your choice which one to take

39

1  depending on traffic?
2      A.   Yes.
3      Q.   The run that you had before your current run,
4  was that also a split run?
5      A.   Yes.
6      Q.   Was that a split run similar to -- sounds like
7  you were working the peak service on either end of the
8  workday.
9      A.   You mean during rush hour?
10      Q.   Yes.  Commuters coming in, commuters going
11  home.
12      A.   Majority.  Not all the time.  Sometimes it
13  goes further into the day, but yes.
14      Q.   Was that the same kind of setup with your run
15  before the 465?
16      A.   What are you asking me?
17      Q.   I'm just trying to figure out whether or not
18  the run that you had -- the run before 465 was a split
19  run.
20      A.   Yes.
21      Q.   Did it start somewhere around 6:00 in the
22  morning?
23      A.   Yes.
24      Q.   Was the first part of the run an express --
25      A.   No.

40

1    Q.  -- or a rapid?

2    A.  It was a 38 rapid -- well, no.  I don't even

3  remember if it was a rapid or not.  It could have been a

4  local, because sometimes you do both.

5    Q.  Did that 38 -- when you had your split, did

6  you pull into the division or were you relieved?

7    A.  I got relieved.

8    Q.  Where were you relieved?

9    A.  Transbay Terminal.

10    Q.  Where did you start the next part of your run?

11    A.  I'm trying to think what I did.  I don't

12  remember.

13    Q.  But there was a split of a certain amount of

14  time?

15    A.  Yes.

16    Q.  And then you had the 8X?

17    A.  I've done the 8X.

18    Q.  That was an express line?

19    A.  If that's what you want to call it.

20    Q.  The "X" designates it's supposed to be an

21  express?

22    A.  Right, but just because it says it doesn't

23  mean we're going express.  Getting on that freeway

24  doesn't necessarily mean I'm going to get there any

25  faster.

41

---

1    Q.  There are fewer stops, though, than the

2  regular 8?

3    A.  Yes.

4    Q.  Okay.  And did that part of your split run

5  then end at the division?

6    A.  Yes.

7    Q.  Was this also a situation where you would get

8  to the end of the line, everyone would get off, and you

9  would deadhead back to the division?

10    A.  Yes.

11    Q.  The deadhead would be on the freeway, at least

12  for the most part?

13    A.  Yes.

14    Q.  And, again, you would have the choice of what

15  exit to take to best get to Flynn?

16    A.  Yes.

17    Q.  The run before that, was it a similar setup to

18  the one we've just described?

19    A.  Now you're asking me to think too hard.  I

20  don't remember.

21    Q.  Can you remember, since July of '09, if you

22  had any other runs that were similar to the one we just

23  talked about?

24    MR. YOUNG:  Objection.  Vague.

25    THE WITNESS:  I don't remember.

42

---

1    MR. ROLNICK:  Q.  When you've had these

2  meetings with your supervisor since July of '09 -- you

3  said about five or so, maybe a few more?

4    A.  No.  I said five.

5    Q.  Five.

6    -- were any of these meetings held while you

7  were on paid time -- or regular paid time during your

8  regular pay?

9    A.  I'm not for sure.

10    Q.  Might have been, but you're not sure?

11    A.  Again, I'm not for sure.

12    Q.  Do you know if any of them were held that

13  weren't part of your regular paid run time?

14    A.  That's the same question, and I'm not for

15  sure.

16    Q.  Okay.  When you had these meetings with your

17  superintendent, if the meeting wasn't during the time

18  that you were otherwise paid for your run, who was

19  responsible for putting in an overtime request for that

20  time?

21    A.  I've already told you:  I'm not for sure if I

22  got paid for that or if I was on paid time, so I can't

23  answer that question because I don't know the answer to

24  that question.

25    Q.  Have you ever attended a meeting with your

43

---

1  superintendent where you had to then go and fill out an

2  overtime card?

3    A.  You don't fill out overtime cards after you

4  speak to your superintendent.

5    Q.  You just assume that someone puts that time in

6  for you?

7    A.  Again, I'm not for sure if I get paid for that

8  time or not.  I don't know if it's on paid time or not.

9    Q.  Did you ever ask anyone whether it's paid time

10  or not?

11    A.  No.

12    Q.  Anyone ever tell you whether it was paid time

13  or not?

14    A.  Nope.

15    Q.  Have you ever seen any policy on that issue?

16    MR. YOUNG:  Objection.  Vague.

17    THE WITNESS:  No.

18    MR. ROLNICK:  Q.  Do you read bulletins as

19  part of your job?

20    A.  I read bulletins every morning and every

21  evening.

22    Q.  When do you read them in the morning?

23    A.  When I come in every morning after I get to

24  work.

25    Q.  How much time does it take you to read the

44

bulletins?

1  bulletins?
2      A.  5 minutes.
3      Q.  Have you kept any record of how much time you
4  have spent reading bulletins?
5      A.  No.  Why should I?
6      Q.  How much time have you spent reading bulletins
7  at the end of the day?
8      A.  Approximately 5, 6 minutes.  5 minutes.
9      Q.  Have you ever been disciplined for failing to
10  read bulletins?
11      A.  Nope.
12      Q.  Do you know any operator who's ever been
13  disciplined for not reading bulletins?
14      A.  I don't know nothing about nobody else.  Just
15  me.
16      Q.  When you pull a vehicle back into the
17  division, what are your responsibilities at that point
18  as an operator?
19      A.  My responsibilities is to postop my bus.  Go
20  through my entire bus to make sure there's no graffiti,
21  no packages, no people.  Turn in my transfers, my defect
22  card.  If I have a lost and found, turn in my lost and
23  found.
24      Q.  Anything else?
25      A.  You mean from the time I get off until the

45

1  time if I decide I'm going to leave out the building?
2      Q.  Until the time you're finished with whatever
3  responsibilities you have as an operator.
4      A.  I read the bulletin board before I go home,
5  and that's about it.
6      Q.  Where is the bulletin board?
7      A.  In the gilley room.
8      Q.  What's the gilley room?
9      A.  It's a room where all the operators gather.
10      Q.  Is it only for operators?
11      A.  Well, I mean, whoever —
12      MR. YOUNG:  Objection.  Vague.
13      THE WITNESS:  Whoever walks in there.  If it's
14  a supervisor in there, he can walk in there.
15      MR. ROLNICK:  Q.  How long does it take you to
16  postop your bus?
17      A.  8 minutes.
18      Q.  How long does it take you to turn in the
19  defect card?
20      A.  My defect card and my transfers, 4 minutes.
21      Q.  What about lost and found?
22      A.  That's rare.
23      Q.  Where do you turn in lost and found?
24      A.  In the dispatch office.
25      Q.  Do you know whether you get any extra

46

1  compensation for turning in lost-and-found items?
2      A.  Not that I know of.
3      Q.  You perform those tasks, and then you go to
4  the gilley room?
5      A.  Yes.
6      Q.  How long are you in the gilley room?
7      A.  It just depends.
8      Q.  On?
9      A.  How I feel.
10      Q.  You often see friends there in the gilley
11  room?
12      A.  I don't have friends.
13      Q.  You talk to other operators when you're in the
14  gilley room at the end of your run?
15      A.  I have.
16      Q.  Other than reading bulletins, what kinds of
17  activities would you do in the gilley room after the end
18  of your run?
19      A.  Maybe go to the restroom.
20      Q.  Anything else?
21      A.  No, not really.
22      Q.  How long do you spend in the gilley room after
23  the end of your run?
24      MR. YOUNG:  Objection.  Asked and answered.
25      THE WITNESS:  I don't know.  It just depends

47

1  on how tired I am.  I might want to sit down before I
2  fight that traffic home.  It just depends.  That's not
3  something that I'm tripping on, how many minutes or
4  what.  I don't care about none of that.  After work is
5  after work.  If I sit there all night, it doesn't
6  matter.
7      MR. ROLNICK:  Q.  How long have you ever sat
8  in there before starting to go home?
9      A.  I just told you — I'll put it to you nicely.
10  I just told you, I do not record the time that I sit in
11  the gilley room after work.  It depends on how I feel.
12  Some days I might want to go straight home.  Some days I
13  might want to just sit there.
14      After work is my time, so it doesn't matter.
15  It's my time.
16      Q.  Once you're in the gilley room, you think
17  you're on your own time?
18      MR. YOUNG:  Objection.  Vague.
19      THE WITNESS:  I just answered you.
20      MR. ROLNICK:  Q.  No, you didn't.  I'd like
21  you to answer my question, please.
22      A.  I did.
23      Q.  When you've finished your postop — turning in
24  transfers and defect cards and lost and found — you go
25  to the gilley room; right?

48

```
 1      A.   I have to go through there to go to the
 2  bathroom, so yeah.
 3      Q.   So once you have done that, you are on your
 4  own time; correct?
 5      A.   Yes.
 6      Q.   Thank you.  At the end of a run where you do a
 7  pull-in, how long does it take to complete the defect
 8  card?
 9      A.   What are you asking me?
10      Q.   You have to sign the defect card before you
11  turn it in to the dispatcher; right?
12      A.   If you're doing it properly, that defect card
13  should have been signed before you pulled in.
14      Q.   So other than handing it to the dispatcher,
15  there's nothing else you need do with the defect card?
16      A.   I have transfers.  I have to walk through the
17  garage.  It's not like I park right here and the office
18  is right there.
19      Q.   I understand.  I'm just talking about
20  completing the defect card.
21      A.   My defect card should have been completed
22  before I pulled in.
23      Q.   Okay.  So whatever additional work there is,
24  it's the work of taking the defect card from the vehicle
25  to the dispatcher; correct?
                                                         49
```

```
 1      A.   Yes.
 2      Q.   And then the transfers.  You just have to take
 3  them out of the bus and hand them to the dispatcher;
 4  right?
 5      A.   No.
 6      Q.   What else do you have to do?
 7      A.   I have to walk them to the mailbox that we
 8  have.
 9      Q.   Where is the mailbox in relation to the whole
10  facility?
11      A.   In the garage.
12      Q.   How far is it from where you get off the bus.
13           MR. YOUNG:  Objection.  Vague.
14           THE WITNESS:  It varies.  I could be on Track
15  16.  I could be on Track -- just depends.
16           MR. ROLNICK:  Q.  16 is the closest or the
17  farthest?
18      A.   No.  It's the furthest.
19      Q.   How far is it from Track 16 to that drop box?
20      A.   Far.
21      Q.   A block?  Two blocks?
22      A.   About half a block.
23      Q.   How far is Track 2 from that drop-off box?
24      A.   I don't know.  Closer.
25      Q.   Quarter-block?
                                                         50
```

```
 1      A.   I don't know.
 2      Q.   Few steps?
 3      A.   No, it's more than a few steps.  I honestly
 4  don't know.  I just be trying to get it in there.
 5      Q.   And so do you go there before going to the
 6  dispatcher?
 7      A.   Yes.
 8      Q.   How far from that drop box to the dispatcher?
 9           MR. YOUNG:  Objection.  Calls for her to
10  speculate.
11           THE WITNESS:  As far as blocks, miles, I don't
12  know.  It's not miles.
13           MR. ROLNICK:  Q.  How many minutes does it
14  take you to walk from that box to the dispatcher's
15  office?
16      A.   Maybe two.
17      Q.   Okay.  When you get to the dispatcher's office
18  to finish up these turn-in tasks, is there ever a line
19  there?  Do you ever have to wait before you see the
20  dispatcher?
21      A.   Yeah.
22      Q.   And how long is the line -- or how long do you
23  have to wait in a line?
24      A.   I don't know.  I don't calculate.
25      Q.   A matter of minutes?  A matter of seconds?
                                                         51
```

```
 1      A.   Maybe about a minute.  Altogether from the
 2  time I pull in and turn in all my paperwork, my
 3  transfers, it's 12 minutes.  Average of 12 minutes.
 4           MR. ROLNICK:  Those are all my questions.
 5  Thank you.
 6           THE WITNESS:  You're welcome.
 7           (Off the record at 2:43 p.m.)
 8                   ---oOo---
 9
10
11  Date:_____
12
13                            _____
13                            ELISHA BYES
14
15
16
17
18
19
20
21
22
23
24
25
                                                         52
```

## CERTIFICATE OF REPORTER

I, MELISSA HAMMERNESS, a Certified Shorthand Reporter, do hereby certify:

That ELISHA BYES, the witness in the foregoing deposition, was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was reported by me at the time and place therein stated and was thereafter transcribed as herein set forth;

I further certify that I am not interested in the outcome of said action, nor of counsel or attorney for either or any of the parties in the foregoing deposition and caption named, nor connected with, nor related to any of the parties in said action or to their respective counsel.

IN WITNESS WHEREOF I have hereunto set my hand this _____ day of _____, 2015

_____
MELISSA HAMMERNESS, CSR No. 4739

53

ELISHA BYES                    DECEMBER 9, 2015

---

BONNIE L. WAGNER & ASSOCIATES
Court Reporting Services
1819 Polk Street, Suite 446
San Francisco, California 94109
(415) 982-4849

December 30, 2015

Ms. Elisha Byes
c/o Joel B. Young, Esq.
The Tidrick Law Firm
2039 Shattuck Avenue, Suite 308
Berkeley, California 94704

re: Stitt vs. SFMTA, et al.
Deposition of Elisha Byes
December 9, 2015

Dear Ms. Byes:

The original transcript of your deposition in the above-entitled action is now available for your signature at this office for 30 days from the above date. Please contact our office if you plan to review the deposition transcript so we may arrange a mutually convenient appointment.

You may instead read your attorney's copy if it is more convenient for you. After reading the transcript, sign your name on the last page of testimony on the signature line to indicate approval of the transcript. However, if you wish to change the form or substance of your answer to any question, please send a letter to us indicating any changes and the reasons for those changes by way of page and line number.

Your rights regarding signature of this deposition are contained in the Federal Rules of Civil Procedure. Your cooperation is appreciated. Thank you.

Very truly yours,

MELISSA HAMMERNESS, CSR No. 4739

cc: Original
    All Counsel

54

ELISHA BYES                    DECEMBER 9, 2015

---

## DEPONENT'S CORRECTION SHEET

To add testimony, indicate "Add" and print the exact words you wish to add. To delete testimony, indicate "Delete" and print the exact words you wish to delete.

Deposition of:   Elisha Byes
Deposition Date: December 9, 2015

I, Elisha Byes, have the following changes to my deposition transcript:

PAGE    LINE         CHANGE (Add/Delete)

_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____

_____/_____
Elisha Byes          Date

55

ELISHA BYES                    DECEMBER 9, 2015

---

## DISPOSITION OF TRANSCRIPT REVIEW

I certify that the witness was given the statutory allowable time within which to read and sign the deposition, and that:

_____ The witness failed to appear for such reading and signing.

_____ A stipulation was made that the witness will waive review/signature on the record.

_____ The witness has reviewed and signed the transcript and has made no changes.

_____ A correction letter has been submitted and is attached to the transcript.

_____
Melissa Hammerness, CSR No. 4739

Date: _____

56

ELISHA BYES                    DECEMBER 9, 2015

'

'09 [8] 22/5 23/5 25/6 29/7 33/13 33/21 42/21 43/2

—

---oOo [4] 2/13 3/18 4/17 52/8
--oOo [1] 1/3

1

1-20 [1] 1/10
10 [4] 6/21 14/6 14/8 30/4
10:24 [2] 10/18 10/25
10:30 [8] 10/18 10/19 10/20 11/1 11/2 11/3 12/20 13/3
11th [9] 11/12 11/18 12/9 22/8 30/12 31/20 33/4 38/11 38/15
12 [4] 6/4 14/23 52/3 52/3
12:58 [7] 11/6 11/18 12/6 12/23 12/24 13/3 13/3
1390 [2] 3/5 4/7
14 [1] 33/1
14R [8] 8/22 8/25 10/4 11/5 12/17 12/23 13/15 38/2
15 [7] 12/14 14/11 25/16 25/23 26/2 35/9 35/12
15th [1] 11/16
16 [3] 50/15 50/16 50/19
16th [2] 11/16 22/15
18 [1] 27/18
1819 [2] 1/24 54/2
1997 [2] 6/4 6/10
1998 [1] 5/25
1:05 [1] 13/4
1:41 [1] 3/3
1AX [8] 8/22 10/3 10/11 10/12 10/17 12/16 12/19 36/18

2

20 [8] 1/10 18/20 19/1 19/6 25/17 31/5 33/15 33/20
2009 [9] 16/5 18/5 18/23 19/11 19/15 19/19 21/14 22/1 30/6
2015 [6] 1/17 3/3 53/18 54/5 54/10 55/4
2039 [2] 4/2 54/7
27 [2] 31/17 31/18
2:43 [1] 52/7

3

30 [4] 32/5 32/15 54/5 54/13
308 [2] 4/3 54/7
33rd [3] 36/22 37/8 37/18
35 [1] 32/15
38 [5] 8/25 9/2 33/1 41/2 41/5
38R [1] 8/25

4

415 [2] 1/25 54/3
446 [2] 1/24 54/2
45 [1] 32/20
465 [7] 8/10 8/16 8/21 9/1 9/10 10/3 40/15
465 was [1] 40/18
4739 [5] 1/20 3/7 53/20 54/23 56/16
4849 [2] 1/25 54/3

5

5408 [2] 3/6 4/8
5:00 [1] 29/15

6

60-foot [1] 8/13
6:00 [5] 29/8 29/13 29/13 29/15 40/21
6:20 [3] 9/15 9/23 13/15
6:35 [1] 9/17

7

7:00 [1] 29/14

8

80 [1] 39/16
8AX [2] 8/25 9/2
8X [2] 41/16 41/17

9

94102-5408 [2] 3/6 4/8
94109 [2] 1/24 54/2
94704 [2] 4/3 54/8
982-4849 [2] 1/25 54/3
9th [1] 3/2

A

A-y-n [1] 7/2
a.m [2] 9/15 9/17
about [37]
above [3] 31/12 54/12 54/13
above-entitled [1] 54/12
accept [1] 17/20
accident [2] 19/21 34/10
accidents [1] 19/24
according [1] 13/7
account [1] 18/17
accuracy [1] 27/3
action [3] 53/12 53/15 54/12
activities [1] 47/17
add [4] 55/2 55/2 55/2 55/8
Add/Delete [1] 55/8
addition [1] 20/9
additional [1] 49/23
after [17] 12/23 13/2 14/22 16/12 21/10 22/1 31/20 37/22 44/3 44/23 47/17 47/22 48/4 48/5 48/11 48/14 54/16
again [11] 5/10 17/14 19/4 22/15 29/2 30/7 37/20 37/24 42/14 43/11 44/7
AGENCY [1] 1/9
ago [3] 8/18 18/12 27/18
ain't [1] 7/1
al [1] 54/9
all [15] 1/5 14/23 23/10 26/19 31/12 36/4 37/13 39/8 39/15 40/12 46/9 48/5 52/2 52/4 54/25
all-freeway [1] 39/15
allowable [1] 56/4
along [1] 39/10
already [3] 15/3 17/15 43/21
also [5] 4/11 33/3 38/2 40/4 42/7
Altogether [1] 52/1
always [5] 21/14 21/16 22/1 32/21 33/4
am [4] 15/8 32/23 48/1 53/11
amount [6] 15/3 31/14 32/8 32/9 32/13 41/13
amounts [1] 8/25
another [2] 5/16 11/17

answer [10] 5/12 5/13 27/11 30/20 33/17 33/18 43/23 43/23 48/21 54/18
answered [6] 33/16 33/22 33/25 34/1 47/24 48/19
answering [1] 5/15
answers [1] 5/16
Antonio [3] 6/23 7/3 7/10
any [47]
anybody [4] 16/14 17/19 29/4 29/5
anybody's [1] 18/4
anyone [4] 26/1 34/25 44/9 44/12
anyplace [1] 22/13 27/14
anything [4] 19/1 24/16 45/24 47/20
anyway [2] 9/12 13/13
Anywhere [2] 29/15 32/5
apologize [1] 33/13
appear [1] 56/7
appeared [3] 3/7 4/4 4/9
apply [1] 23/19
appointment [1] 54/14
appreciated [1] 54/21
approval [1] 54/17
approximately [3] 11/18 35/9 45/8
are [28] 8/11 8/14 12/15 12/18 13/4 13/24 16/9 17/5 25/5 25/8 25/21 26/11 27/13 28/2 28/12 29/21 33/3 34/4 34/23 39/23 40/16 42/1 45/17 47/6 49/3 49/9 52/4 54/20
argumentative [1] 17/15
arguments [1] 16/10
around [7] 11/3 12/20 13/15 18/3 29/13 35/16 40/21
arrange [1] 54/14
arrive [2] 25/19 25/23
as [17] 3/11 3/13 4/4 4/10 6/10 11/7 13/8 13/8 30/16 31/19 34/20 44/18 45/18 46/3 51/11 51/11 53/10
ask [4] 5/13 5/16 34/2 44/9
asked [6] 33/13 33/16 33/22 33/25 35/8 47/24
asking [8] 28/2 28/11 28/23 28/25 29/2 34/18 40/16 42/19 49/9
asks [1] 39/11
assignments [1] 26/25
assist [1] 35/5
ASSOCIATES [2] 1/23 54/1
assume [1] 44/5
assuming [1] 32/7
attached [1] 56/12
attended [1] 43/25
attorney [4] 3/4 4/6 4/9 53/12
attorney's [1] 54/15
audibly [1] 5/13
Authority [1] 5/23
automatically [1] 34/10
available [1] 54/12
Avenue [2] 4/2 54/7
Average [1] 52/3
aware [8] 25/8 25/21 26/11 27/13 29/5 34/5 34/23 34/25
Ayn [1] 6/23

B

B-y-e-s [1] 5/6

## B

**back [32]**
**bank [1]**  18/16
**BART [4]**  38/10 38/17 39/6 39/7
**based [1]**  23/24
**Basically [1]**  36/22
**bathroom [1]**  49/2
**be [20]**  3/1 7/19 12/24 14/21 17/14 23/24 24/9 25/12 25/16 26/1 26/17 26/25 28/7 36/14 39/21 41/20 42/11 50/14 50/15 51/4
**because [21]**  9/8 9/11 10/21 13/13 14/20 15/14 16/16 16/23 17/14 18/3 18/13 20/16 31/7 31/21 32/10 32/21 32/22 38/24 41/4 41/22 43/23
**been [26]**  6/20 7/3 14/25 15/1 15/14 18/9 19/9 20/12 20/16 20/23 22/19 24/23 27/20 27/24 29/23 30/3 30/23 31/10 33/15 41/3 43/10 45/9 45/12 49/13 49/21 56/11
**before [29]**
**behalf [3]**  1/5 4/4 4/10
**behind [1]**  35/24
**being [8]**  3/12 12/15 16/14 16/20 17/9 19/12 22/6 27/13
**believe [1]**  7/2
**Berkeley [2]**  4/3 54/8
**besides [2]**  19/12 22/7
**best [2]**  5/15 42/15
**between [9]**  11/16 12/15 13/3 13/9 21/23 29/15 35/3 35/10 37/1
**bid [2]**  23/15 24/2
**bit [3]**  12/23 13/2 38/6
**block [3]**  50/21 50/22 50/25
**blocks [3]**  12/11 50/21 51/11
**board [10]**  23/1 23/4 23/7 23/25 24/2 24/15 24/16 26/16 46/4 46/6
**BONNIE [2]**  1/23 54/1
**book [9]**  25/19 25/21 25/25 26/8 26/9 26/9 26/9 27/6 27/14
**both [7]**  25/4 31/11 31/22 31/23 32/2 38/21 41/4
**box [4]**  50/19 50/23 51/8 51/14
**break [1]**  22/1
**Britt [2]**  7/12 7/15
**broken [1]**  36/1
**Bryant [8]**  22/11 30/13 31/11 31/17 31/18 31/19 31/20 31/21
**BS [3]**  14/22 14/23 15/15
**building [1]**  46/1
**bulletin [2]**  46/4 46/6
**bulletins [10]**  26/15 26/23 44/18 44/20 45/1 45/4 45/6 45/10 45/13 47/16
**bunch [1]**  36/2
**bus [24]**  22/4 28/2 30/9 30/17 30/21 31/2 31/6 31/9 31/11 31/15 31/21 35/15 35/14 35/14 35/15 35/18 35/25 36/12 38/16 45/19 45/20 46/16 50/3 50/12
**buses [3]**  8/14 32/21 36/12
**BYES [12]**  1/15 3/9 5/4 5/7 52/13 53/4 54/6 54/9 54/11 55/4 55/5 55/25

## C

**C-12-03704-YGR [1]**  1/7
**c/o [1]**  54/6
**calculate [1]**  51/24
**CALIFORNIA [7]**  1/2 1/24 3/6 4/3 4/8 54/2 54/8
**call [3]**  34/12 34/15 41/19
**called [7]**  3/11 10/6 10/7 20/1 20/15 20/23 38/3
**Calls [2]**  28/22 51/9
**can [27]**  5/2 7/9 14/2 18/1 21/2 22/14 23/15 26/21 27/11 28/7 28/24 29/3 30/20 31/8 31/9 32/11 32/20 33/18 33/23 34/2 34/5 35/2 36/5 39/22 39/22 42/21 46/14
**can't [13]**  10/23 16/1 16/3 16/7 16/8 26/13 26/23 29/3 29/10 29/11 36/3 36/4 43/22
**capable [1]**  5/19
**caption [1]**  53/14
**card [17]**  18/8 18/25 19/2 19/10 34/6 35/17 44/2 45/22 46/19 46/20 49/8 49/10 49/12 49/15 49/20 49/21 49/24
**cards [4]**  17/20 19/4 44/3 48/24
**care [2]**  25/10 48/4
**career [1]**  29/23
**Case [1]**  1/7
**catch [1]**  31/21
**caught [1]**  22/4
**cause [1]**  53/7
**cc [1]**  54/24
**certain [1]**  41/13
**CERTIFICATE [1]**  53/1
**Certified [1]**  53/2
**certify [3]**  53/3 53/11 56/3
**Cesar [1]**  39/23
**change [4]**  8/6 9/12 54/17 55/8
**changes [4]**  54/18 54/18 55/5 56/10
**Chavez [1]**  39/23
**check [3]**  26/16 26/19 26/23
**choice [2]**  39/25 42/14
**chose [1]**  24/4
**circumstance [1]**  36/6
**circumstances [3]**  18/18 18/22 20/22
**CITY [15]**  1/9 3/4 3/4 3/11 4/6 4/6 4/9 6/16 38/10 38/10 38/16 38/16 38/18 38/19 39/5
**Civil [2]**  1/7 54/20
**class [1]**  26/18
**Closer [1]**  50/24
**closest [1]**  50/16
**clue [1]**  17/22
**coaches [1]**  8/13
**come [8]**  26/3 27/5 28/20 36/13 36/15 37/13 39/22 44/23
**coming [4]**  26/25 30/21 34/14 40/10
**commencing [1]**  3/3
**commuter [1]**  37/4
**commuters [2]**  40/10 40/10
**compensated [2]**  12/15 13/5
**compensation [1]**  47/1
**complain [2]**  16/14 16/16
**complained [1]**  16/19
**complaining [1]**  16/18
**complete [1]**  49/7
**completed [1]**  49/21
**completing [1]**  49/20
**computer [3]**  9/7 18/14 18/14
**connected [1]**  53/14
**constantly [2]**  9/12 14/22
**contact [1]**  54/13
**contained [1]**  54/20
**continuously [1]**  6/9
**convenient [3]**  39/21 54/14 54/16
**conversation [11]**  15/9 15/13 15/16 15/19 16/2 16/4 16/6 16/24 17/8 17/11 17/25
**conversations [1]**  16/22
**cooperation [1]**  54/21
**copy [1]**  54/15
**correct [2]**  49/4 49/25
**correction [2]**  55/1 56/11
**could [10]**  5/5 6/24 17/2 21/17 26/24 27/2 35/23 41/3 50/14 50/15
**counsel [5]**  4/4 4/10 53/12 53/16 54/25
**count [1]**  16/9
**COUNTY [4]**  1/9 3/4 3/11 4/6
**couple [2]**  8/18 24/9
**course [1]**  36/25
**COURT [3]**  1/1 1/23 54/1
**criteria [1]**  29/16
**cross [1]**  11/15
**CSR [5]**  1/20 3/7 53/20 54/23 56/16
**current [5]**  8/9 9/13 29/21 36/18 40/3
**currently [4]**  6/18 6/22 8/5 33/3

## D

**Daly [7]**  38/10 38/10 38/16 38/16 38/18 38/19 39/5
**DARRYL [1]**  1/4
**date [5]**  52/11 54/13 55/4 55/25 56/18
**datebook [1]**  16/10
**Davis [3]**  36/24 37/13 37/25
**day [15]**  13/5 14/23 21/4 23/8 24/17 24/18 26/25 27/8 28/10 30/7 32/13 32/16 40/13 45/7 53/18
**days [6]**  13/7 29/18 29/21 48/12 48/12 54/13
**deadhead [8]**  37/2 37/8 37/18 37/25 38/20 39/8 42/9 42/11
**deal [5]**  8/7 8/8 14/20 14/23 15/8
**dealing [1]**  14/22
**Dear [1]**  54/11
**December [5]**  1/17 3/2 54/5 54/10 55/4
**decide [1]**  46/1
**defect [12]**  35/17 45/21 46/19 46/20 48/24 49/7 49/10 49/12 49/15 49/20 49/21 49/24
**Defendant [2]**  3/11 4/10
**Defendants [1]**  1/11
**delay [1]**  36/9
**delete [4]**  55/2 55/3 55/3 55/8
**depend [1]**  23/10
**depending [3]**  32/5 35/15 40/1

**D**

**depends [12]**   9/4 32/15 32/21 35/25 36/11 36/11 39/19 47/7 47/25 48/2 48/11 50/15
**DEPONENT'S [1]**   55/1
**deposition [14]**   1/14 3/2 5/7 53/5 53/8 53/13 54/9 54/12 54/14 54/20 55/4 55/4 55/6 56/5
**Deputy [1]**   4/9
**describe [1]**   35/2
**described [1]**   42/18
**designated [1]**   39/23
**designates [1]**   41/20
**did [20]**   6/3 9/3 14/22 16/14 16/23 16/24 19/1 26/15 27/24 31/4 33/17 35/9 40/21 41/5 41/5 41/10 41/11 42/4 44/9 48/22
**didn't [5]**   22/3 23/7 27/20 36/13 48/20
**diesel [1]**   8/14
**different [4]**   16/22 20/15 22/20 30/11
**dip [1]**   10/23
**directions [1]**   35/5
**directly [1]**   28/3
**disciplined [2]**   45/9 45/13
**discourage [1]**   19/2
**discouraged [8]**   14/21 14/25 15/1 16/15 16/20 17/9 17/12 18/1
**discuss [1]**   19/18
**dispatch [2]**   26/6 46/24
**dispatcher [23]**   8/5 8/7 15/10 15/11 15/13 15/17 15/20 16/2 16/5 16/6 19/1 24/13 26/22 34/7 34/13 34/20 49/11 49/14 49/25 50/3 51/6 51/8 51/20
**dispatcher's [2]**   51/14 51/17
**dispatchers [3]**   14/21 17/24 18/2
**DISPOSITION [1]**   56/1
**DISTRICT [2]**   1/1 1/2
**division [23]**   6/18 9/25 10/14 10/16 19/13 22/2 22/4 22/20 26/12 26/15 27/7 27/21 28/6 28/14 28/17 28/21 34/15 37/7 38/24 41/6 42/5 42/9 45/17
**do [69]**
**dodge [1]**   10/23
**does [15]**   1/10 9/20 9/24 12/13 17/16 23/13 34/24 36/9 38/23 39/2 44/25 46/15 46/18 49/7 51/13
**doesn't [4]**   41/22 41/24 48/5 48/14
**doing [4]**   29/5 34/23 34/25 49/12
**don't [54]**
**done [5]**   14/22 16/13 27/4 41/17 49/3
**down [4]**   23/12 24/10 38/12 48/1
**downs [2]**   24/3
**downtown [1]**   38/20
**drive [4]**   24/18 24/19 25/9 35/4
**driving [3]**   24/23 25/1 28/8
**drop [3]**   50/19 50/23 51/8
**drop-off [1]**   50/23
**DUDLEY [1]**   4/11

**duly [2]**   3/12 53/5
**during [8]**   21/4 21/9 21/18 30/12 36/25 40/9 43/7 43/17

**E**

**E-l-i-s-h-a [1]**   5/6
**each [2]**   24/17 32/13
**early [6]**   13/22 25/20 25/23 25/24 26/2 26/7
**eat [1]**   28/1
**either [4]**   17/4 22/6 40/7 53/13
**ELISHA [11]**   1/15 3/9 5/4 29/3 52/13 53/4 54/6 54/9 55/4 55/5 55/25
**else [14]**   17/19 17/22 22/13 27/14 27/25 28/24 29/2 29/4 34/24 45/14 45/24 47/20 50/6 50/20
**end [20]**   9/20 9/24 27/8 28/6 28/8 28/10 30/7 36/23 38/23 39/3 39/3 39/4 40/7 42/5 42/8 45/7 47/14 47/17 47/23 49/6
**ended [5]**   22/20 26/10 27/19 27/23 30/6
**enough [3]**   15/4 19/5 25/25
**entering [1]**   15/6
**entertain [1]**   15/15
**entire [1]**   45/20
**entitled [2]**   53/7 54/12
**Esq [1]**   54/6
**Esquire [1]**   4/4
**estimate [4]**   14/2 21/17 35/23 36/5
**et [1]**   54/9
**evaluation [1]**   20/5
**even [3]**   7/22 27/7 41/2
**evening [1]**   44/21
**ever [28]**   10/24 11/2 13/18 13/22 14/4 14/6 14/9 14/11 16/14 17/11 17/18 19/10 26/1 27/4 33/7 33/14 33/20 34/12 34/19 43/25 44/9 44/12 44/15 45/9 45/12 48/7 51/18 51/19
**every [7]**   19/6 19/8 23/8 24/18 44/20 44/20 44/23
**everybody [6]**   16/18 24/2 24/4 37/16 37/24 39/7
**everyone [1]**   42/8
**everything [1]**   35/18
**exact [2]**   55/2 55/3
**Examination [2]**   2/3 5/1
**examined [1]**   3/13
**exhibits [1]**   2/8
**exit [2]**   39/18 42/15
**explained [1]**   18/12
**express [7]**   36/19 38/2 38/4 40/24 41/18 41/21 41/23
**express-type [1]**   38/2
**expressed [1]**   25/18
**extra [6]**   23/1 23/4 23/7 23/25 24/2 46/25
**eyes [1]**   19/3

**F**

**facility [1]**   50/10
**failed [1]**   56/7
**failing [1]**   45/9
**family [2]**   23/21 23/22
**far [6]**   50/12 50/19 50/20 50/23 51/8 51/11
**fare [1]**   37/11

**fare-paying [1]**   37/11
**farthest [1]**   50/17
**faster [3]**   31/9 32/11 41/25
**Federal [1]**   54/20
**feel [2]**   47/9 48/11
**female [1]**   8/2
**few [5]**   18/12 33/9 43/3 51/2 51/3
**fewer [1]**   42/1
**fight [1]**   48/2
**figure [2]**   13/10 40/17
**fill [3]**   34/9 44/1 44/3
**filled [1]**   20/2
**filling [1]**   34/6
**find [1]**   26/24
**finish [2]**   5/14 51/18
**finished [3]**   5/16 46/2 48/23
**FIRM [2]**   4/2 54/7
**first [9]**   3/12 6/3 6/25 7/1 10/10 22/22 26/3 37/11 40/24
**five [11]**   17/8 19/19 19/25 20/9 20/18 21/1 22/24 22/25 43/3 43/4 43/5
**fix [1]**   36/17
**Floor [2]**   3/6 4/8
**Flynn [27]**   6/19 6/20 6/22 7/4 8/5 8/12 9/18 10/1 11/13 12/9 13/16 17/1 21/1 22/15 29/23 30/1 30/3 30/8 30/25 31/16 32/3 32/18 32/25 35/11 37/25 39/8 42/15
**focused [1]**   37/4
**following [1]**   55/5
**foot [1]**   8/13
**foregoing [2]**   53/4 53/13
**forget [1]**   16/13
**form [1]**   54/17
**format [1]**   5/12
**Forrester [1]**   7/19
**forth [3]**   3/14 37/1 53/10
**found [6]**   45/22 45/23 46/21 46/23 47/1 48/24
**four [2]**   30/10 36/7
**Fox [2]**   3/5 4/7
**FRANCISCO [10]**   1/8 1/9 1/24 3/5 3/6 3/12 4/7 4/8 5/22 54/2
**free [2]**   16/11
**freeway [5]**   39/14 39/15 39/17 41/23 42/11
**frequently [1]**   12/25
**friend [1]**   28/1
**friends [2]**   47/10 47/12
**front [2]**   36/2 36/13
**further [3]**   32/10 40/13 53/11
**furthest [1]**   50/18

**G**

**garage [2]**   49/17 50/11
**gather [1]**   46/9
**gave [1]**   30/10
**Geary [3]**   36/22 37/8 37/18
**generally [3]**   12/3 29/12 32/8
**get [33]**
**gets [3]**   37/16 37/24 39/7
**getting [2]**   13/8 41/23
**gilley [11]**   46/7 46/8 47/4 47/6 47/10 47/14 47/17 47/22 48/11 48/16 48/25
**give [10]**   14/2 16/1 16/8 16/8 17/2 21/17 35/5 35/23 36/5 39/24
**given [1]**   56/3

## G

**giving [1]** 5/20
**go [21]** 5/10 14/24 24/16 26/15 27/7 27/20 28/3 28/17 32/22 37/1 44/1 45/19 46/4 47/3 47/19 48/8 48/12 48/24 49/1 49/1 51/5
**goes [2]** 23/14 40/13
**going [23]** 13/9 15/8 15/14 17/14 17/16 17/17 17/20 19/8 23/16 24/8 27/2 27/25 32/17 34/8 35/19 35/19 39/13 39/20 40/10 41/23 41/24 46/1 51/5
**good [3]** 18/16 25/25 39/16
**got [10]** 10/23 15/3 16/12 22/3 31/8 31/15 32/22 36/16 41/7 43/22
**gotten [1]** 29/12
**graffiti [1]** 45/20
**GRANDBERRY [1]** 1/4
**GREEN [1]** 4/12
**GRIFFIN [1]** 1/4
**ground [1]** 5/10
**guess [1]** 33/9

## H

**had [34]**
**had that [1]** 16/6
**half [4]** 21/19 24/25 30/5 50/22
**HAMMERNESS [6]** 1/20 3/7 53/2 53/20 54/23 56/16
**hand [6]** 26/8 35/4 39/11 39/13 50/3 53/18
**Handful [1]** 15/24
**handing [2]** 34/6 49/14
**happens [3]** 36/4 36/6 36/7
**hard [2]** 23/22 42/19
**Harrison [7]** 11/14 22/11 22/15 30/13 30/24 31/16 31/23
**has [8]** 7/3 19/8 22/1 22/7 27/16 56/10 56/10 56/11
**hassle [1]** 14/20
**have [107]**
**haven't [3]** 13/10 17/21 33/10
**having [1]** 15/19
**he [2]** 11/20 46/14
**he's [1]** 11/19
**head [3]** 16/11 16/11 28/13
**headlight [1]** 36/16
**heard [1]** 17/18
**hearing [1]** 26/18
**HEDY [1]** 1/4
**held [7]** 6/12 6/15 21/3 21/6 21/22 43/6 43/12
**her [4]** 7/7 7/22 27/9 51/9
**here [3]** 5/20 32/23 49/17
**hereby [1]** 53/3
**herein [1]** 53/11
**hereinafter [1]** 3/13
**hereunto [1]** 53/17
**Hey [2]** 24/10 32/23
**Hill [2]** 38/10 38/18
**hits [1]** 18/16
**hold [5]** 6/7 16/10 23/12 24/3 24/10
**hold-down [1]** 23/12
**hold-downs [1]** 24/3
**home [6]** 14/24 40/11 46/4 48/2 48/8 48/12
**honestly [2]** 29/10 51/3

**hour [5]** 3/3 28/3 32/6 32/20 40/9
**hours [1]** 14/23
**how [64]**
**however [2]** 9/5 54/17

## I

**I'd [3]** 5/10 24/10 48/20
**I'll [2]** 5/13 48/9
**I'm [35]**
**I've [2]** 41/17 43/21
**idea [1]** 16/1 18/21
**identify [1]** 18/2
**illiterate [1]** 18/14
**immediately [4]** 7/9 28/13 28/17 28/20
**inbound [5]** 37/2 37/13 38/9 38/13 39/3
**incident [2]** 19/21 34/9
**incidents [1]** 19/24
**include [1]** 19/20
**included [1]** 20/11
**indicate [3]** 54/17 55/2 55/2
**indicating [1]** 54/18
**inside [1]** 35/17
**inspection [2]** 35/16 35/17
**instead [2]** 34/14 54/15
**interested [1]** 53/11
**interrogated [1]** 3/13
**irritates [1]** 34/2
**is [78]**
**issue [1]** 44/15
**issues [1]** 20/10
**it [92]**
**it's [38]**
**items [1]** 47/1

## J

**job [3]** 19/18 20/10 44/19
**JOEL [2]** 4/4 54/6
**JOHN [1]** 4/11
**JONATHAN [1]** 4/9
**July [15]** 16/5 18/5 19/11 19/15 21/14 21/25 22/5 23/5 25/6 29/7 30/5 33/13 33/21 42/21 43/2
**just [40]**

## K

**Kathy [4]** 7/18 7/19 7/19 7/23
**Kathy's [1]** 7/21
**kept [1]** 45/3
**kind [8]** 8/11 15/19 18/18 23/22 32/16 36/6 38/2 40/14
**kinds [1]** 47/16
**Kirkland [1]** 30/2
**kneeler [1]** 35/15
**knew [1]** 24/8
**know [33]**

## L

**last [17]** 7/21 8/3 15/12 15/17 15/20 17/4 17/8 19/25 20/24 22/18 22/24 29/7 33/9 36/24 37/24 38/18 54/16
**late [18]** 10/21 10/22 11/23 12/1 12/25 13/20 13/25 14/4 14/6 14/8 14/12 14/16 18/20 19/7 19/12 33/15 33/20 34/13
**later [1]** 11/2
**LAW [2]** 4/2 54/7
**Leandro [2]** 24/22 24/24
**learn [1]** 18/3

**least [4]** 25/23 33/3 36/7 42/11
**leave [6]** 23/10 23/19 23/21 23/22 26/20 46/1
**leeway [1]** 39/20
**less [3]** 33/15 33/20 38/4
**let [3]** 5/14 13/6 35/6
**let's [1]** 28/5
**letter [2]** 54/18 56/11
**letting [1]** 16/11
**lift [2]** 35/6 35/15
**like [12]** 5/10 12/19 13/6 14/22 23/23 24/10 25/16 26/15 32/23 40/6 48/20 49/17
**line [13]** 8/21 9/1 26/6 32/24 36/19 41/18 42/8 51/18 51/22 51/23 54/17 54/19 55/8
**lines [4]** 8/23 8/24 9/3 10/4
**little [4]** 12/23 13/2 32/11 38/6
**live [1]** 16/11
**lived [2]** 25/4 25/6
**living [1]** 25/3
**local [1]** 41/4
**location [6]** 11/13 22/7 22/19 22/21 26/10 27/23
**locations [1]** 22/10
**long [26]** 6/20 7/3 8/16 9/3 9/4 9/5 9/5 9/7 12/13 13/8 23/2 24/23 30/3 31/4 31/6 31/13 32/4 32/19 46/15 46/18 47/6 47/22 48/7 49/7 51/22 51/22
**look [2]** 29/16 29/18
**looked [1]** 13/10
**looking [1]** 35/18
**looks [1]** 18/16
**lost [6]** 45/22 45/22 46/21 46/23 47/1 47/18 48/24
**lost-and-found [1]** 47/1
**lot [1]** 12/12
**lower [1]** 35/15
**Luke [1]** 17/3

## M

**made [2]** 56/8 56/10
**mailbox [2]** 50/7 50/9
**Main [2]** 38/9 38/12
**Maitlyn [2]** 7/18 7/24
**Maitlyn's [1]** 8/3
**Majority [4]** 11/24 35/22 39/16 40/12
**make [11]** 5/15 11/9 11/11 12/16 12/22 24/6 35/18 38/11 38/13 38/15 45/20
**making [1]** 33/4
**man [1]** 8/1
**many [12]** 9/12 12/11 15/22 16/1 16/5 17/16 18/21 20/7 23/4 36/25 48/3 51/13
**marked [1]** 2/8
**Market [5]** 3/5 4/7 36/24 37/14 37/25
**matter [4]** 48/6 48/14 51/25 51/25
**may [8]** 6/4 9/8 20/12 20/16 20/17 35/5 54/14 54/15
**maybe [13]** 7/11 8/17 19/19 20/19 22/3 22/3 25/16 33/12 35/8 43/3 47/19 51/16 52/1
**me [39]**
**mean [8]** 22/22 23/13 31/22 40/9 41/23 41/24 45/25 46/11

**M**

**means [2]** 23/14 25/14
**meant [1]** 32/12
**meeting [4]** 20/23 21/22 43/17 43/25
**meetings [6]** 19/20 20/4 21/3 43/2 43/6 43/16
**MELISSA [6]** 1/20 3/7 53/2 53/20 54/23 56/16
**mentioned [3]** 10/3 14/25 30/10
**met [1]** 19/15
**MICHAEL [1]** 4/12
**middle [1]** 21/4
**might [11]** 26/17 26/17 26/25 30/11 31/8 32/14 32/15 43/10 48/1 48/12 48/13
**miles [2]** 51/11 51/12
**minute [1]** 52/1
**minutes [34]**
**Miss [4]** 5/7 7/3 7/10 7/15
**Mission [9]** 11/12 11/18 12/9 22/8 30/13 33/4 38/9 38/12 38/15
**Misstates [1]** 27/9
**Modesto [2]** 25/2 25/3
**money [3]** 13/7 13/8 29/18
**month [1]** 36/7
**months [1]** 8/18
**more [18]** 11/25 14/4 14/6 14/8 14/11 17/18 18/20 19/1 19/7 33/12 36/8 37/22 38/4 38/5 39/21 43/3 51/3 54/15
**morning [12]** 12/20 21/5 21/6 26/16 29/9 29/13 29/14 37/5 40/22 44/20 44/22 44/23
**most [2]** 24/14 42/12
**motor [1]** 8/13
**move [1]** 36/15
**Mr [2]** 2/4 5/1
**Ms [2]** 54/6 54/11
**MTA [5]** 6/9 6/13 16/20 25/8 26/11
**much [7]** 14/20 21/17 32/10 36/9 44/25 45/3 45/6
**MUNICIPAL [2]** 1/8 5/22
**mutually [1]** 54/14
**my [40]**
**myself [1]** 28/24

**N**

**name [8]** 5/3 6/25 7/1 7/21 7/22 8/3 18/4 54/16
**named [1]** 53/14
**names [3]** 7/17 17/2 17/4
**necessarily [2]** 23/8 41/24
**need [8]** 15/5 16/16 17/16 26/1 26/19 35/19 36/16 49/15
**needed [1]** 20/17
**needs [1]** 36/14
**never [2]** 14/17 16/19
**next [2]** 26/25 41/10
**nicely [1]** 48/9
**night [1]** 48/5
**Ninth [1]** 39/22
**no [73]**
**nobody [5]** 16/12 24/15 34/24 39/13 45/14
**none [1]** 48/4
**Nope [5]** 5/21 27/22 33/8 44/14 45/11
**NORTHERN [1]** 1/2

**not [54]**
**nothing [3]** 45/14 49/15 53/6
**Notice [1]** 3/1
**notified [1]** 36/14
**notify [1]** 34/20
**now [5]** 17/21 24/20 36/13 42/19 54/12
**number [5]** 9/11 16/8 16/8 26/14 54/19
**Numerous [1]** 8/25

**O**

**o'clock [1]** 13/4
**Objection [14]** 27/9 28/22 30/19 33/16 33/22 33/25 34/16 42/24 44/16 46/12 47/24 48/18 50/13 51/9
**occasion [1]** 34/12
**Occasionally [1]** 13/19
**occasions [5]** 15/22 20/13 27/20 27/24 28/12
**occurred [2]** 22/1 22/7
**off [16]** 13/8 14/24 28/2 29/18 29/21 32/22 37/16 37/24 39/7 39/17 39/22 42/8 45/25 50/12 52/23 52/7
**offhand [1]** 29/11
**office [8]** 3/4 4/6 46/24 49/17 51/15 51/17 54/13 54/13
**often [10]** 11/20 11/21 11/22 11/25 13/24 19/15 33/10 35/24 36/5 47/10
**Okay [12]** 5/17 5/18 7/24 11/4 21/3 22/5 25/5 31/24 42/4 43/16 49/23 51/17
**once [2]** 48/16 49/3
**one [14]** 19/6 20/21 21/11 22/19 26/4 29/16 30/17 31/22 31/23 33/17 37/22 39/25 42/18 42/22
**one-way [2]** 31/22 31/23
**ones [1]** 17/1
**only [6]** 18/14 28/24 29/3 33/8 34/8 46/10
**oOo [5]** 1/3 2/13 3/18 4/17 52/8
**operated [2]** 8/11
**operating [2]** 35/25 36/1
**operator [10]** 6/6 6/10 11/17 11/22 11/25 12/3 24/8 45/12 45/18 46/3
**operator's [1]** 24/10
**operators [6]** 25/9 28/19 34/23 46/9 46/10 47/13
**order [1]** 24/3
**original [2]** 54/12 54/24
**other [21]** 17/7 19/11 20/10 20/22 22/7 22/10 25/21 25/22 27/14 28/13 28/20 32/1 34/5 34/6 34/8 34/19 36/23 42/22 47/13 47/16 49/14
**others [1]** 1/5
**otherwise [1]** 43/18
**our [2]** 16/16 54/13
**out [31]**
**outbound [5]** 38/9 38/13 38/14 39/3 39/4
**outcome [1]** 53/12
**over [5]** 5/10 13/15 26/15 26/21 26/23
**overtime [27]** 14/9 14/17 15/2 16/15 16/21 17/9 17/13 17/20

18/1 18/6 18/8 18/9 18/11 18/19 18/22 18/25 19/2 19/4 19/10 33/14 33/21 34/6 34/9 34/21 43/19 44/2 44/3
**own [2]** 48/17 49/4

**P**

**p.m [4]** 3/3 9/23 11/6 52/7
**packages [1]** 45/21
**paddle [2]** 35/10 35/21
**page [4]** 2/2 54/16 54/19 55/8
**paid [14]** 13/4 13/8 18/9 34/9 43/7 43/7 43/13 43/18 43/22 43/22 44/7 44/8 44/9 44/12
**paper [1]** 25/22
**paperwork [3]** 15/5 24/12 52/2
**Pardon [1]** 24/1
**park [1]** 49/17
**part [9]** 10/10 12/19 22/22 40/24 41/10 42/4 42/12 43/13 44/19
**parties [2]** 53/13 53/15
**passenger [2]** 20/19 37/11
**past [1]** 30/5
**pay [3]** 15/3 19/4 43/8
**paycheck [3]** 13/13 13/14 18/13
**paying [1]** 37/11
**pays [1]** 16/12
**peak [1]** 40/7
**people [2]** 23/24 45/21
**per [1]** 20/15
**percent [1]** 39/16
**perform [2]** 35/2 47/3
**performance [5]** 19/18 20/5 20/10 20/13 20/14
**Perhaps [1]** 20/14
**period [4]** 21/18 21/19 23/2 30/12
**person [1]** 36/12
**personally [1]** 3/7
**phone [2]** 26/21 26/23
**pick [2]** 13/7 39/20
**picking [1]** 29/17
**piece [2]** 10/6 25/22
**place [1]** 53/9
**places [2]** 25/5 30/11
**Plaintiffs [2]** 1/6 4/5
**plan [1]** 54/13
**Plaza [2]** 3/5 4/7
**please [7]** 5/2 5/5 5/14 6/24 48/21 54/13 54/18
**plus [1]** 29/7
**point [15]** 12/4 22/20 27/19 27/23 28/8 28/8 28/9 30/7 30/11 31/25 34/14 35/4 35/4 39/2 45/17
**points [1]** 30/18
**policy [4]** 25/8 25/22 26/12 44/15
**Polk [2]** 1/24 54/2
**portion [1]** 13/4
**position [2]** 6/5 6/7
**positions [2]** 6/12 6/15
**possible [1]** 19/23
**postop [5]** 45/19 46/16 48/23
**Potrero [1]** 30/2
**prefer [1]** 27/5
**preferably [1]** 25/16
**preference [1]** 25/18
**present [5]** 4/11 6/10 19/11

**P**

**present... [2]** 25/6 33/21
**print [2]** 55/2 55/3
**prior [5]** 6/12 6/15 7/14 9/1 25/17
**probably [1]** 29/10
**Procedure [1]** 54/20
**properly [3]** 35/25 36/1 49/12
**property [1]** 26/3
**Providing [1]** 32/14
**public [3]** 32/10 32/17 33/7
**pull [27]** 9/16 10/14 10/16 10/18 10/19 10/20 10/24 11/7 12/16 12/19 13/13 13/18 14/4 14/6 14/8 18/15 22/3 26/11 35/3 35/6 35/10 35/20 37/7 41/6 45/16 49/7 52/2
**pull-in [4]** 10/18 13/18 26/11 49/7
**pull-out [3]** 9/16 11/7 35/3
**pulled [6]** 11/1 14/11 16/23 22/1 49/13 49/22
**pulling [6]** 13/24 16/17 19/12 35/24 36/10 38/24
**pulls [3]** 9/18 13/16 14/16
**pursuant [1]** 3/1
**put [18]** 13/6 14/9 14/17 16/10 18/5 18/8 18/11 18/18 18/22 18/25 19/6 19/10 24/15 26/17 33/14 33/20 34/5 48/9
**puts [2]** 24/5 44/5
**putting [10]** 15/1 15/6 16/15 16/20 17/9 17/12 18/1 19/2 19/4 43/19

**Q**

**Quarter [1]** 50/25
**Quarter-block [1]** 50/25
**question [12]** 5/12 5/17 27/11 30/20 33/18 34/3 35/8 43/14 43/23 43/24 48/21 54/18
**question-and-answer [1]** 5/12
**questions [3]** 5/13 5/14 52/4

**R**

**raining [1]** 33/8
**rapid [5]** 38/3 38/16 41/1 41/2 41/3
**rare [2]** 12/2 46/22
**rather [1]** 26/11
**re [1]** 54/9
**read [12]** 13/12 18/13 24/16 26/9 44/18 44/20 44/22 44/25 45/10 46/4 54/15 56/4
**reading [6]** 45/4 45/6 45/13 47/16 54/16 56/7
**ready [1]** 32/22
**really [4]** 13/6 15/5 25/10 47/21
**reason [5]** 5/19 18/6 19/11 30/16 33/24
**reasons [1]** 54/18
**recall [13]** 7/6 7/14 15/18 15/19 15/23 15/25 20/22 21/2 22/14 23/3 23/6 33/23 34/2
**record [4]** 45/3 48/10 52/7 56/9
**regarding [1]** 54/20
**regular [8]** 9/10 20/13 20/14 23/23 42/2 43/7 43/8 43/13
**regularly [2]** 10/21 35/20
**related [1]** 53/14
**relation [1]** 50/9

**relief [21]** 10/12 11/9 11/11 12/16 12/22 22/20 26/10 27/8 27/19 27/23 27/25 28/7 30/6 30/11 30/17 31/18 33/4 34/14 38/11 38/13 38/15
**relieve [2]** 11/17 12/3
**relieved [10]** 10/13 22/3 22/7 30/24 31/10 31/15 31/25 41/6 41/7 41/8
**relieving [1]** 22/6
**remember [12]** 7/17 8/19 8/23 9/7 9/11 21/21 27/18 41/3 41/12 42/20 42/21 42/25
**REMEMBERED [1]** 3/1
**rent [1]** 16/12
**rep [2]** 16/17 17/7
**report [6]** 9/13 19/22 20/2 20/19 34/10 34/13
**reported [2]** 1/19 53/8
**REPORTER [3]** 6/24 53/1 53/3
**Reporting [2]** 1/23 54/1
**represented [2]** 4/3 4/8
**reps [2]** 16/22 16/24
**request [2]** 24/6 43/19
**required [2]** 27/7 27/17
**requires [1]** 28/17
**requiring [2]** 25/8 26/12
**rescheduled [1]** 26/18
**respective [1]** 53/15
**responsibilities [3]** 45/17 45/19 46/3
**responsible [1]** 43/19
**restroom [1]** 47/19
**return [2]** 26/12 26/14
**revenue [1]** 38/21
**review [5]** 20/14 20/14 54/13 56/1 56/9
**review/signature [1]** 56/9
**reviewed [1]** 56/10
**rhyme [1]** 30/16
**right [16]** 6/1 8/14 12/20 22/23 23/8 24/20 28/12 29/24 33/10 38/25 41/22 48/25 41/9 41/17 49/18 50/4
**rights [1]** 54/20
**rolling [1]** 19/3
**Rolnick [3]** 2/4 4/9 5/1
**room [12]** 46/7 46/8 46/9 47/4 47/6 47/11 47/14 47/17 47/22 48/11 48/16 48/25
**routes [1]** 39/23
**rule [10]** 25/19 25/21 25/25 26/8 26/9 26/9 26/9 27/6 27/14 28/16
**rules [2]** 5/11 54/20
**run [80]**
**running [1]** 11/22 11/25 34/13 30/5
**runs [5]** 21/12 21/25 22/18 29/13 42/22
**rush [1]** 40/9

**S**

**said [13]** 7/24 11/1 12/25 13/2 17/15 17/25 19/9 22/16 43/3 43/4 53/8 53/12 53/15
**same [12]** 16/17 16/23 23/8 23/19 31/7 31/14 32/8 32/9 32/12 34/2 40/14 43/14
**SAN [12]** 1/8 1/9 1/24 3/5 3/6 3/12 4/7 4/8 5/22 24/24 24/24 54/2
**Sarita [2]** 7/11 7/12
**sat [1]** 48/7

**Saturday [1]** 29/22
**say [11]** 10/20 16/12 16/13 19/1 19/8 22/24 24/9 24/13 27/6 28/5 29/10
**saying [1]** 12/18
**says [1]** 41/22
**Scott [1]** 17/3
**se [1]** 20/16
**seconds [1]** 51/25
**see [4]** 26/16 28/1 47/10 51/19
**seen [1]** 44/15
**send [1]** 54/18
**senior [1]** 24/14
**seniority [4]** 23/24 24/3 24/5 24/5
**service [5]** 20/19 38/21 38/23 39/2 40/7
**Services [2]** 1/23 54/1
**set [3]** 3/13 53/10 53/17
**setup [2]** 40/14 42/17
**Seventh [2]** 3/5 4/7
**several [1]** 7/8
**SFMTA [1]** 54/9
**Shattuck [2]** 4/2 54/7
**she [1]** 20/17
**SHEET [1]** 55/1
**shopping [1]** 28/1
**Shorthand [1]** 53/2
**should [10]** 12/24 25/19 25/23 26/6 26/13 26/14 26/16 45/5 49/13 49/21
**sic [1]** 24/4
**sick [2]** 23/10 23/19
**side [1]** 36/3
**sign [8]** 8/17 9/4 9/5 23/4 23/23 49/10 54/16 56/4
**sign-up [3]** 8/17 9/4 9/5
**sign-ups [2]** 23/4 23/23
**signature [4]** 54/13 54/16 54/20 56/9
**signed [3]** 23/12 49/13 56/10
**signing [1]** 56/7
**similar [3]** 40/6 42/17 42/22
**similarly [1]** 1/5
**since [19]** 5/25 6/10 8/17 16/5 18/5 18/22 19/10 19/15 19/19 21/14 21/25 22/5 23/5 29/7 30/5 33/13 33/21 42/21 43/2
**sit [4]** 48/1 48/5 48/10 48/13
**situated [1]** 1/5
**situation [1]** 42/7
**six [9]** 17/8 19/25 21/1 21/18 21/19 22/18 22/25 29/7 30/5
**six-and-a-half-year [1]** 21/19
**six-plus [1]** 29/7
**six-year [1]** 21/18
**Sixth [10]** 22/11 22/11 30/13 30/13 30/24 31/10 31/16 31/19 31/20 31/22
**slower [1]** 38/6
**small [1]** 10/22
**so [52]**
**some [8]** 14/22 20/18 28/1 28/19 32/1 33/12 48/12 48/12
**somebody [8]** 17/16 17/22 22/6 23/14 28/23 36/14 36/15 36/17
**someone [5]** 11/9 29/2 35/5 39/10 44/5

## S

**something [8]**  17/25 20/17
20/20 27/24 28/1 28/13 28/20
48/3
**sometime [1]**  12/23
**sometimes [3]**  13/20 40/12
41/4
**somewhere [2]**  39/10 40/21
**sorry [1]**  34/4
**sort [1]**  23/11
**sought [1]**  29/12
**sounds [2]**  12/19 40/6
**speak [1]**  44/4
**specifically [1]**  17/18
**speculate [1]**  51/10
**speculation [1]**  28/22
**spell [2]**  5/5 6/24
**spend [1]**  47/22
**spent [2]**  45/4 45/6
**split [16]**  10/7 10/8 21/11
21/14 21/19 21/22 21/23
21/25 28/3 28/7 40/4 40/6
40/18 41/5 41/13 42/4
**start [9]**  5/15 6/3 11/4 12/6
12/22 28/8 36/22 40/21 41/10
**started [7]**  8/17 21/7 22/19
27/18 28/6 29/8 29/13
**starting [1]**  48/8
**starts [2]**  25/15 35/3
**state [1]**  5/2
**stated [1]**  53/9
**states [2]**  1/1 25/22
**statutory [1]**  56/4
**steps [2]**  51/2 51/3
**stick [1]**  18/3
**still [1]**  31/7
**stipulation [1]**  56/8
**STITT [2]**  1/4 54/9
**stop [5]**  27/25 36/24 38/12
39/11 39/11
**stops [2]**  38/5 42/1
**straight [3]**  21/20 28/7 48/12
**street [6]**  1/24 3/5 4/7
11/14 11/15 54/2
**streets [2]**  31/22 31/23
**stub [1]**  18/13
**stuff [1]**  36/3
**submitted [1]**  56/11
**substance [1]**  54/17
**such [2]**  34/20 56/7
**Suisun [2]**  25/2 25/3
**Suite [4]**  1/24 4/3 54/2 54/7
**Sunday [1]**  29/22
**superintendent [16]**  6/22 7/4
7/6 7/9 7/14 17/12 17/19
17/21 19/16 19/21 20/5 20/24
27/16 43/17 44/1 44/4
**supervisor [3]**  16/19 43/2
46/14
**supposed [3]**  27/1 36/12 41/20
**sure [13]**  5/15 7/11 7/22
13/7 20/8 35/18 43/9 43/10
43/11 43/15 43/21 44/7 45/20
**surrounded [1]**  36/11
**sworn [2]**  3/12 53/5

## T

**take [31]**
**taken [1]**  5/7
**taking [2]**  3/2 49/24
**talk [3]**  19/21 20/5 47/13
**talked [3]**  20/10 30/12 42/23
**talking [1]**  49/19
**tasks [3]**  35/2 47/3 51/18
**technically [1]**  12/24
**technique [1]**  34/20
**telephone [1]**  34/20
**tell [14]**  7/9 16/7 17/17
17/19 17/21 17/22 26/1 26/4
26/13 28/24 29/3 29/3 29/11
44/12
**tells [1]**  24/15
**Terminal [6]**  22/12 30/14
31/24 32/18 32/25 41/9
**terminals [2]**  36/21 38/8
**testify [1]**  53/5
**testimony [5]**  5/20 27/10
54/16 55/2 55/2
**than [20]**  11/2 11/25 14/4
14/6 14/8 14/11 25/21 26/11
27/14 28/13 28/20 31/9 33/15
33/20 34/6 38/4 42/1 47/16
44/14 51/3
**Thank [3]**  49/6 52/5 54/21
**that [159]**
**that's [19]**  6/7 9/5 9/18
10/20 16/11 18/17 20/11 26/4
27/6 27/16 29/16 35/20 37/10
38/9 41/19 43/14 46/5 46/22
48/2
**their [8]**  7/17 15/15 17/2
17/4 23/15 39/11 39/13 53/15
**them [9]**  8/8 9/6 15/15 39/12
43/12 44/22 50/3 50/3 50/7
**themselves [2]**  1/5 34/11
**then [19]**  12/22 23/23 24/13
26/12 28/4 29/19 33/3 37/13
37/18 37/20 37/22 38/12 39/7
39/25 41/16 42/5 44/1 47/3
50/2
**there [42]**
**there's [4]**  16/16 30/21 45/20
49/15
**thereafter [1]**  53/9
**therein [1]**  53/9
**thereof [1]**  3/3
**thereupon [1]**  3/13
**these [5]**  21/11 43/1 43/6
43/16 51/18
**they [15]**  8/6 9/12 16/23
17/15 17/22 17/25 21/6 25/10
25/11 25/12 26/4 26/8 34/10
36/13 39/23
**they're [6]**  17/15 17/17 17/19
18/14 31/22 31/23
**thing [2]**  23/11 23/19
**things [3]**  16/9 20/15 26/4
**think [8]**  7/18 20/8 20/12
25/10 30/10 41/11 42/19
48/16
**this [15]**  10/6 13/6 14/13
14/16 15/5 15/9 28/10 30/12
33/12 33/14 37/4 42/7 53/18
54/13 54/20
**those [18]**  8/14 8/24 9/3
16/9 18/2 18/22 20/18 20/18
21/3 24/3 24/11 25/5 30/17
37/1 39/23 47/3 52/4 54/18
**though [1]**  42/1
**three [2]**  37/3 37/23
**through [3]**  45/20 49/1 49/16
**TIDRICK [2]**  4/2 54/7
**time [70]**
**times [13]**  16/1 16/5 17/16
18/21 19/19 20/7 20/9 20/18
30/23 31/2 36/7 36/25 37/23
**tired [2]**  32/14 48/1
**today [3]**  5/20 6/7 32/14
**told [6]**  26/5 27/16 31/14
43/21 48/9 48/10
**Tomorrow [1]**  32/15
**TONY [1]**  1/4
**too [3]**  14/20 14/21 42/19
**took [1]**  31/2
**Top [2]**  38/10 38/18
**total [3]**  27/2 35/16 37/23
**Track [4]**  50/14 50/15 50/19
50/23
**trade [1]**  9/8
**traffic [4]**  10/22 37/4 40/1
48/2
**trainers [1]**  26/6
**Transbay [6]**  22/12 30/14
31/24 32/18 32/24 41/9
**transcribed [1]**  53/10
**transcript [8]**  54/12 54/14
54/16 54/17 55/6 56/1 56/10
56/12
**transfers [7]**  35/5 45/21
46/20 48/24 49/16 50/2 52/3
**transit [2]**  6/6 6/10
**transportation [6]**  1/9 5/23
32/1 32/11 32/18 33/7
**traveled [1]**  30/8
**trip [4]**  37/4 37/24 38/19
39/15
**tripping [1]**  48/3
**trips [2]**  37/3 38/18
**trouble [1]**  20/16
**True [1]**  23/12
**truly [1]**  54/22
**truth [3]**  53/6 53/6 53/6
**trying [3]**  40/17 41/11 51/4
**turn [10]**  10/23 24/12 35/14
45/21 45/22 46/18 46/23
49/11 51/18 52/2
**turn-in [1]**  51/18
**turning [2]**  47/1 48/23
**twice [3]**  20/8 34/3 37/2
**two [14]**  10/6 15/20 16/7
20/12 23/17 24/11 24/25 25/5
28/3 36/21 38/18 39/23 50/21
51/16
**two-hour [1]**  28/3
**two-piece [1]**  10/6
**type [2]**  26/24 38/2
**typically [1]**  36/9

## U

**under [1]**  35/18
**Underground [1]**  33/2
**understand [2]**  34/17 49/19
**union [4]**  16/17 16/22 16/24
17/7
**UNITED [1]**  1/1
**unless [1]**  23/12
**until [2]**  45/25 46/2
**up [11]**  8/17 9/4 9/5 13/14
18/15 24/15 26/25 31/20
32/20 35/16 51/18
**ups [2]**  23/4 23/23
**us [2]**  39/24 54/18
**use [1]**  35/19
**used [1]**  34/19

## V

**vacation [3]**  23/14 24/9 26/17
**vacations [1]**  23/10

## V

**Vague [7]**   30/19 34/16 42/24
44/16 46/12 48/18 50/13
**varies [6]**   9/4 12/5 33/1
33/1 33/2 50/14
**vehicle [6]**   10/22 35/11 36/2
39/8 45/16 49/24
**vehicles [1]**   8/11
**versus [1]**   21/20
**very [3]**   12/2 28/10 54/22
**VTT [1]**   26/18

## W

**WAGNER [2]**   1/23 54/1
**wait [6]**   10/23 31/8 36/14
36/16 51/19 51/23
**waive [1]**   56/9
**walk [17]**   12/10 30/9 30/17
30/22 31/4 31/8 31/8 31/11
31/20 31/25 33/4 35/14 35/16
46/14 49/16 50/7 51/14
**walked [4]**   22/4 30/25 32/12
32/13
**Walking [1]**   32/7
**walks [1]**   46/13
**want [8]**   14/24 25/11 25/12
35/8 41/19 48/1 48/12 48/13
**was [51]**
**wasn't [1]**   43/17
**wave [1]**   39/13
**waves [1]**   39/10
**way [7]**   31/22 31/23 34/8
37/13 39/8 39/10 54/19
**ways [2]**   34/5 38/22
**we [4]**   9/11 42/22 50/7 54/14
**we're [1]**   41/23
**we've [1]**   42/18
**Wednesday [2]**   1/17 3/2
**week [3]**   23/15 23/15 23/16
**weeks [2]**   24/9 24/11
**welcome [1]**   52/6
**well [8]**   11/7 12/24 23/22
24/13 25/25 31/19 41/2 46/11
**went [1]**   24/5
**were [26]**   8/23 8/24 20/18
21/3 21/6 22/6 23/4 23/7
23/24 24/4 25/1 25/3 26/25
30/1 30/24 31/2 31/24 32/17
40/7 41/6 41/8 42/22 43/6
43/7 43/12 43/18
**weren't [1]**   43/13
**what [52]**
**what's [9]**   8/9 9/16 10/6
11/13 13/9 36/21 36/23 38/8
46/8
**whatever [3]**   23/17 46/2 49/23
**wheelchair [2]**   35/6 35/6
**when [41]**
**whenever [1]**   8/17
**where [34]**
**WHEREOF [1]**   53/17
**whether [7]**   13/11 22/19 30/16
40/17 44/9 44/12 46/25
**which [6]**   10/10 13/2 25/22
33/9 39/25 56/4
**whichever [1]**   39/20
**while [2]**   15/14 43/6
**who [15]**   3/12 6/22 7/6 8/5
8/7 12/3 12/3 17/7 17/12
17/24 23/24 25/18 26/5 28/19
43/18
**who's [2]**   24/2 45/12

**whoever [3]**   24/5 46/11 46/13
**whole [4]**   29/23 36/2 50/9
53/6
**why [5]**   5/19 13/2 14/19 15/8
45/5
**will [2]**   5/15 56/8
**wish [3]**   54/17 55/2 55/3
**within [5]**   12/6 16/7 22/24
53/7 56/4
**within-entitled [1]**   53/7
**witness [7]**   3/11 53/4 53/17
56/3 56/7 56/8 56/10
**woman [1]**   8/1
**Woods [1]**   30/2
**words [2]**   55/2 55/3
**work [18]**   5/22 6/18 9/3
24/17 24/18 25/9 25/11 25/11
27/1 35/19 36/13 44/24 48/4
48/5 48/11 48/14 49/23 49/24
**workday [1]**   40/8
**worked [4]**   5/25 6/9 9/6
34/21
**working [2]**   11/4 40/7
**worry [2]**   13/9 34/24
**would [27]**   7/19 15/9 19/20
23/10 23/19 23/24 24/2 24/6
24/9 24/13 25/16 31/6 31/13
31/15 31/21 31/25 32/4 32/7
32/7 32/19 32/24 42/7 42/8
42/9 42/11 42/14 47/17
**wouldn't [2]**   13/12 32/9
**Write [1]**   35/17
**written [1]**   27/14
**wrong [1]**   35/8

## Y

**Y'all [1]**   19/3
**yeah [3]**   26/3 49/2 51/21
**year [5]**   15/17 16/7 21/18
21/19 33/12
**years [14]**   6/21 15/20 17/8
19/25 21/1 22/18 22/24 22/25
24/25 27/18 29/7 30/4 30/5
33/9
**yes [80]**
**YGR [1]**   1/7
**you [368]**
**you're [29]**
**you've [10]**   5/16 16/2 18/8
18/22 20/23 21/25 22/5 30/6
43/1 48/23
**YOUNG [2]**   4/4 54/6
**your [66]**
**yours [2]**   24/14 54/22

## Z

**zero [2]**   11/22 13/24



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—oOo—

DARRYL A. STITT, TONY
GRANDBERRY, and HEDY GRIFFIN,
on behalf of themselves and
all others similarly situated,

        Plaintiffs,

vs.

        Civil Case No.
        C-12-03704-YGR

THE SAN FRANCISCO MUNICIPAL
TRANSPORTATION AGENCY; CITY
AND COUNTY OF SAN FRANCISCO;
and DOES 1-20,

        Defendants.

_____/

Deposition of

KARL CATO

_____

Friday, January 15, 2016

Reported by:

MELISSA HAMMERNESS
CSR No. 4739

BONNIE WAGNER & ASSOCIATES
Court Reporting Services
1819 Polk Street, Suite 446
San Francisco, California 94109
(415) 982-4849

1

---

I N D E X

                  Page

Examination by:

    Mr. Rolnick            5

E X H I B I T S

(No exhibits marked.)

—oOo—

2

---

BE IT REMEMBERED that, pursuant to Notice of
Taking Deposition and on Friday, the 15th of January,
2016, commencing at the hour of 9:30 a.m. thereof, at
the OFFICE OF THE CITY ATTORNEY, CITY AND COUNTY OF
SAN FRANCISCO, Fox Plaza, 1390 Market Street, Seventh
Floor, San Francisco, California 94102-5408, before me,
MELISSA HAMMERNESS, CSR No. 4739, personally appeared

KARL CATO,

called as a witness by the Defendant, City and County of
San Francisco; who, being by me first duly sworn, was
thereupon examined and interrogated as hereinafter set
forth.

—oOo—

3

---

A P P E A R A N C E S

THE TIDRICK LAW FIRM, 2039 Shattuck Avenue,
Suite 308, Berkeley, California 94704, represented by
JOEL B. YOUNG, Esquire, appeared as counsel on behalf of
the Plaintiffs.

OFFICE OF THE CITY ATTORNEY, CITY AND COUNTY
OF SAN FRANCISCO, Fox Plaza, 1390 Market Street, Seventh
Floor, San Francisco, California 94102-5408, represented
by JONATHAN C. ROLNICK, Deputy City Attorney, appeared
as counsel on behalf of the Defendant.

ALSO PRESENT:  JOHN DUDLEY

              MALCOLM MABREY

              ALONZO HARDEN

              ED GRAGASIN

—oOo—

4

EXAMINATION BY MR. ROLNICK

1   MR. ROLNICK: Q. Can you please state your
2   name.
3   A. Karl Cato.
4   Q. Can you spell that for us, please.
5   A. K-a-r-l, C-a-t-o.
6   Q. Mr. Cato, as I just said, I'm a Deputy City
7   Attorney; and I'm defending the City in a lawsuit which
8   you are a party to called *Stitt versus City and County*
9   *of San Francisco*.
10          Have you had your deposition taken before?
11  A. A long time ago.
12  Q. Was it in relationship to your work for the
13  City?
14  A. Yes.
15  Q. Did it have to do with some accident?
16  A. Car accident.
17  Q. And you happened to be an operator of a bus
18  that had an accident with a vehicle?
19  A. Yes.
20  Q. Do you know how many years ago that was?
21  A. No.
22  Q. Let me go over some of the basic ground rules.
23          This is a question-and-answer format. I ask
24  the questions, and you get to answer them.

5

1   A. Fine.
2   Q. It's important that when you answer my
3   question that you answer me audibly. When you and I
4   talk, if we didn't have this formal process with a court
5   reporter and I asked you a question and you wanted to
6   give me a "yes" answer, you might nod your head up or
7   down, or shake it side to side for a "no," but that
8   doesn't show up. This woman is taking down all the
9   words that are spoken, so it's important that you speak
10  audibly in answering my questions. Okay?
11  A. Not a problem.
12  Q. It's also important that you and I not talk
13  over one another.
14  A. Correct.
15  Q. You don't get any points, like you're on
16  Jeopardy, if you answer my question before it's done.
17  So it's important that you listen to my question before
18  you answer it and let me finish it. And I'll do my best
19  to not talk over you when you're trying to give me your
20  answers. Okay?
21  A. Fine.
22  Q. If I ask you a question and you don't
23  understand it, let me know; because if I ask a question
24  and you answer it, I'm going to assume that you
25  understood it. Okay?

6

1   A. Okay.
2   Q. Since the questions I'm going to ask you
3   about are what you do in your job and I'm not a transit
4   operator like you are, I may ask you some questions that
5   don't make any sense. So I need you to make sure that
6   you understand the question before you answer them.
7   Okay?
8   A. All right.
9   Q. You are under oath, like you were if you were
10  going to testify as a witness in court, to tell the
11  truth.
12          I want you to give me your best response as
13  you sit here today, your best recollection. I may ask
14  you some questions and you don't recall what the answer
15  is. You don't know whether it happened or didn't happen
16  or what have you. It's perfectly fine if that's what
17  your testimony is.
18          There may be some situations where I ask you
19  to give me an estimate: the number of times you did a
20  particular activity in a day, in a month, in a week.
21  When I ask you for an estimate, it's just to give me
22  your best evaluation of how much that would be based on
23  your experience. I don't want you to guess, though.
24          The difference between guessing and an
25  estimate would be, if I asked you how big the dining

7

1   room table was in my home, you would be guessing. You
2   have never been in my home, and you don't even know if I
3   have a dining room table. You have no basis to give me
4   any estimate about how big it is.
5           If I asked you how long the conference room
6   table is here, you have observed it. You're actually
7   sitting at it. Like me, it might not be a particularly
8   accurate estimate, but you would have some personal
9   basis. So that would be an estimate versus a guess.
10  Okay?
11  A. Fine.
12  Q. How long have you been with the City?
13  A. 20 years.
14  Q. With Muni the whole time?
15  A. 18.
16  Q. Did you work for the City in some other
17  capacity before you worked at Muni?
18  A. Park and Rec.
19  Q. What did you do there?
20  A. I was a playground director.
21  Q. Which playground?
22  A. Every playground in the City.
23  Q. And you did that for about two years?
24  A. Two years.
25  Q. And then do you remember your date of hire at

8

MTA?

1  MTA?
2     A.   October 16th, 19- — I'm not for sure.  '93 or
3  '94.
4     Q.   You were hired as a transit operator?
5     A.   Correct.
6     Q.   Have you had any other job with the MTA
7  besides transit operator?
8     A.   No.
9     Q.   And you are currently working as a transit
10  operator?
11     A.   Yes.
12     Q.   Where are you currently assigned?  Where are
13  you working out of?
14     A.   Woods Division.
15     Q.   How long have you been at Woods?
16     A.   18 years.
17     Q.   Have you worked at any other divisions at the
18  MTA?
19     A.   I worked at Cable Car for a week.
20     Q.   When was that?
21     A.   I couldn't tell you.
22     Q.   More than five years ago?
23     A.   I'm not for sure.
24     Q.   In a general sign-up, had you signed up to
25  work at Cable Car?

1     A.   Yes.
2     Q.   And then a week in, you decided you wanted to
3  go back to Woods?
4     A.   No.  They said I was too tall.
5     Q.   I noticed that you were tall.  I didn't know
6  there was a height limit for the cable car.
7     A.   I'm 6 foot, 8.
8     Q.   And you have been there ever since?
9     A.   Yes.
10     Q.   Who is the current superintendent at Woods?
11     A.   Debra.
12     Q.   Do you know Debra's last name?
13     A.   No.
14     Q.   Do you know how long she's been the
15  superintendent?
16     A.   At Woods?
17     Q.   At Woods.
18     A.   Couple of months.
19     Q.   Do you remember who the superintendent was who
20  came before her?
21     A.   Neil.
22     Q.   Do you know his last name?
23     A.   No.
24     Q.   Is it Weingarten?
25     A.   Weingarten.

1     Q.   Do you remember how long he was the
2  superintendent at Woods?
3     A.   Maybe six months to a year.  They don't last.
4     Q.   Do you remember who was the superintendent
5  before Neil?
6     A.   Yes.  I'm trying to think of her name.  I
7  can't think of her name.
8     Q.   It was a woman?
9     A.   Yes.
10     Q.   African-American woman?
11     A.   Right.
12     Q.   Sarita Britt?
13     A.   No.
14     Q.   I want your recollection, not his.
15     A.   All right.  I'm trying to think of the name of
16  the superintendent.
17     Q.   If you don't remember, this is the kind of
18  case where, if you don't remember, you don't remember.
19     A.   I don't.
20     Q.   At Woods, you're operating the diesel buses;
21  is that correct?
22     A.   Yes.
23     Q.   In the past year, have there been occasions
24  where you had to meet with a superintendent or some
25  other supervisor related to work?

1     A.   No.
2     Q.   Within the last year, no meetings about
3  potential discipline or rule violations or performance
4  evaluations, nothing like that?
5     A.   No.
6     Q.   What about in the past five years?
7     A.   Yes.
8     Q.   Could you give me an estimate about the number
9  of times you have met with --
10     A.   No.
11     Q.   Could you tell me whether it's more than five
12  times a year?
13     A.   I can't tell you.
14     Q.   No idea whatsoever?
15     A.   No.
16     Q.   Could you tell me the circumstances of any of
17  those meetings with your superintendents in the last
18  five years?
19     A.   No.
20     Q.   Have you been subjected to any discipline in
21  the last five years?
22     A.   No.
23     Q.   Have you been issued any warnings, written or
24  oral, in the last five years?
25     A.   Yes.

Page 13:

```
 1      Q.   Do you remember how many?
 2      A.   No.
 3      Q.   Do you remember the nature of the warning or
 4   what prompted the warning?
 5      A.   No.
 6      Q.   Was it some sort of rule violation?
 7      A.   Possibly.
 8      Q.   But you don't remember, as you sit here, any
 9   of those?
10      A.   No.
11      Q.   What's your current run?
12      A.   136 or the 7.
13      Q.   That's the 7 route line?
14      A.   Right.
15      Q.   Where does the 7 route line run?
16      A.   From the beach to the Transbay Terminal.
17      Q.   What's the end point at the beach?
18      A.   48th and Ortega.
19      Q.   And do you remember what your run was before
20   the 136?
21      A.   No.
22      Q.   What's the time for the run?  What time does
23   it start?
24      A.   6:36 or 6:37.
25      Q.   A.m.?
                                                        13
```

Page 14:

```
 1      A.   A.m.
 2      Q.   And does it start at Woods?
 3      A.   Yes.
 4      Q.   And what time does the run end?
 5      A.   No.  I'm off at 6:37.  I start at 6:35.
 6      Q.   You start at 6:35 a.m., and your run ends at
 7   around 6:37 p.m.?
 8      A.   Correct.
 9      Q.   Is this a one- or a two-piece run?  Do you
10   understand that term, "two-piece run," or "one-piece
11   run"?
12      A.   I have a split.
13      Q.   Okay.  When the run starts, you report at
14   Woods?
15      A.   No.  I'm actually there 30 minutes before I
16   start.
17      Q.   Your regular days off are what?  Saturday,
18   Sunday?
19      A.   Correct.
20      Q.   So you get to Woods in the morning about
21   6 o'clock, 6:05?
22      A.   I get there about 30 minutes before the run
23   starts because you're required to read the bulletins.
24      Q.   Any other reason that you get there 30 minutes
25   early?
                                                        14
```

Page 15:

```
 1      A.   It's mandatory.
 2      Q.   It's mandatory that you're there 30 minutes
 3   early?
 4      A.   Not 30 minutes, but mandatory you get there
 5   and read the bulletins.
 6      Q.   Okay.  Where do you live?
 7      A.   I live in Vacaville, California.
 8      Q.   How long have you lived in Vacaville?
 9      A.   I want to say since '91.
10      Q.   You get to Woods about 30 minutes before your
11   run, before your report time; correct?
12      A.   I try to make it there 30 minutes before
13   time -- minimum at least 10 minutes before time --
14   because I have to read the bulletins that's posted.
15      Q.   So on occasion you're not 30 minutes early.
16   Occasionally you're as little as 10 minutes --
17      A.   On occasion.
18      Q.   Okay.  You report to pick up your outfit at
19   6:35?
20      A.   Correct.
21      Q.   And when does the first part of your run end?
22   When does the split happen, first half?
23      A.   11:05.
24      Q.   And then when does the next part of the run
25   start?
                                                        15
```

Page 16:

```
 1      A.   At 2:35.
 2      Q.   And then it ends at 6:37 p.m.?
 3      A.   Correct.
 4      Q.   The first part of the run, you pull out from
 5   Woods; correct?
 6      A.   Yes.
 7      Q.   And at 11:05, are you relieved, or do you pull
 8   back in?
 9      A.   I'm relieved.
10      Q.   Where are you relieved?
11      A.   On Market and Van Ness.
12      Q.   Just outside here; right?
13      A.   Correct.
14      Q.   Okay.  The second part of your run at 2:35,
15   are you making a relief, or are you back at Woods?
16      A.   Pardon me?
17      Q.   When you start the second part of your run at
18   2:35, are you relieving another operator?
19      A.   No.  I pull out of Woods.
20      Q.   When the run ends, are you being relieved, or
21   are you pulling back in?
22      A.   I'm pulling in.
23      Q.   You told me that you don't remember what run
24   you had before the 136.  Was your run before this
25   similar in nature:  a split run?
                                                        16
```

1     A.    Yes.
2     Q.    Did it start around the same time?
3     A.    I don't remember.
4     Q.    The previous run, did you start the run by
5 pulling out from Woods?
6     A.    Yes.
7     Q.    Did you end that run by pulling back into
8 Woods?
9     A.    No.  I got relief.
10     Q.    So on that previous run, you would get
11 relieved sometime around 6:30, 6:40?
12     A.    I don't know.
13     Q.    You don't remember exactly?
14     A.    No.
15     Q.    That was a split run?
16     A.    Yes.
17     Q.    How do you get to Woods in the morning?
18     A.    I drive.
19     Q.    Is there any policy or requirement at the MTA
20 that you drive your vehicle to work?
21     A.    That's the only way I can make it on time to
22 get there early enough where I could do what's required
23 of me.
24     Q.    But have you ever been given something in
25 writing from the MTA that says you need to drive your

1 personal vehicle to work?
2     A.    When the MTA said, "You need to be there at
3 this time."
4     Q.    But have you ever gotten a piece of paper from
5 them -- a policy or something in the rule book -- that
6 says you need to drive your vehicle to work?
7     MR. YOUNG:  Objection.  Asked and answered.
8 He just answered this question.
9     MR. ROLNICK:  Q.  You can go ahead and answer
10 my question.
11     A.    That's the only way I can make it there on
12 time.
13     Q.    I understand that's the way you can make it
14 there on time, but have you ever been given a written
15 document or policy from the MTA that says you need to
16 drive your car to work?
17     A.    That's the only way I can make it on time.
18     Q.    Have you explored whether or not there's any
19 public transportation from Vacaville to get you to work
20 on time?
21     A.    Yes.
22     Q.    When was the last time did you that?
23     A.    I can't tell you the last time.
24     Q.    In the last five or six years, have you ever
25 gotten to work in any fashion other than driving your

1 own car?
2     A.    No.
3     Q.    What about going home?  Have you ever, in the
4 last five or six years, got home from Woods to Vacaville
5 in anything other than your own car?
6     A.    No.
7     Q.    You said when you get to Woods you read the
8 bulletins?
9     A.    It's mandatory.
10     Q.    How much time do you spend reading the
11 bulletins in the morning when you get there?
12     A.    10 minutes.
13     Q.    Anything else you do before you go and pick up
14 your outfit?
15     A.    I have to sign in.
16     Q.    Where do you sign in?
17     A.    At the dispatcher's window.
18     Q.    That's when you pick up your outfit as well?
19     A.    No.  The outfit is at the other window.
20     Q.    How far from the sign-in to the other window?
21     A.    I can't tell you.
22     Q.    Is it down the hall?
23     A.    Four steps.  Two steps.
24     Q.    So you read the bulletins.  You sign in.
25 Anything else you do before you pick up your outfit?

1     A.    No.
2     Q.    Do you pick up your outfit right at the report
3 time or do you pick it up earlier?
4     A.    I pick it up at the report time.
5     Q.    So if the report time is 6:35 a.m., you're
6 picking up your outfit at 6:35, 6:34?
7     A.    Right.
8     Q.    Once you pick up the outfit, what do you do?
9     A.    I go downstairs and get on the bus.
10     Q.    What time does the run pull out?
11     A.    I want to say 6:55.
12     Q.    When you get down to the vehicle, what do you
13 do before pulling out?
14     A.    You have to pre-op the coach.
15     Q.    Describe for me what that means.
16     A.    Pre-op the coach is when you go around the
17 vehicle, check for body damage, old body damage.  Make
18 sure the lugs is on the wheels.  Make sure that the
19 bike -- there's a --
20     Q.    Bike rack?
21     A.    Bike rack on the coach.  You got to make sure
22 it's operable.  Windshield wipers.  Make sure all the
23 lights work on the coach.
24     You got to go inside and pre-op the inside of
25 the coach.  Make sure no bars -- stanyon [sic] bars are

| | |
|---|---|
| 1 loose. All the lights are working. Bells working. | 1 to check off if there's anything that's not quite up to |
| 2     Q. Anything else that you do to pre-op the coach | 2 standard before you pull out? |
| 3 before you pull out? | 3     A. Correct. |
| 4     A. As far as what? | 4     Q. Because, just like with a rental car, you |
| 5     Q. Are there any other activities you need to do | 5 don't want to be charged with that when you pull it back |
| 6 to have that coach ready to pull out? | 6 in or give it to another operator; right? |
| 7     A. Make sure that it have proper air pressure. | 7     A. Or if it's damage on there that's severe or |
| 8 Make sure my lights is all working. Headlights. | 8 the tires are bad, you won't even pull the coach out. |
| 9     Q. How long does it take you to do that pre-op? | 9     Q. In that situation, if something is so damaged |
| 10     A. 15 minutes. | 10 that it won't pull out, you still fill out the defect |
| 11     Q. What's in that outfit that you get? You get | 11 card noting what that damage is, sign it, and hand it to |
| 12 the outfit from the receiver; is that correct? | 12 somebody that deals with that? |
| 13     A. It's a paddle. Defect card and any more | 13     A. Yard starter. |
| 14 bulletins. | 14     Q. And then you have to wait for them to find you |
| 15     Q. Sometimes there are some bulletins that you | 15 another vehicle? |
| 16 are given with the outfit? | 16     A. Pardon me? |
| 17     A. Every now and then. | 17     Q. Then you have to wait for them to find you |
| 18     Q. Okay. Transfers? | 18 another vehicle? |
| 19     A. Transfers. | 19     A. Correct. |
| 20     Q. The defect card is a piece of paper or — it's | 20     Q. How often does that happen? |
| 21 actually a card? | 21     A. Not often. |
| 22     A. Correct. | 22     Q. Once a month? Once a year? |
| 23     Q. So it's heavier than a piece of paper; right? | 23     A. I can't tell you. |
| 24     A. Correct. | 24     Q. Couple of times a month? |
| 25     Q. And you use that when you're doing your pre-op | 25     A. I can't tell you. |
| 21 | 22 |

| | |
|---|---|
| 1     Q. Okay. You've done your pre-op. You pull out | 1     A. I'm in service. |
| 2 of the yard; right? | 2     Q. The service — the run goes from 48th and |
| 3     A. Correct. | 3 Ortega, what street does it travel on to get down to the |
| 4     Q. When you pull out, are you in revenue service | 4 Transbay Terminal? Just generally, what's the route? |
| 5 at that moment? | 5     A. Left on 47th. Right on Noriega. Noriega to |
| 6     A. No. | 6 23rd. Left on 23rd. Lincoln Boulevard. From Lincoln |
| 7     Q. Where do you start the revenue service on your | 7 to Frederick. Right on Haight. Haight down to Market. |
| 8 current run? | 8 Market to Beale. Right on Beale. Transbay Terminal. |
| 9     A. 48th and Ortega. | 9     Q. When you go back out, do you basically retrace |
| 10     Q. How do you get from Woods out to 48th and | 10 that? |
| 11 Ortega? | 11     A. Correct. |
| 12     A. Take 280. | 12     Q. Okay. Then you're supposed to be relieved at |
| 13     Q. And driving out there without passengers on | 13 11:05 at Market and Van Ness. Do you know the name of |
| 14 it — not in service — that's what you called | 14 the operator who relieves you there? |
| 15 "deadheading"? | 15     A. No. |
| 16     A. Correct. | 16     Q. Do you get there at 11:05 usually? |
| 17     Q. About how long is a trip out to 48th and | 17     A. Sometimes I'm late. |
| 18 Ortega? | 18     Q. Are you ever on time? |
| 19     A. 15 minutes. | 19     A. Sometimes I'm on time. |
| 20     Q. When you get to 48th and Ortega, what do you | 20     Q. Could you give me an estimate, as a |
| 21 do next? | 21 percentage, how much you're on time? |
| 22     A. I'm in service. | 22     A. 5 percent. |
| 23     Q. When you get there, are you immediately in | 23     Q. Are you ever early? |
| 24 service, or is there a time to pull over to the side, | 24     A. No. |
| 25 wait a few moments, and then — | 25     Q. So 95 percent of the time you're late? |
| 23 | 24 |

1     A.   Yes.
2     Q.   Could you give me an idea of about how late
3  you are usually?
4     A.   No.
5     Q.   Ever more than 10 minutes late?
6     A.   I couldn't tell you.
7     Q.   So you have no way of telling me, of that 95
8  percent of the time you're late, where that falls?
9  5 minutes?  10 minutes?  15 minutes late?
10    A.   If I have to give you a number, I would say
11  about 10 minutes.
12    Q.   When you get to Market and Van Ness, there
13  should be an operator there waiting to relieve you;
14  correct?
15    A.   Right.
16    Q.   How often is the operator not there to relieve
17  you?
18    A.   Pretty much always there.
19    Q.   You have never had that situation on this run
20  where the operator wasn't there to make the relief?
21    A.   No.
22    Q.   What happens when that relief event occurs?
23  What are your responsibilities?
24    A.   None.  Give him the coach.
25    Q.   So you pull over to the side?

1     A.   No.  I pull up to the island.
2     Q.   So the relief is at an island.  You pull up to
3  the island.  You open the door.
4     A.   I open the door.  Hand him the transfers and
5  defect card.
6     Q.   Do you have any conversation with him?
7     A.   I let him know if it's a good coach or a bad
8  coach.
9     Q.   Okay.  How long does that take?
10    A.   5 minutes.
11    Q.   Do you give him any other information when you
12  make that relief -- or when you're getting relieved?
13    A.   Yes.  I let him know if it's construction,
14  blockage, bad traffic.
15    Q.   If there's a handicapped person on the bus
16  who's going to need help activating the lift or
17  something down the run somewhere, that sort of
18  information?
19    A.   Well, I let him know -- if I have a wheelchair
20  on board, I let him know immediately.
21    Q.   It sounds like that takes no more than 5
22  minutes or so, that hand-off?
23    A.   5 minutes.
24    Q.   Once you step off the coach and have that
25  conversation, you're done with that part of your run?

1     A.   Correct.
2     Q.   Or your responsibility for that coach?
3     A.   Correct.
4     Q.   When you get off that coach, are you on
5  standby or any paid status at that time?
6     A.   No.
7     Q.   You say the second part of your run starts at
8  2:35.  What time do you generally get back to Woods?
9     A.   I go immediately back to Woods.
10    Q.   How do you get there?
11    A.   I take the bus.
12    Q.   Which line do you take?
13    A.   9.
14    Q.   How long does it take to get back to Woods at
15  that time of day generally?
16    A.   It can vary.
17    Q.   Can you give me the range?
18    A.   No.  Traffic.  Construction.  It can vary.
19    Q.   What time do you generally get back to Woods?
20    A.   It varies.
21    Q.   What do you do when you get back to Woods?
22    A.   Have lunch.
23    Q.   In the gilley room?
24    A.   Yes.
25    Q.   Anything else that you do before the next time

1  you need to report at 2:35?
2     A.   No.
3     Q.   At 2:35, you're back at the receiver's
4  window --
5     A.   Correct.
6     Q.   -- picking up another outfit?
7     A.   I get there a little bit before then.
8     Q.   How much before?
9     A.   Maybe 10 minutes.
10    Q.   What do you do in that 10 minutes before you
11  pick up the outfit?
12    A.   I get there just in case if there's something
13  going on.
14    Q.   Have you been asked to be there 10 minutes
15  earlier?
16    A.   No.
17    Q.   Where is the receiver's window in relationship
18  to the gilley room?
19    A.   20 feet.
20    Q.   The receiver's window essentially looks into
21  the gilley room; is that right?
22    A.   No.
23    Q.   Is there a door or anything?
24    A.   No.
25    Q.   Does your current run have any standby time

1  between the end of the first part of your run and the
2  start of your second part?
3      A.  I want to say it's 1:30 to 2:20.
4      Q.  For that little less than an hour, you're
5  required to be available in case they need you to do
6  something other than pick up your next scheduled run; is
7  that right?
8      A.  Correct.
9      Q.  So they could say at 1:31, "Hey, we got a
10  different coach we want you to take out and work a
11  different line," something like that?
12      A.  I'm subject to orders.
13      Q.  Okay.  How often during that standby time do
14  they give you some other job duty to perform?
15      A.  Never.
16      Q.  You pick up the new outfit at 2:35.  You go
17  down and prep another vehicle exactly like we talked
18  about for the first vehicle that you pulled out; right?
19      A.  Well, first I go look and see if there's any
20  changes from this morning from the board.
21      Q.  Okay.  Which board?
22      A.  The bulletin board.
23      Q.  Okay.  How long does that take?
24      A.  About 10 minutes.
25      Q.  So an additional 10 minutes in addition to the

1  10 minutes you did in the morning?
2      A.  Correct.
3      Q.  And do you do that before or after you pick up
4  your outfit?
5      A.  That's why I go to the window 10 minutes ahead
6  of time.
7      Q.  Okay.  Then you pick up your outfit, and you
8  go and do the prep like we talked about before?
9      A.  Yes.
10      Q.  And, again, it's another 15 minutes or so to
11  get that done?
12      A.  Yes.
13      Q.  Defect card, checking the lights, all that
14  sort of stuff?
15      A.  New coach.
16      Q.  Okay.  Then you pull out.  And you're still on
17  the 7 line?
18      A.  No.
19      Q.  Okay.  Where are you for your second part of
20  your route?
21      A.  School tripper.
22      Q.  What does that mean?
23      A.  I go pick up the kids at Hoover Elementary --
24  or Junior High.
25      Q.  Where is that?

1      A.  On Santiago.
2      Q.  You pull out of Woods, and you deadhead over
3  to Hoover School?
4      A.  Correct.
5      Q.  And how long does it take to get over to
6  Hoover School?
7      A.  It varies.
8      Q.  When you get to Hoover School, you pull over
9  and you, I assume, wait there for a while for the kids
10  to get on board?
11      A.  Correct.
12      Q.  And then there's a regular route that you take
13  those kids to drop them off?
14      A.  48 line.
15      Q.  Is Hoover School on the regular 48 line?
16      A.  Correct.
17      Q.  Sounds like this is just an extra coach they
18  put in place to get kids home from school?
19      A.  Correct.
20      Q.  What are the two end points of the 48 line?
21      A.  As far as what I do?
22      Q.  What's the route?
23      A.  You want the route -- from where?
24      Q.  Either end of the 48 line.  You gave me, for
25  the 7, 48th and Ortega and Transbay.

1      A.  I don't do the whole route.
2      Q.  Do you go to one end of the line?
3      A.  Yes.  It ends at Third Street.
4      Q.  So you pick the kids up at Hoover School, and
5  does it become the 48?
6      A.  Yes.
7      Q.  So the signage is the 48 line?
8      A.  Correct.
9      Q.  But no one has gotten on until those kids get
10  on.  They're the first ones to get on?
11      A.  Correct.
12      Q.  Once you close the door and pull away from the
13  school, you're just a regular 48?
14      A.  Correct.
15      Q.  Taking anybody who's at any stop who wants the
16  48?
17      A.  Correct.
18      Q.  And then you make a single trip out to Third
19  Street?
20      A.  Yes.
21      Q.  And then what time are you scheduled to get
22  out to that end point at Third Street?
23      A.  I don't have my paddle with me, so I don't
24  know.
25      Q.  So you get to that end point, and then what do

```
 1    you do?
 2         A.   I turn it to the 82.
 3         Q.   It's complicated.
 4         A.   Right.
 5         Q.   Then you operate as an 82 until you pull back
 6    into Woods?
 7         A.   Correct.
 8         Q.   And what's the 82 route?  What are the end
 9    points for the 82?
10         A.   Start on Battery and Filbert, and I end up at
11    Caltrans.
12         Q.   Battery and Fillmore?
13         A.   Filbert.
14         Q.   That's why it didn't make sense to me.
15         A.   Levi Plaza.
16         Q.   So you deadhead from Third Street over to
17    Battery and Fillmore --
18         A.   Filbert.
19         Q.   I'm sorry.  Filbert.
20              -- and then you start in service as the 82?
21         A.   Correct.
22         Q.   So Battery and Filbert to Transbay Terminal.
23    How many times in the course of --
24         A.   No.  I go to Caltrans.
25         Q.   I'm sorry.  On the second part of your run,
                                                        33
```

```
 1    how many times do you make the complete trip from
 2    Battery/Filbert to Caltrans?
 3         A.   Twice.
 4         Q.   And ending at Caltrans or at the other
 5    location?
 6         A.   Caltrans.
 7         Q.   And then from Caltrans, you deadhead back to
 8    Woods?
 9         A.   From where?
10         Q.   You say you're on the 82 now?
11         A.   Correct.
12         Q.   And you make two trips between Battery and
13    Filbert and Caltrans?
14         A.   Yes.
15         Q.   And then you end in service at Caltrans?
16         A.   Correct.
17         Q.   And around what time is that?
18         A.   It varies.  I'm late every day.
19         Q.   Okay.  But when you get to Caltrans, you then
20    deadhead back to Woods to end your run?
21         A.   Correct.
22         Q.   The run is scheduled to end at 6:37 p.m.?
23         A.   Correct.
24         Q.   How often do you pull in at 6:37?
25         A.   Never.
                                                        34
```

```
 1         Q.   Did you ever pull in early?
 2         A.   Never.
 3         Q.   You pull in late?
 4         A.   Yes.
 5         Q.   How late do you usually pull in?
 6         A.   It varies.
 7         Q.   Ever pull in 5 minutes late?
 8         A.   No.
 9         Q.   10 minutes late?
10         A.   10 or above.
11         Q.   How often is it more than 10 minutes late?
12         A.   Not that often.  It might average around 10
13    minutes.
14         Q.   So when you say "not that often," are you
15    talking 5 percent of the time?  10 percent?
16         A.   I can't tell you.  I'm late every day.
17         Q.   Do you keep any records of how late you are
18    every day?
19         A.   No.
20         Q.   Did you ever put in for overtime when you were
21    late?
22         A.   The way Muni Trapeze is set up, I won't be
23    paid.
24         Q.   Why do you say that?
25         A.   I have a 12-hour range.
                                                        35
```

```
 1         Q.   Did you ever put in an overtime card when you
 2    were late?
 3              MR. YOUNG:  Objection.  Asked and answered.
 4    He just answered that question.
 5              MR. ROLNICK:  Q.  You can go ahead and answer
 6    the question.
 7         A.   I just did.
 8         Q.   Did you ever put --
 9         A.   The computer won't allow it.
10         Q.   My question is a different one.  Let me show
11    you what we've marked previously as Exhibit 4.  Do you
12    recognize that document?
13         A.   Yes.
14         Q.   It's an overtime card?
15         A.   Correct.
16         Q.   When your 136 run is late pulling in at the
17    end of the run, do you ever submit one of those to the
18    dispatcher?
19              MR. YOUNG:  Objection.  Asked and answered.
20    He just gave you an answer to that same question that
21    you have now asked three times.
22              MR. ROLNICK:  Q.  Can you answer my question,
23    please?
24         A.   It's no good for me.  I have a 12-hour range.
25         Q.   So you haven't submitted these when you have
                                                        36
```

```
 1   been late?
 2        A.   I won't get paid.
 3        Q.   It's a simple question:  Yes or no?
 4        A.   I'm giving a simple answer:  They won't pay
 5   me.
 6        Q.   So you're saying you don't submit these cards?
 7        A.   I'm telling you that they won't pay me.
 8        Q.   So you don't submit these cards; correct?
 9        A.   They won't pay me.
10        Q.   So you don't submit the cards?
11        A.   They won't pay me.
12             MR. YOUNG:  John, you've asked this now six
13   times.
14             MR. ROLNICK:  It's a simple "yes" or "no"
15   answer to the question.
16             MR. YOUNG:  He's given you the answer.  Let's
17   move on.
18             MR. ROLNICK:  Q.  Does part of your run
19   include scheduled overtime?
20        A.   Pardon me?
21             MR. YOUNG:  Objection.  Vague.
22             You can answer the question if you understand
23   it.
24             MR. ROLNICK:  Q.  Do you understand the
25   question?
```
37

KARL CATO                JANUARY 15, 2016

```
 1        A.   No.
 2        Q.   You know what the range report is?
 3        A.   Uh-huh.
 4        Q.   You have to answer the question.
 5        A.   Yes.  I apologize.
 6        Q.   I'm not trying to look at you funny for the
 7   sake of looking at you funny.
 8             The range report lists all the various runs,
 9   when there's a sign-up, you get to choose based on
10   seniority?
11        A.   Correct.
12        Q.   Do you know how to read those range reports?
13        A.   Some of it, yes.
14        Q.   In some of those range reports, it shows the
15   amount that the run pays?
16        A.   Correct.
17        Q.   And sometimes it shows if part of the pay is
18   for overtime?
19        A.   Correct.
20        Q.   And that would be scheduled overtime, right,
21   because it's in the run?
22        A.   It's built into the run.
23        Q.   Does the 136, as part of the pay for that,
24   include scheduled overtime?
25        A.   Is overtime built into the run?  Yes.
```
38

KARL CATO                JANUARY 15, 2016

```
 1        Q.   Do you know how much?
 2        A.   No.
 3        Q.   You say with your current run it's 12 hours
 4   and that Trapeze won't allow you to put in for
 5   additional overtime on that run; correct?
 6        A.   Correct.
 7        Q.   Have you ever talked with anyone about how
 8   that prohibits you from putting in for overtime if your
 9   run actually runs more than 12 hours?
10        A.   No.  I'm screwed.
11        Q.   So you haven't raised that with the
12   superintendent or the dispatcher?
13        A.   For what?  It's Trapeze.  That's how it is.
14        Q.   You never said, "It's unfair.  I'm actually
15   working 12 hours and 15 minutes"?  Have you ever brought
16   that kind of complaint forward to anybody?
17        A.   No.
18        Q.   Have you ever talked to anyone from the union
19   about that?
20        A.   I can't remember.
21        Q.   Do you know who your shop steward is at Woods?
22        A.   Yes.
23        Q.   Who is that?
24        A.   Lucretia Logan.
25        Q.   Do you know how long she's been the shop
```
39

KARL CATO                JANUARY 15, 2016

```
 1   steward there?
 2        A.   Couple of months.
 3        Q.   Do you know who came before her?
 4        A.   Siegfried.
 5        Q.   Do you know Siegfried's last name?
 6        A.   No.
 7        Q.   How long was Siegfried the steward?
 8        A.   About a year and a half.
 9        Q.   Do you remember who the shop steward was
10   before Siegfried?
11        A.   No.
12        Q.   Over the last five or six years, have you
13   always had a run that was 12 hours?
14        A.   I can't remember.
15        Q.   Ever had one that was less than 12 hours?
16        A.   I can't remember.
17        Q.   In the last five or six years, have you ever
18   submitted one of these overtime cards?
19        A.   I can't remember.
20        Q.   You told me earlier that you need to get to
21   Woods before your run starts, at least in part, because
22   you have to read the bulletins; correct?
23        A.   Correct.
24        Q.   Are you aware of any written policy or
25   instructions about how many minutes before your run
```
40

KARL CATO                JANUARY 15, 2016

```
 1   starts that you need to get to Woods?
 2        A.   No.
 3        Q.   When you choose a run, do you have certain
 4   criteria that you are looking for?
 5        A.   No.
 6        Q.   How do you go about choosing amongst the runs
 7   that are available to you?
 8        A.   Sometimes the line.
 9        Q.   Some people might prefer certain regular days
10   off.
11        A.   Saturday and Sunday.
12        Q.   Is that something that's important to you in
13   picking a run?
14        A.   I don't know if it's really important.
15        Q.   I think you testified that on your run -- your
16   previous run, that the run ended with you getting
17   relieved -- do I have that right? -- rather than a
18   pull-in?
19             MR. YOUNG:  Objection.  Misstates his
20   testimony.
21             MR. ROLNICK:  Q.  You can answer the question.
22        A.   Pardon me?
23        Q.   On your previous run -- you got the 136 run
24   now.  I seem to recall -- and correct me if I'm wrong --
25   that you said that the previous run ended with you
```

41

KARL CATO          JANUARY 15, 2016

```
 1   getting relieved rather than pulling back into Woods.
 2   Is that correct?
 3             MR. YOUNG:  Objection.  Misstates his
 4   testimony.
 5             MR. ROLNICK:  Q.  You can answer my question
 6   if you understood it.
 7        A.   No.  He answered it.
 8        Q.   Well, you're the one that needs to testify.
 9        A.   No.
10        Q.   So --
11        A.   I'm not for sure.
12        Q.   You're not for sure whether it's a relief or
13   you pulled back into Woods?
14        A.   Right.
15        Q.   With respect to your current run and the
16   12-hour spread of that run, how did you learn that
17   Trapeze wouldn't allow any overtime for that run?
18        A.   I want to say, some years back when they
19   installed Trapeze, they said it was 12 hours.
20        Q.   When you say "they," do you remember who told
21   this to you?
22        A.   No, I don't.
23        Q.   So a number of years ago, somebody said
24   something to you to the effect "If it's a 12-hour run,
25   Trapeze won't accept additional time"?  I'm just trying
```

42

KARL CATO          JANUARY 15, 2016

```
 1   to understand how you came to your understanding.
 2        A.   I don't have an understanding.  I still
 3   haven't figured it out.
 4        Q.   Have you asked anybody about that?
 5        A.   No.
 6        Q.   With respect to your current run, have you
 7   ever had the dispatcher say, "Don't put in for overtime
 8   because it's a 12-hour run"?
 9        A.   No.  I was discouraged about it because I know
10   Trapeze won't accept it.  I was very discouraged about
11   it.
12        Q.   When you read the bulletin boards -- is there
13   more than one bulletin board at Woods?
14        A.   No.
15        Q.   Where is the bulletin board located?
16        A.   When you walk in Woods, it's to your left.
17        Q.   Where is it in relationship to the receiver's
18   desk or window?
19        A.   I would say about 10 feet.
20        Q.   When you pull back into Woods on your current
21   run, what do you do after you pull the vehicle into the
22   division?
23        A.   Post-op.  You have to go through the coach,
24   make sure nobody left any personal items on the back of
25   the coach or it's nobody sleeping in the back of the
```

43

KARL CATO          JANUARY 15, 2016

```
 1   coach.
 2        Q.   Anything else you do?
 3        A.   You have to -- if it's any defects, you have
 4   to put it on your defect card.
 5        Q.   Anything else that you're required to do once
 6   you pull in?
 7        A.   No.  You have to turn in transfers -- put the
 8   defect card and the transfers in the mailbox.
 9        Q.   You say put the transfers and the defect cards
10   in the mailbox?
11        A.   Card.  Correct.
12        Q.   Where is this mailbox located?
13        A.   It's by the fence.
14        Q.   It's out in the yard?
15        A.   It's in the yard.
16        Q.   And how far away is it from where you usually
17   park the vehicle?
18        A.   Depends on how full the yard is.
19        Q.   100 feet?  200 feet?  How long does it take to
20   walk from the vehicle to the box?
21             MR. YOUNG:  Objection.  It's been asked and
22   answered, and it calls for speculation.
23             MR. ROLNICK:  Q.  You can answer the question.
24        A.   It varies.
25        Q.   Can you tell me how much it varies --
```

44

KARL CATO          JANUARY 15, 2016

1     A.  I can't.

2     Q.  -- in the number of minutes?

3     A.  No.

4     Q.  You can't give me any estimate, from 1 minute
5 to 15 minutes, how long it takes to walk from the
6 vehicle to the box where you drop the transfers and the
7 defect cards?

8     MR. YOUNG:  Objection.  It's been asked and
9 answered.  Calls for speculation.

10     MR. ROLNICK:  Q.  You can answer the question.
11 You do this every run; right?  So you have some personal
12 experience with it.  So I'm asking you to give me your
13 best estimate about how long it takes you to walk.

14     A.  I can't give you no estimate.

15     Q.  Anything else you do after you pull in your
16 vehicle?

17     A.  As far as what?

18     Q.  Any required work activities.

19     A.  No.

20     Q.  So then once you've done that, you're free to
21 leave?

22     A.  Correct.  Unless it's a bike or something
23 somebody left on the coach.  Then I have to go turn it
24 in.

25     Q.  If there's a lost-and-found item, you have to

45

1 take that to the dispatcher?

2     A.  Correct.

3     Q.  I'm curious.  How often does somebody leave
4 their bike on the bus?

5     A.  More often than you think.

6     Q.  With the lost and found, is there some process
7 for turning those things in to the dispatcher?

8     A.  Fill out a little tag.

9     Q.  You put some information on the tag?

10     A.  Run number, name, coach.

11     Q.  So you put your run number, your name, and the
12 number of the vehicle?

13     A.  Correct.

14     Q.  That's the identification for the vehicle?

15     A.  Correct.

16     Q.  Anything else?

17     A.  That's it.

18     Q.  And then you hand those to the dispatcher?

19     A.  Correct.

20     Q.  Do you know if you get compensated for those
21 activities of lost and found?

22     A.  How can I get compensated?  I got a 12-hour
23 range.  I don't get nothing.

24     Q.  So the answer is "No"?

25     A.  No.

46

1     MR. ROLNICK:  Okay.  Thank you.  Those are all
2 my questions.

3     THE WITNESS:  Thank you for your time.

4     (Off the record at 10:25 a.m.)

5     ---oOo---

6

7

8 Date:_____

9                _____

10                    KARL CATO

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

47

1     CERTIFICATE OF REPORTER

2     I, MELISSA HAMMERNESS, a Certified Shorthand
3 Reporter, do hereby certify:

4     That KARL CATO, the witness in the foregoing
5 deposition, was by me duly sworn to testify to the
6 truth, the whole truth, and nothing but the truth in the
7 within-entitled cause;

8     That said deposition was reported by me at the
9 time and place therein stated and was thereafter
10 transcribed as herein set forth;

11     I further certify that I am not interested in the
12 outcome of said action, nor of counsel or attorney for
13 either or any of the parties in the foregoing deposition
14 and caption named, nor connected with, nor related to
15 any of the parties in said action or to their respective
16 counsel.

17     IN WITNESS WHEREOF I have hereunto set
18 my hand this _____ day of _____, 2016

19               _____

20               MELISSA HAMMERNESS, CSR No. 4739

21

22

23

24

25

48

```
 1        BONNIE L. WAGNER & ASSOCIATES
 2            Court Reporting Services
          1819 Polk Street, Suite 446
 3        San Francisco, California 94109
                (415) 982-4849
 4

 5   January 26, 2016

 6   Mr. Karl Cato
     c/o Joel B. Young, Esq.
 7   The Tidrick Law Firm
     2039 Shattuck Avenue, Suite 308
 8   Berkeley, California 94704

 9            re: Stitt vs. SFMTA, et al.
              Deposition of Karl Cato
10            January 15, 2016

11   Dear Mr. Cato:

12   The original transcript of your deposition in the
     above-entitled action is now available for your
13   signature at this office for 30 days from the above
     date.  Please contact our office if you plan to review
14   the deposition transcript so we may arrange a mutually
     convenient appointment.
15
     You may instead read your attorney's copy if it is more
16   convenient for you.  After reading the transcript, sign
     your name on the last page of testimony on the signature
17   line to indicate approval of the transcript.  However,
     if you wish to change the form or substance of your
18   answer to any question, please send a letter to us
     indicating any changes and the reasons for those changes
19   by way of page and line number.

20   Your rights regarding signature of this deposition are
     contained in the Federal Rules of Civil Procedure.
21   Your cooperation is appreciated.  Thank you.

22   Very truly yours,

23
24   MELISSA HAMMERNESS, CSR No. 4739

25   cc: Original
         All Counsel
                                                    49

         KARL CATO          JANUARY 15, 2016
```

```
 1            DEPONENT'S CORRECTION SHEET

 2   To add testimony, indicate "Add" and print the exact
     words you wish to add.  To delete testimony, indicate
 3   "Delete" and print the exact words you wish to delete.

 4   Deposition of:   Karl Cato
     Deposition Date:  January 15, 2016
 5
     I, Karl Cato, have the following changes to my
 6   deposition transcript:

 7
 8   PAGE    LINE        CHANGE (Add/Delete)
 9   _____/_____/_____
10   _____/_____/_____
11   _____/_____/_____
12   _____/_____/_____
13   _____/_____/_____
14   _____/_____/_____
15   _____/_____/_____
16   _____/_____/_____
17   _____/_____/_____
18   _____/_____/_____
19   _____/_____/_____
20   _____/_____/_____
21   _____/_____/_____
22   _____/_____/_____
23
24                         _____/_____
25                         Karl Cato        Date
                                                    50

         KARL CATO          JANUARY 15, 2016
```

```
 1          DISPOSITION OF TRANSCRIPT REVIEW

 2
 3        I certify that the witness was given the
 4   statutory allowable time within which to read and sign
 5   the deposition, and that:

 6
 7   _____    The witness failed to appear for such reading
                 and signing.
 8
 9   _____    A stipulation was made that the witness will
                 waive review/signature on the record.
10
     _____    The witness has reviewed and signed the
11               transcript and has made no changes.

12   _____    A correction letter has been submitted and is
                 attached to the transcript.
13

14

15            _____
16            Melissa Hammerness, CSR No. 4739
17
18            Date:  _____
19

20

21

22

23

24

25
                                                    51

         KARL CATO          JANUARY 15, 2016
```

**'**

**'91 [1]** 15/9
**'93 [1]** 9/2
**'94 [1]** 9/3

**–**

---oOo **[4]** 2/13 3/18 4/17 47/5
--oOo **[1]** 1/3

**1**

**1-20 [1]** 1/10
**10 [19]** 15/13 15/16 19/12 25/5 25/9 25/11 28/9 28/10 28/14 29/24 29/25 30/1 30/5 35/9 35/10 35/11 35/12 35/15 43/19
**100 [1]** 44/19
**10:25 [1]** 47/4
**11:05 [4]** 15/23 16/7 24/13 24/16
**12 [6]** 39/3 39/9 39/15 40/13 40/15 42/19
**12-hour [6]** 35/25 36/24 42/16 42/24 43/8 46/22
**136 [6]** 13/12 13/20 16/24 36/16 38/23 41/23
**1390 [2]** 3/5 4/7
**15 [9]** 1/17 21/10 23/19 25/9 30/10 39/15 45/5 49/10 50/4
**15th [1]** 3/2
**16th [1]** 9/2
**18 [2]** 8/15 9/16
**1819 [2]** 1/24 49/2
**19 [1]** 9/2
**1:30 [1]** 29/3
**1:31 [1]** 29/9

**2**

**20 [3]** 1/10 8/13 28/19
**200 [1]** 44/19
**2016 [6]** 1/17 3/3 48/18 49/5 49/10 50/4
**2039 [2]** 4/2 49/7
**23rd [2]** 24/6 24/6
**26 [1]** 49/5
**280 [1]** 23/12
**2:20 [1]** 29/3
**2:35 [7]** 16/1 16/14 16/18 27/8 28/1 28/3 29/16

**3**

**30 [9]** 14/15 14/22 14/24 15/2 15/4 15/10 15/12 15/15 49/13
**308 [2]** 4/3 49/7

**4**

**415 [2]** 1/25 49/3
**446 [2]** 1/24 49/2
**4739 [5]** 1/20 3/7 48/20 49/23 51/16
**47th [1]** 24/5
**48 [8]** 31/14 31/15 31/20 31/24 32/5 32/7 32/13 32/16
**4849 [2]** 1/25 49/3
**48th [7]** 13/18 23/9 23/10 23/17 23/20 24/2 31/25

**5**

**5408 [2]** 3/6 4/8

**6**

**6:05 [1]** 14/21
**6:30 [1]** 17/11
**6:34 [1]** 20/6
**6:35 [5]** 14/5 14/6 15/19 20/5 20/6
**6:36 [1]** 13/24
**6:37 [6]** 13/24 14/5 14/7 16/2 34/22 34/24
**6:40 [1]** 17/11
**6:55 [1]** 20/11

**8**

**82 [6]** 33/2 33/5 33/8 33/9 33/20 34/10

**9**

**94102-5408 [2]** 3/6 4/8
**94109 [2]** 1/24 49/2
**94704 [2]** 4/3 49/8
**95 [2]** 24/25 25/7
**982-4849 [2]** 1/25 49/3
**9:30 [1]** 3/3

**A**

**a.m [6]** 3/3 13/25 14/1 14/6 20/5 47/4
**about [26]**
**about are [1]** 7/3
**above [3]** 35/10 49/12 49/13
**above-entitled [1]** 49/12
**accept [2]** 42/25 43/10
**accident [3]** 5/16 5/17 5/19
**accurate [1]** 8/8
**action [3]** 48/12 48/15 49/12
**activating [1]** 26/16
**activities [3]** 21/5 45/18 46/21
**activity [1]** 7/20
**actually [5]** 8/6 14/15 21/21 39/9 39/14
**add [4]** 50/2 50/2 50/2 50/8
**Add/Delete [1]** 50/8
**addition [1]** 29/25
**additional [3]** 29/25 39/5 42/25
**African [1]** 11/10
**African-American [1]** 11/10
**after [4]** 30/3 43/21 45/15 49/16
**again [1]** 30/10
**AGENCY [1]** 1/9
**ago [4]** 5/12 5/21 9/22 42/23
**ahead [3]** 18/9 30/5 36/5
**air [1]** 21/7
**al [1]** 49/9
**all [11]** 1/5 6/8 7/8 11/15 20/22 21/1 21/8 30/13 38/8 47/1 49/25
**allow [3]** 36/9 39/4 42/17
**allowable [1]** 51/4
**ALONZO [1]** 4/13
**also [2]** 4/11 6/12
**always [2]** 25/18 40/13
**am [1]** 48/11
**American [1]** 11/10
**amongst [1]** 41/6
**amount [1]** 38/15
**another [8]** 6/13 16/18 22/6 22/15 22/18 28/6 29/17 30/10
**answer [25]** 5/24 5/25 6/2 6/3 6/6 6/16 6/18 6/24 7/6 7/14 18/9 36/5 36/20 36/22 37/4

37/15 37/16 37/22 38/4 41/21 42/5 44/23 45/10 46/24 49/18
**answered [8]** 18/7 18/8 36/3 36/4 36/19 42/7 44/22 45/9
**answering [1]** 6/10
**answers [1]** 6/20
**any [32]**
**anybody [3]** 32/15 39/16 43/4
**anyone [2]** 39/7 39/18
**anything [11]** 19/5 19/13 19/25 21/2 22/1 27/25 28/23 44/2 44/5 45/15 46/16
**apologize [1]** 38/5
**appear [1]** 51/7
**appeared [3]** 3/7 4/4 4/9
**appointment [1]** 49/14
**appreciated [1]** 49/21
**approval [1]** 49/17
**are [40]**
**around [6]** 14/7 17/2 17/11 20/16 34/17 35/12
**arrange [1]** 49/14
**as [25]** 3/11 3/13 4/4 4/10 5/7 7/10 7/12 9/4 9/9 13/8 15/16 15/16 19/18 21/4 21/4 24/20 31/21 31/21 33/5 33/20 36/11 38/23 45/17 45/17 48/10
**ask [8]** 5/24 6/22 6/23 7/2 7/4 7/13 7/18 7/21
**asked [12]** 6/5 7/25 8/5 18/7 28/14 36/3 36/19 36/21 37/12 43/4 44/21 45/8
**asking [1]** 45/12
**assigned [1]** 9/12
**ASSOCIATES [2]** 1/23 49/1
**assume [2]** 6/24 31/9
**attached [1]** 51/12
**attorney [5]** 3/4 4/6 4/9 5/8 48/12
**attorney's [1]** 49/15
**audibly [2]** 6/3 6/10
**available [3]** 29/5 41/7 49/12
**Avenue [2]** 4/2 49/7
**average [1]** 35/12
**aware [1]** 40/24
**away [2]** 32/12 44/16

**B**

**back [22]** 10/3 16/8 16/15 16/21 17/7 22/5 24/9 27/8 27/9 27/14 27/19 27/21 28/3 33/5 34/7 34/20 42/1 42/13 42/18 43/20 43/24 43/25
**bad [3]** 22/8 26/7 26/14
**bars [2]** 20/25 20/25
**based [2]** 7/22 38/9
**basic [1]** 5/23
**basically [1]** 24/9
**basis [2]** 8/3 8/9
**Battery [6]** 33/10 33/12 33/17 33/22 34/2 34/12
**Battery/Filbert [1]** 34/2
**be [16]** 3/1 5/18 7/18 7/22 7/25 8/1 8/7 8/9 18/2 22/5 24/12 25/13 28/14 29/5 35/22 38/20
**beach [2]** 13/16 13/17
**Beale [2]** 24/8 24/8
**because [8]** 6/23 14/23 15/14 22/4 38/21 40/21 43/8 43/9
**become [1]** 32/5
**been [16]** 8/2 8/12 9/15 10/8

## B

**been... [12]** 10/14 11/23 12/20 12/23 17/24 18/14 28/14 37/1 39/25 44/21 45/8 51/11
**before [32]**
**behalf [3]** 1/5 4/4 4/10
**being [2]** 3/12 16/20
**Bells [1]** 21/1
**Berkeley [2]** 4/3 49/8
**besides [1]** 9/7
**best [5]** 6/18 7/12 7/13 7/22 45/13
**between [3]** 7/24 29/1 34/12
**big [2]** 7/25 8/4
**bike [5]** 20/19 20/20 20/21 45/22 46/4
**bit [1]** 28/7
**blockage [1]** 26/14
**board [7]** 26/20 29/20 29/21 29/22 31/10 43/13 43/15
**boards [1]** 43/12
**body [2]** 20/17 20/17
**BONNIE [2]** 1/23 49/1
**book [1]** 18/5
**Boulevard [1]** 24/6
**box [2]** 44/20 45/6
**Britt [1]** 11/12
**brought [1]** 39/15
**built [2]** 38/22 38/25
**bulletin [4]** 29/22 43/12 43/13 43/15
**bulletins [9]** 14/23 15/5 15/14 19/8 19/11 19/24 21/14 21/15 40/22
**bus [5]** 5/18 20/9 26/15 27/11 46/4
**buses [1]** 11/20

## C

**C-12-03704-YGR [1]** 1/7
**C-a-t-o [1]** 5/6
**c/o [1]** 49/6
**cable [3]** 9/19 9/25 10/6
**CALIFORNIA [8]** 1/2 1/24 3/6 4/3 4/8 15/7 49/2 49/8
**called [3]** 3/11 5/9 23/14
**calls [2]** 44/22 45/9
**Caltrans [9]** 33/11 33/24 34/2 34/4 34/6 34/7 34/13 34/15 34/19
**came [3]** 10/20 40/3 43/1
**can [19]** 5/2 5/5 17/21 18/9 18/11 18/13 18/17 27/16 27/17 27/18 36/5 36/22 37/22 41/21 42/5 44/23 44/25 45/10 46/22
**can't [14]** 11/7 12/13 18/23 19/21 22/23 22/25 35/16 39/20 40/14 40/16 40/19 45/1 45/4 45/14
**capacity [1]** 8/17
**caption [1]** 48/14
**car [8]** 5/17 9/19 9/25 10/6 18/16 19/1 19/5 22/4
**card [11]** 21/13 21/20 21/21 22/11 26/5 30/13 36/1 36/14 44/4 44/8 44/11
**cards [6]** 37/6 37/8 37/10 40/18 44/9 45/7
**case [4]** 1/7 11/18 28/12 29/5

## CATO [12] 1/15 3/9 5/4 5/7

**CATO [12]** 1/15 3/9 5/4 5/7 47/10 48/4 49/6 49/9 49/11 50/4 50/5 50/25
**cause [1]** 48/7
**cc [1]** 49/24
**certain [2]** 41/3 41/9
**CERTIFICATE [1]** 48/1
**Certified [1]** 48/2
**certify [3]** 48/3 48/11 51/3
**change [2]** 49/17 50/8
**changes [5]** 29/20 49/18 49/18 50/5 51/10
**charged [1]** 22/5
**check [2]** 20/17 22/1
**checking [1]** 30/13
**choose [2]** 38/9 41/3
**choosing [1]** 41/6
**circumstances [1]** 12/16
**CITY [14]** 1/9 3/4 3/4 3/11 4/6 4/6 4/9 5/7 5/8 5/9 5/14 8/12 8/16 8/22
**Civil [2]** 1/7 49/20
**close [1]** 32/12
**coach [22]** 20/14 20/16 20/21 20/23 20/25 21/2 21/6 22/8 25/24 26/7 26/8 26/24 27/2 27/4 29/10 30/15 31/17 43/23 43/25 44/1 45/23 46/10
**commencing [1]** 3/3
**compensated [2]** 46/20 46/22
**complaint [1]** 39/16
**complete [1]** 34/1
**complicated [1]** 33/3
**computer [1]** 36/9
**conference [1]** 8/5
**connected [1]** 48/14
**construction [2]** 26/13 27/18
**contact [1]** 49/13
**contained [1]** 49/20
**convenient [2]** 49/14 49/16
**conversation [2]** 26/6 26/25
**cooperation [1]** 49/21
**copy [1]** 49/15
**correct [55]**
**correction [2]** 50/1 51/11
**could [7]** 12/8 12/11 12/16 17/22 24/20 25/2 29/9
**couldn't [2]** 9/21 25/6
**counsel [5]** 4/4 4/10 48/12 48/16 49/25
**COUNTY [5]** 1/9 3/4 3/11 4/6 5/9
**Couple [3]** 10/18 22/24 40/2
**course [1]** 33/23
**court [1]** 1/1 1/23 6/4 7/10 49/1
**criteria [1]** 41/4
**CSR [5]** 1/20 3/7 48/20 49/23 51/16
**curious [1]** 46/3
**current [8]** 10/10 13/11 23/8 28/25 39/3 42/15 43/6 43/20
**currently [2]** 9/9 9/12

## D

**damage [4]** 20/17 20/17 22/7 22/11
**damaged [1]** 22/9
**DARRYL [1]** 1/4
**date [6]** 8/25 47/8 49/13 50/4 50/25 51/18
**day [6]** 7/20 27/15 34/18 35/16 35/18 48/18

## days [3] 14/17 41/9 49/13

**days [3]** 14/17 41/9 49/13
**deadhead [4]** 31/2 33/16 34/7 34/20
**deadheading [1]** 23/15
**deals [1]** 22/12
**Dear [1]** 49/11
**Debra [1]** 10/11
**Debra's [1]** 10/12
**decided [1]** 10/2
**defect [9]** 21/13 21/20 22/10 26/5 30/13 44/4 44/8 44/9 45/7
**defects [1]** 44/3
**Defendant [2]** 3/11 4/10
**Defendants [1]** 1/11
**defending [1]** 5/8
**delete [4]** 50/2 50/3 50/3 50/8
**Depends [1]** 44/18
**DEPONENT'S [1]** 50/1
**deposition [14]** 1/14 3/2 5/11 48/5 48/8 48/13 49/9 49/12 49/14 49/20 50/4 50/4 50/6 51/5
**Deputy [2]** 4/9 5/7
**Describe [1]** 20/15
**desk [1]** 43/18
**did [16]** 5/16 7/19 8/16 8/19 8/23 17/2 17/4 17/7 18/22 30/1 35/1 35/20 36/1 36/7 36/8 42/16
**didn't [4]** 6/4 7/15 10/5 33/14
**diesel [1]** 11/20
**difference [1]** 7/24
**different [3]** 29/10 29/11 36/10
**dining [2]** 7/25 8/3
**director [1]** 8/20
**discipline [2]** 12/3 12/20
**discouraged [2]** 43/9 43/10
**dispatcher [6]** 36/18 39/12 43/7 46/1 46/7 46/18
**dispatcher's [1]** 19/17
**DISPOSITION [1]** 51/1
**DISTRICT [2]** 1/1 1/2
**division [2]** 9/14 43/22
**divisions [1]** 9/17
**do [88]**
**document [2]** 18/15 36/12
**does [23]** 1/10 13/15 13/22 14/2 14/4 15/21 15/22 15/24 20/10 21/9 22/20 24/3 26/9 27/14 28/25 29/23 30/22 31/5 32/5 37/18 38/23 44/19 46/3
**doesn't [1]** 6/8
**doing [1]** 21/25
**don't [29]**
**done [5]** 6/16 23/1 26/25 30/11 45/20
**door [4]** 26/3 26/4 28/23 32/12
**down [8]** 6/7 6/8 19/22 20/12 24/3 24/7 26/17 29/17
**downstairs [1]** 20/9
**drive [5]** 17/18 17/20 17/25 18/6 18/16
**driving [2]** 18/25 23/13
**drop [2]** 31/13 45/6
**DUDLEY [1]** 4/11
**duly [2]** 3/12 48/5
**during [1]** 29/13
**duty [1]** 29/14

## E

**earlier [3]** 20/3 28/15 40/20
**early [6]** 14/25 15/3 15/15
 17/22 24/23 35/1
**ED [1]** 4/14
**effect [1]** 42/24
**either [2]** 31/24 48/13
**Elementary [1]** 30/23
**else [8]** 19/13 19/25 21/2
 27/25 44/2 44/5 45/15 46/16
**end [16]** 13/17 14/4 15/21
 17/7 29/1 31/20 31/24 32/2
 32/22 32/25 33/8 33/10 34/15
 34/20 34/22 36/17
**ended [2]** 41/16 41/25
**ending [1]** 34/4
**ends [4]** 14/6 16/2 16/20
 32/3
**enough [1]** 17/22
**entitled [2]** 48/7 49/12
**Esq [1]** 49/6
**Esquire [1]** 4/4
**essentially [1]** 28/20
**estimate [11]** 7/19 7/21 7/25
 8/4 8/8 8/9 12/8 24/20 45/4
 45/13 45/14
**et [1]** 49/9
**evaluation [1]** 7/22
**evaluations [1]** 12/4
**even [2]** 8/2 22/8
**event [1]** 25/22
**ever [21]** 10/8 17/24 18/4
 18/14 18/24 19/3 24/18 24/23
 25/5 35/1 35/7 35/20 36/1
 36/8 36/17 39/7 39/15 39/18
 40/15 40/17 43/7
**every [6]** 8/22 21/17 34/18
 35/16 35/18 45/11
**exact [2]** 50/2 50/3
**exactly [2]** 17/13 29/17
**Examination [2]** 2/3 5/1
**examined [1]** 3/13
**Exhibit [1]** 36/11
**exhibits [1]** 2/8
**experience [2]** 7/23 45/12
**explored [1]** 18/18
**extra [1]** 31/17

## F

**failed [1]** 51/7
**falls [1]** 25/8
**far [5]** 19/20 21/4 31/21
 44/16 45/17
**fashion [1]** 18/25
**Federal [1]** 49/20
**feet [4]** 28/19 43/19 44/19
 44/19
**fence [1]** 44/13
**few [1]** 23/25
**figured [1]** 43/3
**Filbert [7]** 33/10 33/13 33/18
 33/19 33/22 34/2 34/13
**fill [2]** 22/10 46/8
**Fillmore [2]** 33/12 33/17
**find [2]** 22/14 22/17
**fine [4]** 6/1 6/21 7/16 8/11
**finish [1]** 6/18
**FIRM [2]** 4/2 49/7
**first [8]** 3/12 15/21 15/22
 16/4 29/1 29/18 29/19 32/10
**five [10]** 9/22 12/6 12/11
 12/18 12/21 12/24 18/24 19/4
 40/12 40/17
**Floor [2]** 3/6 4/8
**following [1]** 50/5
**foot [1]** 10/7
**foregoing [2]** 48/4 48/13
**form [1]** 49/17
**formal [1]** 6/4
**format [1]** 5/24
**forth [2]** 3/14 48/10
**forward [1]** 39/16
**found [3]** 45/25 46/6 46/21
**Four [1]** 19/23
**Fox [2]** 3/5 4/7
**FRANCISCO [10]** 1/8 1/9 1/24
 3/5 3/6 3/12 4/7 4/8 5/10
 49/2
**Frederick [1]** 24/7
**free [1]** 45/20
**Friday [2]** 1/17 3/2
**full [1]** 44/18
**funny [2]** 38/6 38/7
**further [1]** 48/11

## G

**gave [2]** 31/24 36/20
**general [1]** 9/24
**generally [4]** 24/4 27/8 27/15
 27/19
**get [48]**
**getting [3]** 26/12 41/16 42/1
**gilley [3]** 27/23 28/18 28/21
**give [18]** 6/6 6/19 7/12 7/19
 7/21 8/3 12/8 22/6 24/20
 25/2 25/10 25/24 26/11 27/17
 29/14 45/4 45/12 45/14
**given [5]** 17/24 18/14 21/16
 37/16 51/3
**giving [1]** 37/4
**go [20]** 5/23 10/3 18/9 19/13
 20/9 20/16 20/24 24/9 27/9
 29/16 29/19 30/5 30/8 30/23
 32/2 33/24 36/5 41/6 43/23
 45/23
**goes [1]** 24/2
**going [6]** 6/24 7/2 7/10 19/3
 26/16 28/13
**good [2]** 26/7 36/24
**got [7]** 17/9 19/4 20/21
 20/24 29/9 41/23 46/22
**gotten [3]** 18/4 18/25 32/9
**GRAGASIN [1]** 4/14
**GRANDBERRY [1]** 1/4
**GRIFFIN [1]** 1/4
**ground [1]** 5/23
**guess [2]** 7/23 8/9
**guessing [2]** 7/24 8/1

## H

**had [10]** 5/11 5/19 9/6 9/24
 11/24 16/24 25/19 40/13
 40/15 43/7
**Haight [2]** 24/7 24/7
**half [2]** 15/22 40/8
**hall [1]** 19/22
**HAMMERNESS [6]** 1/20 3/7 48/2
 48/20 49/23 51/16
**hand [5]** 22/11 26/4 26/22
 46/18 48/18
**hand-off [1]** 26/22
**handicapped [1]** 26/15
**happen [2]** 5/18 5/18
**happened [2]** 5/18 7/15
**happens [1]** 25/22

## HARDEN
**HARDEN [1]** 4/13
**has [4]** 32/9 51/10 51/10
 51/11
**have [68]**
**haven't [3]** 36/25 39/11 43/3
**he [5]** 11/1 18/8 36/4 36/20
 42/7
**He's [1]** 37/16
**head [1]** 6/6
**Headlights [1]** 21/8
**heavier [1]** 21/23
**HEDY [1]** 1/4
**height [1]** 10/6
**help [1]** 26/16
**her [4]** 10/20 11/6 11/7 40/3
**here [4]** 7/13 8/6 13/8 16/12
**hereby [1]** 48/3
**herein [1]** 48/10
**hereinafter [1]** 3/13
**hereunto [1]** 48/17
**Hey [1]** 29/9
**High [1]** 30/24
**him [8]** 25/24 26/4 26/6 26/7
 26/11 26/13 26/19 26/20
**hire [1]** 8/25
**hired [1]** 9/4
**his [4]** 10/22 11/14 41/19
 42/3
**home [5]** 8/1 8/2 19/3 19/4
 31/18
**Hoover [6]** 30/23 31/3 31/6
 31/8 31/15 32/4
**hour [8]** 3/3 29/4 35/25
 36/24 42/16 42/24 43/8 46/22
**hours [6]** 39/3 39/9 39/15
 40/13 40/15 42/19
**how [52]**
**However [1]** 49/17
**huh [1]** 38/3

## I

**I'll [1]** 6/18
**I'm [33]**
**idea [2]** 12/14 25/2
**identification [1]** 46/14
**immediately [3]** 23/23 26/20
 27/9
**important [6]** 6/2 6/9 6/12
 6/17 41/12 41/14
**include [2]** 37/19 38/24
**indicate [3]** 49/17 50/2 50/2
**indicating [1]** 49/18
**information [3]** 26/11 26/18
 46/9
**inside [2]** 20/24 20/24
**installed [1]** 42/19
**instead [1]** 49/15
**instructions [1]** 40/25
**interested [1]** 48/11
**interrogated [1]** 3/13
**is [60]**
**island [3]** 26/1 26/2 26/3
**issued [1]** 12/23
**it [79]**
**it's [43]**
**item [1]** 45/25
**items [1]** 43/24

## J

**January [5]** 1/17 3/2 49/5
 49/10 50/4
**Jeopardy [1]** 6/16
**job [3]** 7/3 9/6 29/14

## J

**JOEL [2]**   4/4 49/6
**JOHN [2]**   4/11 37/12
**JONATHAN [1]**   4/9
**Junior [1]**   30/24
**just [13]**   5/7 7/21 16/12
18/8 22/4 24/4 28/12 31/17
32/13 36/4 36/7 36/20 42/25

## K

**K-a-r-l [1]**   5/6
**KARL [10]**   1/15 3/9 5/4 47/10
48/4 49/6 49/9 50/4 50/5
50/25
**keep [1]**   35/17
**kids [6]**   30/23 31/9 31/13
31/18 32/4 32/9
**kind [1]**   11/17 39/16
**know [25]**   5/21 6/23 7/15 8/2
10/5 10/12 10/14 10/22 17/12
24/13 26/7 26/13 26/19 26/20
32/24 38/2 38/12 39/1 39/21
39/25 40/3 40/5 41/14 43/9
46/20

## L

**last [15]**   10/12 10/22 11/3
12/2 12/17 12/21 12/24 18/22
18/23 18/24 19/4 40/5 40/12
40/17 49/16
**late [18]**   24/17 24/25 25/2
25/5 25/8 25/9 34/18 35/3
35/5 35/7 35/9 35/11 35/16
35/17 35/21 36/2 36/16 37/1
**LAW [2]**   4/2 49/7
**lawsuit [1]**   5/8
**learn [1]**   42/16
**least [2]**   15/13 40/21
**leave [2]**   45/21 46/3
**left [5]**   24/5 24/6 43/16
43/24 45/23
**less [2]**   29/4 40/15
**let [8]**   5/23 6/18 6/23 26/7
26/13 26/19 26/20 36/10
**Let's [1]**   37/16
**letter [2]**   49/18 51/11
**Levi [1]**   33/15
**lift [1]**   26/16
**lights [4]**   20/23 21/1 21/8
30/13
**like [11]**   6/15 7/4 7/9 8/7
12/4 22/4 26/21 29/11 29/17
30/8 31/17
**limit [1]**   10/6
**Lincoln [2]**   24/6 24/6
**line [15]**   13/13 13/15 27/12
29/11 30/17 31/14 31/15
31/20 31/24 32/2 32/7 41/8
49/17 49/19 50/8
**listen [1]**   6/17
**lists [1]**   38/8
**little [4]**   15/16 28/7 29/4
46/8
**live [2]**   15/6 15/7
**lived [1]**   15/8
**located [2]**   43/15 44/12
**location [1]**   34/5
**Logan [1]**   39/24
**long [18]**   5/12 8/5 8/12 9/15
10/14 11/1 15/8 21/9 23/17
26/9 27/14 29/23 31/5 39/25
40/7 44/19 45/5 45/13
**look [2]**   29/19 38/6

**looking [2]**   38/7 41/4
**looks [1]**   28/20
**loose [1]**   21/1
**lost [3]**   45/25 46/6 46/21
**lost-and-found [1]**   45/25
**Lucretia [1]**   39/24
**lugs [1]**   20/18
**lunch [1]**   27/22

## M

**MABREY [1]**   4/12
**made [2]**   51/8 51/10
**mailbox [3]**   44/8 44/10 44/12
**make [21]**   7/5 7/5 15/12
17/21 18/11 18/13 18/17
20/17 20/18 20/21 20/22
20/25 21/7 21/8 25/20 26/12
32/18 33/14 34/1 34/12 43/24
**making [1]**   16/15
**MALCOLM [1]**   4/12
**mandatory [4]**   15/1 15/2 15/4
19/9
**many [5]**   5/21 13/1 33/23
34/1 40/25
**marked [2]**   2/8 36/11
**Market [7]**   3/5 4/7 16/11
24/7 24/8 24/13 25/12
**may [5]**   7/4 7/13 7/18 49/14
49/15
**Maybe [2]**   11/3 28/9
**me [43]**
**mean [1]**   30/22
**means [1]**   20/15
**meet [1]**   11/24
**meetings [2]**   12/2 12/17
**MELISSA [6]**   1/20 3/7 48/2
48/20 49/23 51/16
**met [1]**   12/9
**might [4]**   6/6 8/7 35/12 41/9
**minimum [1]**   15/13
**minute [1]**   45/4
**minutes [37]**
**Misstates [2]**   41/19 42/3
**moment [1]**   23/5
**moments [1]**   23/25
**month [3]**   7/20 22/22 22/24
**months [3]**   10/18 11/3 40/2
**more [10]**   7/20 12/11 21/13
25/5 26/21 35/11 39/9 43/13
46/5 49/15
**morning [5]**   14/20 17/17 19/11
29/20 30/1
**move [1]**   37/17
**Mr [4]**   2/4 5/1 49/6 49/11
**Mr. [1]**   5/7
**Mr. Cato [1]**   5/7
**MTA [7]**   9/1 9/6 9/18 17/19
17/25 18/2 18/15
**much [7]**   7/22 19/10 24/21
25/18 28/8 39/1 44/25
**Muni [3]**   8/14 8/17 35/22
**MUNICIPAL [1]**   1/8
**mutually [1]**   49/14
**my [16]**   6/2 6/10 6/16 6/17
6/18 8/1 8/2 18/10 21/8
32/23 36/10 36/22 42/5 47/2
48/18 50/5

## N

**name [11]**   5/3 10/12 10/22
11/6 11/7 11/15 24/13 40/5
46/10 46/11 49/16
**named [1]**   48/14

**nature [2]**   13/3 16/25
**need [11]**   7/5 17/25 18/2
18/6 18/15 21/5 26/16 28/1
29/5 40/20 41/1
**needs [1]**   42/8
**Neil [2]**   10/21 11/5
**Ness [3]**   16/11 24/13 25/12
**never [6]**   8/2 25/19 29/15
34/25 35/2 39/14
**new [2]**   29/16 30/15
**next [4]**   15/24 23/21 27/25
29/6
**no [80]**
**nobody [2]**   43/24 43/25
**nod [1]**   6/6
**None [1]**   25/24
**Noriega [2]**   24/5 24/5
**NORTHERN [1]**   1/2
**not [21]**   6/11 6/12 6/19 7/3
8/7 9/2 9/23 11/14 15/4
15/15 18/18 22/1 22/21 23/14
25/16 35/12 35/14 38/6 42/11
42/12 48/11
**nothing [3]**   12/4 46/23 48/6
**Notice [1]**   3/1
**noticed [1]**   10/5
**noting [1]**   22/11
**now [6]**   21/17 34/10 36/21
37/12 41/24 49/12
**number [9]**   7/19 12/8 25/10
42/23 45/2 46/10 46/11 46/12
49/19

## O

**o'clock [1]**   14/21
**oath [1]**   7/9
**Objection [8]**   18/7 36/3 36/19
37/21 41/19 42/3 44/21 45/8
**observed [1]**   8/6
**occasion [2]**   15/15 15/17
**Occasionally [1]**   15/16
**occasions [1]**   11/23
**occurs [1]**   25/22
**October [1]**   9/2
**off [9]**   14/5 14/17 22/1
26/22 26/24 27/4 31/13 41/10
47/4
**office [4]**   3/4 4/6 49/13
49/13
**often [10]**   22/20 22/21 25/16
29/13 34/24 35/11 35/12
35/14 46/3 46/5
**Okay [22]**   6/10 6/20 6/25 7/1
7/7 8/10 14/13 15/6 15/18
16/14 21/18 23/1 24/12 26/9
29/13 29/21 29/23 30/7 30/16
30/19 34/19 47/1
**old [1]**   20/17
**once [7]**   20/8 22/22 22/22
26/24 32/12 44/5 45/20
**one [11]**   6/13 14/9 14/10
32/2 32/9 36/10 36/17 40/15
40/18 42/8 43/13
**one-piece [1]**   14/10
**ones [1]**   32/10
**only [3]**   17/21 18/11 18/17
**oOo [5]**   1/3 2/13 3/18 4/17
47/5
**op [8]**   20/14 20/16 20/24
21/2 21/9 21/25 23/1 43/23
**open [2]**   26/3 26/4
**operable [1]**   20/22
**operate [1]**   33/5

## O

**operating [1]** 11/20
**operator [11]** 5/18 7/4 9/4
  9/7 9/10 16/18 22/6 24/14
  25/13 25/16 25/20
**oral [1]** 12/24
**orders [1]** 29/12
**original [2]** 49/12 49/24
**Ortega [7]** 13/8 23/9 23/11
  23/18 23/20 24/3 31/25
**other [14]** 8/16 9/6 9/17
  11/25 14/24 18/25 19/5 19/19
  19/20 21/5 26/11 29/6 29/14
  34/4
**others [1]** 1/5
**our [1]** 49/13
**out [27]**
**outcome [1]** 48/12
**outfit [16]** 15/18 19/14 19/18
  19/19 19/25 20/2 20/6 20/8
  21/11 21/12 21/16 28/6 28/11
  29/16 30/4 30/7
**outside [1]** 16/12
**over [10]** 5/23 6/13 6/19
  23/24 25/25 31/2 31/5 31/8
  33/16 40/12
**overtime [13]** 35/20 36/1
  36/14 37/19 38/18 38/20
  38/24 38/25 39/5 39/8 40/18
  42/17 43/7
**own [2]** 19/1 19/5

## P

**p.m [3]** 14/7 16/2 34/22
**paddle [2]** 21/13 32/23
**page [4]** 2/2 49/16 49/19
  50/8
**paid [2]** 27/5 35/23 37/2
**paper [3]** 18/4 21/20 21/23
**Pardon [4]** 16/16 22/16 37/20
  41/22
**park [2]** 8/18 44/17
**part [15]** 15/21 15/24 16/4
  16/14 16/17 26/25 27/7 29/1
  29/2 30/19 33/25 37/18 38/17
  38/23 40/21
**particular [1]** 7/20
**particularly [1]** 8/7
**parties [2]** 48/13 48/15
**party [1]** 5/9
**passengers [1]** 23/13
**past [2]** 11/23 12/6
**pay [6]** 37/4 37/7 37/9 37/11
  38/17 38/23
**pays [1]** 38/15
**people [1]** 41/9
**percent [5]** 24/22 24/25 25/8
  35/15 35/15
**percentage [1]** 24/21
**perfectly [1]** 7/16
**perform [1]** 29/14
**performance [1]** 12/3
**person [1]** 26/15
**personal [4]** 8/8 18/1 43/24
  45/11
**personally [1]** 3/7
**pick [15]** 15/18 19/13 19/18
  19/25 20/2 20/3 20/4 20/8
  28/11 29/6 29/16 30/3 30/7
  30/23 32/4
**picking [3]** 20/6 28/6 41/13
**piece [6]** 14/9 14/10 14/10

18/4 21/20 21/23
**place [2]** 31/18 48/9
**Plaintiffs [2]** 1/6 4/5
**plan [1]** 49/13
**playground [3]** 8/20 8/21 8/22
**Plaza [2]** 3/5 4/7 33/15
**please [5]** 5/2 5/5 36/23
  49/13 49/18
**point [3]** 13/17 32/22 32/25
**points [3]** 6/15 31/20 33/9
**policy [4]** 17/19 18/5 18/15
  40/24
**Polk [2]** 1/24 49/2
**Possibly [1]** 13/7
**Post [1]** 43/23
**Post-op [1]** 43/23
**posted [1]** 15/14
**potential [1]** 12/3
**pre [7]** 20/14 20/16 20/24
  21/2 21/9 21/25 23/1
**pre-op [7]** 20/14 20/16 20/24
  21/2 21/9 21/25 23/1
**prefer [1]** 41/9
**prep [2]** 29/17 30/8
**PRESENT [1]** 4/11
**pressure [1]** 21/7
**Pretty [1]** 25/18
**previous [5]** 17/4 17/10 41/16
  41/23 41/25
**previously [1]** 36/11
**print [2]** 50/2 50/3
**problem [1]** 6/11
**Procedure [1]** 49/20
**process [2]** 6/4 46/6
**prohibits [1]** 39/8
**prompted [1]** 13/4
**proper [1]** 21/7
**public [1]** 18/19
**pull [31]**
**pull-in [1]** 41/18
**pulled [2]** 29/18 42/13
**pulling [7]** 16/21 16/22 17/5
  17/7 20/13 36/16 42/1
**pursuant [1]** 3/1
**put [11]** 31/18 35/20 36/1
  36/8 39/4 43/7 44/4 44/7
  44/9 46/9 46/11
**putting [1]** 39/8

## Q

**question [25]** 5/24 6/3 6/5
  6/16 6/17 6/22 6/23 7/6 18/8
  18/10 36/4 36/6 36/10 36/20
  36/22 37/3 37/15 37/22 37/25
  38/4 41/21 42/5 44/23 45/10
  49/18
**question-and-answer [1]** 5/24
**questions [6]** 5/25 6/10 7/2
  7/4 7/14 47/2
**quite [1]** 22/1

## R

**rack [2]** 20/20 20/21
**raised [1]** 39/11
**range [8]** 27/17 35/25 36/24
  38/2 38/8 38/12 38/14 46/23
**rather [2]** 41/17 42/1
**re [1]** 49/9
**read [10]** 14/23 15/5 15/14
  19/7 19/24 38/12 40/22 43/12
  49/15 51/4
**reading [3]** 19/10 49/16 51/7
**ready [1]** 21/6

**really [1]** 41/14
**reason [1]** 14/24
**reasons [1]** 49/18
**Rec [1]** 8/18
**recall [2]** 7/14 41/24
**receiver [1]** 21/12
**receiver's [4]** 28/3 28/17
  28/20 43/17
**recognize [1]** 36/12
**recollection [2]** 7/13 11/14
**record [2]** 47/4 51/9
**records [1]** 35/17
**regarding [1]** 49/20
**regular [5]** 14/17 31/12 31/15
  32/13 41/9
**related [2]** 11/25 48/14
**relationship [3]** 5/13 28/17
  43/17
**relief [7]** 16/15 17/9 25/20
  25/22 26/2 26/12 42/12
**relieve [2]** 25/13 25/16
**relieved [9]** 16/7 16/9 16/10
  16/20 17/11 24/12 26/12
  41/17 42/1
**relieves [1]** 24/14
**relieving [1]** 16/18
**remember [20]** 8/25 10/19 11/1
  11/4 11/17 11/18 11/18 13/1
  13/3 13/8 13/19 16/23 17/3
  17/13 39/20 40/9 40/14 40/16
  40/19 42/20
**REMEMBERED [1]** 3/1
**rental [1]** 22/4
**report [9]** 14/13 15/11 15/18
  20/2 20/4 20/5 28/1 38/2
  38/8
**reported [2]** 1/19 48/8
**reporter [3]** 6/5 48/1 48/3
**Reporting [1]** 1/23 49/1
**reports [2]** 38/12 38/14
**represented [2]** 4/3 4/8
**required [7]** 14/23 17/22 29/5
  44/5 45/18
**requirement [1]** 17/19
**respect [2]** 42/15 43/6
**respective [1]** 48/15
**response [1]** 7/12
**responsibilities [1]** 25/23
**responsibility [1]** 27/2
**retrace [1]** 24/9
**revenue [2]** 23/4 23/7
**review [3]** 49/13 51/1 51/9
**review/signature [1]** 51/9
**reviewed [1]** 51/10
**right [22]** 7/8 11/11 11/15
  13/14 16/12 20/2 20/7 21/23
  22/6 23/2 24/5 24/7 24/8
  25/15 28/21 29/7 29/18 33/4
  38/20 41/17 42/14 45/11
**rights [1]** 49/20
**Rolnick [3]** 2/4 4/9 5/1
**room [6]** 8/1 8/3 8/5 27/23
  28/18 28/21
**route [9]** 13/13 13/15 24/4
  30/20 31/12 31/22 31/23 32/1
  33/8
**rule [3]** 12/3 13/6 18/5
**rules [2]** 5/23 49/20
**run [70]**
**runs [3]** 38/8 39/9 41/6

## S

**said [11]** 5/7 10/4 18/2 19/7

**S**

**said... [7]** 39/14 41/25 42/19 42/23 48/8 48/12 48/15
**sake [1]** 38/7
**same [2]** 17/2 36/20
**SAN [10]** 1/8 1/9 1/24 3/5 3/6 3/12 4/7 4/8 5/10 49/2
**Santiago [1]** 31/1
**Sarita [1]** 11/12
**Saturday [2]** 14/17 41/11
**say [15]** 15/9 20/11 25/10 27/7 29/3 29/9 34/10 35/14 35/24 39/3 42/18 42/20 43/7 43/19 44/9
**saying [1]** 37/6
**says [3]** 17/25 18/6 18/15
**scheduled [6]** 29/6 32/21 34/22 37/19 38/20 38/24
**school [8]** 30/21 31/3 31/6 31/8 31/15 31/18 32/4 32/13
**screwed [1]** 39/10
**second [6]** 16/14 16/17 27/7 29/2 30/19 33/25
**see [1]** 29/19
**seem [1]** 41/24
**send [1]** 49/18
**seniority [1]** 38/10
**sense [2]** 7/5 33/14
**service [9]** 23/4 23/7 23/14 23/22 23/24 24/1 24/2 33/20 34/15
**Services [2]** 1/23 49/1
**set [4]** 3/13 35/22 48/10 48/17
**Seventh [2]** 3/5 4/7
**severe [1]** 22/7
**SFMTA [1]** 49/9
**shake [1]** 6/7
**Shattuck [2]** 4/2 49/7
**she's [2]** 10/14 39/25
**SHEET [1]** 50/1
**shop [3]** 39/21 39/25 40/9
**Shorthand [1]** 48/2
**should [1]** 25/13
**show [2]** 6/8 36/10
**shows [2]** 38/14 38/17
**sic [1]** 20/25
**side [4]** 6/7 6/7 23/24 25/25
**Siegfried [3]** 40/4 40/7 40/10
**Siegfried's [1]** 40/5
**sign [9]** 9/24 19/15 19/16 19/20 19/24 22/11 38/9 49/16 51/4
**sign-in [1]** 19/20
**sign-up [2]** 9/24 38/9
**signage [1]** 32/7
**signature [4]** 49/13 49/16 49/20 51/9
**signed [2]** 9/24 51/10
**signing [1]** 51/7
**similar [1]** 16/25
**similarly [1]** 1/5
**simple [3]** 37/3 37/4 37/14
**since [3]** 7/2 10/8 15/9
**single [1]** 32/18
**sit [2]** 7/13 13/8
**sitting [1]** 8/7
**situated [1]** 1/5
**situation [2]** 22/9 25/19
**situations [1]** 7/18
**six [6]** 11/3 18/24 19/4 37/12 40/12 40/17

**sleeping [1]** 43/25
**so [39]**
**some [18]** 5/16 5/23 7/4 7/14 7/18 8/8 8/16 11/24 13/6 21/15 29/14 38/13 38/14 41/9 42/18 45/11 46/6 46/9
**somebody [4]** 22/12 42/23 45/23 46/3
**something [10]** 17/24 18/5 22/9 26/17 28/12 29/6 29/11 41/12 42/24 45/22
**sometime [1]** 17/11
**sometimes [5]** 21/15 24/17 24/19 38/17 41/8
**somewhere [1]** 26/17
**sorry [2]** 33/19 33/25
**sort [3]** 11/6 26/17 30/14
**sounds [2]** 26/21 31/17
**speak [1]** 6/9
**speculation [2]** 44/22 45/9
**spell [1]** 5/5
**spend [1]** 19/10
**split [4]** 14/12 15/22 16/25 17/15
**spoken [1]** 6/9
**spread [1]** 42/16
**standard [1]** 22/2
**standby [3]** 27/5 28/25 29/13
**stanyon [1]** 20/25
**start [13]** 13/23 14/2 14/5 14/6 14/16 15/25 16/17 17/2 17/4 23/7 29/2 33/10 33/20
**starter [1]** 22/13
**starts [5]** 14/13 14/23 27/7 40/21 41/1
**state [1]** 5/2
**stated [1]** 48/9
**STATES [1]** 1/1
**status [1]** 27/5
**statutory [1]** 51/4
**step [1]** 26/24
**steps [2]** 19/23 19/23
**steward [4]** 39/21 40/1 40/7 40/9
**still [3]** 22/10 30/16 43/2
**stipulation [1]** 51/8
**STITT [3]** 1/4 5/9 49/9
**stop [1]** 32/15
**street [9]** 1/24 3/5 4/7 24/3 32/3 32/19 32/22 33/16 49/2
**stuff [1]** 30/14
**subject [1]** 29/12
**subjected [1]** 12/20
**submit [4]** 36/17 37/6 37/8 37/10
**submitted [3]** 36/25 40/18 51/11
**substance [1]** 49/17
**such [1]** 51/7
**Suite [4]** 1/24 4/3 49/2 49/7
**Sunday [2]** 14/18 41/11
**superintendent [8]** 10/10 10/15 10/19 11/2 11/4 11/16 11/24 39/12
**superintendents [1]** 12/17
**supervisor [1]** 11/25
**supposed [1]** 24/12
**sure [13]** 7/5 9/2 9/23 20/18 20/18 20/21 20/22 20/25 21/7 21/8 42/11 42/12 43/24
**sworn [2]** 3/12 48/5

**T**

**table [3]** 8/1 8/3 8/6

**tag [2]** 46/8 46/9
**take [12]** 21/9 23/12 26/9 27/11 27/12 27/14 29/10 29/23 31/5 31/12 44/19 46/1
**taken [1]** 5/11
**takes [3]** 26/21 45/5 45/13
**taking [3]** 3/2 6/8 32/15
**talk [3]** 6/4 6/12 6/19
**talked [4]** 29/17 30/8 39/7 39/18
**talking [1]** 35/15
**tall [2]** 10/4 10/5
**tell [12]** 7/10 9/21 12/11 12/13 12/16 18/23 19/21 22/23 22/25 25/6 35/16 44/25
**telling [2]** 25/7 37/7
**term [1]** 14/10
**Terminal [4]** 13/16 24/4 24/8 33/22
**testified [1]** 41/15
**testify [3]** 7/10 42/8 48/5
**testimony [6]** 7/17 41/20 42/4 49/16 50/2 50/2
**than [16]** 9/22 12/11 18/25 19/5 21/23 25/5 26/21 29/4 29/6 35/11 39/9 40/15 41/17 42/1 43/13 46/5
**Thank [3]** 47/1 47/3 49/21
**that [131]**
**that's [17]** 7/16 13/13 15/14 17/21 18/11 18/13 18/17 19/18 22/1 22/7 23/14 30/5 33/14 39/13 41/12 46/14 46/17
**their [2]** 46/4 48/15
**them [6]** 5/25 7/6 18/5 22/14 22/17 31/13
**themselves [1]** 1/5
**then [24]** 8/25 10/2 15/24 16/2 21/17 22/14 22/17 23/25 24/12 28/7 30/7 30/16 31/12 32/18 32/21 32/25 33/5 33/20 34/7 34/15 34/19 45/20 45/23 46/18
**there [39]**
**there's [9]** 18/18 20/19 22/1 26/15 28/12 29/19 31/12 38/9 45/25
**there's a [1]** 20/19
**thereafter [1]** 48/9
**therein [1]** 48/9
**thereof [1]** 3/3
**thereupon [1]** 3/13
**these [4]** 36/25 37/6 37/8 40/18
**they [13]** 10/4 11/3 29/5 29/9 29/14 31/17 37/4 37/7 37/9 37/11 42/18 42/19 42/20
**They're [1]** 32/10
**things [1]** 46/7
**think [5]** 11/6 11/7 11/15 41/15 46/5
**Third [4]** 32/3 32/18 32/22 33/16
**this [18]** 5/24 6/4 6/8 11/17 14/9 16/24 18/3 18/8 25/19 29/20 31/17 37/12 42/21 44/12 45/11 48/18 49/13 49/20
**those [12]** 12/17 13/9 31/13 32/9 36/17 38/12 38/14 46/7 46/18 46/20 47/1 49/18
**though [1]** 7/23

## T

**three [1]** 36/21
**through [1]** 43/23
**TIDRICK [2]** 4/2 49/7
**time [43]**
**times [8]** 7/19 12/9 12/12
22/24 33/23 34/1 36/21 37/13
**tires [1]** 22/8
**today [1]** 7/13
**told [3]** 16/23 40/20 42/20
**TONY [1]** 1/4
**too [1]** 10/4
**traffic [2]** 26/14 27/18
**Transbay [5]** 13/16 24/4 24/8
31/25 33/22
**transcribed [1]** 48/10
**transcript [8]** 49/12 49/14
49/16 49/17 50/6 51/1 51/10
51/12
**transfers [7]** 21/18 21/19
26/4 44/7 44/8 44/9 45/6
**transit [4]** 7/3 9/4 9/7 9/9
**transportation [2]** 1/9 18/19
**Trapeze [7]** 35/22 39/4 39/13
42/17 42/19 42/25 43/10
**travel [1]** 24/3
**trip [3]** 23/17 32/18 34/1
**tripper [1]** 30/21
**trips [1]** 34/12
**truly [1]** 49/22
**truth [4]** 7/11 48/6 48/6
48/6
**try [1]** 15/12
**trying [5]** 6/19 11/6 11/15
38/6 42/25
**turn [3]** 33/2 44/7 45/23
**turning [1]** 46/7
**Twice [1]** 34/3
**two [7]** 8/23 8/24 14/9 14/10
19/23 31/20 34/12
**two-piece [2]** 14/9 14/10

## U

**Uh [1]** 38/3
**Uh-huh [1]** 38/3
**under [1]** 7/9
**understand [7]** 6/23 7/6 14/10
18/13 37/22 37/24 43/1
**understanding [2]** 43/1 43/2
**understood [2]** 6/25 42/6
**unfair [1]** 39/14
**union [1]** 39/18
**UNITED [1]** 1/1
**Unless [1]** 45/22
**until [2]** 32/9 33/5
**up [27]**
**us [2]** 5/5 49/18
**use [1]** 21/25
**usually [2]** 24/16 25/3 35/5
44/16

## V

**Vacaville [4]** 15/7 15/8 18/19
19/4
**Vague [1]** 37/21
**Van [3]** 16/11 24/13 25/12
**varies [6]** 27/20 31/7 34/18
35/6 44/24 44/25
**various [1]** 38/8
**vary [2]** 27/16 27/18
**vehicle [17]** 5/19 17/20 18/1
18/6 20/12 20/17 22/15 22/18
29/17 29/18 43/21 44/17

**44/20 45/6 45/16 46/12 46/14**
**versus [2]** 5/9 8/9
**very [2]** 43/10 49/22
**violation [1]** 13/6
**violations [1]** 12/3

## W

**WAGNER [2]** 1/23 49/1
**wait [4]** 22/14 22/17 23/25
31/9
**waiting [1]** 25/13
**waive [1]** 51/9
**walk [4]** 43/16 44/20 45/5
45/13
**want [10]** 7/12 7/23 11/14
15/9 20/11 22/5 29/3 29/10
31/23 42/18
**wanted [2]** 6/5 10/2
**wants [1]** 32/15
**warning [2]** 13/3 13/4
**warnings [1]** 12/23
**was [29]**
**wasn't [1]** 25/20
**way [7]** 17/21 18/11 18/13
18/17 25/7 35/22 49/19
**we [8]** 6/4 29/9 29/10 29/17
30/8 49/14
**we've [1]** 36/11
**week [3]** 7/20 9/19 10/2
**Weingarten [2]** 10/24 10/25
**well [4]** 19/18 26/19 29/19
42/8
**were [6]** 7/9 7/9 9/4 10/5
35/20 36/2
**what [40]**
**what's [8]** 13/11 13/17 13/22
17/22 21/11 24/4 31/22 33/8
**whatsoever [1]** 12/14
**wheelchair [1]** 26/19
**wheels [1]** 20/18
**when [44]**
**where [23]** 7/18 9/12 9/12
11/18 11/24 13/15 15/6 16/10
17/22 19/16 23/7 25/8 25/20
28/17 30/19 30/25 31/23 34/9
43/15 43/17 44/12 44/16 45/6
**WHEREOF [1]** 48/17
**whether [4]** 7/15 12/11 18/18
42/12
**which [5]** 5/8 8/21 27/12
29/21 51/4
**while [1]** 31/9
**who [12]** 3/12 10/10 10/19
10/19 11/4 24/14 32/15 39/21
39/23 40/3 40/9 42/20
**who's [2]** 26/16 32/15
**whole [3]** 8/14 32/1 48/6
**why [3]** 30/5 33/14 35/24
**will [1]** 51/8
**window [8]** 19/17 19/19 19/20
28/4 28/17 28/20 30/5 43/18
**Windshield [1]** 20/22
**wipers [1]** 20/22
**wish [3]** 49/17 50/2 50/3
**within [3]** 12/2 48/7 51/4
**within-entitled [1]** 48/7
**without [1]** 23/13
**witness [8]** 3/11 7/10 48/4
48/17 51/3 51/7 51/8 51/10
**woman [3]** 6/8 11/8 11/10
**won't [12]** 22/8 22/10 35/22
36/9 37/2 37/4 37/7 37/9
37/11 39/4 42/25 43/10

## Woods [38]

**words [3]** 6/9 50/2 50/3
**work [13]** 5/13 8/16 9/25
11/25 17/20 18/11 18/6 18/16
18/19 18/25 20/23 29/10
45/18
**worked [3]** 8/17 9/17 9/19
**working [6]** 9/9 9/13 21/1
21/1 21/8 39/15
**would [9]** 7/22 7/25 8/1 8/8
8/9 17/10 25/10 38/20 43/19
**wouldn't [1]** 42/17
**writing [1]** 17/25
**written [3]** 12/23 18/14 40/24
**wrong [1]** 41/24

## Y

**yard [5]** 22/13 23/2 44/14
44/15 44/18
**year [6]** 11/3 11/23 12/2
12/12 22/22 40/8
**years [16]** 5/21 8/13 8/23
8/24 9/16 9/22 12/6 12/18
12/21 12/24 18/24 19/4 40/12
40/17 42/18 42/23
**yes [34]**
**YGR [1]** 1/7
**you [391]**
**you're [26]**
**you've [4]** 23/1 37/12 45/20
**YOUNG [2]** 4/4 49/6
**your [81]**
**yours [1]** 49/22



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--

DARRYL A. STITT,

Plaintiff,

vs.

Case No.
C12-03704 YGR

THE SAN FRANCISCO MUNICIPAL
TRANSPORTATION AGENCY, et al.,

Defendant.

_____/

Deposition of

KENNETH CHAMBERS

Thursday, December 19, 2013

Reported by:

MELISSA HAMMERNESS
CSR No. 4739

BONNIE WAGNER & ASSOCIATES
Court Reporting Services
1819 Polk Street, Suite 446
San Francisco, California 94109
(415) 982-4849

1

---

I N D E X

Page

Examination by:

Mr. Rolnick                5

E X H I B I T S

(No exhibits marked.)

---oOo---

2

---

BE IT REMEMBERED that, pursuant to Notice of
Taking Deposition and on Thursday, the 19th of December,
2013, commencing at the hour of 9:30 a.m. thereof, at
the OFFICE OF THE CITY ATTORNEY, CITY AND COUNTY OF
SAN FRANCISCO, Fox Plaza, 1390 Market Street, Seventh
Floor, San Francisco, California 94102-5408, before me,
MELISSA HAMMERNESS, CSR No. 4739, personally appeared

KENNETH CHAMBERS,

called as a witness by the Defendant; who, being by me
first duly sworn, was thereupon examined and
interrogated as hereinafter set forth.

---oOo---

3

---

A P P E A R A N C E S

THE TIDRICK LAW FIRM, 2039 Shattuck Avenue,
Suite 308, Berkeley, California 94704, represented by
JOEL B. YOUNG, Esquire, appeared as counsel on behalf of
the Plaintiffs.

OFFICE OF THE CITY ATTORNEY, CITY AND COUNTY
OF SAN FRANCISCO, Fox Plaza, 1390 Market Street, Seventh
Floor, San Francisco, California 94102-5408, represented
by JONATHAN C. ROLNICK, Deputy City Attorney, appeared
as counsel on behalf of the Defendant.

ALSO PRESENT:   DARRYL STITT
                JOHN DUDLEY
                GILBERT OGUINN

---oOo---

4

EXAMINATION BY MR. ROLNICK

1                 EXAMINATION BY MR. ROLNICK
2         MR. ROLNICK: Q. Can you please state your
3 name.
4      A.   Kenneth Chambers.
5      Q.   Can you spell that, please.
6      A.   K-e, double n, e-t-h, C-h-a-m-b-e-r-s.
7      Q.   Mr. Chambers, I just introduced myself. My
8 name is John Rolnick. I'm a Deputy City Attorney. I'm
9 taking your deposition today in the lawsuit that you
10 joined related to your employment with the San Francisco
11 MTA.
12      A.   Yes.
13      Q.   Have you had your deposition taken before?
14      A.   No.
15      Q.   Let me go over the ground rules so you know
16 what's going on.
17      A.   Okay.
18      Q.   It's a question-and-answer format. I get to
19 ask the questions. You get to answer them. Okay?
20      A.   Okay.
21      Q.   It's important that when you answer my
22 questions that you answer them audibly. All right?
23      A.   Okay.
24      Q.   Sometimes it's going to seem like you and I
25 are having a conversation. In conversation, people

                                            5

1 sometimes nod their head up and down for "yes" or shake
2 it side to side for "no" or some other physical gesture.
3 I understand what you're indicating to me, but the court
4 reporter can only take down words. So it's important,
5 so that it's clear what your testimony is, that you
6 answer audibly. Okay?
7      A.   Okay.
8      Q.   It's also important that you understand my
9 question when you answer it. Okay?
10      A.   Okay.
11      Q.   I'm going to assume that if I ask you a
12 question and you answer it that you understood it.
13 All right?
14      A.   Okay.
15      Q.   If you don't understand a question, please let
16 me know. Okay?
17      A.   I will, yes.
18      Q.   I will sometimes ask you some questions that
19 may not make any sense to you whatsoever -- in
20 hindsight, it might not make any sense to me either --
21 so just let me know if you don't understand what I'm
22 asking you about.
23      A.   I sure will.
24      Q.   All right?
25      A.   Yes.

                                            6

1      Q.   Also, I want you to pay attention -- special
2 attention when I do ask you questions about the terms
3 that I use, because I know there are all sorts of terms
4 that are used at the MTA by transit operators, and I
5 might mangle them on occasion. I might refer to, you
6 know, something as one thing when, in fact, you
7 understand it to be something else. So just be careful
8 of that, and try to keep me on the straight and narrow
9 so that your testimony is reflective of your
10 understanding. Okay?
11      A.   Okay.
12      Q.   I don't want you to guess at any of your
13 answers to the questions I have for you. I'm entitled
14 to your recollection to the best of your ability as you
15 sit here today based on your personal knowledge, but I
16 don't want you to speculate or guess about an answer to
17 my question. All right?
18      A.   Okay.
19      Q.   There are going to be a certain number of
20 questions, I know, where I'm going to ask you to give me
21 an estimate about how many times you did a certain thing
22 or, for example, how frequently, you know, the run
23 you're working on now runs late, things like that. I
24 understand you're not going to be able to tell me, you
25 know, "On Tuesday, it was 'X' minutes. On Friday, it

                                            7

1 was 'X' minutes" and then go back through history. But
2 I may ask you to give me sort of percentages about how
3 frequently it's on time, it's late, or how late it is.
4 Okay?
5      A.   Okay.
6      Q.   Please, let's try not to talk over one
7 another. I will do my best to give you room to finish
8 your answers before I ask another question, and it's
9 best for you if you let me finish my question before you
10 start answering. Okay?
11      A.   Okay.
12      Q.   Are you on any medication that impairs your
13 ability to communicate with me?
14      A.   No.
15      Q.   Are you on any medication that affects your
16 memory?
17      A.   No.
18      Q.   Do you have any physical or mental conditions
19 that impair your ability to communicate?
20      A.   No.
21      Q.   Or that impair your memory?
22      A.   No.
23      Q.   Where do you work?
24      A.   Muni. SFMTA. Flynn Division.
25      Q.   You're at Flynn?

                                            8

| | |
|---|---|
| 1 | A. Yes, sir. |
| 2 | Q. Where is Flynn located? |
| 3 | A. 15th and Harrison. |
| 4 | Q. How long have you been at Flynn? |
| 5 | A. About 13 years. |
| 6 | Q. And what is your job at the MTA? |
| 7 | A. Transit operator. |
| 8 | Q. How long have you been a transit operator for |
| 9 | the MTA? |
| 10 | A. Thirty-one years. Can I make a correction on |
| 11 | that? |
| 12 | Q. Yes. |
| 13 | A. Thirty-two now. |
| 14 | Q. Okay. |
| 15 | A. Yeah. Don't want to cheat myself. |
| 16 | Q. I've got no sway at the retirement board, so I |
| 17 | wouldn't worry about 31 versus 32, as far as I'm |
| 18 | concerned. |
| 19 | A. Okay. |
| 20 | Q. But you say for the last 13 years you've been |
| 21 | at Flynn; correct? |
| 22 | A. Yes, sir. |
| 23 | Q. And Flynn is a diesel bus division? |
| 24 | A. Correct. Yes. |
| 25 | Q. What other divisions have you worked at |

| | |
|---|---|
| 1 | besides Flynn? |
| 2 | A. When I first came in, I drove the trolleys out |
| 3 | of Presidio. I was there for about eight years. |
| 4 | From there, I went over to Potrero Division. |
| 5 | That's also a trolley division. I drove out of there |
| 6 | about two years. |
| 7 | From there, I went to Woods. I was at Woods |
| 8 | for about five years. |
| 9 | Q. Then you came to Flynn? |
| 10 | A. Yeah, back to Flynn. |
| 11 | Q. Got it. Have you held any other positions |
| 12 | with the City besides transit operator? |
| 13 | A. Yeah. Before I came in with Muni, I was |
| 14 | working for the police department. |
| 15 | Q. What were you doing at the police department? |
| 16 | A. Transit police. |
| 17 | Q. How long were you in that position? |
| 18 | A. Four years. |
| 19 | Q. Have you held any other positions with the |
| 20 | City? |
| 21 | A. No, that's it. |
| 22 | Q. It's a lifetime of work, it looks like. |
| 23 | A. I'm a hard-working man. |
| 24 | Q. Who is the current division superintendent at |
| 25 | Flynn? |

| | |
|---|---|
| 1 | A. Her name is Ayn Antonio. |
| 2 | Q. Do you know how long she's been the division |
| 3 | superintendent? |
| 4 | A. Probably about -- I think about a year and a |
| 5 | half, something like that. |
| 6 | Q. And who was the division superintendent that |
| 7 | preceded her? |
| 8 | A. Sarita Britt. |
| 9 | Q. How long had she been there as the division |
| 10 | superintendent? |
| 11 | A. Probably about two or three years. |
| 12 | Q. Do you remember who the division |
| 13 | superintendent was before her? |
| 14 | A. I believe that was Alice. |
| 15 | Q. Do you remember -- is that a first name or |
| 16 | last name? |
| 17 | A. Everybody just called her Alice. I don't |
| 18 | remember her last name. |
| 19 | Q. How long was she the division superintendent? |
| 20 | A. Probably about four years. |
| 21 | Q. Where do you live? |
| 22 | A. Right now, I stay in the Bayview, a street |
| 23 | called Latona. |
| 24 | Q. How long have you lived at Latona? |
| 25 | A. Probably about six months now. |

| | |
|---|---|
| 1 | Q. Where were you living before? |
| 2 | A. Westlake Apartments. |
| 3 | Q. What's the street address there? |
| 4 | A. 321 Coronado. |
| 5 | Q. How long were you living there? |
| 6 | A. About three years. |
| 7 | Q. Where did you live before that? |
| 8 | A. Over at Emeryville. |
| 9 | Q. How long were you living in Emeryville? |
| 10 | A. Two years. |
| 11 | Q. Do you know the number of the run you |
| 12 | currently work? |
| 13 | A. 471. |
| 14 | Q. How long have you had the 471 run? |
| 15 | A. Basically -- let's see. Probably about four |
| 16 | months. |
| 17 | Q. Do you remember the run you had before that? |
| 18 | A. I think it was 474. |
| 19 | Q. How long did you have that run? |
| 20 | A. Probably about six months. |
| 21 | Q. Do you remember the run before that? |
| 22 | A. No. |
| 23 | Q. What are the hours for the 471 run? |
| 24 | A. I come in at 6:45 in the morning, all the way |
| 25 | to 6:30 at night, p.m. |

1    Q.  What about the 474?
2    A.  That was from 6:47.
3    Q.  A.m.?
4    A.  Yes.
5    Q.  Until 6:30 or later at night?
6    A.  Yes, same time.
7    Q.  Have those been the hours of your runs
8  consistently over the last several years?
9    A.  Yes, about the last couple of years.
10    Q.  Last two years, three years?
11    A.  About two years, yeah.
12    Q.  So you don't remember the other runs that you
13  had at Flynn, but they generally would start at 6:30, or
14  later, in the morning?
15    A.  The one after -- before 472 was pretty much
16  like a straight-through run. I was working like 10
17  hours straight through.
18    Q.  So that was one of the runs that you recently
19  had in the past two or three years?
20    A.  Yes. Before I was able to get a standby run,
21  yes.
22    Q.  What were the hours for the 472?
23    A.  I used to come in about 5:00 in the morning
24  and got off about 3 o'clock.
25    Q.  I'm trying to sort of figure out the work

13

---

1  hours of the runs that you had going back to around June
2  of 2009, which is why I asked you if this schedule of a
3  6:30, 6:45 to 6:30 or so p.m. run was the run that you
4  had done throughout that period of time.
5    A.  Yes, more or less.
6    Q.  Okay. Then you said -- you mentioned that one
7  of those runs that you had was the 472?
8    A.  Yes.
9    Q.  And you said that was a straight-through run?
10    A.  No. 472 was a standby run. The one under
11  that, that's the one that was like 10 hours straight
12  through.
13    Q.  The 471?
14    A.  Well, I don't remember the number. I just
15  remember the hours.
16    Q.  What do you mean when you say a "standby run"?
17  Explain that to me.
18    A.  A standby run is basically, like I said, I
19  come in at 6:45 to pull out. Pull back in at 9:30.
20  Report back to the dispatcher office at 12:30. After
21  12:30, I get a couple of hours for my break. Then I
22  come back at 3:30 and pull out.
23    Q.  And then --
24    A.  And pull back in at 6:45, 6:30.
25    Q.  Okay. So it sounds like the 472 was a run

14

---

1  that was a run that began by pulling out of the
2  division?
3    A.  Yes, sir.
4    Q.  And the run ended by pulling back in?
5    A.  Correct.
6    Q.  So for that run, your workday began at Flynn
7  and ended at Flynn; correct?
8    A.  Yes.
9    Q.  Just focusing on -- a little bit more on this
10  472 run, the one that started around 5:00 a.m., it
11  sounds to me, the way you were describing it, the first
12  part of that run was related to the peak a.m. service?
13    A.  Did you say 5:00 a.m.? I never said 5:00.
14    Q.  I'm sorry.
15    A.  I said 6:45 I start.
16    Q.  Okay.
17    A.  Yeah.
18    Q.  I thought you mentioned for one of your runs
19  you came in around 5:00 a.m.
20    A.  That's the last one you got down there.
21    Q.  The 472?
22    A.  The one after that.
23    Q.  The 474?
24    A.  471, 472 was standby runs. I told you the
25  other one I started at 5:00 and got relieved at 3:00.

15

---

1    Q.  Okay. When you were describing for me the
2  standby run, you were referring to the 471 and the 472?
3    A.  Correct. Yes.
4    Q.  Those were both standby runs?
5    A.  Yes.
6    Q.  Okay. So when you had those standby runs, the
7  first segment of those runs was part of the peak
8  service?
9    A.  Absolutely.
10    Q.  And then you would pull back into Flynn after
11  doing the peak service, and the standby was, then, you
12  would stand by at the division --
13    A.  Correct.
14    Q.  -- to see if there was some other run that
15  they wanted you to do?
16    A.  More or less, yes. You standing by just in
17  case an emergency happen or something, you know.
18    Q.  And if something like that didn't happen, you
19  just hung out in the gillie room and waited for the next
20  part of your run to begin?
21    A.  Pretty much, yes.
22    Q.  Would you say that was the norm rather than
23  having to go out and do an emergency?
24    A.  When I was working those two runs, that's the
25  norm.

16

```
1        Q.   If you can -- I know this might be difficult.
2   Again, from, say, June 1, 2009 to the present, did the
3   runs that you have -- were they all runs where the runs
4   started with a pull-out from Flynn and ended with a
5   pull-in at Flynn?
6        A.   No.
7        Q.   Okay.  So on occasion you had runs that --
8   well, let me ask this:  During this period of time, June
9   1, 2009 to the present, did your run always begin with a
10  pull-out from Flynn?
11       A.   Yes.
12       Q.   For some of your runs, the runs ended at a
13  relief point?
14       A.   Correct.
15       Q.   And how frequently during this period of time,
16  June 1, '09 to the present, did you have a run that
17  ended at a location -- a relief point other than Flynn?
18       A.   Mostly the ones I was doing had a relief
19  point, so I was getting relieved in the afternoon.
20       Q.   But at a relief point other than at the
21  division?
22       A.   Correct.  Out in the streets.
23       Q.   What other relief points did your runs -- what
24  relief points did your runs --
25       A.   Transbay Terminal at First and Mission.
```

```
1        Q.   Any others?
2        A.   Used to be another one on the 14-L.  Relief
3   point right there is at 11th and Mission.
4        Q.   Any other relief points during this period of
5   time where you were working at Flynn that you had a run
6   where that relief point was sort of the end of your run?
7        A.   Yes.  16th and Potrero.  That's the 9 line.
8   Also, back then, we had the 15.  That was at Third and
9   20th.
10       Q.   Which was the line that the relief point was
11  the Transbay Terminal?
12       A.   38 Geary.
13       Q.   And which was the line that had the relief
14  point at 11th and Mission?
15       A.   14-L.  14 Limited.
16       Q.   The 9 was 16th and Potrero, and the 15 was
17  Third and 20th?
18       A.   Correct.
19       Q.   Any other relief points that you had -- that
20  you had runs where that was the last part of your run?
21       A.   Unless I was at another division, but
22  basically those are the ones that was out of Flynn.
23       Q.   How often during this period of time, June 1,
24  '09 to the present, have you worked at a division other
25  than Flynn?
```

```
1             MR. YOUNG:  Objection.  Asked and answered.
2             MR. ROLNICK:  Q.  Do you understand my
3   question?
4             MR. YOUNG:  You can answer the question.
5             MR. ROLNICK:  Q.  During this period of time,
6   June 1, 2009 to the present, how often have you had a
7   run at a division other than Flynn?
8        A.   Can't remember that right now.
9        Q.   Could you give me an estimate about how
10  frequently that happens?
11       A.   No answer on that.
12       Q.   Once a month?  Once a year?
13       A.   Been so long ago, you know.  Hard to remember
14  that far back.
15       Q.   Is it a rare occurrence?
16       A.   Not anymore.
17       Q.   So you do it with some frequency now?
18       A.   Pretty much the runs that I was telling you,
19  I'm doing now.  The other ones, it's been so long ago, I
20  forgot.
21       Q.   Okay.  During this period of time that I'm
22  asking you to focus on, June 1, 2009 to the present,
23  have you had any runs that began before 5:00 in the
24  morning?
25       A.   What year was that, again?
```

```
1        Q.   June 1, 2009 to today.
2        A.   It's hard to answer that.  It's been mixed up.
3   Probably have to check the records at Flynn Division and
4   get the full story.  I don't remember.
5        Q.   Do you remember having any runs that started
6   before that time?
7             MR. YOUNG:  Objection.  Vague.
8             You can answer.
9             THE WITNESS:  Like I said, been so long ago, I
10  don't even remember that far.
11            MR. ROLNICK:  Q.  So it's possible, but you
12  don't have any recollection?
13       A.   You have to check the Muni records for that.
14  I'm pretty sure they got it on file.
15       Q.   Let me ask you the flip side.  During this
16  period of time, June 9 [sic] to the present, do you
17  recall ever having a run that ended after, say, 7:00
18  p.m. in the evening?
19       A.   Yeah.  Yeah, pretty sure.  It was back a long
20  time ago I had something like that, but not recently.
21       Q.   Again, I just want you to focus on June 9 --
22  June 1, 2009 to the present.  I'm not asking about the
23  run you had when you first started working at the MTA.
24  I'm asking you about the last four- or five-plus years
25  since you've been at Flynn.
```

```
 1       A.   That's what I'm saying.  It's so many runs we
 2   got.  It's hard to remember that far back.
 3       Q.   As you sit here today, you don't remember ever
 4   having a run that -- during this period of time, June 1,
 5   2009 to the present, where the run ended after 7:00
 6   p.m.?
 7       A.   I used to work nights.  So, you know, it's
 8   kind of like a mixed question there because I used to
 9   work nights, and I was getting off later than 7:00.
10       Q.   When is the last time you were working nights?
11       A.   Let me see.  Probably about five or six years
12   ago.
13       Q.   That's the last time you worked nights?
14       A.   Yes.
15       Q.   When you say you worked nights, what does that
16   mean as far as how late you were starting your run?
17       A.   Pretty much start about 4:00, getting off at
18   1:00 or 2:00 in the morning.
19       Q.   You say you haven't done that in the last five
20   or six years?
21       A.   Something like that.  You can check the
22   records, like I said, though.
23       Q.   Okay.  How is it that you commute to work?
24       A.   I drive in.
25       Q.   How long does it take you to drive to work?
```

```
 1       A.   Depend on the traffic.  Varies between 15, 20
 2   minutes.
 3       Q.   Where do you park?
 4       A.   Somewhere on Harrison Street by the division.
 5       Q.   Is that street parking?
 6       A.   Now it is.  We used to be able to park in the
 7   garage, but for some reason they took that away from us.
 8       Q.   When did that happen?
 9       A.   Last year.
10       Q.   Why is it you drive to work?
11       A.   That's my -- that's what I choose to do.
12       Q.   Have you ever taken public transportation to
13   get to and from work?
14       A.   Yes.  When I get relieved, I definitely catch
15   a bus back to the division.  I've done that before.
16            As far as catching a bus to work, no.
17       Q.   Other than the fact that it's your choice to
18   drive to work, is there any other reason why you drive
19   to and from work?
20       A.   No.
21       Q.   So because you drive to work when you have one
22   of these runs that ends at a relief point, you have to
23   take public transportation back to Flynn to pick up your
24   vehicle; correct?
25       A.   Correct.  Yes, sir.
```

```
 1       Q.   Are any of the relief points within walking
 2   distance of Flynn?
 3            MR. YOUNG:  Objection.  Vague.
 4            MR. ROLNICK:  Q.  Have you ever walked from
 5   any of the relief points back to Flynn?
 6       A.   Yes.
 7       Q.   Which of the relief points have you walked
 8   back to Flynn from?
 9       A.   All of them.
10       Q.   What have been the circumstances when you have
11   walked back from a relief point to Flynn?
12       A.   Probably just had missed a bus and we had to
13   get back at a certain time or something.  Depend on what
14   time of day it is, really.
15       Q.   Ever do it just because it's a nice, sunny day
16   out and you're done with your day?
17       A.   Absolutely, yeah.
18       Q.   You mentioned that -- and I'm not going to
19   confuse myself by referring to the run lines because I
20   think I get a little confused about which ones, but you
21   said you had some runs where you had standby runs.  In
22   other words, you went out for a run, you'd come back,
23   maybe you'd go out on an emergency or maybe you'd just
24   wait for your next part of the run.  What do you call
25   that when you have a different piece of the run?
```

```
 1       A.   A split.
 2       Q.   And how do you describe the different parts of
 3   the split?
 4       A.   What do you mean?
 5       Q.   Somebody -- and maybe I just misunderstood.  I
 6   think I heard somewhere from somebody that sometimes
 7   those are called different pieces of a run?
 8       A.   Yeah.
 9       Q.   Have you heard that term before?
10       A.   Yes, I have.  It's like what I'm doing now,
11   you know, on the first half of my run.  Something may
12   happen or I might have a doctor appointment or
13   something.  They give it to another person.  They piece
14   that out or vice versa.  They piece it out to two
15   part-timers, and one do one part and the other do the
16   other part.
17       Q.   So when you have a standby run, you do the
18   first piece of the run, which is the a.m. peak, and then
19   you pull back into Flynn; right?
20       A.   Yes.
21       Q.   You're on standby?
22       A.   Correct.
23       Q.   And you can do one of a couple of things.  You
24   just stand by at the division until the next piece of
25   your run begins; correct?
```

A. That's my choice, yeah, pretty much.

Q. Or, depending on the amount of time, they might ask you to pick up a piece of work? Somebody is sick, somebody has a doctor's appointment.

A. Or they might have even a special event going on where you might have to go pick up some school kids or something, you know.

Q. And that happens on occasion?

A. Yes.

Q. But during that standby time, whether you're standing by at the division or doing some other, in a sense, unscheduled piece of work, you're being compensated for that; correct?

A. To a certain point. Like I say, I'm standing by to 12:30. From 12:30 to 2:30, yes, I'm on my lunch break at that time. So, yeah, right in that little break right there, I'm not being compensated.

Q. You're free to do what you want to do?

A. More or less.

Q. As long as you're back on time for the next piece?

A. Correct. Yes.

Q. Got it. Currently when you park your car, you say you park it on Harrison Street. Is that a street parking spot or is that in a lot?

A. Street parking.

Q. Is that a metered space or --

A. No. It's free parking right now.

Q. For now?

A. Yes.

Q. Knowing the City, a meter will be there soon.

A. The meters are coming.

Q. Do you -- and, again, I want to focus on the period June 1, 2009 to the present. During this period of time, have you on occasion had to work beyond the time set forth in your run schedule?

A. Yes.

Q. How frequently has that happened?

A. Pretty much a lot.

Q. Could you give me as a matter of percentage how frequently that happens?

A. Percentage, I can't say. I just know it's a lot. We're always running late.

Q. Is it more than 50 percent of the time?

A. Absolutely.

Q. More than 75 percent of the time?

A. Absolutely.

Q. More than 90 percent of the time?

A. Somewhere up in that range.

Q. When you run beyond your schedule, do you put

in for overtime?

A. All depend how much time we're talking.

Q. What is your practice related to that?

A. 15, 20 minutes.

Q. How do you go about putting in for overtime?

A. Basically you just fill out an overtime slip and submit it to the dispatcher.

Q. Whenever you've filled out an overtime slip, have you ever had the overtime denied?

A. No, but I have experienced some type of attitude from the dispatcher, yeah.

Q. When was the last time you put in an overtime card and got, as you say, some attitude from a dispatcher?

A. Been a while, because all mines is basically like 15, 20 minutes or more. So now, you know, they just go ahead and accept it. But in the past, yeah, I had a lot of problems with them.

Q. When was the most recent occasion when you had that kind of, as you said, attitude from a dispatcher about an overtime request?

A. The one I'm working now is a 12-hour range. So in the Trapeze, anything 20, 30 minutes, you won't get paid for, so why put in an overtime slip?

Q. So you're saying right now if you go 20, 30

minutes over, you don't put in for overtime?

A. I won't get paid anyway. It's the computer system they using now. It's a Trapeze system they got. So automatically it lock you in at 12 hours. So anything after 12 hours you ain't getting paid overtime for, so why submit a slip for that?

Q. Let me go back. You testified that it's been your practice when you work 15 or 20 minutes beyond the schedule that you put in an overtime slip; correct?

A. Correct.

Q. And you continue to do that to this day; is that right?

A. Due to the run I have now, I'm forced to do it.

Q. And when you do that, do you get the compensation?

A. No. I just said the computer shut down at 12 hours. Anything after that, you don't get paid for it.

Q. Can you tell me the most recent occasion where you turned in an overtime slip on your current run but did not get the overtime paid?

A. Basically when the Giants have a home game, it's always traffic on 280, 101, anywhere near that ballpark. You're getting stuck in traffic, and you always going to be late by the time you get to the end

of the line.. You pull in, you 20, 30 minutes down. I
was told that "You're not getting paid for that," so why
should I submit a slip?
   Q.   Who told you that?
   A.   The dispatcher.
   Q.   Who was the --
   A.   I'm not mentioning no names. I'm just telling
you the dispatcher.
   Q.   Well, I'm asking you who --
   A.   I don't know. I don't remember they names.
   Q.   Can you identify a single -- any one
dispatcher who said --
   A.   Back in the day, yes, Bob Vernon.
   Q.   When you say "Back in the day," when do you
mean?
   A.   That's what I was telling you about my
practice. Anything after 5, 10 minutes, I was told "You
wasting my time." The dispatcher time and Muni time.
"What's 5, 10 minutes? Couple dollars?" He told me
that.
   Q.   When did he tell you that?
   A.   When I drove out of Potrero.
   Q.   Any other dispatcher tell you that?
   A.   I had a few of them, you know, give you bad
vibes about 5 or 10 minutes.

   Q.   When you say "bad vibes," what do you mean by
that?
   A.   Like it's an inconvenience to them. They may
be doing something. You walk in the office, and they
give you a hard time.
   Q.   Have you had any dispatcher make statements
similar to what Bob Vernon told you or give you these
bad vibes in the past five years?
   A.   Yes, when I worked nights. There's one that
used to drive out of -- used to work out of Flynn. His
name is George. He used to work nights being in there
with the lights off but his feet on the desk.
        "You're not going to do it? What?" Excuse my
French. He had that attitude.
   Q.   There was a dispatcher named George when you
had a night run --
   A.   He was the night dispatcher.
   Q.   -- and he would give you some of this grief
and attitude --
   A.   Absolutely.
   Q.   -- if you asked for overtime?
   A.   Absolutely.
   Q.   But, again, you haven't worked a night run in
the past five years; correct?
   A.   Correct.

   Q.   So I'm asking about the time five years ago to
the present, okay? So have you had any dispatcher
either speak to you in that fashion or give you that
attitude in the past five years when you went to put in
for overtime?
   A.   It's hard to say within the last five years,
because there are so many dispatchers, and I can't
recall all of their names. But most of them do have
that type of attitude, though.
   Q.   Okay. Are you aware of any policy at the MTA
that sets forth how many minutes late it is before you
should put in for overtime?
        MR. YOUNG:  Objection. Vague.
        MR. ROLNICK:  Q.  Do you understand my
question?
   A.   Yes.
   Q.   Okay.
   A.   As far as I know, there's not none.
   Q.   You said it's your practice to put in for
overtime when you're more than 15 minutes late; correct?
        MR. YOUNG:  Objection. Asked and answered.
        MR. ROLNICK:  Q.  Correct?
   A.   Yeah, I said that.
   Q.   How frequently in the last three, four years
has your run been 15 or more minutes late?

   A.   Quite a few times.
   Q.   Could you give me a percentage of how
frequently?
   A.   No, I can't give you a percentage.
   Q.   Is it more than 50 percent?
   A.   I told you already I don't know the
percentage, but I know it's higher than 50 percent.
   Q.   Higher than 75 percent?
   A.   A little bit higher than that.
   Q.   You've been a transit operator for over 30
years now, so I assume you have quite a bit of
seniority?
   A.   Yes. That's why I'm able to get the runs I
got right now, the standby runs. Took a lot of years.
   Q.   Here's my question: What criteria -- when
those range reports are put out for a division sign-up,
what criteria are you looking for in picking the runs
that you would like to have?
   A.   Easiest possible.
   Q.   And, in your mind, what are the easiest for
you -- what are the easiest possible runs?
   A.   What I'm doing right now.
   Q.   That would be something where it starts
somewhere around 6:30, quarter of 7:00 in the morning?
   A.   Correct.

Q. And that you get off late afternoon/early evening?

A. Yes. Only thing is your day is real long. Twelve hours, you know.

Q. Is one of the other criteria, in addition to those time factors, a run that has a lot of standby time?

A. All depends. Got to look and see.

Q. Any other things that you take into consideration when you're picking amongst the runs that are available to you?

A. The days off.

Q. What days off are you generally looking for?

A. Saturday, Sunday.

Q. And in the past five years, have you always had a run that had a Saturday, Sunday regular day off?

A. Yes.

Q. Over the past four or five years, how many times have there been division sign-ups at Flynn?

A. Usually about three. Then one general sign-up.

Q. When you say "three," about three times a year?

A. Yes.

Q. And then a general sign-up about once a year?

33

A. Yes. They done changed that, though.

Q. When was that changed?

A. On this last contract.

Q. What was the change in the last contract? I assume you're talking about the change was a change to the general sign-ups?

A. The change due to the contract we working under right now. So more or less they took away one of the division sign-ups, and instead of having a general once a year, it's now one every two years.

Q. So it's your understanding that this is the current process or the process that's being negotiated?

A. This is the current process right now.

Q. So the current process is to go from approximately three back to two division sign-ups a year?

A. Unless they cut back.

Q. And then to cut back the general sign-ups from once each year to once each two years?

A. Correct.

Q. And the general sign-ups is an opportunity for an operator to move from one division to another; correct?

A. Yes.

Q. When there's a general sign-up, is it required

34

that the operator be trained in the type of equipment that's used at a different division in order to move from one division to another?

MR. YOUNG: Objection.

THE WITNESS: Yes.

MR. YOUNG: I'd like to object. Calls for speculation, and vague.

MR. ROLNICK: Q. Do you understand the question?

A. Yes.

Q. Okay. And the answer is "yes"?

A. Yes. You have to be trained at that new division that you're going to. You got to be trained on the equipment.

Q. This is a situation where we're talking about different things. You're at Flynn, and let's assume you wanted to go and drive light rail vehicles at Green.

A. Okay.

Q. General sign-up comes up. You've got a lot of seniority, so if you wanted to, you probably would be able to pick that. Would you need to be trained in order to sign up to move to Green or if you signed up at Green you would thereby get the training to operate the vehicles?

A. Once you sign up at Green, they will bring you

35

over for training.

Q. Okay.

A. That's how it works.

Q. So if you have the seniority and you can make that move, you get the training even if you don't yet have it?

A. That's how it works across the board.

Q. Got it. Have any of these runs that you've been -- strike that. Have you worked the extra board at all since June 1 of 2009 to the present?

A. Yes.

Q. How frequently have you worked the extra board?

A. Quite a few times.

Q. If you have a regularly -- if you have a regular run, how is it you wind up on the extra board?

A. Because I went to another division.

Q. And when did -- okay. So this is one of these situations we talked about where you, on occasion, have worked at a different division?

A. Yes.

Q. So there's been a need for an operator at Kirkland, and how is it that you wind up -- do you volunteer for the work? Are you in a sense recruited?

A. Volunteer, if you have the seniority, to go to

36

that division.

Q. And how do you learn about those opportunities?

A. They will post them on the wall.

Q. When you have these opportunities, are they generally an opportunity for a particular day or for a series of days?

A. Series of days.

Q. So maybe an operator is going to be on vacation or something?

A. We weren't talking about vacation. We was talking about going to another division.

Q. I understand, but what would be the circumstance, to your understanding, that those runs would open up at a different division and that you would have the seniority and say "Hey, I'll take that extra run"?

A. That's only on general sign-up.

Q. Okay.

A. So they post the general sign-up. I may want to go to Cable Cars, for instance. Sign up for Cable Cars, and you go in for the training, that type of stuff.

Q. Again, this is a situation where, you know, I'm not understanding because I'm obviously not a

37

transit operator.

A. You're twisting it.

Q. I'm just trying to figure out what's going on. You've been at Flynn, but occasionally you'll go as an extra board operator and take runs at a different division; correct?

A. No, it don't work like that.

Q. How does it work?

A. Basically I usually take a run. But if I want to leave the division, go to another division, and if I don't make it in that division, they'll send me back to the division I came from, which is Flynn, and they'll put me on the extra board. That's how I wind up being on the extra board.

Q. When was the last time that happened?

A. About two years ago.

Q. What division did you go to?

A. Cable Cars.

Q. So there was a general sign-up, you signed up for Cable Cars, you got the training, and for one reason or another it didn't work out?

A. Correct.

Q. And you were reassigned back to Flynn?

A. Yes.

Q. And because you -- the last time the bidding

38

went around you bid for Cable Cars, you didn't have a run?

A. Correct.

Q. So you were put on the extra board, and you served on the extra board until the next division sign-up came around?

A. Correct. Yes.

Q. Okay. Got it. And in that circumstance, as I understand it, the division bidding is based on your division seniority; correct?

A. Yes.

Q. When you make that transition at a general sign-up over to Cable Cars, do you lose your division seniority when you came back to Flynn?

A. Yeah. They put you at the bottom of the list on the extra board, you know. You have to stay at the bottom until the next sign-up come up.

Q. Then at the next sign-up, does your seniority run from the time that you returned to Flynn from Cable Cars or is it --

A. Yeah. You just go back in order where you belong when you signed up on the seniority list.

Q. So your seniority is restored in a sense?

A. Yes.

Q. So you would go from the low man on the totem

39

pole on the extra board to high up on the seniority list for the next sign-up?

A. Yes.

Q. Got it.

Why don't we take a ten-minute break.

(Recess taken: 10:15 until 10:37 a.m.)

MR. ROLNICK: Let's go back on the record here.

Q. When you have a run that begins at a pull-out run, do you have certain responsibilities as a transit operator before you put that vehicle in revenue service?

A. Absolutely.

Q. Can you describe for me what those responsibilities are?

A. They call it pre-trip. You basically come on in the morning. You start the coach up. Make sure it starts up right. You get off the coach. Walk around it. Checking for body damage. Checking the tires. Checking the outer lights, the cabin lights. Go all the way around the coach. Go in front. Want to check the headlights. Make sure both lights are working. Check the bicycle rack. Check the destination sign, make sure that work. Get inside the coach. Walk through the coach. Check the extensions. Check the seats.

Go back to the driver compartment. You

40

basically setting up the coach, and that consists of
adjusting your mirrors, adjusting your seats, steering
wheel. Making sure the destination sign is working.
Checking the horn. Checking the air pressure. Checking
the doors, making sure they work. You want to move the
coach several feet, apply the brakes, once again, making
sure the coach brakes work. Program your radio. Call
Central, get a time check, radio check.

    You're ready for service.

    Q. Before you do that, do you have to get some
materials from the dispatch office?

    A. Absolutely. That's where you first sign in
at. You report to the dispatcher. Get your outfit,
which consists of your paddle, which is the schedule.
You get a book of transfers. You get a defect card.
You may get some bulletin material with the outfit. You
sign your name on the sign-in sheet. You check the
tracks. It's a list where all the buses are at. You
check for your run number on that track sheet, see where
your coach is at, what track it's on. You proceed to
the yard and do what I just said you do.

    Q. Okay. From arriving at the dispatch and
picking up your outfit to being prepared, as you say, to
do the time check with Central Control, that sounds like
it's almost the last step before you pull out of the

41

yard?

    A. It varies. That's how I do mines.

    Q. How long does that typically take you to do
all that?

    A. About 15 minutes. Ten to 15 minutes. After
all, we're talking about a 60-foot coach.

    Q. When you say sometimes there are bulletins,
what kind of bulletins do you get?

    A. It varies. Pretty much different bulletins
Muni have. Maybe some construction work is going on or
some type of bulletin they want you to be aware of.
Some rule changes, any little thing like that. It
varies.

    Q. So it could be a bulletin that's giving you
some information about some changes to your work rules
at the MTA?

    A. Sometime it could be like that.

    Q. Or a new policy or procedure?

    A. Yeah. We just had a thing -- I think it was
about a year ago -- where somebody had died, and the
driver pulled the bus in. Later on, they found this
person in the back of the bus dead. So they came up
with a bulletin the next day telling you to make sure
you check your coach and everything when you pull in.

    Q. Leave the bodies outside the yard?

42

    A. Pretty much.

    Q. Sometimes the bulletin will tell you about
something that's going on that day on the runs for the
division?

    A. There's construction at such and such a
location or they moved the stop from the near side to
the far side.

    Q. Or there's a special event going on?

    A. Absolutely.

    Q. Okay. Great. When you go to the dispatcher,
are those run outfits generally set up and ready to go?

    A. Yes.

    Q. So are they in mailboxes? Are they laid out
on a table? How do you actually physically get it?

    A. We get ours on a little -- some type of pan or
something. It's like a box. They got them lined up in
that.

    Q. And they have your name on it or your run?

    A. Just the run numbers.

    Q. And you said one of the things is --

    A. Sometime they do have your name on them if
you're in trouble. They have your name on it, and it
will be sitting in the dispatcher desk.

    Q. What kinds of things would you be in trouble
for?

43

    A. Various things. Could be various of things.
Probably running sharp or running late, stuff like that.
Or they they may want you to have a hearing. You may
have a PSR. So they have a letter attached to your
outfit, and you get that from the dispatcher.

    Q. What's "running sharp" mean?

    A. You running ahead of the schedule.

    Q. Is that the same as "running hot"?

    A. Yes.

    Q. A PSR is a Passenger Service Report?

    A. Correct.

    Q. And that would be a form that a passenger
could fill out to commend you for your service or
complain about your service?

    A. Either one. Either one. Very seldom you're
going to get a commendation, okay?

    Q. Got it. Understood. So if -- or there may be
some disciplinary issue that has come up and you have to
show up for a meeting?

    A. Yes. Correct.

    Q. And you would get a bulletin or a memo saying
"Show up at such and such a time and place"?

    A. Yes. And that's the last thing you want to
get -- something like that -- in the morning. Kind of
like ruin your day, you know?

44

Q.   Understood.  Since June 1 of '09 to the
present, have you received any of those kinds of notices
related to a disciplinary matter?
A.   Yeah, I got a few.
Q.   About two or three during that period of time?
A.   Something like that.
Q.   More than five?
A.   No, I'm not -- no, I don't get like that.  No,
not me.
Q.   So it's less than five?
A.   Yeah.  Yeah.
Q.   You said -- you prefaced by saying "you've
been bad."  Do they send you every PSR that concerns
your run or only ones that they need you to respond to?
A.   Kind of like varies, yeah.
Q.   If they include in your outfit information
about a PSR, does that always require that you're going
to have to show up for a meeting?
A.   Yeah.  If you want to, like, contest it or
protest it, yeah.
Q.   Is it ever just given sort of as an FYI,
somebody complained about --
A.   Yeah, you get those quite a bit.
Q.   But they don't necessarily require you to do
anything other than to meet them?

45

A.   It will state if you have to come in and see
the superintendent or not.
Q.   So on occasion you might get a PSR, somebody
says you didn't stop at the stop?
A.   Yeah.
Q.   And since you're a good operator, if that
comes in, there's a note from the superintendent saying
"Just want to let you know somebody explained about it.
Don't let it happen again, if that's what happened"?
A.   No.
Q.   What would happen?
A.   Pretty much you just go to your chairperson,
the guy that represents the union, and tell him about
it.  Maybe he'll go in and talk to them or you might go
in with them together.
Q.   So -- and I just want to make sure I got this
right.  So sometimes with your outfit there will be a
PSR where somebody has complained about something and --
but you haven't been told that there's going to be a
meeting or anything?
A.   It varies.
Q.   Sometimes you get the PSR and it's like "Show
up at this place and time"?
A.   Every situation is different.
Q.   Sometimes you get a PSR and you don't get

46

that, but you go and talk to the shop steward and you
give him your side of the story?
A.   Yes.  Perfect case here just two weeks ago.
Central called me and said to move up 10 minutes -- not
10 minutes.  Just move up as many minutes as possible.
"You got a triple headway."  That means three buses is
missing in front of you.
        Keep in mind, my bus is already crowded anyway
on my first inbound trip on the AX.  So I'm going in
service.  The bus is packed after about four or five
stops.  By the time I got down to Silver and San Bruno,
there's no room.  About 20, 30 people were at the bus
stop, though.  One guy jumps in front of the bus with
his little briefcase on little rollers.  "I been waiting
30 minutes.  I want you to let me on."
        I said "Sir, the bus is full.  It's no more
standing room."  You know, he's not going to stand here
in the front because of the yellow line.  They don't
want you standing there.
Q.   "I'll get in trouble for that."
A.   More or less.  So I wouldn't let him on.  So
he stayed there.  And people was complaining "Do
something, do something."  So I called Central and told
them to send out the police.
        The guy finally moved.  We proceeded.  Two

47

days later, I get a complaint from him saying that I
didn't let him on the bus.
Q.   So that's --
A.   A PSR.
Q.   So a PSR was attached to your outfit the next
day?
A.   Yes.
Q.   And in that particular incident, was there
anything other than the PSR?  Were you told to show up
for a meeting or what?
A.   Yes.  Well, I'm not saying they said "Show up
for a meeting," but I took it upon myself to have a
meeting about this because I had orders to move up.  So
I feel I shouldn't have even got the letter, you know.
Q.   They can't stop somebody from calling in and
filing a complaint.
A.   More or less, but they supposed to be
screening those type of letters.  If they was doing
their job, I would have never got the letter.
Q.   So you get the letter or the PSR.  What do you
do next?
A.   Like I say, I'm going to fight with the union
rep.
Q.   I want to know in that particular instance
what you actually did.  I'm not interested in whether

48

| | |
|---|---|
| 1 you're right or wrong. I just want to know what<br>2 happened.<br>3     A. You just have to fill out a miscellaneous and<br>4 tell them you want to challenge this, you know --<br>5     Q. And so --<br>6     A. -- and tell your version of what happened, and<br>7 maybe they'll throw it out.<br>8     Q. And when do you fill out that miscellaneous<br>9 form?<br>10     A. You want to do that at the same time you get<br>11 the letter.<br>12     Q. When you say "same time," do you do it before<br>13 you pull out or sometime after?<br>14     A. Probably sometime after I've gone in service,<br>15 because I have to go out. So in my case, I can do it<br>16 when I come back in when I'm on my standby time.<br>17     Q. Where do you get those forms from the<br>18 dispatcher?<br>19     A. They sit outside of the dispatcher office by a<br>20 windowsill.<br>21     Q. Pick one up, grab a pen --<br>22     A. Yes.<br>23     Q. -- write down "This is what actually<br>24 happened"?<br>25     A. Yes.<br>49 | 1     Q. You hand it to the shop steward or dispatcher?<br>2     A. Pretty much dispatcher or shop steward, either<br>3 one.<br>4     Q. And then something happens or something<br>5 doesn't happen?<br>6     A. In my case, I did get a chance to go in and<br>7 talk to the assistant superintendent about it.<br>8     Q. Okay. Who was the assistant superintendent at<br>9 Flynn?<br>10     A. Janice? What's her name? Janice, yeah.<br>11     Q. Do you know her last name?<br>12     A. No, I don't. She kind of like new over there.<br>13     Q. Was there an assistant superintendent before<br>14 her?<br>15     A. Yes.<br>16     Q. Who was it before her?<br>17     A. His name was Jeffrey Scott.<br>18     Q. How long was Mr. Scott the assistant<br>19 superintendent at Flynn?<br>20     A. Couple of years, along with Sarita Britt.<br>21     Q. Do you remember any assistant division<br>22 superintendent before Scott?<br>23     A. Let me see.<br>24     (Directed to Mr. Oguinn) What was his name?<br>25     MR. ROLNICK: Q. Let me caution you. We've<br>50 |

| | |
|---|---|
| 1 got one witness here. I'm asking for your recollection.<br>2 I'll have a chance to take Mr. Oguinn's deposition this<br>3 afternoon, so he'll tell me what he knows.<br>4     A. I think his name was Walter.<br>5     Q. Okay.<br>6     A. I call him Walt.<br>7     Q. Was Walter the first name?<br>8     A. Yes. Oh, Wallace. I'm sorry. Wallace.<br>9     Q. Wallace was his first name?<br>10     A. Yes -- that's his last name, Wallace.<br>11     Q. We're talking about this incident you just<br>12 have been describing. So you filled out one of these<br>13 forms giving your side of the story, you gave it to the<br>14 dispatcher, and then you also had a subsequent<br>15 conversation with Janice?<br>16     A. Yes.<br>17     Q. Was that a scheduled conversation or you just<br>18 happened to see her and said "I want to tell you<br>19 what" --<br>20     A. Union rep said "Let's go in and talk to her."<br>21     Q. When did that conversation take place?<br>22     A. Pretty much, I believe, the next day.<br>23     Q. Did it happen during your standby time?<br>24     A. Yes.<br>25     Q. How long was that conversation?<br>51 | 1     A. Roughly about 20 minutes.<br>2     Q. And what happened next with respect to that<br>3 PSR?<br>4     A. I don't know. She said she was going to take<br>5 care of it, look into it. I never did follow up on it.<br>6     Q. Okay. You said earlier that your runs pretty<br>7 often, pretty regularly, run late. What, in your<br>8 experience, are the causes for delays in the run?<br>9     A. Pretty much traffic. Picking up a lot of<br>10 people. It's not enough buses out there, so you picking<br>11 up a large amount of people, more than the bus is really<br>12 required to carry. So that's one of the main problems<br>13 with the agency.<br>14     Q. Any other causes, in your experience, for the<br>15 runs being late?<br>16     A. Basically that's it, unless the bus break down<br>17 or something or you missing a leader and you have to<br>18 compensate for him by doing more work, you know,<br>19 carrying more people. Could be various things.<br>20     Q. But those are the main things: traffic, heavy<br>21 passenger load, a breakdown, or a missing leader?<br>22     A. Yes.<br>23     Q. When you say "a missing leader," does that<br>24 mean the bus that's ahead of you on your line has gone<br>25 out of service?<br>52 |

KENNETH CHAMBERS                    DECEMBER 19, 2013

1    A.   He's not out there or he broke down.
2    Q.   Broke down?
3    A.   Or the bus was never even put out there.
4    Q.   In your experience, this issue about heavy
5    passenger loads, are there certain times of day when
6    that's a greater problem than others?
7    A.   Yes.  During the peak hours.
8    Q.   Peak a.m. and peak p.m.?
9    A.   Yes, sir.
10   Q.   When you're out operating the bus in service,
11   you're in communication with Central Control?
12   A.   Pretty much you just doing a radio check.
13   Other than that, pretty sure they know where I'm at.  So
14   there's really no communication between us and Central
15   unless, like I say, the leader broke down or something
16   or they want you to see the dispatcher.  You got mail.
17   There's another PSR.  Could be something that you got to
18   see the superintendent about.  They will notify you like
19   that.  Other than that, that's it.
20   Q.   What about communications to kind of keep the
21   buses on some regular schedule?
22   A.   No, it ain't no communication out there like
23   that.
24   Q.   I think earlier we were talking about the PSR
25   and that Central Control had told you to fill a gap

53

1    because you had a three-bus headway?
2    A.   Yeah, that particular morning, I had a triple
3    headway.  So that mean three buses in front of me was
4    not put in service for whatever reason.  Maybe they
5    didn't have no drivers or whatever, but I had three
6    buses missing.
7    Q.   In that circumstance, Central Control called
8    you on the radio --
9    A.   Yeah.
10   Q.   -- and gave you -- what were the instructions?
11   A.   They told me to go out at 7:15.  What I'm
12   going to do in 3 minutes?  They called me at 7:15.  I'm
13   already set to go out at 7:18.  What's 3 minutes going
14   to do?  Headway is 8 minutes apart, you got three buses
15   missing, and they give me 3 minutes.  Come on, now.
16   What's that going to do?
17   They said "We've got a problem with service.
18   Move up three minutes."
19   Q.   When they say "Move up three minutes," does
20   that mean that you pick up the passengers you've got and
21   you skip the stops until you're 3 minutes -- what does
22   that mean?
23   A.   No.  Basically I'm due out at 7:18, so I'm
24   leaving at 7:15.  That's 3 minutes ahead of schedule.
25   Q.   So that was the instruction you got at the

54

1    beginning of the run?
2    A.   Yes.
3    Q.   When you're out on a run, do you ever get
4    instructions "Move up" or "Hold"?
5    A.   Yes.
6    Q.   You get those instructions from Central
7    Control?
8    A.   Yes.
9    Q.   So on just a regular day or any other typical
10   day, how frequently do you get those kinds of
11   communications from Central Control?
12   A.   Depend.  When I used to work straight-through
13   runs, it was quite a bit because I'm always running
14   late.  Buses breaking down.  It's crazy out there, you
15   know.
16   Q.   I'm trying to get an idea about the frequency
17   of those communications from Central Control.  Once an
18   hour?  Once every couple of hours?  Five times a day?
19   A.   Probably -- kind of like varies.  You never
20   know, you know.  It's hard to pinpoint that.  You do get
21   them maybe once a day or twice a day.  Depend on the bus
22   in front.  If it breaks down, you can't predict that.
23   So you never know.
24   Q.   Some days it can be lots more than one or two
25   times?

55

1    A.   Yes.  Sometimes the bus is not even out there
2    so they'll let you know right off the top if you're
3    missing a leader.  That's when you can adjust the
4    schedule.  But after that, it's too late.  You carrying
5    all kind of people, and you late.  You never on time.
6    Q.   Are there any days where you get those kind of
7    communications 10, 12 times during the course of a run?
8    A.   There's no communication out there like that.
9    Only time they notify you is if you got some mail, or
10   they'll tell you to move up or something, or you tell
11   them you're fittin' to use the bathroom.  Then you come
12   back and tell them you're back and you want to adjust
13   your schedule so you can be on time.  They'll tell you
14   "Just leave now, and we'll adjust you later."
15   Q.   Okay.  Ever have communications with street
16   inspectors, street supervisors, about keeping your bus
17   on a certain schedule?
18   A.   I don't even see those guys.
19   Q.   Okay.
20   A.   No.
21   Q.   If you break down, do you see them?
22   A.   Yeah.  They might show up to try to repair the
23   vehicle or whatever is wrong with the bus.  If they
24   can't do it, they'll call for road service and they'll
25   come and do it.

56

KENNETH CHAMBERS                    DECEMBER 19, 2013

1       Q.  Do you ever get communications from Central

Q. Do you ever get communications from Central
Control about deadheading?

A. Yeah, you do get some type of communication
from them for that, like I mentioned about the 702. You
have to use the restroom. You might come back 20
minutes late. They'll probably tell you to deadhead to
a certain point in the line and pick up your schedule
from there.

But in the days recently, no, they ain't going
to deadhead you. You just gonna pick up the service
from there.

Q. Wherever you happen to be?

A. Yeah. "Just keep moving, and we'll adjust
your schedule later."

Q. When you say "recently," when did you notice
that?

A. Muni started doing this ever since the new
contract been in place.

Q. If you had to take a restroom break or some
other kind of break, you would pull over at a stop, you
would tell the passengers on the bus what was going
on --

A. It's no more. You can't do that anymore.

Q. You can't anymore, but in the past you used to
be able to?

57

KENNETH CHAMBERS      DECEMBER 19, 2013

---

A. "I need to use the restroom."

Q. Or some emergency?

A. When Mother Nature calls, you got to go.

Q. Whatever it is. And you would instruct them
to get off and get on the next bus coming behind?

A. No. You just got to hold it, keep on staying
in service. But if you really got to go, you may find a
gas station. You secure the coach, run and use the
restroom, and come back and call Central and let them
know.

Like I said, that policy is out the window.

Q. Before that -- before the recent contract, you
might take one of those breaks and you would -- Central
Control would say -- you would call Central Control and
say "I'm back," and they would say either "Just continue
on with your service from where you are" or "Deadhead up
to get back on your schedule"?

A. No. They usually deadhead you if you're out
at the outer terminal. You use the bathroom, come back,
call Central, get clear. They'll tell you "Leave from
48th and Geary." They'll deadhead you down do 25th and
Geary. You pick up your schedule from 25th and go in
service from there.

Q. You're talking about a situation where you
have reached the end of the line and all the passengers

58

KENNETH CHAMBERS      DECEMBER 19, 2013

---

should be off anyway?

A. Correct.

Q. You say "I need a little extra time here
to..." whatever it is?

A. Yes.

Q. Central Control says "Okay. Call us when you
get back." You call when you get back. You're behind
the schedule. They would say "Okay, don't take any
passengers until you get to 'X' point and you're back on
schedule"?

A. Right. But recently, that's out the window.
You come back. You call them. They say "Stay in
service, and we'll readjust your schedule later on in
the day." But they never do.

Q. In a sense, you kind of lose your place in the
line --

A. Thank you. You running late. You running
late.

Q. -- until you get -- until the end of the line
or the end of your day?

A. You get to the end, and then you go back. You
still running late.

Q. And you say that's the practice that's been in
place since --

A. Since they changed the name to SFMTA, that's

59

KENNETH CHAMBERS      DECEMBER 19, 2013

---

been the practice.

Q. Now, you mentioned about picking up your --
getting one of those notices about having to meet with a
division superintendent or assistant division
superintendent. You say that's happened somewhere
between three and five times since June of '09?

A. For me, probably less than that.

Q. Okay.

A. I try to stay out the way.

Q. Somewhere between 1 and 3 times?

A. Yes, something like that.

Q. And when that happens, when have those
meetings been scheduled?

A. Usually in the mornings.

Q. Before you start your run?

A. No. Afterwards.

Q. So during your standby time?

A. For me, yes.

Q. You've done your peak service, and you've
pulled back into Flynn, and you're on standby?

A. Yes.

Q. And you have a meeting with the division
superintendent or assistant division superintendent?

A. Yeah. But in the past, when I was working
runs straight through, they had me pull in or something

60

KENNETH CHAMBERS      DECEMBER 19, 2013

1  or somebody come out and relieve me and I have to go
2  back just for a hearing. So it varies between what type
3  of scheduling you're working.
4     Q. When was the last time you had to attend a
5  meeting in that fashion where they sent somebody out on
6  your coach and you had to go back?
7     A. Probably about three years ago.
8     Q. Okay.
9     A. Like I said, I just got my seniority in a
10  position where I can get one of those standby runs. But
11  in the past, no, I couldn't get that.
12     Q. Okay. But since that time, if you've had a
13  meeting, it was during your standby time at the
14  division?
15     A. Can you repeat that?
16     Q. Since that experience approximately three
17  years ago that you were just describing where you had a
18  straight-through run -- since that time, have you been
19  called to a meeting with a supervisor where the meeting
20  has been held during your standby time?
21     A. No, I didn't have standby time at that time.
22  I was working a straight-through run.
23     Q. I understand that.
24     A. So the meeting for those, when I was doing
25  those types of run, will be after your end of your shift

---

1  or they might have somebody come down to relieve you,
2  that type of thing.
3     Q. I understand that, but -- and I think what you
4  said is, the last time it happened was about three years
5  ago?
6     A. Yes.
7     Q. Since that time from three years ago to today,
8  if you've had to meet with a supervisor, the meetings
9  have been scheduled during your standby time?
10     A. Yes.
11     Q. How long do those meetings typically last?
12     A. It varies between 15 to 30 minutes.
13     Q. When you have those meetings, who is present
14  besides you and the supervisor that you're meeting with?
15     A. Union rep.
16     Q. Who is the union rep there at Flynn?
17     A. Ashley Scott.
18     Q. Ashley?
19     A. Yes, sir.
20     Q. Is Ashley a man or a woman?
21     A. He's a male.
22     Q. You testified earlier that on occasion you've
23  had a run that ended at a relief point rather than at
24  the division?
25     A. Correct.

---

1     Q. Are you aware of any MTA policy that requires
2  you, when you have a run like that, to return to the
3  division after your run ends?
4     A. As far as the policy?
5     Q. Yes.
6     A. No.
7     Q. Are you aware of something else that requires
8  that?
9     A. Basically you just come back to division to
10  see what your assignment is -- you check the detail to
11  see what your assignment is for the next day.
12     Q. Okay.
13     A. They might have you scheduled for VTT or they
14  might have you scheduled for anything. You just
15  definitely want to check the detail to see what your
16  next day consists of.
17     Q. What's VTT?
18     A. Vehicle training program they have. Transit
19  training.
20     Q. Is that something you get if there's -- I
21  think they call that a "caution and reinstruct"?
22     A. Something like a refresher course.
23     Q. When is the last time you were assigned to
24  VTT?
25     A. I just had one back in October.

---

1     Q. Do you know what that was for?
2     A. Basically just a refresher course that the law
3  required that everybody have to mandate [sic] 16 hours a
4  year.
5     Q. And when is that detail for the next day
6  posted; do you know?
7     A. You never know. They might have you detailed
8  on anything. You got to just check, especially if
9  you're on the extra board. You may work Run 400 one
10  day, and the next day you may work Run 500. So you got
11  to check the detail.
12     Q. Is there a way to check the detail without
13  being at the division?
14     A. I probably could call in. That's your choice.
15     Q. Have you ever done that?
16     A. When I work nights.
17     Q. And when would you call the dispatcher to get
18  your assignment?
19     A. Sometime when I used to work the extra board,
20  I'll probably get in my car or my wife used to pick me
21  up. I'll drive home or go back to the job and find out
22  what I have to do the next day.
23     Q. You get the dispatcher, and he would tell you
24  what run you're going to be doing the next day?
25     A. Yes, or you have to probably catch a bus back

| | |
|---|---|
| 1 | to the division where your car is parked and go inside |
| 2 | and check the detail yourself. |
| 3 | Q. In your experience, if you've got a regular |
| 4 | run -- if you're not on the extra board and you've got |
| 5 | one of these regular runs, how often does your |
| 6 | schedule -- is it something other than what -- your run, |
| 7 | assigned run? In other words, how often -- you've got |
| 8 | an assigned run right now? |
| 9 | A. 471. |
| 10 | Q. In the past four months that you've been doing |
| 11 | that, how often has your assignment on the day that you |
| 12 | have a run been something other than what you've |
| 13 | expected to be scheduled for? |
| 14 | A. You want to still check because you never |
| 15 | know. They might have you assigned to a special event |
| 16 | for the next day. You may have to go pick up some |
| 17 | school kids, do a charter service or something. So you |
| 18 | still want to check the detail to see what they have |
| 19 | along with what I'm doing. |
| 20 | Q. How often has that daily assignment changed |
| 21 | over the last -- during the last four months that you |
| 22 | have been on this particular run? |
| 23 | A. Quite a bit. It varies. |
| 24 | Q. Once a week? Twice a week? Once a month? |
| 25 | A. Something like that. You never know. |

65

| | |
|---|---|
| 1 | Q. Something like what? Because I gave you a |
| 2 | variety of different questions. |
| 3 | A. That's what I'm saying: You never know. |
| 4 | Q. How many times a week will it be different or |
| 5 | how many times a month? |
| 6 | A. In my case, since this is, like, winding down |
| 7 | to the end of the year, mostly a lot of schools is not |
| 8 | going on field trips. So yeah, it been kind of like |
| 9 | low-key right now. |
| 10 | Q. When you're picking up kids for a school trip, |
| 11 | are you picking them up as early as 6:45 or 7:00 in the |
| 12 | morning? |
| 13 | A. No. Usually be like probably about |
| 14 | 10 o'clock, 10:30, something like that. |
| 15 | Q. Correct me if I'm wrong, but this sounds like |
| 16 | they're giving you an additional assignment that falls |
| 17 | during your standby time? |
| 18 | A. Yes. |
| 19 | Q. In the last four or five years, have you had |
| 20 | any runs that involved standby time at a relief point? |
| 21 | A. Yeah. |
| 22 | Q. Do you remember what run that was -- |
| 23 | A. No, I can't recall. |
| 24 | Q. -- or what line? |
| 25 | A. I know it involved the 38. |

66

| | |
|---|---|
| 1 | Q. Do you remember how long the standby time was? |
| 2 | A. Probably about a couple of hours. |
| 3 | Q. So the first piece of your work started at |
| 4 | Flynn and ended at a relief point, and then you were off |
| 5 | for a couple of hours? |
| 6 | A. More or less you have to come back to the |
| 7 | division and then you, like, on standby time. |
| 8 | Q. If you're on standby time, that's paid time; |
| 9 | is that correct? |
| 10 | A. Yeah, they give you a few dollars for that. |
| 11 | Q. Do you remember how long ago that was that you |
| 12 | had a run like that where you had standby -- |
| 13 | A. Three years ago, something like that. |
| 14 | Q. In the last three to five years, have you had |
| 15 | any runs that had some travel time -- some paid travel |
| 16 | time built into it? |
| 17 | A. I think I had one. The one I was just talking |
| 18 | about, I think they gave me something like 15 minutes of |
| 19 | traveling time. And that's, like, to get from First and |
| 20 | Mission back to 15th and Harrison, you know. Who can |
| 21 | make that in 15 minutes? |
| 22 | Q. So that sounds like a run where the first |
| 23 | piece of the run ended at a relief point? |
| 24 | A. Yes, sir. |
| 25 | Q. And it involved standby time at the division? |

67

| | |
|---|---|
| 1 | A. Yes. |
| 2 | Q. And so between the relief point and the |
| 3 | standby time, they gave you 15 paid minutes to get back |
| 4 | to the division? |
| 5 | A. Yes, something like that. |
| 6 | Q. Do you remember any other runs that you've had |
| 7 | in the last five years or so that had that kind of |
| 8 | travel time? |
| 9 | A. I can't recall that one. |
| 10 | Q. When you have a run that pulls in at Flynn, |
| 11 | are there certain responsibilities that you have as an |
| 12 | operator after you've pulled in? |
| 13 | A. Yes. |
| 14 | Q. What are those responsibilities? |
| 15 | A. Basically you pull up, go to the machine where |
| 16 | they collect the fares, put the coach on whatever track |
| 17 | they want you to put it on. Then they want you to check |
| 18 | the coach, go through the back, check everything, make |
| 19 | sure there's no suspicious packages, no dead bodies on |
| 20 | the bus or people on the coach asleep. You want to do a |
| 21 | pre-trip on the coach, check it out one more time. Then |
| 22 | you go to the dispatcher office and you turn in your |
| 23 | transfers and your defect card. |
| 24 | Q. How long does all that take on a typical day? |
| 25 | A. For me, about 15 minutes. |

68

| 1 | Q. How do you know where they want you to park |
| 2 | the vehicle? |
| 3 | A. They have the yard person. They will tell you |
| 4 | what track to put the coach on. |
| 5 | Q. How long from the tracks to walk to the |
| 6 | dispatcher's office? |
| 7 | A. It could vary. We have Track 1 to 17. |
| 8 | Q. How long from Track 1 to the dispatcher's |
| 9 | office? |
| 10 | A. 10 minutes. |
| 11 | Q. How long from Track 17 to the dispatcher's |
| 12 | office? |
| 13 | A. Probably add another 5 minutes. |
| 14 | Q. So 15 minutes -- |
| 15 | A. Yes. |
| 16 | Q. -- just to walk? |
| 17 | A. Yes. I'm like an old man. I can't walk that |
| 18 | fast. |
| 19 | Q. Are you walking as fast as you can, or are you |
| 20 | taking your time? |
| 21 | A. With me, I better take my time. Easy for me |
| 22 | to pull something. When I was younger, I used to sprint |
| 23 | there. |
| 24 | Q. Right now, you have a run where you do the |
| 25 | peak service, you pull back in, and you've got your |

69

| 1 | standby time? |
| 2 | A. Yes. |
| 3 | Q. When you do that first piece of work, do you |
| 4 | turn all that material in when you pull back in? |
| 5 | A. Yes. |
| 6 | Q. Park the coach? |
| 7 | A. Yes. That's what you're required to do. |
| 8 | Q. And then do you pick up another paddle for the |
| 9 | next -- |
| 10 | A. Second half, and cycle through the second |
| 11 | thing. |
| 12 | Q. For your current run, you do that pre-op stuff |
| 13 | and the postop stuff more than once? |
| 14 | A. About four times altogether. |
| 15 | Q. Okay. And you don't always get the same |
| 16 | vehicle for the first part of your run as you would get |
| 17 | for the second part of your run? |
| 18 | A. Correct. |
| 19 | Q. Occasionally you do? |
| 20 | A. Absolutely. |
| 21 | Q. But I'm assuming even if it's the same coach, |
| 22 | you still do all that "pre" stuff? |
| 23 | A. Yeah, because you never know who moved it. |
| 24 | You got shop people who move the coach around or into |
| 25 | the wash. I seen them tear up buses in the yard, and |

70

| 1 | they try to blame me for it. You definitely want to do |
| 2 | a pre-op. |
| 3 | Q. If you find, like, lost-and-found stuff on the |
| 4 | vehicle, what do you do with that? |
| 5 | A. You turn it in to the dispatcher. You got to |
| 6 | fill out a lost-and-found form, yeah, and put a rubber |
| 7 | band around it and submit it to the dispatcher. |
| 8 | Q. And as I understand, you get paid by the |
| 9 | number of items? |
| 10 | A. I guess. I never found more than one item. |
| 11 | It usually be one item. They said they give you 5 |
| 12 | minutes for that. |
| 13 | Q. And when you found a lost-and-found item, do |
| 14 | you have to put in that time? |
| 15 | A. Yeah, you got to, like, tag it. |
| 16 | Q. Is there a form you need to fill out so you |
| 17 | get paid the 5 minutes or does the dispatcher handle |
| 18 | that? You say "I found this hoodie on the bus. I put a |
| 19 | tag on it," and you hand it to the dispatcher? |
| 20 | A. Yes. |
| 21 | Q. Do you also have to fill out a time slip of |
| 22 | some sort to get that 5 minutes? |
| 23 | A. From my knowledge, it's supposed to be |
| 24 | automatically he do that hisself. So you just fill out |
| 25 | the tag, and I guess that's the form of filling out, you |

71

| 1 | know, an overtime card at the same time. |
| 2 | Q. So to your understanding, that's the form both |
| 3 | for the lost-and-found item and for your overtime -- |
| 4 | A. Yes. |
| 5 | Q. -- accounting purposes? |
| 6 | A. Yes. |
| 7 | Q. Got it. Have you ever heard of the Line |
| 8 | Management Center? |
| 9 | A. No, I haven't. Is that another word for |
| 10 | Central Control? |
| 11 | Q. I'm not sworn in, so whatever I say really is |
| 12 | meaningless. |
| 13 | A. No, I haven't. |
| 14 | Q. I just wanted to know if you had ever heard |
| 15 | that before. |
| 16 | When you have to fill out an overtime card, is |
| 17 | there anything about that process that's difficult or |
| 18 | cumbersome? |
| 19 | A. No, it's pretty much self-explanatory. It's |
| 20 | right there. You know, just fill it out. |
| 21 | Q. Other than, you know, getting a look from a |
| 22 | dispatcher -- or you talked about -- I think it was a |
| 23 | guy -- Vernon -- |
| 24 | A. Bob Vernon. |
| 25 | Q. Any other thing, in your mind, that the MTA |

72

1 has done to discourage you from filling out an overtime
2 card where you've worked overtime?
3     A.   It's more or less the dispatchers, you know.
4 I don't see the MTA.  I'm just face-to-face with the
5 dispatchers.  I'm going by his vibes, you know.
6     Q.   I just want to make sure I have this right.
7 From your standpoint, the only thing that discourages
8 you from filling out an overtime card is essentially a
9 grumpy dispatcher?
10     A.   Yes.  Like I told you, 15, 20 minutes, yeah,
11 then I fill it out.  But pretty much it's the
12 dispatchers, their attitude that they have.
13     Q.   That process that you were describing just a
14 few moments ago about what you do when you pull back in
15 at Flynn, is that otherwise known as "turn-in time"?
16             MR. YOUNG:  Objection.  Vague.
17             MR. ROLNICK:  Q.  Do you understand my
18 question?
19     A.   All I know is "pull-in time."
20     Q.   You call it "pull-in time"?
21     A.   Yes.
22     Q.   At Flynn, is there a mailbox where you can
23 kind of toss the transfers from your trip or do you
24 actually take them to the dispatcher?
25     A.   It's kind of like they got a mailbox there,

                                                      73

1 but somebody tore it up.  So now you have to really take
2 it to the dispatcher office.  I think they just fixed
3 that mailbox, though, yeah.
4     Q.   So the mailbox has returned?
5     A.   Yes.
6     Q.   Where is it located?
7     A.   It's located in the yard next to the Provo
8 machine.
9     Q.   Have you ever used that as a way of turning in
10 your transfers?
11     A.   I usually take mines back to the dispatcher
12 office because you got to turn in the defect card.  So I
13 do it together at once.
14     Q.   Can you use that mailbox to turn in the
15 transfers and the defect card?
16     A.   No.  They just want you to put the transfers
17 in there only.
18     Q.   If you check off the defect card and there's
19 some defect, do you give it to the dispatcher or
20 somebody else?
21     A.   You pretty much tag the bus.  You put it on
22 the windshield or put it in the -- they call it a
23 "cutter" where you put the transfers at.  They want you
24 to put it there, one of the two places.
25     Q.   If you pull back in and there's nothing to

                                                      74

1 report on the dispatch card, you -- or the defect card,
2 you give it back to the dispatcher?
3     A.   Well, sometimes in the morning they do have a
4 yard man come out, and he asks you "Is there any
5 defect?"  He'll take the defect card, and if it's a
6 defect, he'll tell you "Put it on Track 5."
7     Q.   And is that just when you're doing that peak
8 service?
9     A.   Just in the mornings.
10     Q.   So when you have that first piece of work
11 where you're running the peak service and pulling in and
12 pulling out and when you're pulling back in sometime in
13 the mid-morning, there's often a yard starter who will
14 get the cards and direct you to a particular place if
15 there's something that needs to be done with the bus?
16     A.   Yes.
17     Q.   On other occasions, if you pull back in and
18 there's no defect to report, do you leave that on the
19 bus or do you take that back to the dispatcher?
20     A.   Basically leave it on the bus.  The hard copy,
21 that is.
22     Q.   Got it.
23     A.   Yeah.
24     Q.   So you always leave a hard copy on the
25 vehicle?

                                                      75

1     A.   Correct.
2     Q.   You take a copy for the -- there's a copy for
3 the dispatcher -- that goes back to the dispatcher?
4     A.   Correct.  Yeah.
5             MR. ROLNICK:  I think those are all the
6 questions I have.  Thank you very much.
7             MR. YOUNG:  Thank you.
8             (Off the record at 11:24 a.m.)
9             ---oOo---
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                                                      76

```
 1                    CERTIFICATE OF REPORTER
 2           I, MELISSA HAMMERNESS, a Certified Shorthand
 3    Reporter, do hereby certify:
 4           That KENNETH CHAMBERS, the witness in the
 5    foregoing deposition, was by me duly sworn to testify to
 6    the truth, the whole truth, and nothing but the truth in
 7    the within-entitled cause;
 8           That said deposition was reported by me at the
 9    time and place therein stated and was thereafter
10    transcribed as herein set forth;
11           I further certify that I am not interested in the
12    outcome of said action, nor of counsel or attorney for
13    either or any of the parties in the foregoing deposition
14    and caption named, nor connected with, nor related to
15    any of the parties in said action or to their respective
16    counsel.
17           I further certify that review of the transcript
18    was not requested by the deponent or a party before the
19    deposition was completed.
20           IN WITNESS WHEREOF I have hereunto set
21    my hand this _____ day of _____, 2013
22
23           _____
24                    MELISSA HAMMERNESS, CSR No. 4739
25
                                                          77
```

**'**  12/13

**'09 [4]** 17/16 18/24 45/1 60/6

**'X' [3]** 7/25 8/1 59/9

**-**

**---oOo [4]** 2/16 3/19 4/17 76/9

**--oOo [1]** 1/3

**0**

**03704 [1]** 1/6

**1**

**10 [10]** 13/16 14/11 29/17 29/19 29/25 47/4 47/5 56/7 66/14 69/10

**101 [1]** 28/23

**10:15 [1]** 40/6

**10:30 [1]** 66/14

**10:37 [1]** 40/6

**11:24 [1]** 76/8

**11th [2]** 18/3 18/14

**12 [4]** 28/4 28/5 28/17 56/7

**12-hour [1]** 27/22

**12:30 [4]** 14/20 14/21 25/15 25/15

**13 [2]** 9/5 9/20

**1390 [2]** 3/5 4/7

**14 [1]** 18/15

**14-L [1]** 18/2 18/15

**15 [17]** 18/8 18/16 22/1 27/4 27/16 28/8 31/20 31/25 42/5 42/5 62/12 67/18 67/21 68/3 68/25 69/14 73/10

**15th [2]** 9/3 67/20

**16 [1]** 64/3

**16th [2]** 18/7 18/16

**17 [2]** 69/7 69/11

**1819 [1]** 1/24

**19 [1]** 1/17

**19th [1]** 3/2

**1:00 [1]** 21/18

**2**

**20 [11]** 22/1 27/4 27/16 27/23 27/25 28/8 29/1 47/12 52/1 57/5 73/10

**2009 [10]** 14/2 17/2 17/9 19/6 19/22 20/1 20/22 21/5 26/9 36/10

**2013 [2]** 1/17 3/3 77/21

**2039 [1]** 4/2

**20th [2]** 18/9 18/17

**25th [2]** 58/21 58/22

**280 [1]** 28/23

**2:00 [1]** 21/18

**2:30 [1]** 25/15

**3**

**30 [7]** 27/23 27/25 29/1 32/10 47/12 47/15 62/12

**308 [1]** 4/3

**31 [1]** 9/17

**32 [1]** 9/17

**321 [1]** 12/4

**38 [2]** 18/12 66/25

**3:00 [1]** 15/25

**3:30 [1]** 14/22

**4**

**400 [1]** 64/9

**415 [1]** 1/25

**446 [1]** 1/24

**471 [7]** 12/13 12/14 12/23 14/13 15/24 16/2 65/9

**472 [9]** 13/15 13/22 14/7 14/10 14/25 15/10 15/21 15/24 16/2

**4739 [3]** 1/20 3/7 77/24

**474 [3]** 12/18 13/1 15/23

**4849 [1]** 1/25

**48th [1]** 58/21

**4:00 [1]** 21/17

**5**

**50 [3]** 26/19 32/5 32/7

**500 [1]** 64/10

**5408 [2]** 3/6 4/8

**5:00 [7]** 13/23 15/10 15/13 15/13 15/19 15/25 19/23

**6**

**60-foot [1]** 42/6

**6:30 [7]** 12/25 13/5 13/13 14/3 14/3 14/24 32/24

**6:45 [6]** 12/24 14/3 14/19 14/24 15/15 66/11

**6:47 [1]** 13/2

**7**

**702 [1]** 57/4

**75 [2]** 26/21 32/8

**7:00 [5]** 20/17 21/5 21/9 32/24 66/11

**7:15 [3]** 54/11 54/12 54/24

**7:18 [1]** 54/13 54/23

**9**

**90 [1]** 26/23

**94102-5408 [2]** 3/6 4/8

**94109 [1]** 1/24

**94704 [1]** 4/3

**982-4849 [1]** 1/25

**9:30 [2]** 3/3 14/19

**A**

**a.m [10]** 3/3 13/3 15/10 15/12 15/13 15/19 24/18 40/6 53/8 76/8

**ability [3]** 7/14 8/13 8/19

**able [6]** 7/24 13/20 22/6 32/13 35/21 57/25

**about [83]**

**Absolutely [10]** 16/9 23/17 26/20 26/22 30/20 30/22 40/12 41/12 43/9 70/20

**accept [1]** 27/17

**accounting [1]** 72/5

**across [1]** 36/7

**action [2]** 77/12 77/15

**actually [4]** 43/14 48/25 49/23 73/24

**add [1]** 69/13

**addition [1]** 33/5

**additional [1]** 66/16

**address [1]** 12/3

**adjust [4]** 56/3 56/12 56/14 57/13

**adjusting [2]** 41/2 41/2

**affects [1]** 8/15

**after [17]** 13/15 14/20 15/22 16/10 20/17 21/5 28/5 28/18 29/17 42/5 47/10 49/13 49/14 56/4 61/25 63/3 68/12

**afternoon [3]** 17/19 33/1 51/3

**afternoon/early [1]** 33/1

**Afterwards [1]** 60/16

**again [8]** 17/2 19/25 20/21 26/8 30/23 37/24 41/6 46/9

**agency [2]** 1/7 52/13

**ago [16]** 19/13 19/19 20/9 20/20 21/12 31/1 38/16 42/20 47/3 61/7 61/17 62/5 62/7 67/11 67/13 73/14

**ahead [4]** 27/17 44/7 52/24 54/24

**ain't [3]** 28/5 53/22 57/9

**air [1]** 41/4

**al [1]** 1/7

**Alice [2]** 11/14 11/17

**all [24]** 5/22 6/13 6/24 7/3 7/17 12/24 17/3 23/9 27/2 27/15 31/8 33/8 36/10 40/19 41/18 42/4 42/6 56/5 58/25 68/24 70/4 70/22 73/19 76/5

**almost [1]** 41/25

**along [2]** 50/20 65/19

**already [3]** 32/6 47/8 54/13

**also [7]** 4/11 6/8 7/1 10/5 18/8 51/14 71/21

**altogether [1]** 70/14

**always [9]** 17/9 26/18 28/23 28/25 33/15 45/17 55/13 70/15 75/24

**am [1]** 77/11

**amongst [1]** 33/10

**amount [2]** 25/2 52/11

**anymore [3]** 19/16 57/23 57/24

**anything [10]** 27/23 28/5 28/18 29/17 45/25 46/20 48/9 63/14 64/8 72/17

**anyway [3]** 28/2 47/8 59/1

**anywhere [1]** 28/23

**apart [1]** 54/14

**Apartments [1]** 12/2

**appeared [3]** 3/7 4/4 4/9

**apply [1]** 41/6

**appointment [2]** 24/12 25/4

**approximately [2]** 34/15 61/16

**are [41]**

**around [10]** 14/1 15/10 15/19 32/24 39/1 39/6 40/17 40/20 70/24 71/7

**arriving [1]** 41/22

**as [41]**

**Ashley [3]** 62/17 62/18 62/20

**ask [10]** 5/19 6/11 6/18 7/2 7/20 8/2 8/8 17/8 20/15 25/3

**asked [4]** 14/2 19/1 30/21 31/21

**asking [7]** 6/22 19/22 20/22 20/24 29/9 31/1 51/1

**asks [1]** 75/4

**asleep [1]** 68/20

**assigned [4]** 63/23 65/7 65/8 65/15

**assignment [6]** 63/10 63/11

**A**

assignment... [4] 64/18 65/11 65/20 66/16
assistant [7] 50/7 50/8 50/13 50/18 50/21 60/4 60/23
ASSOCIATES [1] 1/23
assume [4] 6/11 32/11 34/5 35/16
assuming [1] 70/21
attached [2] 44/4 48/5
attend [1] 61/4
attention [2] 7/1 7/2
attitude [8] 27/11 27/13 27/20 30/14 30/19 31/4 31/9 73/12
attorney [5] 3/4 4/6 4/9 5/8 77/12
audibly [2] 5/22 6/6
automatically [2] 28/4 71/24
available [1] 33/11
Avenue [1] 4/2
aware [4] 31/10 42/11 63/1 63/7
away [2] 22/7 34/8
AX [1] 47/9
Ayn [1] 11/1

**B**

back [69]
bad [4] 29/24 30/1 30/8 45/13
ballpark [1] 28/24
band [1] 71/7
based [2] 7/15 39/9
basically [15] 12/15 14/18 18/22 27/6 27/15 28/22 38/9 40/15 41/1 52/16 54/23 63/9 64/2 68/15 75/20
bathroom [2] 56/11 58/19
Bayview [1] 11/22
be [45]
because [19] 7/3 21/8 22/21 23/15 23/19 27/15 31/7 36/17 37/25 38/25 47/18 48/13 49/15 54/1 55/13 65/14 66/1 70/23 74/12
been [35] 9/4 9/8 9/20 11/2 11/9 13/7 19/13 19/19 20/2 20/9 20/25 23/10 27/15 28/7 31/25 32/10 33/19 36/9 36/22 38/4 45/13 46/19 47/14 51/12 57/18 59/23 60/1 60/13 61/18 61/20 62/9 65/10 65/12 65/22 66/8
before [29] 3/6 5/13 8/8 8/9 10/13 11/13 12/1 12/7 12/17 12/21 13/15 13/20 19/23 20/6 22/15 24/9 31/11 40/11 41/10 41/25 49/12 50/13 50/16 50/22 58/12 58/12 60/15 72/15 77/18
began [3] 15/1 15/6 19/23
begin [2] 16/20 17/9
beginning [1] 55/1
begins [2] 24/25 40/9
behalf [2] 4/4 4/10
behind [2] 58/5 59/7
being [9] 3/11 25/12 25/17 30/11 34/12 38/13 41/23 52/15 64/13
believe [2] 11/14 51/22
belong [1] 39/22

Berkeley [1] 4/3
besides [3] 10/1 10/12 62/14
best [3] 7/14 8/7 8/9
better [1] 69/21
between [7] 22/1 53/14 60/6 60/10 61/2 62/12 68/2
beyond [3] 26/10 26/25 28/8
bicycle [1] 40/22
bid [1] 39/1
bidding [2] 38/25 39/9
bit [6] 15/9 32/9 32/11 45/23 55/13 65/23
blame [1] 71/1
board [15] 9/16 36/7 36/9 36/13 36/16 38/5 38/13 38/14 39/4 39/5 39/16 40/1 64/9 64/19 65/4
Bob [3] 29/13 30/7 72/24
bodies [2] 42/25 68/19
body [1] 40/18
BONNIE [1] 1/23
book [1] 41/15
both [3] 16/4 40/21 72/2
bottom [2] 39/15 39/17
box [1] 43/16
brakes [2] 41/6 41/7
break [8] 14/21 25/16 25/17 40/5 52/16 56/21 57/19 57/20
breakdown [1] 52/21
breaking [1] 55/14
breaks [2] 55/22 58/13
briefcase [1] 47/14
bring [1] 35/25
Britt [2] 11/8 50/20
broke [3] 53/1 53/2 53/15
Bruno [1] 47/11
built [1] 67/16
bulletin [6] 41/16 42/11 42/14 42/23 43/2 44/21
bulletins [3] 42/7 42/8 42/9
bus [31] 9/23 22/15 22/16 23/12 42/21 42/22 47/8 47/10 47/12 47/13 47/16 48/2 52/11 52/16 52/24 53/3 53/10 54/1 55/21 56/1 56/16 56/23 57/21 58/5 64/25 68/20 71/18 74/21 75/15 75/19 75/20
buses [9] 41/18 47/6 52/10 53/21 54/3 54/6 54/14 55/14 70/25

**C**

C-h-a-m-b-e-r-s [1] 5/6
C12 [1] 1/6
C12-03704 [1] 1/6
cabin [1] 40/19
Cable [7] 37/21 37/21 38/18 38/20 39/1 39/13 39/19
CALIFORNIA [5] 1/2 1/24 3/6 4/3 4/8
call [16] 23/24 40/15 41/7 51/6 56/24 58/9 58/14 58/20 59/6 59/7 59/12 63/21 64/14 64/17 73/20 74/22
called [9] 3/11 11/17 11/23 24/7 47/4 47/23 54/7 54/12 61/19
calling [1] 48/15
calls [2] 35/6 58/3
came [8] 10/2 10/9 10/13 15/19 38/12 39/9 39/14 42/22
can [23] 5/2 5/5 6/4 9/10 17/1 19/4 20/8 21/21 24/23

28/19 29/11 36/4 40/13 49/15 55/24 56/3 56/13 61/10 61/15 67/20 69/19 73/22 74/14
can't [12] 19/8 26/17 31/7 32/4 48/15 55/22 56/24 57/23 57/24 66/23 68/9 69/17
caption [1] 77/14
car [3] 25/23 64/20 65/1
card [13] 27/13 41/15 68/23 72/1 72/16 73/2 73/8 74/12 74/15 74/18 75/1 75/1 75/5
cards [1] 75/14
care [1] 52/5
careful [1] 7/7
carry [1] 52/12
carrying [2] 52/19 56/4
Cars [7] 37/21 37/22 38/18 38/20 39/1 39/13 39/20
case [6] 1/5 16/17 47/3 49/15 50/6 66/6
catch [2] 22/14 64/25
catching [1] 22/16
cause [1] 77/7
causes [2] 52/8 52/14
caution [2] 50/25 63/21
Center [1] 72/8
Central [18] 41/8 41/24 47/4 47/23 53/11 53/14 53/25 54/7 55/6 55/11 55/17 57/1 58/9 58/13 58/14 58/20 59/6 72/10
certain [9] 7/19 7/21 23/13 25/14 40/10 53/5 56/17 57/7 68/11
CERTIFICATE [1] 77/1
Certified [1] 77/2
certify [3] 77/3 77/11 77/17
chairperson [1] 46/12
challenge [1] 49/4
CHAMBERS [5] 1/15 3/9 5/4 5/7 77/4
chance [2] 50/6 51/2
change [4] 34/4 34/5 34/5 34/7
changed [4] 34/1 34/2 59/25 65/20
changes [2] 42/12 42/15
charter [1] 65/17
cheat [1] 9/15
check [27] 20/3 20/13 21/21 40/20 40/21 40/22 40/24 40/24 41/8 41/8 41/17 41/19 41/24 42/24 53/12 63/10 63/15 64/8 64/11 64/12 65/2 65/14 65/18 68/17 68/18 68/21 74/18
Checking [6] 40/18 40/18 40/19 41/4 41/4 41/4
choice [3] 22/17 25/1 64/14
choose [1] 22/11
circumstance [3] 37/14 39/8 54/7
circumstances [1] 23/10
CITY [9] 3/4 3/4 4/6 4/6 4/9 5/8 10/12 10/20 26/6
clear [2] 6/5 58/20
coach [21] 40/16 40/17 40/20 40/23 40/24 41/1 41/6 41/7 41/20 42/6 42/24 58/8 61/6 68/16 68/18 68/20 68/21 69/4 70/6 70/21 70/24
collect [1] 68/16
come [22] 12/24 13/23 14/19 14/22 23/22 39/17 40/15

## C

come... [15] 44/18 46/1 49/16 54/15 56/11 56/25 57/5 58/9 58/19 59/12 61/1 62/1 63/9 67/6 75/4
comes [2] 35/19 46/7
coming [2] 26/7 58/5
commencing [1] 3/3
commend [1] 44/13
commendation [1] 44/16
communicate [2] 8/13 8/19
communication [5] 53/11 53/14 53/22 56/8 57/3
communications [6] 53/20 55/11 55/17 56/7 56/15 57/1
commute [1] 21/23
compartment [1] 40/25
compensate [1] 52/12
compensated [2] 25/13 25/17
compensation [1] 28/16
complain [1] 44/14
complained [2] 45/22 46/18
complaining [1] 47/22
complaint [2] 48/1 48/16
completed [1] 77/19
computer [2] 28/2 28/17
concerned [1] 9/18
concerns [1] 45/13
conditions [1] 8/18
confuse [1] 23/19
confused [1] 23/20
connected [1] 77/14
consideration [1] 33/10
consistently [1] 13/8
consists [3] 41/1 41/14 63/16
construction [2] 42/10 43/5
contest [1] 45/19
continue [2] 28/11 58/15
contract [5] 34/3 34/4 34/7 57/18 58/12
Control [12] 41/24 53/11 53/25 54/7 55/7 55/11 55/17 57/2 58/14 58/14 59/6 72/10
conversation [6] 5/25 5/25 51/15 51/17 51/21 51/25
copy [4] 75/20 75/24 76/2 76/2
Coronado [1] 12/4
correct [38] 9/21 9/24 15/5 15/7 16/3 16/13 17/14 17/22 18/18 22/24 22/25 24/22 24/25 25/13 25/22 28/9 28/10 30/24 30/25 31/20 31/22 32/25 34/20 34/23 38/6 38/22 39/3 39/7 39/10 44/11 44/20 59/2 62/25 66/15 67/9 70/18 76/1 76/4
correction [1] 9/10
could [11] 19/9 26/15 32/2 42/14 42/17 44/1 44/13 52/19 53/17 64/14 69/7
couldn't [1] 61/11
counsel [4] 4/4 4/10 77/12 77/16
COUNTY [2] 3/4 4/6
couple [8] 13/9 14/21 24/23 29/19 50/20 55/18 67/2 67/5
course [3] 56/7 63/22 64/2
court [3] 1/1 1/23 6/3
crazy [1] 55/14
criteria [3] 32/15 32/17 33/5
crowded [1] 47/8

## CSR

CSR [3] 1/20 3/7 77/24
cumbersome [1] 72/18
current [6] 10/24 28/20 34/12 34/13 34/14 70/12
currently [2] 12/12 25/23
cut [2] 34/17 34/18
cutter [1] 74/23
cycle [1] 70/10

## D

daily [1] 65/20
damage [1] 40/18
DARRYL [2] 1/4 4/11
day [33] 23/14 23/15 23/16 28/11 29/13 29/14 33/3 33/16 37/6 42/23 43/3 44/25 48/6 51/22 53/5 55/9 55/10 55/18 55/21 55/21 59/14 59/20 63/11 63/16 64/5 64/10 64/10 64/22 64/24 65/11 65/16 68/24 77/21
days [8] 33/12 33/13 37/7 37/8 48/1 55/24 56/6 57/9
dead [2] 42/22 68/19
deadhead [5] 57/6 57/10 58/16 58/18 58/21
deadheading [1] 57/2
December [2] 1/17 3/2
defect [11] 41/15 68/23 74/12 74/15 74/18 74/19 75/1 75/5 75/5 75/6 75/18
Defendant [3] 1/8 3/11 4/10
definitely [3] 22/14 63/15 71/1
delays [1] 52/8
denied [1] 77/9
department [2] 10/14 10/15
depend [2] 22/1 23/13 27/2 55/12 55/21
depending [1] 25/2
depends [1] 33/8
deponent [1] 77/18
deposition [9] 1/14 3/2 5/9 5/13 51/2 77/5 77/8 77/13 77/19
Deputy [2] 4/9 5/8
describe [2] 24/2 40/13
describing [5] 15/11 16/1 51/12 61/17 73/13
desk [2] 30/12 43/23
destination [2] 40/22 41/3
detail [7] 63/10 63/15 64/5 64/11 64/12 65/2 65/18
detailed [1] 64/7
did [20] 7/21 12/7 12/19 15/13 17/2 17/9 17/16 17/23 17/24 22/8 28/21 29/21 36/18 38/17 48/25 50/6 51/21 51/23 52/5 57/15
didn't [7] 16/18 38/21 39/1 46/4 48/2 54/5 61/21
died [1] 42/20
diesel [1] 9/23
different [12] 23/25 24/2 24/7 35/2 35/16 36/20 37/15 38/5 42/9 46/24 66/2 66/4
difficult [2] 17/1 72/17
direct [1] 74/14
Directed [1] 74/23
disciplinary [2] 44/18 45/3
discourage [1] 73/1
discourages [1] 73/7
dispatch [3] 41/11 41/22 75/1

## dispatcher

dispatcher [41]
dispatcher's [3] 69/6 69/8 69/11
dispatchers [4] 31/7 73/3 73/5 73/12
distance [1] 23/2
DISTRICT [2] 1/1 1/2
division [59]
divisions [1] 9/25
do [119]
doctor [1] 24/12
doctor's [1] 25/4
does [12] 21/15 21/25 38/8 39/18 42/3 45/17 52/23 54/19 54/21 65/5 68/24 71/17
doesn't [1] 50/15
doing [17] 10/15 16/11 17/18 19/19 24/10 25/11 30/4 32/22 48/18 52/18 53/12 57/17 61/24 64/24 65/10 65/19 75/7
dollars [2] 29/19 67/10
don't [32] 5/15 6/21 7/12 7/16 9/15 11/17 13/12 14/14 20/4 20/10 20/12 21/3 28/1 28/18 29/10 29/10 32/6 36/5 38/7 38/11 40/5 45/8 45/24 46/9 46/25 47/18 50/12 52/4 56/18 59/8 70/15 73/4
done [9] 14/4 21/19 22/15 23/16 34/1 60/19 64/15 73/1 75/15
doors [1] 41/5
double [1] 5/6
down [17] 6/1 6/4 15/20 28/17 29/1 47/11 49/23 52/16 53/1 53/2 53/15 55/14 55/22 56/21 58/21 62/1 66/6
drive [9] 21/24 21/25 22/10 22/18 22/18 22/21 30/10 35/17 64/21
driver [2] 40/25 42/21
drivers [1] 54/5
drove [3] 10/2 10/5 29/22
DUDLEY [1] 4/12
due [3] 28/13 34/7 54/23
duly [2] 3/12 77/5
during [20] 17/8 17/15 18/4 18/23 19/5 19/21 20/15 21/4 25/10 26/9 45/5 51/23 53/7 56/7 60/17 61/13 61/20 62/9 65/21 66/17

## E

e-t-h [1] 5/6
each [2] 34/19 34/19
earlier [3] 52/6 53/24 62/22
early [2] 33/1 66/11
easiest [3] 32/19 32/20 32/21
Easy [1] 69/21
eight [1] 10/3
either [7] 6/20 31/3 44/15 44/15 50/2 58/15 77/13
else [3] 7/7 63/7 74/20
emergency [4] 16/17 16/23 23/23 58/2
Emeryville [2] 12/8 12/9
employment [1] 5/10
end [8] 18/6 28/25 58/25 59/19 59/20 59/21 61/25 66/7
ended [10] 15/4 15/7 17/4 17/12 17/17 20/17 21/5 62/23 67/4 67/23
ends [2] 22/22 63/3

**E**

enough [1] 52/10
entitled [2] 7/13 77/7
equipment [2] 35/1 35/14
especially [1] 64/8
Esquire [1] 4/4
essentially [1] 73/8
estimate [2] 7/21 19/9
et [1] 1/7
even [8] 20/10 25/5 36/5
 48/14 53/3 56/1 56/18 70/21
evening [2] 20/18 33/2
event [3] 25/5 43/8 65/15
ever [15] 20/17 21/3 22/12
 23/4 23/15 27/9 45/21 55/3
 56/15 57/1 57/17 64/15 72/7
 72/14 74/9
every [4] 34/10 45/13 46/24
 55/18
everybody [2] 11/17 64/3
everything [2] 42/24 68/18
Examination [2] 2/3 5/1
examined [1] 3/12
example [1] 7/22
Excuse [1] 30/13
exhibits [1] 2/8
expected [1] 65/13
experience [5] 52/8 52/14
 53/4 61/16 65/3
experienced [1] 27/10
Explain [1] 14/17
explained [1] 46/8
explanatory [1] 72/19
extensions [1] 40/24
extra [15] 36/9 36/12 36/16
 37/16 38/5 38/13 38/14 39/4
 39/5 39/16 40/1 59/3 64/9
 64/19 65/4

**F**

face [2] 73/4 73/4
face-to-face [1] 73/4
fact [2] 7/6 22/17
factors [1] 33/6
falls [1] 66/16
far [9] 9/17 19/14 20/10
 21/2 21/16 22/16 31/18 43/7
 63/4
fares [1] 68/16
fashion [2] 31/3 61/5
fast [2] 69/18 69/19
feel [1] 48/14
feet [2] 30/12 41/6
few [6] 29/24 32/1 36/14
 45/4 67/10 73/14
field [1] 66/8
fight [1] 48/22
figure [2] 13/25 38/3
file [1] 20/14
filing [1] 48/16
fill [12] 27/6 44/13 49/3
 49/8 53/25 71/6 71/16 71/21
 71/24 72/16 72/20 73/11
filled [2] 27/8 51/12
filling [3] 71/25 73/1 73/8
finally [1] 47/25
find [3] 58/7 64/21 71/3
finish [2] 8/7 8/9
FIRM [1] 4/2
first [19] 3/12 10/2 11/15
 15/11 16/7 17/25 20/23 24/11
 24/18 41/12 47/9 51/7 51/9

67/3 67/19 67/22 70/3 70/16
 75/10
fittin' [1] 56/11
five [19] 10/8 20/24 21/11
 21/19 30/8 30/24 31/1 31/4
 31/6 33/15 33/18 45/7 45/10
 47/10 55/18 60/6 66/19 67/14
 68/7
five-plus [1] 20/24
fixed [1] 74/2
flip [1] 20/15
Floor [2] 3/6 4/8
Flynn [46]
focus [3] 19/22 20/21 26/8
focusing [1] 15/9
follow [1] 52/5
foot [1] 42/6
forced [1] 28/13
foregoing [2] 77/5 77/13
forgot [1] 19/20
form [6] 44/12 49/9 71/6
 71/16 71/25 72/2
format [1] 5/18
forms [2] 49/17 51/13
forth [4] 3/13 26/11 31/11
 77/10
found [8] 42/21 71/3 71/6
 71/10 71/13 71/13 71/18 72/3
four [11] 10/18 11/20 12/15
 20/24 31/24 33/18 47/10
 65/10 65/21 66/19 70/14
Fox [2] 3/5 4/7
FRANCISCO [7] 1/7 1/24 3/5
 3/6 4/7 4/8 5/10
free [2] 25/18 26/3
French [1] 30/14
frequency [2] 19/17 55/16
frequently [10] 7/22 8/3
 17/15 19/10 26/13 26/16
 31/24 32/3 36/12 55/10
Friday [1] 7/25
front [6] 40/20 47/7 47/13
 47/18 54/3 55/22
full [2] 20/4 47/16
further [2] 77/11 77/17
FYI [1] 45/21

**G**

game [1] 28/22
gap [1] 53/25
garage [1] 22/7
gas [1] 58/8
gave [5] 51/13 54/10 66/1
 67/18 68/3
Geary [3] 18/12 58/21 58/22
general [7] 33/20 33/25 34/6
 34/9 34/18 34/21 34/25 35/19
 37/18 37/20 38/19 39/12
generally [4] 13/13 33/13
 37/6 43/11
George [2] 30/11 30/15
gesture [1] 6/2
get [77]
getting [8] 17/19 21/9 21/17
 28/5 28/24 29/2 60/3 72/21
Giants [1] 28/22
GILBERT [1] 4/13
gillie [1] 16/19
give [19] 7/20 8/2 8/7 19/9
 24/13 26/15 29/24 30/5 30/7
 30/18 31/3 32/2 32/4 47/2
 54/15 67/10 71/1 74/19 75/2
given [1] 45/21

giving [3] 42/14 51/13 66/16
go [46]
goes [1] 76/3
going [33] 5/16 5/24 6/11
 7/19 7/20 7/24 14/1 23/18
 25/5 28/25 30/13 35/13 37/9
 37/12 38/3 42/10 43/3 43/8
 44/16 45/17 46/19 47/9 47/17
 48/22 52/4 54/12 54/13 54/16
 57/9 57/21 64/24 66/8 73/5
gone [2] 49/14 52/24
gonna [1] 57/10
good [1] 46/6
got [51]
grab [1] 49/21
Great [1] 43/10
greater [1] 53/6
Green [4] 35/17 35/22 35/23
 35/25
grief [1] 30/18
ground [1] 5/15
grumpy [1] 73/9
guess [4] 7/12 7/16 71/10
 71/25
guy [4] 46/13 47/13 47/25
 72/23
guys [1] 56/18

**H**

had [62]
half [3] 11/5 24/11 70/10
HAMMERNESS [4] 1/20 3/7 77/2
 77/24
hand [3] 50/1 71/19 77/21
handle [1] 71/17
happen [9] 16/17 16/18 22/8
 24/12 46/9 46/11 50/5 51/23
 57/12
happened [10] 26/13 38/15
 46/9 49/2 49/6 49/24 51/18
 52/2 60/5 62/4
happens [5] 19/10 25/8 26/16
 50/4 60/12
hard [9] 10/23 19/13 20/2
 21/2 30/5 31/6 55/20 75/20
 75/24
hard-working [1] 10/23
Harrison [4] 9/3 22/4 25/24
 67/20
has [12] 25/4 26/13 31/25
 33/6 44/18 46/18 52/24 61/20
 65/11 65/20 73/1 74/4
have [128]
haven't [5] 21/19 30/23 46/19
 72/9 72/13
having [7] 5/25 16/23 20/5
 20/17 21/4 34/9 60/3
he [12] 29/19 29/21 30/11
 30/14 30/17 30/18 47/22 51/3
 53/1 64/23 71/24 75/4
he'll [4] 46/14 51/3 75/5
 75/6
he's [3] 47/17 53/1 62/21
head [1] 6/1
headlights [1] 40/21
headway [4] 47/6 54/1 54/3
 54/14
heard [4] 24/6 24/9 72/7
 72/14
hearing [2] 44/3 61/2
heavy [2] 52/20 53/4
held [3] 10/11 10/19 61/20
her [11] 11/1 11/7 11/13

## H

**her...** [8]  11/17 11/18 50/10
  50/11 50/14 50/16 51/18
  51/20
**here** [7]  7/15 21/3 40/8 47/3
  47/17 51/1 59/3
**Here's** [1]  32/15
**hereby** [1]  77/3
**herein** [1]  77/10
**hereinafter** [1]  3/13
**hereunto** [1]  77/20
**Hey** [1]  37/16
**high** [1]  40/1
**higher** [3]  32/7 32/8 32/9
**him** [7]  46/13 47/2 47/21
  48/1 48/2 51/6 52/18
**hindsight** [1]  6/20
**his** [9]  30/10 30/12 47/14
  50/17 50/24 51/4 51/9 51/10
  73/5
**hisself** [1]  71/24
**history** [1]  8/1
**hold** [2]  55/4 58/6
**home** [2]  28/22 64/21
**hoodie** [1]  71/18
**horn** [1]  41/4
**hot** [1]  44/8
**hour** [3]  3/3 27/22 55/18
**hours** [17]  12/23 13/7 13/17
  13/22 14/1 14/11 14/15 14/21
  28/4 28/5 28/18 33/4 53/7
  55/18 64/3 67/2 67/5
**how** [59]
**hung** [1]  16/19

## I

**I'd** [1]  35/6
**I'll** [5]  37/16 47/20 51/2
  64/20 64/21
**I'm** [56]
**I've** [3]  9/16 22/15 49/14
**idea** [1]  55/16
**identify** [1]  29/11
**impair** [2]  8/19 8/21
**impairs** [1]  8/12
**important** [3]  5/21 6/4 6/8
**inbound** [1]  47/9
**incident** [2]  48/8 51/11
**include** [1]  45/16
**inconvenience** [1]  30/3
**indicating** [1]  6/3
**information** [2]  42/15 45/16
**inside** [2]  40/23 65/1
**inspectors** [1]  56/16
**instance** [2]  37/21 48/24
**instead** [1]  34/9
**instruct** [1]  58/4
**instruction** [1]  54/25
**instructions** [3]  54/10 55/4
  55/6
**interested** [2]  48/25 77/11
**interrogated** [1]  3/13
**introduced** [1]  5/7
**involved** [3]  66/20 66/25
  67/25
**is** [102]
**issue** [2]  44/18 53/4
**it** [143]
**it's** [53]
**item** [4]  71/10 71/11 71/13
  72/9
**items** [1]  71/9

## J

**Janice** [3]  50/10 50/10 51/15
**Jeffrey** [1]  50/17
**job** [3]  9/6 48/19 64/21
**JOEL** [1]  4/4
**JOHN** [2]  4/12 5/8
**joined** [1]  5/10
**JONATHAN** [1]  4/9
**jumps** [1]  47/13
**June** [16]  14/1 17/2 17/8
  17/16 18/23 19/6 19/22 20/1
  20/16 20/21 20/22 21/4 26/9
  36/10 45/1 60/6
**just** [61]

## K

**K-e** [1]  5/6
**keep** [5]  7/8 47/8 53/20
  57/13 58/6
**keeping** [1]  56/16
**KENNETH** [4]  1/15 3/9 5/4 77/4
**key** [1]  66/9
**kids** [3]  25/6 65/17 66/10
**kind** [16]  21/8 27/20 42/8
  44/24 45/15 50/12 53/20
  55/19 56/5 56/6 57/20 59/15
  66/8 68/7 73/23 73/25
**kinds** [3]  43/24 45/2 55/10
**Kirkland** [1]  36/23
**know** [60]
**Knowing** [1]  26/6
**knowledge** [2]  7/15 71/23
**known** [1]  73/15
**knows** [1]  51/3

## L

**laid** [1]  43/13
**large** [1]  52/11
**last** [33]  9/20 11/16 11/18
  13/8 13/9 13/10 15/20 18/20
  20/24 21/10 21/13 21/19 22/9
  27/12 31/6 31/24 34/3 34/4
  38/15 38/25 41/25 44/23
  50/11 51/10 61/4 62/4 62/11
  63/23 65/21 65/21 66/19
  67/14 68/7
**late** [20]  7/23 8/3 8/3 21/16
  26/18 28/25 31/11 31/20
  31/25 33/1 44/2 52/7 52/15
  55/14 56/4 56/5 57/6 59/17
  59/18 59/22
**later** [8]  13/5 13/14 21/9
  42/21 48/1 56/14 57/14 59/13
**Latona** [2]  11/23 11/24
**law** [2]  4/2 64/2
**lawsuit** [1]  5/9
**leader** [5]  52/17 52/21 52/23
  53/15 56/3
**learn** [1]  37/2
**leave** [7]  38/10 42/25 56/14
  58/20 75/18 75/20 75/24
**leaving** [1]  54/24
**less** [10]  14/5 16/16 25/19
  34/8 45/10 47/21 48/17 60/7
  67/6 73/3
**let** [17]  5/15 6/15 6/21 8/9
  17/8 20/15 21/11 28/7 46/8
  46/9 47/15 47/21 48/2 50/23
  50/25 56/2 58/9
**let's** [5]  8/6 12/15 35/16
  40/7 51/20
**letter** [5]  44/4 48/14 48/19
  48/20 49/11

## letters

**letters** [1]  48/18
**lifetime** [1]  10/22
**light** [1]  35/17
**lights** [4]  30/12 40/19 40/19
  40/21
**like** [66]
**Limited** [1]  18/15
**line** [12]  18/7 18/10 18/13
  29/1 47/18 52/24 57/7 58/25
  59/16 59/19 66/24 72/7
**lined** [1]  43/16
**lines** [1]  23/19
**list** [4]  39/15 39/22 40/1
  41/18
**little** [9]  15/9 23/20 25/16
  32/9 42/12 43/15 47/14 47/14
  59/3
**live** [2]  11/21 12/7
**lived** [1]  11/24
**living** [3]  12/1 12/5 12/9
**load** [1]  52/21
**loads** [1]  53/5
**located** [3]  9/2 74/6 74/7
**location** [2]  17/17 43/6
**lock** [1]  28/4
**long** [28]  9/4 9/8 10/17 11/2
  11/9 11/19 11/24 12/5 12/9
  12/14 12/19 19/13 19/19 20/9
  20/19 21/25 25/20 33/3 42/3
  50/18 51/25 62/11 67/1 67/11
  68/24 69/5 69/8 69/11
**look** [3]  33/8 52/5 72/21
**looking** [2]  32/17 33/13
**looks** [1]  10/22
**lose** [2]  39/13 59/15
**lost** [4]  71/3 71/6 71/13
  72/3
**lost-and-found** [4]  71/3 71/6
  71/13 72/3
**lot** [9]  25/25 26/14 26/18
  27/18 32/14 33/6 35/19 52/9
  66/7
**lots** [1]  55/24
**low** [2]  39/25 66/9
**low-key** [1]  66/9
**lunch** [1]  25/15

## M

**machine** [2]  68/15 74/8
**mail** [2]  53/16 56/9
**mailbox** [5]  73/22 73/25 74/3
  74/4 74/14
**mailboxes** [1]  43/13
**main** [2]  52/12 52/20
**make** [15]  6/19 6/20 9/10
  30/6 36/4 38/11 39/12 40/16
  40/21 40/22 42/23 46/16
  67/21 68/18 73/6
**making** [3]  41/3 41/5 41/6
**male** [1]  62/21
**man** [5]  10/23 39/25 62/20
  69/17 75/4
**Management** [1]  72/8
**mandate** [1]  64/3
**mangle** [1]  7/5
**many** [8]  7/21 21/1 31/7
  31/11 33/18 47/5 66/4 66/5
**marked** [1]  2/8
**Market** [2]  3/5 4/7
**material** [2]  41/16 70/4
**materials** [1]  41/11
**matter** [2]  26/15 45/3
**may** [13]  6/19 8/2 24/11 30/3

# M

may... [9] 37/20 41/16 44/3
44/3 44/17 58/7 64/9 64/10
65/16
maybe [9] 23/23 23/23 24/5
37/9 42/10 46/14 49/7 54/4
55/21
me [51]
mean [10] 14/16 21/16 24/4
29/15 30/1 44/6 52/24 54/3
54/20 54/22
meaningless [1] 72/12
means [1] 47/6
medication [2] 8/12 8/15
meet [3] 45/25 60/3 62/8
meeting [13] 44/19 45/18
46/20 48/10 48/12 48/13
60/22 61/5 61/13 61/19 61/19
61/24 62/14
meetings [4] 60/13 62/8 62/11
62/13
MELISSA [4] 1/20 3/7 77/2
77/24
memo [1] 44/21
memory [2] 8/16 8/21
mental [1] 8/18
mentioned [5] 14/6 15/18
23/18 57/4 60/2
mentioning [1] 29/7
meter [1] 26/6
metered [1] 26/2
meters [1] 26/7
mid [1] 75/13
mid-morning [1] 75/13
might [18] 6/20 7/5 7/5 17/1
24/12 25/3 25/5 25/6 46/3
46/14 56/22 57/5 58/13 62/1
63/13 63/14 64/7 65/15
mind [3] 32/20 47/8 72/25
mines [3] 27/15 42/2 74/11
minute [1] 40/5
minutes [43]
mirrors [1] 41/2
miscellaneous [2] 49/3 49/8
missed [1] 23/12
missing [7] 47/7 52/17 52/21
52/23 54/6 54/15 56/3
Mission [4] 17/25 18/3 18/14
67/20
misunderstood [1] 24/5
mixed [2] 20/2 21/8
moments [1] 73/14
month [3] 19/12 65/24 66/5
months [5] 11/25 12/16 12/20
65/10 65/21
more [26] 14/5 15/9 16/16
25/19 26/19 26/21 26/23
27/16 31/20 31/25 32/5 34/8
45/7 47/16 47/21 48/17 52/11
52/18 52/19 55/24 57/23 67/6
68/21 70/13 71/10 73/3
morning [12] 12/24 13/14
13/23 19/24 21/18 32/24
40/16 44/24 54/2 66/12 75/3
75/13
mornings [2] 60/14 75/9
most [3] 27/19 28/19 31/8
mostly [2] 17/18 66/7
Mother [1] 58/3
move [13] 34/22 35/2 35/22
36/5 41/5 47/4 47/5 48/13
54/18 54/19 55/4 56/10 70/24

moved [3] 43/6 47/25 70/23
moving [1] 57/13
Mr [3] 2/4 5/1 50/24
Mr. [3] 5/7 50/18 51/2
Mr. Chambers [1] 5/7
Mr. Oguinn's [1] 51/2
Mr. Scott [1] 50/18
MTA [10] 5/11 7/4 9/6 9/9
20/23 31/10 42/16 63/1 72/25
73/4
much [18] 13/15 16/21 19/18
21/17 25/1 26/14 27/2 42/9
43/1 46/12 50/2 51/22 52/9
53/12 72/19 73/11 74/21 76/6
Muni [6] 8/24 10/13 20/13
29/18 42/10 57/17
MUNICIPAL [1] 1/7
my [30] 5/7 5/21 6/8 7/17
8/7 8/9 14/21 19/2 22/11
24/11 25/1 25/15 29/16 29/18
30/13 31/14 32/15 47/8 47/9
49/15 49/16 50/6 61/9 64/20
64/20 66/6 69/21 71/23 73/17
77/21
myself [4] 5/7 9/15 23/19
48/12

# N

name [20] 5/3 5/8 11/1 11/15
11/16 11/18 30/11 41/17
43/18 43/21 43/22 50/10
50/11 50/17 50/24 51/4 51/7
51/9 51/10 59/25
named [2] 30/15 77/14
names [3] 29/7 29/10 31/8
narrow [1] 7/8
Nature [1] 58/3
near [2] 28/23 43/6
necessarily [1] 45/24
need [6] 35/21 36/22 45/14
58/1 59/3 71/16
needs [1] 75/15
negotiated [1] 34/12
never [14] 15/13 48/19 52/5
53/3 55/19 55/23 56/5 59/14
64/7 65/14 65/25 66/3 70/23
71/10
new [4] 35/12 42/18 50/12
57/17
next [23] 16/19 23/24 24/24
25/20 39/5 39/17 39/18 40/2
42/23 48/5 48/21 51/22 52/2
58/5 63/11 63/16 64/5 64/10
64/22 64/24 65/16 70/9 74/7
nice [1] 23/15
night [5] 12/25 13/5 30/16
30/17 30/23
nights [8] 21/7 21/9 21/10
21/13 21/15 30/9 30/11 64/16
no [56]
nod [1] 6/1
none [1] 31/18
norm [2] 16/22 16/25
NORTHERN [1] 1/2
not [32] 6/19 6/20 7/24 8/6
19/16 20/20 20/22 23/18
25/17 28/21 29/2 29/7 30/13
31/18 37/25 37/25 45/8 45/9
46/2 47/4 47/17 48/11 48/25
52/10 53/1 54/4 56/1 65/4
66/7 72/11 77/11 77/18
note [1] 46/7
nothing [2] 74/25 77/6

notice [2] 3/1 57/15
notices [2] 45/2 60/3
notify [2] 53/18 56/9
now [29] 7/23 9/13 11/22
11/25 19/8 19/17 19/19 22/6
24/10 26/3 26/4 27/16 27/22
27/25 28/3 28/13 32/11 32/14
32/22 34/8 34/10 34/13 54/15
56/14 60/2 65/8 66/9 69/24
74/1
number [5] 7/19 12/11 14/14
41/19 71/9
numbers [1] 43/19

# O

o'clock [2] 13/24 66/14
object [1] 35/6
Objection [7] 19/1 20/7 23/3
31/13 31/21 35/4 73/16
obviously [1] 37/25
occasion [9] 7/5 17/7 25/8
26/10 27/19 28/19 36/19 46/3
62/22
occasionally [2] 38/4 70/19
occasions [1] 75/17
occurrence [1] 19/15
October [1] 63/25
off [15] 13/24 21/9 21/17
30/12 33/1 33/12 33/13 33/16
40/17 56/2 58/5 59/1 67/4
74/18 76/8
office [12] 3/4 4/6 14/20
30/4 41/11 49/19 68/22 69/6
69/9 69/12 74/2 74/12
often [8] 18/23 19/6 52/7
65/5 65/7 65/11 65/20 75/13
OGUINN [2] 4/13 50/24
Oguinn's [1] 51/2
Oh [1] 51/8
okay [51]
old [1] 69/17
once [15] 19/12 19/12 33/25
34/10 34/19 34/19 35/25 41/6
55/17 55/18 55/21 65/24
65/24 70/13 74/13
one [52]
ones [5] 17/18 18/22 19/19
23/20 45/14
only [7] 6/4 33/3 37/18
45/14 56/9 73/7 74/17
oOo [5] 1/3 2/16 3/19 4/17
76/9
op [2] 70/12 71/2
open [1] 37/15
operate [1] 35/23
operating [1] 53/10
operator [13] 9/7 9/8 10/12
32/10 34/22 35/1 36/22 37/9
38/1 38/5 40/11 46/6 68/12
operators [1] 7/4
opportunities [2] 37/3 37/5
opportunity [2] 34/21 37/6
or you [1] 72/22
order [3] 35/2 35/22 39/21
orders [1] 48/13
other [38] 6/2 9/25 10/11
10/19 13/12 15/25 16/14
17/17 17/20 17/23 18/4 18/19
18/24 19/7 19/19 22/17 22/18
23/22 24/15 24/16 25/11
29/23 33/5 33/9 45/25 48/9
52/14 53/13 53/19 55/9 57/20
65/6 65/7 65/12 68/6 72/21

**O**

other... [2] 72/25 75/17
others [2] 18/1 53/6
otherwise [1] 73/15
ours [1] 43/15
out [69]
outcome [1] 77/12
outer [2] 40/19 58/19
outfit [7] 41/13 41/16 41/23
  44/5 45/16 46/17 48/5
outfits [1] 43/11
outside [2] 42/25 49/19
over [13] 5/15 8/6 10/4 12/8
  13/8 28/1 32/10 33/18 36/1
  39/13 50/12 57/20 65/21
overtime [23] 27/1 27/5 27/6
  27/8 27/9 27/12 27/21 27/24
  28/1 28/5 28/9 28/20 28/21
  30/21 31/5 31/12 31/20 72/1
  72/3 72/16 73/1 73/2 73/8

**P**

p.m [5] 12/25 14/3 20/18
  21/6 53/8
packages [1] 68/19
packed [1] 47/10
paddle [2] 41/14 70/8
Page [1] 2/2
paid [11] 27/24 28/2 28/5
  28/18 28/21 29/2 67/8 67/15
  68/3 71/8 71/17
pan [1] 43/15
park [6] 22/3 22/6 25/23
  25/24 69/1 70/6
parked [1] 65/1
parking [4] 22/5 25/25 26/1
  26/3
part [10] 15/12 16/7 16/20
  18/20 23/24 24/15 24/15
  24/16 70/16 70/17
part-timers [1] 24/15
particular [6] 37/6 48/8
  48/24 54/2 65/22 75/14
parties [2] 77/13 77/15
parts [1] 24/2
party [1] 77/18
passenger [4] 44/10 44/12
  52/21 53/5
passengers [4] 54/20 57/21
  58/25 59/9
past [11] 13/19 27/17 30/8
  30/24 31/4 33/15 33/18 57/24
  60/24 61/11 65/10
pay [1] 7/1
peak [11] 15/12 16/7 16/11
  24/18 53/7 53/8 53/8 60/19
  69/25 75/7 75/11
pen [1] 49/21
people [9] 5/25 47/12 47/22
  52/10 52/11 52/19 56/5 68/20
  70/24
percent [6] 26/19 26/21 26/23
  32/5 32/7 32/8
percentage [5] 26/15 26/17
  32/2 32/4 32/7
percentages [1] 8/2
Perfect [1] 47/3
period [12] 14/4 17/8 17/15
  18/4 18/23 19/5 19/21 20/16
  21/4 26/9 26/9 45/5
person [3] 24/13 42/22 69/3
personal [1] 7/15

personally [1] 3/7
physical [2] 6/2 8/18
physically [1] 43/14
pick [12] 22/23 25/3 25/6
  35/21 49/21 54/20 57/7 57/10
  58/22 64/20 65/16 70/8
picking [8] 32/17 33/10 41/23
  52/9 52/10 60/2 66/10 66/11
piece [12] 23/25 24/13 24/14
  24/18 24/24 25/3 25/12 25/21
  67/3 67/23 70/3 75/10
pieces [1] 24/7
pinpoint [1] 55/20
place [8] 44/22 46/23 51/21
  57/18 59/15 59/24 75/14 77/9
places [1] 74/24
Plaintiff [1] 1/5
Plaintiffs [1] 4/5
Plaza [2] 3/5 4/7
please [4] 5/2 5/5 6/15 8/6
plus [1] 20/24
point [18] 17/13 17/17 17/19
  17/20 18/3 18/6 18/10 18/14
  22/22 23/11 25/14 57/7 59/9
  62/23 66/20 67/4 67/23 68/2
points [7] 17/23 17/24 18/4
  18/19 23/1 23/5 23/7
pole [1] 40/1
police [4] 10/14 10/15 10/16
  47/24
policy [5] 31/10 42/18 58/11
  63/1 63/4
Polk [1] 1/24
position [2] 10/17 61/10
positions [2] 10/11 10/19
possible [4] 20/11 32/19
  32/21 47/5
post [2] 37/4 37/20
posted [1] 64/6
postop [1] 70/13
Potrero [4] 10/4 18/7 18/16
  29/22
practice [6] 27/3 28/8 29/17
  31/19 59/23 60/1
pre [5] 40/15 68/21 70/12
  70/22 71/2
pre-op [2] 70/12 71/2
pre-trip [2] 40/15 68/21
preceded [1] 11/7
predict [1] 55/22
prefaced [1] 45/12
prepared [1] 41/23
present [15] 4/11 17/2 17/9
  17/16 18/24 19/6 19/22 20/16
  20/22 21/5 26/9 31/2 36/10
  45/2 62/13
Presidio [1] 10/3
pressure [1] 41/4
pretty [21] 13/15 16/21 19/18
  20/14 20/19 21/17 25/1 26/14
  42/9 43/1 46/12 50/2 51/22
  52/6 52/7 52/9 53/12 53/13
  72/19 73/11 74/21
probably [22] 11/4 11/11
  11/20 11/25 12/15 12/20 20/3
  21/11 23/12 35/20 44/2 49/14
  55/19 57/6 60/7 61/7 64/14
  64/20 64/25 66/13 67/2 69/13
problem [2] 53/6 54/17
problems [2] 27/18 52/12
procedure [1] 42/18
proceed [1] 41/20
proceeded [1] 47/25

process [6] 34/12 34/12 34/13
  34/14 72/17 73/13
program [2] 41/7 63/18
protest [1] 45/20
Provo [1] 74/7
PSR [15] 44/4 44/10 45/13
  45/17 46/3 46/18 46/22 46/25
  48/4 48/5 48/9 48/20 52/3
  53/17 53/24
public [2] 22/12 22/23
pull [25] 14/19 14/19 14/22
  14/24 16/10 17/4 17/5 17/10
  24/19 29/1 40/9 41/25 42/24
  49/13 57/20 60/25 68/15
  69/22 69/25 70/4 73/14 73/19
  73/20 74/25 75/17
pull-in [3] 17/5 73/19 73/20
pull-out [3] 17/4 17/10 40/9
pulled [3] 42/21 60/20 68/12
pulling [5] 15/1 15/4 75/11
  75/12 75/12
pulls [1] 68/10
purposes [1] 72/5
pursuant [1] 3/1
put [27] 26/25 27/12 27/24
  28/1 28/9 31/4 31/12 31/19
  32/16 38/13 39/4 39/15 40/11
  53/3 54/4 68/16 68/17 69/4
  71/6 71/14 71/18 74/16 74/21
  74/22 74/23 74/24 75/6
putting [1] 27/5

**Q**

quarter [1] 32/24
question [14] 5/18 6/9 6/12
  6/15 7/17 8/8 8/9 19/3 19/4
  21/8 31/15 32/15 35/9 73/18
question-and-answer [1] 5/18
questions [8] 5/19 5/22 6/18
  7/2 7/13 7/20 66/2 76/6
quite [6] 32/1 32/11 36/14
  45/23 55/13 65/23

**R**

rack [1] 40/22
radio [4] 41/7 41/8 53/12
  54/8
rail [1] 35/17
range [3] 26/24 27/22 32/16
rare [1] 19/15
rather [2] 16/22 62/23
reached [1] 58/25
readjust [1] 59/13
ready [2] 41/9 43/11
real [1] 33/3
really [6] 23/14 52/11 53/14
  58/7 72/11 74/1
reason [4] 22/7 22/18 38/20
  54/4
reassigned [1] 38/23
recall [4] 20/17 31/8 66/23
  68/9
received [1] 45/2
recent [3] 27/19 28/19 58/12
recently [5] 13/18 20/20 57/9
  57/15 59/11
Recess [1] 40/6
recollection [3] 7/14 20/12
  51/1
record [2] 40/7 76/8
records [3] 20/3 20/13 21/22
recruited [1] 36/24
refer [1] 7/5

**R**

referring [2] 16/2 23/19
reflective [1] 7/9
refresher [2] 63/22 64/2
regular [6] 33/16 36/16 53/21
55/9 65/3 65/5
regularly [1] 36/15 52/7
reinstruct [1] 63/21
related [5] 5/10 15/12 27/3
45/3 77/14
relief [22] 17/13 17/17 17/18
17/20 17/23 17/24 18/2 18/4
18/6 18/10 18/13 18/19 22/22
23/1 23/5 23/7 23/11 62/23
66/20 67/4 67/23 68/2
relieve [2] 61/1 62/1
relieved [3] 15/25 17/19
22/14
remember [21] 11/12 11/15
11/18 12/17 12/21 13/12
14/14 14/15 19/8 19/13 20/4
20/5 20/10 21/2 21/3 29/10
50/21 66/22 67/1 67/11 68/6
REMEMBERED [1] 3/1
rep [4] 48/23 51/20 62/15
62/16
repair [1] 56/22
repeat [1] 61/15
report [5] 14/20 41/13 44/10
75/1 75/18
reported [2] 6/4 77/1 77/3
reporter [3] 6/4 77/1 77/3
Reporting [1] 1/23
reports [1] 32/16
represented [2] 4/3 4/8
represents [1] 46/13
request [1] 27/21
requested [1] 77/18
require [2] 45/17 45/24
required [4] 34/25 52/12 64/3
70/7
requires [2] 63/1 63/7
respect [1] 52/2
respective [1] 77/15
respond [1] 45/14
responsibilities [4] 40/10
40/14 68/11 68/14
restored [1] 39/23
restroom [4] 57/5 57/19 58/1
58/9
retirement [1] 9/16
return [1] 63/2
returned [2] 39/19 74/4
revenue [1] 40/11
review [1] 77/17
right [27] 5/22 6/13 6/24
7/17 11/22 18/3 19/8 24/19
25/16 25/17 26/3 27/25 28/12
32/14 32/22 34/8 34/13 40/17
46/17 49/1 56/2 59/11 65/8
66/9 69/24 72/20 73/6
road [1] 56/24
rollers [1] 47/14
Rolnick [4] 2/4 4/9 5/1 5/8
room [4] 8/7 16/19 47/12
47/17
Roughly [1] 52/1
rubber [1] 71/6
ruin [1] 44/25
rule [1] 42/12
rules [2] 5/15 42/15
run [96]

running [11] 26/18 44/2 44/2
44/6 44/7 44/8 55/13 59/17
59/17 59/22 75/11
runs [46]

**S**

said [31] 14/6 14/9 14/18
15/13 15/15 20/9 21/22 23/21
27/20 28/17 29/12 31/19
31/23 41/21 43/20 45/12 47/4
47/16 48/11 51/18 51/20 52/4
52/6 54/17 58/11 61/9 62/4
71/11 77/8 77/12 77/15
same [7] 13/6 44/8 49/10
49/12 70/15 70/21 72/1
SAN [8] 1/7 1/24 3/5 3/6 4/7
4/8 5/10 47/11
Sarita [2] 11/8 60/21
Saturday [2] 33/14 33/16
say [35] 9/20 14/16 15/13
16/22 17/2 20/17 21/15 21/19
25/14 25/24 26/17 27/13
29/14 30/1 31/6 33/22 37/16
41/23 42/7 48/22 49/12 52/23
53/15 54/19 57/15 58/14
58/15 58/15 59/3 59/8 59/12
59/23 60/5 71/18 72/11
saying [8] 21/1 27/25 44/21
45/12 46/7 48/1 48/11 66/3
says [2] 46/4 59/6
schedule [19] 14/2 26/11
26/25 28/9 41/14 44/7 53/21
54/24 56/4 56/13 56/17 57/7
57/14 58/17 58/22 59/8 59/10
59/13 65/6
scheduled [6] 51/17 60/13
62/9 63/13 63/14 65/13
scheduling [1] 61/3
school [3] 25/6 65/17 66/10
schools [1] 66/7
Scott [4] 50/17 50/18 50/22
62/17
screening [1] 48/18
seats [2] 40/24 41/2
second [3] 70/10 70/10 70/17
secure [1] 58/8
see [17] 12/15 16/14 21/11
33/8 41/19 46/1 50/23 51/18
53/16 53/18 56/18 56/21
63/10 63/11 63/15 65/18 73/4
seem [1] 5/24
seen [1] 70/25
segment [1] 16/7
seldom [1] 44/15
self [1] 72/19
self-explanatory [1] 72/19
send [3] 38/11 45/13 47/24
seniority [12] 32/12 35/20
36/4 36/25 37/16 39/10 39/14
39/18 39/22 39/23 40/1 61/9
sense [6] 6/19 6/20 25/12
36/24 39/23 59/15
sent [1] 61/5
series [2] 37/7 37/8
served [1] 39/5
service [25] 15/12 16/8 16/11
40/11 41/9 44/10 44/13 44/14
47/10 49/14 52/25 53/10 54/4
54/17 56/24 57/10 58/7 58/16
58/23 59/13 60/19 65/17
69/25 75/8 75/11
Services [1] 1/23
set [6] 3/13 26/11 43/11

54/13 77/10 77/20
sets [1] 31/11
setting [1] 41/1
Seventh [2] 3/5 4/7
several [2] 13/8 41/6
SFMTA [2] 8/24 59/25
shake [1] 6/1
sharp [2] 44/2 44/6
Shattuck [1] 4/2
she [5] 11/9 11/19 50/12
52/4 52/4
she's [1] 11/2
sheet [2] 41/17 41/19
shift [1] 61/25
shop [4] 47/1 50/1 50/2
70/24
Shorthand [1] 77/2
should [3] 29/3 31/12 59/1
shouldn't [1] 48/14
show [7] 44/19 44/22 45/18
46/22 48/9 48/11 56/22
shut [1] 28/17
sic [2] 20/16 64/3
sick [1] 25/4
side [7] 6/2 6/2 20/15 43/6
43/7 47/2 51/13
sign [27] 32/16 33/19 33/21
33/25 34/6 34/9 34/15 34/18
34/21 34/25 35/19 35/22
35/25 37/18 37/20 37/21
38/19 39/6 39/13 39/17 39/18
40/2 40/22 41/3 41/12 41/17
41/17
sign-in [1] 41/17
sign-up [13] 32/16 33/21
33/25 34/25 35/19 37/18
37/20 38/19 39/6 39/13 39/17
39/18 40/2
sign-ups [6] 33/19 34/6 34/9
34/15 34/18 34/21
signed [3] 35/22 38/19 39/22
Silver [1] 47/11
similar [1] 30/7
since [13] 20/25 36/10 45/1
46/6 57/17 59/24 59/25 60/6
61/12 61/16 61/18 62/7 66/6
single [1] 29/11
sir [8] 9/1 9/22 15/3 22/25
47/16 53/9 62/19 67/24
sit [3] 7/15 21/3 49/19
sitting [1] 43/23
situation [4] 35/15 37/24
46/24 58/24
situations [1] 36/19
six [4] 11/25 12/20 21/11
21/20
skip [1] 54/21
slip [8] 27/6 27/8 27/24
28/6 28/9 28/20 29/3 71/21
so [101]
some [32] 6/2 6/18 16/14
17/12 19/17 22/7 23/21 25/6
25/11 27/10 27/13 30/18
41/10 41/16 42/10 42/11
42/12 42/15 42/15 43/15
44/18 53/21 55/24 56/9 57/3
57/19 58/2 65/16 67/15 67/15
71/22 74/19
somebody [15] 24/5 24/25 25/3
25/4 42/20 45/24 46/3 46/8
46/18 48/15 61/1 61/5 62/1
74/1 74/20
something [43]

**S**

sometime [6] 42/17 43/21 49/13 49/14 64/19 75/12
sometimes [11] 5/24 6/1 6/18 24/6 42/7 43/2 46/17 46/22 46/25 56/1 75/3
somewhere [6] 22/4 24/6 26/24 32/24 60/5 60/10
soon [1] 26/6
sorry [2] 15/14 51/8
sort [5] 8/2 13/25 18/6 45/21 71/22
sorts [1] 7/3
sounds [5] 14/25 15/11 41/24 66/15 67/22
space [1] 26/2
speak [1] 31/3
special [4] 7/1 25/5 43/8 65/15
speculate [1] 7/16
speculation [1] 35/7
spell [1] 5/5
split [2] 24/1 24/3
spot [1] 25/25
sprint [1] 69/22
stand [3] 16/12 24/24 47/17
standby [33] 13/20 14/10 14/16 14/18 15/24 16/2 16/4 16/6 16/11 23/21 24/17 24/21 25/10 32/14 33/6 49/16 51/23 60/17 60/20 61/10 61/13 61/20 61/21 62/9 66/17 66/20 67/1 67/7 67/8 67/12 67/25 68/3 70/1
standing [5] 16/16 25/11 25/14 47/17 47/19
standpoint [1] 73/7
start [6] 8/10 13/13 15/15 21/17 40/16 60/15
started [7] 15/10 15/25 17/4 20/5 20/23 57/17 67/3
starter [1] 75/13
starting [1] 21/16
starts [2] 32/23 40/17
state [2] 5/2 46/1
stated [1] 77/9
statements [1] 30/6
STATES [1] 1/1
station [1] 58/8
stay [4] 11/22 39/16 59/12 60/9
stayed [1] 47/22
staying [1] 58/6
steering [1] 41/2
step [1] 41/25
steward [3] 47/1 50/1 50/2
still [4] 59/22 65/14 65/18 70/22
STITT [2] 1/4 4/11
stop [6] 43/6 46/4 46/4 47/13 48/15 57/20
stops [2] 47/11 54/21
story [3] 20/4 47/2 51/13
straight [9] 7/8 13/16 13/17 14/9 14/11 55/12 60/25 61/18 61/22
straight-through [5] 13/16 14/9 55/12 61/18 61/22
street [12] 1/24 3/5 4/7 11/22 12/3 22/4 22/5 25/24 25/24 26/1 56/15 56/16
streets [1] 17/22

strike [1] 36/9
stuck [1] 28/24
stuff [6] 37/23 44/2 70/12 70/13 70/22 71/3
submit [4] 27/7 28/6 29/3 71/7
subsequent [1] 51/14
such [4] 43/5 43/5 44/22 44/22
Suite [2] 1/24 4/3
Sunday [2] 33/14 33/16
sunny [1] 23/15
superintendent [18] 10/24 11/3 11/6 11/10 11/13 11/19 46/2 46/7 50/7 50/8 50/13 50/19 50/22 53/18 60/4 60/5 60/23 60/23
supervisor [3] 61/19 62/8 62/14
supervisors [1] 56/16
supposed [2] 48/17 71/23
sure [14] 6/23 20/14 20/19 40/16 40/21 40/22 41/3 41/5 41/7 42/23 46/16 53/13 68/19 73/6
suspicious [1] 68/19
sway [1] 9/16
sworn [3] 3/12 72/11 77/5
system [2] 28/3 28/3

**T**

table [1] 43/14
tag [4] 71/15 71/19 71/25 74/21
take [23] 6/4 21/25 22/23 33/9 37/16 38/5 38/9 40/5 42/3 51/2 51/21 52/4 57/19 58/13 59/8 68/24 69/21 73/24 74/1 74/11 75/5 75/19 76/2
taken [5] 5/13 22/12 40/6
taking [3] 3/2 5/9 69/20
talk [5] 8/6 46/14 47/1 50/7 51/20
talked [2] 36/19 72/22
talking [10] 27/2 34/5 35/15 37/11 37/12 42/6 51/11 53/24 58/24 67/17
tear [1] 70/25
tell [20] 7/24 28/19 29/21 29/23 43/2 46/13 49/4 49/6 51/3 51/18 56/10 56/10 56/12 56/13 57/6 57/21 58/20 64/23 69/3 75/6
telling [4] 19/18 29/7 29/16 42/23
ten [2] 40/5 42/5
ten-minute [1] 40/5
term [1] 24/9
terminal [3] 17/25 18/11 58/19
terms [2] 7/2 7/3
testified [2] 28/7 62/22
testify [1] 77/5
testimony [2] 6/5 7/9
Thank [3] 59/17 76/6 76/7
that [319]

that's [47]
their [5] 6/1 31/8 48/19 73/12 77/15
them [27] 5/19 5/22 7/5 23/9 27/18 29/24 30/3 31/8 37/4 43/16 43/21 45/25 46/14 46/15 47/24 49/4 55/21 56/11 56/12 56/21 57/4 58/4 58/9 59/12 66/11 70/25 73/24
then [23] 8/1 10/9 14/6 14/21 14/23 16/10 16/11 18/8 24/18 32/20 33/25 34/18 39/18 50/4 51/14 56/1 59/21 67/4 67/7 68/17 68/21 70/8 73/11
there [53]
there's [20] 30/9 31/18 34/25 36/22 43/5 43/8 46/7 46/19 47/12 53/14 53/17 56/8 63/20 68/19 74/18 74/25 75/13 75/15 75/18 76/2
thereafter [1] 77/9
thereby [1] 35/23
therein [1] 77/9
thereof [1] 3/3
thereupon [1] 3/12
these [7] 22/22 30/7 36/8 36/18 37/5 51/12 65/5
they [97]
they'll [11] 38/11 38/12 49/7 56/2 56/10 56/13 56/24 56/24 57/6 58/20 58/21
they're [1] 66/16
thing [10] 7/6 7/21 33/3 42/12 42/19 44/23 62/2 70/11 72/25 73/7
things [10] 7/23 24/23 33/9 35/16 43/20 43/24 44/1 44/1 52/19 52/20
think [14] 11/4 12/18 23/20 24/6 42/19 51/4 53/24 62/3 63/21 67/17 67/18 72/22 74/2 76/5
Third [2] 18/8 18/17
Thirty [2] 9/10 9/13
Thirty-one [1] 9/10
Thirty-two [1] 9/13
this [37] 14/2 15/9 17/1 17/8 17/8 17/15 18/4 18/23 19/5 19/21 20/15 21/4 26/9 28/11 30/18 34/3 34/11 34/13 35/15 36/18 37/24 42/21 46/16 46/23 48/13 49/4 49/23 51/2 51/11 53/4 57/17 65/22 66/6 66/15 71/18 73/6 77/21
those [34] 13/7 14/7 16/4 16/6 16/7 16/24 18/22 24/7 32/16 33/6 37/2 37/14 40/13 43/11 45/2 45/23 48/18 49/17 52/20 55/6 55/10 55/17 56/6 56/18 58/13 60/3 60/12 61/10 61/24 61/25 62/11 62/13 68/14 76/5
though [5] 21/22 31/9 34/1 47/13 74/3
thought [1] 15/18
three [24] 11/11 12/6 13/10 13/19 31/24 33/20 33/22 33/22 34/15 45/5 47/6 54/1 54/3 54/5 54/14 54/18 54/19 60/6 61/7 61/16 62/4 62/7 67/13 67/14
three-bus [1] 54/1

**T**

through [12]   8/1 13/16 13/17
 14/9 14/12 40/23 55/12 60/25
 61/18 61/22 68/18 70/10
throughout [1]   14/4
throw [1]   49/7
Thursday [2]   1/17 3/2
TIDRICK [1]   4/2
time [88]
timers [1]   24/15
times [14]   7/21 32/1 33/19
 33/22 36/14 53/5 55/18 55/25
 56/7 60/6 60/10 66/4 66/5
 70/14
tires [1]   40/18
today [5]   5/9 7/15 20/1 21/3
 62/7
together [2]   46/15 74/13
told [13]   15/24 29/2 29/4
 29/17 29/19 30/7 32/6 46/19
 47/23 48/9 53/25 54/11 73/10
too [1]   56/4
took [4]   22/7 32/14 34/8
 48/12
top [1]   56/2
tore [1]   74/1
toss [1]   73/23
totem [1]   39/25
track [8]   41/19 41/20 68/16
 69/4 69/7 69/8 69/11 75/6
tracks [2]   41/18 69/5
traffic [5]   22/1 28/23 28/24
 52/9 52/20
trained [4]   35/1 35/12 35/13
 35/21
training [7]   35/24 36/1 36/5
 37/22 38/20 63/18 63/19
Transbay [2]   17/25 18/11
transcribed [1]   77/10
transcript [1]   77/17
transfers [7]   41/15 68/23
 73/23 74/10 74/15 74/16
 74/23
transit [9]   7/4 9/7 9/8 10/12
 10/16 32/10 38/1 40/10 63/18
transition [1]   39/12
transportation [3]   1/7 22/12
 22/23
Trapeze [2]   27/23 28/3
travel [3]   67/15 67/15 68/8
traveling [1]   67/19
trip [5]   40/15 47/9 66/10
 68/21 73/23
triple [2]   47/6 54/2
trips [1]   66/8
trolley [1]   10/5
trolleys [1]   10/2
trouble [3]   43/22 43/24 47/20
truth [3]   77/6 77/6 77/6
try [5]   7/8 8/6 56/22 60/9
 71/1
trying [3]   13/25 38/3 55/16
Tuesday [1]   7/25
turn [6]   68/22 70/4 71/5
 73/15 74/12 74/14
turn-in [1]   73/15
turned [1]   28/20
turning [1]   74/9
Twelve [1]   33/4
twice [2]   55/21 65/24
twisting [1]   38/2
two [18]   9/13 10/6 11/11

 12/10 13/10 13/11 13/19
 16/24 24/14 34/10 34/15
 34/19 38/16 45/5 47/3 47/25
 55/24 74/24
type [10]   27/10 31/9 35/1
 37/22 42/11 43/15 48/18 57/3
 61/2 62/2
types [1]   61/25
typical [2]   55/9 68/24
typically [2]   42/3 62/11

**U**

under [2]   14/10 34/8
understand [15]   6/3 6/8 6/15
 6/21 7/7 7/24 19/2 31/14
 35/8 37/13 39/9 61/23 62/3
 71/8 73/17
understanding [5]   7/10 34/11
 37/14 37/25 72/2
understood [3]   6/12 44/17
 45/1
union [5]   46/13 48/22 51/20
 62/15 62/16
UNITED [1]   1/1
unless [4]   18/21 34/17 52/16
 53/15
unscheduled [1]   25/12
until [9]   13/5 24/24 39/5
 39/17 40/6 54/21 59/9 59/19
 59/19
up [72]
upon [1]   48/12
ups [6]   33/19 34/6 34/9
 34/15 34/18 34/21
us [3]   22/7 53/14 59/6
use [7]   7/3 56/11 57/5 58/1
 58/8 58/19 74/14
used [16]   7/4 13/23 18/2
 21/7 21/8 22/6 30/10 30/10
 30/11 35/2 55/12 57/24 64/19
 64/20 69/22 74/9
using [2]   28/3
usually [7]   33/20 38/9 58/18
 60/14 66/13 71/11 74/11

**V**

vacation [2]   37/10 37/11
vague [5]   20/7 23/3 31/13
 35/7 73/16
varies [10]   22/1 42/2 42/9
 42/13 45/15 46/21 55/19 61/2
 62/12 65/23
variety [1]   66/2
various [3]   44/1 44/1 52/19
vary [1]   69/7
vehicle [8]   22/24 40/11 56/23
 63/18 69/2 70/16 71/4 75/25
vehicles [2]   35/17 35/24
Vernon [4]   29/13 30/7 72/23
 72/24
versa [1]   24/14
version [1]   49/6
versus [1]   9/17
very [2]   44/15 76/6
vibes [4]   29/25 30/1 30/8
 73/5
vice [1]   24/14
volunteer [2]   36/24 36/25
VTT [3]   63/13 63/17 63/24

**W**

WAGNER [1]   1/23
wait [1]   23/24
waited [1]   16/19

waiting [1]   47/14
walk [6]   30/4 40/17 40/23
 69/5 69/6 69/17
walked [3]   23/4 23/7 23/11
walking [2]   23/1 69/19
wall [1]   37/4
Wallace [4]   51/8 51/8 51/9
 51/10
Walt [1]   51/6
Walter [2]   51/4 51/7
want [37]   7/1 7/12 7/16 9/15
 20/21 25/18 26/8 37/20 38/9
 40/20 41/5 42/11 44/3 44/23
 45/19 46/8 46/16 47/15 47/19
 48/24 49/1 49/4 49/10 51/18
 53/16 56/12 63/15 65/14
 65/18 68/17 68/17 68/20 69/1
 71/1 71/6 74/16 74/23
wanted [4]   16/15 35/17 35/20
 72/14
was [100]
wash [1]   70/25
wasting [1]   29/18
way [6]   12/24 15/11 40/20
 60/9 64/12 74/9
we [14]   18/8 21/1 22/6 23/12
 34/7 36/19 37/11 37/11 40/5
 42/19 43/15 47/25 53/24 69/7
we'll [3]   56/14 57/13 59/13
we're [5]   26/18 27/2 35/15
 42/6 51/11
We've [2]   50/25 54/17
week [3]   65/24 65/24 66/4
weeks [1]   47/3
well [5]   14/14 17/8 29/9
 48/11 75/3
went [6]   10/4 10/7 23/22
 31/4 36/17 39/1
were [24]   10/15 10/17 12/1
 12/5 12/9 13/22 15/11 16/1
 16/2 16/4 17/3 18/5 21/10
 21/16 38/23 39/4 47/12 48/9
 53/24 54/10 61/17 63/23 67/4
 73/13
weren't [1]   37/11
Westlake [1]   12/2
what [80]
what's [9]   5/16 12/3 29/19
 38/3 44/6 50/10 54/13 54/16
 63/17
whatever [7]   54/4 54/5 56/23
 58/4 59/4 68/16 72/11
whatsoever [1]   6/19
wheel [1]   41/3
when [90]
Whenever [1]   27/8
where [45]
WHEREOF [1]   77/20
Wherever [1]   57/12
whether [2]   25/10 48/25
which [9]   14/2 18/10 18/13
 23/7 23/20 24/18 38/12 41/14
 41/14
while [1]   27/15
who [16]   3/11 10/24 11/6
 11/12 29/4 29/6 29/9 29/12
 50/8 50/16 62/13 62/16 67/20
 70/23 70/24 75/13
whole [1]   77/6
why [8]   14/2 22/10 22/18
 27/24 28/6 29/2 32/13 40/5
wife [1]   64/20
will [16]   6/17 6/18 6/23 8/7

**W**

will... [12]  26/6 35/25 37/4
 43/2 43/23 46/1 46/17 53/18
 61/25 66/4 69/3 75/13
wind [3]  36/16 36/23 38/13
winding [1]  66/6
window [2]  58/11 59/11
windowsill [1]  49/20
windshield [1]  74/22
within [3]  23/1 31/6 77/7
within-entitled [1]  77/7
without [1]  64/12
witness [4]  3/11 51/1 77/4
 77/20
woman [1]  62/20
won't [2]  27/23 28/2
Woods [2]  10/7 10/7
word [1]  72/9
words [3]  6/4 23/22 65/7
work [38]  8/23 10/22 12/12
 13/25 21/7 21/9 21/23 21/25
 22/10 22/13 22/16 22/18
 22/19 22/21 25/3 25/12 26/10
 28/8 30/10 30/11 36/24 38/7
 38/8 38/21 40/23 41/5 41/7
 42/10 42/15 52/18 55/12 64/9
 64/10 64/16 64/19 67/3 70/3
 75/10
workday [1]  15/6
worked [10]  9/25 18/24 21/13
 21/15 30/9 30/23 36/9 36/12
 36/20 73/2
working [15]  7/23 10/14 10/23
 13/16 16/24 18/5 20/23 21/10
 27/22 34/7 40/21 41/3 60/24
 61/3 61/22
works [2]  36/3 36/7
worry [1]  9/17
would [30]  13/13 16/10 16/12
 16/22 30/18 32/18 32/23
 35/20 35/21 35/23 37/13
 37/15 37/15 39/25 43/24
 44/12 44/21 46/11 48/19
 57/20 57/21 58/4 58/13 58/14
 58/14 58/15 59/8 64/17 64/23
 70/16
wouldn't [2]  9/17 47/21
write [1]  49/23
wrong [3]  49/1 56/23 66/15

**Y**

yard [8]  41/21 42/1 42/25
 69/3 70/25 74/7 75/4 75/13
yeah [42]
year [12]  11/4 19/12 19/25
 22/9 33/23 33/25 34/10 34/16
 34/19 42/20 64/4 66/7
years [42]
yellow [1]  47/18
yes [101]
yet [1]  36/5
YGR [1]  1/6
you [636]
you'd [3]  23/22 23/23 23/23
you'll [1]  38/4
you're [49]
you've [23]  9/20 20/25 27/8
 32/10 35/19 36/8 38/4 45/12
 54/20 60/19 60/19 61/12 62/8
 62/22 65/3 65/4 65/7 65/10
 65/12 68/6 68/12 69/25 73/2
YOUNG [1]  4/4

younger [1]  69/22
your [129]
yourself [1]  65/2



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—oOo—

DARRYL A. STITT, TONY
GRANBERRY, and HEDY GRIFFIN,
on behalf of themselves and
all others similarly situated,

        Plaintiffs,

vs.                Civil Case No.
                  C-12-03704-YGR

THE SAN FRANCISCO MUNICIPAL
TRANSPORTATION AGENCY; CITY
AND COUNTY OF SAN FRANCISCO;
and DOES 1-20,

        Defendants.
_____/

Deposition of

JACKY CHAU

_____

Friday, January 22, 2016

Reported by:

MELISSA HAMMERNESS
CSR No. 4739

BONNIE WAGNER & ASSOCIATES
Court Reporting Services
1819 Polk Street, Suite 446
San Francisco, California 94109
(415) 982-4849

1

---

I N D E X

                          Page

Examination by:

   Mr. Rolnick               5


E X H I B I T S

(No exhibits marked.)




---oOo---

2

---

BE IT REMEMBERED that, pursuant to Notice of
Taking Deposition and on Friday, the 22nd of January,
2016, commencing at the hour of 2:47 p.m. thereof, at
the OFFICE OF THE CITY ATTORNEY, CITY AND COUNTY OF
SAN FRANCISCO, Fox Plaza, 1390 Market Street, Seventh
Floor, San Francisco, California 94102-5408, before me,
MELISSA HAMMERNESS, CSR No. 4739, personally appeared

JACKY CHAU,

called as a witness by the Defendant, City and County of
San Francisco; who, being by me first duly sworn, was
thereupon examined and interrogated as hereinafter set
forth.



---oOo---

3

---

A P P E A R A N C E S

   THE TIDRICK LAW FIRM, 2039 Shattuck Avenue,
Suite 308, Berkeley, California 94704, represented by
JOEL B. YOUNG, Esquire, appeared as counsel on behalf of
the Plaintiffs.

   OFFICE OF THE CITY ATTORNEY, CITY AND COUNTY
OF SAN FRANCISCO, Fox Plaza, 1390 Market Street, Seventh
Floor, San Francisco, California 94102-5408, represented
by JONATHAN C. ROLNICK, Deputy City Attorney, appeared
as counsel on behalf of the Defendant.

   ALSO PRESENT:  JOHN DUDLEY




---oOo---

4

EXAMINATION BY MR. ROLNICK

1     MR. ROLNICK:  Q.  Can you please state your
2     name.
3
4     A.  Jacky Chau.
5     Q.  Can you spell that, please.
6     A.  J-a-c-k-y, C-h-a-u.
7     Q.  Mr. Chau, my name is John Rolnick.  I'm a
8  Deputy City Attorney.  We're here for your deposition
9  today in the case called *Stitt versus City and County of*
10 *San Francisco*.
11    A.  Yes.
12    Q.  Have you had your deposition taken before?
13    A.  No.
14    Q.  Let me just go over some basic ground rules
15 for you.  Okay?
16    A.  Okay.
17    Q.  You took an oath just like you would if you
18 were testifying in court.  Okay?
19    A.  Yes.
20    Q.  The court reporter is going to take down all
21 the words that we speak here today during the session.
22 Okay?
23    A.  Okay.
24    Q.  It's a question-and-answer format.  I ask the
25 questions.  You get to answer them.  All right?

5

1     A.  Yes, sir.
2     Q.  It's important that before you answer a
3  question that you understand it, because I'm going to
4  assume that, if I ask a question and you answer it, that
5  you understood it.  Okay?
6     A.  Yes.
7     Q.  If I ask you a bad question or I say something
8  that confuses you, let me know; and I'll try to reframe
9  the question so you understand what I'm asking about.
10 Okay?
11    A.  Okay.
12    Q.  The court reporter can only take down one of
13 us speaking at a time.  So I'd like you to try to let me
14 finish my questions before you start answering them.
15    A.  Okay.
16    Q.  And I'll do my best to make sure I don't
17 interrupt you when you're trying to give me your answer
18 to my questions.  Okay?
19    A.  Okay.
20    Q.  You currently work for the City?
21    A.  Yes.
22    Q.  How long have you worked for the City?
23    A.  Five years.
24    Q.  You were hired in 2011; is that right?
25    A.  Yes.

6

1     Q.  You work as a transit operator?
2     A.  I was.
3     Q.  You were a transit operator.  You are no
4  longer employed with the City?
5     A.  I am still employed with the City.
6     Q.  But not as a transit operator?
7     A.  No.
8     Q.  Okay.  What is your current job?
9     A.  I am a recruit officer for the SFPD.
10    Q.  How long have you been a recruiting officer
11 for the police department?
12    A.  Five months.
13    Q.  Up until that, you were working as a transit
14 operator?
15    A.  Yes.
16    Q.  Have you held any other jobs with the City?
17    A.  No.
18    Q.  Do you know what the civil service
19 classification is for your current job?
20    A.  I think it's just Q2.
21    Q.  Excuse me?
22    A.  Q2, I think.  Yeah.
23    Q.  Are you currently in the academy?
24    A.  Yes.
25    Q.  How long have you been in your academy

7

1  training?
2     A.  I have been in for five months.
3     Q.  When is it going to end; do you know?
4     A.  March.
5     Q.  At that time, you will go into field training?
6     A.  Yes.
7     Q.  Were you employed before you came to work for
8  the City?
9     A.  Yes.
10    Q.  What were you doing then?
11    A.  I was a family — youth and family counselor.
12    Q.  At the time that you left Muni, what division
13 were you working at?
14    A.  I worked for Flynn Division.
15    Q.  How long did you work at Flynn Division?
16    A.  Since I start.
17    Q.  Did you work at any other divisions?
18    A.  No.
19    Q.  At Flynn, you were driving diesel buses; is
20 that correct?
21    A.  Yes.
22    Q.  Do you remember what your run was around the
23 time that you left?
24    A.  No.
25    Q.  Were you working the extra board at all during

8

```
1    your time at Flynn?
2        A.   Sometimes, yes.
3        Q.   Of your approximately four years -- is that
4    right? -- at Muni --
5        A.   Four and a half years.
6        Q.   Of your four and a half years as a transit
7    operator, how much of that was your assignment the extra
8    board?
9        A.   I think about six months.
10       Q.   And the rest of the time you had a regular
11   run?
12       A.   I had a schedule.
13       Q.   You had a schedule?
14       A.   Yes.
15       Q.   And what is the difference between a run and a
16   schedule?
17       A.   A schedule can be a combination of different
18   runs.  So it can be different lines starting at
19   different times, having different assignments, but it
20   repeats in the cycle.
21       Q.   Is it also known as a "block"?
22       A.   Yes.
23       Q.   During your four and a half years with -- as a
24   transit operator, did you ever have a regular run?
25       A.   Yes.
```
<center>9</center>

```
1        Q.   How much of the time did you have a regular
2    run versus having one of these schedules or blocks?
3        A.   I think two to three.  I have more blocks than
4    runs.
5        Q.   So it was mostly blocks?
6        A.   Yes.
7        Q.   Where do you live?
8        A.   In San Francisco.
9        Q.   Where generally do you live in San Francisco?
10   What neighborhood?
11       A.   Portola.
12       Q.   And did you live there throughout the time
13   that you worked for the MTA?
14       A.   Yes.
15       Q.   How did you get to work?
16       A.   I drive.
17       Q.   And why did you drive to work?
18       A.   That's the only way I can go to work.
19       Q.   Why is that?
20       A.   I started early.
21       Q.   What time were you generally starting work
22   when you were at Flynn?
23       A.   Before 5:30.
24       Q.   When you say "before 5:30," so whatever your
25   schedule or block or run was, it was starting around
```
<center>10</center>

```
1    5:30 or 4:00 or what --
2        A.   Because I have a block, so it's roughly around
3    a perimeter of time.
4        Q.   When you had a block, what was the earliest
5    that you had a start time?
6        A.   4:00.
7        Q.   A.m.?
8        A.   A.m.
9        Q.   And then the latest time you would start would
10   be about 5:30?
11       A.   Depends on the block.
12       Q.   What's the latest time that you had a start
13   time?
14       A.   The latest I start is 6:00 p.m.
15       Q.   How much of your time did you have a
16   schedule -- I'm just going to use that generally,
17   whether it was a run or a block.  How much of your four
18   and a half years did you have a schedule where you were
19   supposed to start around 6:00 p.m.?
20       A.   I think about a year and a half.
21       Q.   How much of the time did you have a schedule
22   where you had to start, as you said, around 5:30?
23       A.   Two years.
24       Q.   That leaves about a year?
25       A.   Yes.
```
<center>11</center>

```
1        Q.   What other start time did you have during that
2    period of time?
3        A.   Around 10:00.  Around 2:00 p.m.  Can be
4    varied.
5        Q.   10:00 a.m., 2:00 p.m.?
6        A.   9:00 a.m.
7        Q.   Was that the time when you were on the extra
8    board?
9        A.   Extra board or block.
10       Q.   Okay.  Other than the fact that, because you
11   started early, you drove your car -- because, as you
12   say, that was the only way you could get to work -- is
13   there any other reason why you drove?
14       A.   No.
15       Q.   Did you ever look into whether or not there
16   was public transportation for you to get to or from
17   work?
18       A.   Yes.
19       Q.   And did you ever take public transportation to
20   or from work?
21       A.   No.
22       Q.   When you had a run that started early in the
23   morning -- one of those runs that started, you know, as
24   early as 4:00 or 5:30 a.m. -- were those runs that you
25   pulled out from the division?
```
<center>12</center>

1     A.   Yes.

2     Q.   And when you had a run that started that

3 early, did you ever have a run that both pulled out and

4 pulled into the division at the end of the day?

5     A.   Yes.

6     Q.   Did you sometimes have a run that started

7 early in the morning with a pull-out of the division but

8 you ended your run at a relief location?

9     A.   Yes.

10    Q.   Where you had a run that started in the

11 afternoon -- you mentioned a run that might have started

12 at 2:00 p.m. or 6:00 p.m. -- would those runs generally

13 be runs that would pull out of the division, or would

14 you be making a relief to start the run?

15    A.   Make a relief.

16    Q.   And would those runs generally end with a

17 pull-in at the division?

18    A.   Yes.

19    Q.   What lines were your runs on; do you remember?

20    A.   The 8.  There's only a few of the lines in my

21 division.

22    Q.   What other than the 8?

23    A.   The 8.  The 14.  The 38.  Those are the major

24 lines.

25    Q.   And those are lines that you worked?

1     A.   I worked all of them.

2     Q.   When you had a run that pulled out of

3 division, what time would you arrive at division before

4 the start time for your run?

5     A.   I would always arrive early.

6     Q.   How early?

7     A.   At least 30 minutes.

8     Q.   So if your run started at 5:30, you would get

9 there about 5 o'clock?

10    A.   Yes.

11    Q.   And if your run started with you making a

12 relief, would you go to the division first?

13    A.   Yes.

14    Q.   If you had to make a relief, how early before

15 the relief time would you show up at the division?

16    A.   15 minutes.

17    Q.   15 minutes before your relief time?

18    A.   Yes.

19    Q.   When you had a run that started at division

20 with a pull-out, you said you would get there about 30

21 minutes early.  What would you do in the 30 minutes

22 before your report time?

23    A.   I would read the bulletins.  I have to sign

24 in.

25    Q.   Anything else?

1     A.   Look for updates.

2     Q.   Updates of bulletins?

3     A.   Updates of bulletins or Dispatch has updates.

4     Q.   Anything else?

5     A.   That's about it.

6     Q.   How much of your 30 minutes would be spent

7 with those tasks:  signing in, reading bulletins,

8 looking for updates?

9     A.   20 minutes.

10    Q.   Is that the first thing you would do when you

11 get to the division?

12    A.   Yes.

13    Q.   What would you do next?

14    A.   Use the restroom.  Get myself prepared.  Get

15 my water bottle filled up.

16    Q.   When would you pick up your outfit?

17    A.   "Outfit"?

18    Q.   The outfit that goes with the run.  The

19 paddle.

20    A.   Oh, okay.  On the time when the schedule said

21 I would start.

22    Q.   You would pick the paddle up at the report

23 time?

24    A.   Yes.

25    Q.   So if the report time was 5:30, you would pick

1 it up at 5:30?

2     A.   Yes.

3     Q.   Once you picked up the paddle, what would you

4 do next?

5     A.   Go to the bus.

6     Q.   How would you know which bus to go to?

7     A.   When I sign it, it would say which bus and

8 which lane the bus will be.  And I can ask.

9     Q.   You would pick up the outfit, walk down to the

10 yard, and get on your bus?

11    A.   Yes.

12    Q.   Then what would you do?

13    A.   Do a pre-op inspection of the bus.  Fill in

14 the defect cards.

15    Q.   How long would that take?

16    A.   15 minutes.

17    Q.   What do you do next?

18    A.   Pull out.

19    Q.   If you had a run that started at a relief

20 location, you say you would get to the division about 15

21 minutes before the relief time?

22    A.   No.  I get to the relief point 15 minutes

23 before the relief time.

24    Q.   Okay.  So you would get to the relief point 15

25 minutes early?

1      A.   Yes.
2      Q.   I think you told me you would go to the
3  division first?
4      A.   I would always go to the division first.
5      Q.   If you had to make a relief, how early would
6  you get to the division in relationship to the relief
7  time?
8      A.   At least an hour ahead.
9      Q.   What would you do in that hour between
10 arriving at division and making your relief?
11     A.   I would look at the bulletins.  Sign in.
12 Check for updates from Dispatch.
13     Q.   Anything else?
14     A.   Walk to the relief point or take the bus.
15     Q.   As far as reading the bulletins, sign in,
16 updates, that would be the same 20 minutes?
17     A.   Yes.
18     Q.   Then you say you tried to get to the relief
19 point 15 minutes before the relief time?
20     A.   Yes.
21     Q.   Why 15 minutes?
22     A.   Because we have to be there before the relief
23 time.
24     Q.   Was there some requirement that you be there
25 15 minutes before the relief time?

17

1      A.   We have to be there before our start time.
2      Q.   Were you ever told how much before the start
3  time you were supposed to be there?
4      A.   No.
5      Q.   You say sometimes you would walk to the relief
6  point?
7      A.   Yes.
8      Q.   What relief points would you walk to from
9  Flynn?
10     A.   If there's no bus or if the buses are late,
11 then I have to walk.
12     Q.   My question, though, is more, where were the
13 relief points that you would walk to?
14     A.   The ones closer to my division.
15     Q.   Which ones are those?
16     A.   Mission and 11th Street.
17     Q.   Any other relief points that you would walk
18 to?
19     A.   Sixth and Harrison.
20     Q.   Any others?
21     A.   No.
22     Q.   How long would it take you to walk to Mission
23 and 11th from Flynn?
24     A.   20 minutes.
25     Q.   And what about to Sixth and Harrison?

18

1      A.   30 minutes.
2      Q.   So if a bus didn't come quickly, you would
3  just go ahead and walk; is that what you would do?
4      A.   Yes.
5      Q.   What would you do while you were at the relief
6  point for that 15 minutes or so?
7      A.   Wait at the bus stop.
8      Q.   And would you wait out there for 15 minutes?
9      A.   Yes.
10     Q.   Rain or shine?
11     A.   Rain or shine.
12     Q.   Did you do anything else?
13     A.   No.
14     Q.   Ever go into a convenience store?
15     A.   No.
16     Q.   Or get a cup of coffee?
17     A.   No.
18     Q.   When you were making a relief, how often was
19 the operator you were relieving on time?
20     A.   They're always late.
21     Q.   Were they ever early?
22     A.   No.
23     Q.   In general, how late were they in pulling up
24 to the relief location?
25     A.   10 minutes.

19

1      Q.   Were they ever more than 10 minutes late?
2      A.   10 minutes.  No.
3      Q.   Were they ever 5 to 9 minutes late?
4      A.   It's always 10 minutes.
5      Q.   Always 10 minutes?
6      A.   Yes.
7      Q.   Every day?
8      A.   Every day.
9      Q.   Every relief location?
10     A.   Yes.
11     Q.   Every run that you did?
12     A.   Yes.
13     Q.   Then when you were making a relief and the
14 operator pulled the bus in, what would you do before you
15 would pull away from the relief location?  What tasks
16 would you perform?
17     A.   I would talk to the operator.  Make sure
18 there's no mechanical problem that he knows about the
19 bus.  Any issue with the bus or a passenger that needs
20 special aid for a bus stop or information.
21         I would do, like, a light check on the bus, on
22 the tires.  Go around the bus.  Get myself ready.
23 Mirrors.  Set up the seats.  Transfers.
24     Q.   When you say you do a "light check," you mean
25 a quick check?

20

1  A.  Yes.
2  Q.  How long would all of these activities take
3 between the bus pulling in and you pulling away from the
4 relief location?
5  A.  5 minutes.
6  Q.  Were any of the runs that you had split runs?
7  A.  Yes.
8  Q.  How often did you have a split run?
9  A.  Always.
10  Q.  Of any of your split runs, did any of those
11 split runs begin at a relief point and end at a relief
12 point?
13  A.  Yes.
14  Q.  Did any of them begin at a relief point and
15 end at the very same relief point?
16  A.  Yes.
17  Q.  And is that always the case?
18  A.  Most of the time.
19  Q.  Most of the time?
20  A.  Yes.
21  Q.  When you say "most of the time," can you give
22 me a percentage of, where you had a split run that
23 started and ended at a relief location, that it started
24 and ended at the same relief location?
25  A.  I don't know the percentage.

21

1  Q.  But it was most of the time, so it was more
2 than 50 percent?
3  A.  I don't know the percentage time, but yes.
4  Q.  Some of these split runs, am I correct,
5 started at division and ended at division?
6  A.  Yes.
7  Q.  If you had a run that ended at a relief
8 location, you would pull up to the relief location and
9 you would hand the bus over to the operator relieving
10 you; correct?
11  A.  Yes.
12  Q.  And then what would you do?
13  A.  I would tell them about what's wrong with the
14 bus.  Any information that I know that he needs to know.
15  Q.  Anything else?
16  A.  Then I would go back to the division.
17  Q.  Were you required or did you do a quick check
18 like you were talking about when you were making a
19 relief?
20  A.  Yes.
21  Q.  So would you also do a visual inspection of
22 the vehicle even before giving it over to the relief
23 operator?
24  A.  Yes.
25  Q.  So how long would all of this take, this

22

1 transition between --
2  A.  About 5 minutes.
3  Q.  You say you go back to the division; correct?
4  A.  Yes.
5  Q.  What would you do when you get back to the
6 division?
7  A.  Turn in anything that I have, like a lost and
8 found.  Check the bulletins.  Check the detail for the
9 next day.
10  Q.  Anything else?
11  A.  Turn in the transfers.  Or in this case, no.
12 But just if there's, like, lost-and-found stuff.
13  Q.  How much time would you spend checking the
14 bulletin and the detail when you would get back to the
15 division?
16  A.  About 5 minutes.
17  Q.  Anything else you would do before you would
18 leave for the day?
19  A.  No.
20  Q.  When you were being relieved, you would
21 actually bring lost-and-found items with you back to the
22 division?
23  A.  Yes.
24  Q.  If you had a run that was ending at the
25 division, can you describe for me what job tasks you

23

1 performed once you pulled the vehicle into the yard?
2  A.  I would stop at the station, and then the
3 person will collect the money.  Then I would park the
4 car.  Do the post-inspection on the car.  Get all the
5 defect card.  Place them where the mechanics wants them.
6 Get the transfers.  Drop in the transfers.  If I have
7 lost and found, I turn it in.  Go to the dispatch.  Drop
8 in the defect card that he wants -- the copy he wants.
9 Check the bulletin.
10  Q.  How much time would all of those tasks take?
11  A.  10 minutes.
12  Q.  And then you would be gone for the day?
13  A.  Yes.
14  Q.  How often did your runs arrive, whether it was
15 pulling into division or pulling up to a relief point,
16 on time?
17  A.  Never on time.
18  Q.  Were your runs ever early?
19  A.  No.
20  Q.  You say they were never on time.  How late
21 were they?
22  A.  10 minutes.
23  Q.  Did they ever run more than 10 minutes late?
24  A.  10 minutes.
25  Q.  So they never ran more than 10 minutes late?

24

```
 1      A.  No.
 2      Q.  Did they ever run 5 to 9 minutes late?
 3      A.  No.
 4      Q.  Did they ever run 1 to 4 minutes late?
 5      A.  No.
 6      Q.  So it was always 10 minutes late?
 7      A.  Yes.
 8      Q.  Every run?
 9      A.  Yes.
10      Q.  Whether it was a pull-in or a relief run?
11      A.  Yes.
12      Q.  I'll ask you to look at what we previously
13  marked as Exhibit 4.  Do you recognize that document?
14      A.  Yes.
15      Q.  Can you tell me what it is?
16      A.  It's a vehicle log we turn in if we work over
17  the time of our schedule.
18      Q.  Your understanding is, if you worked beyond
19  your scheduled time, you would put in for overtime?
20      A.  Yes.
21      Q.  Where would you find those?
22      A.  Right in front of the dispatch office.
23      Q.  Did you ever use those during the four and a
24  half years you were working at Flynn?
25      A.  Yes.
```
25

```
 1      Q.  How often do you remember using them?
 2      A.  Not very often.
 3      Q.  Could you give me an estimate about the number
 4  of times you put in for overtime in the course of a
 5  month?
 6      A.  I don't know.
 7      Q.  No idea?
 8      A.  Don't remember.
 9      Q.  Did anyone ever discourage you from putting in
10  overtime?
11      A.  Yes.
12      Q.  Who?
13      A.  Dispatch.
14      Q.  Anyone else?
15      A.  No.
16      Q.  Is there any particular dispatcher who
17  discouraged you from putting in overtime?
18      A.  I don't recall a particular dispatch [sic],
19  but many of them will always discourage the overtime
20  regardless of the time.  If it's too small -- let's say
21  3 minutes -- they will say, "Oh, you're wasting my time
22  on turning this in.  You already get paid so much.  You
23  don't need this overtime."
24          So we were always discouraged to turn in
25  overtime.
```
26

```
 1      Q.  How many times did you hear a dispatcher say
 2  words to the effect of "This is too few minutes --
 3  you're wasting my time -- for overtime"?
 4      A.  A few times.  Many times, actually.  Then we
 5  just stopped turning them in.
 6      Q.  Is there some point in time when you stopped
 7  turning in overtime cards?
 8      A.  No.  I mean, for overtime cards, if I do it
 9  too much or if I turn in like 3, 4 minutes, they will
10  start saying, oh, they're going to investigate you and
11  then you might have some liability for doing so.
12          But if it's like a traffic accident that
13  caused everybody to be late and then you're obviously
14  late, then of course I would turn it in, yeah.
15      Q.  Did you have a dispatcher tell you that you
16  could be investigated for putting in overtime of 2 or 3
17  minutes?
18      A.  I don't remember a particular dispatch; but in
19  general, they would tell you "Don't do it too much.
20  Don't do it too much."
21      Q.  Did you ever have them say that to you?
22      A.  Yes.
23      Q.  Did you understand them to say "Don't put in
24  overtime too much" or "Don't put in too much of just a
25  few minutes of overtime"?
```
27

```
 1      A.  I don't know what they means [sic], but it
 2  just means that they were discouraging us to do so.
 3      Q.  Okay.  Any other way in which you were
 4  discouraged by a dispatcher from putting in overtime?
 5      A.  Well, I hear stories from -- not story, but
 6  people actually got investigated, and then they tell us
 7  about "Oh, this is what happened."  So we were just --
 8  among ourselves, we understand "Oh, yeah, if we do it,
 9  this is what they really actually do."
10      Q.  Were you ever investigated for putting in
11  overtime?
12      A.  I don't know.
13      Q.  Do you know of any operator who was
14  investigated for putting in overtime?
15      A.  I know there are operator [sic], but I don't
16  know who they are.
17      Q.  How do you know that there were operators who
18  were investigated for putting in too much overtime?
19      A.  Because other operators were saying it.
20      Q.  Other than hearing that from other operators,
21  do you know for a fact whether or not there were
22  operators who were investigated for putting in too much
23  overtime?
24      A.  I don't know.
25      Q.  Any other way in which dispatchers discouraged
```
28

1  you from putting in overtime?
2      A.  No.
3      Q.  Did you ever go to an operator and hand
4  them -- a dispatcher and hand them an overtime card and
5  have them refuse to accept it?
6      A.  Yes.
7      Q.  Do you remember who the dispatcher was?
8      A.  No.
9      Q.  Do you remember when it happened?
10     A.  If we work over 10 hours, then those overtime
11 will not go in.
12     Q.  Did you ever have an experience where you
13 worked more than 10 hours --
14     A.  Yes.
15     Q.  -- and the dispatcher wouldn't take the
16 overtime card?
17     A.  Yes.
18     Q.  So you filled it out and handed it to them,
19 and they said, "I'm not going to take it"?
20     A.  They say, "Oh, I can only put this much.  The
21 rest is over 10 hours, so you don't get it."
22     Q.  But did they refuse to take the card, or did
23 they take the card and then they said, "You won't get
24 the additional overtime"?
25     A.  They will take the card.

                                                    29

        JACKY CHAU            JANUARY 22, 2016

1      Q.  And then did you check to see whether or not
2  you got paid the overtime?
3      A.  I tried, but there's no specific way to tell
4  is it that overtime or not.
5      Q.  So you don't know, if --
6      A.  I don't know.
7      Q.  -- if you put that overtime card in, whether
8  or not you got credit for it?
9      A.  Yeah, I don't know.
10     Q.  How many times did you have a dispatcher take
11 an overtime card and tell you that, you know, "You're
12 over 10 hours" -- or something to the effect -- "so
13 you're not going to get this overtime"?
14     A.  How many times, you're asking me?
15     Q.  Yes.
16     A.  Okay.  That only happened when I have, like, a
17 10-hour run; so it doesn't happen all the time.  But
18 because I have low seniority, so I don't get those kinds
19 of runs.
20     Q.  Do you recall any particular incident where
21 you worked more than 10 hours and put in overtime?
22     A.  I don't remember.
23     Q.  So you don't remember doing that?
24     A.  I don't remember an incident where I have to,
25 but I actually remember that they told me that I could

                                                    30

        JACKY CHAU            JANUARY 22, 2016

1  not get those time in because of the -- whatever limit
2  they have in their system.
3      Q.  When you say they were telling you you
4  couldn't get time in, were they saying that because you
5  were actually asking for it, or were they just telling
6  you that in general?
7      A.  I don't know what they were telling me in
8  general or not, but they were telling me, "It's over
9  10 hours, so whatever hours after the 10 hours is not
10 going to go in."
11     Q.  I just want to make sure I understand your
12 testimony.  So there was an occasion -- at least one
13 occasion where you put in for overtime and your run was
14 a 10-hour run already?
15     A.  Yes.
16     Q.  Correct?
17     A.  Yes.
18     Q.  So you filled this out and you handed it to
19 them.  The dispatcher says, "I don't think you're going
20 to get paid for that because you've already worked more
21 than 10 hours"?
22     A.  Yes.
23     Q.  So you know it happened at least once?
24     A.  Yes.
25     Q.  Do you know how many times it happened?

                                                    31

        JACKY CHAU            JANUARY 22, 2016

1      A.  I don't remember.  More than once.
2      Q.  Again, you don't remember whether or not you
3  actually got paid for whatever the overtime was?
4      A.  Yes.
5      Q.  Any other way in which you were discouraged
6  from putting in overtime?
7      A.  No.
8      Q.  Did you ever complain to anybody about being
9  discouraged from putting in overtime?
10     A.  No.
11     Q.  Did you ever go talk to a union rep about
12 this?
13     A.  No.
14     Q.  Did you ever go talk to the superintendent
15 about it?
16     A.  No.
17     Q.  Who was the superintendent at the time that
18 you were working at Flynn?
19     A.  When I first started, it was -- her name was
20 Sarita.
21     Q.  Sarita Britt?
22     A.  I think so.  I don't know.  I only know her
23 name is Sarita.
24     Q.  Do you remember any other superintendent?
25     A.  Then it was Ayn.

                                                    32

        JACKY CHAU            JANUARY 22, 2016

```
 1     Q.   Ayn Antonio?
 2     A.   Yes.
 3     Q.   Did you ever talk to either one of them about
 4   how dispatchers were discouraging you from putting in
 5   overtime?
 6     A.   No.
 7     Q.   During your time working at Flynn, did you
 8   ever have an occasion where you had to attend a meeting
 9   with the division superintendent?
10     A.   Yes.
11     Q.   How many occasions?
12     A.   Just a few times.  I don't remember how many
13   times.  Not that many.
14     Q.   Less than five?
15     A.   Yeah.
16     Q.   More than three?  Three or more?
17     A.   Yes.
18     Q.   Do you remember the circumstances in which you
19   had to have those meetings?
20     A.   When I have paperwork for them to sign.
21     Q.   What kind of paperwork would that be?
22     A.   Like, my wife had a baby, so I have to have
23   her sign paperwork for me.
24     Q.   To take a leave?
25     A.   Yes.
                                              33
           JACKY CHAU        JANUARY 22, 2016
```

```
 1     Q.   Any other occasion?
 2     A.   Like, there was one accident -- it is not my
 3   fault -- which I have to see her.
 4     Q.   One was to request that the superintendent
 5   sign a leave form?
 6     A.   Yes.
 7     Q.   You recall another occasion where you had to
 8   meet related to an accident?
 9     A.   Yes.
10     Q.   Any other circumstances you remember having to
11   meet with a superintendent?
12     A.   No, I don't remember.
13     Q.   Does that also include any meeting you might
14   have had with, like, an assistant superintendent?
15     A.   Yes.
16     Q.   Did you ever have to meet with a
17   superintendent about a job performance issue?
18     A.   No.
19     Q.   Or a Passenger Service Report?  A PSR?
20     A.   A PSR?  No.
21     Q.   Or a potential discipline?
22     A.   No.
23     Q.   Or a warning?
24     A.   No.
25     Q.   The accident situation -- you were involved in
                                              34
           JACKY CHAU        JANUARY 22, 2016
```

```
 1   an accident when you were operating the vehicle?
 2     A.   Yes.
 3     Q.   And you completed an accident report?
 4     A.   Yes.
 5     Q.   And then sometime later you had to talk with a
 6   superintendent about some information that you had
 7   provided, or did you have a meeting with her at the same
 8   time you were filling out the report?
 9     A.   It was after, yeah.
10     Q.   How long was that meeting; do you remember?
11     A.   Maybe 15 minutes.
12     Q.   Do you remember whether that meeting was
13   scheduled in your workday?
14     A.   No.
15     Q.   Do you know if it was scheduled during your
16   work hours?
17     A.   During my work hours?  During my split, yes, I
18   guess.
19     Q.   Was the meeting -- did it occur during --
20   before your report time for the day, or was it during
21   the split?
22     A.   During my split.
23     Q.   Do you know if it was during a time that you
24   were paid for your split?
25     A.   No.
                                              35
           JACKY CHAU        JANUARY 22, 2016
```

```
 1     Q.   You don't know?
 2     A.   No.  It is during a time where I don't get
 3   paid for my split.
 4     Q.   Did you have any split runs where you were
 5   paid for a portion of the split?
 6     A.   No.
 7     Q.   Do you know if you got paid additional
 8   compensation for that meeting -- that 15-minute meeting?
 9     A.   I don't know.
10     Q.   Did you put in for overtime for that meeting?
11     A.   No.
12     Q.   Did you ask if you could put in for overtime
13   for the meeting?
14     A.   No.
15     Q.   Where were the bulletins at Flynn?  Where were
16   they located?
17     A.   They're in front of the office, dispatch
18   office.
19     Q.   Are they all sort of in one spot, one place?
20     A.   They were kind of on different walls.
21     Q.   Within a few feet of each other?
22     A.   Yeah.
23     Q.   Was it the kind of situation where you had to
24   look at a bulletin board in one location and walk down a
25   hall to another bulletin board?
                                              36
           JACKY CHAU        JANUARY 22, 2016
```

```
1    A.  Yes, there's occasion like that, too.
2    Q.  So was there more than one location, or was it
3  one location and they were all within a few feet of
4  where you were?
5    A.  It was one location, yeah.
6    Q.  Do you have any idea about how often there was
7  new information on the bulletin board?
8    A.  Every day.
9    Q.  Was there some way that you would know, when
10 you walked up to the bulletin board, where to find new
11 information?
12   A.  Just go to the board.
13   Q.  Did they use a portion of the board to post
14 new information?
15   A.  No.
16   Q.  So you would just have to find it amongst all
17 the other material that was up there?
18   A.  Yes.
19   Q.  Did they ever include bulletins in the outfit,
20 the paddle?
21   A.  No.
22   Q.  Did they ever include information in the
23 paddle about changes to the route or the schedule?
24   A.  No.
25       MR. ROLNICK:  Those are all my questions.
```
37

JACKY CHAU                    JANUARY 22, 2016

```
1  Thank you.
2          THE WITNESS:  You're welcome.
3          (Off the record at 3:28 p.m.)
4          ---oOo---
5
6
7  Date:_____
8                                _____
9                                JACKY CHAU
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```
38

JACKY CHAU                    JANUARY 22, 2016

```
1           CERTIFICATE OF REPORTER
2      I, MELISSA HAMMERNESS, a Certified Shorthand
3  Reporter, do hereby certify:
4      That JACKY CHAU, the witness in the foregoing
5  deposition, was by me duly sworn to testify to the
6  truth, the whole truth, and nothing but the truth in the
7  within-entitled cause;
8      That said deposition was reported by me at the
9  time and place therein stated and was thereafter
10 transcribed as herein set forth;
11     I further certify that I am not interested in the
12 outcome of said action, nor of counsel or attorney for
13 either or any of the parties in the foregoing deposition
14 and caption named, nor connected with, nor related to
15 any of the parties in said action or to their respective
16 counsel.
17     IN WITNESS WHEREOF I have hereunto set
18     my hand this _____ day of _____, 2016
19
20                    _____
21              MELISSA HAMMERNESS, CSR No. 4739
22
23
24
25
```
39

JACKY CHAU                    JANUARY 22, 2016

```
1              BONNIE L. WAGNER & ASSOCIATES
2                  Court Reporting Services
                  1819 Polk Street, Suite 446
3              San Francisco, California 94109
                      (415) 982-4849
4
5  January 28, 2016
6  Mr. Jacky Chau
7  C/o Joel B. Young, Esq.
   The Tidrick Law Firm
8  2039 Shattuck Avenue, Suite 308
   Berkeley, California 94704
9          re:  Stitt vs. SFMTA, et al.
10              Deposition of Jacky Chau
                January 22, 2016
11 Dear Mr. Chau:
12 The original transcript of your deposition in the
13 above-entitled action is now available for your
   signature at this office for 30 days from the above
14 date.  Please contact our office if you plan to review
   the deposition transcript so we may arrange a mutually
   convenient appointment.
15 You may instead read your attorney's copy if it is more
16 convenient for you.  After reading the transcript, sign
   your name on the last page of testimony on the signature
17 line to indicate approval of the transcript.  However,
   if you wish to change the form or substance of your
18 answer to any question, please send a letter to us
   indicating any changes and the reasons for those changes
19 by way of page and line number.
20 Your rights regarding signature of this deposition are
   contained in the Federal Rules of Civil Procedure.
21 Your cooperation is appreciated.  Thank you.
22 Very truly yours,
23 MELISSA HAMMERNESS, CSR No. 4739
24 cc:  Original
25      All Counsel
```
40

JACKY CHAU                    JANUARY 22, 2016

## DEPONENT'S CORRECTION SHEET

To add testimony, indicate "Add" and print the exact words you wish to add. To delete testimony, indicate "Delete" and print the exact words you wish to delete.

Deposition of:    Jacky Chau
Deposition Date:  January 22, 2016

I, Jacky Chau, have the following changes to my deposition transcript:

PAGE    LINE            CHANGE (Add/Delete)

_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____

                    _____/_____
                    Jacky Chau        Date

41

## DISPOSITION OF TRANSCRIPT REVIEW

I certify that the witness was given the statutory allowable time within which to read and sign the deposition, and that:

_____  The witness failed to appear for such reading and signing.

_____  A stipulation was made that the witness will waive review/signature on the record.

_____  The witness has reviewed and signed the transcript and has made no changes.

_____  A correction letter has been submitted and is attached to the transcript.

                    _____
                    Melissa Hammerness, CSR No. 4739

        Date:  _____

42

**—**

**---oOo [4]**   2/13 3/18 4/16 38/4
**--oOo [1]**   1/3

## 1

**1-20 [1]**   1/10
**10 [19]**   19/25 20/1 20/2 20/4 20/5 24/11 24/22 24/23 24/24 24/25 25/6 29/10 29/13 29/21 30/12 30/21 31/9 31/9 31/21
**10-hour [2]**   30/17 31/14
**10:00 [2]**   12/3 12/5
**11th [2]**   18/16 18/23
**1390 [2]**   3/5 4/7
**14 [1]**   13/23
**15 [12]**   14/16 14/17 16/16 16/20 16/22 16/24 17/19 17/21 17/25 19/6 19/8 35/11
**15-minute [1]**   36/8
**1819 [2]**   1/24 40/2

## 2

**20 [4]**   1/10 15/9 17/16 18/24
**2011 [1]**   6/24
**2016 [6]**   1/17 3/3 39/18 40/5 40/10 41/4
**2039 [2]**   4/2 40/7
**22 [3]**   1/17 40/10 41/4
**22nd [1]**   3/2
**28 [1]**   40/5
**2:00 [3]**   12/3 12/5 13/12
**2:47 [1]**   3/3

## 3

**30 [6]**   14/7 14/20 14/21 15/6 19/1 40/13
**308 [2]**   4/3 40/7
**38 [1]**   13/23
**3:28 [1]**   38/3

## 4

**415 [2]**   1/25 40/3
**446 [2]**   1/24 40/2
**4739 [5]**   1/20 3/7 39/21 40/23 42/16
**4849 [2]**   1/25 40/3
**4:00 [3]**   11/1 11/6 12/24

## 5

**50 [1]**   22/2
**5408 [2]**   3/6 4/8
**5:30 [9]**   10/23 10/24 11/1 11/10 11/22 12/24 14/8 15/25 16/1

## 6

**6:00 [3]**   11/14 11/19 13/12

## 9

**94102-5408 [2]**   3/6 4/8
**94109 [2]**   1/24 40/2
**94704 [2]**   4/3 40/8
**982-4849 [2]**   1/25 40/3
**9:00 [1]**   12/6

## A

**a.m [5]**   11/7 11/8 12/5 12/6 12/24
**about [25]**
**above [2]**   40/12 40/13
**above-entitled [1]**   40/12
**academy [2]**   7/23 7/25

**accept [1]**   29/5
**accident [6]**   27/12 34/2 34/8 34/25 35/1 35/3
**action [3]**   39/12 39/15 40/12
**activities [1]**   21/2
**actually [7]**   23/21 27/4 28/6 28/9 30/25 31/5 32/3
**add [4]**   41/2 41/2 41/2 41/8
**Add/Delete [1]**   41/8
**additional [2]**   29/24 36/7
**after [3]**   31/9 35/9 40/16
**afternoon [1]**   13/11
**Again [1]**   32/2
**AGENCY [1]**   1/9
**ahead [2]**   17/8 19/3
**aid [1]**   20/20
**al [1]**   40/9
**all [15]**   1/5 5/20 5/25 8/25 14/1 21/2 22/25 24/4 24/10 30/17 36/19 37/3 37/16 37/25 40/25
**allowable [1]**   42/4
**already [3]**   26/22 31/14 31/20
**also [4]**   4/11 9/21 22/21 34/13
**always [10]**   14/5 17/4 19/20 20/4 20/5 21/9 21/17 25/6 25/16 26/24
**am [4]**   7/5 7/9 22/4 39/11
**among [1]**   28/8
**amongst [1]**   37/16
**another [2]**   34/7 36/25
**answer [6]**   5/24 5/25 6/2 6/4 6/17 40/18
**answering [1]**   6/14
**Antonio [1]**   33/1
**any [27]**
**anybody [1]**   32/8
**anyone [2]**   26/9 26/14
**anything [8]**   14/25 15/4 17/13 19/12 22/15 23/7 23/10 23/17
**appear [1]**   42/7
**appeared [3]**   3/7 4/4 4/9
**appointment [1]**   40/14
**appreciated [1]**   40/21
**approval [1]**   40/17
**approximately [1]**   9/3
**are [11]**   7/3 7/23 13/23 13/25 18/10 18/15 28/15 28/16 36/19 37/25 40/20
**around [8]**   8/22 10/25 11/2 11/19 11/22 12/3 12/3 20/22
**arrange [1]**   40/14
**arrive [3]**   14/3 14/5 24/14
**arriving [1]**   17/10
**as [18]**   3/11 3/13 4/4 4/10 7/1 7/6 7/13 9/6 9/21 9/23 11/22 12/11 12/23 12/24 17/15 17/15 25/13 39/10
**ask [6]**   5/24 6/4 6/7 16/8 25/12 36/12
**asking [3]**   6/9 30/14 31/5
**assignment [1]**   9/7
**assignments [1]**   9/19
**assistant [1]**   34/14
**ASSOCIATES [1]**   1/23 40/1
**assume [1]**   6/4
**attached [1]**   42/12
**attend [1]**   33/8
**attorney [5]**   3/4 4/6 4/9 5/8 39/12
**attorney's [1]**   40/15
**available [1]**   40/12

**Avenue [2]**   4/2 40/7
**away [2]**   20/15 21/3
**Ayn [2]**   32/25 33/1

## B

**baby [1]**   33/22
**back [5]**   22/16 23/3 23/5 23/14 23/21
**bad [1]**   6/7
**basic [1]**   5/14
**be [18]**   3/1 9/17 9/18 11/10 12/3 13/13 13/14 15/4 15/6 16/8 17/16 17/22 17/24 18/1 18/3 24/12 27/13 27/16 33/21
**because [10]**   6/3 11/2 12/10 12/11 17/22 28/19 30/18 31/1 31/4 31/20
**been [4]**   7/10 7/25 8/2 42/11
**before [22]**
**begin [2]**   21/11 21/14
**behalf [3]**   1/5 4/4 4/10
**being [3]**   3/12 23/20 32/8
**Berkeley [2]**   4/3 40/8
**best [1]**   6/16
**between [4]**   9/15 17/9 21/3 23/1
**beyond [1]**   25/18
**block [7]**   9/21 10/25 11/2 11/4 11/11 11/17 12/9
**blocks [3]**   10/2 10/3 10/5
**board [10]**   8/25 9/8 12/8 12/9 36/24 36/25 37/7 37/10 37/12 37/13
**BONNIE [2]**   1/23 40/1
**both [1]**   13/3
**bottle [1]**   15/15
**bring [1]**   23/21
**Britt [1]**   32/21
**bulletin [6]**   23/14 24/9 36/24 36/25 37/7 37/10
**bulletins [9]**   14/23 15/2 15/3 15/7 17/11 17/15 23/8 36/15 37/19
**bus [19]**   16/5 16/6 16/7 16/8 16/10 16/13 17/14 18/10 19/2 19/7 20/14 20/19 20/19 20/20 20/21 20/22 21/3 22/9 22/14
**buses [2]**   8/19 18/10

## C

**C-12-03704-YGR [1]**   1/7
**C-h-a-u [1]**   5/6
**c/o [1]**   40/6
**CALIFORNIA [7]**   1/2 1/24 3/6 4/3 4/8 40/2 40/8
**called [2]**   3/11 5/9
**came [1]**   8/7
**can [12]**   5/2 5/5 6/12 9/17 9/18 10/18 12/3 16/8 21/21 23/25 25/15 29/20
**caption [1]**   39/14
**car [3]**   12/11 24/4 24/4
**card [9]**   24/5 24/8 29/4 29/16 29/22 29/23 29/25 30/7 30/11
**cards [3]**   16/14 27/7 27/8
**case [4]**   1/7 5/9 21/7 23/11
**cause [1]**   39/7
**caused [1]**   27/13
**cc [1]**   40/24
**CERTIFICATE [1]**   39/1
**Certified [1]**   39/2
**certify [3]**   39/3 39/11 42/3

## C

**change [2]**   40/17 41/8
**changes [5]**   37/23 40/18 40/18
 41/5 42/10
**CHAU [12]**   1/15 3/9 5/4 5/7
 38/9 39/4 40/6 40/9 40/11
 41/4 41/5 41/25
**check [9]**   17/12 20/21 20/24
 20/25 22/17 23/8 23/8 24/9
 30/1
**checking [1]**   23/13
**circumstances [2]**   33/18 34/10
**CITY [15]**   1/9 3/4 3/4 3/11
 4/6 4/6 4/9 5/8 5/9 6/20
 6/22 7/4 7/5 7/16 8/8
**civil [2]**   1/7 7/18 40/20
**classification [1]**   7/19
**closer [1]**   18/14
**coffee [1]**   19/16
**collect [1]**   24/3
**combination [1]**   9/17
**come [1]**   19/2
**commencing [1]**   3/3
**compensation [1]**   36/8
**complain [1]**   32/8
**completed [1]**   35/3
**confuses [1]**   6/8
**connected [1]**   39/14
**contact [1]**   40/13
**contained [1]**   40/20
**convenience [1]**   19/14
**convenient [2]**   40/14 40/16
**cooperation [1]**   40/21
**copy [2]**   24/8 40/15
**correct [5]**   8/20 22/4 22/10
 23/3 31/16
**correction [2]**   41/1 42/11
**could [5]**   12/12 26/3 27/16
 30/25 36/12
**couldn't [1]**   31/4
**counsel [5]**   4/4 4/10 39/12
 39/16 40/25
**counselor [1]**   8/11
**COUNTY [5]**   1/9 3/4 3/11 4/6
 5/9
**course [2]**   26/4 27/14
**court [6]**   1/1 1/23 5/18 5/20
 6/12 40/1
**credit [1]**   30/8
**CSR [5]**   1/20 3/7 39/21 40/23
 42/16
**cup [1]**   19/16
**current [2]**   7/8 7/19
**currently [2]**   6/20 7/23
**cycle [1]**   9/20

## D

**DARRYL [1]**   1/4
**date [5]**   38/7 40/13 41/4
 41/25 42/18
**day [9]**   13/4 20/7 20/8 23/9
 23/18 24/12 35/20 37/8 39/18
**days [1]**   40/13
**Dear [1]**   40/11
**defect [3]**   16/14 24/5 24/8
**Defendant [2]**   3/11 4/10
**Defendants [1]**   1/11
**delete [4]**   41/2 41/3 41/3
 41/8
**department [1]**   7/11
**Depends [1]**   11/11
**DEPONENT'S [1]**   41/1

## deposition [15]   1/14 3/2 5/8
 5/12 39/5 39/8 39/13 40/9
 40/12 40/14 40/20 41/4 41/4
 41/6 42/5
**Deputy [2]**   4/9 5/8
**describe [1]**   23/25
**detail [2]**   23/8 23/14
**did [51]**
**didn't [1]**   19/2
**diesel [1]**   8/19
**difference [1]**   9/15
**different [7]**   9/17 9/18 9/19
 9/19 36/20
**discipline [1]**   34/21
**discourage [2]**   26/9 26/19
**discouraged [6]**   26/17 26/24
 28/4 28/25 32/5 32/9
**discouraging [2]**   28/2 33/4
**dispatch [8]**   15/3 17/12 24/7
 25/22 26/13 26/18 27/18
 36/17
**dispatcher [9]**   26/16 27/1
 27/15 28/4 29/4 29/7 29/15
 30/10 31/19
**dispatchers [2]**   28/25 33/4
**DISPOSITION [1]**   42/1
**DISTRICT [2]**   1/1 1/2
**division [31]**
**divisions [1]**   8/17
**do [52]**
**document [1]**   25/13
**DOES [2]**   1/10 34/13
**doesn't [1]**   30/17
**doing [3]**   8/10 27/11 30/23
**don't [34]**
**down [4]**   5/20 6/12 16/9
 36/24
**drive [2]**   10/16 10/17
**driving [1]**   8/19
**Drop [2]**   24/6 24/7
**drove [2]**   12/11 12/13
**DUDLEY [1]**   4/11
**duly [2]**   3/12 39/5
**during [14]**   5/21 8/25 9/23
 12/1 25/23 33/7 35/15 35/17
 35/17 35/19 35/20 35/22
 35/23 36/2

## E

**each [1]**   36/21
**earliest [1]**   11/4
**early [14]**   10/20 12/11 12/22
 12/24 13/3 13/7 14/5 14/6
 14/14 14/21 16/25 17/5 19/21
 24/18
**effect [2]**   27/2 30/12
**either [2]**   33/3 39/13
**else [8]**   14/25 15/4 17/13
 19/12 22/15 23/10 23/17
 26/14
**employed [3]**   7/4 7/5 8/7
**end [6]**   8/3 13/4 13/16 21/11
 21/15
**ended [5]**   13/8 21/23 21/24
 22/5 22/7
**ending [1]**   23/24
**entitled [2]**   39/7 40/12
**Esq [1]**   40/6
**Esquire [1]**   4/4
**estimate [1]**   26/3
**et [1]**   40/9
**even [1]**   22/22
**ever [27]**

## Every [6]   20/7 20/8 20/9
 20/11 25/8 37/8
**everybody [1]**   27/13
**exact [2]**   41/2 41/3
**Examination [2]**   2/3 5/1
**examined [1]**   3/13
**Excuse [1]**   7/21
**Exhibit [1]**   25/13
**exhibits [1]**   2/8
**experience [1]**   29/12
**extra [4]**   8/25 9/7 12/7 12/9

## F

**fact [2]**   12/10 28/21
**failed [1]**   42/7
**family [2]**   8/11 8/11
**far [1]**   17/15
**fault [1]**   34/3
**Federal [1]**   40/20
**feet [2]**   36/21 37/3
**few [7]**   13/20 27/2 27/4
 27/25 33/12 36/21 37/3
**field [1]**   8/5
**Fill [1]**   16/13
**filled [3]**   15/15 29/18 31/18
**filling [1]**   35/8
**find [3]**   25/21 37/10 37/16
**finish [1]**   6/14
**FIRM [2]**   4/2 40/7
**first [6]**   3/12 14/12 15/10
 17/3 17/4 32/19
**five [4]**   6/23 7/12 8/2 33/14
**Floor [2]**   3/6 4/8
**Flynn [11]**   8/14 8/15 8/19
 9/1 10/22 18/9 18/23 25/24
 32/18 33/7 36/15
**following [1]**   41/5
**foregoing [2]**   39/4 39/13
**form [2]**   34/5 40/17
**format [1]**   5/24
**forth [2]**   3/14 39/10
**found [3]**   23/8 23/12 23/21
 24/7
**four [6]**   9/3 9/5 9/6 9/23
 11/17 25/23
**Fox [2]**   3/5 4/7
**FRANCISCO [12]**   1/8 1/9 1/24
 3/5 3/6 3/12 4/7 4/8 5/10
 10/8 10/9 40/2
**Friday [2]**   1/17 3/2
**front [2]**   25/22 36/17
**further [1]**   39/11

## G

**general [4]**   19/23 27/19 31/6
 31/8
**generally [5]**   10/9 10/21
 11/16 13/12 13/16
**get [30]**
**give [3]**   6/17 21/21 26/3
**given [1]**   42/3
**giving [1]**   22/22
**go [20]**   5/14 8/5 10/18 14/12
 16/5 16/6 17/2 17/4 19/3
 19/14 20/22 22/16 23/3 24/7
 29/3 29/11 31/10 32/11 32/14
 37/12
**goes [1]**   15/18
**going [9]**   5/20 6/3 8/3 11/16
 27/10 29/19 30/13 31/10
 31/19
**gone [1]**   24/12
**got [5]**   28/6 30/2 30/8 32/3

## G

**got... [1]**   36/7
**GRANDBERRY [1]**   1/4
**GRIFFIN [1]**   1/4
**ground [1]**   5/14
**guess [1]**   35/18

## H

**had [28]**
**half [6]**   9/5 9/6 9/23 11/18
   11/20 25/24
**hall [1]**   36/25
**HAMMERNESS [6]**   1/20 3/7 39/2
   39/21 40/23 42/16
**hand [4]**   22/9 29/3 29/4
   39/18
**handed [2]**   29/18 31/18
**happen [1]**   30/7
**happened [5]**   28/7 29/9 30/16
   31/23 31/25
**Harrison [2]**   18/19 18/25
**has [4]**   15/3 42/10 42/10
   42/11
**have [48]**
**having [3]**   9/19 10/2 34/10
**he [4]**   20/18 22/14 24/8 24/8
**hear [2]**   27/1 28/5
**hearing [1]**   28/20
**HEDY [1]**   1/4
**held [1]**   7/16
**her [5]**   32/19 32/22 33/23
   34/3 35/7
**here [2]**   5/8 5/21
**hereby [1]**   39/3
**herein [1]**   39/10
**hereinafter [1]**   3/13
**hereunto [1]**   39/17
**hired [1]**   6/24
**hour [5]**   3/3 17/8 17/9 30/17
   31/14
**hours [11]**   29/10 29/13 29/21
   30/12 30/21 31/9 31/9 31/9
   31/21 35/16 35/17
**how [38]**
**However [1]**   40/17

## I

**I'd [1]**   6/13
**I'll [3]**   6/8 6/16 25/12
**I'm [5]**   5/7 6/3 6/9 11/16
   29/19
**idea [2]**   26/7 37/6
**important [1]**   6/2
**incident [2]**   30/20 30/24
**include [3]**   34/13 37/19 37/22
**indicate [4]**   40/17 41/2 41/2
**indicating [1]**   40/18
**information [7]**   20/20 22/14
   35/6 37/7 37/11 37/14 37/22
**inspection [3]**   16/13 22/21
   24/4
**instead [1]**   40/15
**interested [1]**   39/11
**interrogated [1]**   3/13
**interrupt [1]**   6/17
**investigate [1]**   27/10
**investigated [6]**   27/16 28/6
   28/10 28/14 28/18 28/22
**involved [1]**   34/25
**is [34]**
**issue [2]**   20/19 34/17
**it [60]**
**it's [9]**   5/24 6/2 7/20 11/2

---

20/4 25/16 26/20 27/12 31/8
**items [1]**   23/21

## J

**J-a-c-k-y [1]**   5/6
**JACKY [10]**   1/15 3/9 5/4 38/9
   39/4 40/6 40/9 41/4 41/5
   41/25
**January [5]**   1/17 3/2 40/5
   40/10 41/4
**job [4]**   7/8 7/19 23/25 34/17
**jobs [1]**   7/16
**JOEL [2]**   4/4 40/6
**JOHN [2]**   4/11 5/7
**JONATHAN [1]**   4/9
**just [15]**   5/14 5/17 7/20
   11/16 19/3 23/12 27/5 27/24
   28/2 28/7 31/5 31/11 33/12
   37/12 37/16

## K

**kind [3]**   33/21 36/20 36/23
**kinds [1]**   30/18
**know [33]**
**known [1]**   9/21
**knows [1]**   20/18

## L

**lane [1]**   16/8
**last [1]**   40/16
**late [13]**   18/10 19/20 19/23
   20/1 20/3 24/20 24/23 24/25
   25/2 25/4 25/6 27/13 27/14
**later [1]**   35/5
**latest [3]**   11/9 11/12 11/14
**LAW [2]**   4/2 40/7
**least [4]**   14/7 17/8 31/12
   31/23
**leave [3]**   23/18 33/24 34/5
**leaves [1]**   11/24
**left [2]**   8/12 8/23
**Less [1]**   33/14
**let [3]**   5/14 6/8 6/13
**let's [1]**   26/20
**letter [2]**   40/18 42/11
**liability [1]**   27/11
**light [2]**   20/21 20/24
**like [13]**   5/17 6/13 20/21
   22/18 23/7 23/12 27/9 27/12
   30/16 33/22 34/2 34/14 37/1
**limit [1]**   31/1
**line [3]**   40/17 40/19 41/8
**lines [5]**   9/18 13/19 13/20
   13/24 13/25
**live [3]**   10/7 10/9 10/12
**located [1]**   36/16
**location [14]**   13/8 16/20
   19/24 20/9 20/15 21/4 21/23
   21/24 22/8 22/8 36/24 37/2
   37/3 37/5
**log [1]**   25/16
**long [9]**   6/22 7/10 7/25 8/15
   16/15 18/22 21/2 22/25 35/10
**longer [1]**   7/4
**look [5]**   12/15 15/1 17/11
   25/12 36/24
**looking [1]**   15/8
**lost [4]**   23/7 23/12 23/21
   24/7
**lost-and-found [2]**   23/12
   23/21
**low [1]**   30/18

---

## M

**made [2]**   42/8 42/10
**major [1]**   13/23
**make [6]**   6/16 13/15 14/14
   17/5 20/17 31/11
**making [6]**   13/14 14/11 17/10
   19/18 20/13 22/18
**many [9]**   26/19 27/1 27/4
   30/10 30/14 31/25 33/11
   33/12 33/13
**March [1]**   8/4
**marked [2]**   2/8 25/13
**Market [2]**   3/5 4/7
**material [1]**   37/17
**may [2]**   40/14 40/15
**Maybe [1]**   35/11
**me [19]**   3/6 3/12 5/14 6/8
   6/13 6/17 7/21 17/2 21/22
   23/25 25/15 26/3 30/14 30/25
   31/7 31/8 33/23 39/5 39/8
**mean [2]**   20/24 27/8
**means [2]**   28/1 28/2
**mechanical [1]**   20/18
**mechanics [1]**   24/5
**meet [3]**   34/8 34/11 34/16
**meeting [10]**   33/8 34/13 35/7
   35/10 35/12 35/19 36/8 36/8
   36/10 36/13
**meetings [1]**   33/19
**MELISSA [6]**   1/20 3/7 39/2
   39/21 40/23 42/16
**mentioned [1]**   13/11
**might [3]**   13/11 27/11 34/13
**minute [1]**   36/8
**minutes [42]**
**Mirrors [1]**   20/23
**Mission [2]**   18/16 18/22
**money [1]**   24/3
**month [1]**   26/5
**months [3]**   7/12 8/2 9/9
**more [14]**   10/3 18/12 20/1
   22/1 24/23 24/25 29/13 30/21
   31/20 32/1 33/16 33/16 37/2
   40/15
**morning [2]**   12/23 13/7
**most [4]**   21/18 21/19 21/21
   22/1
**mostly [1]**   10/5
**Mr [4]**   2/4 5/1 40/6 40/11
**Mr. [1]**   5/7
**Mr. Chau [1]**   5/7
**MTA [1]**   10/13
**much [18]**   9/7 10/1 11/15
   11/17 11/21 15/6 18/2 23/13
   24/10 26/22 27/9 27/19 27/20
   27/24 27/24 28/18 28/22
   29/20
**Muni [2]**   8/12 9/4
**MUNICIPAL [1]**   1/8
**mutually [1]**   40/14
**my [19]**   5/7 6/14 6/16 6/18
   13/20 15/15 18/12 18/14
   26/21 27/3 33/22 34/2 35/17
   35/17 35/22 36/3 37/25 39/18
   41/5
**myself [2]**   15/14 20/22

## N

**name [5]**   5/3 5/7 32/19 32/23
   40/16
**named [1]**   39/14
**need [1]**   26/23

**N**

needs [2]  20/19 22/14
neighborhood [1]  10/10
never [3]  24/17 24/20 24/25
new [3]  37/7 37/10 37/14
next [4]  15/13 16/4 16/17
23/9
no [57]
NORTHERN [1]  1/2
not [18]  7/6 12/15 26/2 28/5
28/21 29/11 29/19 30/1 30/4
30/8 30/13 31/1 31/8 31/9
32/2 33/13 34/2 39/11
nothing [1]  39/6
Notice [1]  3/1
now [1]  40/12
number [2]  26/3 40/19

**O**

o'clock [1]  14/9
oath [1]  5/17
obviously [1]  27/13
occasion [6]  31/12 31/13 33/8
34/1 34/7 37/1
occasions [1]  33/11
occur [1]  35/19
Off [1]  38/3
office [7]  3/4 4/6 25/22
36/17 36/18 40/13 40/13
officer [2]  7/9 7/10
often [6]  19/18 21/8 24/14
26/1 26/2 37/6
oh [6]  15/20 26/21 27/10
28/7 28/8 29/20
okay [17]  5/15 5/16 5/18
5/22 5/23 6/5 6/10 6/11 6/15
6/18 6/19 7/8 12/10 15/20
16/24 28/3 30/16
once [4]  16/3 24/1 31/23
32/1
one [13]  6/12 10/2 12/23
31/12 33/3 34/2 34/4 36/19
36/19 36/24 37/2 37/3 37/5
ones [2]  18/14 18/15
only [7]  6/12 10/18 12/12
13/20 29/20 30/16 32/22
oOo [5]  1/3 2/13 3/18 4/16
38/4
op [1]  16/13
operating [1]  35/1
operator [14]  7/1 7/3 7/6
7/14 9/7 9/24 19/19 20/14
20/17 22/9 22/23 28/13 28/15
29/3
operators [4]  28/17 28/19
28/20 28/22
original [2]  40/12 40/24
other [18]  7/16 8/17 12/1
12/10 12/13 13/22 18/17 28/3
28/19 28/20 28/20 28/25 32/5
32/24 34/1 34/10 36/21 37/17
others [2]  1/5 18/20
our [3]  18/1 25/17 40/13
ourselves [1]  28/8
out [18]  12/25 13/3 13/7
13/13 14/2 14/20 16/18 19/8
29/18 31/18 35/8
outcome [1]  39/12
outfit [5]  15/16 15/17 15/18
16/9 37/19
over [8]  5/14 22/9 22/22
25/16 29/10 29/21 30/12 31/8

overtime [36]

**P**

p.m [8]  3/3 11/14 11/19 12/3
12/5 13/12 13/12 38/3
paddle [5]  15/19 15/22 16/3
37/20 37/23
page [4]  2/2 40/16 40/19
41/8
paid [8]  26/22 30/2 31/20
32/3 35/24 36/3 36/5 36/7
paperwork [3]  33/20 33/21
33/23
park [1]  24/3
particular [4]  26/16 26/18
27/18 30/20
parties [2]  39/13 39/15
passenger [2]  20/19 34/19
people [1]  28/6
percent [1]  22/2
percentage [3]  21/22 21/25
22/3
perform [1]  20/16
performance [1]  34/17
performed [1]  24/1
perimeter [1]  11/3
period [1]  12/2
person [1]  24/3
personally [1]  3/7
pick [4]  15/16 15/22 15/25
16/9
picked [1]  16/3
place [3]  24/5 36/19 39/9
Plaintiffs [2]  1/6 4/5
plan [1]  40/13
Plaza [2]  3/5 4/7
please [4]  5/2 5/5 40/13
40/18
point [12]  16/22 16/24 17/14
17/19 18/6 19/6 21/11 21/12
21/14 21/15 24/15 27/6
points [3]  18/8 18/13 18/17
police [1]  7/11
Polk [2]  1/24 40/2
portion [2]  36/5 37/13
Portola [2]  10/11
post [2]  24/4 37/13
post-inspection [1]  24/4
potential [1]  34/21
pre [1]  16/13
pre-op [1]  16/13
prepared [1]  15/14
PRESENT [1]  4/11
previously [1]  25/12
print [2]  41/2 41/3
problem [1]  20/18
Procedure [1]  40/20
provided [1]  35/7
PSR [2]  34/19 34/20
public [2]  12/16 12/19
pull [8]  13/7 13/13 13/17
14/20 16/18 20/15 22/8 25/10
pull-in [2]  13/17 25/10
pull-out [2]  13/17 14/20
pulled [6]  12/25 13/3 13/4
14/2 20/14 24/1
pulling [5]  19/23 21/3 21/3
24/15 24/15
pursuant [1]  3/1
put [10]  25/19 26/4 27/23
27/24 29/20 30/7 30/21 31/13
36/10 36/12
putting [12]  26/9 26/17 27/16

28/4 28/10 28/14 28/18 28/22
29/1 32/6 32/9 33/4

**Q**

Q2 [2]  7/20 7/22
question [7]  5/24 6/3 6/4 6/7
6/9 18/12 40/18
question-and-answer [1]  5/24
questions [4]  5/25 6/14 6/18
37/25
quick [2]  20/25 22/17
quickly [1]  19/2

**R**

Rain [2]  19/10 19/11
ran [1]  24/25
re [1]  40/9
read [3]  14/23 40/15 42/4
reading [4]  15/7 17/15 40/16
42/7
ready [1]  20/22
really [1]  28/9
reason [1]  12/13
reasons [1]  40/18
recall [3]  26/18 30/20 34/7
recognize [1]  25/13
record [2]  38/3 42/9
recruit [1]  7/9
recruiting [1]  7/10
reframe [1]  6/8
refuse [2]  29/5 29/22
regarding [1]  40/20
regardless [1]  26/20
regular [3]  9/10 9/24 10/1
related [2]  34/8 39/14
relationship [1]  17/6
relief [43]
relieved [1]  23/20
relieving [2]  19/19 22/9
remember [20]  8/22 13/19 26/1
26/8 27/18 29/7 29/9 30/22
30/23 30/24 30/25 32/1 32/2
32/24 33/12 33/18 34/10
34/12 35/10 35/12
REMEMBERED [1]  3/1
rep [1]  32/11
repeats [1]  9/20
report [7]  14/22 15/22 15/25
34/19 35/3 35/8 35/20
reported [2]  1/19 39/8
reporter [4]  5/20 6/12 39/1
39/3
Reporting [2]  1/23 40/1
represented [2]  4/3 4/8
request [1]  34/4
required [1]  22/17
requirement [1]  17/24
respective [1]  39/15
rest [2]  9/10 29/21
restroom [1]  15/14
review [3]  40/13 42/1 42/9
review/signature [1]  42/9
reviewed [1]  42/10
right [4]  5/25 6/24 9/4
25/22
rights [1]  40/20
Rolnick [4]  2/4 4/9 5/1 5/7
roughly [1]  11/2
route [1]  37/23
rules [2]  5/14 40/20
run [35]
runs [17]  9/18 10/4 12/23
12/24 13/12 13/13 13/16

## R

**runs... [10]**  13/19 21/6 21/6
 21/10 21/11 22/4 24/14 24/18
 30/19 36/4

## S

**said [8]**  11/22 14/20 15/20
 29/19 29/23 39/8 39/12 39/15
**same [4]**  17/16 21/15 21/24
 35/7
**SAN [12]**  1/8 1/9 1/24 3/5
 3/6 3/12 4/7 4/8 5/10 10/8
 10/9 40/2
**Sarita [3]**  32/20 32/21 32/23
**say [18]**  6/7 10/24 12/12
 16/7 16/20 17/18 18/5 20/24
 21/21 23/3 24/20 26/20 26/21
 27/1 27/21 27/23 29/20 31/3
**saying [3]**  27/10 28/19 31/4
**says [1]**  31/19
**schedule [11]**  9/12 9/13 9/16
 9/17 10/25 11/16 11/18 11/21
 15/20 25/17 37/23
**scheduled [3]**  25/19 35/13
 35/15
**schedules [1]**  10/2
**seats [1]**  20/23
**see [2]**  30/1 34/3
**send [1]**  40/18
**seniority [1]**  30/18
**service [2]**  7/16 34/19
**Services [2]**  1/23 40/1
**session [1]**  5/21
**set [4]**  3/13 20/23 39/10
 39/17
**Seventh [2]**  5/5 4/7
**SFMTA [1]**  40/9
**SFPD [1]**  7/9
**Shattuck [2]**  4/2 40/7
**SHEET [1]**  41/1
**shine [2]**  19/10 19/11
**Shorthand [1]**  39/2
**show [1]**  14/15
**sic [3]**  26/18 28/1 28/15
**sign [9]**  14/23 16/7 17/11
 17/15 33/20 33/23 34/5 40/16
 42/4
**signature [4]**  40/13 40/16
 40/20 42/9
**signed [1]**  42/10
**signing [2]**  15/7 42/7
**similarly [1]**  1/5
**Since [1]**  8/16
**sir [1]**  6/1
**situated [1]**  1/5
**situation [2]**  34/25 36/23
**six [1]**  9/9
**Sixth [2]**  18/19 18/25
**small [1]**  26/20
**so [37]**
**some [7]**  5/14 17/24 22/4
 27/6 27/11 35/6 37/9
**something [2]**  6/7 30/12
**sometime [1]**  35/5
**sometimes [3]**  9/2 13/6 18/5
**sort [1]**  36/19
**speak [1]**  5/21
**speaking [1]**  6/13
**special [1]**  20/20
**specific [1]**  30/3
**spell [1]**  5/5
**spend [1]**  23/13

**spent [1]**  15/6
**split [13]**  21/6 21/8 21/10
 21/11 21/22 22/4 35/17 35/21
 35/22 35/24 36/3 36/4 36/5
**spot [1]**  36/19
**start [15]**  6/14 8/16 11/5
 11/9 11/12 11/14 11/19 11/22
 12/1 13/14 14/4 15/21 18/1
 18/2 27/10
**started [16]**  10/20 12/11
 12/22 12/23 13/2 13/6 13/10
 13/11 14/8 14/11 14/19 16/19
 21/23 21/23 22/5 32/19
**starting [3]**  9/18 10/21 10/25
**state [1]**  5/2
**stated [1]**  39/9
**STATES [1]**  1/1
**station [1]**  24/2
**statutory [1]**  42/4
**still [1]**  7/5
**stipulation [1]**  42/8
**STITT [3]**  1/4 5/9 40/9
**stop [3]**  19/7 20/20 24/2
**stopped [2]**  27/5 27/6
**store [1]**  19/14
**stories [1]**  28/5
**story [1]**  28/5
**Street [5]**  1/24 3/5 4/7
 18/16 40/2
**stuff [1]**  23/12
**submitted [1]**  42/11
**substance [1]**  40/17
**such [1]**  42/7
**Suite [4]**  1/24 4/3 40/2 40/7
**superintendent [9]**  32/14
 32/17 32/24 33/9 34/4 34/11
 34/14 34/17 35/6
**supposed [2]**  11/19 18/3
**sure [5]**  6/16 20/17 31/11
**sworn [2]**  3/12 39/5
**system [1]**  31/2

## T

**take [16]**  5/20 6/12 12/19
 16/15 17/14 18/22 21/2 22/25
 24/10 29/15 29/19 29/22
 29/23 29/25 30/10 33/24
**taken [1]**  5/12
**Taking [1]**  3/2
**talk [5]**  20/17 32/11 32/14
 33/3 35/5
**talking [1]**  22/18
**tasks [4]**  15/7 20/15 23/25
 24/10
**tell [7]**  22/13 25/15 27/15
 27/19 28/6 30/3 30/11
**telling [4]**  31/3 31/5 31/7
 31/8
**testify [1]**  39/5
**testifying [1]**  5/18
**testimony [4]**  31/12 40/16
 41/2 41/2
**than [15]**  10/3 12/10 13/22
 20/1 22/2 24/23 24/25 28/20
 29/13 30/21 31/21 32/1 33/14
 33/16 37/2
**Thank [2]**  38/1 40/21
**that [101]**
**That's [2]**  10/18 15/5
**their [2]**  31/2 39/15
**them [19]**  5/25 6/14 14/1
 21/14 22/13 24/5 24/5 26/1
 26/19 27/5 27/21 27/23 29/4

 29/4 29/5 29/18 31/19 33/3
 33/20
**themselves [1]**  1/5
**then [21]**  8/10 11/9 16/12
 17/18 18/11 20/13 22/12
 22/16 24/2 24/3 24/12 27/4
 27/11 27/13 27/14 28/6 29/10
 29/23 30/1 32/25 35/5
**there [22]**
**there's [4]**  13/20 18/10 20/18
 23/12 30/3 37/1
**thereafter [1]**  39/9
**therein [1]**  39/9
**thereof [1]**  3/3
**thereupon [1]**  3/13
**these [3]**  10/2 21/2 22/4
**they [38]**
**they're [3]**  19/20 27/10 36/17
**thing [1]**  15/10
**think [8]**  7/20 7/22 9/9 10/3
 11/20 17/2 31/19 32/22
**this [15]**  22/25 22/25 23/11
 26/22 26/23 27/2 28/7 28/9
 29/20 30/13 31/18 32/12
 39/18 40/13 40/20
**those [18]**  12/23 12/24 13/12
 13/16 13/23 13/25 15/7 18/15
 21/10 24/10 25/21 25/23
 29/10 30/18 31/1 33/19 37/25
 40/18
**though [1]**  18/12
**three [3]**  10/3 33/16 33/16
**throughout [1]**  10/12
**TIDRICK [2]**  4/2 40/7
**time [63]**
**times [10]**  9/19 26/4 27/1
 27/4 27/4 30/10 30/14 31/25
 33/12 33/13
**tires [1]**  20/22
**today [2]**  5/9 5/21
**told [3]**  17/2 18/2 30/25
**TONY [1]**  1/4
**too [10]**  26/20 27/2 27/9
 27/19 27/20 27/24 27/24
 28/18 28/22 37/1
**took [1]**  5/17
**traffic [1]**  27/12
**training [2]**  8/1 8/5
**transcribed [1]**  39/10
**transcript [8]**  40/12 40/14
 40/16 40/17 41/6 42/1 42/10
 42/12
**transfers [4]**  20/23 23/11
 24/6 24/6
**transit [6]**  7/1 7/3 7/6 7/13
 9/6 9/24
**transition [1]**  23/1
**transportation [3]**  1/9 12/16
 12/19
**tried [2]**  17/18 30/3
**truly [1]**  40/22
**truth [3]**  39/6 39/6 39/6
**try [2]**  6/8 6/13
**trying [1]**  6/17
**turn [7]**  23/7 23/11 24/7
 25/16 26/24 27/9 27/14
**turning [3]**  26/22 27/5 27/7
**two [2]**  10/3 11/23

## U

**understand [5]**  6/3 6/9 27/23
 28/8 31/11
**understanding [1]**  25/18

**U**

**understood [1]**  6/5
**union [1]**  32/11
**UNITED [1]**  1/1
**until [1]**  7/13
**up [14]**  7/13 14/15 15/15
15/16 15/22 16/1 16/3 16/9
19/23 20/23 22/8 24/15 37/10
37/17
**updates [7]**  15/1 15/2 15/3
15/3 15/8 17/12 17/16
**us [4]**  6/13 28/2 28/6 40/18
**use [4]**  11/16 15/14 25/23
37/13
**using [1]**  26/1

**V**

**varied [1]**  12/4
**vehicle [4]**  22/22 24/1 25/16
35/1
**versus [2]**  5/9 10/2
**very [3]**  21/15 26/2 40/22
**visual [1]**  22/21

**W**

**WAGNER [2]**  1/23 40/1
**wait [2]**  19/7 19/8
**waive [1]**  42/9
**walk [10]**  16/9 17/14 18/5
18/8 18/11 18/13 18/17 18/22
19/3 36/24
**walked [1]**  37/10
**walls [1]**  36/20
**want [1]**  31/11
**wants [3]**  24/5 24/8 24/8
**warning [1]**  34/23
**was [52]**
**wasting [2]**  26/21 27/3
**water [1]**  15/15
**way [8]**  10/18 12/12 28/3
28/25 30/3 32/5 37/9 40/19
**we [13]**  5/21 17/22 18/1
25/12 25/16 25/16 26/24 27/4
28/7 28/8 28/8 29/10 40/14
**We're [1]**  5/8
**welcome [1]**  38/2
**Well [1]**  28/5
**were [64]**
**what [37]**
**what's [2]**  11/12 22/13
**whatever [4]**  10/24 31/1 31/9
32/3
**when [30]**
**where [22]**
**WHEREOF [1]**  39/17
**whether [9]**  11/17 12/15 24/14
25/10 28/21 30/1 30/7 32/2
35/12
**which [10]**  16/6 16/7 16/8
18/15 28/3 28/25 32/5 33/18
34/3 42/4
**while [1]**  19/5
**who [9]**  3/12 26/12 26/16
28/13 28/16 28/17 28/22 29/7
32/17
**whole [1]**  39/6
**why [4]**  10/17 10/19 12/13
17/21
**wife [1]**  33/22
**will [9]**  8/5 16/8 24/3 26/19
26/21 27/9 29/11 29/25 42/8
**wish [3]**  40/17 41/2 41/3
**within [4]**  36/21 37/3 39/7

42/4
**within-entitled [1]**  39/7
**witness [7]**  3/11 39/4 39/17
42/3 42/7 42/8 42/10
**won't [1]**  29/23
**words [4]**  5/21 27/2 41/2
41/3
**work [16]**  6/20 7/1 8/7 8/15
8/17 10/15 10/17 10/18 10/21
12/12 12/17 12/20 25/16
29/10 35/16 35/17
**workday [1]**  35/13
**worked [9]**  6/22 8/14 10/13
13/25 14/1 25/18 29/13 30/21
31/20
**working [6]**  7/13 8/13 8/25
25/24 32/18 33/7
**would [75]**
**wouldn't [1]**  29/15
**wrong [1]**  22/13

**Y**

**yard [2]**  16/10 24/1
**yeah [8]**  7/22 27/14 28/8
30/9 33/15 35/9 36/22 37/5
**year [2]**  11/20 11/24
**years [8]**  6/23 9/3 9/5 9/6
9/23 11/18 11/23 25/24
**yes [81]**
**YGR [1]**  1/7
**you [294]**
**you're [9]**  6/17 26/21 27/3
27/13 30/11 30/13 30/14
31/19 38/2
**you've [1]**  31/20
**YOUNG [2]**  4/4 40/6
**your [47]**
**yours [1]**  40/22
**youth [1]**  8/11

## Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

 4   DARRYL A. STITT, TONY GRANDBERRY,)
     and HEDY GRIFFIN, on behalf of  )
 5   themselves and all others       )
     similarly situated,             )
 6                                    )
             Plaintiffs,             )
 7                                    )
     vs.                             )  No. C-12-03704-YGR
 8                                    )
     THE SAN FRANCISCO MUNICIPAL     )
 9   TRANSPORTATION AGENCY; CITY AND )
     COUNTY OF SAN FRANCISCO; and    )
10   DOES 1-20,                      )
                                     )
11           Defendants.             )
                                     )
12   _____)

13

14

15                 DEPOSITION OF

16               KENNETH CHRISTIAN

17           Tuesday, December 22, 2015

18

19

20

21   REPORTED BY:  TINA MARIE VELASQUEZ, CSR No. 10072

22

23           BONNIE L. WAGNER & ASSOCIATES
                COURT REPORTING SERVICES
24              1819 POLK STREET, #446
             SAN FRANCISCO, CALIFORNIA  94109
25                 (415) 982-4849
```

## Page 2

```
 1                  I N D E X

 2

 3   DEPOSITION OF:  KENNETH CHRISTIAN

 4   Tuesday, December 22, 2015

 5                                          PAGE

 6   EXAMINATION BY:

 7     Mr. Rolnick                          4

 8

 9              E X H I B I T S

10                                          PAGE

11   DEFENDANTS'

12   4   Transit Operator Vehicle Log; 1 pg.    45

13              ---o0o---

14

15

16

17

18

19

20

21

22

23

24

25
```

## Page 3

```
 1          BE IT REMEMBERED that pursuant to Notice of

 2   Taking Deposition, and on Tuesday, December 22, 2015,

 3   commencing at the hour of 9:39 a.m., thereof, at the

 4   OFFICE OF THE CITY ATTORNEY, 1390 Market Street, 7th

 5   Floor, San Francisco, California, before me, Tina Marie

 6   Velasquez, a Certified Shorthand Reporter in and for the

 7   State of California, personally appeared

 8                 KENNETH CHRISTIAN,

 9   called as a witness by the Defendants, who, being duly

10   sworn, was thereupon examined and testified as is

11   hereinafter set forth.

12             A P P E A R A N C E S

13   For the Plaintiff:

14       THE TIDRICK LAW FIRM

15       BY:  JOEL B. YOUNG, Attorney at Law

16       2039 Shattuck Avenue, Suite 308

17       Berkeley, California 94704

18   For the Defendants:

19       OFFICE OF THE CITY ATTORNEY

20       CITY AND COUNTY OF SAN FRANCISCO

21       BY:  JONATHAN C. ROLNICK, Attorney at Law

22       1390 Market Street, 5th floor

23       San Francisco, California 94102

24   ALSO PRESENT:  JOHN DUDLEY

25                  GREGORY IVORY
```

## Page 4

```
 1                 KENNETH CHRISTIAN,

 2   having been duly sworn, testified as follows:

 3           EXAMINATION BY MR. ROLNICK

 4       MR. ROLNICK:  Q.  Can you please state your name.

 5       A.  My name is Kenneth Christian.

 6       Q.  Mr. Christian, my name is John Rolnick.  I'm a

 7   deputy city attorney.  We're here to have your deposition

 8   taken today in a lawsuit in which you are participating.

 9   The lawsuit is called Stitt v. City and County of San

10   Francisco.

11       Have you ever had your deposition taken before?

12       A.  No.

13       Q.  Let me just quickly go over some basic ground

14   rules, okay?  You're under oath, just as if you took an

15   oath in a court of law, to tell the truth, okay?

16       A.  Mm-hmm.

17       Q.  And it's important -- this is a question-and-answer

18   format in which I get to ask the questions and you get to

19   answer them, okay?

20       A.  Okay.

21       Q.  And one of the things that's really important is,

22   we need to respond to each other audibly — "yes," "no,"

23   or whatever response a question calls for, okay?

24       A.  Okay.

25       Q.  Because the court reporter -- I know when you go up
```

**Page 5**

1  and down with your head like that, nodding, that you mean
2  "yes"; when you go side to side, you mean "no," but
3  that's not going to show up on the written pages that the
4  court reporter is going to prepare after the deposition
5  for your review, okay?
6      **A.**  Okay.
7      **Q.**  As I said, I get to ask the questions; you get to
8  answer them.  However, there certainly are going to
9  probably be some occasions where I ask a question that
10  you don't understand; that may be for very good reasons.
11  It could be a lousy question.  If I do that and you don't
12  understand my question, please let me know, and I'll try
13  to reframe it so you understand what I'm talking about,
14  all right?
15      **A.**  Okay.
16      **Q.**  I'm going to assume if I ask a question and you
17  answer it, that you understood it, all right?
18      **A.**  Correct.
19      **Q.**  Probably going to go a couple of hours, max here.
20  Probably take a break about an hour in, but if you need
21  to get up and stretch your legs, please let me know,
22  okay?
23      **A.**  Okay.
24      **Q.**  Is there any reason — you're on some sort of
25  medication or suffering some sort of emotional condition

**Page 6**

1  — that prevents you from providing me with accurate and
2  truthful testimony today?
3      **A.**  No.
4      **Q.**  All right.  You currently work for the San
5  Francisco Municipal Transportation Agency; is that
6  correct?
7      **A.**  Yes.
8      **Q.**  And what's your job title?
9      **A.**  9163 Transit Operator.
10      **Q.**  And how long have you worked -- and I'm just going
11  to refer to it either as "Muni" or the "City," all right?
12      **A.**  Okay.
13      **Q.**  How long have you worked for the City?
14      **A.**  13 years.
15      **Q.**  So you started somewhere 2002, 2003 --
16      **A.**  Correct.
17      **Q.**  -- is that right?
18          And is this your only job you've held with the
19  City?
20      **A.**  Yes.
21      **Q.**  Have you worked as a transit operator anywhere
22  else?
23      **A.**  No.
24      **Q.**  And what did you do before you worked as a transit
25  operator?

**Page 7**

1      **A.**  I was in retail sales.
2      **Q.**  And what division do you work at currently?
3      **A.**  Woods.
4      **Q.**  And how long have you been at Woods?
5      **A.**  13 years.
6      **Q.**  So that's the only division you've worked at --
7      **A.**  Yes.
8      **Q.**  -- in the agency?
9          Okay.  And at Woods, they operate diesel buses; is
10  that correct?
11      **A.**  Correct.
12      **Q.**  And who is the current superintendent at Woods?
13      **A.**  Deborah Franks.
14      **Q.**  And how long has she been the superintendent, to
15  your knowledge?
16      **A.**  She just started.  I'm not sure.
17      **Q.**  A few months?
18      **A.**  Few months.
19      **Q.**  And who was the superintendent before her?
20      **A.**  Neil Wingray [sic].  I'm not sure how you say his
21  last name.
22      **Q.**  Weingarten?
23      **A.**  Yes.
24      **Q.**  And how long was he the superintendent?
25      **A.**  I don't know.

**Page 8**

1      **Q.**  Number of years?
2      **A.**  I don't know.  I'm not really sure.  I don't know.
3      **Q.**  And do you recall who the superintendent was before
4  Mr. Weingarten?
5      **A.**  No, I can't remember.
6      **Q.**  When you started at Muni or the MTA, did you
7  receive any training?
8      **A.**  Would you clarify?
9      **Q.**  Were you trained with respect to the agency's
10  policies and practices?
11      **MR. YOUNG:**  Objection; vague.  You can answer the
12  question to the extent that you understand it.
13      **THE WITNESS:**  Well, like I said, they gave me
14  training on how to do my class B license and the basic
15  rules of the road and regulations of that and how to
16  drive, operate the bus and... I'm not positive on what
17  else you want me to explain.
18      **MR. ROLNICK:  Q.**  Did you receive any training
19  about what to do if you wanted to get paid for hours that
20  you worked that exceeded your regular schedule?
21      **A.**  No.
22      **Q.**  You didn't receive any training about how to submit
23  a request for overtime?
24      **A.**  No.
25      **Q.**  Did you receive any training about your

**Page 9**

1 responsibilities, as far as when you should arrive at
2 work?
3     **A.** Could you clarify?
4     **Q.** Yeah. Did you receive any training about how it
5 was important to arrive at work before your run started?
6     **A.** Oh, yes.
7     **Q.** Can you describe how they trained you, what they
8 told you about that?
9     **A.** No. Just to be to your job on time, you know, be
10 at your position of your employment on time.
11     **Q.** Did they tell you why that was important?
12     **A.** No.
13     **Q.** Did you ask?
14     **A.** No.
15     **Q.** When you did this training, was this a training
16 with a group or individually?
17     **A.** Group.
18     **Q.** So there were a number of other new transit
19 operators who went through the training with you?
20     **A.** Yes.
21     **Q.** And one of the things you mentioned is, you had
22 some training about how to get your class B license?
23     **A.** Well, in the basic of DMV standards, they trained
24 us how to operate and give us the basics on the mechanics
25 of the bus to pass the class B test for DMV.

**Page 10**

1     **Q.** So you were hired before you had that license?
2     **A.** Yes.
3     **Q.** And then they gave you certain training about
4 operating a bus --
5     **A.** Mm-hmm. Yes.
6     **Q.** -- that would assist you when you then went to the
7 DMV to get license to carry passengers on that bus?
8     **A.** Correct.
9     **Q.** What's your current run?
10     **A.** Current run?
11     **Q.** Yeah.
12     **A.** 263.
13     **Q.** And what time does that run start? What's your
14 report time for that run?
15     **A.** Report time for that run... I'm not sure. I report
16 to work -- I start my run at three -- what is it... 3:15.
17     **Q.** In the afternoon?
18     **A.** Yes.
19     **Q.** And when you say you start your run, is that when
20 you're supposed to pull out?
21     **A.** No, no. I make a relief. I go to the division
22 early.
23     **Q.** Where do you make the relief?
24     **A.** Stonestown.
25     **Q.** Is this a one-piece run or a two-piece run?

**Page 11**

1     **A.** This particular one is one-piece.
2     **Q.** And so it starts at the relief point at Stonestown?
3     **A.** Correct.
4     **Q.** And where does it end?
5     **A.** Back at the division.
6     **Q.** And approximately what time does it end?
7     **A.** 11:44.
8     **Q.** P.m.?
9     **A.** P.m.
10     **Q.** And what are your days off?
11     **A.** Saturday, Sunday.
12     **Q.** And do you remember what the run you had before Run
13 263?
14     **A.** No, I don't.
15     **Q.** With respect to 263, what line is that?
16     **A.** That is the 57 line.
17     **Q.** And what are the ends of that -- the two ends of
18 that particular line? Where does it run to and from?
19     **A.** It goes from West Portal to Sloat and 36th.
20     **Q.** Your previous run, do you remember what line that
21 was on?
22     **A.** No, I don't. I don't recall.
23     **Q.** Can you identify for me any of the runs that you've
24 had in the past five years other than Run 263?
25     **A.** I've done the 18.

**Page 12**

1     **Q.** The 18 line?
2     **A.** Mm-hmm.
3     **Q.** Have you had a number of different runs along the
4 18 line?
5     **A.** Meaning -- could you clarify?
6     **Q.** Along the 18 line, but starts and ends at different
7 times.
8     **A.** They've all been twilight shifts.
9     **Q.** And your current run you would also call a twilight
10 shift?
11     **A.** Correct.
12     **Q.** Have you always worked a twilight shift?
13     **A.** Majority of my years, yes.
14     **Q.** Is there a particular reason why you've worked the
15 twilight shifts?
16     **A.** Well, yes.
17     **Q.** Okay. Describe for me what that is.
18     **A.** The timing.
19     **Q.** Okay. Is it a preference, your preference, or is
20 it some other -- when you get a run, you bid on the run,
21 right?
22     **A.** Correct.
23     **Q.** Based on seniority?
24     **A.** Correct.
25     **Q.** And when you bid on a run, they post at the

1  division what they call a range report; is that right?
2     **A.**  Yes.
3     **Q.**  It shows the different runs that are available?
4     **A.**  Yes.
5     **Q.**  And it shows their start and end times?
6     **A.**  Correct.
7     **Q.**  And there's a column there that shows how much the
8  run -- sort of the general amount of pay for the run?
9     **A.**  Correct.
10    **Q.**  And it gives you some idea about where the run
11 begins and ends?
12    **A.**  Correct.
13    **Q.**  And I'm not trying to confuse you, but obviously
14 when you step up to that range report, there are people
15 with more seniority than you, who have already picked
16 their runs, right?
17    **A.**  Correct.
18    **Q.**  So when you get up there -- I guess I'm just trying
19 to understand.  Is the twilight something that's your
20 preference, or is it because those are the only things
21 that are left, or what the criteria are that lead you
22 to --
23    **A.**  I take the most available run in the particular
24 area that pays the most money.
25    **Q.**  So your criteria are compensation?

13

1     **A.**  Correct.
2     **Q.**  The time of the run?
3     **A.**  Yes.
4     **Q.**  Any other criteria that you're looking at?
5     **A.**  Well, I look at -- I must get there early, so I
6  look at that timing to make sure I give enough time to
7  get to work.  The twilight works better for me, as far as
8  traffic concern getting to work.
9     **Q.**  Where do you live?
10    **A.**  Right now I'm in San Francisco, but I was in San
11 Leandro, but then traffic has always been an issue trying
12 to get to work, so I try to take twilights to ease my
13 congestion.
14    **Q.**  Because you're traveling to work at an off-peak
15 time?
16    **A.**  Right.  Correct.
17    **Q.**  How long have you lived in San Francisco?
18    **A.**  I've been there about three years.
19    **Q.**  And how long were you living in San Leandro?
20    **A.**  About eight.
21    **Q.**  And where do you live in San Francisco currently?
22    **A.**  Currently, I'm on Bayshore.  5 Lois Lane.
23    **Q.**  And how do you get to work?
24    **A.**  By car.
25    **Q.**  That's your personal vehicle?

14

1     **A.**  Yes.
2     **Q.**  And when you lived in San Leandro, how did you get
3  to work?
4     **A.**  By car.
5     **Q.**  Are there any other reasons that you can think of
6  as to why you like to choose the twilight runs other than
7  what you told me?  You gave me the amount of money that
8  the particular run paid; the convenience for you, as far
9  as getting to work.  Any other things that have led you
10 to pick out these twilight runs?
11    **A.**  No.
12    **Q.**  Have you had any runs that started and ended at the
13 division; in other words, a pull-out and a pull-in run?
14    **A.**  No, I haven't done that.  No, I haven't.
15    **Q.**  So all of your runs have started at one location
16 and ended at a different location?
17    **A.**  To my recollection, yes.
18       (Mr. Dudley is not present.)
19    **MR. ROLNICK:**  **Q.**  And all of those runs -- have
20 your runs ever started at the division and ended at a
21 relief?
22    **A.**  Yes.
23    **Q.**  And have any of your -- obviously, your current run
24 starts at a relief and ends at the division?
25    **A.**  Correct.

15

1     **Q.**  And you've had some other runs that also start at a
2  relief and end at the division?
3     **A.**  Yes.
4     **Q.**  But you've never had a run, say, since 2009 that
5  started at a division and ended at a division?
6     **A.**  Since 2009?  No.
7     **Q.**  Have you had any runs that started at a relief and
8  ended at the same relief?
9     **A.**  No.
10    **Q.**  Have you had any runs that were -- I think the term
11 is "two-piece runs"?
12    **A.**  No.
13    **Q.**  And when I use the term "two-piece," I'm talking
14 about a run where the operator -- the run starts and
15 you're operating on one line, there's a break, and then
16 you finish the run by operating on a different line.  Is
17 that your understanding of a two-piece run?
18    **A.**  Oh, that's a two-piece, yeah.
19    **Q.**  Is that your understanding --
20    **A.**  Yes.
21    **Q.**  -- of what it is?
22       And you haven't had any of those in the last five,
23 six years?
24    **A.**  No.
25    **Q.**  Have you ever been disciplined for not arriving at

16

## Page 17

1    the start point for your run on time?

2        **A.**   No.

3        **Q.**   Are you aware of operators who have been

4    disciplined for that?

5            **MR. YOUNG:**   Objection; calls for speculation.

6            **THE WITNESS:**   I'm not aware.

7            **MR. ROLNICK:   Q.**   Now, you say you drive your

8    personal vehicle.  How far is it approximately from your

9    home at Bayshore to Woods?

10       **A.**   20 minutes.

11       **Q.**   Are you aware of any Muni policy that requires

12   operators to drive their personal vehicles to work?

13       **A.**   No.

14       **Q.**   Are you aware of any other operators who take

15   public transportation to work?

16       **A.**   I'm not aware.

17       **Q.**   So you don't know any of your friends who work who

18   take public transit to work?

19       **A.**   No.

20       **Q.**   You aware of any operators who walk to work?

21       **A.**   No.

22       **Q.**   And when you drive your vehicle, where do you park?

23       **A.**   Anywhere around the division that's open.

24       **Q.**   Is that restricted parking around the division?

25       **A.**   No.

## Page 18

1        **Q.**   So you can park there all day, as long as you want?

2        **A.**   Well, there is restrictions by the railroad

3    station, but right in the immediate division, around that

4    block, no.

5        **Q.**   So there's no four-hour parking or six-hour

6    parking; it's just you find a space and it's yours?

7        **A.**   Right, around the circumference of the job; but a

8    block away from it, there is restricted parking.

9        **Q.**   In the time you've been at Muni, have you always

10   started your workday by driving to the division?

11       **A.**   Yes.

12       **Q.**   So even if your run started at a relief point, you

13   would drive your vehicle to the division?

14       **A.**   Yes.

15       **Q.**   And then from the division, how would you get to

16   the relief point?

17       **A.**   By public transit.

18       **Q.**   So you'd take whatever Muni line would get you

19   there?

20       **A.**   Yes.

21       **Q.**   And that's the case throughout this period of time,

22   correct?

23       **A.**   Yes.

24       **Q.**   How long does it take currently on public transit

25   to get from Woods to your current start location at

## Page 19

1    Stonestown?

2        **A.**   One hour.

3        **Q.**   So what time do you arrive at Woods?

4        **A.**   12:30.

5        **Q.**   And, again, your run doesn't start until 3:15,

6    right?

7        **A.**   Correct.  But I arrive at the division early to

8    read the bulletin and see if any bulletins that are new

9    that has to be read, and then I have to -- and do that

10   before I get there, arrive early.

11       **Q.**   Is there anything else you do besides read

12   bulletins once you arrive at the division at the start of

13   your day?

14       **A.**   Well, I park my car, once I find a place to park,

15   then I go into the division.  I check the bulletins to

16   see if there's any changes on the bulletins.  And then,

17   normally, I just use the restroom and start -- go outside

18   and wait for public transit to get me to my relief point.

19       **Q.**   And on a day-to-day basis, how much time do you

20   spend checking and reading bulletins?

21       **A.**   Ten minutes.

22       **Q.**   And where do you go to check the bulletins?

23       **A.**   All over.  Sometimes on the windows; sometimes

24   they're on the easel.  So they're posted all over the

25   place.

## Page 20

1        **Q.**   Are they in more than one location?

2        **A.**   Yes.

3        **Q.**   Can you just tell me just generally the locations

4    that bulletins --

5        **A.**   The dispatcher window sometimes.

6        **Q.**   Anywhere else?

7        **A.**   Like I say, they have an easel; sometimes it's

8    there.

9        **Q.**   They'll set an easel up right in front of the

10   dispatcher?

11       **A.**   Yeah, right there in the gillie room.  Sometimes

12   it's back by the union office.

13       **Q.**   So sometimes the easel is in front of the

14   dispatcher?

15       **A.**   It's in the gillie room when you walk in the front

16   door; sometimes it's there.

17       **Q.**   And I understand that.  So is that an alternative

18   location?

19       **A.**   I don't know.  No, I don't know.

20       **Q.**   How far is the gillie room from the dispatcher's

21   window?

22           **MR. YOUNG:**   Objection; calls for speculation.

23           **THE WITNESS:**   Like I say, when you walk in the

24   front door, there's an easel, then there's the

25   dispatcher's window.

**Page 21**

MR. ROLNICK: Q. The gillie room is how far from there?

A. A hundred -- 50 feet.

Q. 150 feet --

A. No. Say 50 feet.

Q. So sometimes the easel is right there when you walk in the door?

A. Right. Correct.

Q. And the dispatcher's office is pretty close to the front door where you enter?

A. Correct.

Q. Or the door that you enter?

A. Correct.

Q. Is it the front door, or is it --

A. Front door.

Q. And then the gillie room is just down the hall?

A. Yeah.

Q. About 100 feet -- or 50 feet, you say?

A. 50 feet, then the union office is 100 feet to the other side.

Q. So you see bulletins that are on the dispatcher's window?

A. Correct.

Q. Sometimes they're on an easel that's parked right in front of the dispatcher's window?

**Page 22**

A. Correct.

Q. There are also bulletins at the union office?

A. Union office window.

Q. Union office window.

A. Correct.

Q. Any other locations that you read -- that you check for bulletins?

A. No.

Q. And with respect to the union bulletins, do those concern union matters?

MR. YOUNG: Objection; vague.

THE WITNESS: No idea.

MR. ROLNICK: Q. No idea?

A. No idea.

Q. Have you given any thought or analysis to, "I know these bulletins I'll find at the dispatcher's; these I'll find at the union"?

A. No.

MR. YOUNG: Objection; vague.

MR. ROLNICK: Q. Other than what you already told me, there's nothing else you do before you catch public transit to go to your start point at Stonestown?

A. No.

Q. And what time do you generally arrive at Stonestown?

**Page 23**

A. Well, I go to West Portal now. It's not Stonestown. But I normally arrive there at... I'll say 2:00.

Q. I thought your current run starts at Stonestown?

A. No, no. That was the run before. My current run starts at West Portal on the 57.

Q. Oh, okay. I thought you had told me that your current run --

A. My current run is 263 on the 57.

Q. Starts around 3:15?

A. Correct.

Q. And pulls into the division around 11:44?

A. Correct. The run before was the 18 line that started at Stonestown.

Q. Okay. And with respect to the Line 18, you've had runs along that line numerous times over the past five or six years?

A. Correct. Yes.

Q. And each of those runs started at the relief at Stonestown?

A. Correct.

Q. And did each of them end at the division?

A. Correct.

Q. And then other than the 57 and 18 line, are there any other lines that you've worked on with some

**Page 24**

regularity in the past five or six years?

A. No.

Q. So I thought you testified earlier that it takes you about an hour from Woods to get to Stonestown?

A. No, no. It's the West Portal.

Q. Okay. I just want to make sure.

A. Takes an hour and 20 minutes to get to Stonestown.

Q. So it takes a little longer to get to Stonestown?

A. Yes.

Q. So you say you get to West Portal around 2:00?

A. Correct.

Q. What do you do between 2:00 and 3:15?

A. Have lunch.

Q. Anything else?

A. Read the paper.

Q. Anything else that you do?

A. That's it.

Q. And is there a Muni facility at West Portal that you can use to have lunch and read the paper?

A. No.

Q. So you just go to a local restaurant?

A. Correct.

Q. If it's a nice day, you go sit in the park, or something like that?

A. Yes. I always make sure I'm there early, make sure

**Page 25**

```
1   -- you never know, so I'm there early.
2      Q.  You finish your lunch, reading the paper, you go
3   and make your relief, correct?
4      A.  Yes.
5      Q.  At 3:15?
6      A.  No, no.  I'm there before.  I'm early.
7      Q.  What time do you get there to make -- and is that
8   the right term: "make the relief"?
9      A.  Yes.  I'm always there 20 minutes ahead of time.
10  So my lunch starts at 3:15.  I'm there five minutes to
11  3:00.
12     Q.  And why are you there that early?
13     A.  That's required by the handbook, rule book, that
14  you be at your relief point early.
15     Q.  Does it say you need to be there 20 minutes early?
16     A.  No.
17     Q.  Does it say how early you need to be to make your
18  relief?
19     A.  I'm not sure.  I just know I have to be there early
20  so I don't -- I didn't look at a specific time to be
21  there.  I just make sure I'm there at least 15 minutes
22  early, 20 minutes early.
23     Q.  And is there a place at the relief that you wait,
24  that's available for you to wait for the...
25     A.  For the coach?
```

**Page 26**

```
1      Q.  Yeah.
2      A.  Yes.
3      Q.  Can you describe what that looks like?
4      A.  It's just a bench.  There's a bench.
5      Q.  I know that around the city, Muni has some sort of
6   little shack set up at places where an operator can take
7   a break as well in their run.  Is that sort of
8   arrangement available at the West Portal relief?
9      A.  West Portal is a transit station.  So there's
10  what's called a "transit hub" for the light-rail comes
11  through and buses.  So there are benches around where you
12  can sit.
13     Q.  And there's a bench nearby where the actual relief
14  point is?
15     A.  Yes, it is.
16     Q.  And so you can be there and waiting as much as 20
17  minutes before the coach is supposed to pull in?
18     A.  Yes.
19     Q.  Other than the rule book, are you aware of any
20  policies regarding when you need to be at your relief
21  point to make your relief?
22     A.  I'm not understanding.
23     Q.  You say in the rule book, it says to be early to
24  make your relief?
25     A.  Yes.
```

**Page 27**

```
1      Q.  So the question is, other than the rule book, are
2   you aware of any other policies that instruct transit
3   operators to be at the start point for their run early?
4         MR. YOUNG:  Objection; vague.  You can answer the
5   question, if you understand it.
6         THE WITNESS:  Just that you're supposed to be there
7   on time to make your relief because somebody depends on
8   you to be there.
9         MR. ROLNICK:  Q.  But are you aware of anything
10  else in writing?
11     A.  Not to my knowledge, no.
12     Q.  Has anyone ever told that to you?
13     A.  No.
14     Q.  So to the extent that you believe you need to be
15  there early, it's because of what's in the rule book?
16     A.  Correct.
17     Q.  And only what's in the rule book?
18     A.  Correct.
19     Q.  And do you do anything else in that 20 minutes
20  other than wait for the coach to arrive?
21     A.  No.
22     Q.  Does the coach ever arrive early?
23     A.  No.
24     Q.  Never a minute or two early?
25     A.  No.
```

**Page 28**

```
1      Q.  Does the coach arrive on time?
2      A.  No.
3      Q.  It's never on time?
4      A.  No.
5      Q.  What time does the coach usually arrive?
6      A.  Five minutes late.
7      Q.  Is it ever more than five minutes late?
8      A.  No.
9      Q.  Is it ever late but late less than five minutes?
10     A.  No.
11     Q.  So it's never two or four minutes late?
12     A.  No.
13     Q.  It's always five minutes?
14     A.  Yeah.
15     Q.  And who's the operator that you relieve?
16     A.  Don't know.
17     Q.  You don't know the person's name?
18     A.  No.
19     Q.  Man?  Woman?
20     A.  Woman.
21     Q.  The coach pulls in.  Is this a relief point
22  actually on the street, or is it a pull-out of the
23  traffic?
24        MR. YOUNG:  Objection; vague.
25        (Mr. Dudley is present.)
```

**Page 29**

```
 1        THE WITNESS:  Clarification of that.  At West
 2   Portal, there's a cul-de-sac there.  So the coach pulls
 3   in, it's out of the traffic, but there's a cul-de-sac
 4   where you can pull in.
 5        MR. ROLNICK:  Q.  So the coach pulls out of the
 6   traffic, though?
 7     A.  Yes.
 8     Q.  It pulls out of the traffic.  It sounds like it's
 9   there about -- it's 3:20, right?
10     A.  Correct.
11     Q.  What happens next?
12     A.  I take possession of the coach.  I ask my relief
13   person.  I ask if there were any problems with the coach.
14   I do a pre-op inspection, see if anything's left or any
15   defects on there, anything with that.  I do my pre-op,
16   and then I proceed in service and notify Central.
17     Q.  How much time does that process take?
18     A.  Ten minutes.
19     Q.  And of that ten minutes, how much of it is sort of
20   the conversation with the operator that you're making the
21   relief for?
22     A.  That's no more than two minutes or so.
23     Q.  And then you say -- so the first thing is, this
24   woman steps off the coach, and you ask her, "Anything
25   unusual?  Any problems with the coach?"
```

29

**Page 30**

```
 1     A.  Correct.
 2     Q.  Anything else that you ask the person?
 3     A.  I ask -- well, I ask her, "Any problems with the
 4   coach?  Any defects or anything I should be aware of on
 5   the coach?"  And mostly that's it.
 6     Q.  And then what do you do -- and that takes about two
 7   minutes?
 8     A.  Mm-hmm.
 9     Q.  And then what do you do next?
10     A.  Like I say, I pre-op the coach to make sure there's
11   no defects in there that I see that were not told to me,
12   then I look to see if there's anything left on the coach,
13   any items in the lost-and-found, and then I get set up.
14   I set myself up to get ready to start my run.
15     Q.  When you're taking possession of that coach or
16   responsibility for it, is that the end of the line?
17     A.  Yes.
18     Q.  So any passengers have gotten off?
19     A.  Yes.
20     Q.  And do they get off at that stop or they get off at
21   a revenue point earlier?
22     A.  At that stop.
23     Q.  So the pre-op -- describe for me what that
24   involves.
25     A.  Like I said, I go around the outside of the coach,
```

30

**Page 31**

```
 1   make sure there's no new dents, dings or bangs, make sure
 2   the wheel lugs are on there, do a visual of the
 3   headlights, wiper blades, taillights, anything on the
 4   outside of the coach, windshield, then I go inside the
 5   coach, make sure the stanchion bars, seats, it was clean,
 6   no spills or anything left on the coach, lost-and-found,
 7   or if there's any suspicious things on there that should
 8   be reported.
 9     Q.  If there's lost-and-found, what do you do with it
10   at that point in time?
11     A.  Notify Central.
12     Q.  Would they give you some instructions about what to
13   do with the lost-and-found?
14     A.  Yes.
15     Q.  And would that depend on what you found?
16     A.  Yes.
17     Q.  So if you found a hoody, what would they tell you
18   to do generally?
19     A.  I turn it in at the end of my shift and write out a
20   lost-and-found card.
21     Q.  If you found a fancy watch, they tell you the same
22   thing?
23     A.  Yes.
24     Q.  They ever tell you to turn it in right away or do
25   anything other than turn it in at the end of your run?
```

31

**Page 32**

```
 1     A.  No.
 2     Q.  So you do the outside visual inspection and check
 3   of lights, wiper blades and those sorts of things?
 4     A.  Correct.
 5     Q.  And then you do an inspection inside the coach?
 6     A.  Correct.
 7     Q.  And then you're ready to go?
 8     A.  No.  I have to set up my mirrors and adjust my
 9   seat, adjust my mirrors, and physically make sure the
10   driving compartment is set up to my comfortability so I
11   can operate the coach in a professional manner.
12     Q.  And so all these things, other than the
13   conversation with the operator you're relieving, take
14   about eight minutes?
15     A.  Mm-hmm, takes about eight minutes.
16     Q.  And when you get on the coach, there's what they
17   call an "outfit" on the coach?
18     A.  Yes.
19     Q.  And what's in the outfit?
20     A.  Normally, the outfit consists of transfers and the
21   route -- I mean the run sheet.
22     Q.  Does it have the defect card?
23     A.  Yes.
24     Q.  Does it ever have any bulletins with it?
25     A.  No.
```

32

Q.  Does it ever have any information about changes in the run because of construction, traffic, an event, or anything like that?

A.  No.

Q.  And on the run sheet, when you make this relief, is there time in the run where the vehicle is supposed to be stopped at West Portal?  In other words, time between --

A.  Layover time?

Q.  Yeah.

A.  "Recovery time," they call it.

Q.  Is there some recovery time built in?

A.  Yes.

Q.  How much time is that?

A.  Ten minutes.

Q.  And then you pull out?

A.  Yes.

Q.  And that's actually a revenue point.  So when you're ready to go, there may be some passengers waiting to get on?

A.  Correct.

Q.  So you welcome them on, and then you go along your way?

A.  Mm-hmm.

Q.  And then you're going to operate that run straight through until 11:44?

---

A.  Correct.

Q.  Are there any points where you take a break?

A.  Yes.

Q.  When do the breaks occur?

A.  Well, you get a break at each end of the line, ten minutes, but I normally have to take a 702 restroom break around 7:30.

Q.  And is there a location that you got marked out for doing that?

A.  Yes.  There were a porta-toilet at the end of the line on one end, and West Portal has a full bathroom facility.

Q.  So you'll take a little extra time on one of those points to use the restroom?

A.  Yes.

Q.  And is there a lunch break built into the run?

A.  No.

Q.  And about how many times do you go back and forth from West Portal to Sloat and 36th?

A.  I do five trips, which is ten round-trips.

Q.  And then you say the run ends at the division?

A.  At the division, yes.

Q.  So is part of the run a deadhead back to the division?

A.  Clarify.

---

Q.  Meaning you let all the passengers off, and you just drive the vehicle down to Woods?

A.  Yes.

Q.  And so as far as revenue, which end of the line does the run end at?

A.  West Portal.

Q.  And then how long does it take you to drive the vehicle from West Portal to Woods at the end of your run?

A.  25 minutes.

Q.  And to get from Woods to West Portal, what line do you take?

A.  Clarification.  I normally take the 48.

Q.  So when you start your day and you drive your car to the division and when you're making that trip out to West Portal, you generally use the 48 line?

A.  Correct.

Q.  Is there other lines you use on occasion?

A.  The "T."

Q.  And how often do you use the "T" as compared to the 48 line?

A.  Very seldom.

Q.  And why would you use that rather than the 48?

A.  The "T" is unreliable.

Q.  But sometimes you do take it.  So my question is, why do you take it if you say it's unreliable?

---

A.  The 48 may have headway missing -- two, three headways missing the next lead; have to go to the other line to take the "T."

Q.  So sometimes even though the "T" is unreliable, on some days, it feels like the "T" is going to get you there the most --

A.  Well, I'm forced to take it.  I have to be to my relief point, so I have to get there any way I can.  They don't understand late, so I have to be there.

Q.  So when the revenue part of the run ends at West Portal, what time is that?

A.  My last run, I'm out there at 11:20.

Q.  And then do you then proceed immediately to Woods from there?

A.  Yes.

Q.  Is there anything that you do after -- so at 11:20, you pulled back into West Portal into this cul-de-sac?

A.  Mm-hmm.

Q.  Everybody off the bus?

A.  Mm-hmm.  Yes.

Q.  Before you pull out to go back to Woods, is there anything you need to do at West Portal --

A.  Yes.  I do a final inspection of the coach to make sure there's no lost-and-found, no suspicious items, or anyone on the coach.

---

## Page 37

1  Q. So you do that before you get to the division?

2  A. Yes. I do that in my last stop.

3  Q. Then you proceed to the division --

4  A. Yes.

5  Q. -- to Woods, and you say it takes about 25 minutes?

6  A. Mm-hmm.

7  Q. What's the route that you take to get to Woods?

8  A. I can't explain. I mean...

9  Q. Is any part of it on the freeway?

10  A. Yes.

11  Q. Is that the 101? You try to get onto the 101?

12  A. 280.

13  Q. 280?

14  A. Mm-hmm.

15  Q. And then what exit do you get off to get to Woods?

16  A. Cesar Chavez, I believe. Excuse me. I don't know.

17  Q. Is there more than one exit that you're allowed to

18  use to get back to Woods?

19  A. No.

20  Q. And then what time do you pull into Woods?

21  A. 11:45 or -- 11:45.

22  Q. And once you pull into Woods, what do you do?

23  A. Do an exit op.

24  Q. And what does that involve?

25  A. The same thing. I go around, close all the windows

37

## Page 38

1  on the coach, look for any lost-and-found that I may have

2  overlooked, make sure I have all my equipment and things,

3  my jacket, coat, gloves and everything; zero out the

4  radio, get my defect card, my transfers, and make sure

5  it's filled out, and then I secure the coach, and I shut

6  it down.

7  Q. How long does that take?

8  A. Ten minutes.

9  Q. Anything else you do once you get to Woods?

10  A. Aside from doing that, no. I have to go over to

11  the box and put my transfers, defect card, in those

12  particular things, and then I exit out the yard.

13  Q. When you say there's a box, where is the box

14  located in relationship to the vehicle?

15  A. At the other gate from where I pull in from. So I

16  pull in one gate, and that box is at the other end.

17  Q. So it's on the other end of the block?

18  A. No. At the other end of the yard.

19  Q. How big is the yard? A square block? Two square

20  blocks?

21  A. Square block.

22  Q. So you say when you pull in at West Portal around

23  11:20, you check for lost-and-found, you check the

24  vehicle. You do that all again 25 minutes later when

25  you're back --

38

## Page 39

1  A. Yes, I do.

2  Q. -- in at Woods?

3  THE REPORTER: If you could let him finish his

4  question before you start your answer, that would be

5  great. Thank you.

6  MR. ROLNICK: Q. Are you required to do all those

7  things that you talked about doing at West Portal?

8  A. Yes.

9  Q. And then you're required to do them again at Woods?

10  A. Yes.

11  MR. YOUNG: Objection to the extent that it

12  misstates his testimony, as he testified to doing

13  different things at Woods than doing at the West Portal

14  relief point. So I don't want you guys to confuse the

15  two.

16  MR. ROLNICK: Q. The activities that you perform

17  at West Portal around 11:20, you say they're required?

18  A. Yes.

19  Q. And how do you know that? Is there a piece of

20  paper that says that's required or is it training? How

21  do you know that?

22  A. The protocol we're told to follow and the rule book

23  says, "Stay to check your vehicle to make sure no one's

24  on it at the end of your shift."

25  Q. Anywhere else where you believe it's written that

39

## Page 40

1  the other activities you described doing at West Portal

2  around 11:20 are required?

3  A. The rule book.

4  Q. Anyplace other than the rule book?

5  A. No.

6  Q. Has anyone ever told you that you need to do those

7  things?

8  A. No.

9  Q. And then the activities that you perform around

10  11:45 when you get to Woods, are those required as well?

11  A. Yes.

12  Q. And where are those requirements written down?

13  A. Rule book.

14  Q. Are you aware of those requirements being written

15  anyplace else?

16  A. No.

17  Q. Has anyone ever told you that those are the

18  requirements?

19  A. No.

20  Q. So to the extent that they're required, it's your

21  understanding it comes from the rule book?

22  A. Yes. Now, there are probably -- there is probably

23  a bulletin that states that. Like I say, I'm not

24  familiar with it now, but like I say, probably is a

25  bulletin that states that particular system.

40

## Page 41

1  **Q.** Are you saying that because you have a recollection
2  that you might have seen it?
3  **A.** Yes.
4  **Q.** Okay. Do you remember when?
5  **A.** No, I don't. That's the reason why I kind of
6  vagued out of my mind, but there is a rule -- I mean a
7  bulletin that states to -- the exit of your coach.
8  **Q.** The bulletin you're talking about concerns when you
9  get your coach back to the division?
10 **A.** Yes.
11 **Q.** Does the bulletin concern the activities that you
12 talked about performing when you finished the revenue at
13 West Portal?
14 **A.** Yes.
15 **Q.** So it discusses both of those things?
16 **A.** Yes.
17 **Q.** And do you remember how long ago you think you saw
18 that bulletin?
19 **A.** No, I don't.
20 **Q.** Do you think it was within the last five years?
21 **A.** Yes.
22 **Q.** On your current run, how often do you pull in later
23 than 11:45 at Woods?
24 **A.** Every night.
25 **Q.** How much later do you pull in every night?

## Page 42

1  **A.** Ten minutes -- five minutes. Excuse me.
2  **Q.** So you're actually pulling in at 11:50 every night?
3  **A.** 11:50.
4  **Q.** Have you kept any records about the time at which
5  you pull the coach back in at Woods?
6  **A.** No.
7  **Q.** Is it ever later than 11:50?
8  **A.** No.
9  **Q.** Is it ever earlier than 11:50?
10 **A.** No.
11 **Q.** You mentioned that -- I can't remember the term you
12 used, but there's some downtime on the coach when you get
13 to either end of the line?
14 **A.** It's called "recovery time."
15 **Q.** Recovery time.
16 **A.** Mm-hmm.
17 **Q.** And is there recovery time built in every time you
18 reach one of those end points?
19 **A.** Yes.
20 **Q.** So each time you get to West Portal, there's some
21 relief time?
22 **A.** Recovery time.
23 **Q.** Recovery time. Excuse me.
24 **A.** Yes.
25 **Q.** And each time you get to Sloat and 36th, there's

## Page 43

1  some recovery time?
2  **A.** Correct.
3  **Q.** And is it always ten minutes?
4  **A.** Yes.
5  **Q.** And if you're pulling into Woods late, past the
6  time that the run is supposed to be there, do you ever
7  put in for overtime?
8  **A.** No.
9  **Q.** Never?
10 **A.** I was discouraged from doing that.
11 **Q.** Have you ever put in for overtime in the past year?
12 **A.** No.
13 **Q.** Have you put in for overtime at any point in the
14 last five or six years?
15 **A.** Yes.
16 **Q.** How often?
17 **A.** I don't remember.
18 **Q.** What kind of circumstances did you put in for
19 overtime in the last five or six years?
20 **A.** It was late pull-in, and that was it: late pull-in.
21 **Q.** No other circumstance where you put in for
22 overtime?
23 **A.** On the accident report, yes.
24 **Q.** Any other circumstance over the last five or six
25 years where you put in for overtime?

## Page 44

1  **A.** No.
2  **Q.** How often have you had an accident report in the
3  last five or six years?
4  **A.** I can't recall.
5  **Q.** More than five times?
6  **MR. YOUNG:** Objection; asked and answered.
7  **THE WITNESS:** I can't recall. I don't remember.
8  **MR. ROLNICK:** **Q.** You have no memory whatsoever
9  about how many accident reports you prepared in the
10 last --
11 **A.** Zero, as far as I know, but I have no recollection
12 -- I don't remember, really.
13 **Q.** How often in the last five or six years have you
14 put in for overtime for a late pull-in?
15 **A.** The last five or six years?
16 **Q.** Yeah.
17 **A.** I can't recall.
18 **Q.** Is there a certain amount of time that you need to
19 be a late pull-in that you put in for overtime?
20 **A.** Well, I was discouraged from signing -- they told
21 if it was in excess of so many minutes, which I'm not
22 sure on the clarification of "excess" is. So that
23 discouraged me from putting it in, and they told me that
24 if it was under a certain amount of minutes, you wouldn't
25 be paid for it.

**Page 45**

**Q.** Do you recall in the last five or six years putting in for overtime when your pull-in was five minutes late?

**A.** Yes.

**Q.** Ever recall putting in for overtime where your pull-in was less than five minutes late?

**A.** No.

**Q.** Whenever you put in for overtime, has -- when you put in for overtime, you need to fill out a form, right?

**A.** Correct.

**MR. ROLNICK:** Why don't we mark this as the next in order. I think we're at Exhibit 4.

(Defendants' Exhibit 4 was marked for identification.)

**MR. ROLNICK: Q.** Do you recognize this document?

**A.** Yes.

**Q.** And this is the form you fill out for unscheduled overtime; is that right?

**A.** As far as my knowledge, yes.

**Q.** So you have one of these late pull-ins, you need to go to the dispatcher's office to get this form?

**A.** Yes.

**Q.** And they just give it to you?

**A.** On request.

**Q.** So you have to actually request it?

**A.** Yes.

**Page 46**

**Q.** They're not sitting on a desk out there for you to grab?

**A.** They are now.

**Q.** How long have they been out?

**A.** I don't remember.

**Q.** A few months? A year?

**A.** Say a year.

**Q.** So whenever you've submitted one of these to the dispatcher, have they ever refused to take it?

**A.** No.

**Q.** Whenever you've submitted one of these things for overtime, have you been paid the overtime that you put in for?

**A.** I have no knowledge.

**Q.** You don't know one way or the other?

**A.** No.

**Q.** Has a dispatcher ever refused to give you one of these forms to put in for overtime?

**A.** No.

**Q.** You say you've been discouraged from putting in for overtime, right?

**A.** Yes.

**Q.** By whom?

**A.** Management.

**Q.** When you say "management," who do you mean?

**Page 47**

**A.** Dispatchers. Dispatchers.

**Q.** And how do they dispatchers discourage you from putting in overtime?

**A.** They discourage me by telling me I will be -- if it was an excessive amount of minutes or if I did it an excessive amount of time, that I would be looked upon as being excessive overtime abuser or some sort of that, so they discouraged me from turning them in, saying that that could lead to further discipline for that.

**Q.** Any other way in which dispatchers have discouraged you from putting in overtime?

**A.** They said I wouldn't be paid for it.

**Q.** Any other way in which you've been discouraged from putting in overtime by dispatchers?

**A.** No, just those, that I wouldn't be paid if it was excessive minutes or if it was -- if I did it excessive amount of times, I would be disciplined for putting in too many slips.

**Q.** When was the last time a dispatcher said words like that to you?

**A.** I have no idea. I haven't signed one in a while.

(Mr. Dudley is not present.)

**MR. ROLNICK: Q.** Has any dispatcher said that to you in the last year?

**A.** No.

**Page 48**

**Q.** Has any dispatcher said that to you in the last two years?

**A.** Yes.

**Q.** Who?

**A.** I have no idea the name. It was somebody else.

**Q.** Can you identify any dispatcher during your time at the MTA who's told you that you'd be viewed as an overtime abuser if you put in for excessive overtime?

**A.** No.

**Q.** Can you identify any dispatcher in your time at Muni who discouraged you from putting in overtime by saying you wouldn't be paid?

**A.** No.

**Q.** Who's the current dispatcher on duty for your current run?

**A.** I don't know.

**Q.** You don't know the person's name?

**A.** No.

**Q.** Is it a man?

**A.** Yeah.

**Q.** How many times in the last six years you've been told by a dispatcher that you might be viewed as an abusive overtime user if you put in for excessive overtime?

**A.** You want a number figure?

**Page 49**

1    **Q.** Yeah.

2    **A.** No idea. I mean, I've been told that, and I got

3    discouraged enough not to want to even pursue the matter,

4    so I just left it alone.

5    **Q.** But my question is, with respect to this kind of

6    statement, being seen as an abusive overtime user, can

7    you tell me how many times in the past six years that

8    you've been told that by a dispatcher?

9    **MR. YOUNG:** Objection; asked and answered. He just

10   answered that question.

11   **MR. ROLNICK: Q.** Go ahead and answer.

12   **A.** No idea.

13   **Q.** In the last six years, can you tell me how many

14   times a dispatcher told you you wouldn't be paid for

15   overtime if you put in for it?

16   **A.** No idea.

17   **Q.** In the last six years, five or six years, have you

18   worked as an operator for any special events?

19   **A.** Yes.

20   **Q.** What kind of special events?

21   **A.** Lands End.

22   **Q.** Outside Lands or Lands End? The concert in the

23   Golden Gate Park?

24   **A.** Yeah.

25   **Q.** I think that's called *Outside Lands*?

49

---

**Page 50**

1    **A.** I don't know.

2    **Q.** It runs about three or four days?

3    **A.** Yes.

4    **Q.** In the summer?

5    **A.** Yes.

6    **Q.** And it's in Golden Gate Park?

7    **A.** Yes.

8    **Q.** And when you work a special event, that's something

9    you sign up for?

10   **A.** Yes.

11   **Q.** So how does that happen? Describe it for me from

12   your point of view how you get to work a special event.

13   **A.** You put in what is called a "request to work." And

14   once you put the slip in, then they -- I don't know how

15   they make their decision on who gets it or what, but then

16   they'll let you know the night before if you have it or

17   if you don't.

18   **Q.** And do they post some sort of range report for the

19   special event?

20   **A.** Yes.

21   **Q.** And there's a set number of runs that are available

22   at Woods for that special event?

23   **A.** Yes.

24   **Q.** And if you sign up for that, it has to be on a day

25   that you're not regularly scheduled to work; is that

50

---

**Page 51**

1    right?

2    **A.** Correct.

3    (Mr. Dudley is present.)

4    **MR. ROLNICK: Q.** Other than Outside Lands, have

5    you worked any other special events in the last six

6    years?

7    **A.** No.

8    **Q.** And how many times have you done Outside Lands as

9    an operator?

10   **A.** Once.

11   **Q.** Is that just this past year?

12   **A.** Yes.

13   **Q.** And then could you describe for me what the run for

14   that special event looked like?

15   **MR. YOUNG:** Objection; vague.

16   **MR. ROLNICK: Q.** Okay. First question is, how

17   long was the run? Do you recall?

18   **A.** Eight hours.

19   **Q.** And where did the run begin?

20   **A.** I don't remember. I don't really remember. I just

21   know that they give you a route sheet and tell you to go

22   down and do it.

23   **Q.** Do you remember if it started at the division or a

24   relief point?

25   **A.** Well, I pulled out from the division, and then I

51

---

**Page 52**

1    made -- pulled out from the division, then went downtown.

2    **Q.** Okay. And you made the run?

3    **A.** Mm-hmm.

4    **Q.** And then did you pull back into the division?

5    **A.** Yes, I did.

6    **Q.** And when you pulled out on that special event run,

7    did you perform all the tasks that we were talking about

8    earlier that you performed for your current run?

9    **A.** Correct.

10   **Q.** And then when you pulled back into the division,

11   did you perform the same activities that we just talked

12   about you performing when you pulled back in on your

13   current run?

14   **A.** Correct.

15   **Q.** And do you know if that special event run was an

16   overtime?

17   **A.** Overtime.

18   **Q.** It was paid at overtime?

19   **A.** Yes.

20   **Q.** And how many days did you do that special event

21   run?

22   **A.** One.

23   **Q.** So just a one-day run?

24   **A.** Yes.

25   **Q.** And did you pull back into the division on time?

52

**Page 53**

1     **A.** No.

2     **Q.** Did you pull back in late?

3     **A.** Late.

4     **Q.** Do you remember how late?

5     **A.** I don't remember.

6     **Q.** Five minutes? Ten minutes?

7     **A.** I don't remember.

8     **Q.** No idea?

9     **A.** No idea.

10    **MR. ROLNICK:** Why don't we take a ten-minute break

11    here.

12    (Recess from 10:43 a.m. to 10:58 a.m.)

13    **MR. ROLNICK: Q.** Mr. Christian, you were talking

14    earlier about recovery time on your current run?

15    **A.** Yes.

16    **Q.** Did you also have recovery time when you were

17    working on the 18 line?

18    **A.** Yes.

19    **Q.** And was it the same arrangement of a ten-minute

20    recovery time at each end of the line?

21    **A.** Yes.

22    **Q.** And on your current run, how often do you get -- on

23    your current run, if you pull in at the end of the line

24    late, do you still take ten minutes' recovery?

25    **MR. YOUNG:** Objection; vague.

**Page 54**

1     **THE WITNESS:** Could you clarify?

2     **MR. ROLNICK: Q.** Yeah. So when you're doing your

3     current run, you've got a -- I think you called it a "run

4     sheet"?

5     **A.** Yes.

6     **Q.** It has the time you're supposed to hit various

7     points along the line, correct?

8     **A.** Correct.

9     **Q.** And built in there is the recovery time as well,

10    right?

11    **A.** I don't know.

12    **Q.** When you're doing your run -- and you say you go

13    ten round-trips?

14    **A.** Yes.

15    **Q.** Or is it five round-trips?

16    **A.** Well, it's ten trips, total.

17    **Q.** Ten trips, five round?

18    **A.** Well, no. Five round, ten trips. So out to Sloat

19    is one trip; back to West Portal is another trip.

20    **Q.** So you do ten of those?

21    **A.** That's considered a round-trip.

22    **Q.** So you do ten --

23    **A.** Round.

24    **Q.** -- one-ways and five round-trips?

25    **A.** No, no. Okay. From West Portal to Sloat and from

**Page 55**

1     Sloat back to West Portal is considered one trip, so that

2     would be five of those.

3     **Q.** You do five of those. Okay.

4     **A.** I do ten back-and-forths.

5     **Q.** And the recovery time, is that recovery time built

6     onto each round-trip or each trip in one direction?

7     **A.** Each trip in one direction.

8     **Q.** So there's recovery time at ten different points on

9     the run?

10    **A.** Yes.

11    **Q.** And sometimes when you get to the end of a line --

12    well, when you're doing these round-trips, do you ever

13    get to the end of the line and you're running late?

14    **A.** Yes.

15    **Q.** And if you get to the end of the line and you're

16    running late, do you still take ten minutes' recovery

17    time, or do you take whatever's left over before you have

18    to get back into service? Do you understand?

19    **A.** Would you repeat?

20    **Q.** Yeah. So let's take -- and this is going to be a

21    hypothetical. You're on your run, and you're getting to

22    the end of the line at Sloat and 36th.

23    **A.** Yes.

24    **Q.** And your run's going to continue after that, but

25    you get there and you've got recovery time. If you get

**Page 56**

1     there late, do you still take ten minutes' recovery time

2     before going back in the other direction?

3     **MR. YOUNG:** Objection. It's an incomplete

4     hypothetical. It also calls for speculation.

5     **THE WITNESS:** But what happens, if I'm late, I keep

6     going.

7     **MR. ROLNICK: Q.** But the run sheet has you for a

8     ten-minute recovery; is that right?

9     **A.** Right.

10    **Q.** So if you pull in and you're five minutes late, you

11    only take five minutes' recovery?

12    **A.** Correct.

13    **Q.** Got it.

14    And how often is your run late when you get to one

15    of those end points?

16    **A.** Almost -- every trip.

17    **Q.** And how late is it?

18    **A.** Five minutes.

19    **Q.** Every time it's five minutes late?

20    **A.** Yeah.

21    **Q.** Ever less than five minutes late?

22    **A.** No.

23    **Q.** Ever more than five minutes late?

24    **A.** No.

25    **Q.** And if that's the case, then you're only actually

**Page 57**

1  getting five minutes' recovery at each end?

2  **A.**  Yes.

3  **Q.**  And when you work on the 18 line -- when you've

4  worked on the 18 line, you would get, again, recovery

5  either ends of those lines?

6  **A.**  Yes.

7  **Q.**  Each time you pull to the end point?

8  **A.**  Correct.

9  **Q.**  And when you've done those 18 lines, how often

10 would you be late getting to one of those end points?

11 **MR. YOUNG:**  Objection; asked and answered.

12 **THE WITNESS:**  I don't remember.

13 **MR. ROLNICK:  Q.**  Would you ever be on time?

14 **A.**  I don't remember.

15 **Q.**  Have you ever put in for overtime in some fashion

16 other than submitting an Exhibit 4 to a dispatcher?

17 **MR. YOUNG:**  Objection; vague.

18 **THE WITNESS:**  No.

19 **MR. ROLNICK:  Q.**  Have you ever picked up the phone

20 and called the dispatcher and said you're late and want

21 to put in for overtime?

22 **A.**  No.

23 **Q.**  You aware of any operator ever doing that?

24 **A.**  No.

25 **Q.**  How often have you worked unscheduled overtime and

**Page 58**

1  not put in an overtime card?

2  **A.**  Could you repeat?

3  **Q.**  How often in the last year have you worked

4  unscheduled overtime and not put in using one of those

5  documents marked as Exhibit 4 for overtime?

6  **MR. YOUNG:**  Objection; vague.

7  **THE WITNESS:**  That's a never.

8  **MR. ROLNICK:  Q.**  Never?

9  **A.**  Never.

10 **Q.**  How many times in the last six years have you

11 worked unscheduled overtime and not put in a Transit

12 Operator Vehicle Log for the overtime?

13 **A.**  All the time.

14 **Q.**  You always put in when you work overtime?

15 **A.**  Mm-hmm.

16 **MR. YOUNG:**  No, that's not -- objection.  That's

17 not his testimony.  That's not what he stated.  Can you

18 please repeat the question?

19 **MR. ROLNICK:**  Sure.

20 **Q.**  In the last five years --

21 **A.**  Five years, mm-hmm.

22 **Q.**  -- have you ever worked overtime, unscheduled

23 overtime, and not put in a Transit Operator Vehicle Log

24 for the overtime?

25 **A.**  Oh, I was discouraged from doing that.  I was

**Page 59**

1  discouraged from doing that, so that was something that I

2  was told I wasn't going to be paid for, so I was

3  discouraged from doing it.

4  **Q.**  How often in the last five years have you worked

5  unscheduled overtime and not put in a Transit Operator

6  Vehicle Log?

7  **A.**  I have no idea.

8  **Q.**  You can't give me any estimate of the number of

9  times?

10 **A.**  No.

11 **Q.**  Do you know whether it's more than five times?

12 **A.**  No idea.

13 **Q.**  Do you know whether it was more than 25 times?

14 **A.**  I have no idea.  I can't recollect.

15 **Q.**  No idea at all?

16 **A.**  No, I don't really have a vague memory of it.

17 **Q.**  You don't have a vague memory?

18 **A.**  All the time is what I could say, but I don't

19 remember.  I would say all the time, but like I said, I

20 don't remember.  Because I'm always late, so it's all the

21 time.

22 **Q.**  Do you ever have to attend meetings with a

23 superintendent or some other supervisor?

24 **A.**  Yes.

25 **Q.**  In the last year, how often have you had to do

**Page 60**

1  that?

2  **A.**  Once.

3  **Q.**  And what were the circumstances?  Do you recall?

4  **A.**  No, I don't.

5  **Q.**  Was it a passenger service report?

6  **A.**  No.

7  **Q.**  Was it a disciplinary matter?

8  **A.**  No.

9  **Q.**  Was it for a performance evaluation?

10 **A.**  Yes.

11 **Q.**  And who gave you that performance evaluation?

12 **A.**  I don't remember.  Neil Weingarten.

13 **Q.**  And do you remember, was that performance

14 evaluation done on a day that you were regularly

15 scheduled to work?

16 **A.**  Yes.

17 **Q.**  And do you remember where in your -- was it

18 scheduled during your run?

19 **A.**  No.

20 **Q.**  Was it scheduled before or after?

21 **A.**  Before.

22 **Q.**  And do you remember how much before your run it was

23 scheduled?

24 **A.**  No, I don't remember.

25 **Q.**  Do you remember how long it was?

**A.** 20 minutes.

**Q.** Did you put in for overtime for that?

**A.** No.

**Q.** Do you know if you got paid overtime for that?

**A.** No.

**Q.** Did you not get paid overtime for that?

**A.** To my knowledge, I did not get paid.

**Q.** Other than that meeting, in the past five years, have you had any other occasions where you had to meet with a superintendent or a supervisor?

**A.** I don't remember.

**Q.** You don't remember one way or the other?

**A.** I don't remember.

**Q.** Have you ever been called to attend a meeting down here on Van Ness at the MTA headquarters?

**A.** No.

**Q.** Other than having a meeting at your division, have you ever been called to attend a meeting anyplace else?

**A.** Clarification.

**Q.** And I want to talk about since 2009 to the present. We just talked about the one meeting you had with Mr. Weingarten about a performance review that happened in the past year, right?

**A.** Right.

**Q.** So the question is, since 2009, have you ever been

called to attend a meeting anyplace other than the meeting that you had at the division?

**A.** No.

**Q.** And are you familiar with a document that's known as an Incident Report?

**A.** Yes.

**Q.** Is that also the same as an Accident Report?

**A.** Yes.

**Q.** And there's a different form for something called a Miscellaneous Report?

**A.** Yes.

**Q.** What's the difference between an Accident Report and a Miscellaneous Report?

**A.** Accident Report, you are paid an hour overtime for filling that out; and a Miscellaneous Report, you're not paid for it.

**Q.** Under what circumstance would you fill out a Miscellaneous Report?

**A.** Spill on the bus or -- say something spilled on the bus or something, you know, non -- how you put it? Non-violent incident, or somebody not paying their fare, or somebody steel your transfers, or something like that.

**Q.** In the last year, how often have you prepared a Miscellaneous Report?

**A.** Last year, none.

**Q.** In the past five years, how many times have you prepared a Miscellaneous Report?

**A.** I can't remember how many.

**Q.** Is it more than five or ten?

**A.** Five.

**Q.** And an Accident Report would be when there's some accident involving the vehicle out on the street, correct?

**A.** Vehicle, person, or anything of that sort, yeah.

**Q.** On any occasion where a vehicle hit something?

**A.** Yes.

**Q.** Whether it was a person, an animal --

**A.** Yes.

**Q.** -- another vehicle, a bike rider?

**A.** Yes.

**Q.** And when that happens, when do you fill out the Accident Report?

**A.** At the end of your shift.

**Q.** Have you ever had an occasion where you had to -- where the bus was disabled and you had to stop your run?

**A.** For the report itself?

**Q.** Yeah.

**A.** Well, no. I mean, the Incident Report is done at the end of your shift because they have the paperwork at the office.

**Q.** Okay. So you've never had a case where you had an Accident Report that required the run to come to a halt and what have you?

**A.** Where it had to come to a halt?

**Q.** Yeah.

**A.** Yes.

**Q.** You have had that --

**A.** No, I haven't. I'm not understanding the question. I mean...

**Q.** So occasionally there's an accident out on the line. I mean, I don't mean to be gruesome, but somebody gets hit by a light-rail vehicle. They fall under the vehicle, and what have you, and they stop the line to do an investigation, obviously, to bring in an ambulance to care for the person and that sort of thing. Have you ever had that kind of accident where your run came to an end, a halt, so that they could deal with the accident?

**A.** Yes.

**Q.** Have you had any of that in the last five years?

**A.** No.

**Q.** How many times has that happened?

**A.** Once.

**Q.** And do you remember how long ago that was?

**A.** No, I don't remember.

**Q.** And so there was an accident with the vehicle you

**Page 65**

1    were operating?
2        A.   Yes.
3        Q.   And another vehicle or a person?
4        A.   A person.
5        Q.   And the nature of the accident meant all the
6    passengers had to get off; the bus was taken out of
7    service?
8        A.   Yes.
9        Q.   And you were assigned some duties other than
10   operating the vehicle for the rest of the run?  Is
11   that...
12       A.   Yes.
13       Q.   Filling out the accident reports, interviews,
14   whatever it was?
15       A.   Yes.
16       Q.   But, again, that was more than five or six years
17   ago?
18       A.   Yes.
19       Q.   We were talking about being discouraged from
20   putting in overtime by dispatchers?
21       A.   Yes.
22       Q.   Other than a dispatcher, did any other person ever
23   discourage you from putting in for overtime?
24       A.   Management, in total.
25       Q.   Did Mr. Weingarten ever discourage you from putting

**Page 66**

1    in overtime?
2        A.   I don't remember.
3        Q.   Has Ms. Franks ever discouraged you from putting in
4    for overtime?
5        A.   I don't remember.
6        Q.   Can you identify anybody in management who's
7    discouraged you from putting in for overtime?
8        A.   No.
9        Q.   Now, you mentioned two types of statements that a
10   dispatcher made to you to discourage you from putting in
11   overtime.  Did you ever have a dispatcher -- you fill out
12   an overtime request, and they pass it back to you and
13   say, "I won't approve 15 minutes, but I'll give you ten,"
14   or anything like that?
15       A.   No.
16       Q.   Have you ever complained to the union about being
17   discouraged from putting in overtime?
18       A.   Yes.
19       Q.   When did you do that?
20       A.   I don't remember when.
21       Q.   Have you done that within the last year?
22       A.   I don't remember.
23       Q.   Have you done that within the last five or six
24   years?
25       A.   Yes.

**Page 67**

1        Q.   And who did you talk to?
2        A.   I don't remember their name.
3        Q.   Did you talk to your shop steward?
4        A.   Union rep.
5        Q.   And was that a union rep who was a Muni employee or
6    somebody who actually worked for the union?
7        A.   Could you clarify the difference?
8        Q.   A union rep -- somebody who works for Muni, an
9    operator who has a position with the union that they sort
10   of serve as the union representative for a division
11   versus somebody who works in the union's office.
12       A.   Oh.  It was like a union rep for the division.
13       Q.   So you think it was another Muni employee?
14       A.   Yes.
15       Q.   Another transit operator?
16       A.   Well, union rep for the operators.
17       Q.   Do you remember who that was?
18       A.   No, I don't.
19       Q.   And what was the nature of your complaint to the
20   union rep?
21       A.   Was I being paid for my overtime.
22       Q.   Did you ask the person to file a grievance?
23       A.   Don't remember.
24       Q.   Did you ask the union rep to do anything?
25       A.   I don't remember.

**Page 68**

1        Q.   Did the union rep say anything to you about your
2    complaint?
3        A.   "I will look into it."
4        Q.   Do you know if anything came of your complaint to
5    the union rep?
6        A.   No, I don't.
7        Q.   Do you remember anything else that the union rep
8    said to you about your complaint about overtime?
9        A.   No.
10       Q.   Was your complaint that you were being discouraged
11   from putting in overtime or that you had put in for some
12   overtime and hadn't been paid?
13       A.   I don't remember the exact.
14       Q.   But it was some conversation about overtime?
15       A.   Correct.
16       Q.   And how long was that conversation?
17       A.   Ten minutes.
18       Q.   Was there anything in particular that prompted you
19   to go to the union rep on that occasion?
20       A.   Don't remember, but -- I don't really remember.  I
21   just know the nature -- I don't know the nature.  I just
22   remember I spoke with him.
23       Q.   Was it just a single occasion where you spoke with
24   the union rep about this overtime issue?
25       A.   I don't remember if I did more than once, but I did

**Page 69**

1    speak with him. I'm not sure.

2    **Q.** At least once?

3    **A.** At least once, yes.

4    **Q.** And it may have been more than once?

5    **A.** Could have been, yes.

6    **Q.** And did the union rep ever get back to you?

7    **A.** No.

8    **Q.** Did you ever follow up with the union rep?

9    **A.** Yes.

10   **Q.** And how did you follow up?

11   **A.** Question.

12   **Q.** And what did you ask him?

13   **A.** Was my overtime -- was the overtime being looked

14   into, and I was told they were still looking into it.

15   **Q.** And did you have any further conversation with the

16   union rep about that issue?

17   **A.** No. And also, I remember telling you about 20

18   minutes late to my -- I mean 20-minutes-late issues about

19   when I used to get to the relief point. Now, I was

20   getting there an hour early, but then I was -- I was at

21   the site where the bus was. I said, "20 minutes," but

22   I'm actually on the site area for the whole hour.

23        I mean, I wasn't going down the street to a

24   restaurant. I always bring my lunch. So when I bring my

25   lunch, I normally sit around that area, particular area

---

**Page 70**

1    of Muni property, and do that, but I'm there at that site

2    for over an hour.

3    **Q.** Is this something you talked with the union rep

4    about?

5    **A.** Mm-hmm.

6    **Q.** And what did the union rep say?

7    **A.** No response.

8    **Q.** Does Muni require you to be there an hour early?

9    **A.** Requires me to be early. They didn't give a

10   specific time, but they said, "Make sure you're there

11   early." I'm not sure if it's in the rule book of how

12   many minutes, but it's customary I'm always there early

13   enough to make sure that I'm there.

14   **Q.** Were you talking to the union rep about your belief

15   that you ought to be paid for that hour that you're there

16   waiting?

17   **A.** Mm-hmm.

18   **Q.** And what did the union rep say?

19   **A.** I was told I could sign an overtime card, but I

20   doubt if -- I was discouraged from doing that because

21   they said, "They would not pay you more."

22   **Q.** The union rep said that to you?

23   **A.** That's what I was told.

24   **Q.** By the union rep?

25   **A.** Yes.

---

**Page 71**

1    **Q.** And that was about being paid for the hour that --

2    **A.** Travel time.

3    **Q.** -- that you were early for your run?

4    **A.** Yes.

5    **Q.** Have you ever been disciplined for putting in too

6    much overtime?

7    **A.** No.

8    **Q.** Have you ever been disciplined for putting in

9    overtime that Muni said you didn't work?

10   **A.** I have no knowledge.

11   **Q.** Have you kept any records of the amount of time

12   that you've spent reading bulletins?

13   **A.** No.

14   **Q.** Have you kept any records of the amount of overtime

15   that you've worked?

16   **A.** No.

17   **Q.** Have you ever been disciplined for failure to read

18   a bulletin?

19   **A.** No.

20   **Q.** Are you aware of any operator ever being

21   disciplined for failing to read a bulletin?

22   **A.** No.

23   **Q.** Have you kept any records of how much time you

24   spend performing the tasks we talked about earlier once

25   you pull your vehicle back into the division at the end

---

**Page 72**

1    of your run?

2    **A.** No.

3    **Q.** When you pull back into the division, if you have

4    lost-and-found items, what do you do with them?

5    **A.** I retrieve the item, take it up to the dispatcher's

6    office, and fill out a lost-and-found card.

7    **Q.** And how big is the lost-and-found card?

8    **A.** About the size of a business card.

9    **Q.** What information do you put on the lost-and-found

10   card?

11   **A.** I can't rightly remember now, but almost, like, the

12   coach number, run number, a description of the item.

13   **Q.** And do you have to put your name on there, too?

14   **A.** I don't remember.

15   **Q.** And do you get paid for taking those things to

16   lost-and-found?

17   **A.** No.

18   **Q.** And those tags have, like, a little rubber band or

19   something on them?

20   **A.** Correct.

21   **Q.** So you hook them onto -- it's a coat; you hook it

22   on a button or something?

23   **A.** Correct.

24   **MR. ROLNICK:** I think those are the questions I

25   have. Thank you.

1    THE WITNESS:  Okay.  Thank you.

2        (The deposition concluded at 11:24 a.m.)

3

4

5    _____

6        KENNETH CHRISTIAN

7        Date:_____

---

1            DEPOSITION OFFICER'S CERTIFICATE

2

3    STATE OF CALIFORNIA    )
                           ) ss.
4    COUNTY OF SAN FRANCISCO )

5

6        I, TINA MARIE VELASQUEZ, CSR, hereby certify:

7        I am a duly qualified Certified Shorthand
     Reporter in the State of California, holder of
8    Certificate Number 10072 issued by the Court Reporters
     Board of California and which is in full force and effect
9    (Fed. R. Civ. P. 28(a)).

10       I am authorized to administer oaths or
     affirmations pursuant to California Code of Civil
11   Procedure, Section 2093(b); and prior to being examined,
     the deponent was first duly sworn by me.  (Fed. R. Civ.
12   P. 28(a), 30(f)(1)).

13       I am not a relative or employee or attorney or
     counsel of any of the parties, nor am I a relative or
14   employee of such attorney or counsel, nor am I
     financially interested in this action.  (Fed. R. Civ. P.
15   28).

16       I am the deposition officer that stenographically
     recorded the testimony in the foregoing deposition and
17   the foregoing transcript is a true record of the
     testimony given by the deponent.  (Fed. R. Civ. P.
18   30(f)(1)).

19       Before completion of the deposition, review of
     the transcript [ X ] was [ ] was not requested.  If
20   requested, any changes made by the deponent (and provided
     to the reporter) during the period allowed, are appended
21   hereto.  (Fed. R. Civ. P. 30(e)).

22       Dated:  January 10, 2016

23

24   _____

25   TINA MARIE VELASQUEZ, CSR
     State of California
     CSR License No. 10072

---

1                ERRATA SHEET

2

3    PAGE  LINE  CHANGE

4    ____  ____  _____

5    ____  ____  _____

6    ____  ____  _____

7    ____  ____  _____

8    ____  ____  _____

9    ____  ____  _____

10   ____  ____  _____

11   ____  ____  _____

12   ____  ____  _____

13   ____  ____  _____

14   ____  ____  _____

15   ____  ____  _____

16   ____  ____  _____

17   ____  ____  _____

18   ____  ____  _____

19   ____  ____  _____

20       I, KENNETH CHRISTIAN, have made the above

21   changes to my deposition taken in the matter of *Stitt, et

22   al. v. The San Francisco Municipal Transportation Agency,*

23   *et al.*, taken on December 22, 2015:

24

25   DATE:_____
                            _____
                            KENNETH CHRISTIAN

---

1        BONNIE L. WAGNER COURT REPORTING SERVICES
                Certified Shorthand Reporters
2              1819 Polk Street, #446
             San Francisco, California 94109
3                  (415) 982-4849

4    January 11, 2016

5    Kenneth Christian
6    c/o Joel B. Young, Attorney at Law
     THE TIDRICK LAW FIRM
7    2039 Shattuck Avenue, Suite 308
     Berkeley, California 94704

8
     Re:  *Stitt, et al. v. The San Francisco Municipal
9         Transportation Agency, et al.*
          Deposition taken December 22, 2015

10   Dear Mr. Christian:

11   The original transcript of your deposition in the
     above-entitled action is now available for your signature
12   at this office for 30 days from the above date.  Please
     contact our office if you plan to review the deposition
13   transcript so we may arrange a mutually convenient
     appointment.

14
     You may instead read your attorney's copy if it is more
15   convenient for you.  After reading the transcript, sign
     your name on the last page of testimony on the signature
16   line to indicate approval of the transcript and forward
     that page to our office.  However, if you wish to change
17   the form or substance of your answer to any question,
     please send the attached Errata Sheet to us, indicating
18   any changes and the reasons for those changes by way of
     page and line number.

19
     Your rights regarding signature of this deposition are
20   contained in the Federal Rules of Civil Procedure.  Your
     cooperation is appreciated.  Thank you.

21   Very truly yours,

22

23

24   TINA MARIE VELASQUEZ, CSR No. 10072

25   cc:  Original
          All Counsel

MR. ROLNICK: [4] 45/9 53/9 58/18
72/23
MR. YOUNG: [17] 8/10 17/4 20/21
22/10 22/18 27/3 28/23 39/10 44/5 49/8
51/14 53/24 56/2 57/10 57/16 58/5
58/15
THE REPORTER: [1] 39/2
THE WITNESS: [13] 8/12 17/5 20/22
22/11 27/5 28/25 44/6 53/25 56/4 57/11
57/17 58/6 72/25

-

---o0o [1] 2/13

**1**

1-20 [1] 1/10
10 [1] 74/22
100 [1] 21/19
100 feet [1] 21/18
10072 [4] 1/21 74/8 74/25 76/24
101 [2] 37/11 37/11
10:43 [1] 53/12
10:58 [1] 53/12
11 [1] 76/4
11:20 [5] 36/12 36/16 38/23 39/17 40/2
11:24 [1] 73/2
11:44 [3] 11/7 23/12 33/25
11:45 [4] 37/21 37/21 40/10 41/23
11:50 [4] 42/2 42/3 42/7 42/9
12:30 [1] 19/4
13 [2] 6/14 7/5
1390 [2] 3/4 3/22
15 [2] 25/21 66/13
150 feet [1] 21/4
18 [11] 11/25 12/1 12/4 12/6 23/13
23/15 23/24 53/17 57/3 57/4 57/9
1819 [2] 1/24 76/2

**2**

20 [11] 1/10 17/10 24/7 25/9 25/15
25/22 26/16 27/19 61/1 69/17 69/21
20-minutes-late [1] 69/18
2002 [1] 6/15
2003 [1] 6/15
2009 [4] 16/4 16/6 61/20 61/25
2015 [5] 1/17 2/4 3/2 75/23 76/9
2016 [2] 74/22 76/4
2039 [2] 3/16 76/7
2093 [1] 74/11
22 [5] 1/17 2/4 3/2 75/23 76/9
25 [4] 35/9 37/5 38/24 59/13
263 [5] 10/12 11/13 11/15 11/24 23/9
28 [3] 74/9 74/12 74/15
280 [2] 37/12 37/13
2:00 [3] 23/3 24/10 24/12

**3**

30 [4] 74/12 74/18 74/21 76/12
308 [2] 3/16 76/7
36th [4] 11/19 34/19 42/25 55/22
3:00 [1] 25/11
3:15 [6] 10/16 19/5 23/10 24/12 25/5
25/10
3:20 [1] 29/9

**4**

415 [2] 1/25 76/3
446 [2] 1/24 76/2

**5**

45 [1] 2/12
48 [5] 35/12 35/15 35/20 35/22 36/1
4849 [2] 1/25 76/3

**5**

50 feet [4] 21/3 21/5 21/18 21/19
57 [4] 11/16 23/6 23/9 23/24
5th [1] 3/22

**7**

702 [1] 34/6
7:30 [1] 34/7
7th [1] 3/4

**9**

9163 [1] 6/9
94102 [1] 3/23
94109 [2] 1/24 76/2
94704 [2] 3/17 76/7
982-4849 [2] 1/25 76/3
9:39 [1] 3/3

**A**

a.m [4] 3/3 53/12 53/12 73/2
above [3] 75/20 76/12 76/12
above-entitled [1] 76/12
abuser [2] 47/7 48/8
abusive [2] 48/23 49/6
accident [16] 43/23 44/2 44/9 62/7
62/12 62/14 63/6 63/7 63/17 64/2 64/10
64/16 64/17 64/25 65/5 65/13
accurate [1] 6/1
action [2] 74/14 76/12
activities [5] 39/16 40/1 40/9 41/11
52/11
actual [1] 26/13
adjust [2] 32/8 32/9
administer [1] 74/10
affirmations [1] 74/10
after [5] 5/4 36/16 55/24 60/20 76/15
afternoon [1] 10/17
agency [5] 1/9 6/5 7/8 75/22 76/9
agency's [1] 8/9
ago [3] 41/17 64/23 65/17
ahead [2] 25/9 49/11
al [4] 75/22 75/23 76/8 76/9
allowed [2] 37/17 74/20
almost [2] 56/16 72/11
alone [1] 49/4
along [5] 12/3 12/6 23/16 33/21 54/7
alternative [2] 20/17
always [11] 12/12 14/11 18/9 24/25
25/9 28/13 43/3 58/14 59/20 69/24
70/12
am [6] 74/7 74/10 74/13 74/13 74/14
74/16
ambulance [1] 64/14
amount [9] 13/8 15/7 44/18 44/24 47/5
47/6 47/17 71/1 71/14
analysis [1] 22/15
animal [1] 63/12
another [5] 54/19 63/14 65/3 67/13
67/15
answered [1] 44/6 49/9 49/10 57/11
anybody [1] 66/6
anyone [4] 27/12 36/25 40/6 40/17
anyplace [4] 40/4 40/15 61/18 62/1
anything's [1] 29/14
anywhere [4] 6/21 17/23 20/6 39/25
appeared [1] 3/7

appended [1] 74/20
appointment [1] 76/14
appreciated [1] 76/21
approval [1] 76/16
approve [1] 66/13
approximately [2] 11/6 17/8
area [4] 13/24 69/22 69/25 69/25
around [17] 17/23 17/24 18/3 18/7
23/10 23/12 24/10 26/5 26/11 30/25
34/7 37/25 38/22 39/17 40/2 40/9 69/25
arrange [1] 76/13
arrangement [2] 26/8 53/19
arrive [12] 9/1 9/5 19/3 19/7 19/10
19/12 22/24 23/2 27/20 27/22 28/1 28/5
arriving [1] 16/25
as [41] 3/9 3/10 4/2 4/14 5/7 6/11 6/21
6/24 9/1 9/1 14/7 14/7 15/6 15/8 15/9
18/1 18/1 26/7 26/16 26/16 35/4 35/4
35/19 39/12 40/10 44/11 44/11 45/10
45/18 45/18 47/6 48/7 48/22 49/6 49/18
51/8 54/9 58/5 62/5 62/7 67/10
Aside [1] 38/10
assigned [1] 65/9
assist [1] 10/6
ASSOCIATES [1] 1/23
assume [1] 5/16
attached [1] 76/18
attend [4] 59/22 61/14 61/18 62/1
attorney [8] 3/4 3/15 3/19 3/21 4/7
74/13 74/14 76/6
attorney's [1] 76/15
audibly [1] 4/22
authorized [1] 74/10
available [6] 13/3 13/23 25/24 26/8
50/21 76/12
Avenue [2] 3/16 76/7
aware [13] 17/3 17/6 17/11 17/14 17/16
17/20 26/19 27/2 27/9 30/4 40/14 57/23
71/20
away [2] 18/8 31/24

**B**

back-and-forths [1] 55/4
band [1] 72/18
bangs [1] 31/1
bars [1] 31/5
Based [1] 12/23
basic [3] 4/13 8/14 9/23
basics [1] 9/24
basis [1] 19/19
bathroom [1] 34/11
Bayshore [2] 14/22 17/9
be [49] 3/1 5/9 5/10 5/11 9/9 9/9 19/9
19/14 25/15 25/17 25/19 25/20 26/16
26/20 26/23 27/3 27/6 27/8 27/14 30/4
31/8 33/6 33/18 36/7 36/9 39/4 43/6
44/19 44/25 47/4 47/6 47/12 47/15
47/17 48/7 48/8 48/22 49/14 50/24
55/2 55/20 57/10 57/13 59/2 63/6 64/11
70/8 70/9 70/15
before [24] 3/5 4/11 6/24 7/19 8/3 9/5
10/1 11/12 19/10 22/21 23/5 23/13 25/6
26/17 36/21 37/1 39/4 50/16 55/17 56/2
60/20 60/21 60/22 74/19
begin [1] 51/19
begins [1] 13/11
behalf [1] 1/4
belief [1] 70/14
believe [3] 27/14 37/16 39/25

## B

bench [3]  26/4 26/4 26/13
benches [1]  26/11
Berkeley [2]  3/17 76/7
besides [1]  19/11
better [1]  14/7
bid [2]  12/20 12/25
big [2]  38/19 72/7
bike [1]  63/14
blades [2]  31/3 32/3
block [5]  18/4 18/8 38/17 38/19 38/21
blocks [1]  38/20
Board [1]  73/8
BONNIE [2]  1/23 76/1
book [12]  25/13 26/19 26/23 27/1 27/15
27/17 39/22 40/3 40/4 40/13 40/21
70/11
both [1]  41/15
box [4]  38/11 38/13 38/13 38/16
break [8]  5/20 16/15 26/7 34/2 34/5
34/6 34/16 53/10
breaks [1]  34/4
bring [3]  64/14 69/24 69/24
built [5]  33/11 34/16 42/17 54/9 55/5
bulletin [9]  19/8 40/23 40/25 41/7 41/8
41/11 41/18 71/18 71/21
bulletins [14]  19/8 19/12 19/15 19/16
19/20 19/22 20/4 21/21 22/2 22/7 22/9
22/16 32/24 71/12
bus [10]  8/16 9/25 10/4 10/7 36/19
62/19 62/20 63/20 65/6 69/21
buses [2]  7/9 26/11
business [1]  72/8
button [1]  72/22

## C

C-12-03704-YGR [1]  1/7
c/o [1]  76/6
CALIFORNIA [13]  1/2 1/24 3/5 3/7 3/17
3/23 74/3 74/7 74/8 74/10 74/25 76/2
76/7
call [4]  12/9 13/1 32/17 33/10
called [12]  3/9 4/9 26/10 42/14 49/25
50/13 54/3 57/20 61/14 61/18 62/1 62/9
calls [4]  4/23 17/5 20/22 56/4
came [2]  64/16 68/4
car [4]  14/24 15/4 19/14 35/13
card [10]  31/20 32/22 38/4 38/11 58/1
70/19 72/6 72/7 72/8 72/10
care [1]  64/15
carry [1]  10/7
case [3]  18/21 56/25 64/1
catch [1]  22/21
cc [1]  76/25
Central [2]  29/16 31/11
certain [3]  10/3 44/18 44/24
certainly [1]  5/8
CERTIFICATE [2]  74/1 74/8
Certified [3]  74/6 74/7 76/1
certify [1]  74/6
Cesar [1]  37/16
change [2]  75/3 76/17
changes [6]  19/16 33/1 74/20 75/21
76/18 76/18
Chavez [1]  37/16
check [7]  19/15 19/22 22/6 32/2 38/23
38/23 39/23
checking [1]  19/20
choose [1]  15/6

## CHRISTIAN [12]  1/16 2/3 3/8 4/1 4/5
4/6 53/13 73/5 75/20 75/25 76/5 76/10
circumference [1]  18/7
circumstance [3]  43/21 43/24 62/17
circumstances [2]  43/18 60/3
city [10]  1/9 3/4 3/19 3/20 4/7 4/9 6/11
6/13 6/19 26/5
Civ [5]  74/9 74/11 74/14 74/17 74/21
Civil [2]  74/10 76/20
clarification [4]  29/1 35/12 44/22 61/19
clarify [6]  8/8 9/3 12/5 34/25 54/1 67/7
class [3]  8/14 9/22 9/25
clean [1]  31/5
close [2]  21/9 37/25
coach [35]  25/25 26/17 27/20 27/22
28/1 28/5 28/21 29/2 29/5 29/12 29/13
29/24 29/25 30/1 30/11 30/12 30/13
30/15 30/25 31/4 31/5 31/6 32/5 32/11
32/16 32/17 36/23 36/25 38/1 38/5 41/7
41/9 42/5 42/12 72/12
coat [2]  38/3 72/21
Code [1]  74/10
column [1]  13/7
come [2]  64/2 64/4
comes [2]  26/10 40/21
comfortability [1]  32/10
commencing [1]  3/3
compared [1]  35/19
compartment [1]  32/10
compensation [1]  13/25
complained [1]  66/16
complaint [5]  67/19 68/2 68/4 68/8
68/10
completion [1]  74/19
concern [3]  14/8 22/10 41/11
concerns [1]  41/8
concert [1]  49/22
concluded [1]  73/2
condition [1]  5/25
confuse [2]  13/13 39/14
congestion [1]  14/13
considered [2]  54/21 55/1
consists [1]  32/20
construction [1]  33/2
contact [1]  76/13
contained [1]  76/20
continue [1]  55/24
convenience [1]  15/8
convenient [2]  76/13 76/15
conversation [5]  29/20 32/13 68/14
68/16 69/15
cooperation [1]  76/21
copy [1]  76/15
counsel [3]  74/13 74/14 76/25
COUNTY [4]  1/9 3/20 4/9 74/4
couple [1]  5/19
court [7]  1/1 1/23 4/15 4/25 5/4 74/8
76/1
criteria [3]  13/21 13/25 14/4
CSR [5]  1/21 74/6 74/24 74/25 76/24
cul [1]  29/2 29/3 36/17
cul-de-sac [3]  29/2 29/3 36/17
current [19]  7/12 10/9 10/10 12/9 15/23
18/25 23/4 23/5 23/8 23/9 41/22 48/14
48/15 52/8 52/13 53/14 53/22 53/23
54/3
currently [5]  6/4 7/2 14/21 14/22 18/24
customary [1]  70/12

## D

DARRYL [1]  1/4
date [3]  73/7 75/25 76/12
Dated [1]  74/22
day [9]  18/1 19/13 19/19 19/19 24/23
35/13 50/24 52/23 60/14
day-to-day [1]  19/19
days [5]  11/10 36/5 50/2 52/20 76/12
de [3]  29/2 29/3 36/17
deadhead [1]  34/23
deal [1]  64/17
Dear [1]  76/10
Deborah [1]  7/13
December [5]  1/17 2/4 3/2 75/23 76/9
decision [1]  50/15
defect [3]  32/22 38/4 38/11
defects [3]  29/15 30/4 30/11
Defendants [3]  1/11 3/9 3/18
DEFENDANTS' [2]  2/11 45/12
dents [1]  31/1
depend [1]  31/15
depends [1]  27/7
deponent [3]  74/11 74/17 74/20
deposition [16]  1/15 2/3 3/2 4/7 4/11
5/4 73/2 74/1 74/16 74/16 74/19 75/21
76/9 76/11 76/13 76/20
deputy [1]  4/7
describe [6]  9/7 12/17 26/3 30/23 50/11
51/13
described [1]  40/1
description [1]  72/12
desk [1]  46/1
diesel [1]  7/9
difference [2]  62/12 67/7
different [8]  12/3 12/6 13/3 15/16 16/16
39/13 55/8 62/9
dings [1]  31/1
direction [3]  55/6 55/7 56/2
disabled [1]  63/20
disciplinary [1]  60/7
discipline [1]  47/9
disciplined [7]  16/25 17/4 47/17 71/5
71/8 71/17 71/21
discourage [5]  47/2 47/4 65/23 65/25
66/10
discouraged [18]  43/10 44/20 44/23
46/20 47/8 47/10 47/13 48/11 49/3
58/25 59/1 59/3 65/19 66/3 66/7 66/17
68/10 70/20
discusses [1]  41/15
dispatcher [19]  20/5 20/10 20/14 46/9
46/17 47/19 47/23 48/1 48/6 48/10
48/14 48/22 49/8 49/14 57/16 57/20
65/22 66/10 66/11
dispatcher's [8]  20/20 20/25 21/9 21/21
21/25 22/16 65/20 72/5
dispatchers [6]  47/1 47/1 47/2 47/10
47/14 65/20
DISTRICT [2]  1/1 1/2
division [41]  7/2 7/6 10/21 11/5 13/1
15/13 15/20 15/24 16/12 16/5 16/5 17/23
17/24 18/3 18/10 18/13 18/15 19/7
19/12 19/15 23/12 23/22 34/21 34/22
34/24 35/14 37/1 37/3 41/9 51/23 51/25
52/1 52/4 52/10 52/25 61/17 62/2 67/10
67/12 71/25 72/3
DMV [3]  9/23 9/25 10/7
document [2]  45/14 62/4
documents [1]  58/5

**D**

does [22]  1/10 10/13 11/4 11/6 11/18 18/24 25/15 25/17 27/22 28/1 28/5 29/17 32/22 32/24 33/1 35/5 35/7 37/24 38/7 41/11 50/11 70/8
doesn't [1]  19/5
done [8]  11/25 15/14 51/8 57/9 60/14 63/23 66/21 66/23
door [7]  20/16 20/24 21/7 21/10 21/12 21/14 21/15
doubt [1]  70/20
down [8]  5/1 21/16 35/2 38/6 40/12 51/22 61/14 69/23
downtime [1]  42/12
downtown [1]  52/1
drive [8]  8/16 17/7 17/12 17/22 18/13 35/2 35/7 35/13
driving [2]  18/10 32/10
DUDLEY [5]  3/24 15/18 28/25 47/22 51/3
duly [4]  3/9 4/2 74/7 74/11
during [3]  48/6 60/18 74/20
duties [1]  65/9
duty [1]  48/14

**E**

each [12]  4/22 23/19 23/22 34/5 42/20 42/25 53/20 55/6 55/6 55/7 57/1 57/7
earlier [6]  24/3 30/21 42/9 52/8 53/14 71/24
early [25]  10/22 14/5 19/7 19/10 24/25 25/1 25/6 25/12 25/14 25/15 25/17 25/19 25/22 25/22 26/23 27/3 27/15 27/22 27/24 69/20 70/8 70/9 70/11 70/12 71/3
ease [1]  14/12
easel [7]  19/24 20/7 20/9 20/13 20/24 21/6 21/24
effect [1]  74/8
eight [4]  14/20 32/14 32/15 51/18
either [3]  6/11 42/13 57/5
else [16]  6/22 8/17 19/11 20/6 22/21 24/14 24/16 27/10 27/19 30/2 38/9 39/25 40/15 48/5 61/18 68/7
emotional [1]  5/25
employee [4]  67/5 67/13 74/13 74/14
employment [1]  9/10
end [36]  11/4 11/6 13/5 16/2 23/22 30/16 31/19 31/25 34/5 34/10 34/11 35/4 35/5 35/8 38/16 38/17 38/18 39/24 42/13 42/18 49/21 49/22 53/20 53/23 55/11 55/13 55/15 55/22 56/15 57/1 57/7 57/10 63/18 63/24 64/17 71/25
ended [5]  15/12 15/16 15/20 16/5 16/8
ends [8]  11/17 11/17 12/6 13/11 15/24 34/21 36/10 57/5
enough [3]  14/6 49/3 70/13
enter [2]  21/10 21/12
entitled [1]  76/12
equipment [1]  38/2
ERRATA [2]  75/1 76/18
estimate [1]  59/8
et [4]  75/21 75/23 76/8 76/9
evaluation [3]  60/9 60/11 60/14
even [3]  18/12 36/4 49/3
event [9]  33/2 50/8 50/12 50/19 50/22 51/14 52/6 52/15 52/20
events [3]  49/18 49/20 51/5
every [6]  41/24 41/25 42/2 42/17 56/16

**E** (middle column top)

56/19
Everybody [1]  36/19
everything [1]  38/3
exact [1]  68/13
EXAMINATION [2]  2/6 4/3
examined [2]  3/10 74/11
exceeded [1]  8/20
excess [2]  44/21 44/22
excessive [7]  47/5 47/6 47/7 47/16 47/16 48/8 48/23
Excuse [3]  37/16 42/1 42/23
Exhibit [4]  45/11 45/12 57/16 58/5
exit [5]  37/15 37/17 37/23 38/12 41/7
explain [2]  8/17 37/8
extent [4]  8/12 27/14 39/11 40/20
extra [4]  34/13

**F**

facility [2]  24/18 34/12
failing [1]  71/21
failure [1]  71/17
fall [1]  64/12
familiar [2]  40/24 62/4
fancy [1]  31/21
far [9]  9/1 14/7 15/8 17/8 20/20 21/1 35/4 44/11 45/18
fare [1]  62/21
fashion [1]  57/15
Fed [5]  54/9 55/11 74/14 74/17 74/21
Federal [1]  76/20
feels [1]  36/5
feet [7]  21/3 21/4 21/5 21/18 21/18 21/19 21/19
few [3]  7/17 7/18 46/6
figure [1]  48/25
file [1]  67/22
fill [6]  45/8 45/16 62/17 63/16 66/11 72/6
filled [1]  38/5
filling [2]  62/15 65/13
final [1]  36/23
financially [1]  74/14
find [4]  18/6 19/14 22/16 22/17
finish [3]  16/16 25/2 39/3
finished [1]  41/12
FIRM [2]  3/14 76/6
first [3]  29/23 51/16 74/11
five [48]  11/24 16/22 23/16 24/1 25/10 28/6 28/7 28/9 28/13 34/20 41/20 42/1 43/14 43/19 43/24 44/3 44/5 44/13 44/15 45/1 45/2 45/5 49/17 53/6 54/15 54/17 54/18 54/24 55/2 55/3 56/10 56/11 56/18 56/19 56/21 56/23 57/1 58/20 58/21 59/4 59/11 61/8 63/1 63/4 63/5 64/19 65/16 66/23
floor [2]  3/5 3/22
follow [3]  39/22 69/8 69/10
follows [1]  4/2
force [1]  74/8
forced [1]  74/7
foregoing [2]  74/16 74/17
form [5]  45/8 45/16 45/20 62/9 76/17
format [1]  4/18
forms [1]  46/18
forth [2]  3/11 34/18
forths [1]  55/4
forward [1]  76/16
found [16]  30/13 31/6 31/9 31/13 31/15 31/17 31/20 31/21 36/24 38/1 38/23

**G**

gate [4]  38/15 38/16 49/23 50/6
gave [4]  8/13 10/3 15/7 60/11
general [1]  13/8
generally [4]  20/3 22/24 31/18 35/15
gets [2]  50/15 64/12
getting [6]  14/8 15/9 55/21 57/1 57/10 69/20
gillie [5]  20/11 20/15 20/20 21/1 21/16
give [9]  9/24 14/6 31/12 45/22 46/17 51/21 59/8 66/13 70/9
given [2]  22/15 74/17
gives [1]  13/10
gloves [1]  38/3
goes [1]  11/19
Golden [2]  49/23 50/6
good [1]  5/10
gotten [1]  30/18
grab [1]  46/2
GRANDBERRY [1]  1/4
great [1]  39/5
GREGORY [1]  3/25
grievance [1]  67/22
GRIFFIN [1]  1/4
ground [1]  4/13
group [2]  9/16 9/17
gruesome [1]  64/11
guess [1]  13/18
guys [1]  39/14

**H**

hadn't [1]  68/12
hall [1]  21/16
halt [3]  64/2 64/4 64/17
handbook [1]  25/13
happen [1]  50/11
happened [2]  61/22 64/21
happens [3]  29/11 56/5 63/16
have [109]
haven't [5]  15/14 15/14 16/22 47/21 64/8
having [2]  4/2 61/17
head [1]  5/1
headlights [1]  31/3
headquarters [1]  61/15
headway [1]  36/1
headways [1]  36/2
HEDY [1]  1/4
held [1]  6/18
hereby [1]  74/6
hereinafter [1]  3/11
hereto [1]  74/21
hired [1]  10/1
hit [3]  54/6 63/10 64/12
hmm [16]  4/16 10/5 12/2 30/8 32/15

**H**

hmm... [11]  33/23 36/18 36/20 37/6 37/14 42/16 52/3 58/15 58/21 70/5 70/17
holder [1]  74/7
home [1]  17/9
hoody [1]  31/17
hook [2]  72/21 72/21
hour [14]  3/3 5/20 18/5 18/5 19/2 24/4 24/7 62/14 69/20 69/22 70/2 70/8 70/15 71/1
hours [3]  5/19 8/19 51/18
However [2]  5/8 76/17
hub [1]  26/10
hundred [1]  21/3
hypothetical [2]  55/21 56/4

**I**

I'll [5]  5/12 22/16 22/16 23/2 66/13
I'm [38]  4/6 5/13 5/16 6/10 7/16 7/20 8/2 8/16 10/15 13/13 13/18 14/10 14/22 16/13 17/6 17/16 24/25 25/1 25/6 25/6 25/9 25/10 25/19 25/21 26/22 36/7 36/12 40/23 44/21 56/5 59/20 64/8 69/1 69/22 70/1 70/11 70/12 70/13
I've [3]  11/25 14/18 49/2
idea [15]  13/10 22/12 22/13 22/14 47/21 48/5 49/2 49/12 49/16 53/8 53/9 59/7 59/12 59/14 59/15
identification [1]  45/13
identify [4]  11/23 48/6 48/10 66/6
immediate [1]  18/3
immediately [1]  36/13
important [4]  4/17 4/21 9/5 9/11
incident [2]  62/5 62/21 63/23
incomplete [1]  56/3
indicate [1]  76/16
indicating [1]  76/18
individually [1]  9/16
information [2]  33/1 72/9
ins [1]  45/19
inside [2]  31/4 32/5
inspection [4]  29/14 32/2 32/5 36/23
instead [1]  7/6
instruct [1]  27/2
instructions [1]  31/12
interested [1]  74/14
interviews [1]  65/13
investigation [1]  64/14
involve [1]  37/24
involves [1]  30/24
involving [1]  63/7
is [133]
issue [3]  14/11 68/24 69/16
issued [1]  74/8
issues [1]  69/18
item [2]  72/5 72/12
items [3]  30/13 36/24 72/4
itself [1]  63/21
IVORY [1]  3/25

**J**

jacket [1]  38/3
January [2]  74/22 76/4
job [4]  6/8 6/18 9/9 18/7
JOEL [2]  3/15 76/6
JOHN [2]  3/24 4/6
JONATHAN [1]  3/21
just [30]  4/13 4/14 6/10 7/16 9/9 13/18

18/6 19/17 20/3 20/3 21/16 24/6 24/21 25/19 25/21 26/4 27/6 35/2 45/22 47/15 49/4 49/9 51/11 51/20 52/11 52/23 61/21 68/21 68/21 68/23

**K**

keep [1]  56/5
KENNETH [9]  1/16 2/3 3/8 4/1 4/5 73/5 73/20 75/25 76/5
kept [4]  42/4 71/11 71/14 71/23
kind [5]  41/5 43/18 49/5 49/20 64/16
knowledge [6]  7/15 27/11 45/18 46/14 61/7 71/10
known [1]  62/4

**L**

Lands [6]  49/21 49/22 49/22 49/25 51/4 51/8
Lane [1]  14/22
last [31]  7/21 16/22 36/12 37/2 41/20 43/14 43/19 43/24 44/3 44/10 44/13 44/15 45/1 47/19 47/24 48/1 48/21 49/13 49/17 51/5 58/3 58/10 58/20 59/4 59/25 62/23 62/25 64/19 66/21 66/23 76/16
late [33]  28/6 28/7 28/9 28/9 28/11 36/9 43/5 43/20 43/20 44/14 44/19 45/2 45/5 45/19 53/2 53/3 53/4 53/24 55/13 55/16 56/1 56/5 56/10 56/14 56/17 56/19 56/21 56/23 57/10 57/20 59/20 69/18 69/18
later [4]  38/24 41/22 41/25 42/7
law [6]  3/14 3/15 3/21 4/15 76/6 76/6
lawsuit [2]  4/8 4/9
Layover [1]  33/8
lead [3]  13/21 36/2 47/9
Leandro [2]  14/11 14/19 15/2
least [3]  25/21 69/2 69/3
led [1]  15/9
left [6]  13/21 29/14 30/12 31/6 49/4 55/17
legs [1]  5/21
less [3]  28/9 45/5 56/21
license [5]  8/14 9/22 10/1 10/7 74/25
light [2]  26/10 64/12
light-rail [2]  26/10 64/12
lights [1]  32/3
line [38]  11/15 11/16 11/18 11/20 12/1 12/4 12/6 16/15 16/16 18/18 23/13 23/15 23/16 23/24 30/16 34/5 34/11 35/4 35/10 35/15 35/20 36/3 42/13 53/17 53/20 53/23 54/7 55/11 55/13 55/15 55/22 57/3 57/4 64/11 64/13 75/3 76/16 76/19
lines [4]  23/25 35/17 57/5 57/9
little [4]  24/8 26/6 34/13 72/18
live [2]  14/9 14/21
lived [2]  14/17 15/2
living [1]  14/19
local [1]  24/21
located [1]  38/14
location [6]  15/15 15/16 18/25 20/1 20/18 34/8
locations [2]  20/3 22/6
Log [4]  2/12 58/12 58/23 59/6
Lois [1]  14/22
long [17]  6/10 6/13 7/4 7/14 7/24 14/17 14/19 18/1 18/24 35/7 38/7 41/17 46/4 51/17 60/25 64/23 68/16

longer [1]  24/8
look [6]  14/5 14/6 25/20 30/12 38/1 68/3
looked [3]  47/6 51/14 69/13
looking [2]  14/4 69/14
looks [1]  26/3
lost [13]  30/13 31/6 31/9 31/13 31/20 36/24 38/1 38/23 72/4 72/6 72/7 72/9 72/16
lost-and-found [11]  30/13 31/6 31/9 31/13 31/20 36/24 38/1 38/23 72/4 72/6 72/7 72/9 72/16
lousy [1]  5/11
lugs [1]  31/2
lunch [7]  24/13 24/19 25/2 25/10 34/16 69/24 69/25

**M**

made [5]  52/1 52/2 66/10 74/20 75/20
Majority [1]  12/13
making [2]  29/20 35/14
man [2]  28/19 48/19
management [4]  46/24 46/25 65/24 66/6
manner [1]  32/11
many [14]  34/18 44/9 44/21 47/18 48/21 49/7 49/13 51/8 52/20 58/10 63/1 63/3 64/21 70/12
MARIE [5]  1/21 3/5 74/6 74/24 76/24
mark [1]  45/10
marked [3]  34/8 45/12 58/5
Market [2]  3/4 3/22
matter [3]  49/3 60/7 75/21
matters [1]  22/10
max [1]  5/19
may [7]  5/10 33/18 36/1 38/1 69/4 76/13 76/15
Meaning [2]  12/5 35/1
meant [1]  65/5
mechanics [1]  9/24
medication [1]  5/25
meet [1]  61/9
meeting [7]  61/8 61/14 61/17 61/18 61/21 62/1 62/2
meetings [1]  59/22
memory [3]  44/8 59/16 59/17
mentioned [3]  9/21 42/11 66/9
might [2]  41/2 48/22
mind [1]  41/6
minute [4]  27/24 53/10 53/19 56/8
minutes [50]  17/10 19/21 24/7 25/9 25/10 25/15 25/21 25/22 26/17 27/19 28/6 28/7 28/9 28/11 28/13 29/18 29/19 29/22 30/7 32/14 32/15 33/14 34/6 35/9 37/5 38/8 38/24 42/1 42/1 43/3 44/21 44/24 45/2 45/5 47/5 47/16 53/6 53/6 56/10 56/18 56/19 56/21 56/23 61/1 66/13 68/17 69/18 69/18 69/21 70/12
minutes' [5]  53/24 55/16 56/1 56/11 57/1
mirrors [2]  32/8 32/9
Miscellaneous [6]  62/10 62/13 62/15 62/18 62/24 63/2
missing [2]  36/1 36/2
misstates [1]  39/12
mm [16]  4/16 10/5 12/2 30/8 32/15 33/23 36/18 36/20 37/6 37/14 42/16 52/3 58/15 58/21 70/5 70/17
mm-hmm [16]  4/16 10/5 12/2 30/8

**M**

mm-hmm... [12]  32/15 33/23 36/18
36/20 37/6 37/14 42/16 52/3 58/15
58/21 70/5 70/17
money [2]  13/24 15/7
months [2]  7/17 7/18 46/6
more [15]  13/15 20/1 28/7 29/22 37/17
44/5 56/23 59/11 59/13 63/4 65/16
68/25 69/4 70/21 76/15
most [3]  13/23 13/24 36/6
mostly [1]  30/5
Mr [7]  2/7 4/3 15/18 28/25 47/22 51/3
76/10
Mr. [5]  4/6 8/4 53/13 61/22 65/25
Mr. Christian [2]  4/6 53/13
Mr. Weingarten [3]  8/4 61/22 65/25
Ms. [1]  66/3
Ms. Franks [1]  66/3
MTA [3]  8/6 48/7 61/15
much [10]  13/7 19/19 26/16 29/17
29/19 33/13 41/25 60/22 71/6 71/23
Muni [14]  6/11 8/6 17/11 18/9 18/18
24/18 26/5 48/11 67/5 67/8 67/13 70/1
70/8 71/9
MUNICIPAL [4]  1/8 6/5 75/22 76/8
must [1]  14/5
mutually [1]  76/13
myself [1]  30/14

**N**

name [10]  4/4 4/5 4/6 7/21 28/17 48/5
48/17 67/2 72/13 76/16
nature [4]  65/5 67/19 68/21 68/21
nearby [1]  26/13
need [11]  4/22 5/20 25/15 25/17 26/20
27/14 36/22 40/6 44/18 45/8 45/19
Neil [2]  7/20 60/12
Ness [1]  61/15
never [10]  16/4 25/1 27/24 28/3 28/11
43/9 58/7 58/8 58/9 64/1
new [3]  9/18 19/8 31/1
next [4]  29/11 30/9 36/2 45/10
nice [1]  24/23
night [4]  41/24 41/25 42/2 50/16
nodding [1]  5/1
non [2]  62/20 62/21
Non-violent [1]  62/21
none [1]  62/25
normally [6]  19/17 23/2 32/20 34/6
35/12 69/25
NORTHERN [1]  1/2
not [40]  5/3 7/16 7/20 8/2 8/16 10/15
13/13 15/18 16/25 17/6 17/16 23/1
25/19 26/22 27/11 30/11 40/23 44/21
46/1 47/22 49/3 50/25 58/1 58/4 58/11
58/16 58/17 58/17 58/23 59/5 61/6 61/7
62/15 62/21 64/8 69/1 70/11 70/21
74/13 74/19
nothing [1]  22/21
Notice [1]  3/1
notify [2]  29/16 31/11
number [10]  8/1 9/18 12/3 48/25 50/21
59/8 72/12 72/12 74/8 76/19
numerous [1]  23/16

**O**

o0o [1]  2/13
oath [2]  4/14 4/15
oaths [1]  74/10

objection [17]  8/11 17/5 20/22 22/11
22/19 27/4 28/24 39/11 44/6 49/9 51/15
53/25 56/3 57/11 57/17 58/6 58/16
obviously [3]  13/13 15/23 64/14
occasion [5]  35/17 63/10 63/19 68/19
68/23
occasionally [1]  64/10
occasions [2]  5/9 61/9
occur [1]  34/4
off-peak [1]  14/14
office [15]  3/4 3/19 20/12 21/9 21/19
22/2 22/3 22/4 45/20 63/25 67/11 72/6
76/12 76/13 76/17
officer [1]  74/16
OFFICER'S [1]  74/1
often [13]  35/19 41/22 43/16 44/2 44/13
53/22 56/14 57/9 57/25 58/3 59/4 59/25
62/23
Oh [5]  9/6 16/18 23/7 58/25 67/12
once [13]  19/12 19/14 37/22 38/9 50/14
51/10 60/2 64/22 68/25 69/2 69/3 69/4
71/24
one [32]  4/21 9/21 10/25 11/1 11/1
15/15 16/15 19/2 20/1 34/11 34/13
37/17 38/16 42/18 45/8 46/8 46/11
46/15 46/17 47/21 52/22 52/23 54/19
54/24 55/1 55/6 55/7 56/14 57/10 58/4
61/12 61/21
one's [1]  39/23
one-day [1]  52/23
one-piece [2]  10/25 11/1
one-ways [1]  54/24
only [6]  6/18 7/6 13/20 27/17 56/11
56/25
op [5]  29/14 29/15 30/10 30/23 37/23
open [1]  17/23
operate [5]  7/9 8/16 9/24 32/11 33/24
operating [5]  10/4 16/15 16/16 65/1
65/10
operator [18]  2/12 6/9 6/21 6/25 16/14
26/6 28/15 29/20 32/13 49/18 51/9
57/23 58/12 58/23 59/5 67/9 67/15
71/20
operators [7]  9/19 17/3 17/12 17/14
17/20 27/3 67/16
order [1]  45/11
original [2]  76/11 76/25
others [1]  1/5
ought [1]  70/15
our [2]  76/13 76/17
out [34]  10/20 15/10 15/13 28/22 29/3
29/5 29/8 31/19 33/15 34/8 35/14 36/12
36/21 38/3 38/5 38/12 41/6 45/8 45/16
46/1 46/4 51/25 52/1 52/6 54/18 62/15
62/17 63/7 63/16 64/10 65/6 65/13
66/11 72/6
outfit [3]  32/17 32/19 32/20
outside [8]  19/17 30/25 31/4 32/2 49/22
49/25 51/4 51/8
overlooked [1]  38/2
overtime [69]  8/23 43/7 43/11 43/13
43/19 43/22 43/25 44/14 44/19 45/2
45/4 45/7 45/8 45/17 46/12 46/12 46/18
46/21 47/3 47/7 47/11 47/14 48/8 48/8
48/11 48/23 48/24 49/6 49/15 52/16
52/17 52/18 57/15 57/21 57/25 58/1
58/4 58/5 58/11 58/12 58/14 58/22
58/23 58/24 59/5 61/2 61/4 61/6 62/14
65/20 65/23 66/1 66/4 66/7 66/11 66/12

66/17 67/21 68/8 68/11 68/12 68/14
68/24 69/13 69/13 70/19 71/6 71/9
71/14

**P**

P.m [2]  11/8 11/9
page [6]  2/5 2/10 75/3 76/16 76/17
76/19
pages [1]  5/3
paid [20]  8/19 15/8 44/25 46/12 47/12
47/15 48/12 49/14 52/18 59/2 61/4 61/6
61/7 62/14 62/16 67/21 68/12 70/15
71/7 72/15
paper [4]  24/15 24/19 25/2 39/20
paperwork [1]  63/24
park [7]  17/22 18/1 19/14 19/14 24/23
49/23 50/6
parked [1]  21/24
parking [4]  17/24 18/5 18/6 18/8
part [3]  34/23 36/10 37/9
participating [1]  4/8
particular [9]  11/1 11/18 12/14 13/23
15/8 38/12 40/25 68/18 69/25
parties [1]  74/13
pass [2]  9/25 66/12
passenger [1]  60/5
passengers [5]  10/7 30/18 33/18 35/1
65/6
past [10]  11/24 23/16 24/1 43/5 43/11
49/7 51/11 61/8 61/23 63/1
pay [2]  13/8 70/21
paying [1]  62/21
pays [1]  13/24
peak [1]  14/14
people [1]  13/14
perform [4]  39/16 40/9 52/7 52/11
performance [4]  60/9 60/11 60/13
61/22
performed [1]  52/8
performing [3]  41/12 52/12 71/24
period [2]  18/21 74/20
person [9]  29/13 30/2 63/9 63/12 64/15
65/3 65/4 65/22 67/22
person's [2]  28/17 48/17
personal [3]  14/25 17/8 17/12
personally [1]  3/7
pg [1]  2/12
phone [1]  57/19
physically [1]  32/9
pick [1]  15/10
picked [2]  13/15 57/19
piece [8]  10/25 10/25 11/1 16/11 16/13
16/17 16/18 39/19
place [3]  19/14 19/25 25/23
places [1]  26/6
Plaintiff [1]  3/13
Plaintiffs [1]  1/6
plan [1]  76/13
please [6]  4/4 5/12 5/21 58/18 76/12
76/18
point [21]  11/2 17/1 18/12 18/16 19/18
22/22 25/14 26/14 26/21 27/3 28/21
30/21 31/10 33/17 36/8 39/14 43/13
50/12 51/24 57/7 69/19
points [7]  34/2 34/14 42/18 54/7 55/8
56/15 57/10
policies [3]  8/10 26/20 27/2
policy [1]  17/11
POLK [2]  1/24 76/2

# P

porta [1]  34/10
porta-toilet [1]  34/10
Portal [29]  11/19 23/1 23/6 24/5 24/10
  24/18 26/8 26/9 29/2 33/7 34/11 34/19
  35/6 35/8 35/10 35/15 36/11 36/17
  36/22 38/22 39/7 39/13 39/17 40/1
  41/13 42/20 54/19 54/25 55/1
position [2]  9/10 67/9
positive [1]  8/16
possession [2]  29/12 30/15
post [2]  12/25 50/18
posted [1]  19/24
practices [1]  8/10
pre [4]  29/14 29/15 30/10 30/23
pre-op [4]  29/14 29/15 30/10 30/23
preference [3]  12/19 12/19 13/20
prepare [1]  5/4
prepared [3]  44/9 62/23 63/2
present [6]  3/24 15/18 28/25 47/22 51/3
  61/20
pretty [1]  21/9
prevents [1]  6/1
previous [1]  11/20
prior [1]  74/11
probably [6]  5/9 5/19 5/20 40/22 40/22
  40/24
problems [3]  29/13 29/25 30/3
Procedure [2]  74/11 76/20
proceed [3]  29/16 36/13 37/3
process [1]  29/17
professional [1]  32/11
prompted [1]  68/18
property [1]  70/1
protocol [1]  39/22
provided [1]  74/20
providing [1]  6/1
public [6]  17/15 17/18 18/17 18/24
  19/18 22/21
pull [31]  10/20 15/13 15/13 26/17 28/20
  29/4 33/15 36/21 37/20 37/22 38/15
  38/16 38/22 41/22 41/25 42/5 43/20
  43/20 44/14 44/19 45/2 45/5 45/19 52/4
  52/25 53/2 53/23 56/10 57/7 71/25 72/3
pull-in [7]  15/13 43/20 43/20 44/14
  44/19 45/2 45/5
pull-ins [1]  45/19
pull-out [2]  15/13 28/22
pulled [6]  36/17 51/25 52/1 52/6 52/10
  52/12
pulling [2]  42/2 43/5
pulls [5]  23/12 28/21 29/2 29/5 29/8
pursuant [2]  3/1 74/10
pursue [1]  49/3
put [31]  38/11 43/7 43/11 43/13 43/18
  43/21 43/25 44/14 44/19 45/7 45/8
  46/12 46/18 48/8 48/23 49/15 50/13
  50/14 57/15 57/21 58/1 58/4 58/11
  58/14 58/23 59/5 61/2 62/20 68/11 72/9
  72/13
putting [19]  44/23 45/1 45/4 46/20 47/3
  47/11 47/14 47/17 48/11 65/20 65/23
  65/25 66/3 66/7 66/10 66/17 68/11 71/5
  71/8

# Q

qualified [1]  74/7
question-and-answer [1]  4/17
questions [3]  4/18 5/7 72/24

quickly [1]  4/13

# R

radio [1]  38/4
rail [2]  26/10 64/12
railroad [1]  18/2
range [3]  13/1 13/14 50/18
rather [1]  35/22
Re [1]  76/8
reach [1]  42/18
read [9]  19/8 19/9 19/11 22/6 24/15
  24/19 71/17 71/21 76/15
reading [4]  19/20 25/2 71/12 76/15
ready [3]  30/14 32/7 33/18
reason [3]  5/24 12/14 41/5
reasons [3]  5/10 15/5 76/18
receive [5]  8/7 8/18 8/22 8/25 9/4
Recess [1]  53/12
recognize [1]  45/14
recollect [1]  59/14
recollection [3]  15/17 41/1 44/11
record [1]  74/17
recorded [1]  74/16
records [4]  42/4 71/11 71/14 71/23
recovery [23]  33/10 33/11 42/14 42/15
  42/17 42/22 42/23 43/1 53/14 53/16
  53/20 53/24 54/9 55/5 55/5 55/5 55/8 55/16
  55/25 56/1 56/8 56/11 57/1 57/4 57/4
refer [1]  6/11
reframe [1]  5/13
refused [2]  46/9 46/17
regarding [2]  26/20 76/20
regular [1]  8/20
regularity [1]  24/1
regularly [2]  50/25 60/14
regulations [1]  8/15
relationship [1]  38/14
relative [2]  74/13 74/13
relief [32]  10/21 10/23 11/2 15/21 15/24
  16/2 16/7 16/8 18/12 18/16 19/18 23/19
  25/3 25/8 25/14 25/18 25/23 26/8 26/13
  26/20 26/21 26/24 27/7 28/21 29/12
  29/21 33/5 36/8 39/14 42/21 51/24
  69/19
relieve [1]  28/15
relieving [1]  32/13
remember [49]  8/5 11/12 11/20 41/4
  41/17 42/11 43/17 44/7 44/12 46/5
  51/20 51/20 51/23 53/4 53/5 53/7 57/12
  57/14 59/19 59/20 60/12 60/13 60/17
  60/22 60/24 60/25 61/11 61/12 61/13
  63/3 64/23 64/24 66/2 66/5 66/20 66/22
  67/2 67/17 67/23 67/25 68/7 68/13
  68/20 68/20 68/22 68/25 69/17 72/11
  72/14
REMEMBERED [1]  3/1
rep [21]  67/4 67/5 67/8 67/12 67/16
  67/20 67/24 68/1 68/5 68/7 68/19 68/24
  69/6 69/8 69/16 70/3 70/6 70/14 70/18
  70/22 70/24
repeat [3]  55/19 58/2 58/18
report [24]  10/14 10/15 10/15 13/1
  13/14 43/23 44/2 50/18 60/5 62/5 62/7
  62/10 62/12 62/13 62/14 62/15 62/18
  62/24 63/2 63/6 63/14 63/21 63/23 64/2
reported [2]  1/21 31/8
reporter [5]  3/6 4/25 5/4 74/7 74/20
Reporters [2]  74/8 76/1
REPORTING [2]  1/23 76/1

reports [2]  44/9 65/13
representative [1]  67/10
request [5]  8/23 45/23 45/24 50/13
  66/12
requested [2]  74/19 74/20
require [1]  70/8
required [9]  25/13 39/6 39/9 39/17
  39/20 40/2 40/10 40/20 64/2
requirements [3]  40/12 40/14 40/18
requires [2]  17/11 70/9
respect [5]  8/9 11/15 22/9 23/15 49/5
respond [1]  4/22
response [2]  4/23 70/7
responsibilities [1]  9/1
responsibility [1]  30/16
rest [1]  65/10
restaurant [2]  24/21 69/24
restricted [2]  17/24 18/8
restrictions [1]  18/2
restroom [3]  19/17 34/6 34/14
retail [1]  7/1
retrieve [1]  72/5
revenue [5]  30/21 33/17 35/4 36/10
  41/12
review [4]  5/5 61/22 74/19 76/13
rider [1]  63/14
rightly [1]  72/11
rights [1]  76/20
road [1]  8/15
Rolnick [4]  2/7 3/21 4/3 4/6
room [5]  20/11 20/15 20/20 21/1 21/16
round [10]  34/20 54/13 54/15 54/17
  54/18 54/21 54/23 54/24 55/6 55/12
round-trip [2]  54/21 55/6
round-trips [5]  34/20 54/13 54/15 54/24
  55/12
route [3]  32/21 37/7 51/21
rubber [1]  72/18
rule [13]  25/13 26/19 26/23 27/1 27/15
  27/17 39/22 40/3 40/4 40/13 40/21 41/6
  70/11
rules [3]  4/14 8/15 76/20
run [89]
run's [1]  55/24
running [2]  55/13 55/16
runs [18]  11/23 12/3 13/3 13/16 15/6
  15/10 15/12 15/15 15/13 15/20 16/1
  16/7 16/10 16/11 23/16 23/19 50/2
  50/21

# S

sac [3]  29/2 29/3 36/17
sales [1]  7/1
same [6]  16/8 31/21 37/25 52/11 53/19
  62/7
SAN [18]  1/8 1/9 1/24 3/5 3/20 3/23 4/9
  6/4 14/10 14/10 14/17 14/19 14/21 15/2
  74/4 75/22 76/2 76/8
Saturday [1]  11/11
saw [1]  41/17
says [3]  26/23 39/20 39/23
schedule [1]  8/20
scheduled [5]  50/25 60/15 60/18 60/20
  60/23
seat [1]  32/9
seats [1]  31/5
Section [1]  74/11
secure [1]  38/5
see [6]  19/8 19/16 21/21 29/14 30/11

## S

see... [1] 30/12
seen [2] 41/2 49/6
seldom [1] 35/21
send [1] 76/18
seniority [2] 12/23 13/15
serve [1] 67/10
service [4] 29/16 55/18 60/5 65/7
SERVICES [2] 1/23 76/1
set [8] 3/11 20/9 26/6 30/13 30/14 32/8 32/10 50/21
shack [1] 26/6
Shattuck [2] 3/16 76/7
she [2] 7/14 7/16
sheet [7] 32/21 33/5 51/21 54/4 56/7 75/1 76/18
shift [6] 12/10 12/12 31/19 39/24 63/18 63/24
shifts [2] 12/8 12/15
shop [1] 67/3
Shorthand [3] 3/6 74/7 76/1
should [3] 9/1 30/4 31/7
show [1] 5/3
shows [3] 13/3 13/5 13/7
shut [1] 38/5
sic [1] 7/20
side [3] 5/2 5/2 21/20
sign [4] 50/9 50/24 70/19 76/15
signature [3] 76/12 76/16 76/20
signed [1] 47/21
signing [1] 44/20
similarly [1] 1/5
since [4] 16/4 16/6 61/20 61/25
single [1] 68/23
sit [3] 24/23 26/12 69/25
site [3] 69/21 69/22 70/1
sitting [1] 46/1
situated [1] 1/5
six [20] 16/23 18/5 23/17 24/1 43/14 43/19 43/24 44/3 44/13 44/15 45/1 48/21 49/7 49/13 49/17 49/17 51/5 58/10 65/16 66/23
six-hour [1] 18/5
size [1] 72/8
slip [1] 50/14
slips [1] 47/18
Sloat [7] 11/19 34/19 42/25 54/18 54/25 55/1 55/22
so [95]
somebody [8] 27/7 48/5 62/21 62/22 64/11 67/6 67/8 67/11
something [12] 13/19 24/24 50/8 59/1 62/9 62/19 62/20 62/22 63/10 70/3 72/19 72/22
sometimes [12] 19/23 19/23 20/5 20/7 20/11 20/13 20/16 21/6 21/24 35/24 36/4 55/11
somewhere [1] 6/15
sort [11] 5/24 5/25 13/8 26/5 26/7 29/19 47/7 50/18 63/9 64/15 67/9
sorts [1] 32/3
sounds [1] 29/8
space [1] 18/6
speak [1] 69/1
special [11] 49/18 49/20 50/8 50/12 50/19 50/22 51/5 51/14 52/6 52/15 52/20
specific [2] 25/20 70/10
speculation [3] 17/5 20/22 56/4

spend [2] 19/20 71/24
spent [1] 71/12
Spill [1] 62/19
spilled [1] 62/19
spills [1] 31/6
spoke [2] 68/22 68/23
square [3] 38/19 38/19 38/21
ss [1] 74/3
stanchion [1] 31/5
standards [1] 9/23
start [15] 10/13 10/16 10/19 13/5 16/1 17/1 18/25 19/5 19/12 19/17 22/22 27/3 30/14 35/13 39/4
started [14] 6/15 7/16 8/6 9/5 15/12 15/15 15/20 16/5 16/7 18/10 18/12 23/14 23/19 51/23
starts [8] 11/2 12/6 15/24 16/14 23/4 23/6 23/10 25/10
state [5] 3/7 4/4 74/3 74/7 74/25
stated [1] 58/17
statement [1] 49/6
statements [1] 66/9
states [4] 1/1 40/23 40/25 41/7
station [2] 18/3 26/9
Stay [1] 39/23
steel [1] 62/22
stenographically [1] 74/16
step [1] 13/14
steps [1] 29/24
steward [1] 67/3
still [4] 53/24 55/16 56/1 69/14
STITT [4] 1/4 4/9 75/21 76/8
Stonestown [12] 10/24 11/2 19/1 22/22 22/25 23/2 23/4 23/14 23/20 24/4 24/7 24/8
stop [5] 30/20 30/22 37/2 63/20 64/13
stopped [1] 33/7
straight [1] 33/24
street [7] 1/24 3/4 3/22 28/22 63/7 69/23 76/2
stretch [1] 5/21
submit [1] 8/22
submitted [2] 46/8 46/11
submitting [1] 57/16
substance [1] 76/17
such [1] 74/14
suffering [1] 5/25
Suite [2] 3/16 76/7
summer [1] 50/4
Sunday [1] 11/11
superintendent [7] 7/12 7/14 7/19 7/24 8/3 59/23 61/10
supervisor [2] 59/23 61/10
supposed [6] 10/20 26/17 27/6 33/6 43/6 54/6
sure [25] 7/16 7/20 8/2 10/15 14/6 24/6 24/25 24/25 25/19 25/21 30/10 31/1 31/1 31/5 32/9 36/24 38/2 38/4 39/23 44/22 58/19 69/1 70/10 70/11 70/13
suspicious [1] 37/1 36/24
sworn [3] 3/10 4/2 74/11
system [1] 40/25

## T

tags [1] 72/18
taillights [1] 31/3
take [32] 5/20 13/23 14/12 17/14 17/18 18/18 18/24 26/6 29/12 29/17 32/13 34/2 34/6 34/13 35/7 35/11 35/12 35/24

35/25 36/3 36/7 37/7 38/7 46/9 53/10 53/24 55/16 55/17 55/20 56/1 56/11 72/5
taken [6] 4/8 4/11 65/6 75/21 75/23 76/9
takes [6] 24/3 24/7 24/8 30/6 32/5 37/5
taking [3] 3/2 30/15 72/15
talk [3] 61/20 67/1 67/3
talked [6] 39/7 41/12 52/11 61/21 70/3 71/24
talking [7] 5/13 16/13 41/8 52/7 53/13 65/19 70/14
tasks [2] 52/7 71/24
tell [9] 4/15 9/11 20/3 31/17 31/21 31/24 49/7 49/13 51/21
telling [2] 47/4 69/17
ten [27] 19/21 29/18 29/19 33/14 34/5 34/20 38/8 42/1 43/3 53/6 53/10 53/19 53/24 54/13 54/14 54/17 54/18 54/20 54/22 55/4 55/8 55/16 56/1 56/8 63/4 66/13 68/17
ten-minute [3] 53/10 53/19 56/8
term [4] 16/10 16/13 25/8 42/11
test [1] 9/25
testified [3] 3/10 4/2 24/3 39/12
testimony [6] 6/2 39/12 58/17 74/16 74/17 76/16
Thank [4] 39/5 72/25 73/1 76/21
themselves [1] 1/5
there's [28] 13/7 16/15 18/5 19/16 20/24 20/24 22/21 26/4 26/9 26/13 29/2 29/3 30/10 30/12 31/1 31/7 31/9 32/16 36/24 38/13 42/12 42/20 42/25 50/21 55/8 62/9 63/6 64/10
thereof [1] 3/3
thereupon [1] 3/10
these [9] 15/10 22/16 22/16 32/12 45/19 46/8 46/11 46/18 55/12
they'll [2] 20/9 50/16
They've [1] 12/8
thing [4] 29/23 31/22 37/25 64/15
things [15] 4/21 9/21 13/20 15/9 31/7 32/3 32/12 38/2 38/12 39/7 39/13 40/7 41/15 46/11 72/15
think [9] 15/5 16/10 41/17 41/20 45/11 49/25 54/3 67/13 72/24
this [23] 4/17 6/18 9/15 9/15 10/25 11/1 18/21 28/21 29/23 33/5 36/17 45/10 45/14 45/16 45/20 49/5 51/11 55/20 68/24 70/3 74/14 76/12 76/20
those [29] 13/20 15/19 16/22 22/9 23/19 32/3 34/13 38/11 39/6 40/6 40/10 40/12 40/14 40/17 41/15 42/18 47/15 54/20 55/2 55/3 56/15 57/5 57/9 57/10 58/4 72/15 72/18 72/24 76/18
though [2] 29/6 36/4
thought [4] 22/15 23/4 23/7 24/3
three [4] 10/16 14/18 36/1 50/2
throughout [1] 18/21
TIDRICK [2] 3/14 76/6
time [73] 9/9 9/10 10/13 10/14 10/15 11/6 14/2 14/6 14/15 17/1 18/9 18/21 19/3 19/19 22/24 25/7 25/9 25/20 27/7 28/1 28/3 28/5 29/17 31/10 33/6 33/7 33/8 33/10 33/11 33/13 34/13 36/11 37/20 42/4 42/14 42/15 42/17 42/17 42/20 42/21 42/22 42/23 42/25 43/1 43/6 44/18 47/6 47/19 48/6 48/10 52/25

84

**T**

time... [22]  53/14 53/16 53/20 54/6 54/9
55/5 55/5 55/8 55/17 55/25 56/1 56/19
57/7 57/13 58/13 59/18 59/19 59/21
70/10 71/2 71/11 71/23
times [16]  12/7 13/5 23/16 34/18 44/5
47/17 48/21 49/7 49/14 51/8 58/10 59/9
59/11 59/13 63/1 64/21
timing [2]  12/18 14/6
TINA [5]  1/21 3/5 74/6 74/24 76/24
title [1]  6/8
today [2]  4/8 6/2
toilet [1]  34/10
told [20]  9/8 15/7 22/20 23/7 27/12
30/11 39/22 40/6 40/17 44/20 44/23
48/7 48/22 49/2 49/8 49/14 59/2 69/14
70/19 70/23
TONY [1]  1/4
too [3]  47/18 71/5 72/13
took [1]  4/14
total [2]  54/16 65/24
traffic [7]  14/8 14/11 28/23 29/3 29/6
29/8 33/2
trained [3]  8/9 9/7 9/23
training [12]  8/7 8/14 8/18 8/22 8/25 9/4
9/15 9/15 9/19 9/22 10/3 39/20
transcript [6]  74/17 74/19 76/11 76/13
76/15 76/16
transfers [4]  32/20 38/4 38/11 62/22
transit [17]  2/12 6/9 6/21 6/24 9/18
17/18 18/17 18/24 19/18 22/22 26/9
26/10 27/2 58/11 58/23 59/5 67/15
transportation [5]  1/9 6/5 17/15 75/22
76/9
Travel [1]  71/2
traveling [1]  14/14
trip [9]  35/14 54/19 54/19 54/21 55/1
55/6 55/6 55/7 56/16
trips [9]  34/20 34/20 54/13 54/15 54/16
54/17 54/18 54/24 55/12
true [1]  74/17
truly [1]  76/22
truth [1]  4/15
truthful [1]  4/11
try [3]  5/12 14/12 37/11
trying [3]  13/13 13/18 14/11
Tuesday [3]  1/17 2/4 3/2
turn [3]  31/19 31/24 31/25
turning [1]  47/8
twilight [8]  12/8 12/9 12/12 12/15 13/19
14/7 15/6 15/10
twilights [1]  14/12
two [15]  10/25 11/17 16/11 16/13 16/17
16/18 27/24 28/11 29/22 30/6 36/1
38/19 39/15 48/1 66/9
two-piece [5]  10/25 16/11 16/13 16/17
16/18
types [1]  66/9

**U**

under [4]  4/14 44/24 62/17 64/12
understand [9]  5/10 5/12 5/13 8/12
13/19 20/17 27/5 36/9 55/18
understanding [5]  16/17 16/19 26/22
40/21 64/8
understood [1]  5/17
union [33]  20/12 21/19 22/2 22/3 22/4
22/9 22/10 22/17 66/16 67/4 67/5 67/6
67/8 67/9 67/10 67/12 67/16 67/20

67/24 68/1 68/5 68/7 68/19 68/24 69/6
69/8 69/16 70/3 70/6 70/14 70/18 70/22
70/24
union's [1]  67/11
UNITED [1]  1/1
unreliable [3]  35/23 35/25 36/4
unscheduled [6]  45/16 57/25 58/4
58/11 58/22 59/5
until [2]  19/5 33/25
unusual [1]  29/25
up [17]  4/25 5/3 5/21 13/14 13/18 20/9
26/6 30/13 30/14 32/8 32/10 50/9 50/24
57/19 69/8 69/10 72/5
upon [1]  47/6
us [3]  9/24 9/24 76/18
use [9]  16/13 19/17 24/19 34/14 35/15
35/17 35/19 35/22 37/18
used [2]  42/12 69/19
user [2]  48/23 49/6
using [1]  58/4
usually [1]  28/5

**V**

vague [11]  8/11 22/11 22/19 27/4 28/24
51/15 53/25 57/17 58/6 59/16 59/17
vagued [1]  41/6
Van [1]  61/15
various [1]  54/6
vehicle [24]  2/12 14/25 17/8 17/22
18/13 33/6 35/2 35/8 38/14 38/24 39/23
58/12 58/23 59/6 63/7 63/9 63/10 63/14
64/12 64/13 64/25 65/3 65/10 71/25
vehicles [1]  17/12
VELASQUEZ [5]  1/21 3/6 74/6 74/24
76/24
versus [1]  67/11
very [3]  5/10 35/21 76/22
view [1]  50/12
viewed [2]  48/7 48/22
violent [1]  62/21
visual [2]  31/2 32/2

**W**

WAGNER [2]  1/23 76/1
wait [4]  19/18 25/23 25/24 27/20
waiting [3]  26/16 33/18 70/16
walk [4]  17/20 20/15 20/23 21/6
want [8]  8/17 18/1 24/6 39/14 48/25
49/3 57/20 61/20
wanted [1]  8/19
was [79]
wasn't [2]  59/2 69/23
watch [1]  31/21
way [7]  33/22 36/8 46/15 47/10 47/13
61/12 76/18
ways [1]  54/24
we [9]  4/22 45/10 52/7 52/11 53/10
61/21 65/19 71/24 76/13
we're [3]  4/7 39/22 45/11
Weingarten [5]  7/22 8/4 60/12 61/22
65/25
welcome [1]  33/21
well [20]  8/13 9/23 12/16 14/5 18/2
19/14 23/1 26/7 30/3 34/5 36/7 40/10
44/20 51/25 54/9 54/16 54/18 55/12
63/23 67/16
went [3]  9/19 10/6 52/1
were [20]  8/9 9/18 10/1 14/19 16/10
29/13 30/11 34/10 52/7 53/13 53/16

60/3 60/14 65/1 65/9 65/19 68/10 69/14
70/14 71/3
West [29]  11/19 23/1 23/6 24/5 24/10
24/18 26/8 26/9 29/1 33/7 34/11 34/19
35/6 35/8 35/10 35/15 36/10 36/17
36/22 38/22 39/7 39/13 39/17 40/1
41/13 42/20 54/19 54/25 55/1
what [60]  5/13 6/24 7/2 8/16 8/19 9/7
10/13 10/16 11/6 11/10 11/12 11/15
11/17 11/20 12/17 13/1 13/21 15/7
16/21 19/3 22/20 22/24 24/12 25/7 26/3
28/5 29/11 30/6 30/9 30/23 31/9 31/12
31/15 31/17 32/16 35/10 36/17 37/15
37/20 37/22 37/24 43/18 49/20 50/13
50/15 51/13 56/5 58/17 59/18 60/3
62/17 64/3 64/13 67/19 69/12 70/6
70/18 70/23 72/4 72/9
what's [9]  6/8 10/9 10/13 26/10 27/15
27/17 32/19 37/7 62/12
whatever [3]  4/23 18/18 65/14
whatever's [1]  55/17
whatsoever [1]  44/8
wheel [1]  31/2
when [61]  4/25 5/2 8/6 9/1 9/15 10/6
10/19 10/19 12/20 12/25 13/14 13/18
15/2 16/13 17/22 20/15 20/23 21/6
26/20 30/17 33/24 33/25 33/17 34/4
35/13 35/14 36/10 38/13 38/22 38/24
40/10 41/4 41/8 41/12 42/12 45/2 45/7
46/25 47/19 50/8 52/6 52/10 52/12
53/16 54/2 54/12 55/11 55/12 56/14
57/3 57/3 57/9 58/14 63/6 63/16 63/16
66/19 66/20 69/19 69/24 72/3
whenever [3]  45/7 46/8 46/11
where [35]  5/9 10/23 11/4 11/18 13/10
14/9 14/21 16/14 17/22 19/22 21/10
26/6 26/11 26/13 29/4 33/6 34/2 38/13
38/15 39/25 40/12 43/21 43/25 45/4
51/19 60/17 61/9 63/10 63/19 63/20
64/1 64/4 64/16 68/23 69/21
whether [3]  59/11 59/13 63/12
which [9]  4/8 4/18 34/20 35/4 42/4
44/21 47/10 47/13 74/8
while [1]  47/21
who [23]  3/9 7/12 7/19 8/3 9/19 13/15
17/3 17/14 17/17 17/17 17/20 46/25
48/4 48/11 50/15 60/11 67/1 67/5 67/6
67/8 67/9 67/11 67/17
who's [4]  28/15 48/7 48/14 66/6
whole [1]  69/22
whom [1]  46/23
why [9]  9/11 12/14 15/6 25/12 35/22
35/25 41/5 51/5 63/10
will [2]  47/4 68/3
window [7]  20/5 20/21 20/25 21/22
21/25 22/3 22/4
windows [2]  19/23 37/25
windshield [1]  31/4
Wingray [1]  7/20
wiper [2]  31/3 32/3
wish [1]  76/17
within [3]  41/20 66/21 66/23
witness [1]  3/9
woman [3]  28/19 28/20 29/24
won't [1]  66/13
Woods [28]  7/3 7/4 7/9 7/12 17/9 18/25
19/3 24/4 35/2 35/8 35/10 36/13 36/21
37/5 37/7 37/15 37/18 37/20 37/22 38/9
39/2 39/9 39/13 40/10 41/23 42/5 43/5

## W

Woods... [1]  50/22
words [3]  15/13 33/7 47/19
work [25]  6/4 7/2 9/2 9/5 10/16 14/7
 14/8 14/12 14/14 14/23 15/3 15/9 17/12
 17/15 17/17 17/18 17/20 50/8 50/12
 50/13 50/25 57/3 58/14 60/15 71/9
workday [1]  18/10
worked [19]  6/10 6/13 6/21 6/24 7/6
 8/20 12/12 12/14 23/25 49/18 51/5 57/4
 57/25 58/3 58/11 58/22 59/4 67/6 71/15
working [1]  53/17
works [3]  14/7 67/8 67/11
write [1]  31/19
writing [1]  27/10
written [4]  5/3 39/25 40/12 40/14

## Y

yard [3]  38/12 38/18 38/19
year [11]  43/11 46/6 46/7 47/24 51/11
 58/3 59/25 61/23 62/23 62/25 66/21
years [33]  6/14 7/5 8/1 11/24 12/13
 14/18 16/23 23/17 24/1 41/20 43/14
 43/19 43/25 44/3 44/13 44/15 45/1 48/2
 48/21 49/7 49/13 49/17 49/17 51/6
 58/10 58/20 58/21 59/4 61/8 63/1 64/19
 65/16 66/24
YGR [1]  1/7
you'll [1]  34/13
YOUNG [2]  3/15 76/6
yours [2]  18/6 76/22

## Z

zero [2]  38/3 44/11



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—oOo—

DARRYL A. STITT, TONY
GRANDBERRY, and HEDY GRIFFIN,
on behalf of themselves and
all others similarly situated,

                    Plaintiffs,        Civil Case No.
vs.                                     C-12-03704-YGR

THE SAN FRANCISCO MUNICIPAL
TRANSPORTATION AGENCY; CITY
AND COUNTY OF SAN FRANCISCO;
and DOES 1-20,

                    Defendants.
_____/


Deposition of
JUAN SALAZAR COLEMAN
_____
Wednesday, December 9, 2015


Reported by:

MELISSA HAMMERNESS
CSR No. 4739



BONNIE WAGNER & ASSOCIATES
Court Reporting Services
1819 Polk Street, Suite 446
San Francisco, California 94109
(415) 982-4849

1

---

I N D E X

                                    Page
Examination by:
    Mr. Rolnick                       5


E X H I B I T S
(No exhibits marked.)

---oOo---

2

JUAN SALAZAR COLEMAN        DECEMBER 9, 2015

---

        BE IT REMEMBERED that, pursuant to Notice of
Taking Deposition and on Wednesday, the 9th of December,
2015, commencing at the hour of 9:30 a.m. thereof, at
the OFFICE OF THE CITY ATTORNEY, CITY AND COUNTY OF
SAN FRANCISCO, Fox Plaza, 1390 Market Street, Seventh
Floor, San Francisco, California 94102-5408, before me,
MELISSA HAMMERNESS, CSR No. 4739, personally appeared

        JUAN SALAZAR COLEMAN,

called as a witness by the Defendant, City and County of
San Francisco; who, being by me first duly sworn, was
thereupon examined and interrogated as hereinafter set
forth.




---oOo---

3

JUAN SALAZAR COLEMAN        DECEMBER 9, 2015

---

        A P P E A R A N C E S

        THE TIDRICK LAW FIRM, 2039 Shattuck Avenue,
Suite 308, Berkeley, California 94704, represented by
JOEL B. YOUNG, Esquire, appeared as counsel on behalf of
the Plaintiffs.

        OFFICE OF THE CITY ATTORNEY, CITY AND COUNTY
OF SAN FRANCISCO, Fox Plaza, 1390 Market Street, Seventh
Floor, San Francisco, California 94102-5408, represented
by JONATHAN C. ROLNICK, Deputy City Attorney, appeared
as counsel on behalf of the Defendant.

        ALSO PRESENT:  JOHN DUDLEY
                        FRED C. THOMAS
                        ELISHA BYES
                        MICHAEL G. GREEN




---oOo---

4

JUAN SALAZAR COLEMAN        DECEMBER 9, 2015

                    EXAMINATION BY MR. ROLNICK
1
2              MR. ROLNICK:  Q.  Can you please state your
3    name and spell it.
4         A.   Juan Salazar Coleman.  John, union, Adam,
5    Nora; Sam, Adam, Lincoln, Adam, zebra, Adam, Robert;
6    Charles, ocean, Lincoln, Edward, Mary, Adam, Nora.
7         Q.   You currently work for the San Francisco
8    Municipal Transportation Authority?
9         A.   Yes.  And I'm being discouraged from filling
10   out these overtime cards with these crazy people.
11        Q.   Mr. Coleman, have you ever had your deposition
12   taken before?
13        A.   Yes.
14        Q.   I'm John Rolnick.  I'm a Deputy City Attorney.
15        A.   Nice to meet you, man.
16        Q.   You still work for the City; correct?
17        A.   Yes.
18        Q.   How many times before have you had your
19   deposition taken?
20        A.   It depends.  I can't recall.  But I know that
21   when you have accidents or incidents on the coach or a
22   fall on board and you have the ridership that want to
23   sue, then the City Attorney will call you in and have
24   you do a deposition.
25             So, actually, I have been operating pretty

---

1    safe, so I haven't had any falls on board.
2         Q.   Have you been deposed more than five times?
3         A.   I can't recall how many times.
4         Q.   Let me just go over some basic ground rules.
5              It's a question-and-answer format.  I ask the
6    questions; you answer them.  Okay?
7         A.   Uh-huh.
8         Q.   It's important --
9         A.   Not "uh-huh."  Yes.  I got it.
10        Q.   It's important that you answer the questions
11   audibly.  If you have a "yes" or "no" answer and you say
12   "uh-huh" or "uh-uh," the court reporter may make a
13   notation of that, but we need an audible answer.  When
14   we talk when we're not in this more formal setting, we
15   might nod our head up and down for a "yes" or shake our
16   head from side to side for a "no."  I understand what
17   that means, and I see it; but I need to make sure it's
18   reflected on the written page.
19        A.   Okay.
20        Q.   So it's important to answer audibly.
21        A.   Okay.
22        Q.   It's important that you understand my
23   questions before you answer them.
24        A.   Okay.
25        Q.   I'm going to assume, if I ask a question and

---

1    you answered it, that you understood it.  All right?
2         A.   Yes.
3         Q.   So if I ask one you don't understand, let me
4    know.
5         A.   Okay.
6         Q.   It's important that you and I don't talk over
7    one another.  Please let me finish my questions before
8    you answer them.  This is not like Jeopardy where you
9    might want to jump in early to beat somebody else to
10   answer a question.  It's important that you listen to
11   the question.  I will do my best to not talk over you
12   when you're giving me a response.  Okay?
13        A.   Yes.
14        Q.   Are you on any kind of medication or in any
15   sort of physical or emotional state that impairs your
16   ability to testify here today?
17        A.   No.
18        Q.   How long have you worked for the MTA?
19        A.   I was hired August 19th, 2001.
20        Q.   Okay.  As a transit operator; is that correct?
21        A.   Yes.
22        Q.   Have you held any previous positions with the
23   City?
24        A.   I'm a former parking control officer for the
25   San Francisco Department of Parking and Traffic.  I was

---

1    hired June 12, 2000.
2         Q.   So you worked for them for approximately a
3    year before coming over to the MTA?
4         A.   A year and some change.
5         Q.   Any other previous positions with the City?
6         A.   I worked at City College -- I worked there
7    about six months -- in the food service department.  I
8    was a pot washer.
9         Q.   Okay.  And any other positions with the City
10   other than those?
11        A.   That's it.
12        Q.   Okay.  You're currently at Presidio?
13        A.   Yes.
14        Q.   How long have you been at Presidio?
15        A.   Well, probably about six -- I think about
16   six years, because I started out at Potrero Division.
17   Actually, I started out -- scratch that.  I started out
18   at Woods for six months, got bumped to Potrero, stayed
19   at Potrero for eight years, and then I've been at
20   Presidio.
21        Q.   What kind of vehicles are operated out of
22   Presidio?
23        A.   Trolley coaches.  40-foot trolley coaches.
24        Q.   And those are essentially the electric buses;
25   right?

1     A.    It's called an ETI.
2     Q.    Electric bus of sorts?
3     A.    Trolley, yes.  600 volts.
4     Q.    You say you think you've been at Presidio for
5 about the last six years or so?
6     A.    About six or seven.
7     Q.    Who is your superintendent?  Who is your
8 current superintendent at Presidio?
9     A.    Acting, Francesca Tapia.
10     Q.    How long has she been the acting
11 superintendent?
12     A.    About a month and a half.
13     Q.    And who was her predecessor?
14     A.    You need to define the word.
15     Q.    Who was the previous superintendent?
16     A.    Cynthia Chambers.
17     Q.    Do you recall, was she an acting
18 superintendent or a superintendent?
19     A.    She was the superintendent of Presidio
20 Division.  She subsequently retired about a month ago.
21     Q.    How long was she the superintendent at
22 Presidio?
23     A.    Three years.
24     Q.    Who was the previous superintendent?
25     A.    Debra Franks.

1     Q.    Do you recall about how long she was the
2 superintendent at Presidio?
3     A.    No.
4     Q.    Was she the superintendent at Presidio when
5 you arrived?
6     A.    Yes.
7     Q.    Those are the three superintendents that
8 you've worked with in your time at Presidio?
9     A.    Yes.
10     Q.    Who were the dispatchers that you've worked
11 with at Presidio?
12     A.    Yvette Geer.
13     Q.    Anyone else?
14     A.    That's my dispatcher I work with.
15     Q.    What's your current run?
16     A.    Run 187.
17     Q.    How long have you had Run 187?
18     A.    Since our in-house sign-up.  About a couple of
19 months.
20     Q.    I'm going to test your memory.  I'm interested
21 only in your runs at Presidio.  Can you tell me what
22 other runs you had at Presidio in the approximate six or
23 seven years you've been at Presidio?
24     A.    Run 187.  I can't recollect.  I can't go back
25 and tell you.  You want to test my memory about how many

1 runs I had and what I done.  That's just -- I can't even
2 go back that far.  I can't even recollect.  But I can
3 get data.
4     Q.    I'm asking for your testimony here today.  Do
5 you remember what run you had before you had Run 187?
6         MR. YOUNG:  Objection.  Asked and answered.
7 He just told you that he didn't know what runs he did
8 prior to this Run 187.
9         MR. ROLNICK:  Q.  Do you know the run you had
10 before Run 187?
11     A.    I only remember Run 187.  I only remember
12 Run 187.
13     Q.    Have you had Run 187 at any other time during
14 your time at Presidio?
15     A.    I already stated to you I just had Run 187 for
16 a couple of months.
17     Q.    But you can't recall any single one of your
18 prior runs at Presidio?
19     A.    I just answered that.  Run 187 is what I
20 remember right now.
21     Q.    So you can't remember any other prior --
22     A.    The run that I have now is Run 187.  I do not
23 have any recollection of the previous runs.
24         MR. YOUNG:  I'll note for the record we have
25 not received Mr. Coleman's personnel file, so his

1 answers may change after he's had an opportunity to
2 review the files.  If we would have had the files before
3 the deposition, he may have been in a position to answer
4 the questions that you just put out there.
5         MR. ROLNICK:  Q.  What route number is
6 associated with Run 187?
7     A.    Be more specific.
8     Q.    Line number.
9     A.    You want to know what line?
10     Q.    Yes.
11     A.    The 3 Jackson.
12     Q.    Can you describe for me the physical route
13 that the 3 Jackson takes in the City?  What points does
14 it run between?
15     A.    I can't even tell you unless I have the
16 schedule in front of me.
17     Q.    So you don't know what street the 3 Jackson
18 runs down?
19     A.    It's a lot of streets that it run down.  I
20 could tell you what my terminal is.
21     Q.    That's fine.
22     A.    My terminal is Jackson -- it's Presidio and
23 California, but there's all these different streets.
24 I won't have -- I can't remember unless I have my paddle
25 and schedule in front of me.  I follow the schedule that

```
 1   the agency provide for me, and a route sheet.
 2       Q.   So as you sit here today, you can't describe
 3   for me the route that the 3 Jackson takes along the
 4   streets in San Francisco --
 5           MR. YOUNG:  Objection.  Asked and answered.
 6           MR. ROLNICK:  Q.  -- is that correct?
 7       A.   He said, "Objection.  Asked and answered."
 8       Q.   You still need to answer the question.
 9           MR. YOUNG:  Unless I specifically instruct you
10   not to answer.
11           THE WITNESS:  Again, I said I can't remember
12   unless I have the paddle and my route sheet in front of
13   me.  I follow a route sheet and the paddle.
14           MR. ROLNICK:  Q.  So you said the terminal is
15   at Presidio and California.  What do you mean by "the
16   terminal"?
17       A.   Where the coach terminates at, be stationary.
18       Q.   And is that where you begin your run each day?
19       A.   No.  I pull the run out of the division.
20       Q.   Do you know the address of the division?
21       A.   Several addresses.  Which one you want?
22       Q.   The address that you pull out of.
23       A.   I don't know the address that I pull out of.
24       Q.   Do you know the part of the City where the
25   division is located?
```
                                                      13

                    JUAN SALAZAR COLEMAN              DECEMBER 9, 2015

```
 1       A.   It's on Presidio Avenue.
 2       Q.   Do you know what one of the cross streets are?
 3       A.   No, not offhand.
 4       Q.   The run pulls out of the division, and then
 5   the 3 Jackson -- the route for the line -- ends at
 6   Presidio and California; is that right?
 7       A.   That's the terminal.
 8       Q.   When you pull out, you drive the bus until you
 9   get to Presidio and California; is that right?
10       A.   Yes.
11       Q.   What time does the run -- does your run start?
12       A.   Report time is 6:04.  Pull out at 6:19.
13       Q.   Is that in the morning?
14       A.   Excuse me.  6:04 a.m. report time.
15       Q.   And then you said 6:18 --
16       A.   6:19.
17       Q.   -- is when you're supposed to pull out of
18   Presidio?
19       A.   Uh-huh.
20       Q.   What time does the run end?
21       A.   4:04.
22       Q.   And that's in the p.m.?
23       A.   I'm sorry.  Yes, 4:04 p.m.
24       Q.   And at 4:04 p.m., where are you supposed to be
25   ending the run physically?  Are you back at the
```
                                                      14

                    JUAN SALAZAR COLEMAN              DECEMBER 9, 2015

```
 1   division?
 2       A.   Yes.
 3       Q.   You use the term "terminal" for the Presidio
 4   and California location; is that right?
 5       A.   They have terminals all over the City.
 6       Q.   When you're on your run and you've pulled out
 7   of the division and you get to Presidio and California,
 8   what do you do then?
 9       A.   Sit there and wait.  You have a specific
10   leaving time, like a departure time.  Just like at the
11   airport, you have an arrival time and a departure time.
12       Q.   Then do you go -- so from Presidio and
13   California, you drive back towards the division?
14       A.   That is if the run is over with.
15       Q.   Are there any other terminal points for the
16   187 run?
17       A.   You got only one more terminal, and that's at
18   Sansome and Sutter.  I do know the terminals, because I
19   park there.
20       Q.   When you pull out of the division at Presidio
21   at 6:19 in the morning, are you in service at that point
22   in time for paying passengers?
23       A.   Yes.
24       Q.   Is there any part of your run where you
25   deadhead --
```
                                                      15

                    JUAN SALAZAR COLEMAN              DECEMBER 9, 2015

```
 1       A.   That's only associated with motor coaches.
 2       Q.   I'm trying to find out if there's a portion of
 3   your run where you're operating the vehicle but you
 4   don't have any passengers on board.
 5       A.   Trolley coaches are never out of service.
 6       Q.   Okay.  So until you pull into the division at
 7   the end of the run, you remain in service?
 8       A.   You remain in service, period.  Trolley
 9   coaches are never out of service.
10       Q.   Okay.  Before you pull into the division, is
11   there a final stop where passengers have to get off?
12       A.   Presidio and California.  That's the terminal.
13       Q.   And then from Presidio and California, at the
14   end of your run, you then proceed to the division;
15   correct?
16       A.   Yes.  But if there's somebody that need to get
17   on, we have to pick them up.  Trolley coaches are never
18   out of service.
19       Q.   Are you allowed to operate the trolley and
20   pull it into the division with a passenger on board?
21       A.   An operator cannot pull citizens in on the
22   agency's property due to liability issues.
23       Q.   So my question then is, if Presidio and
24   California is the terminus --
25       A.   Terminal.
```
                                                      16

                    JUAN SALAZAR COLEMAN              DECEMBER 9, 2015

```
 1      Q.  -- terminal of the 3 Jackson, once you get to
 2   Presidio and California at the end of your run, you then
 3   have some distance to travel back to the division;
 4   correct?
 5      A.  Yes.
 6      Q.  And how many blocks is that?
 7      A.  I don't know.
 8      Q.  More than a block?
 9          MR. YOUNG:  Objection.  Asked and answered.
10   He just stated he doesn't know.
11          THE WITNESS:  I don't know.
12          MR. ROLNICK:  Q.  Is it more than five blocks?
13      A.  I don't know.
14      Q.  Is it more than 10 blocks?
15      A.  I don't know.  I have never counted them.
16      Q.  Okay.  Do you know how long it takes you to
17   drive from Presidio and California back to the division
18   when your run -- at the end of your run?
19      A.  How many minutes does it take to get from
20   Presidio and California to the division?
21      Q.  Right.
22      A.  I don't know.  It depends on the traffic.  It
23   could be adverse conditions.  I don't want to tell you
24   something and it's not correct.
25      Q.  Can you --
                                                          17
```

```
 1      A.  I never counted it.
 2      Q.  You have no idea how long it would take?
 3      A.  No.
 4      Q.  When you're at the end of your run and you get
 5   to the terminal at Presidio and California and you're
 6   driving back to the division, are you allowed -- or do
 7   you pick up passengers during that period of time?
 8      A.  Trolley coaches are never out of service.  I
 9   just answered that question.  I told you if a passenger
10   requested to get on, we can pick them up, but we cannot
11   bring them in the yard.  If it's safe to do so, we can
12   stop at a corner and let the passenger alight from the
13   coach.
14      Q.  So it's your testimony that if you were at
15   Presidio and California and you were at the end of the
16   run where you're supposed to go back to the division to
17   end your run and you came across a passenger --
18      A.  The run ends at Presidio and California.
19      Q.  Okay.  I understand.  So the run ends there.
20   Do you get off your run at Presidio and California or do
21   you pull the vehicle back?
22      A.  I pull the coach into Presidio Division.
23      Q.  If you get to Presidio and California at the
24   end of your run and a passenger wants to get on, you
25   would let them get on and you would drive them to --
                                                          18
```

```
 1   where?
 2      A.  If you were a passenger and you wanted to get
 3   on, you're going to ask [sic] me what location you want
 4   to go to.  I wouldn't know where you're going unless you
 5   ask [sic] me where you want to go.  You may want to go
 6   up California Street, but I'm going down Presidio.  I'm
 7   going south on Presidio Avenue.
 8          So you would have to get on my coach and say,
 9   "Operator, can I ride a couple of blocks down" or "three
10   blocks down" or "Can I go to" -- wherever they need to
11   go.
12          I don't know that unless you tell me.
13      Q.  If I got on and said I wanted to go three
14   blocks down Presidio, would you allow me to come on and
15   pay my fare and ride three blocks down Presidio?
16      A.  I don't know where they want to go unless they
17   tell me.
18      Q.  I'm giving you a hypothetical.  I'm a
19   passenger on the street corner.  You're on Presidio.  I
20   think you said you were heading south to the division;
21   is that right?
22      A.  Uh-huh.
23      Q.  You're at Presidio and California.  All the
24   other passengers got off, and I come up and say,
25   "Mr. Coleman, I'd like to" --
                                                          19
```

```
 1      A.  You wouldn't say "Mr. Coleman," because you
 2   don't know my name.  You would say "Operator."
 3      Q.  "Operator, I'd like to ride the bus three
 4   blocks down Presidio."  I'm going to pay my fare.  Are
 5   you allowed to let me on as a passenger and take that
 6   ride?
 7          MR. YOUNG:  Objection.  Incomplete
 8   hypothetical.  Also calls for speculation.  Unclear that
 9   this is even relevant to the lawsuit at hand.
10          If you can understand the question and answer
11   the question, please do.
12          THE WITNESS:  Sure.  If you're an ADA poor old
13   lady and you need to go down three blocks, and if it's
14   safe to discharge you after those three blocks that you
15   want to go, I will accommodate you.  And you paid your
16   fare.  Yes, I will accommodate you.  I will never tell
17   you no.
18          MR. ROLNICK:  Q.  What if I'm an able-bodied
19   man of 30 years old?
20      A.  Ambulatory.
21          MR. YOUNG:  Objection.  Same objection.  Calls
22   for speculation.  Incomplete hypothetical.
23          MR. ROLNICK:  Q.  Go ahead and answer the
24   question.
25      A.  If you paid just like everybody else, I'm
                                                          20
```

```
1    going to do what the agency pay me to do.
2        Q.   Does the agency say it's okay to pick up that
3    30-year-old fully physically able man and transport him
4    three blocks down Presidio even if it's not on the line?
5        A.   Prior to that conversation, I've already told
6    you that the trolley coaches are never out of service.
7    We are required to pick up the passengers and
8    accommodate the passengers where they need to go
9    provided it's not in our yard.
10       Q.   Okay.  Is Run 187 what's known as a one-piece
11   run?
12           MR. YOUNG:  Objection.  Vague.
13           MR. ROLNICK:  Q.  Do you know what that term
14   means?
15       A.   Can you be more specific?
16       Q.   Is this a continuous "you're on the same
17   vehicle throughout the length of your run"?
18       A.   The whole run is 187.  That particular run is
19   off at 9:47.  It's a piece.
20       Q.   9:47 a.m.?
21       A.   Yeah.
22       Q.   But you said your run doesn't end until
23   4:00 [sic] p.m.; correct?
24       A.   That is true.
25       Q.   So what is the next piece of work that you
```

```
1    have on your run?
2            MR. YOUNG:  Objection.  Vague.
3            MR. ROLNICK:  Q.  What do you do at 9:47 a.m.?
4        A.   You want me to answer that question?
5        Q.   Yes.
6        A.   I become the shop steward.
7        Q.   What location are you at 9:47 a.m.?
8        A.   Presidio Division.  My office is upstairs on
9    the second floor in the mezzanine location.
10       Q.   How long have you been the shop steward?
11       A.   Today is my anniversary.  December 9th is my
12   dad's birthday.  It will be one year.
13       Q.   At 9:47 a.m., you assume some responsibility
14   as a shop steward?
15       A.   Not some.  All responsibilities.
16       Q.   Okay.  And how long do you carry out those
17   duties in the course of a day?
18       A.   On the paddle, it clearly states that I come
19   in at 6:04 and I'm off at 4:04.  That's called a union
20   run.  I drive from 6:19 to 9:47.  I report at 6:04.  I'm
21   back in the yard -- supposed to be back in the yard at
22   9:47.
23           Subsequently, I'm always -- you know, I'm
24   always late on that 3 Jackson due to the adverse
25   conditions of traffic.  So I'm like 5 minutes late
```

```
1    getting into the division.  Then I start preparing for
2    being the shop steward from 9:47 to 4:04.  It can be
3    confirmed if you like.
4        Q.   From approximately 9:47 -- sometimes it's a
5    little bit later when you pull back into the division --
6    until 4:04, you're not operating a vehicle in service
7    for the agency; correct?
8        A.   That's correct.  And I'm giving you the train
9    time, but again, I'm not always at the division at 9:47.
10   I'm like 5 minutes late due to the traffic congestion on
11   Bush Street.  Take a ride down there.  You'll see.
12       Q.   Okay.  You said -- and I'm sorry --
13       A.   You don't have to be sorry.
14       Q.   You said it's -- is it occasionally?
15   Frequently?  How often is it 5 minutes late?
16       A.   Every day.
17       Q.   Are there any days in which it's on time
18   getting back to the division?
19       A.   Can't be on time.  Traffic.
20       Q.   So it's your testimony that you never pull in
21   at 9:47 a.m.; is that correct?
22       A.   That is correct.
23       Q.   Is it ever more than 5 minutes late pulling
24   back in?
25       A.   5 minutes.  About 5 minutes, yeah.
```

```
1        Q.   But my question is, is it ever more than 5
2    minutes late?
3        A.   5 minutes.
4            MR. YOUNG:  Objection.  Asked and answered.
5    He just said it was 5 minutes late.
6            MR. ROLNICK:  Q.  You're on the clock
7    throughout your run; correct?
8            MR. YOUNG:  Objection.  Vague.
9            THE WITNESS:  Want me to answer?
10           MR. YOUNG:  If you understand the question.
11           THE WITNESS:  I'm what now?
12           MR. ROLNICK:  Q.  You're on the clock.  You're
13   being paid.
14           MR. YOUNG:  Objection.  Vague.
15           MR. ROLNICK:  Q.  On your run.
16       A.   That's kind of vague, but I answered that
17   prior to you -- when we started this deposition.  You
18   asked me about when do I start my run.  I said from 6:04
19   to 4:04.
20           Then you asked a question talking about, well,
21   do you have -- is it a one-piece.  I've explained to you
22   that it is a one-piece.
23           You asked why is it a one-piece.  I informed
24   you that I am the shop steward for Presidio Division.
25   In fact, I'm the division chairperson.  And that's the
```

1  run that's built in for the union run, Run 187.
2      Q.   And you're paid, based on Run 187, from
3  6:04 a.m. through — to 4:04 p.m.?
4      A.   4:04 p.m.
5      Q.   Can you tell me — can you describe for me
6  what activities you were tasked with or performed on
7  your run between 6:04 a.m. and 6:19 a.m.?
8      A.   I'm a professional steering wheel holder.  I
9  pick up passengers and drop off passengers.  I am a
10  transit operator, a 9163.  I drive the bus.  I pick up
11  passengers, and I drop them off.
12      Q.   Can you tell me what tasks as a transit
13  operator you perform between the time you report at
14  6:04 a.m. and the time you're supposed to have pulled
15  out, based on the run, at 6:19?
16          MR. YOUNG:  Objection.  Vague with respect to
17  "tasks."
18          THE WITNESS:  Be more specific about your
19  "tasks."
20          MR. ROLNICK:  Q.  What activities do you
21  engage in between — in that period of time?
22          MR. YOUNG:  Objection.  Vague.  Calls for
23  speculation.  Are you talking in the future?  Are you
24  talking in the past?
25          MR. ROLNICK:  I just asked him with respect to

25

---

1  Run 187.
2          THE WITNESS:  187 is not an activity.  Are you
3  talking about basketball?  Baseball?  Football?  You're
4  saying, prior to that, do I do activities.  Are you
5  talking about exercising?  Lifting weights?  What are
6  you talking about?
7          MR. ROLNICK:  Q.  As part of your job.
8      A.   You need to ask me that.  You want to know
9  what does my job entail.  You mean when I get there at
10  6:04, what do I do?
11      Q.   Yes.
12      A.   Okay.  I park my car.  I get out of my
13  vehicle.  I go into the division.  I check the detail,
14  because sometimes the detail changes.
15          Then I will go over all the bulletins to make sure
16  none of the infrastructure have been interrupted or any
17  different configurations is going on in the field,
18  because the City is growing; and we're increasing in
19  service.
20          Then I will go to the receiver's office and
21  get my paddle.  I get my transfers.  Then I come back
22  and sign the register.  Then I go look at the sheet
23  which identifies which coach I have and where it is on
24  the tracks.  It will identify what track I need to go
25  to, and then I go down to that track.

26

---

1          Then I will go to that vehicle.  I will
2  approach that vehicle.  I will be observant, looking for
3  any damage.  Then I have my defect card.  Pursuant to
4  Administrative Code, Title 13, I fill that out to make
5  sure there's no dents, no prior damage to the coach.
6  Then I do my walk-around.
7          Then I fire the coach up because it's the
8  winter season.  I turn that coach on, get that coach
9  warmed up.  Then I get to pushing, like BART.
10      Q.   What do you mean, "pushing, like BART"?
11      A.   Rolling.  Driving.
12      Q.   Pulling out of the yard?
13      A.   That's right.
14      Q.   And you perform all of those activities
15  between 6:04 a.m. and 6:19?
16      A.   Yes.
17      Q.   On the 187 run, do you pull out on time at
18  6:19?
19      A.   Here's the catch with that:  There's other
20  coaches on that track.  We may — like I said, operators
21  run late.  I just only identified to you what the paddle
22  time frame was.  There's times that you may pull out
23  late if the other operator is not there on time.
24          But 9 times out of 10 you pull out on time if
25  there's no delay.

27

---

1      Q.   On that 1 out of 10 times that you pull out
2  late, how late do you pull out?
3      A.   I can't recall.  I can't even recall.  It's
4  sporadic.
5      Q.   You can't recall the last time that you pulled
6  out late?
7      A.   No, sir.
8      Q.   You said sometimes when you've pulled out late
9  it's because another operator has been late; is that
10  right?
11      A.   Or there's a defect with the coach.  The coach
12  in front of you could have a defect.  Or I could have an
13  issue with my coach.
14          Like I said, they've been pretty good in
15  coming down to the coaches — or the mechanics have been
16  good with fixing the coaches.
17      Q.   I understand if you come and do your
18  inspection and there's something wrong with the coach or
19  it doesn't start up that they've got to get you another
20  coach and you're going to be late if that's the case.
21      A.   Coach is already on.  They got a yard starter.
22      Q.   You said earlier that you get on and turn it
23  on and warm it up.  The yard starter doesn't warm it up.
24  You're talking about —
25      A.   Turning it on.

28

1    Q.   The heat?
2    A.   Vents, yes.
3    Q.   So the yard starter doesn't do that?
4    A.   I get on the bus and turn on the heat.
5    Q.   How is it that, if another operator is late,
6  that's going to delay you in pulling out?
7    A.   There's a bus in front of me.
8    Q.   And because it's electric, it can't move
9  around it like —
10   A.   You got tracks, 14 all the way down to 1.  You
11 got coaches lined up.  You can't move unless that coach
12 move.
13   Q.   And there's no space between — not enough
14 space between the tracks to pull around a stalled —
15   A.   It's about this much space right here.
16   Q.   So you can't pull around; correct?
17   A.   40-foot bus.  No.
18   Q.   So you've got to wait until the guy in front
19 of you moves?
20   A.   Yes.
21   Q.   Have you had a run — are you familiar with
22 the term "relief point"?
23   A.   Yes.
24   Q.   Can you describe for me what that term means
25 to you?

29

1    A.   Where you go make your relief to go start your
2  run.
3    Q.   Or end your run?
4    A.   Yes, you can end your run, or make a relief.
5    Q.   And a relief point is a location that's out
6  and away from the division; correct?
7    A.   Uh-huh.
8    Q.   During your time at Presidio, have you had any
9  runs where your run started or ended at a relief point?
10   A.   Yes.
11   Q.   Has that been the case — and, again, we're
12 talking about your time at Presidio — on more than one
13 run?
14   A.   You asked me that question before.  I don't
15 know how many runs I've had that on, because I can't
16 recall those runs.  But I can tell you about relief
17 points and what they entail.  That was the question.
18   Q.   This may just be an issue of not communicating
19 effectively.  I thought I asked you — and I'll ask you
20 now — during your time at Presidio, have you had a run
21 that either started or ended at a relief point?
22   A.   I just answered that question now.  You didn't
23 ask that before.  You asked me how many runs have I
24 worked prior to being at Presidio.  Now you're asking me
25 about the relief point.

30

1         I'm telling you, yes, I'm familiar with what
2  relief points are.  And, yes, I've had a run that had a
3  relief point as an end time.  I can remember that, but I
4  can't remember how many runs I've had.
5    Q.   You had a run during your time at Presidio
6  that ended at a relief point?
7    A.   During my time at the agency, with Muni.
8    Q.   But you can't recall, as you sit here today,
9  whether any of those runs were during your time at
10 Presidio?
11   A.   I've had relief points at Presidio.  I've had
12 relief points at Woods.  I've had relief points at
13 Potrero.
14   Q.   When you say you had relief points at
15 Presidio, I'm understanding you to say that you had a
16 run that either began or ended at a relief point.
17   A.   That's true.
18   Q.   Okay.  I want to talk about the run at
19 Presidio.  Did that run begin at a relief point or end
20 at a relief point?
21   A.   You got to understand.  You may have a split
22 that got you to the relief point.  I've been there 15
23 years.  I would never start at a relief point.  I would
24 pull out and then I would get relieved.  Then if I have
25 a second half, then I would go make a relief again.  Are

31

1  we connecting?
2    Q.   What you're describing for me, I think, is
3  also called a "two-piece run"; is that right?
4    A.   Not a two-piece — well, yeah.  Okay, if
5  that's how you want to put it.  If that's how you want
6  to put it, yeah.
7         Let's say you have a Run 100 or whatever.  I'm
8  just giving an example.  You have a run.  I got to do
9  this, and then I got to go back and do that.  So I guess
10 you're correct with your terminology:  a two-piece run.
11 Yeah.
12   Q.   I'm not trying to trick you.
13   A.   I'm not going to let you.
14   Q.   I'm sure you're not.  I'm trying to find out,
15 during your time at Presidio, have you ever had a run
16 that started at one place but ended at a different
17 place?
18   A.   Started at my job — started at Presidio and
19 ended at — oh, you want to know — yes.  Sutter and
20 Stockton.  Put that down.  That's something I can
21 remember.  Sutter and Stockton.  I started at Presidio
22 and got relieved at Sutter and Stockton.  That's
23 correct, yeah.
24   Q.   Okay.  When you started at the division, that
25 was the first point at which you started working on that

32

1    run; correct?
2        A.   Correct.
3        Q.   And then when you got to Stockton -- or Sutter
4    and Stockton, that was the end of the run, and you were
5    off work; correct?
6        A.   No.  It was two pieces to the run.  So I got
7    relieved, and then I got to go back.  I got to go back
8    early.
9        Q.   And pick up another piece?
10       A.   Inbound or outbound, I have to go back to my
11   relief point at least 10 minutes early.  I got to be 10
12   minutes early at that relief point.  I got to get back
13   early because there will be changes on that line, and
14   something may happen and the coaches may have to switch
15   back.  So you got to get there early.
16       Q.   It sounds like you're describing to me a run
17   where you started at Presidio, you made a relief at
18   Sutter and Stockton --
19       A.   No.
20       Q.   You got a relief?
21       A.   I got a relief.
22       Q.   Then you made a relief someplace else?
23       A.   Some location.
24       Q.   At Sutter and Stockton?
25       A.   Yes.

                                                        33

1        Q.   And then on that occasion, what was the end of
2    that part of the run?
3        A.   Sutter and Stockton.
4        Q.   So you made your relief at Sutter and
5    Stockton, and then you ended your run at Sutter and
6    Stockton?
7        A.   Yes.  Because when you go back, you may do two
8    trips, and then I may get relieved on the inbound side
9    or the outbound side.
10       Q.   On that kind of run where you started your day
11   at Presidio and you ended your day at Sutter and
12   Stockton, what did you do at the end of the day when you
13   got to Sutter and Stockton?
14       A.   Walked down to Geary and got on the 38L and
15   had to ride all the way back with all them people on
16   that bus to my car, and then I had to drive all the way
17   to Solano County.
18       Q.   Where was your car parked?
19       A.   Presidio Division.
20       Q.   When you say your car was parked at Presidio
21   and Division, was it parked in the facility or just
22   nearby?
23       A.   On Presidio Division's property.
24       Q.   There was a place for you to park for free?
25       A.   A stall.

                                                        34

1        Q.   Did you have to pay for that?
2        A.   Do I have to pay for it?  What does that have
3    to do with where I park it?
4        Q.   I'm asking you a question:  Did you have to
5    pay for the space?
6        A.   No.
7        Q.   When you had that run, you drove to work?
8        A.   Yes, sir.
9        Q.   Have you always driven to work?
10       A.   Yes, sir.
11       Q.   Are you aware of any MTA policy that requires
12   transit operators to drive to work?
13           MR. YOUNG:  Objection.  Vague.
14           You can answer the question if you understand
15   it.
16           THE WITNESS:  Be more specific.
17           MR. ROLNICK:  Q.  Does the MTA require transit
18   operators to drive their personal vehicles to work?
19       A.   No, there's not a requirement that you drive
20   your personal vehicle to work, but how am I going to
21   get to work if I don't drive my personal vehicle to
22   work?
23           I live in Suisun City, Solano County.  I get
24   up in the morning at 2 o'clock, take a shower, and am
25   out my door at about maybe 3 o'clock.  There's

                                                        35

1    absolutely no transit working that early in the morning
2    to try to take to get to work.  So I drive to work, and
3    I drive home.
4        Q.   That's the reason why you drive, because of
5    the lack of public transit?
6        A.   I drive because I get up at 2 o'clock.  I take
7    a shower.  I leave the house at 3 o'clock.  There's no
8    transit operations at all where I live at.  I live in an
9    unincorporated area.  Ain't no buses.
10       Q.   Okay.
11       A.   I got to push.  I got to be at work on time or
12   I'll get AWOL.  I don't want no AWOL.  That's something
13   else.
14       Q.   When you say you need to be at work "on time,"
15   what does that mean?  What's "on time" for your current
16   run, No. 187?
17       A.   What do you mean?  You've had a job before.
18   Don't you have to punch a clock and be on time?
19       Q.   I'm asking you the question.
20       A.   You're asking me what does being "on time"
21   mean.  We're all adults here.  You're asking me a
22   question that this young lady right here can answer.
23   What do you mean being "on time"?  That's like a
24   preschool question you're asking me.
25       Q.   Does it mean to be "on time" that you're at

                                                        36

1  the division at 6:04 a.m.?
2      A.  Whatever the agency tell you to do.  They got
3  a rule.  It's a rule.  You must report for your report
4  time at 6:04.  If you're not there, you're going to get
5  a miss-out.  You're going to get AWOL, which is absence
6  without leave.
7          Do you know what happens with an absence
8  without leave?  You get suspended for two days.  Do you
9  know what happens if you get another one after that?
10  You get five days' suspension.  Excuse me.  No.  You get
11  10 days' suspension.  Do you know what happens after you
12  get another one?  You get fired.
13          Now, you got a house, you got three kids, and
14  an 81-year-old mother.  And you the breadwinner.  You
15  want to be late for work and lose your job and they take
16  my house?  No.
17          And I got tuition.  I pay for my daughter to
18  go to private school.  She's going to private school.
19  She doing real good in school.
20      Q.  Being on time for work means you're there at
21  6:04 a.m. for the 187?
22      A.  Got to be there.  Got to be there.  Got to be
23  there early, brother.
24      Q.  You had mentioned that you've been the shop
25  steward for a year now?

                                                    37

1      A.  Yes.
2      Q.  You couldn't remember your previous run, but
3  on your previous run, did you also have that shop
4  steward responsibility for part of your run?
5      A.  Yes.
6      Q.  Is it fair to say that on your previous --
7  whatever previous runs you've had since you've been shop
8  steward that you've spent at least half of your time
9  performing those shop steward duties at the division?
10      A.  Say that again.
11      Q.  You've been the shop steward for a year;
12  right?
13      A.  Uh-huh.
14      Q.  On your previous runs, during the time you've
15  been --
16      A.  Previous run.
17      Q.  Okay.  But I want to ask you about your
18  previous runs.
19      A.  Those previous runs have absolutely nothing to
20  do with what we're discussing, because I can't remember
21  those previous runs.  Because they only had one run, and
22  that's the union rep run, Run 187.  And you're going to
23  remember that for a whole year because that's what you
24  do.
25      Q.  Prior to having Run 187 -- you said you had it

                                                    38

1  for a couple of months now.  You were the shop steward
2  before you had your current run; correct?
3      A.  When you become a shop steward, they assign
4  you a union run.  You're not going to forget that run
5  because it only does one thing.  And let me go back
6  about the union run.  And you can check this.
7          We just had the sign-up.  The reason why I
8  said I had that run for a couple of sign-ups -- you
9  triggered my memory.  The union run prior to that was
10  Run 183.  Run 183 is the 21.  It was the 21 at the time
11  before they changed that run.
12          So anytime there's a change in the GSU or any
13  in-house sign-up, division sign-up, they're only
14  assigning the union to one specific run.  And, of
15  course, I'm going to remember that.
16      Q.  Does that mean that the run you had before 187
17  was Run 183?
18      A.  Yes.  That, I can remember.
19      Q.  All right.  You said that that was the 21
20  line?
21      A.  21 Hayes.
22      Q.  Do you recall when that run started?
23      A.  I can remember that one since it triggered my
24  memory.  I don't have a problem with that.  5:58 a.m.
25  It's a night differential because it's before

                                                    39

1  6 o'clock.  Then that run get off at 3:58.  Ten-hour
2  range with a 20-minute lunch.
3      Q.  So 5:58 was the time you're supposed to
4  report; right?
5      A.  Yes.
6      Q.  On Run 187, you said you report at 6:04 and
7  you pull out at 6:19?
8      A.  Yes.
9      Q.  Is that 15-minute period what's called "report
10  time"?
11      A.  No.  That 15 minutes is associated with you
12  preparing, just like I broke down everything.  I ran it
13  through for you.  So that allows me to take care of what
14  I need to do and go down there and pull out.
15      Q.  But is that time -- again, I'm trying to
16  understand the terminology.
17      A.  "Report" means you come in and report at 6:04,
18  and you got from 6:04 to 6:19 to take care of your
19  business.
20      Q.  That time from 6:04 to 6:19, is it ever
21  referred to as "report time" or "on report"?
22      A.  You're talking about two different concepts.
23  "Report time" is I report at 6:04, pull out at 6:19.
24          You're talking about a "report."  A "report"
25  is a person that's on report that's on the extra board

                                                    40

```
 1   and is not assigned to no run.  Let's get that straight.
 2          What's your name, again?
 3      Q.   My name is John.
 4      A.   John, let's say you're ID 1906.  I'll give you
 5   the earthquake number.  John reports at 4:00 a.m. in the
 6   morning.  You're the report person because you're on the
 7   extra board, and you're not assigned no run.  So you'll
 8   be sitting down until a run is assigned to you.  You're
 9   the report person.
10      Q.   On the 183 run, you reported at 5:58?
11      A.   Yes.
12      Q.   You would pull out 15 minutes -- approximately
13   15 minutes later?
14      A.   Yes.
15      Q.   And then you would pull back into the division
16   later in the morning?
17      A.   Yes.  Same thing like the 187.  I think that
18   one was about 9:40 or something like that, but it was a
19   piece, just like that 187.
20      Q.   Then once you pulled back in, you then would
21   take on your shop steward duties until your run was over
22   at 3:58; correct?
23      A.   Yes.  I would take off the 9163 hat and put on
24   the division chair hat.  I got two hats.
25      Q.   What does the division chair hat look like?
                                                        41
```

```
 1      A.   I got several.  Which one?  I got my TWU,
 2   Local 250-A, hat.  I got my beanie hat.  May scare you,
 3   because I would stand outside of Fox Plaza and people
 4   thought I was going to rob the place.
 5          Are we running out of time?
 6      Q.   No, we're fine.  I just want to take a break
 7   in a few minutes.
 8      A.   You need a break?
 9      Q.   I'm fine.
10      A.   I just want to know.
11      Q.   This woman needs to take a break occasionally.
12      A.   Let her take her break.  Me and you can keep
13   going.
14      Q.   We need her.
15          THE WITNESS:  Are you tired?
16          THE REPORTER:  Not yet.
17          THE WITNESS:  See, she ain't tired.  We're on
18   a roll.  Let's keep going.
19          MR. ROLNICK:  Q.  You mentioned, as part of
20   the things that you do on your current run, 187, between
21   6:04 and 6:19 a.m., that you look at the bulletins;
22   correct?
23      A.   I gave you the list.  I don't know if you
24   wrote it down.  It applies to 183 as well.
25      Q.   So you look at the bulletins.  Where do you
                                                        42
```

```
 1   look?
 2      A.   Gilley room.  Can't miss them.  They posted
 3   all over the division.  You got them in the right-hand
 4   corner and left-hand corner.  We're required to examine
 5   those bulletins.
 6      Q.   You get your paddle --
 7      A.   Yes.
 8      Q.   -- from the dispatcher?
 9      A.   Receiver.
10      Q.   Is the paddle -- is another word the "outfit"?
11      A.   How did you learn that?  Yes, that's a
12   nickname.
13      Q.   They're synonymous?
14      A.   Yes.
15      Q.   When you pick up your paddle for your run,
16   does it often have bulletins with it?
17      A.   The bulletins are posted in the gilley room.
18   That's why I have to stop and look at the bulletins in
19   the gilley room first, and then I go to the receiver and
20   get my paddle.
21      Q.   But do you know, when you get the paddle,
22   whether or not they ever include bulletins with the
23   paddle?
24      A.   If they were in the paddle, then I wouldn't
25   have to look at the bulletins in the gilley room.  So
                                                        43
```

```
 1   the answer is no.
 2      Q.   Okay.  When you go to the receiver to get your
 3   paddle, is that usually just laid out for you and ready
 4   for you to pick up, or do you actually have to talk to
 5   the receiver?
 6      A.   I have to go to the receiver.
 7      Q.   Is there ever a line at the receiver to get
 8   your paddle?
 9      A.   That's right.  We been having a lot of
10   transfers coming up stolen and missing, so they keep
11   track of everything.
12      Q.   When you pull your trolley back in on Run 187
13   around 9:47 in the morning, do you have some activities
14   that you need to perform related to finishing up that
15   portion of your day, pulling the vehicle back in?
16      A.   Pulling in?
17      Q.   Yes.
18      A.   You stop at the tower.  You have the shopman.
19   They will stop and ask you what your running line is, if
20   there's any defects with the coach.  You pass them your
21   Administrative Code, Title 13 paper, which is your
22   defect card.  You pass it on to him if there's any
23   defects.  Then they will tell you what track to put it
24   on.
25          Then I do my walk-through.  Then I close all
                                                        44
```

```
 1   my windows due to the weather.  Then I turn in all my
 2   documents upstairs to the dispatcher.  For instance, a
 3   copy of the defect card.  Of course, I'll have transfers
 4   left over.  I turn them in to the dispatch office.
 5        Then I go upstairs and take off the 9163 hat
 6   and put the TWU, Local 250-A, hat on.
 7        Q.   Anything other than the defect card and
 8   transfers that you hand back to the dispatcher?
 9        A.   That's what I hand back.
10        Q.   How long from the time that you stop at the
11   tower until you get back to the dispatcher does that
12   take?
13        A.   About 15 minutes.
14        Q.   When you're inspecting the vehicle when you
15   turn it in --
16        A.   Coach.
17        Q.   -- coach when you turn it in, are you also
18   looking for lost and found?
19        A.   I make sure ain't no dead bodies on the bus.
20        Q.   Are you ever looking for clothing or other
21   things that people left behind?
22        A.   Anything that's left behind that shouldn't be
23   on that coach will get turned in to the dispatcher if
24   it's something on there.
25        You did ask me prior is there anything else
                                                        45
```

JUAN SALAZAR COLEMAN        DECEMBER 9, 2015

```
 1   that I'm supposed to turn in.  And I'm glad you brought
 2   that up.  You're good at that.  You must have been a
 3   transit operator back then.  Yeah, if there's some
 4   personal property, we take it and have it logged in with
 5   the dispatcher; and that's it.
 6        Q.   Okay.  What's a miscellaneous report?
 7        A.   Be more specific.
 8        Q.   Are you familiar with the term "miscellaneous
 9   report"?
10        A.   Are you asking me what it is or am I familiar
11   with it?
12        Q.   Do you know what it is?
13        A.   If anything happen in or about your coach, you
14   do a miscellaneous.
15        Q.   Okay.  Is that something different than an
16   incident report?
17        A.   Two different concepts.  Miscellaneous report
18   and incident report is different.
19        Q.   Okay.  What's the difference between the two?
20        A.   Let's assume that you were at a stop sign.  A
21   pedestrian walk out in the street, and you bumped into
22   my bus.  That's an incident.  Or if you have a fall on
23   board, that's an incident.
24        The report comes in with two concepts:  You
25   got incidents, and you got accidents.
                                                        46
```

JUAN SALAZAR COLEMAN        DECEMBER 9, 2015

```
 1        So if you have an incident -- if you have a
 2   fall on board, you fill out an incident report.
 3        If you have an accident, you circle "Accident"
 4   and follow the steps on that report.
 5        Q.   Okay.  When would an operator fill out a
 6   miscellaneous report?
 7        A.   Anytime anything happen in or about your
 8   coach.
 9        Q.   During what part of the day would an operator
10   fill out a miscellaneous report?
11        A.   There's no time limit.  You can't control what
12   may happen out there in the field.  If you have
13   something that happen in the field, that's when you fill
14   it out.  We don't go around writing miscellaneous
15   reports just because we have them.
16        Q.   Are there blank miscellaneous reports included
17   with the paddle?
18        A.   No.
19        Q.   If you're out in the field and something
20   happens, do you have to wait until you get back to the
21   division to fill out that report?
22        A.   That's the only way.
23        Q.   Where are the miscellaneous reports kept?
24        A.   Right there in the gilley room where the
25   bulletins is at.  Plain view.  They're green.
                                                        47
```

JUAN SALAZAR COLEMAN        DECEMBER 9, 2015

```
 1        Q.   What about an incident or accident report?
 2        A.   That's with the dispatcher.
 3        Q.   When would an operator complete an incident or
 4   accident report?
 5        A.   When you have an accident or an incident,
 6   then you would complete that at the end of your shift.
 7        Q.   Are operators entitled to additional
 8   compensation for filling out an incident or accident
 9   report?
10        A.   Pursuant to the Collective Bargaining
11   Agreement and the MOU, if you fill out an incident or
12   accident report, the agency will pay you one hour.  They
13   will automatically put it in the system.
14        Q.   That's even if it only took you 15 minutes to
15   fill out the incident report?
16        A.   It's one hour of pay, period.
17        Q.   What about additional compensation for
18   completing a miscellaneous report?
19        A.   No.
20        Q.   Is there any additional compensation paid to
21   an operator for turning in lost-and-found items?
22        A.   No.
23        MR. ROLNICK:  Why don't we take just a short
24   break.
25        (Recess taken:  10:30 until 10:40 a.m.)
                                                        48
```

JUAN SALAZAR COLEMAN        DECEMBER 9, 2015

MR. ROLNICK: Q. You mentioned earlier this
morning that your current run, 187, was pretty regularly
late to pull into the division by about 5 minutes;
right?

A. Yes.

Q. I want to ask you about your recollection
about your previous runs at Presidio. Do you recall --

A. Previous run.

Q. Previous runs. I want to ask you about your
previous runs at Presidio.

A. You keep saying "runs."

Q. You had more than one run; correct?

A. And I told you that I can't remember those
other runs, other than the 187 or 183.

Q. It may be that your answers to my questions
are "I don't remember." And that's fine, but I still
want to ask you the questions.

A. Okay, go ahead.

Q. I want to focus just on your six or so years
at Presidio. Well, let's start with the other run that
you remember, the 183, that pulled back in sometime in,
like, the mid-morning.

A. 9:40, or something like 9:40.

Q. Do you recall the frequency with which that
run pulled in on time?

---

A. I can't recall the frequency of that one. I
can only recall what I'm doing now as far as frequency.
I can't recall that.

Q. Do you recall whether or not the 183 run ever
pulled in late in the time that you were on it?

A. I can't recall the frequency on that one.

Q. Does that mean that you do recall that it
pulled in late but you just don't know how often?

A. I can't recall the frequency.

Q. Let's back up. I'm not trying to trick you.

A. You keep saying that. Evidently you're trying
to do something.

Q. Well, that's --

A. C'mon now. You're telling on yourself.

Q. Does that mean you do recall the 183 was late
sometimes?

A. I can only recall the 187.

Q. With respect to any other runs that you had
during your time at Presidio, you have no recollection
as to whether or not those runs ended late or not?

A. You mean as far as -- you talking about as far
as going into the division?

Q. The end of the run, whenever it may have been.

A. Yes. Getting back to the division -- I think
I answered that already. Getting back to the division,

---

I know I'm 5 minutes late.

Q. So it's your testimony that with respect to
any run you had at Presidio, if the run pulled back into
division, you were usually 5 minutes late?

A. It can go past 5 minutes. But I'm saying
right now, based on my memory right now, I'm pulling in
5 minutes late. Could be more than that. Could be 10
minutes.

Q. I'm asking about the runs other than the 187.

MR. YOUNG: Objection. Asked and answered. I
think he just answered that. He said his runs, when
pulling into the division, are always 5 minutes late.

MR. ROLNICK: Q. They're always 5 minutes
late, whatever the run was?

A. Yes.

Q. Were they ever on time?

A. You're answering your own question.

Q. They were never once on time?

A. You're answering your own question. I just
answered. Are we going to stay on this same one?

Q. You can answer my question.

A. I answered it.

Q. Okay. So they were never on time; correct?

A. You're still redundant. I answered it
already. I'm not going to answer it no more. You got

---

another question you want to ask?

Q. I'd like you to answer my question. It's a
simple "yes" or "no." They were never on time?

A. I answered your question.

Q. You answered a different question.

MR. YOUNG: Objection. Asked and answered.
Mr. Coleman has already stated that his runs are always
5 minutes late.

MR. ROLNICK: Q. So they were never on time?

A. I've answered it. We can go back and forth
for one hour.

Q. Were they ever more than 5 minutes late?

A. I've answered your question.

Q. Were they ever more than 10 minutes late?

A. I've answered your question. We're going to
go back and forth, because I already answered it.

Q. Yes or no: Were they ever more than 10
minutes late?

A. I've already answered your question.

Q. Do you know how often your runs at Presidio
ended 10 or more minutes late?

A. I answered that question already. You just
rephrasing a new paragraph. It's the same question.

Q. No, you haven't. If I have to, I'll call the
Court, but it's a simple question. It's either --

**Page 53**

1  A.  Then make your call.  Make your call.

2  MR. YOUNG:  He's already answered your

3  question.

4  THE WITNESS:  Make your call.  As a matter of

5  fact, call SFPD.  Call the Sheriff's Department.  I got

6  the number.  I have access to the emergency number.

7  Instead of dialing 911, the number is (415) 553-8090.

8  That will give you direct dial.  Call the police to act

9  first, and then they can go to court.

10  I've already answered the question, so we just

11  going back and forth.  I ain't trying to frustrate you,

12  but I've already answered your question.  We can go back

13  and forth.  I got a full tank of gas.

14  MR. ROLNICK:  Q.  Have you kept any records of

15  the number of times that your runs at Presidio were

16  late?

17  A.  No.

18  Q.  Have you kept any records of the amount of

19  time your runs at Presidio were late?

20  A.  No.

21  Q.  If your runs at Presidio were late, did you

22  ever put in for overtime?

23  A.  You know, I got a problem with that.  I was

24  discouraged from putting in these overtime cards.  I'm

25  not fittin' to get in no argument and get written up and

53

**Page 54**

1  fired for vicious conduct.

2  Q.  Who discouraged you from putting in an

3  overtime card?

4  A.  Management.

5  Q.  Who in management?

6  A.  You.  Dispatch.  Superintendents.

7  Q.  How did the dispatcher discourage you from

8  putting in an overtime card?

9  A.  Cover your ears, dear.

10  "You motherfuckers, you goin' to put in for

11  these little fucking pennies?"

12  So rather than deal with that, yeah, I'm

13  discouraged from putting in those overtime cards.  I'm

14  not getting in no damn arguments with these dispatchers.

15  Just talking about them goddamn overtime cards

16  is pissing me off right now.  I'm sorry.

17  Q.  All right.

18  A.  Shit is pissing me off right now.

19  Q.  By "dispatcher," you're referring to Ms. Geer?

20  Can you identify the dispatcher who discouraged you from

21  putting in an overtime card?

22  A.  They got a lot of gypsies that come in and out

23  of that building.  They all got on blue, and they all

24  look the same, okay?  They all look the same.

25  Now, what you should do is prompt an

54

**Page 55**

1  investigation with your agency that you work for and

2  find out who these people are.  I need to know who they

3  are, too, because they'll come and go.  I'm scared of

4  them dispatchers.

5  Q.  Did Miss Geer ever discourage you from putting

6  in overtime cards?

7  A.  All dispatchers discouraged me from putting

8  in overtime cards.

9  Q.  Did you ever hear Miss Geer make a statement

10  similar to the one you just said about "motherfuckers

11  not putting in for these small" —

12  A.  All dispatchers discouraged me from putting in

13  defect cards.

14  Q.  How many times did a dispatcher tell you that?

15  A.  All dispatchers discouraged me from putting in

16  defect cards.

17  Q.  How many times did a dispatcher make that kind

18  of statement to you?

19  A.  I'm discouraged from putting in defect cards.

20  MR. YOUNG:  I think you're talking about

21  overtime cards.

22  THE WITNESS:  Yeah, overtime cards.  Them

23  cards is messing my mind up.  Them cards is killing my

24  mind right now.

25  MR. ROLNICK:  Q.  Can you tell me how many

55

**Page 56**

1  times a dispatcher said words to you that discouraged

2  you from putting in overtime cards?

3  A.  I don't know how many times.

4  Q.  More than once?

5  A.  I been there 15 years.  Hell, yeah, it was

6  more than one time.

7  Q.  Was it more than 5 times?

8  A.  Hell, yeah.

9  Q.  More than 10?

10  A.  Hell, yeah.

11  Q.  More than 25?

12  A.  I been there 15 years.  I can't even count.

13  Q.  Can you identify any dispatcher besides

14  Ms. Geer who made a statement that discouraged you from

15  putting in for overtime?

16  A.  I said all the dispatchers.

17  Q.  But can you identify any of them?

18  A.  They all was wearing blue.  They had blue on

19  that said "Transit Supervisor" on it.  I believe they

20  all was light-skinned.

21  Q.  Have you ever put in for overtime?

22  A.  I was discouraged from doing it.  Didn't I

23  just tell you?  Why you keep asking me that, man?  I'm

24  sorry.  I know, because you the City Attorney.  You got

25  your master's degree.  I'm just a professional steering

56

```
 1   wheel holder.  I'm sorry.  You got me snapping over
 2   here.  You keep asking me the same question.  I done
 3   told you:  I'm not about to lose my job with them damn
 4   overtime cards.
 5       Q.  So if you worked -- if your run was 30 minutes
 6   late, you wouldn't put in overtime for that?
 7       A.  I was discouraged from putting them in.
 8       MR. YOUNG:  Objection to that question.  Also
 9   calls for speculation.
10       MR. ROLNICK:  Q.  Have you ever been paid
11   overtime in the last five or six years?
12       A.  I was discouraged from putting in overtime
13   cards.
14       Q.  My question is little bit different.  Have you
15   ever been paid for overtime in the last five or six
16   years at the MTA?
17       MR. YOUNG:  Objection.  Vague.
18       You can answer the question if you understand
19   it.
20       THE WITNESS:  For an accident or incident
21   report, the agency automatically give you one hour
22   pursuant to the MOU.
23       MR. ROLNICK:  Q.  So it's your testimony that
24   the only time you have ever received overtime in the
25   last five or six years is when you had filled out an
```

```
 1   incident or incident report?
 2       MR. YOUNG:  Objection.  Vague.
 3       You can answer the question if you understand
 4   it.
 5       THE WITNESS:  I've already answered it.
 6       MR. ROLNICK:  Q.  Is that the only time that
 7   you received overtime is for filling out an accident or
 8   incident report?
 9       MR. YOUNG:  Objection.  Vague.
10       You can answer.
11       THE WITNESS:  I've already answered your
12   question.
13       MR. ROLNICK:  Q.  Which superintendents
14   discouraged you from putting in for overtime?
15       A.  All of them.  I said "management."  That's
16   management.
17       Q.  What has your current acting superintendent
18   said to you that discouraged you from putting in for
19   overtime?
20       A.  She hasn't said anything to me at all.
21       Q.  Has she said something to anybody else that
22   discouraged you from putting in for overtime?
23       A.  That's hearsay.
24       Q.  Well, has she said anything to anybody else
25   that discouraged you from putting in for overtime?
```

```
 1       A.  She hasn't said anything to me at all.
 2       Q.  Have you heard her saying something to
 3   somebody else that made you -- discouraged you from
 4   putting in for overtime?
 5       A.  I don't ear hustle.
 6       Q.  No one told you that someone --
 7       A.  I don't ear hustle.  My mama always told me,
 8   "Mind your own business."  Or if you don't, you'll get
 9   your ass whooped with a belt.  And if the belt wasn't
10   readily available, you get that switch.  You ever had a
11   switch put on your backside?  I'm being serious.
12       I don't get into people business.  I mind my
13   own business.  I am on Run 187.  I pull out at 6:04 -- I
14   report at 6:04.  I pull out at 6:19.  And sometimes if
15   I'm delayed, it's longer than that.
16       But I don't get in people business.  You get
17   yourself in a lot trouble that way.  I'm 50, and I'm
18   going to make 51.
19       Q.  Did Superintendent Chambers ever say or do
20   anything that discouraged you from putting in for
21   overtime?
22       A.  All the managers that I stipulated [sic],
23   besides Francesca Tapia, because she new.  She acting.
24   She trying to keep her position.
25       Rest of them discouraged you from putting in
```

```
 1   overtime cards.
 2       Q.  What did Chambers do to discourage you from
 3   putting in overtime cards?
 4       A.  I'm not privy to that, because that's between
 5   her and her dispatcher.  Whatever they do -- whatever
 6   that superintendent tell them over at Dispatch, they
 7   discouraged them from filling out them overtime cards.
 8       Q.  What, if anything, did Superintendent Franks
 9   do to discourage you from putting in for overtime?
10       A.  Same question you asked me about Chambers.
11   From Chambers to Debra Franks, they control that
12   dispatch office, okay?  Now, you can go talk to Chambers
13   and Franks.  They will tell you what they said.  They
14   work together.
15       Q.  So you never heard Chambers or Franks tell you
16   the words you described earlier in relationship to the
17   dispatchers about "motherfuckers" and putting in for
18   small amounts of overtime?
19       A.  I specifically told you that people that got
20   the blue uniforms on that work in the dispatch office
21   used the word "motherfucker."  But I can't readily
22   identify them.  But I know they all got on blue and it
23   say "Transit Inspector" on it.
24       Q.  Anybody else, other than the people you've
25   already identified, who discouraged you from putting in
```

**Page 61**

```
 1   for overtime?
 2       A.   9139.  Transit inspectors.  Dispatchers.
 3   Those are 9139.  Same people.  That's they
 4   classification:  9139.
 5       Q.   How often during your time at Presidio have
 6   you worked overtime and not put in for it?
 7       A.   You keep asking me the same question over and
 8   over and over again.  I'm not going to tell you again.
 9   They discouraged us from putting in overtime cards,
10   period.
11       Q.   My question is different.  How often during
12   your time at Presidio have you worked overtime and not
13   put in an overtime card?
14       A.   Again, they discouraged you from putting in
15   overtime cards.  I don't know why you keep asking me the
16   same question.
17       Q.   I understand they discouraged you from putting
18   in overtime cards.  I'm asking how frequently you have
19   worked overtime and not put in a card.
20       A.   Let me ask you a question.  Are you married?
21       Q.   Mr. Coleman, can you please answer my
22   question?  If you can't answer my question, then that's
23   a response, too.  You can say "I don't know."
24       A.   We going over this same issue, and you keep
25   asking the same question.  I'm not about to go back and
```

**Page 62**

```
 1   forth on this anymore.  I see you shaking, and you're
 2   getting mad.
 3       I done just told you I can't put in no
 4   overtime card, so what does that tell you?  You think
 5   I'ma work overtime?
 6       I mean, what I'm saying is, you need to become
 7   a 9163 to be in my seat to understand what we go
 8   through, okay?  I already answered the question.  Let's
 9   move on.  Next one.  I'm going to sit here and not
10   saying nothing else.
11       Q.   Have you kept any records of the number of
12   times you've worked overtime?
13       A.   I told you:  No.
14       Q.   Have you kept any records of the amount of
15   time --
16       A.   I have no records.  I have no records,
17   brother.  Do you got records?
18       Q.   Is there a form that's supposed to be used to
19   put in for overtime at the MTA?
20            MR. YOUNG:  Objection.  Vague.
21            You can answer the question if you understand
22   it.
23            THE WITNESS:  I'm telling him, again, they
24   discouraged us from putting in those cards.  Now you
25   goin' back to this question:  Was there ever any time
```

**Page 63**

```
 1   you worked overtime.  And I'm goin' tell you again:
 2   They discouraged us from putting in overtime cards.
 3            MR. ROLNICK:  Q.  So there is a form you can
 4   fill out for overtime; correct?
 5       A.   They discourage you from filling out overtime
 6   cards.
 7       Q.   There is a form called an overtime card;
 8   correct?
 9       A.   Is it?  Do you know?
10       Q.   I'm asking you, sir.
11       A.   Well, I'm asking you.  You the one bringing up
12   these questions.  Do you got a form?
13       Q.   Sir --
14       A.   My name is Juan.  Just call me Juan.  We cool,
15   like we on the street.
16       Q.   We're not cool if you won't answer my
17   questions.
18       A.   My name is Juan.  You can call me Juan.  Don't
19   call me "sir."  I ain't 65.  I'm 50.  My name is Juan.
20   It's okay.  Just relax.
21       Q.   Juan, is there something called an "overtime
22   card" at the MTA?
23       A.   Yes.
24       Q.   You have seen them?
25       A.   Yes.
```

**Page 64**

```
 1       Q.   Where do you find them at Presidio?  Where are
 2   they kept?
 3       A.   They have it with the dispatcher.
 4       Q.   If you wanted to put in for overtime, you'd
 5   have to go to the dispatcher to ask for one of those
 6   forms; correct?
 7       A.   Bingo.  Yes.
 8       Q.   Are you aware of whether there are any other
 9   ways of seeking overtime besides submitting an overtime
10   card to the dispatcher?
11       A.   As I stated before, in the Collective
12   Bargaining Agreement, from my memory and understanding,
13   when you write accident reports and incident reports,
14   the agency is required to pay you one hour.  They got no
15   choice.  It's in they [sic] system.
16       Q.   I know that you're the shop steward, so you
17   probably attend a lot of meetings at Presidio on behalf
18   of other transit operators.
19       A.   Be more specific.
20       Q.   When they're being disciplined or there's some
21   sort of investigative process under way.  Do you attend
22   those as the shop steward?
23       A.   Yes.
24       Q.   Is there any practice at Presidio about how
25   operators are compensated for their time during those
```

```
 1   kinds of meetings?
 2       MR. YOUNG:  Objection.  Vague.
 3       THE WITNESS:  Be more specific.
 4       MR. ROLNICK:  Q.  If a transit operator is
 5   asked to meet with a superintendent for a performance
 6   evaluation.
 7       A.  Now you're saying "performance evaluation."
 8   Let's go back to the first question that you asked.
 9       Q.  Sir, is there any practice about how Muni
10   compensates transit operators if they have to meet with
11   a superintendent or someone else about a performance
12   evaluation?
13       A.  That's not what you said.  You said for an
14   investigative conference.
15       Q.  We'll get there.
16       A.  No.  I'm going to answer that question.  You
17   can't switch the game up like that when you asking the
18   questions.  Let's answer the first one so I can answer
19   your second question.  Don't switch the game up on me.
20       Q.  We can do that, too.
21       A.  Now, stop getting frustrated.
22           First of all, if the agency is bringing you in
23   for an IC hearing or a conference, they have to pay you.
24   It will be automatically put on the detail.  The
25   operator is not required to fill out any overtime card
```

```
 1   for that.  The agency have to pay you for your time to
 2   come into kangaroo court.
 3       Q.  Okay.  During your time at Presidio as the
 4   shop steward, when are those meetings scheduled in
 5   relation to an individual operator's run?
 6       A.  It's random.  It can be anytime.  I wouldn't
 7   know.  That's why the operator got to get the detail
 8   each day.  We don't know what's going to happen out in
 9   the field.
10           When you have disciplinary charges put against
11   you, it can result in a CSC, Customer Service Complaint.
12   It can result in a preventable accident.  It could be
13   numerous of things for disciplinary charges.
14           What they do, the secretary is the one who
15   goes into the system and find out what run that operator
16   has.  Then they go ahead and schedule it accordingly.
17   They work with the dispatcher to find out what runs are
18   going to be available that day.  Then they make that
19   schedule up.  I don't make it up.
20       Q.  I'm not suggesting that you do.  I'm just
21   trying to figure out when they're scheduled.
22       A.  Everything is random.  It's just random.
23       Q.  During your time as shop steward, have there
24   ever been any disputes with respect to IC conferences?
25       A.  I can't discuss that.  That's confidential.
```

```
 1       Q.  I'm not asking about the nature of the
 2   conference.  I'm asking something different.
 3       A.  Let's get to it.
 4       Q.  Let me finish my question.
 5       A.  Uh-huh.
 6       Q.  You're talking about these IC conferences.
 7       A.  Uh-huh.
 8       Q.  Has there ever been, during the time that you
 9   have been the shop steward at Presidio, disputes as to
10   the amount of overtime that an operator is given for
11   attending one of those hearings or meetings?
12       MR. YOUNG:  Objection.  Vague.
13       THE WITNESS:  I can't discuss that with you
14   because I have no knowledge of what the operator is
15   disputing unless it hit my desk.
16           So for that question, you need to ask
17   management.
18       MR. ROLNICK:  Q.  You've never brought
19   forward something as a shop steward about, you know,
20   "A transit operator showed up for an IC conference and
21   the conference was 30 minutes, but you only gave him 20
22   minutes of overtime"?  Nothing like that?
23       A.  Here, again, the secretary and the
24   superintendent and the dispatcher work that out in the
25   detail; and they know how to coordinate that run.  That
```

```
 1   has absolutely nothing to do with me.
 2       Q.  You've never had a transit operator come to
 3   you in the last year and say, "I had one of these IC
 4   meetings.  They only paid me for 15 minutes, but it was
 5   actually 30 minutes of my time"?
 6       A.  The secretary and the superintendent and the
 7   dispatcher coordinate those times, so you should
 8   reference them.  They're a little bit more versed in
 9   that area to answer that question.  I'm not that versed
10   in that area.
11       Q.  What about a meeting between an operator and
12   the superintendent -- or their supervisor with respect
13   to a performance review?  How does that take place?
14       A.  Same thing:  It's on the detail.  The
15   secretary and the superintendent and the dispatcher
16   coordinate those times.
17       Q.  As the shop steward, you've never had any
18   involvement in whether or not, with respect to a
19   performance review, the operator got credit for all of
20   the overtime involved in attending that meeting?
21       A.  I just answered that question.
22       Q.  You answered the question with respect to an
23   IC conference.
24       A.  It's the same thing.
25       Q.  Okay.  Do they have a drop box at Presidio for
```

```
 1   the transfers when you pull into the yard?
 2       A.   If you refer back to your notes, I
 3   specifically told you what I do when I pull into the
 4   yard.  You referencing what I told you?  I pull into the
 5   yard, and I give my defect card to the shop.  I do my
 6   walk-through through the bus.  Then I take my stuff up
 7   and hand it in to the dispatcher.  Then they do what
 8   they do.  They have a cardboard box with the transfers
 9   that they put in the box at the dispatch office.
10       Q.   So there's some box that they're dumped in at
11   the dispatcher's office?
12       A.   Yes.  Cardboard box, yeah.
13            MR. YOUNG:  We have a situation where the
14   supervisors at the division want a letter or a notice
15   indicating that he was here today for a deposition.
16   This is actually an issue with a lot of the current
17   operators.  I'm assuming you'll notify the
18   superintendents that they were here today?
19            MR. ROLNICK:  Sure, I can let them know where
20   they were.
21            We don't need to do this on the record.
22            (Discussion off the record.)
23            MR. ROLNICK:  Back on the record.
24       Q.   I want to ask you some questions about your
25   time at Presidio, not as the shop steward, but just as a
```

```
 1   transit operator.  How often during the time that you
 2   have been at Presidio have you had meetings with your
 3   superintendent?
 4       A.   I had a few.
 5       Q.   When you say "a few," do you mean three, or do
 6   you mean more than that?
 7       A.   More than that.
 8       Q.   Okay.  More than 10?
 9       A.   Oh, yeah.
10       Q.   More than 15?
11       A.   Oh, yeah.
12       Q.   More than 20?
13       A.   Oh, yeah.
14       Q.   More than 25?
15       A.   I can bring in here a couple of boxes for you.
16       Q.   I'm just asking for your best recollection.
17   During the six or so years you've been at Presidio --
18       A.   I had a lot.
19       Q.   More than 25?
20       A.   Uh-huh.
21       Q.   More than 30?
22       A.   Uh-huh.
23       Q.   More than 40?
24       A.   Keep going.
25       Q.   Can you give me an estimate of about how many
```

```
 1   times you've had a meeting with a superintendent?
 2       A.   Probably about 75.  Maybe more.  I don't keep
 3   count.  I like to challenge people.  That's what got me
 4   in this position today.
 5       Q.   If you mean at your deposition, you're
 6   actually wrong about that.  We randomly selected your
 7   name.  But that's a separate --
 8       A.   No.  I'm talking about --
 9       Q.   As the shop steward?
10       A.   No, no, no.  You said, "not as the shop
11   steward."
12       Q.   I understand.  As far as letting your
13   superintendent know where you are --
14       A.   No, not that.  What I wanted to tell you is,
15   just growing up, when I was young, we respected the
16   driver.  We paid our fare and stuff.
17            When I became a transit operator, I didn't
18   realize that the public was different.  So it wasn't
19   about me doing my job.  The agency wanted you to provide
20   customer service to people no matter what the
21   provocation is.
22            So I would try to enforce the fare structure.
23   I would tell people to hold on.  It was the way I was
24   saying it that got me in trouble.  I had disciplinary
25   charges put up against me.  When you do get my
```

```
 1   evaluation, you'll see I'm telling the truth.  That's
 2   what I mean.
 3       Q.   So you've had -- and I'm just trying to be
 4   clear -- maybe 75 or more meetings with your
 5   superintendent during the time you've been at Presidio?
 6       A.   That's actually the PSRs or something like
 7   that.  Customer-service-related issues.
 8       Q.   Do you get called in for a meeting with the
 9   superintendent every time there's a PSR?
10       A.   Not all the time, because a lot of them are
11   "No Merit."
12       Q.   But when there's something more and they want
13   to do a little investigation, you will get called in to
14   have a conversation with your superintendent?
15       A.   That is correct.
16       Q.   Have you ever raised a complaint that you
17   weren't compensated for all the time that you spent
18   attending those kinds of meetings?
19       A.   No, because it's already on the detail.
20       Q.   To your knowledge, were you compensated for
21   the amount of time that you spent in those meetings?
22       A.   For the meetings?
23       Q.   Yes.
24       A.   Yes.
25       Q.   Of these many meetings during the time you
```

```
 1   have been at Presidio, were any of these meetings
 2   related to an incident report or an accident?
 3       A.   Yes.
 4       Q.   Do you remember how many?
 5       A.   No, I don't remember how many.
 6       Q.   A handful?
 7       A.   Don't remember those.  When I said 75, it was
 8   related to the Customer Service Complaints of me during
 9   the performance of my job.
10            And then the meetings are just conferences and
11   stuff like that.
12       Q.   I'm just asking about the time that you have
13   been at Presidio.
14       A.   Okay.  Yeah, you have meetings every day, but
15   it wasn't 75.  The 75 was, you know, complaints.  But
16   the meetings was about anywhere -- could be 20-plus.
17       Q.   We're talking about meetings that related to
18   your job performance as a transit operator, not that you
19   may have attended because you were the shop steward.
20       A.   I'm talking about me.  You asked about me.
21   You said when I was not a shop steward, and I told you
22   75.  75 complaints, which is okay.  I don't mind telling
23   you, because you're going to pull my record, anyway.  So
24   I don't care.
25            But to be in those meetings — you know, shit,
                                                          73
        JUAN SALAZAR COLEMAN        DECEMBER 9, 2015
```

```
 1   you have these meetings that just go on.  So more than
 2   30.
 3       Q.   So about 75 or so Customer-Service-Complaint-
 4   related meetings during your time at Presidio?
 5       A.   But the meetings were separate from that.
 6   Anywhere between 20 and 30 meetings, you know.  Could be
 7   20 to 30 minutes.  But they're just like conferences and
 8   stuff like that.  They bring you in and talk to you.
 9       Q.   Of those 75 or more Customer Service or
10   Passenger Service Reports, those resulted in about 20 or
11   25 meetings with a superintendent or some other
12   supervisor?
13       A.   Somewhere around there, yeah.  You just
14   talking about Presidio; right?
15       Q.   Yes.
16       A.   I'm just giving you the overall.
17       Q.   75, though, covers all of your time at
18   Presidio --
19       A.   Yes.
20       Q.   -- or all of your time with the agency?
21            What I want to focus in on is, the number of
22   meetings you had during your time at Presidio is about
23   20, 25?
24       A.   Yes, somewhere around there.  My whole
25   duration, yeah.
                                                          74
        JUAN SALAZAR COLEMAN        DECEMBER 9, 2015
```

```
 1       Q.   Were all of those 20 or 25 related to some
 2   sort of Passenger Service Reports, or was this --
 3       A.   Correct.  When you have an accident or
 4   something like that or a fall on board or something to
 5   that effect, everything has to come with a conference.
 6       Q.   So the 20 or 25 includes all those kinds of
 7   events:  Passenger Service Complaint or an accident?
 8       A.   Correct.  Yes.
 9       Q.   Or --
10       A.   Whatever.
11       Q.   Whatever?
12       A.   Yes.
13       Q.   Got it.  And those 20 or 25 conferences would
14   be held at the division in the superintendent's office?
15       A.   Yes.
16       Q.   And did the length of those meetings vary?
17       A.   You asked that question before.  Whatever is
18   on the detail, that's what they state in that time
19   frame.
20            Now, whatever is on the detail is between the
21   secretary, superintendent, and the dispatcher.  So you
22   just go in there for that particular time frame.
23       Q.   But it would be a different amount of time
24   depending on what the subject of the conference is?
25       A.   Severity of it, yes.  But it would still be
                                                          75
        JUAN SALAZAR COLEMAN        DECEMBER 9, 2015
```

```
 1   within that time frame because they already know because
 2   they make up the time.  They make up the time on the
 3   detail about the meetings.
 4            MR. ROLNICK:  Mr. Coleman, those are all my
 5   questions.  Thank you.
 6            THE WITNESS:  Thank you, John.  All right,
 7   man.  Appreciate it.
 8            (Off the record at 11:21 a.m.)
 9                   ---oOo---
10
11
12   Date:_____
13
14                          _____
15                          JUAN SALAZAR COLEMAN
16
17
18
19
20
21
22
23
24
25
                                                          76
        JUAN SALAZAR COLEMAN        DECEMBER 9, 2015
```

## CERTIFICATE OF REPORTER

I, MELISSA HAMMERNESS, a Certified Shorthand Reporter, do hereby certify:

That JUAN SALAZAR COLEMAN, the witness in the foregoing deposition, was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was reported by me at the time and place therein stated and was thereafter transcribed as herein set forth;

I further certify that I am not interested in the outcome of said action, nor of counsel or attorney for either or any of the parties in the foregoing deposition and caption named, nor connected with, nor related to any of the parties in said action or to their respective counsel.

IN WITNESS WHEREOF I have hereunto set my hand this _____ day of _____, 2015

_____
MELISSA HAMMERNESS, CSR No. 4739

77

JUAN SALAZAR COLEMAN          DECEMBER 9, 2015

BONNIE L. WAGNER & ASSOCIATES
Court Reporting Services
1819 Polk Street, Suite 446
San Francisco, California 94109
(415) 982-4849

December 30, 2015

Mr. Juan Salazar Coleman
c/o Joel B. Young, Esq.
The Tidrick Law Firm
2039 Shattuck Avenue, Suite 308
Berkeley, California 94704

          re: Stitt vs. SFMTA, et al,
          Deposition of Juan Salazar Coleman
          December 9, 2015

Dear Mr. Coleman:

The original transcript of your deposition in the above-entitled action is now available for your signature at this office for 30 days from the above date. Please contact our office if you plan to review the deposition transcript so we may arrange a mutually convenient appointment.

You may instead read your attorney's copy if it is more convenient for you. After reading the transcript, sign your name on the last page of testimony on the signature line to indicate approval of the transcript. However, if you wish to change the form or substance of your answer to any question, please send a letter to us indicating any changes and the reasons for those changes by way of page and line number.

Your rights regarding signature of this deposition are contained in the Federal Rules of Civil Procedure. Your cooperation is appreciated. Thank you.

Very truly yours,

MELISSA HAMMERNESS, CSR No. 4739

cc: Original
    All Counsel

78

JUAN SALAZAR COLEMAN          DECEMBER 9, 2015

## DEPONENT'S CORRECTION SHEET

To add testimony, indicate "Add" and print the exact words you wish to add. To delete testimony, indicate "Delete" and print the exact words you wish to delete.

Deposition of:    Juan Salazar Coleman
Deposition Date:  December 9, 2015

I, Juan Salazar Coleman, have the following changes to my deposition transcript:

PAGE    LINE          CHANGE (Add/Delete)

_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____
_____/_____/_____

_____/_____
Juan Salazar Coleman    Date

79

JUAN SALAZAR COLEMAN          DECEMBER 9, 2015

## DISPOSITION OF TRANSCRIPT REVIEW

I certify that the witness was given the statutory allowable time within which to read and sign the deposition, and that:

_____  The witness failed to appear for such reading and signing.

_____  A stipulation was made that the witness will waive review/signature on the record.

_____  The witness has reviewed and signed the transcript and has made no changes.

_____  A correction letter has been submitted and is attached to the transcript.

_____
Melissa Hammerness, CSR No. 4739

Date: _____

80

JUAN SALAZAR COLEMAN          DECEMBER 9, 2015

**—**

**---oOo [4]**   2/15 3/18 4/18 76/9
**--oOo [1]**   1/3

**1**

**1-20 [1]**   1/10
**10 [12]**   17/14 27/24 28/1 33/11 33/11 37/11 51/7 52/14 52/17 52/21 56/9 70/8
**100 [1]**   32/7
**10:30 [1]**   48/25
**10:40 [1]**   48/25
**11:21 [1]**   76/8
**12 [1]**   8/1
**13 [2]**   27/4 44/21
**1390 [2]**   3/5 4/7
**14 [1]**   29/10
**15 [10]**   31/22 40/11 41/12 41/13 45/13 48/14 56/5 56/12 68/4 70/10
**15-minute [1]**   40/9
**1819 [2]**   1/24 78/2
**183 [9]**   39/10 39/10 39/17 41/10 42/24 49/14 49/21 50/4 50/15
**187 [36]**   10/16 10/17 10/24 11/5 11/8 11/10 11/11 11/12 11/13 11/15 11/19 11/22 12/6 15/16 21/10 21/18 25/1 25/2 26/1 26/2 27/17 36/16 37/21 38/22 38/25 39/16 40/6 41/17 41/19 42/20 44/12 49/2 49/14 50/17 51/9 59/13
**1906 [1]**   41/4
**19th [1]**   7/19

**2**

**20 [10]**   1/10 67/21 70/12 74/6 74/7 74/10 74/23 75/1 75/6 75/13
**20-minute [1]**   40/2
**20-plus [1]**   73/16
**2000 [1]**   8/1
**2001 [1]**   7/19
**2015 [6]**   1/17 3/3 77/18 78/5 78/10 79/4
**2039 [2]**   4/2 78/7
**21 [4]**   39/10 39/10 39/19 39/21
**25 [8]**   56/11 70/14 70/19 74/11 74/23 75/1 75/6 75/13
**250-A [2]**   42/2 45/6

**3**

**30 [10]**   20/19 57/5 67/21 68/5 70/21 74/2 74/6 74/7 78/5 78/13
**30-year-old [1]**   21/3
**308 [2]**   4/3 78/7
**38L [1]**   34/14
**3:58 [2]**   40/1 41/22

**4**

**40 [1]**   70/23
**40-foot [2]**   8/23 29/17
**415 [3]**   1/25 53/7 78/3
**446 [2]**   1/24 78/2
**4739 [5]**   1/20 3/7 77/20 78/23 80/16
**4849 [2]**   1/25 78/3
**4:00 [2]**   21/23 41/5
**4:04 [9]**   14/21 14/23 14/24

22/19 23/2 23/6 24/19 25/3 25/4

**5**

**50 [2]**   59/17 63/19
**51 [1]**   59/18
**5408 [2]**   3/6 4/8
**553-8090 [1]**   53/7
**5:58 [3]**   39/24 40/3 41/10

**6**

**600 [1]**   9/3
**65 [1]**   63/19
**6:04 [21]**   14/12 14/12 14/19 22/20 24/18 25/3 25/7 25/14 26/10 27/15 37/1 37/4 37/21 40/6 40/17 40/18 40/20 40/23 42/21 59/13 59/14
**6:18 [1]**   14/15
**6:19 [14]**   14/12 14/16 15/21 22/20 25/7 25/15 27/15 27/18 40/7 40/18 40/20 40/23 42/21 59/14

**7**

**75 [10]**   71/2 74/2 74/3 73/15 73/15 73/22 74/2 74/3 74/9 74/17

**8**

**8090 [1]**   53/7
**81-year-old [1]**   37/14

**9**

**911 [1]**   53/7
**9139 [3]**   61/2 61/3 61/4
**9163 [4]**   25/10 41/23 45/5 62/7
**94102-5408 [2]**   3/6 4/8
**94109 [2]**   1/24 78/2
**94704 [2]**   4/3 78/8
**982-4849 [2]**   1/25 78/3
**9:30 [1]**   3/3
**9:40 [3]**   41/18 49/23 49/23
**9:47 [12]**   21/19 21/20 22/3 22/7 22/13 22/20 22/22 23/2 23/4 23/9 23/21 44/13
**9th [2]**   3/2 22/11

**A**

**a.m [19]**   3/3 14/14 21/20 22/3 22/7 22/13 23/21 25/3 25/7 25/14 27/15 37/1 37/21 39/24 41/5 42/21 48/25 76/8
**ability [1]**   7/16
**able [2]**   20/18 21/3
**able-bodied [1]**   20/18
**about [70]**
**above [2]**   78/12 78/13
**above-entitled [1]**   78/12
**absence [2]**   37/5 37/7
**absolutely [3]**   36/1 38/19 68/1
**access [1]**   53/6
**accident [14]**   47/3 47/3 48/1 48/4 48/5 48/8 48/12 57/20 58/7 64/13 66/12 73/2 75/3 75/7
**accidents [2]**   5/21 46/25
**accommodate [3]**   20/15 20/16 21/8
**accordingly [1]**   66/16
**across [1]**   18/17

**act [1]**   53/8
**acting [5]**   9/9 9/10 9/17 58/17 59/23
**action [3]**   77/12 77/15 78/12
**activities [5]**   25/6 25/20 26/4 27/14 44/13
**activity [1]**   26/2
**actually [7]**   5/25 8/17 44/4 68/5 69/16 71/6 72/6
**ADA [1]**   20/12
**Adam [5]**   5/4 5/5 5/5 5/5 5/6
**add [4]**   79/2 79/2 79/2 79/8
**Add/Delete [1]**   79/8
**additional [3]**   48/7 48/17 48/20
**address [3]**   13/20 13/22 13/23
**addresses [1]**   13/21
**Administrative [2]**   27/4 44/21
**adults [1]**   36/21
**adverse [2]**   17/23 22/24
**after [5]**   12/1 20/14 37/9 37/11 78/16
**again [13]**   13/11 23/9 30/11 31/25 38/10 40/15 41/2 61/8 61/8 61/14 62/23 63/1 67/23
**against [2]**   66/10 71/25
**agency [15]**   1/9 13/1 21/1 21/2 23/7 31/7 37/2 48/12 55/1 57/21 64/14 65/22 66/1 71/19 74/20
**agency's [1]**   16/22
**ago [1]**   9/20
**Agreement [2]**   48/11 64/12
**ahead [3]**   20/23 49/18 66/16
**ain't [5]**   36/9 42/17 45/19 53/11 63/19
**airport [1]**   15/11
**al [1]**   78/9
**alight [1]**   18/12
**all [44]**
**allow [1]**   19/14
**allowable [1]**   80/4
**allowed [3]**   16/19 18/6 20/5
**allows [1]**   40/13
**along [1]**   13/3
**already [18]**   11/15 21/5 28/21 50/25 51/25 52/7 52/16 52/19 52/22 53/2 53/10 53/12 58/5 58/11 60/25 62/8 72/19 76/1
**also [6]**   4/11 20/8 32/3 38/3 45/17 57/8
**always [8]**   22/23 22/24 23/9 35/9 51/12 51/13 52/7 59/7
**am [7]**   24/24 25/9 35/20 35/24 46/10 59/13 77/11
**Ambulatory [1]**   20/20
**amount [5]**   53/18 62/14 67/10 72/21 75/23
**amounts [1]**   60/18
**anniversary [1]**   22/11
**another [9]**   7/7 28/9 28/19 29/5 33/9 37/9 37/12 43/10 52/1
**answer [34]**   6/5 6/6 6/10 6/11 6/13 6/20 6/23 7/8 7/10 12/3 13/8 13/10 20/10 20/23 22/4 24/9 35/14 36/22 44/1 51/21 51/25 52/2 57/18 58/3 58/10 61/21 61/22 62/21 63/16 65/16 65/18 65/18 68/9 78/18
**answered [33]**   7/1 11/6 11/19 13/5 13/7 17/9 18/9 24/4 24/16 30/22 50/25 51/10

**A**

**answered... [21]** 51/11 51/20 51/22 51/24 52/4 52/5 52/6 52/10 52/13 52/15 52/16 52/19 52/22 53/3 53/10 53/12 58/5 58/11 62/8 68/21 68/22

**answering [2]** 51/17 51/19

**answers [2]** 12/1 49/15

**any [43]**

**anybody [3]** 58/21 58/24 60/24

**anymore [1]** 62/1

**Anyone [1]** 10/13

**anything [10]** 45/7 45/22 45/25 46/13 47/7 58/20 58/24 59/1 59/20 60/8

**anytime [3]** 39/12 47/7 66/6

**anyway [1]** 73/23

**anywhere [2]** 73/16 74/6

**appear [1]** 80/7

**appeared [3]** 3/7 4/4 4/9

**applies [1]** 42/24

**appointment [1]** 78/14

**Appreciate [1]** 76/7

**appreciated [1]** 78/21

**approach [1]** 27/2

**approval [1]** 78/17

**approximate [1]** 10/22

**approximately [3]** 8/2 23/4 41/12

**are [58]**

**area [3]** 36/9 68/9 68/10

**argument [1]** 53/25

**arguments [1]** 54/14

**around [8]** 27/6 29/9 29/14 29/16 44/13 47/14 74/13 74/24

**arrange [1]** 78/14

**arrival [1]** 15/11

**arrived [1]** 10/5

**as [39]** 3/11 3/13 4/4 4/10 7/20 13/2 20/5 21/10 22/14 25/12 26/7 31/3 31/8 40/21 42/19 42/24 50/2 50/2 50/20 50/21 50/21 50/22 53/4 64/11 64/22 66/3 66/23 67/9 67/19 68/17 69/25 69/25 71/9 71/10 71/12 71/12 73/18 77/10

**ask [19]** 6/5 6/25 7/3 19/3 19/5 26/8 30/19 30/23 38/17 44/19 45/25 49/6 49/9 49/17 52/1 61/20 64/5 67/16 69/24

**asked [19]** 11/6 13/5 13/7 17/9 24/4 24/18 24/20 24/23 25/25 30/14 30/19 30/23 51/10 52/6 60/10 65/5 65/8 73/20 75/17

**asking [22]** 11/4 30/24 35/4 36/19 36/20 36/21 36/24 46/10 51/9 56/23 57/2 61/7 61/15 61/18 61/25 63/10 63/11 65/17 67/1 67/2 70/16 73/12

**ass [1]** 59/9

**assign [1]** 39/3

**assigned [3]** 41/1 41/7 41/8

**assigning [1]** 39/14

**associated [3]** 12/6 16/1 40/11

**ASSOCIATES [2]** 1/23 78/1

**assume [3]** 6/25 22/13 46/20

**assuming [1]** 69/17

**attached [1]** 80/12

**attend [2]** 64/17 64/21

**attended [1]** 73/19

**attending [3]** 67/11 68/20 72/12

**attorney [7]** 3/4 4/6 4/9 5/14 5/23 56/24 77/12

**attorney's [1]** 78/15

**audible [1]** 6/13

**audibly [2]** 6/11 6/20

**August [1]** 7/19

**Authority [1]** 5/8

**automatically [3]** 48/13 57/21 65/24

**available [3]** 59/10 66/18 78/12

**Avenue [4]** 4/2 14/1 19/7 78/7

**aware [2]** 35/11 64/8

**away [1]** 30/6

**AWOL [3]** 36/12 36/12 37/5

**B**

**back [47]**

**backside [1]** 59/11

**Bargaining [2]** 48/10 64/12

**BART [2]** 27/9 27/10

**Baseball [1]** 26/3

**based [3]** 25/2 25/15 51/6

**basic [1]** 6/4

**basketball [1]** 26/3

**be [47]**

**beanie [1]** 42/2

**beat [1]** 7/9

**became [1]** 71/17

**because [33]** 8/16 15/18 20/1 26/14 26/18 27/7 28/9 29/8 30/15 33/13 34/7 36/4 36/6 38/20 38/21 38/23 39/5 39/25 41/6 42/3 47/15 52/16 55/3 56/24 59/23 60/4 67/14 72/10 72/19 73/19 73/23 76/1 76/1

**become [3]** 22/6 39/3 62/6

**been [35]** 5/25 6/2 8/14 8/19 9/4 9/10 10/23 12/3 22/10 26/16 28/9 28/14 28/15 30/11 31/22 37/24 38/7 38/11 38/15 44/9 46/2 50/23 56/5 56/12 57/10 57/15 66/24 67/8 67/9 70/2 70/17 72/5 73/1 73/13 80/11

**before [19]** 3/6 5/12 5/18 6/23 7/7 8/3 11/5 11/10 12/2 16/10 30/14 30/23 36/17 39/2 39/11 39/16 39/25 64/11 75/17

**began [1]** 31/16

**begin [2]** 13/18 31/19

**behalf [4]** 1/5 4/4 4/10 64/17

**behind [2]** 45/21 45/22

**being [10]** 3/12 5/9 23/2 24/13 30/24 36/20 36/23 37/20 59/11 64/20

**believe [1]** 56/19

**belt [2]** 59/9 59/9

**Berkeley [2]** 4/3 78/8

**besides [3]** 56/13 59/23 64/9

**best [2]** 7/11 70/16

**between [13]** 12/14 25/7 25/13 25/21 27/15 29/13 29/14 42/24 46/19 60/4 68/11 74/6 75/20

**Bingo [1]** 64/7

**birthday [1]** 22/12

**bit [3]** 23/5 57/14 68/8

**blank [1]** 47/16

**block [1]** 17/8

**blocks [11]** 17/6 17/12 17/14 19/9 19/10 19/14 19/15 20/4 20/13 20/14 21/4

**blue [5]** 54/23 56/18 56/18 60/20 60/22

**board [9]** 5/22 6/1 16/4 16/20 40/25 41/7 46/23 47/2 75/4

**bodied [1]** 20/18

**bodies [1]** 45/19

**BONNIE [2]** 1/23 78/1

**box [5]** 68/25 69/8 69/9 69/10 69/12

**boxes [1]** 70/15

**breadwinner [1]** 37/14

**break [5]** 42/6 42/8 42/11 42/12 48/24

**bring [3]** 18/11 70/15 74/8

**bringing [2]** 63/11 65/22

**broke [1]** 40/12

**brother [2]** 37/23 62/17

**brought [2]** 46/1 67/18

**building [1]** 54/23

**built [1]** 25/1

**bulletins [10]** 26/15 42/21 42/23 43/5 43/16 43/17 43/18 43/22 43/25 47/25

**bumped [2]** 8/18 46/21

**bus [11]** 9/2 14/8 20/3 25/10 29/4 29/7 29/17 34/16 45/19 46/22 69/6

**buses [2]** 8/24 36/9

**Bush [1]** 23/11

**business [5]** 40/19 59/8 59/12 59/13 59/16

**BYES [1]** 4/13

**C**

**C'mon [1]** 50/14

**C-12-03704-YGR [1]** 1/7

**c/o [1]** 78/6

**CALIFORNIA [27]** 1/2 1/24 3/6 4/3 4/8 12/23 13/15 14/6 14/9 15/4 15/7 15/13 16/12 16/13 16/24 17/2 17/17 17/20 18/5 18/15 18/18 18/20 18/23 19/6 19/23 78/2 78/8

**call [11]** 5/23 52/24 53/1 53/1 53/4 53/5 53/5 53/8 63/14 63/18 63/19

**called [9]** 3/11 9/1 22/19 32/3 40/9 63/7 63/21 72/8 72/13

**calls [4]** 20/8 20/21 25/22 57/9

**came [1]** 18/17

**can [54]**

**can't [37]** 5/20 6/3 10/24 10/24 11/1 11/2 11/17 11/21 12/15 12/24 13/2 13/11 23/19 28/3 28/3 28/5 29/8 29/11 29/16 30/15 31/4 31/8 38/20 43/2 47/11 49/13 50/1 50/3 50/6 50/9 56/12 60/21 61/22 62/3 65/17 66/25 67/13

**cannot [2]** 16/21 18/10

**caption [1]** 77/14

**car [4]** 26/12 34/16 34/18

## C

car... [1]  34/20
card [15]  27/3 44/22 45/3 45/7 54/3 54/8 54/21 61/13 61/19 62/4 63/7 63/22 64/10 65/25 69/5
cardboard [2]  69/8 69/12
cards [25]  5/10 53/24 54/13 54/15 55/6 55/8 55/13 55/16 55/19 55/21 55/22 55/23 55/23 56/2 57/4 57/13 60/1 60/3 60/7 61/9 61/15 61/18 62/24 63/2 63/6
care [3]  40/13 40/18 73/24
carry [1]  22/16
case [3]  1/7 28/20 30/11
catch [1]  27/19
cause [1]  77/7
cc [1]  78/24
CERTIFICATE [1]  77/1
Certified [1]  77/2
certify [3]  77/3 77/11 80/3
chair [2]  41/24 41/25
chairperson [1]  24/25
challenge [1]  71/3
Chambers [7]  9/16 59/19 60/2 60/10 60/11 60/12 60/15
change [5]  8/4 12/1 39/12 78/17 79/8
changed [1]  39/11
changes [6]  26/14 33/13 78/18 78/18 79/5 80/10
charges [3]  66/10 66/13 71/25
Charles [1]  5/6
check [2]  26/13 39/6
choice [1]  64/15
circle [1]  47/3
citizens [1]  16/21
CITY [20]  1/9 3/4 3/4 3/11 4/6 4/6 4/9 5/14 5/16 5/23 7/23 8/5 8/6 8/9 12/13 13/24 15/5 26/18 35/23 56/24
Civil [2]  1/7 78/20
classification [1]  61/4
clear [1]  72/4
clearly [1]  22/18
clock [3]  24/6 24/12 36/18
close [1]  44/25
clothing [1]  45/20
coach [23]  5/21 13/17 18/13 18/22 19/8 26/23 27/5 27/7 27/8 27/8 28/11 28/11 28/13 28/18 28/20 28/21 29/11 44/20 45/16 45/17 45/23 46/13 47/8
coaches [13]  8/23 8/23 16/1 16/5 16/9 16/17 18/8 21/6 27/20 28/15 28/16 29/11 33/14
Code [2]  27/4 44/21
COLEMAN [17]  1/15 3/9 5/4 5/11 19/25 20/1 52/7 61/21 76/4 76/14 77/4 78/6 78/9 78/11 79/4 79/5 79/25
Coleman's [1]  11/25
Collective [2]  48/10 64/11
College [1]  8/6
come [11]  19/14 19/24 22/18 26/21 28/17 40/17 54/22 55/3 66/2 68/2 75/5
comes [1]  46/24
coming [3]  8/3 28/15 44/10
commencing [1]  3/3
communicating [1]  30/18
compensated [3]  64/25 72/17 72/20
compensates [1]  65/10
compensation [3]  48/8 48/17 48/20
complaint [4]  66/11 72/16 74/3 75/7
complaints [3]  73/8 73/15 73/22
complete [2]  48/3 48/6
completing [1]  48/18
concepts [3]  40/22 46/17 46/24
conditions [2]  17/23 22/25
conduct [1]  54/1
conference [8]  65/14 65/23 67/2 67/20 67/21 68/23 75/5 75/24
conferences [5]  66/24 67/6 73/10 74/7 75/13
confidential [1]  66/25
configurations [1]  26/17
confirmed [1]  23/3
congestion [1]  23/10
connected [1]  77/14
connecting [1]  32/1
contact [1]  78/13
contained [1]  78/20
continuous [1]  21/16
control [3]  7/24 47/11 60/11
convenient [2]  78/14 78/16
conversation [2]  21/5 72/14
cool [2]  63/14 63/16
cooperation [1]  78/21
coordinate [3]  67/25 68/7 68/16
copy [2]  45/3 78/15
corner [4]  18/12 19/19 43/4 43/4
correct [30]  5/16 7/20 13/6 16/15 17/4 17/24 21/23 23/7 23/8 23/21 23/22 24/7 29/16 30/6 32/10 32/23 33/1 33/2 33/5 39/2 41/22 42/22 49/12 51/23 63/4 63/8 64/6 72/15 75/3 75/8
correction [2]  79/1 80/11
could [9]  12/20 17/23 28/12 28/12 51/7 51/7 66/12 73/16 74/6
couldn't [1]  38/2
counsel [5]  4/4 4/10 77/12 77/16 78/25
count [2]  56/12 71/3
counted [2]  17/15 18/1
COUNTY [6]  1/9 3/4 3/11 4/6 34/17 35/23
couple [6]  10/18 11/16 19/9 39/1 39/8 70/15
course [3]  22/17 39/15 45/3
court [7]  1/1 1/23 6/12 52/25 53/9 66/2 78/1
Cover [1]  54/9
covers [1]  74/17
crazy [1]  5/10
credit [1]  68/19
cross [1]  14/2
CSC [1]  66/11
CSR [5]  1/20 3/7 77/20 78/23 80/16
current [8]  9/8 10/15 36/15 39/2 42/20 49/2 58/17 69/16
currently [2]  5/7 8/12
customer [6]  66/11 71/20 72/7 73/8 74/3 74/9
Customer-Service-Complaint [1]  74/3
Customer-service-related [1]  72/7
Cynthia [1]  9/16

## D

dad's [1]  22/12
damage [2]  27/3 27/5
damn [2]  54/14 57/3
DARRYL [1]  1/4
data [1]  11/3
date [5]  76/12 78/13 79/4 79/25 80/18
daughter [1]  37/17
day [12]  13/18 22/17 23/16 34/10 34/11 34/12 44/15 47/9 66/8 66/18 73/14 77/18
days [3]  23/17 37/8 78/13
days' [2]  37/10 37/11
dead [1]  45/19
deadhead [1]  15/25
deal [1]  54/12
dear [2]  54/9 78/11
Debra [2]  9/25 60/11
December [6]  1/17 3/2 22/11 78/5 78/10 79/4
defect [10]  27/3 28/11 28/12 44/22 45/3 45/7 55/13 55/16 55/19 69/5
defects [2]  44/20 44/23
Defendant [2]  3/11 4/10
Defendants [1]  1/11
define [1]  9/14
degree [1]  56/25
delay [2]  27/25 29/6
delayed [1]  59/15
delete [4]  79/2 79/3 79/3 79/8
dents [1]  27/5
department [3]  7/25 8/7 53/5
departure [2]  15/10 15/11
depending [1]  75/24
depends [2]  5/20 17/22
DEPONENT'S [1]  79/1
deposed [1]  6/2
deposition [20]  1/14 3/2 5/11 5/19 5/24 12/3 24/17 69/15 71/5 71/5 77/8 77/13 78/9 78/12 78/14 78/20 79/4 79/4 79/6 80/5
Deputy [2]  4/9 5/14
describe [4]  12/12 13/2 25/5 29/24
described [1]  60/16
describing [2]  32/2 33/16
desk [1]  67/15
detail [10]  26/13 26/14 65/24 66/7 67/25 68/14 72/19 75/18 75/20 76/3
dial [1]  53/8
dialing [1]  53/7
did [18]  11/7 31/19 34/12 35/1 35/4 38/3 43/11 45/25 53/21 54/7 55/5 55/9 55/14 55/17 59/19 60/2 60/8 75/16
didn't [5]  11/7 30/22 56/22 59/8 71/17
difference [1]  46/19

## D

**different [13]** 12/23 26/17 32/16 40/22 46/15 46/17 46/18 52/5 57/14 61/11 67/2 71/18 75/23

**differential [1]** 39/25

**direct [1]** 53/8

**discharge [1]** 20/14

**disciplinary [3]** 66/10 66/13 71/24

**disciplined [1]** 64/20

**discourage [5]** 54/7 55/5 60/2 60/9 63/5

**discouraged [28]** 5/9 53/24 54/2 54/13 54/20 55/7 55/12 55/15 55/19 56/1 56/14 56/22 57/7 57/12 58/14 58/18 58/22 58/25 59/3 59/20 59/25 60/7 60/25 61/9 61/14 61/17 62/24 63/2

**discuss [2]** 66/25 67/13

**discussing [1]** 38/20

**Discussion [1]** 69/22

**dispatch [6]** 45/4 54/6 60/6 60/12 60/20 69/9

**dispatcher [25]** 10/14 43/8 45/2 45/8 45/11 45/23 46/5 48/2 54/7 54/19 54/20 55/14 55/17 56/1 56/13 60/5 64/3 64/5 64/10 66/17 67/24 68/7 68/15 69/7 75/21

**dispatcher's [1]** 69/11

**dispatchers [9]** 10/10 54/14 55/4 55/7 55/12 55/15 56/16 60/17 61/2

**DISPOSITION [1]** 80/1

**disputes [2]** 66/24 67/9

**disputing [1]** 67/15

**distance [1]** 17/3

**DISTRICT [2]** 1/1 1/2

**division [49]**

**Division's [1]** 34/23

**do [99]**

**documents [1]** 45/2

**does [22]** 1/10 12/13 14/11 14/11 14/20 17/19 21/2 26/9 35/2 35/17 36/15 36/20 36/25 39/5 39/16 41/25 43/16 45/11 50/7 50/15 62/4 68/13

**doesn't [5]** 17/10 21/22 28/19 28/23 29/3

**doing [4]** 37/19 50/2 56/22 71/19

**don't [42]**

**done [3]** 11/1 57/2 62/3

**door [1]** 35/25

**down [21]** 6/15 12/18 12/19 19/6 19/9 19/10 19/14 19/15 20/4 20/13 21/4 23/11 26/25 28/15 29/10 32/20 34/14 40/12 40/14 41/8 42/24

**drive [15]** 14/8 15/13 17/17 18/25 22/20 25/10 34/16 35/12 35/18 35/19 35/21 36/2 36/3 36/4 36/6

**driven [1]** 35/9

**driver [1]** 71/16

**driving [2]** 18/6 27/11

**drop [3]** 25/9 25/11 68/25

**drove [1]** 35/7

**DUDLEY [1]** 4/11

**due [4]** 16/22 22/24 23/10

45/1

**duly [2]** 3/12 77/5

**dumped [1]** 69/10

**duration [1]** 74/25

**during [24]** 11/13 18/7 30/8 30/20 31/5 31/7 31/9 32/15 38/14 47/9 50/19 61/5 61/11 64/25 66/3 66/23 67/8 70/1 70/17 72/5 72/25 73/8 74/4 74/22

**duties [3]** 22/17 38/9 41/21

## E

**each [2]** 13/18 66/8

**ear [2]** 59/5 59/7

**earlier [3]** 28/22 49/1 60/16

**early [8]** 7/9 33/8 33/11 33/12 33/13 33/13 36/1 37/23

**ears [1]** 54/9

**earthquake [1]** 41/5

**Edward [1]** 5/6

**effect [1]** 75/5

**effectively [1]** 30/19

**eight [1]** 8/19

**either [4]** 30/21 31/16 52/25 77/13

**electric [3]** 8/24 9/2 29/8

**ELISHA [1]** 4/13

**else [12]** 7/9 10/13 20/25 33/22 36/13 45/25 58/21 58/24 59/3 60/24 62/10 65/11

**emergency [1]** 53/6

**emotional [1]** 7/15

**end [19]** 14/20 16/7 16/14 17/2 17/18 18/4 18/15 18/17 18/24 21/22 30/3 30/4 31/3 31/19 33/4 34/1 34/12 48/6 50/23

**ended [10]** 30/9 30/21 31/6 31/16 32/16 32/19 34/5 34/11 50/20 52/21

**ending [1]** 14/25

**ends [3]** 14/5 18/18 18/19

**enforce [1]** 71/22

**engage [1]** 25/21

**enough [1]** 29/13

**entail [2]** 26/9 30/17

**entitled [3]** 48/7 77/7 78/12

**Esq [1]** 78/6

**Esquire [1]** 4/4

**essentially [1]** 8/24

**estimate [1]** 70/25

**et [1]** 78/9

**ETI [1]** 9/1

**evaluation [4]** 65/6 65/7 65/12 72/1

**even [8]** 11/1 11/2 12/15 20/9 21/4 28/3 48/14 56/12

**events [1]** 75/7

**ever [26]** 5/11 23/23 24/1 32/15 40/20 43/22 44/7 45/20 50/4 51/16 52/12 52/14 52/17 53/22 55/5 55/9 56/21 57/10 57/15 57/24 59/10 59/19 62/25 66/24 67/8 72/16

**every [3]** 23/16 72/9 73/14

**everybody [1]** 20/25

**everything [4]** 40/12 44/11 66/22 75/5

**Evidently [1]** 50/11

**exact [2]** 79/2 79/3

**Examination [2]** 2/3 5/1

**examine [1]** 43/4

**examined [1]** 3/13

**example [1]** 32/8

**Excuse [2]** 14/14 37/10

**exercising [1]** 26/5

**exhibits [1]** 2/8

**explained [1]** 24/21

**extra [2]** 40/25 41/7

## F

**facility [1]** 34/21

**fact [2]** 24/25 53/5

**failed [1]** 80/7

**fair [1]** 38/6

**fall [4]** 5/22 46/22 47/2 75/4

**falls [1]** 6/1

**familiar [4]** 29/21 31/1 46/8 46/10

**far [5]** 11/2 50/2 50/21 50/21 71/12

**fare [5]** 19/15 20/4 20/16 71/16 71/22

**Federal [1]** 78/20

**few [3]** 42/7 70/4 70/5

**field [5]** 26/17 47/12 47/13 47/19 66/9

**figure [1]** 66/21

**file [1]** 11/25

**files [2]** 12/2 12/2

**fill [10]** 27/4 47/2 47/5 47/10 47/13 47/21 48/11 48/15 63/4 65/25

**filled [1]** 57/25

**filling [5]** 5/9 48/8 58/7 60/7 63/5

**final [1]** 16/11

**find [6]** 16/2 32/14 55/2 64/1 66/15 66/17

**fine [4]** 12/21 42/6 42/9 49/16

**finish [2]** 7/7 67/4

**finishing [1]** 44/14

**fire [1]** 27/7

**fired [2]** 37/12 54/1

**FIRM [2]** 4/2 78/7

**first [7]** 3/12 32/25 43/19 53/9 65/8 65/18 65/22

**fittin' [1]** 53/25

**five [6]** 6/2 17/12 37/10 57/11 57/15 57/25

**fixing [1]** 28/16

**floor [3]** 3/6 4/8 22/9

**focus [2]** 49/19 74/21

**follow [3]** 12/25 13/13 47/4

**following [1]** 79/5

**food [1]** 8/7

**foot [2]** 8/23 29/17

**Football [1]** 26/3

**foregoing [2]** 77/5 77/13

**forget [1]** 39/4

**form [5]** 62/18 63/3 63/7 63/12 78/17

**formal [1]** 6/14

**format [1]** 6/5

**former [1]** 7/24

**forms [1]** 64/6

**forth [7]** 3/14 52/10 52/16 53/11 53/13 62/1 77/10

**forward [1]** 67/19

**found [2]** 45/18 48/21

**Fox [3]** 3/5 4/7 42/3

**frame [3]** 27/22 75/19 75/22 76/1

## F

**Francesca [2]** 9/9 59/23
**FRANCISCO [12]** 1/8 1/9 1/24
  3/5 3/6 3/12 4/7 4/8 5/7
  7/25 13/4 78/2
**Franks [5]** 9/25 60/8 60/11
  60/13 60/15
**FRED [1]** 4/12
**free [1]** 34/24
**frequency [5]** 49/24 50/1 50/2
  50/6 50/9
**frequently [2]** 23/15 61/18
**front [6]** 12/16 12/25 13/12
  28/12 29/7 29/18
**frustrate [1]** 53/11
**frustrated [1]** 65/21
**fucking [1]** 54/11
**full [1]** 53/13
**fully [1]** 21/3
**further [1]** 77/11
**future [1]** 25/23

## G

**game [2]** 65/17 65/19
**gas [1]** 53/13
**gave [2]** 42/23 67/21
**Geary [1]** 34/14
**Geer [5]** 10/12 54/19 55/5
  55/9 56/14
**get [64]**
**getting [7]** 23/1 23/18 50/24
  50/25 54/14 62/2 65/21
**gilley [5]** 43/2 43/17 43/19
  43/25 47/24
**give [5]** 41/4 53/8 57/21
  69/5 70/25
**given [2]** 67/10 80/3
**giving [5]** 7/12 19/18 23/8
  32/8 74/16
**glad [1]** 46/1
**go [54]**
**goddamn [1]** 54/15
**goes [1]** 66/15
**goin' [3]** 54/10 62/25 63/1
**going [36]** 6/25 10/20 19/3
  19/4 19/6 19/7 20/4 21/1
  26/17 28/20 29/6 32/13 35/20
  37/4 37/5 37/18 38/22 39/4
  39/15 42/4 42/13 42/18 50/22
  51/20 51/25 52/15 53/11
  59/18 61/8 61/24 62/9 65/16
  66/8 66/18 70/24 73/23
**good [4]** 28/14 28/16 37/19
  46/2
**got [61]**
**GRANDBERRY [1]** 1/4
**green [2]** 4/14 47/25
**GRIFFIN [1]** 1/4
**ground [1]** 6/4
**growing [2]** 26/18 71/15
**GSU [1]** 39/12
**guess [1]** 32/9
**guy [1]** 29/18
**gypsies [1]** 54/22

## H

**had [55]**
**half [3]** 9/12 31/25 38/8
**HAMMERNESS [6]** 1/20 3/7 77/2
  77/20 78/23 80/16
**hand [7]** 20/9 43/3 43/4 45/8
  45/9 69/7 77/18
**handful [1]** 73/6

---

**happen [6]** 33/14 46/13 47/7
  47/12 47/13 66/8
**happens [4]** 37/7 37/9 37/11
  47/20
**has [14]** 9/10 28/9 30/11
  52/7 58/17 58/21 58/24 66/16
  67/8 68/1 75/5 80/10 80/10
  80/11
**hasn't [2]** 58/20 59/1
**hat [7]** 41/23 41/24 41/25
  42/2 42/2 45/5 45/6
**hats [1]** 41/24
**have [124]**
**haven't [2]** 6/1 52/24
**having [2]** 38/25 44/9
**Hayes [1]** 39/21
**he [11]** 11/7 11/7 11/7 12/3
  13/7 17/10 17/10 24/5 51/11
  51/11 69/15
**he's [2]** 12/1 53/2
**head [2]** 6/15 6/16
**heading [1]** 19/20
**hear [1]** 55/9
**heard [2]** 59/2 60/15
**hearing [1]** 65/23
**hearings [1]** 67/11
**hearsay [1]** 58/23
**heat [2]** 29/1 29/4
**HEDY [1]** 1/4
**held [2]** 7/22 75/14
**Hell [3]** 56/5 56/8 56/10
**her [8]** 9/13 42/12 42/12
  42/14 59/2 59/24 60/5 60/5
**here [13]** 7/16 11/4 13/2
  29/15 31/8 36/21 36/22 57/2
  62/9 67/23 69/15 69/18 70/15
**Here's [1]** 27/19
**hereby [1]** 77/3
**herein [1]** 77/10
**hereinafter [1]** 3/13
**hereunto [1]** 77/17
**him [5]** 21/3 25/25 44/22
  62/23 67/21
**hired [2]** 7/19 8/1
**his [3]** 11/25 51/11 52/7
**hit [1]** 67/15
**hold [1]** 71/23
**holder [2]** 25/8 57/1
**home [1]** 36/3
**hour [7]** 3/3 40/1 48/12
  48/16 52/11 57/21 64/14
**house [5]** 10/18 36/7 37/13
  37/16 39/13
**how [44]**
**However [1]** 78/17
**huh [11]** 6/7 6/9 6/12 14/19
  19/22 30/7 38/13 67/5 67/7
  70/20 70/22
**hustle [2]** 59/5 59/7
**hypothetical [3]** 19/18 20/8
  20/22

---

## I

**I'd [3]** 19/25 20/3 52/2
**I'll [6]** 11/24 30/19 36/12
  41/4 45/3 52/24
**I'm [90]**
**I'ma [1]** 62/5
**I've [18]** 8/19 21/5 24/21
  30/15 31/2 31/4 31/11 31/11
  31/12 31/22 52/10 52/13
  52/15 52/19 53/10 53/12 58/5
  58/11

---

**IC [6]** 65/23 66/24 67/6
  67/20 68/3 68/23
**ID [1]** 41/4
**idea [1]** 18/2
**identified [2]** 27/21 60/25
**identifies [1]** 26/23
**identify [5]** 26/24 54/20
  56/13 56/17 60/22
**impairs [1]** 7/15
**important [6]** 6/8 6/10 6/20
  6/22 7/6 7/10
**in-house [2]** 10/18 39/13
**inbound [2]** 33/10 34/8
**incident [18]** 46/16 46/18
  46/22 46/23 47/1 47/2 48/1
  48/3 48/5 48/8 48/11 48/15
  57/20 58/1 58/1 58/8 64/13
  73/2
**incidents [2]** 5/21 46/25
**include [1]** 43/20
**included [1]** 47/16
**includes [1]** 75/6
**Incomplete [2]** 20/7 20/22
**increasing [1]** 26/18
**indicate [3]** 78/17 79/2 79/2
**indicating [2]** 69/15 78/18
**individual [1]** 66/5
**informed [1]** 24/23
**infrastructure [1]** 26/16
**inspecting [1]** 45/14
**inspection [1]** 28/18
**Inspector [1]** 60/23
**inspectors [1]** 61/2
**instance [1]** 45/2
**instead [2]** 53/7 78/15
**instruct [1]** 13/9
**interested [2]** 10/20 77/11
**interrogated [1]** 3/13
**interrupted [1]** 26/16
**investigation [2]** 55/1 72/13
**investigative [2]** 64/21 65/14
**involved [1]** 68/20
**involvement [1]** 68/18
**is [132]**
**issue [4]** 28/13 30/18 61/24
  69/16
**issues [2]** 16/22 72/7
**it [119]**
**it's [48]**
**items [1]** 48/21

## J

**Jackson [8]** 12/11 12/13 12/17
  12/22 13/3 14/5 17/1 22/24
**Jeopardy [1]** 7/8
**job [9]** 26/7 26/9 32/18
  36/17 37/15 57/3 71/19 73/9
  73/18
**JOEL [2]** 4/4 78/6
**JOHN [7]** 4/11 5/4 5/14 41/3
  41/4 41/5 76/6
**JONATHAN [1]** 4/9
**JUAN [16]** 1/15 3/9 5/4 63/14
  63/14 63/18 63/18 63/19
  63/21 76/14 77/4 78/6 78/9
  79/4 79/5 79/25
**jump [1]** 7/9
**June [1]** 8/1
**just [52]**

## K

**kangaroo [1]** 66/2
**keep [13]** 42/12 42/18 44/10

## K

**keep... [10]** 49/11 50/11 56/23 57/2 59/24 61/7 61/15 61/24 70/24 71/2
**kept [6]** 47/23 53/14 53/18 62/11 62/14 64/2
**kids [1]** 37/13
**killing [1]** 55/23
**kind [5]** 7/14 8/21 24/16 34/10 55/17
**kinds [5]** 65/1 72/18 75/6
**know [56]**
**knowledge [2]** 67/14 72/20
**known [1]** 21/10

## L

**lack [1]** 36/5
**lady [2]** 20/13 36/22
**laid [1]** 44/3
**last [11]** 9/5 28/5 57/11 57/15 57/25 68/3 78/16
**late [36]** 22/24 22/25 23/10 23/15 23/23 24/2 24/5 27/21 27/23 28/2 28/2 28/6 28/8 28/9 28/20 29/5 37/15 49/3 50/5 50/8 50/15 50/20 51/1 51/4 51/7 51/12 51/14 52/8 52/12 52/14 52/18 52/21 53/16 53/19 53/21 57/6
**later [3]** 23/5 41/13 41/16
**LAW [2]** 4/2 78/7
**lawsuit [1]** 20/9
**learn [1]** 43/11
**least [2]** 33/11 38/8
**leave [3]** 36/7 37/6 37/8
**leaving [1]** 15/10
**left [4]** 43/4 45/4 45/21 45/22
**left-hand [1]** 43/4
**length [2]** 21/17 75/16
**let [12]** 6/4 7/3 7/7 18/12 18/25 20/5 32/13 39/5 42/12 61/20 67/4 69/19
**let's [11]** 32/7 41/1 41/4 42/18 46/20 49/20 50/10 62/8 65/8 65/18 67/3
**letter [3]** 69/14 78/18 80/11
**letting [1]** 71/12
**liability [1]** 16/22
**Lifting [1]** 26/5
**light [1]** 56/20
**light-skinned [1]** 56/20
**like [33]** 7/8 15/10 15/10 19/25 20/3 20/25 22/25 23/3 23/10 27/9 27/10 27/20 28/14 29/9 33/16 36/23 40/12 41/17 41/18 41/19 41/25 49/22 49/23 52/2 63/15 65/17 67/22 71/3 72/6 73/11 74/7 74/8 75/4
**limit [1]** 47/11
**Lincoln [2]** 5/5 5/6
**line [11]** 12/8 12/9 14/5 21/4 33/13 39/20 44/7 44/19 78/17 78/19 79/8
**lined [1]** 29/11
**list [1]** 42/23
**listen [1]** 7/10
**little [5]** 23/5 54/11 57/14 68/8 72/13
**live [3]** 35/23 36/8 36/8
**Local [2]** 42/2 45/6

**located [1]** 13/25
**location [6]** 15/4 19/3 22/7 22/9 30/5 33/23
**logged [1]** 46/4
**long [11]** 7/18 8/14 9/10 9/21 10/1 10/17 17/16 18/2 22/10 22/16 45/10
**longer [1]** 59/15
**look [9]** 26/22 41/25 42/21 42/25 43/1 43/18 43/25 54/24 54/24
**looking [3]** 27/2 45/18 45/20
**lose [2]** 37/15 57/3
**lost [2]** 45/18 48/21
**lost-and-found [1]** 48/21
**lot [8]** 12/19 44/9 54/22 59/17 64/17 69/16 70/18 72/10
**lunch [1]** 40/2

## M

**mad [1]** 62/2
**made [7]** 33/17 33/22 34/4 56/14 59/3 80/8 80/10
**make [18]** 6/12 6/17 26/15 27/4 30/1 30/4 31/25 45/19 53/1 53/1 53/4 55/9 55/17 59/18 66/18 66/19 76/2 76/2
**mama [1]** 59/7
**man [5]** 5/15 20/19 21/3 56/23 76/7
**management [5]** 54/4 54/5 58/15 58/16 67/17
**managers [1]** 59/22
**many [16]** 5/18 6/3 10/25 17/6 17/19 30/15 30/23 31/4 55/14 55/17 55/25 56/3 70/25 72/25 73/4 73/5
**marked [1]** 2/8
**Market [2]** 3/5 4/7
**married [1]** 61/20
**Mary [1]** 5/6
**master's [1]** 56/25
**matter [2]** 53/4 71/20
**may [19]** 6/12 12/1 12/3 19/5 27/20 27/22 30/18 31/21 33/14 33/14 34/7 34/8 42/2 47/12 49/15 50/23 73/19 78/14 78/15
**maybe [3]** 35/25 71/2 72/4
**me [77]**
**mean [17]** 13/15 26/9 27/10 36/15 36/17 36/21 36/23 36/25 39/16 50/7 50/15 50/21 62/6 70/5 70/6 71/5 72/2
**means [5]** 6/17 21/14 29/24 37/20 40/17
**mechanics [1]** 28/15
**medication [1]** 7/14
**meet [3]** 5/15 65/5 65/10
**meeting [4]** 68/11 68/20 71/1 72/8
**meetings [25]** 64/17 65/1 66/4 67/11 68/4 70/2 72/4 72/18 72/21 72/22 72/25 73/1 73/10 73/14 73/16 73/17 73/25 74/1 74/4 74/5 74/6 74/11 74/22 75/16 76/3
**MELISSA [6]** 1/20 3/7 77/2 77/20 78/23 80/16
**memory [6]** 10/20 10/25 39/9 39/24 51/6 64/12
**mentioned [3]** 37/24 42/19

49/1
**Merit [1]** 72/11
**messing [1]** 55/23
**mezzanine [1]** 22/9
**MICHAEL [1]** 4/14
**mid [1]** 49/22
**mid-morning [1]** 49/22
**might [2]** 6/15 7/9
**mind [5]** 55/23 55/24 59/8 59/12 73/22
**minute [2]** 40/2 40/9
**minutes [37]** 17/19 22/25 23/10 23/15 23/23 23/25 23/25 24/2 24/3 24/5 33/11 33/12 40/11 41/12 41/13 42/7 45/13 48/14 49/3 51/1 51/4 51/5 51/7 51/8 51/12 51/13 52/8 52/12 52/14 52/18 52/21 57/5 67/21 67/22 68/4 68/5 74/7
**miscellaneous [10]** 46/6 46/8 46/14 46/17 47/6 47/10 47/14 47/16 47/23 48/18
**miss [4]** 37/5 43/2 55/5 55/9
**Miss Geer [1]** 55/5
**miss-out [1]** 37/5
**missing [1]** 44/10
**month [2]** 9/12 9/20
**months [5]** 8/7 8/18 10/19 11/16 39/1
**more [44]**
**morning [9]** 14/13 15/21 35/24 36/1 41/6 41/16 44/13 49/2 49/22
**mother [1]** 37/14
**motherfucker [1]** 60/21
**motherfuckers [3]** 54/10 55/10 60/17
**motor [1]** 16/1
**MOU [2]** 48/11 57/22
**move [4]** 29/8 29/11 29/12 62/9
**moves [1]** 29/19
**Mr [5]** 2/4 5/1 52/7 78/6 78/11
**Mr. [6]** 5/11 11/25 19/25 20/1 61/21 76/4
**Mr. Coleman [5]** 5/11 19/25 20/1 61/21 76/4
**Mr. Coleman's [1]** 11/25
**Ms. [2]** 54/19 56/14
**Ms. Geer [2]** 54/19 56/14
**MTA [7]** 7/18 8/3 35/11 35/17 57/16 62/19 63/22
**much [1]** 29/15
**Muni [2]** 31/7 65/9
**MUNICIPAL [2]** 1/8 5/8
**must [2]** 37/3 46/2
**mutually [1]** 78/14
**my [78]**

## N

**name [9]** 5/3 20/2 41/2 41/3 63/14 63/18 63/19 71/7 78/16
**named [1]** 77/14
**nature [1]** 67/1
**nearby [1]** 34/22
**need [19]** 6/13 6/17 9/14 13/8 16/16 19/10 20/13 21/8 26/8 26/24 36/14 40/14 42/8 42/14 44/14 55/2 62/6 67/16 69/21
**needs [1]** 42/11

**N**

**never [18]** 16/5 16/9 16/17
17/15 18/1 18/8 20/16 21/6
23/20 31/23 51/18 51/23 52/3
52/9 60/15 67/18 68/2 68/17
**new [2]** 52/23 59/23
**next [2]** 21/25 62/9
**Nice [1]** 5/15
**nickname [1]** 43/12
**night [1]** 39/25
**no [70]**
**nod [1]** 6/15
**none [1]** 26/16
**Nora [2]** 5/5 5/6
**NORTHERN [1]** 1/2
**not [59]**
**notation [1]** 6/13
**note [1]** 11/24
**notes [1]** 69/2
**nothing [5]** 38/19 62/10 67/22
68/1 77/6
**notice [2]** 3/1 69/14
**notify [1]** 69/17
**now [23]** 11/20 11/22 24/11
30/20 30/22 30/24 37/13
37/25 39/1 50/2 50/14 51/6
51/6 54/16 54/18 54/25 55/24
60/12 62/24 65/7 65/21 75/20
78/12
**number [10]** 12/5 12/8 41/5
53/6 53/6 53/7 53/15 62/11
74/21 78/19
**numerous [1]** 66/13

**O**

**o'clock [5]** 35/24 35/25 36/6
36/7 40/1
**objection [24]** 11/6 13/5 13/7
17/9 20/7 20/21 20/21 21/12
22/2 24/4 24/8 24/14 25/16
25/22 35/13 51/10 52/6 57/8
57/17 58/2 58/9 62/20 65/2
67/12
**observant [1]** 27/2
**occasion [1]** 34/1
**occasionally [2]** 23/14 42/11
**ocean [1]** 5/6
**off [15]** 16/11 18/20 19/24
21/19 22/19 25/9 25/11 33/5
40/1 41/23 45/5 54/16 54/18
69/22 76/8
**offhand [1]** 14/3
**office [12]** 3/4 4/6 22/8
26/20 45/4 60/12 60/20 69/9
69/11 75/14 78/13 78/13
**officer [1]** 7/24
**often [7]** 23/15 43/16 50/8
52/20 61/5 61/11 70/1
**oh [4]** 32/19 70/9 70/11
70/13
**okay [39]** 6/6 6/19 6/21 6/24
7/5 7/12 7/20 8/9 8/12 16/6
16/10 17/16 18/19 21/2 21/10
22/16 23/12 26/12 31/18 32/4
32/24 36/10 38/17 44/2 46/6
46/15 46/19 47/5 49/18 51/23
54/24 60/12 62/8 63/20 66/3
68/25 70/8 73/14 73/22
**old [4]** 20/12 20/19 21/3
37/14
**once [4]** 17/1 41/20 51/18
56/4

**one [40]** 7/3 7/7 11/11 13/21
14/2 15/17 21/10 22/12 24/21
24/22 24/23 30/12 32/16 37/9
37/12 38/21 39/5 39/14 39/23
41/18 42/1 48/12 48/16 49/12
50/1 50/6 51/20 52/11 55/10
56/6 57/21 59/6 62/9 63/11
64/5 64/14 65/18 66/14 67/11
68/3
**one-piece [4]** 21/10 24/21
24/22 24/23
**only [17]** 10/21 11/11 11/11
15/17 16/1 27/21 38/21 39/5
39/13 47/22 48/14 50/2 50/17
57/24 58/6 67/21 68/4
**oOo [5]** 1/3 2/15 3/18 4/18
76/9
**operate [1]** 16/19
**operated [1]** 8/21
**operating [3]** 5/25 16/3 23/6
**operations [1]** 36/8
**operator [28]** 7/20 16/21 19/9
20/2 20/3 25/10 25/13 27/23
28/9 29/5 46/3 47/5 47/9
48/3 48/21 65/4 65/25 66/7
66/15 67/10 67/14 67/20 68/2
68/11 68/19 70/1 71/17 73/18
**operator's [1]** 66/5
**operators [8]** 27/20 35/12
35/18 48/7 64/18 64/25 65/10
69/17
**opportunity [1]** 12/1
**original [2]** 78/12 78/24
**other [21]** 8/5 8/9 8/10
10/22 11/13 11/21 15/15
19/24 27/19 27/23 45/7 45/20
49/14 49/14 49/20 50/18 51/9
60/24 64/8 64/18 74/11
**other prior [1]** 11/21
**others [1]** 1/5
**our [6]** 6/15 6/15 10/18 21/9
71/16 78/13
**out [73]**
**outbound [2]** 33/10 34/9
**outcome [1]** 77/12
**outfit [1]** 43/10
**outside [1]** 42/3
**over [16]** 6/4 7/6 7/11 8/3
15/5 15/14 26/15 41/21 43/3
45/4 57/1 60/6 61/7 61/8
61/8 61/24
**overall [1]** 74/16
**overtime [58]**
**own [4]** 51/17 51/19 59/8
59/13

**P**

**p.m [6]** 14/22 14/23 14/24
21/23 25/3 25/4
**paddle [16]** 12/24 13/12 13/13
22/18 26/21 27/21 43/6 43/10
43/15 43/20 43/21 43/23
43/24 44/3 44/8 47/17
**page [5]** 2/2 6/18 78/16
78/19 79/8
**paid [9]** 20/15 20/25 24/13
25/2 48/20 57/10 57/15 68/4
71/16
**paper [1]** 44/21
**paragraph [1]** 52/23
**park [4]** 15/19 26/12 34/24
35/3
**parked [3]** 34/18 34/20 34/21

**parking [2]** 7/24 7/25
**part [7]** 13/24 15/24 26/7
34/2 38/4 42/19 47/9
**particular [2]** 21/18 75/22
**parties [2]** 77/13 77/15
**pass [2]** 44/20 44/22
**passenger [11]** 16/20 18/9
18/12 18/17 18/24 19/4 19/19
20/5 74/10 75/2 75/7
**passengers [10]** 15/22 16/4
16/11 18/7 19/24 21/7 21/8
25/9 25/9 25/11
**past [2]** 25/24 51/5
**pay [12]** 19/15 20/4 21/1
35/1 35/2 35/5 37/17 48/12
48/16 64/14 65/23 66/1
**paying [1]** 15/22
**pedestrian [1]** 46/21
**pennies [1]** 54/11
**people [13]** 5/10 34/15 42/3
45/21 55/2 59/12 59/16 60/19
60/24 61/3 71/3 71/20 71/23
**perform [3]** 25/13 27/14 44/14
**performance [7]** 65/5 65/7
65/11 68/13 68/19 73/9 73/18
**performed [1]** 25/6
**performing [1]** 38/9
**period [6]** 16/8 18/7 25/21
40/9 48/16 61/10
**person [3]** 40/25 41/6 41/9
**personal [4]** 35/18 35/20
35/21 46/4
**personally [1]** 3/7
**personnel [1]** 11/25
**physical [2]** 7/15 12/12
**physically [2]** 14/25 21/3
**pick [10]** 16/17 18/7 18/10
21/2 21/7 25/9 25/10 33/9
43/15 44/4
**piece [11]** 21/10 21/19 21/25
24/21 24/22 24/23 32/3 32/4
32/10 33/9 41/19
**pieces [1]** 33/6
**pissing [2]** 54/16 54/18
**place [6]** 32/16 32/17 34/24
42/4 68/13 77/9
**Plain [1]** 47/25
**Plaintiffs [2]** 1/6 4/5
**plan [1]** 78/13
**Plaza [3]** 3/5 4/7 42/3
**please [6]** 5/2 7/7 20/11
61/21 78/13 78/18
**plus [1]** 73/16
**point [16]** 15/21 29/22 30/5
30/9 30/21 30/25 31/3 31/6
31/16 31/19 31/20 31/22
31/23 32/25 33/11 33/12
**points [8]** 12/13 15/15 30/17
31/2 31/11 31/12 31/12 31/14
**police [1]** 53/8
**policy [1]** 35/11
**Polk [2]** 1/24 78/2
**poor [1]** 20/12
**portion [2]** 16/2 44/15
**position [3]** 12/3 59/24 71/4
**positions [3]** 7/22 8/5 8/9
**posted [2]** 43/2 43/17
**pot [1]** 8/8
**Potrero [4]** 8/16 8/18 8/19
31/13
**practice [2]** 64/24 65/9
**predecessor [1]** 9/13
**preparing [2]** 23/1 40/12

## P

**preschool [1]** 36/24
**PRESENT [1]** 4/11
**Presidio [93]**
**pretty [3]** 5/25 28/14 49/2
**preventable [1]** 66/12
**previous [18]** 7/22 8/5 9/15
9/24 11/23 38/2 38/3 38/6
38/7 38/14 38/16 38/18 38/19
38/21 49/7 49/8 49/9 49/10
**print [2]** 79/2 79/3
**prior [11]** 11/8 11/18 11/21
21/5 24/17 26/4 27/5 30/24
38/25 39/9 45/25
**private [2]** 37/18 37/18
**privy [1]** 60/4
**probably [3]** 8/15 64/17 71/2
**problem [2]** 39/24 53/23
**Procedure [1]** 78/20
**proceed [1]** 16/14
**process [1]** 64/21
**professional [2]** 25/8 56/25
**prompt [1]** 54/25
**property [3]** 16/22 34/23 46/4
**provide [2]** 13/1 71/19
**provided [1]** 21/9
**provocation [1]** 71/21
**PSR [1]** 72/9
**PSRs [1]** 72/6
**public [2]** 36/5 71/18
**pull [36]** 13/19 13/22 13/23
14/8 14/12 14/17 15/20 16/6
16/10 16/20 16/21 18/21
18/22 23/5 23/20 27/17 27/22
27/24 28/1 28/2 29/14 29/16
31/24 40/7 40/14 40/23 41/12
41/15 44/12 49/3 59/13 59/14
69/1 69/3 69/4 73/23
**pulled [10]** 15/6 25/14 28/5
28/8 41/20 49/21 49/25 50/5
50/8 51/3
**pulling [7]** 23/23 27/12 29/6
44/15 44/16 51/6 51/12
**pulls [1]** 14/4
**punch [1]** 36/18
**pursuant [4]** 3/1 27/3 48/10
57/22
**push [1]** 36/11
**pushing [2]** 27/9 27/10
**put [23]** 12/4 32/5 32/6
32/20 41/23 44/23 45/6 48/13
53/22 54/10 56/21 57/6 59/11
61/6 61/13 61/19 62/3 62/19
64/4 65/24 66/10 69/9 71/25
**putting [31]** 53/24 54/2 54/8
54/13 54/21 55/5 55/7 55/11
55/12 55/15 55/19 56/2 56/15
57/7 57/12 58/14 58/18 58/22
58/25 59/4 59/20 59/25 60/3
60/9 60/17 60/25 61/9 61/14
61/17 62/24 63/2

## Q

**question [65]**
**question-and-answer [1]** 6/5
**questions [12]** 6/6 6/10 6/23
7/7 12/4 49/15 49/17 63/12
63/17 65/18 69/24 76/5

## R

**raised [1]** 72/16
**ran [1]** 40/12
**random [3]** 66/6 66/22 66/22

**randomly [1]** 71/6
**range [1]** 40/2
**rather [1]** 54/12
**re [1]** 78/9
**read [2]** 78/15 80/4
**readily [2]** 59/10 60/21
**reading [2]** 78/16 80/7
**ready [1]** 44/3
**real [1]** 37/19
**realize [1]** 71/18
**reason [2]** 36/4 39/7
**reasons [1]** 78/18
**recall [22]** 5/20 6/3 9/17
10/1 11/17 28/3 28/3 28/5
30/16 31/8 39/22 49/7 49/24
50/1 50/2 50/3 50/4 50/6
50/7 50/9 50/15 50/17
**received [3]** 11/25 57/24 58/7
**receiver [6]** 43/9 43/19 44/2
44/5 44/6 44/7
**receiver's [1]** 26/20
**Recess [1]** 48/25
**recollect [2]** 10/24 11/2
**recollection [4]** 11/23 49/6
50/19 70/16
**record [7]** 11/24 69/21 69/22
69/23 73/23 76/8 80/9
**records [7]** 53/14 53/18 62/11
62/14 62/16 62/16 62/17
**redundant [1]** 51/24
**refer [1]** 69/2
**reference [1]** 68/8
**referencing [1]** 69/4
**referred [1]** 40/21
**referring [1]** 54/19
**reflected [1]** 6/18
**regarding [1]** 78/20
**register [1]** 26/22
**regularly [1]** 49/2
**related [8]** 44/14 72/7 73/2
73/8 73/17 74/4 75/1 77/14
**relation [1]** 66/5
**relationship [1]** 60/16
**relax [1]** 63/20
**relevant [1]** 20/9
**relief [28]** 29/22 30/1 30/4
30/5 30/9 30/16 30/21 30/25
31/2 31/3 31/6 31/11 31/12
31/12 31/14 31/16 31/19
31/20 31/22 31/23 31/25
33/11 33/12 33/17 33/20
33/21 33/22 34/4
**relieved [4]** 31/24 32/22 33/7
34/8
**remain [2]** 16/7 16/8
**remember [22]** 11/5 11/11
11/11 11/20 11/21 12/24
13/11 31/3 31/4 32/21 38/2
38/20 38/23 39/15 39/18
39/23 49/13 49/16 49/21 73/4
73/5 73/7
**REMEMBERED [1]** 3/1
**rep [1]** 38/22
**rephrasing [1]** 52/23
**report [42]**
**reported [3]** 1/19 41/10 77/8
**reporter [3]** 6/12 77/1 77/3
**Reporting [1]** 1/23 78/1
**reports [8]** 41/5 47/15 47/16
47/23 64/13 64/13 74/10 75/2
**represented [2]** 4/3 4/8
**requested [1]** 18/10
**require [1]** 35/17

**required [4]** 21/7 43/4 64/14
65/25
**requirement [1]** 35/19
**requires [1]** 35/11
**respect [8]** 25/16 25/25 50/18
51/2 66/24 68/12 68/18 68/22
**respected [1]** 71/15
**respective [1]** 77/15
**response [2]** 7/12 61/23
**responsibilities [1]** 22/15
**responsibility [2]** 22/13 38/4
**Rest [1]** 59/25
**result [2]** 66/11 66/12
**resulted [1]** 74/10
**retired [1]** 9/20
**review [6]** 12/2 68/13 68/19
78/13 80/1 80/9
**review/signature [1]** 80/9
**reviewed [1]** 80/10
**ride [6]** 19/9 19/15 20/3
20/6 23/11 34/15
**ridership [1]** 5/22
**right [28]** 7/1 8/25 11/20
14/6 14/9 15/4 17/21 19/21
27/13 28/10 29/15 32/3 36/22
38/12 39/19 40/4 43/3 44/9
47/24 49/4 51/6 51/6 54/16
54/17 54/18 55/24 74/14 76/6
**right-hand [1]** 43/3
**rights [1]** 78/20
**rob [1]** 42/4
**Robert [1]** 5/5
**roll [1]** 42/18
**Rolling [1]** 27/11
**Rolnick [4]** 2/4 4/9 5/1 5/14
**room [5]** 43/2 43/17 43/19
43/25 47/24
**route [7]** 12/5 12/12 13/1
13/3 13/12 13/13 14/5
**rule [2]** 37/3 37/3
**rules [2]** 6/4 78/20
**run [135]**
**running [2]** 42/5 44/19
**runs [33]** 10/21 10/22 11/1
11/7 11/18 11/23 12/18 30/9
30/15 30/16 30/23 31/4 31/9
38/7 38/14 38/18 38/19 38/21
49/7 49/9 49/10 49/11 49/14
50/18 50/20 51/9 51/11 52/7
52/20 53/15 53/19 53/21
66/17

## S

**safe [3]** 6/1 18/11 20/14
**said [39]** 13/7 13/11 13/14
14/15 19/13 19/20 21/22
23/12 23/14 24/5 24/18 27/20
28/8 28/14 28/22 38/25 39/8
39/19 40/6 51/11 55/10 56/1
56/16 56/19 58/15 58/18
58/20 58/21 58/24 59/1 60/13
65/13 65/13 71/10 73/7 73/21
77/8 77/12 77/15
**SALAZAR [10]** 1/15 3/9 5/4
76/14 77/4 78/6 78/9 79/4
79/5 79/25
**Sam [1]** 5/5
**same [16]** 20/21 21/16 41/17
51/20 52/23 54/24 54/24 57/2
60/10 61/3 61/7 61/16 61/24
61/25 68/14 68/24
**SAN [12]** 1/8 1/9 1/24 3/5
3/6 3/12 4/7 4/8 5/7 7/25

**S**

**SAN... [2]** 13/4 78/2
**Sansome [1]** 15/18
**say [20]** 6/11 9/4 19/8 19/24 20/1 20/2 21/2 31/14 31/15 32/7 34/20 36/14 38/6 38/10 41/4 59/19 60/23 61/23 68/3 70/5
**saying [9]** 26/4 49/11 50/11 51/5 59/2 62/6 62/10 65/7 71/24
**scare [1]** 42/2
**scared [1]** 55/3
**schedule [5]** 12/16 12/25 12/25 66/16 66/19
**scheduled [2]** 66/4 66/21
**school [3]** 37/18 37/18 37/19
**scratch [1]** 8/17
**season [1]** 27/8
**seat [1]** 62/7
**second [3]** 22/9 31/25 65/19
**secretary [5]** 66/14 67/23 68/6 68/15 75/21
**see [5]** 6/17 23/11 42/17 62/1 72/1
**seeking [1]** 64/9
**seen [1]** 63/24
**selected [1]** 71/6
**send [1]** 78/18
**separate [2]** 71/7 74/5
**serious [1]** 59/11
**service [20]** 8/7 15/21 16/5 16/7 16/8 16/9 16/18 18/8 21/6 23/6 26/19 66/11 71/20 72/7 73/8 74/3 74/9 74/10 75/2 75/7
**Services [2]** 1/23 78/1
**set [3]** 3/13 77/10 77/17
**setting [1]** 6/14
**seven [2]** 9/6 10/23
**Seventh [2]** 3/5 4/7
**several [2]** 13/21 42/1
**Severity [1]** 75/25
**SFMTA [1]** 78/9
**SFPD [1]** 53/5
**shake [1]** 6/15
**shaking [1]** 62/1
**Shattuck [2]** 4/2 78/7
**she [16]** 9/10 9/17 9/19 9/20 9/21 10/1 10/4 37/19 42/17 58/20 58/21 58/24 59/1 59/23 59/23 59/24
**She's [1]** 37/18
**sheet [5]** 13/1 13/12 13/13 26/22 79/1
**Sheriff's [1]** 53/5
**shift [1]** 48/6
**shit [2]** 54/18 73/25
**shop [26]** 22/6 22/10 22/14 23/2 24/24 37/24 38/3 38/7 38/9 38/11 39/1 39/3 41/21 64/16 64/22 66/4 66/23 67/9 67/19 68/17 69/5 69/25 71/9 71/10 73/19 73/21
**shopman [1]** 44/18
**short [1]** 48/23
**Shorthand [1]** 77/2
**should [2]** 54/25 68/7
**shouldn't [1]** 45/22
**showed [1]** 67/20
**shower [2]** 35/24 36/7
**sic [5]** 19/3 19/5 21/23

59/22 64/15
**side [4]** 6/16 6/16 34/8 34/9
**sign [9]** 10/18 26/22 39/7 39/8 39/13 39/13 46/20 78/16 80/4
**sign-up [4]** 10/18 39/7 39/13 39/13
**sign-ups [1]** 39/8
**signature [4]** 78/13 78/16 78/20 80/9
**signed [1]** 80/10
**signing [1]** 80/7
**similar [1]** 55/10
**similarly [1]** 1/5
**simple [2]** 52/3 52/25
**since [3]** 10/18 38/7 39/23
**single [1]** 11/17
**sir [7]** 28/7 35/8 35/10 63/10 63/13 63/19 65/9
**sit [4]** 13/2 15/9 31/8 62/9
**sitting [1]** 41/8
**situated [1]** 1/5
**situation [1]** 69/13
**six [12]** 8/7 8/15 8/16 8/18 9/5 9/6 10/22 49/19 57/11 57/15 57/25 70/17
**skinned [1]** 56/20
**small [2]** 55/11 60/18
**snapping [1]** 57/1
**so [64]**
**Solano [2]** 34/17 35/23
**some [13]** 6/4 8/4 17/3 22/13 22/15 33/23 44/13 46/3 64/20 69/10 69/24 74/11 75/1
**somebody [3]** 7/9 16/16 59/3
**someone [2]** 59/6 65/11
**someplace [1]** 33/22
**something [21]** 17/24 28/18 32/20 33/14 36/12 41/18 45/24 46/15 47/13 47/19 49/23 50/12 58/21 59/2 63/21 67/2 67/19 72/6 72/12 75/4 75/4
**sometime [1]** 49/21
**sometimes [5]** 23/4 26/14 28/8 50/16 59/14
**somewhere [2]** 74/13 74/24
**sorry [6]** 14/23 23/12 23/13 54/16 56/24 57/1
**sort [3]** 7/15 64/21 75/2
**sorts [1]** 9/2
**sounds [1]** 33/16
**south [2]** 19/7 19/20
**space [4]** 29/13 29/14 29/15 35/5
**specific [9]** 12/7 15/9 21/15 25/18 35/16 39/14 46/7 64/19 65/3
**specifically [3]** 13/9 60/19 69/3
**speculation [4]** 20/8 20/22 25/23 57/9
**spell [1]** 5/3
**spent [3]** 38/8 72/17 72/21
**split [1]** 31/21
**sporadic [1]** 28/4
**stall [1]** 34/25
**stalled [1]** 29/14
**stand [1]** 42/3
**start [7]** 14/11 23/1 24/18 28/19 30/1 31/23 49/20
**started [15]** 8/16 8/17 8/17 24/17 30/9 30/21 32/16 32/18

32/18 32/21 32/24 32/25 33/17 34/10 39/22
**starter [3]** 28/21 28/23 29/3
**state [3]** 5/2 7/15 75/18
**stated [5]** 11/15 17/10 52/7 64/11 77/9
**statement [3]** 55/9 55/18 56/14
**states [2]** 1/1 22/18
**stationary [1]** 13/17
**statutory [1]** 80/4
**stay [1]** 51/20
**stayed [1]** 8/18
**steering [2]** 25/8 56/25
**steps [1]** 47/4
**steward [25]** 22/6 22/10 22/14 23/2 24/24 37/25 38/4 38/8 38/9 38/11 39/1 39/3 41/21 64/16 64/22 66/4 66/23 67/9 67/19 68/17 69/25 71/9 71/11 73/19 73/21
**stipulated [1]** 59/22
**stipulation [1]** 80/8
**STITT [2]** 1/4 78/9
**Stockton [12]** 32/20 32/21 32/22 33/3 33/4 33/18 33/24 34/3 34/5 34/6 34/12 34/13
**stolen [1]** 44/10
**stop [8]** 16/11 18/12 43/18 44/18 44/19 45/10 46/20 65/21
**straight [1]** 41/1
**street [10]** 1/24 3/5 4/7 12/17 19/6 19/19 23/11 46/21 63/15 78/2
**streets [4]** 12/19 12/23 13/4 14/2
**structure [1]** 71/22
**stuff [4]** 69/6 71/16 73/11 74/8
**subject [1]** 75/24
**submitted [1]** 80/11
**submitting [1]** 64/9
**subsequently [2]** 9/20 22/23
**substance [1]** 78/17
**such [1]** 80/7
**sue [1]** 5/23
**suggesting [1]** 66/20
**Suisun [1]** 35/23
**Suite [4]** 1/24 4/3 78/2 78/7
**superintendent [29]** 9/7 9/8 9/11 9/15 9/18 9/18 9/19 9/21 9/24 10/2 10/4 58/17 59/19 60/6 60/8 65/5 65/11 67/24 68/6 68/12 68/15 70/3 71/1 71/13 72/5 72/9 72/14 74/11 75/21
**superintendent's [1]** 75/14
**superintendents [4]** 10/7 54/6 58/13 69/18
**supervisor [3]** 56/19 68/12 74/12
**supervisors [1]** 69/14
**supposed [8]** 14/17 14/24 18/16 22/21 25/14 40/3 46/1 62/18
**sure [7]** 6/17 20/12 26/15 27/5 32/14 45/19 69/19
**suspended [1]** 37/8
**suspension [2]** 37/10 37/11
**Sutter [12]** 15/18 32/19 32/21

## S

**Sutter... [9]** 32/22 33/3 33/18 33/24 34/3 34/4 34/5 34/11 34/13
**switch [5]** 33/14 59/10 59/11 65/17 65/19
**sworn [2]** 3/12 77/5
**synonymous [1]** 43/13
**system [3]** 48/13 64/15 66/15

## T

**take [21]** 17/19 18/2 20/5 23/11 35/24 36/2 36/6 37/15 40/13 40/18 41/21 41/23 42/6 42/11 42/12 45/5 45/12 46/4 48/23 68/13 69/6
**taken [3]** 5/12 5/19 48/25
**takes [3]** 12/13 13/3 17/16
**Taking [1]** 3/2
**talk [7]** 6/14 7/6 7/11 31/18 44/4 60/12 74/8
**talking [18]** 24/20 25/23 25/24 26/3 26/5 26/6 28/24 30/12 40/22 40/24 50/21 54/15 55/20 67/6 71/8 73/17 73/20 74/14
**talking about [1]** 71/8
**tank [1]** 53/13
**Tapia [2]** 9/9 59/23
**tasked [1]** 25/6
**tasks [3]** 25/12 25/17 25/19
**tell [24]** 10/21 10/25 12/15 12/20 17/23 19/12 19/17 20/16 25/5 25/12 30/16 37/2 44/23 55/14 55/25 56/23 60/6 60/13 60/15 61/8 62/4 63/1 71/14 71/23
**telling [5]** 31/1 50/14 62/23 72/1 73/22
**Ten [1]** 40/1
**Ten-hour [1]** 40/1
**term [5]** 15/3 21/13 29/22 29/24 46/8
**terminal [12]** 12/20 12/22 13/14 13/16 14/7 15/3 15/15 15/17 16/12 16/25 17/1 18/5
**terminals [2]** 15/5 15/18
**terminates [1]** 13/17
**terminology [2]** 32/10 40/16
**terminus [1]** 16/24
**test [2]** 10/20 10/25
**testify [2]** 7/16 77/5
**testimony [8]** 11/4 18/14 23/20 51/2 57/23 78/16 79/2 79/2
**than [35]** 6/2 8/10 17/8 17/12 17/14 23/23 24/1 30/12 45/7 46/15 49/12 49/14 51/7 51/9 52/12 52/14 52/17 54/12 56/4 56/6 56/7 56/9 56/11 59/15 60/24 70/6 70/7 70/8 70/10 70/12 70/14 70/19 70/21 70/23 74/1
**Thank [3]** 76/5 76/6 78/21
**that [287]**
**that or [1]** 75/4
**that's [58]**
**their [4]** 35/18 64/25 68/12 77/15
**them [35]** 6/6 6/23 7/8 8/2 16/17 17/15 18/10 18/11 18/25 18/25 25/11 34/15 43/2

43/3 44/20 45/4 47/15 54/15 55/4 55/22 55/23 56/17 57/3 57/7 58/15 59/25 60/6 60/7 60/7 60/22 63/24 64/1 68/8 69/19 72/10
**themselves [1]** 1/5
**then [54]**
**there [45]**
**there's [23]** 12/23 16/2 16/16 27/5 27/19 27/22 27/25 28/11 28/18 29/7 29/13 35/19 35/25 36/7 39/12 44/20 44/22 46/3 47/11 64/20 69/10 72/9 72/12
**thereafter [1]** 77/9
**therein [1]** 77/9
**thereof [1]** 3/3
**thereupon [1]** 13/13
**these [14]** 5/10 5/10 12/23 53/24 54/11 54/14 55/2 55/11 63/12 67/6 68/3 72/25 73/1 74/1
**they [75]**
**they'll [1]** 55/3
**they're [39]** 39/13 43/13 47/25 51/13 64/20 66/21 68/8 69/10 74/7
**they've [2]** 28/14 28/19
**thing [4]** 39/5 41/17 68/14 68/24
**things [3]** 42/20 45/21 66/13
**think [9]** 8/15 9/4 19/20 32/2 41/17 50/24 51/11 55/20 62/4
**this [24]** 6/14 7/8 11/8 20/9 21/16 24/17 29/15 30/18 32/9 36/22 39/6 42/11 49/1 51/20 61/24 62/1 62/25 69/16 69/21 71/4 75/2 77/18 78/13 78/20
**THOMAS [1]** 4/12
**those [36]** 8/10 8/24 10/7 20/14 22/16 27/14 30/16 31/9 38/9 38/19 38/21 43/5 49/13 50/20 54/13 61/3 62/24 64/5 64/22 64/25 66/4 67/11 68/7 68/16 72/18 72/21 73/7 73/25 74/9 74/10 75/1 75/6 75/13 75/16 76/4 78/18
**though [1]** 74/17
**thought [2]** 30/19 42/4
**three [11]** 9/23 10/7 19/9 19/13 19/15 20/3 20/13 20/14 21/4 37/13 70/5
**through [6]** 25/3 40/13 44/25 62/8 69/6 69/6
**throughout [2]** 21/17 24/7
**TIDRICK [2]** 4/2 78/7
**time [96]**
**times [16]** 5/18 6/2 6/3 27/22 27/24 28/1 53/15 55/14 55/17 56/1 56/3 56/7 62/12 68/7 68/16 71/1
**tired [2]** 42/15 42/17
**Title [2]** 27/4 44/21
**today [8]** 7/16 11/4 13/2 22/11 31/8 69/15 69/18 71/4
**together [1]** 60/14
**told [13]** 11/7 18/9 21/5 49/13 57/3 59/6 59/7 60/19 62/3 62/13 69/3 69/4 73/21
**TONY [1]** 1/4
**too [3]** 55/3 61/23 65/20
**took [1]** 48/14
**towards [1]** 15/13

**tower [2]** 44/18 45/11
**track [5]** 26/24 26/25 27/20 44/11 44/23
**tracks [3]** 26/24 29/10 29/14
**traffic [5]** 7/25 17/22 22/25 23/10 23/19
**train [1]** 23/8
**transcribed [1]** 77/10
**transcript [8]** 78/12 78/14 78/16 78/17 79/6 80/1 80/10 80/12
**transfers [6]** 26/21 44/10 45/3 45/8 69/1 69/8
**transit [20]** 7/20 25/10 25/12 35/12 35/17 36/1 36/5 36/8 46/3 56/19 60/23 61/2 64/18 65/4 65/10 67/20 68/2 70/1 71/17 73/18
**transport [1]** 21/3
**TRANSPORTATION [2]** 1/9 5/8
**travel [1]** 17/3
**trick [2]** 32/12 50/10
**triggered [2]** 39/9 39/23
**trips [1]** 34/8
**trolley [10]** 8/23 8/23 9/3 16/5 16/8 16/17 16/19 18/8 21/6 44/12
**trouble [2]** 59/17 71/24
**true [2]** 21/24 31/17
**truly [1]** 78/22
**truth [4]** 72/1 77/6 77/6 77/6
**try [2]** 36/2 71/22
**trying [10]** 16/2 32/12 32/14 40/15 50/10 50/11 53/11 59/24 66/21 72/3
**tuition [1]** 37/17
**turn [8]** 27/8 28/22 29/4 45/1 45/4 45/15 45/17 46/1
**turned [1]** 45/23
**turning [2]** 28/25 48/21
**two [11]** 32/3 32/4 32/10 33/6 34/7 37/8 40/22 41/24 46/17 46/19 46/24
**two-piece [3]** 32/3 32/4 32/10
**TWU [2]** 42/1 45/6

## U

**uh [13]** 6/7 6/9 6/12 6/12 6/12 14/19 19/22 30/7 38/13 67/5 67/7 70/20 70/22
**uh-huh [11]** 6/7 6/9 6/12 14/19 19/22 30/7 38/13 67/5 67/7 70/20 70/22
**uh-uh [1]** 6/12
**Unclear [1]** 20/8
**under [1]** 64/21
**understand [16]** 6/16 6/22 7/3 18/19 20/10 24/10 28/17 31/21 35/14 40/16 57/18 58/3 61/17 62/7 62/21 71/12
**understanding [2]** 31/15 64/12
**understood [1]** 7/1
**uniforms [1]** 60/20
**unincorporated [1]** 36/9
**union [8]** 5/4 22/19 25/1 38/22 39/4 39/6 39/9 39/14
**UNITED [1]** 1/1
**unless [9]** 12/15 12/24 13/9 13/12 19/4 19/12 19/16 29/11 67/15
**until [10]** 14/8 16/6 21/22 23/6 29/18 41/8 41/21 45/11

## U

**until... [2]** 47/20 48/25
**up [42]**
**ups [1]** 39/8
**upstairs [3]** 22/8 45/2 45/5
**us [4]** 61/9 62/24 63/2 78/18
**use [1]** 15/3
**used [2]** 60/21 62/18
**usually [2]** 44/3 51/4

## V

**vague [14]** 21/12 22/2 24/8
24/14 24/16 25/16 25/22
35/13 57/17 58/2 58/9 62/20
65/2 67/12
**vary [1]** 75/16
**vehicle [11]** 16/3 18/21 21/17
23/6 26/13 27/1 27/2 35/20
35/21 44/15 45/14
**vehicle when [1]** 45/14
**vehicles [2]** 8/21 35/18
**Vents [1]** 29/2
**versed [2]** 68/8 68/9
**Very [1]** 78/22
**vicious [1]** 54/1
**view [1]** 47/25
**volts [1]** 9/3

## W

**WAGNER [2]** 1/23 78/1
**wait [3]** 15/9 29/18 47/20
**waive [1]** 80/9
**walk [4]** 27/6 44/25 46/21
69/6
**walk-around [1]** 27/6
**walk-through [2]** 44/25 69/6
**Walked [1]** 34/14
**want [32]** 5/22 7/9 10/25
12/9 13/21 17/23 19/3 19/5
19/5 19/16 20/15 22/4 24/9
26/8 31/18 32/5 32/5 32/19
36/12 37/15 38/17 42/6 42/10
49/6 49/9 49/17 49/19 52/1
69/14 69/24 72/12 74/21
**wanted [5]** 19/2 19/13 64/4
71/14 71/19
**wants [1]** 18/24
**warm [2]** 28/23 28/23
**warmed [1]** 27/9
**was [62]**
**washer [1]** 8/8
**wasn't [3]** 59/9 71/18 73/15
**way [8]** 29/10 34/15 34/16
47/22 59/17 64/21 71/23
78/19
**ways [1]** 64/9
**we [37]** 6/13 6/14 6/14 11/24
12/2 16/17 18/10 18/10 18/11
21/7 24/17 27/20 32/1 39/7
42/5 42/14 44/9 46/4 47/14
47/15 48/23 51/20 52/10
53/10 53/12 61/24 62/7 63/14
63/15 65/20 66/8 69/13 69/21
71/6 71/15 71/16 78/14
**We'll [1]** 65/15
**we're [11]** 6/14 26/18 30/11
36/21 38/20 42/6 42/17 43/4
52/15 63/16 73/17
**wearing [1]** 56/18
**weather [1]** 45/1
**Wednesday [2]** 1/17 3/2
**weights [1]** 26/5
**well [8]** 8/15 24/20 32/4

42/24 49/20 50/13 58/24
63/11
**were [31]** 10/10 18/14 18/15
18/25 19/20 25/6 31/9 33/4
39/1 43/24 46/20 50/5 51/4
51/16 51/18 51/23 52/3 52/9
52/12 52/14 52/17 53/15
53/19 53/21 59/18 69/20
72/20 73/1 73/19 74/5 75/1
**weren't [1]** 72/17
**what [86]**
**what's [8]** 10/15 21/10 36/15
40/9 41/2 46/6 46/19 66/8
**whatever [10]** 32/7 37/2 38/7
51/14 60/5 60/5 75/10 75/11
75/17 75/20
**wheel [2]** 25/8 57/1
**when [55]**
**whenever [1]** 50/23
**where [30]** 7/8 13/17 13/18
13/24 14/24 15/24 16/3 16/11
18/16 19/1 19/4 19/5 19/16
21/8 26/23 30/1 30/9 33/17
34/10 34/18 35/3 36/8 42/25
47/23 47/24 64/1 64/1 69/13
69/19 71/13
**WHEREOF [1]** 77/17
**wherever [1]** 19/10
**whether [6]** 31/9 43/22 50/4
50/20 64/8 68/18
**which [12]** 13/21 23/17 26/23
26/23 32/25 37/5 42/1 44/21
49/24 58/13 73/22 80/4
**who [15]** 3/12 9/7 9/7 9/13
9/15 9/24 10/10 54/2 54/5
54/20 55/2 55/2 56/14 60/25
66/14
**whole [4]** 21/18 38/23 74/24
77/6
**whooped [1]** 59/9
**why [8]** 24/23 36/4 39/7
43/18 48/23 56/23 61/15 66/7
**will [22]** 5/23 7/11 20/15
20/16 20/16 22/12 26/20
26/24 27/1 27/1 27/2 33/13
44/19 44/23 45/23 48/12
48/13 53/8 60/13 65/24 72/13
80/8
**windows [1]** 45/1
**winter [1]** 27/8
**wish [3]** 78/17 79/2 79/3
**within [3]** 76/1 77/7 80/4
**within-entitled [1]** 77/7
**without [2]** 37/6 37/8
**witness [7]** 3/11 77/4 77/17
80/3 80/7 80/8 80/10
**woman [1]** 42/11
**won't [2]** 12/24 63/16
**Woods [2]** 8/18 31/12
**word [3]** 9/14 43/10 60/21
**words [4]** 56/1 60/16 79/2
79/3
**words to [1]** 56/1
**work [24]** 5/7 5/16 10/14
21/25 33/5 35/7 35/9 35/12
35/18 35/20 35/21 35/22 36/2
36/2 36/11 36/14 37/15 37/20
55/1 60/14 60/20 62/5 66/17
67/24
**worked [13]** 7/18 8/2 8/6 8/6
10/8 10/10 30/24 57/5 61/6
61/12 61/19 62/12 63/1
**working [2]** 32/25 36/1

**would [25]** 12/2 18/2 18/25
18/25 19/8 19/14 20/2 31/23
31/23 31/24 31/25 41/12
41/15 41/20 41/23 42/3 47/5
47/9 48/3 48/6 71/22 71/23
75/13 75/23 75/25
**wouldn't [5]** 19/4 20/1 43/24
57/6 66/6
**write [1]** 64/13
**writing [1]** 47/14
**written [2]** 6/18 53/25
**wrong [2]** 28/18 71/6
**wrote [1]** 42/24

## Y

**yard [11]** 18/11 21/9 22/21
22/21 27/12 28/21 28/23 29/3
69/1 69/4 69/5
**yeah [19]** 21/21 23/25 32/4
32/6 32/11 32/23 46/3 54/12
55/22 56/5 56/8 56/10 69/12
70/9 70/11 70/13 73/14 74/13
74/25
**year [9]** 8/3 8/4 21/3 22/12
37/14 37/25 38/11 38/23 68/3
**years [14]** 8/16 8/19 9/5
9/23 10/23 20/19 31/23 49/19
56/5 56/12 57/11 57/16 57/25
70/17
**yes [69]**
**yet [1]** 42/16
**YGR [1]** 1/7
**you [603]**
**you'd [2]** 59/8 64/4
**you'll [4]** 23/11 41/7 69/17
72/1
**you're [62]**
**you've [23]** 9/4 10/8 10/10
10/23 15/6 28/8 29/18 36/17
37/24 38/7 38/7 38/8 38/11
38/14 60/24 62/12 67/18 68/2
68/17 70/17 71/1 72/3 72/5
**young [4]** 4/4 36/22 71/15
78/6
**your [147]**
**yours [1]** 78/22
**yourself [2]** 50/14 59/17
**Yvette [1]** 10/12

## Z

**zebra [1]** 5/5

1  UNITED STATES DISTRICT COURT

2  NORTHERN DISTRICT OF CALIFORNIA

3

4  DARRYL A. STITT, TONY GRANDBERRY,)
   and HEDY GRIFFIN, on behalf of  )
5  themselves and all others        )
   similarly situated,              )
6                                    )
       Plaintiffs,                   )
7                                    )
   vs.                               ) No. C-12-03704-YGR
8                                    )
   THE SAN FRANCISCO MUNICIPAL       )
9  TRANSPORTATION AGENCY; CITY AND   )
   COUNTY OF SAN FRANCISCO; and      )
10 DOES 1-20,                        )
                                     )
11     Defendants.                   )
   _____)

12

13

14  DEPOSITION OF

15  **JOHN DUDLEY**

16  Wednesday, December 30, 2015

17

18

19

20

21  REPORTED BY:  TINA MARIE VELASQUEZ, CSR No. 10072

22

23  BONNIE L. WAGNER & ASSOCIATES
        COURT REPORTING SERVICES
24       1819 POLK STREET, #446
     SAN FRANCISCO, CALIFORNIA  94109
25          (415) 982-4849

---

1  I N D E X

2

3  DEPOSITION OF:  JOHN DUDLEY

4  Wednesday, December 30, 2015

5                                          PAGE

6  EXAMINATION BY:

7    Mr. Rolnick                            4

8

9  E X H I B I T S

10  (None were marked.)

11

---

1       BE IT REMEMBERED that pursuant to Notice of

2  Taking Deposition, and on Wednesday, December 30, 2015,

3  commencing at the hour of 9:30 a.m., thereof, at the

4  OFFICE OF THE CITY ATTORNEY, 1390 Market Street, 7th

5  Floor, San Francisco, California, before me, Tina Marie

6  Velasquez, a Certified Shorthand Reporter in and for the

7  State of California, personally appeared

8                **JOHN DUDLEY**,

9  called as a witness by the Defendants, who, being duly

10  sworn, was thereupon examined and testified as is

11  hereinafter set forth.

12          A P P E A R A N C E S

13  For the Plaintiff:

14      THE TIDRICK LAW FIRM

15      BY:  JOEL B. YOUNG, Attorney at Law

16      2039 Shattuck Avenue, Suite 308

17      Berkeley, California 94704

18  For the Defendants:

19      OFFICE OF THE CITY ATTORNEY

20      CITY AND COUNTY OF SAN FRANCISCO

21      BY:  JONATHAN C. ROLNICK, Attorney at Law

22      1390 Market Street, 5th floor

23      San Francisco, California 94102

24  ALSO PRESENT:  REGINA MACKEY

25                 LUIS MONTANO

---

1              **JOHN DUDLEY**,

2  having been duly sworn, testified as follows:

3        **EXAMINATION BY MR. ROLNICK**

4      **MR. ROLNICK:  Q.**  Could you please state your name.

5      **A.**  My name is John Dudley.

6      **Q.**  And could you spell your first and last name,

7  please.

8      **A.**  First name: John, J-o-h-n.  Last name: Dudley,

9  D-u-d-l-e-y.

10      **Q.**  Mr. Dudley, have you had your deposition taken

11  before?

12      **A.**  Yes, I have.

13      **Q.**  How many times?

14      **A.**  Once.

15      **Q.**  And do you remember when that was?

16      **A.**  Oh, about 25 years ago.

17      **Q.**  Okay.  And was that in relationship to your work?

18      **A.**  Yes, it was.

19      **Q.**  And did that involve a personal injury lawsuit or

20  something that you were --

21      **A.**  Yes.

22      **Q.**  -- that you were involved in as a driver?

23      **A.**  Yes.

24      **Q.**  And the ground rules are pretty simple.  It's a

25  question-and-answer format, okay?

**A.** Okay.

**Q.** It's important that you try to answer my questions audibly, okay?

**A.** Sure.

**Q.** It's also important that you allow me to finish my questions before starting your answer, and I will do my best to allow you to finish your answers before I start asking another question, okay?

**A.** Okay.

**Q.** If you don't understand a question, let me know, all right?

**A.** Yes.

**Q.** I'm going to assume that if I ask you a question, you answer it, that you understood it, okay?

**A.** Fair enough.

**Q.** Okay. Are you currently employed?

**A.** No. I am retired.

**Q.** You're retired from working for the City and County of San Francisco; is that right?

**A.** Yes.

**Q.** And when did you retire?

**A.** In May of 2013.

**Q.** And before you retired, where were you working?

**A.** I was working at the Kirkland division as a transit operator.

---

**Q.** At the time you retired, how many years of service did you have?

**A.** 34 years.

**Q.** And you started to work for the City in approximately 1978; is that right?

**A.** You got it.

**Q.** And during the time of your 34 years with the City, were you always a transit operator?

**A.** Yeah.

**Q.** No other position you held with the City?

**A.** No.

**Q.** So your last assignment was at Kirkland division, right?

**A.** Yes.

**Q.** And how long had you been at Kirkland division at that time?

**A.** I think about three years.

**Q.** And what kind of vehicles were you operating at Kirkland?

**A.** The diesel buses.

**Q.** And before Kirkland, where were you working?

**A.** Woods division.

**Q.** And how long were you at Woods?

**A.** I think about three years, too.

**Q.** And what other divisions did you work at during

---

your tenure with the City?

**A.** Presidio division.

**Q.** Anywhere else?

**A.** I floated through all the divisions: Presidio, Potrero, Woods and Kirkland.

**Q.** And each one of those divisions is a bus division; is that right?

**A.** Correct.

**Q.** They're all diesel buses?

**A.** No. Potrero division and Presidio division are the electric trolleys, which is rubber-tire trollies; and Woods and Kirkland is the rubber-tire diesels.

**Q.** You never worked light-rail vehicles?

**A.** No.

**Q.** Or cable car?

**A.** No.

**Q.** When you were at Kirkland -- and I want to talk about your final stint. Let me ask this. Did you work at Kirkland on more than one occasion as your home division?

**A.** No.

**Q.** So that was the only time you worked at Kirkland?

**A.** Right.

**Q.** And during those approximately three years that you were at Kirkland, who was the superintendent there?

---

**A.** There were two of them: Ayn Antonio and Deborah Franks.

**Q.** And in which order were they superintendents? At the time you left, who was the superintendent?

**A.** Deborah Franks.

**Q.** And Ms. Antonio preceded her, correct?

**A.** Correct.

**THE WITNESS:** Did you hear me?

**THE REPORTER:** Yes.

**MR. ROLNICK:** **Q.** And how long was your overlap at Kirkland with Ms. Antonio? Do you remember how long she was the superintendent there?

**A.** Yeah. About two years.

**Q.** And that would have made Ms. Franks the superintendent for about a year of your tenure at Kirkland?

**A.** Yeah. Yes.

**Q.** And then, again, before that, you were at Woods, right --

**A.** Yes, I --

**Q.** -- for about three years?

**A.** Right.

**Q.** And were you at Woods for more than one rotation, or were you just there for that three-year period?

**A.** I was just there for that three-year period.

## Page 9

**Q.** And do you remember who the superintendents were when you were at Woods?

**A.** Kathy Forrester and Kermit Garnes.

**Q.** Ms. Forrester was the superintendent at the end of your time at Woods?

**A.** Yes.

**Q.** And do you know how long she was the superintendent during your time at Woods?

**A.** She was there all my three years. No. She was there -- she was assistant superintendent for two years, and Garnes was the superintendent for the other three mini-parts, which is one year, if I'm right.

**Q.** So Garnes was the superintendent, and Ms. Forrester was an assistant superintendent?

**A.** Right.

**Q.** And during the time that she was the assistant superintendent, was there a superintendent at Woods?

**A.** Yeah. Garnes. Garnes.

**Q.** And did Ms. Forrester ever become the superintendent at Woods to your recollection during the time you were there?

**A.** Yeah. One year.

**Q.** I think you testified you were at Woods for about three years. So Garnes for about two years?

**A.** That's right.

## Page 10

**Q.** And then followed by Ms. Forrester for the last year that you -- approximately the last year that you were at Woods?

**A.** Correct. You getting a long history of me. Why?

**Q.** We're just starting.

I want to talk about your -- let's focus on your time at Kirkland. Do you recall what runs you had during the time that you were at Kirkland?

**A.** I can't recall the run numbers, but I could recall the hours that I worked.

**Q.** What were the hours that you worked?

**A.** I worked from 6:45 -- no. Make it 6:37 a.m. to 6:37 p.m., with a two-hour split.

**Q.** And were those generally your hours during your three years at Kirkland?

**A.** Yes.

**Q.** And did you have the same run throughout that period?

**A.** They all were the same, but the run numbers were different.

**Q.** So as each sign-up changed, the run numbers might have changed a little bit?

**A.** But the assignment is still the same.

**Q.** And was it always actually 6:30 [sic] a.m. to 6:37 p.m, or did that fluctuate a little bit, too?

## Page 11

**A.** It didn't fluctuate that much.

**Q.** And what line was that run on?

**A.** It could be the express lines. The 1A Express, the 31B Express. And then in the afternoon, it's the 38 Express and the 31 Express.

**Q.** And you said there was a two-hour split -- I mean there was a two-hour break. You would work the a.m. peak and then work the p.m. peak?

**A.** Correct.

**Q.** And then there was a break of two hours in between?

**A.** Yes.

**Q.** And was that two-hour break in between a paid break?

**A.** It was a non-paid break.

**Q.** And you mentioned that the run started at 6:37 a.m. Was that the report time?

**A.** Yes, that is the time to report.

**Q.** And then the pull-out time would be approximately 15 minutes later?

**A.** Yes.

**Q.** And on this run, you started your day by making a pull-out from Kirkland; is that correct?

**A.** Could you rephrase that?

**Q.** Sure.

**A.** By starting my day?

## Page 12

**Q.** When you reported on this run at 6:37 a.m., you reported at Kirkland division, is that correct, or at a relief point?

**A.** No. I would have to report at the division, yeah.

**Q.** At 6:37?

**A.** At 6:37.

**Q.** And then you would start your operation of the bus by pulling out of the division, correct?

**A.** Yes.

**Q.** And during the first piece of your run -- do you understand that term?

**A.** Yes, I do.

**Q.** Okay. Why don't you describe for me what you understand that term --

**A.** First trip of the run is the first half of a run.

**Q.** Okay.

**A.** Let me explain to you so we can have it clear -- well, I'll tell you what. You're right. It's the first piece of the run. There's two pieces to the run.

**Q.** And for this run, the second piece was the piece that you worked after your two-hour, non-paid break, correct?

**A.** Correct.

**Q.** So on the first piece, you pulled out of Kirkland, and then where did that piece end?

**Page 13**

1  **A.** At Kirkland.

2  **Q.** And then the second piece, do you remember what

3  time the second piece started?

4  **A.** 3:45.

5  **Q.** Do you remember what time the first piece ended?

6  **A.** Nine -- the first piece ended, I believe, at 1:30,

7  something like that.

8  **Q.** And then the second piece, again, you pulled out

9  from Kirkland division?

10  **A.** Yes.

11  **Q.** And then where did that piece of the run end?

12  **A.** Kirkland.

13  **Q.** And, again, this is the description of your run

14  throughout your time at Kirkland?

15  **A.** Yes.

16  **Q.** And where does the 1AX route -- what's the general

17  run for that or the geographical --

18  **A.** 1A Express, it starts at 33rd and Geary.  It goes

19  local to Sixth -- no -- to Eighth and California, and it

20  goes express to Bush and Montgomery, and it goes local

21  from Bush and Montgomery to Davis and Pine.

22  **Q.** And then back again?

23  **A.** A deadhead back to another line, which is the 31B.

24       You want to know that route?

25  **Q.** Yes, I would.

---

**Page 14**

1  **A.** Okay.  It starts at Park Presidio as a local to

2  Presidio and Geary, and it goes express from Presidio and

3  Geary to Bush and Montgomery, and it goes local to Davis

4  and Pine.

5  **Q.** And then once you got to Davis and Pine, where did

6  the run go?

7  **A.** Pulled into the barn.

8  **Q.** Okay.  So you would just make -- you'd make a

9  single trip on the 1AX route --

10  **A.** Yes.

11  **Q.** -- correct?

12       And then you'd deadhead over to Park Presidio to

13  pick up the 31B Express route?

14  **A.** Yes.

15  **Q.** And then you'd do that, and then you'd deadhead

16  back to Kirkland?

17  **A.** Yes.

18  **Q.** And could you give me a similar description of what

19  the afternoon, the second piece of the run, how that

20  worked?

21  **A.** I would pull out from the division after I read the

22  bulletin board -- before I report, I would read the

23  bulletin board.  After I read the bulletin board, I would

24  report to pick up my outfit, then I would go and post-op

25  my bus, and then deadhead to Davis and Pine and make

---

**Page 15**

1  three stops.

2       Davis and Pine, then I would make a stop at -- as a

3  matter of fact -- yeah.  Two stops.  Davis and Pine and

4  then Montgomery and Pine.  That's the 31B, okay?  The 31B

5  go express from Pine and Montgomery, go express all the

6  way to Presidio and Geary, then go local to Presidio and

7  Geary, all the way out to Park Presidio.

8       Then I would deadhead back and be at 31A, go to

9  Davis and Pine, pick up the people as a local at

10  Montgomery and Pine, and go express from Montgomery and

11  Pine all the way to Park Presidio, and go local all the

12  way from Park Presidio to La Playa at the Ocean Beach.

13  **Q.** And from there, you'd deadhead back to Kirkland?

14  **A.** Yes.

15  **Q.** Just generally.  So the first piece of your run,

16  you were picking people up and transporting them

17  downtown, correct?

18  **A.** Yes.

19  **Q.** Then deadhead back out and make another trip

20  downtown before you were done, right?

21  **A.** Yes.

22  **Q.** And you were doing the reverse commute on the

23  second piece of your run?  You were taking people from

24  downtown out into the avenues, or whatever the end point

25  for that run was, deadhead back downtown and do one more

---

**Page 16**

1  trip like that, correct?

2  **A.** Yes.

3  **Q.** And during the time that you were at Kirkland,

4  where you living?

5  **A.** In Vallejo, California.

6  **Q.** And how long have you lived in Vallejo?

7  **A.** 30 years.

8  **Q.** So you were living there when you were working at

9  Woods, right?

10  **A.** Yes.

11  **Q.** And how did you get to work at Kirkland in the

12  morning?

13  **A.** I drove from Vallejo to Kirkland.

14  **Q.** And where would you park?

15  **A.** At the Kirkland yard.

16  **Q.** Was there parking inside the yard available?

17  **A.** Yeah.  You had to pay for it.

18  **Q.** Do you ever take public transportation?

19  **A.** No.

20  **Q.** Were you ever told that you needed to drive your

21  personal vehicle to work as a transit operator?

22  **A.** Yeah.  That's the only way I could get here.

23  **Q.** Who told you that?

24  **A.** The rules.  The rules stated that I got to be here

25  before my time to report.  So, therefore, public transit

**Page 17**

1  does not fit in the schedule for me to get to work, plus
2  they don't have no vehicles out there for public transit
3  to take me to San Francisco from Vallejo at that time of
4  day.
5     Q.  Was there a written policy that you're aware of at
6  Muni that instructed you that you needed to take your
7  personal vehicle to get to work?
8     A.  That's the only way I could get here to be on time.
9     Q.  I understand that, but my question is a little bit
10  different.  Were you aware of a written policy from the
11  City or the MTA instructing you that you needed to take
12  your personal vehicle to get to work?
13     A.  Yeah.  In order to report early -- I have to report
14  early, so I have to take my public...
15     Q.  What was the document in which it said you --
16     A.  It's in the rule.  It's in the rule books stating
17  that I have to report early.  So, therefore, it is -- the
18  only way I can get here is by privately owned vehicle,
19  which is mine.  Okay?
20     Q.  I understand your testimony.  But my question is,
21  is it in writing -- did you receive a rule or a policy
22  statement from the MTA instructing you to drive your
23  personal vehicle to work?
24     A.  Yes.  It's in the rule book.  It says that you must
25  report early to work.  So, therefore, public transit,

17

**Page 18**

1  according to its routing and scheduling, doesn't afford
2  me to ride public transit.  So, therefore, I am forced to
3  drive my own vehicle.
4     Q.  When you say "the rule book" --
5     A.  Look at the rule book.  I think it's
6  4-point-something, 3.1-something.
7     Q.  When you talk about the rule book --
8     A.  Let me see the rule book.  You got a rule book?
9     Q.  Yeah.  This is an exhibit that was previously
10  marked as Exhibit 1.  Is this the rule book that you're
11  referring to?
12     A.  Yes, I am.
13     Q.  Can you point to me in the rule book the policy
14  that says you have to drive your personal vehicle to
15  work?
16     A.  I'll explain it to you --
17     Q.  I don't need you to explain.  I just need you to
18  show me the rule that says you have to drive your
19  personal vehicle to work.
20     A.  Is it three-point-something or
21  four-point-something?  I can't remember.
22     Q.  If it helps, there's an index at the front.
23     A.  That I must report to work early.  I can't
24  remember.  Let me think now.  Where is it?  Where is it?
25  Okay.  Here you go:  "4.1.1.  Operators must report to duty

18

**Page 19**

1  designated location before their scheduled start time.
2  Failure to do so will be considered absent without
3  leave."  So, therefore, I have to be there.  The only way
4  for me to get there is right here.  It explains to you
5  that it's written that I must be here.
6     Q.  So that's the rule that you're referring to when
7  you say you had to drive your personal car?
8     A.  Correct.
9     Q.  Okay.  Any other place it's written that said you
10  had to drive your personal car?
11     A.  Nowhere else but that.
12     Q.  During your time at Kirkland, were you aware of any
13  operators who took public transportation to work?
14     A.  No.
15     Q.  During your time at Kirkland, were you aware of
16  anybody who walked to work?
17     A.  No.
18     Q.  What time would you arrive at Kirkland for your
19  6:37 report?
20     A.  I would arrive at least 45 minutes prior to my
21  scheduled time to report.
22     Q.  So you would arrive sometime around 5:50 or so?
23     A.  Yes.
24     Q.  And what would you do when you arrived at 5:50?
25     A.  What I would do is park my vehicle after I arrived,

19

**Page 20**

1  then I would check the bulletin board, also check the
2  detail board, just so I would know the information that
3  is needed for me to do my work for that day.
4     Q.  Anything else you do in the 45 minutes between
5  arriving at Kirkland and your 6:37 report?
6     A.  After I would do all those things, after reading
7  the bulletin board and the detail, I would pretty much
8  get myself together, get ready to pick up my outfit at
9  the time that I'm required to.
10     Q.  What time would you pick up your outfit?
11     A.  At the time that is allowed for me to pick it up.
12     Q.  And what time was that for your 6:37 report?
13     A.  My report time, at 6:37.
14     Q.  So you weren't allowed to pick up your outfit until
15  6:37?
16     A.  I never would.
17     Q.  So you would be right there at the window, at the
18  receiver's window, at 6:37 to pick it up?
19     A.  Correct.
20     Q.  And during this approximately 45 minutes that you
21  were at Kirkland and before your report time, how much of
22  that time did you spend reading bulletins?
23     A.  About ten minutes.
24     Q.  And how much time would you spend reading the
25  detail board?

20

```
 1    A.   It's all together.
 2    Q.   And you said you'd spend the rest of the time, you
 3    said, getting yourself together.  What did that involve?
 4    A.   Restroom break, getting my -- get myself together,
 5    as far as go to my locker, put my lunch in there or pick
 6    up my work tools, like my gloves, set my watch to the
 7    Muni time.
 8    Q.   Anything else?
 9    A.   That's about it.
10    Q.   Okay.  You said you kept your work tools in your
11    locker?
12    A.   Yeah.  My gloves, my safety vest.
13    Q.   Anything else that you kept in your locker?
14    A.   My clock, my watch.
15    Q.   Any other work tools that you kept in your locker?
16    A.   That's about it.
17    Q.   And the locker was located in the gillie room?
18    A.   Yes.
19    Q.   And how long would it take you to get the items out
20    of your -- the work tools out of your locker?
21    A.   Maybe about five minutes.
22    Q.   Does that include setting your watch?
23    A.   Yes.
24    Q.   Does that include putting on the safety vest?
25    A.   Yeah.
```

```
 1    Q.   Putting on the gloves?
 2    A.   Yeah.  Yes.
 3    Q.   Any other activities, other than what you've
 4    already described, that you performed between the time
 5    you arrived at Kirkland and your report time?
 6    A.   That's it.
 7    Q.   And in the gillie room at Kirkland, how big was
 8    that room?
 9    A.   I would say it's about -- it's a very small room.
10    I would say two sizes of this room.
11    Q.   It's about twice as big as this room?
12    A.   Yes.
13    Q.   And is there sort of kitchen facilities in that
14    room?
15    A.   No.
16    Q.   Is there a coffee maker in the room?
17    A.   No.
18    Q.   Couches?  Tables?
19    A.   Couches, tables, yes.
20    Q.   Some magazines spread around or newspapers?
21    A.   No.  Just the bulletin boards and schedules.
22    Q.   So the bulletin boards were in the gillie room?
23    A.   They all over the gillie room.
24    Q.   How many bulletin boards were there in the gillie
25    room at Kirkland?
```

```
 1    A.   Three, and including the detail board.
 2    Q.   The detail board was an extra bulletin board, or
 3    the detail was on one of those three bulletin boards?
 4    A.   The detail board is on a board itself.
 5    Q.   Like a clipboard?
 6    A.   No.  It's an enclosed glass.  It's four-by-four.
 7    Q.   And so you would go up and look for your particular
 8    detail assignment for the day?
 9    A.   No.  That is to make sure that I am not scheduled
10    for any other, like, City Attorney's office, VTT
11    training, physicals, medical/physical appointments, or
12    any superintendent hearings.
13    Q.   And would that detail board tell you about
14    additional sort of work assignments for that day or for
15    the following day that you were to report?
16    A.   It could be for that day.  In the afternoon, it's
17    for the following day.  And it can change between the
18    evening and the morning.  It can change.
19    Q.   So you could check that detail board in the evening
20    or at some point either at the beginning or end of your
21    second piece, and it would say one thing about something
22    you needed to do the next day, but it could change by the
23    time you came in in the morning?
24    A.   Yes.
25    Q.   And at Kirkland, do you recall that there was any
```

```
 1    organization to the three bulletin boards?  In other
 2    words, was there one bulletin board that had union
 3    material, and another bulletin board with more current or
 4    recent bulletins, or any sort of organization to how the
 5    bulletin boards were used?
 6    A.   Yeah.  The MTA has its own board, which is really
 7    three of them, and the union had one by its union office.
 8    Q.   So the three bulletin boards in the gillie room
 9    were MTA bulletin boards?
10    A.   Yes.
11    Q.   And were they all next to one another or were they
12    in different walls in the gillie room?
13    A.   Different walls in the gillie room.
14    Q.   And on those different bulletin boards, was there
15    some way in which you understood the bulletins were
16    organized?  You know, if I want to find out "X," I go to
17    this bulletin board; if I want to find out "Y," I go to
18    this other bulletin board?
19    A.   You would have to read all three of them, because
20    it could mean one thing for another and something new is
21    on this bulletin board.  It might be new on the other
22    bulletin board.  So you have to read all of them.
23    Q.   I'm not suggesting that you don't have to read all
24    of them.  I'm trying to figure out if there's some way --
25    you know, we put bulletins about EEO matters on this
```

**Page 25**

1　bulletin board, and we put bulletins about operational
2　issues on a different bulletin board.  Was there any kind
3　of organization that you understood --
4　　**A.**  Let me explain it to you.  We have to read them
5　all, because it depends on who's putting up the
6　bulletins.  It might be me one day putting up the
7　bulletin; it might be somebody else putting the bulletin
8　someplace else.  So you have to read them all, every day.
9　And I read them twice a day.
10　　**Q.**  What kind of circumstances would you put something
11　up on the bulletin board?
12　　**A.**  No, I was using that as a figure of speech, because
13　somebody else would put something -- I'm talking about
14　somebody from the dispatcher to the superintendent or
15　secretary would put something up there.  That's what I'm
16　-- I'm just using myself as an example.
17　　**Q.**  So am I correct to assume that you didn't see that
18　there was any particular organizational structure to how
19　the bulletin boards were used?
20　　**A.**  There never was.  It's disorganized and confusing.
21　　**Q.**  How was it confusing?
22　　**A.**  One day you would have something about route change
23　on this wall, and then the next day it would be something
24　else about the same thing, that the route change has
25　changed again.  Then you get out there in the field, it's

**Page 26**

1　completely different what I read in the bulletin board.
2　That's what I mean.  It's all confusing.  You might have
3　the EEOC over here; you might have sexual harassment over
4　here.  Hey, man.  Come on, man.  That's why we had to
5　read them all.  It's very frustrating.
6　　**Q.**  Did you ever express that frustration to the
7　superintendent at Kirkland?
8　　**A.**  Always have, and it falls on deaf ears.  I'm always
9　told, "This is my division.  I run this division.  You
10　just drive the bus."
11　　**Q.**  Do you recall having a conversation with
12　Ms. Antonio about your frustration about the bulletin
13　boards?
14　　**A.**  All the time.
15　　**Q.**  Did you ever put that in writing to her?
16　　**A.**  Why should I?  She ain't do nothing verbally, even
17　if I put it in writing.  She would be backed up as though
18　as I was a radical driver.
19　　**Q.**  So you never put it in writing to her, your
20　frustration about the bulletin board?
21　　**A.**  No.
22　　**Q.**  Did you ever put in writing to Ms. Franks your
23　frustrations about the bulletin boards?
24　　**A.**  I got along with her.
25　　**Q.**  But did you ever put in writing to Ms. Franks --

**Page 27**

1　　**A.**  Didn't need to.
2　　**Q.**  Did you ever complain to her orally about your
3　frustrations --
4　　**A.**  She was in the process of straightening that stuff
5　out.  She was a very nice superintendent, very
6　cooperative, sometimes.
7　　**Q.**  And during Ms. Franks' tenure as superintendent,
8　were the bulletin boards more organized?
9　　**A.**  Somewhat, yes, but I still read them all.
10　　**Q.**  And so you say that would take you about ten
11　minutes each day?
12　　**A.**  Yes.
13　　**Q.**  And you said you read them a second time.  When
14　would you read them a second time?
15　　**A.**  In the evening, because they might have had posted
16　new bulletins.
17　　**Q.**  And how long did it take you when you read them a
18　second time?
19　　**A.**  Be the same thing; ten minutes.
20　　**Q.**  And you say "in the evening."  Was that before the
21　second piece of your run or after your run was over?
22　　**A.**  After my run was over.  And the detail, too.
23　　**Q.**  And would that be an additional amount of time, or
24　it would be included within the ten minutes?
25　　**A.**  It's included in the ten minutes.

**Page 28**

1　　**Q.**  And during your time at Kirkland, did you ever have
2　meetings with the superintendent or another supervisor?
3　　**A.**  Yes.
4　　**Q.**  How frequently?
5　　**A.**  Not that many.
6　　**Q.**  Could you give me an estimate about the number of
7　times you had a meeting with your superintendent during
8　the time that you were at Kirkland?
9　　**A.**  Quite a few.  How many times?  Within --
10　　**Q.**  Within the three years that you were there.
11　　**A.**  I could probably say about ten times.
12　　**Q.**  And what were the kind of circumstances where you
13　would have those meetings with the superintendent at
14　Kirkland?
15　　**A.**  About rules and bulletins.
16　　**Q.**  Any other circumstances during the ten times you
17　met with your superintendent at Kirkland?
18　　**A.**  That's it.
19　　**Q.**  What were the meetings as concern to rules?
20　　**A.**  Violation of rules and the bulletins.
21　　**Q.**  Do you remember any of those rule-violation
22　meetings that you had with your superintendent?
23　　**A.**  It's quite a few of them.
24　　**Q.**  Do you remember what the rules were that were the
25　issue in the meeting?

**A.** One is for smoking on the bus. That's what all of them.

**Q.** All ten of them were about smoking on the bus?

**A.** Yes.

**Q.** And was the infraction that you had been smoking during a pause in the service on your line or...

**A.** Yes. On my deadheads.

**Q.** I see. So other than meetings with your supervisors about smoking on the bus, you don't recall any other meetings during your time at Kirkland with your superintendent?

**A.** It's the only time I talked to them.

**Q.** And do you remember how long those meetings would last?

**A.** With me, they would last about 25 minutes.

**Q.** And where were they held?

**A.** At the division, at the superintendent's office or the manager's office.

**Q.** And were all those meetings with Ms. Antonio?

**A.** You got it.

**Q.** And if I understand correctly, when one of those meetings was -- those meetings were scheduled, correct?

**A.** Yes, they were.

**Q.** And you would learn that they were scheduled from the detail board?

---

**A.** Yes. And a written notification.

**Q.** And you would get the written notification the day before, the week before? How much notice would you get?

**A.** Probably a day before.

**Q.** And when were those meetings held in the course of the workday?

**A.** In my case, it would be during my work hours. Sometimes they would be past my work hours.

**Q.** Okay. When you say they would be in your work hours, would it be during the split?

**A.** During my standby time.

**Q.** And is that different from the split time?

**A.** Yes.

**Q.** When was the standby time on your run?

**A.** From the time I pull in till end of my first half at 1:30.

**Q.** How much standby time did you have on that first piece of your run?

**A.** I couldn't recall. It would be from nine-something to, I believe, 1:30.

**Q.** So I just want to make sure I understand your run correctly. So the first piece of your run, again, your report time was 6:37; you'd pull out of the division approximately 15 minutes later, right?

**A.** Yes.

---

**Q.** You'd do these routes on the 1AX and 31B, right?

**A.** Yes.

**Q.** Deadhead back to Kirkland?

**A.** Yes.

**Q.** And what was the scheduled time for you to get back to Kirkland?

**A.** I would be due back at Kirkland, I think, around 9:30.

**Q.** You pull back into Kirkland at 9:30, and then you'd be on standby until 1:30, correct?

**A.** Yes.

**Q.** And am I correct that occasionally between that time, 9:30 to 1:30, one of the things you might be detailed is if you had to take some schoolkids maybe to come to see the San Francisco Symphony or do something like that?

**A.** Yes. Or go make a relief, relieve somebody who was not there.

**Q.** How often would that happen?

**A.** In the three-year timeframe, it happened to me, I would say, about quite a few times. I can't remember how many, but it was quite a few times.

**Q.** Could you give me an estimate about how many times you would do that, say, on a month basis, month-to-month basis?

---

**A.** I never kept track.

**Q.** Was it more than three times a month?

**A.** Yeah.

**Q.** More than five times a month?

**A.** That, I can't say.

**Q.** Somewhere between three and five times a month?

**A.** Yeah.

**Q.** And then other times you'd pull in, you'd have that time, the standby, to yourself? You'd have to stay at the division, correct?

**A.** Correct.

**Q.** So when you had these ten meetings with Ms. Antonio, they were scheduled sometime between when you pulled in from that first piece of your run and the 1:30 time, which is when your non-paid break started, correct?

**A.** Yes.

**Q.** Was there any standby time related to the second piece of your run?

**A.** No.

**Q.** So on the second piece, you say, I think, you report about 3:45?

**A.** 3:30.

**Q.** You'd pull out at 3:45?

**A.** Yeah.

**Page 33**

1  Q.  So 3:30, you'd go pick up your outfit?

2  A.  Yes.

3  Q.  Pull out at 3:45?

4  A.  Yes.

5  Q.  Do your revenue service, and then the schedule had

6  you pulling back in at 6:37?

7  A.  Correct.

8  Q.  On those approximately ten occasions where you had

9  a meeting with Ms. Antonio about a rule violation, did

10  any of those result in any discipline in the sense of a

11  suspension or anything like that?

12  A.  Yes.

13  Q.  How many times of those ten?

14  A.  Three.

15  Q.  And how long were the suspensions?

16  A.  One-, two-day suspensions.

17  Q.  And the other seven times didn't result in any

18  suspension?

19  A.  No.

20  Q.  Did it result in anything -- a warning or a written

21  reprimand, or anything like that?

22  A.  Warning, caution and reinstruct.

23  Q.  And what does that mean, caution and reinstruct?

24  A.  What it is, is that if you did the violation,

25  you're being told that that is a violation and you're

**Page 34**

1  being cautioned about it.

2  Q.  And directed to the rule you violated?

3  A.  Correct.

4  Q.  And on those occasions, did that involve you

5  showing up to some remedial class about the rules, or was

6  it simply something in writing that you're being

7  cautioned and you need to read the rule and comply with

8  it?

9  A.  It's right there in the superintendent's office,

10  the rules.  And also when you get the written

11  notification, the rules and the bulletin is also on the

12  written notification itself.

13  Q.  So the caution and reinstruct would happen during

14  that 25-minute meeting?

15  A.  Correct.

16  Q.  And you'd walk out, and you were done with that,

17  except for those three occasions where you had a

18  suspension?

19  A.  Yes.

20  Q.  Did you ever challenge any of those three

21  suspensions?

22  A.  No.

23  Q.  On the first piece of your run at Kirkland, you say

24  that the run was scheduled to pull back in at 9:30?

25  A.  Yes.

**Page 35**

1  Q.  Did the run pull back in at that time?

2  A.  No.  I'm always late.

3  Q.  How late were you?  Do you recall?  Is there some

4  general amount of time that the run pulled in late --

5  A.  Yeah.

6  Q.  -- or the piece pulled in late?

7  A.  Ten minutes.

8  Q.  Was it ever anything less than ten minutes late?

9  A.  Ten minutes.

10  Q.  Ever more than ten minutes late pulling back in?

11  A.  Ten minutes.

12  Q.  And when it pulled in ten minutes late, you were

13  still on the clock, correct, for your run?

14  MR. YOUNG:  Objection; vague.  You can answer the

15  question.

16  MR. ROLNICK:  Q.  Do you understand what I'm

17  asking?

18  A.  Yes.  I'm on the clock.

19  Q.  And when you pulled in that first piece of the run,

20  what would you then do once you pulled in that ten

21  minutes late?

22  A.  What I would do is do my post-op of the bus, then I

23  would turn in my defect card and unused transfers to the

24  dispatcher's office.

25  Q.  Any other activities before you'd go into the

**Page 36**

1  standby portion of your run?

2  A.  I would do the post-op, turn in the outfit.

3  Q.  Describe for me what the post-op is.

4  A.  Post-op is that I make sure that the bus doesn't

5  have any lost-and-found or any defects within the bus

6  itself, and then close the windows and park the bus,

7  parking the bus and checking the outside of any possible

8  damages that might occurred when I was at the terminal

9  that I don't know of.

10  Q.  Any other post-op activities?

11  A.  And also report if there are any mechanical defects

12  — tires, possible broken windows, farebox issues.

13  Q.  Any other post-op activities?

14  A.  That's about it.

15  Q.  And at Kirkland, was there somebody in the yard who

16  was directing you about where to park or to talk about

17  defects or mechanical issues?

18  A.  Yeah.

19  Q.  Who was that person?

20  A.  It usually is the mechanic.

21  Q.  And are they right there when you pull the bus in?

22  A.  Sometimes.

23  Q.  And when I say "right there," they're at the gate,

24  or are they there at the place where you park the bus?

25  A.  It could be both.  In other words, they could be at

**Page 37**

1  the gate. It depends if they have the staffing. If not,
2  you have to park the bus and find them.

3  **Q.** And did you have to -- would you give the defect
4  card to them?

5  **A.** Yes.

6  **Q.** And you would give them the defect card whether or
7  not there was a defect or not? That was just who was
8  supposed to receive that piece of paper at the end of
9  that first piece of your run?

10  **A.** Right. That's in the a.m. And the unused
11  transfers are turned in to the dispatcher's office.

12  **Q.** Got it.

13  How long would it take you to do the look for the
14  lost-and-found?

15  **A.** It would be all part of the post-op after I pull
16  in. It be all ten minutes.

17  **Q.** So all of those activities that you described for
18  me as the post-op would take you about ten minutes each
19  day?

20  **A.** Right.

21  **Q.** How often would there be a defect on the bus inside
22  or out that you weren't somewhat aware of before you
23  pulled in?

24  **A.** I can't really give you the amount of time or how
25  many times, no.

**Page 38**

1  **Q.** Was it usually that you'd have some idea that, "Oh,
2  I need to go check the window back there, or I got to
3  check the tire"?

4  **A.** That is a must every day in your post-op.

5  **Q.** Oh, I'm not saying that you wouldn't do it, but I'm
6  saying you're out on the street. You probably had
7  situations in your 34 years where you're out on the
8  street and you know somebody's broken a window --

9  **A.** Yeah.

10  **Q.** -- because they're right behind you and you heard
11  them smash it?

12  **A.** Right. Yeah.

13  **Q.** And there have probably been some other times where
14  you were totally unaware that there was a problem with
15  the seat or some other problem in the bus because it
16  happened at the back, or you were focused on some other
17  aspect of the job, right?

18  **A.** Right.

19  **Q.** Same with things that might have happened on the
20  outside of the vehicle, correct? Oftentimes, it's very
21  apparent to you that "I've got a problem. I got to
22  report a ding in the bumper, or I got to look at the tire
23  because I clipped a corner or something." So a lot of
24  times you knew that there was something you had to look
25  at, right?

**Page 39**

1  **A.** Yeah. That's a must -- you always do that.

2  **Q.** I understand you always do it. The question is,
3  though, how often was it that you knew there was
4  something you needed to go check out?

5  **MR. YOUNG:** Objection; asked and answered.

6  **THE WITNESS:** I really can't say.

7  **MR. ROLNICK: Q.** And the ten minutes for the
8  post-op, that included filling out the defect card?

9  **A.** What it be is that I would look over the defect
10  card, and if there's any changes, which it could be the
11  mechanical or any other defects inside the bus, I would
12  make the changes. Normally, I wouldn't, but I would go
13  through it again to make sure.

14  **Q.** When you say normally, you wouldn't, meaning
15  normally, you didn't have a defect that arose during
16  your --

17  **A.** Right. If I didn't have any defect, I still go
18  through it to make sure --

19  **Q.** Understood.

20  **A.** -- because it's not needed to say.

21  **Q.** Because once you pull that thing in and drop the
22  defect card off at the mechanic, you own it essentially,
23  right? If there's a problem; it's not reported?

24  **A.** No, not necessarily.

25  **Q.** Okay. And I'm just trying to figure out -- I know

**Page 40**

1  this is nitty-gritty detail. But you pull in, you park
2  the vehicle, you pull out the outfit, right?

3  **A.** Yes.

4  **Q.** You pull out the defect card?

5  **A.** Right.

6  **Q.** You sit there and you'd note any mechanical issue
7  that occurred while you were operating the vehicle?

8  **A.** Right.

9  **Q.** Then you'd get up, do an inspection inside,
10  inspection outside, and make any other notations in the
11  defect card?

12  **A.** If there's any need to, yes.

13  **Q.** And then you have to sign them?

14  **A.** Yes.

15  **Q.** And if you had lost-and-found items, you'd pick
16  them up and you'd take those, along with the transfers,
17  unused transfers, up to the dispatcher's office?

18  **A.** Yes.

19  **Q.** And on the first piece of your run when you went up
20  to the dispatcher's office, did you ever have occasion to
21  ask for an overtime card?

22  **A.** No, because I'd be discouraged. I'm always
23  discouraged with that. And I didn't even know that I
24  could get paid for the overtime for which I was pulling
25  in late on my a.m. trip.

**41**

1    **Q.**  You say you were discouraged from putting in

2  overtime cards.  During your time at Kirkland?

3    **A.**  Yes.

4    **Q.**  And during your time at Woods?

5    **A.**  That, too.

6    **Q.**  How were you discouraged from putting in overtime

7  during your time at Kirkland?

8    **A.**  Kirkland?  From the dispatchers, the

9  superintendents.  There would be an investigative for

10  putting in too many overtime cards, and they had a

11  bulletin saying that you are not to put in for overtime

12  unless it's excessive.  Now, I'm confused about what is

13  excessive.

14    **Q.**  You say you saw a bulletin during your time at

15  Kirkland that says you shouldn't put in for overtime

16  unless it's excessive?

17    **A.**  Yes, there's a bulletin.  Now, I'm really confused

18  about that.

19    **Q.**  Okay.  You're confused because you didn't

20  understand what was excessive overtime?

21    **A.**  Right.

22    **Q.**  What the dividing line was between --

23    **A.**  Yeah.  And you always get a hard time from the

24  dispatchers.  They act like that money is their money.

25  They say, "Well, this is not enough time.  I don't think

**42**

1  I should put you in for it."  Then I get scared.  I don't

2  want to make waves.  By the way, when I was a union

3  officer, I thought we had discussed this, this problem,

4  and resolved this problem.

5    **Q.**  When were you a union officer?

6    **A.**  I was a union officer in 2003 to 2006.

7    **Q.**  What was your office?

8    **A.**  I was the secretary-treasurer of the union.

9    **Q.**  And you say you thought this had been dealt with

10  during the time that you were a union officer?

11    **A.**  Right.  I had a meeting with me, myself and I --

12  well, myself and the vice president had a meeting with

13  Michael Burns, Fred Stevens to talk about the issues

14  about paying the operators' unscheduled overtime.

15    **Q.**  Who was the vice president that attended this

16  meeting with you?

17    **A.**  Rafael Cabrera.  And also about paying the

18  operators' travel time and turn-in times, and also to

19  educate them about the overtime cards, how to fill them

20  out and encourage the operators to fill them out when it

21  is necessary after they are late.

22    **Q.**  Do you remember when in your tenure this meeting

23  took place?

24    **A.**  I can't give you the exact date, but it's in that

25  timeframe.

**43**

1    **Q.**  Sometime in that three-year timeframe?

2    **A.**  Yes.

3    **Q.**  Was it a single meeting or is it a number of

4  meetings?

5    **A.**  It was a single meeting, and the result of it is,

6  is that they was going to comply with the process that

7  was spoken about.  I don't know when it changed.  It

8  changed in 2006 with that bulletin.

9    **Q.**  So the bulletin that you're referring to about no

10  overtime, unless it's excessive, came out around 2006?

11    **A.**  Yeah, somewhere around there.

12    **Q.**  Do you remember if --

13    **A.**  No.  2009 or something.  I can't remember.

14  Somewhere around in that area.

15    **Q.**  Do you recall seeing a bulletin like this on more

16  than one occasion?

17    **A.**  That's in every division.

18    **Q.**  Okay.  So you had a meeting with Michael Burns and

19  Fred Stevens?

20    **A.**  Yes.

21    **Q.**  Mr. Stevens, was he in charge of operations?

22    **A.**  Michael Burns was the MTA director.  Fred Stevens

23  was the general manager of Muni.

24    **Q.**  Do you remember anybody else besides those two who

25  was at this meeting from the management side?

**44**

1    **A.**  No.

2    **Q.**  And from the union side, it was just you and

3  Mr. Cabrera?

4    **A.**  Yes.

5    **Q.**  And do you recall if in advance of this meeting you

6  had sent something in writing to the MTA about this

7  issue?

8    **A.**  No, I never did.  We never did.  We had a

9  gentlemen's agreement.  We had good working relationships

10  at that time.

11    **Q.**  And was this discussion during some sort of

12  standing meeting, or did the union ask for this meeting

13  to talk about these subjects?

14    **A.**  It was a standing meeting.

15    **Q.**  And how often did you have a standing meeting with

16  Mr. Burns and Stevens?

17    **A.**  Quite often.  We would meet periodically.

18    **Q.**  Do you remember how long this meeting lasted?

19    **A.**  No, I can't.  I can't recall how long it lasted.

20    **Q.**  Do you recall whether or not this agreement that

21  you talked about about compensation for travel time,

22  turn-in time and overtime was commemorated in some

23  written form?

24    **A.**  No.  It was verbal.  That's how our working

25  relationship was, is that.

**Page 45**

Q. Other than attending this meeting as a union officer, were there any other occasions during your time at Muni since, say, 2006 in which you raised a complaint about not getting paid for travel time?

A. Didn't need to.

Q. So you didn't make a complaint about that issue?

A. No, because they were taking care of it. They said they would fix the problem.

Q. Did they fix the problem?

A. Yeah. At that time, yeah. We had no problems.

Q. At some time, did they stop fixing the problem?

A. When I saw that bulletin, it stopped.

Q. Was there some point in your tenure at Muni, at some point after 2003, in which the MTA was paying operators for travel time?

A. Yeah, they were. Then after that bulletin, it went backwards; they weren't paying them. They weren't paying travel time; they stopped paying turn-in time; they stopped paying -- and also, the other thing, Trapeze program came into play. Rubber-tire operators are only allowed 10 hours in a 12-hour range. If your run has nine hours, 50 minutes, and you are ten minutes late every day, and you're ten minutes post-op, you only going to get paid up to ten hours. The other remaining minutes you don't get paid for.

---

**Page 46**

Q. Do you remember who was the chief executive or the head of Muni at the time that this bulletin that you're referring to came out?

A. Nathaniel Ford. Oh. I believe it was John Haley. John Haley and Nathaniel Ford was the MTA director, then it turned backwards.

Q. So it's your testimony that during Mr. Ford's tenure, the MTA stopped paying for travel time?

A. Turn-in time.

Q. Stopped paying for turn-in time?

A. Unscheduled overtime. But as far as being discouraged, dispatchers had been doing this all along, okay? The dispatchers threaten operators and -- I mean, the operators being ridiculed. As a matter of fact, I'd get into big arguments about that. They still feel that my unscheduled overtime is their money, paying me out of their pockets, and that's a great big issue with the MTA dispatchers. And it's not any one specific. All of them are. They get this attitude problem.

Q. Can you identify for me any dispatcher who discouraged you from putting in overtime?

A. All of them. Every last one of them.

Q. Can you identify any of them at Kirkland who discouraged you from putting in overtime?

A. No, because -- there's so many dispatchers change

---

**Page 47**

in intervals. I tried to be less communication with them because they're very irritating. They discourage you from paying overtime. They look at the transit operator as a third-class citizen. And I don't have the temperament to have any speaking relationship with any one of those dispatchers because the way they treat us, and they act like they're paying us out of our pockets.

Q. Did you ever submit an overtime card and have the dispatcher refuse to accept it?

A. I used to turn them in, but I was discouraged after that bulletin and after being ridiculed by dispatchers: "I can't pay you because this is not enough time." Then also the Trapeze program. They won't pay me if it's over ten hours. If my unscheduled overtime is over the ten-hour timeframe, I'm not going to get paid for it.

Q. When is the last time you recall putting in an overtime card?

A. Like I said, I don't put in overtime card because I'm always discouraged, and I don't have the temperament to sit down and explain to a person who feels that they're paying me out of their pocket. I'm afraid for myself because I don't want to become physical because that is money due to me that they refuse to pay me, and I have an issue with that.

Q. During your tenure at Kirkland, did you ever put in

---

**Page 48**

for overtime?

A. No, like I said. I've been discouraged from putting in overtime. The dispatchers always feel that, "Hey, you know, you putting in too much overtime." Also, and I fear that I would be investigated. I'm always late every day.

Q. Were you ever investigated for putting in for overtime?

A. Not that I know of. But as a union officer, when I used to meet with superintendents on issues or any discipline, they would always talk about "We need to investigate this person for doing overtime." And I believe the individuals putting in excessive overtime. I can't say who or what, but it's always stated by the managers and the superintendents about investigating operators for unscheduled overtime.

Q. After Mr. Ford took over from the previous head of the MTA, you say the practice of paying for turn-in time and overtime -- for unscheduled overtime and travel time stopped, correct?

A. Correct.

Q. Did you raise any complaint about those practices stopping?

A. I didn't because I fear for my job, you know, and I felt that it'll fall on deaf ears, and I felt very

---

Page 49:

1  intimidated. Who can I talk to would understand or would
2  do anything?
3      Q.  Did you discuss your fear or your sense of
4  intimidation with anyone else?
5      A.  I kept it to myself, because as an ex-union
6  officer, I always felt that I would be a big target.
7      Q.  Did you ever go to the union and suggest to them
8  that they needed to go and challenge this?
9      A.  That's the union. I tried to stay away from a lot
10 of that stuff.
11     Q.  But you were a former union officer, correct?
12     A.  Yes.
13     Q.  And you never felt -- after you were a union
14 officer and after this practice had changed, you never
15 went to the current union officers or the shop steward at
16 Kirkland or Woods to complain about this?
17     A.  No, because I know they probably couldn't do
18 nothing anyway. I can't speak for the union, so... I
19 tried to stay as less as conspicuous as possible. Plus,
20 it's discouraging, too.
21     Q.  Did you ever put in for unscheduled overtime during
22 the time that you were at Woods?
23     A.  It's the same thing.
24     Q.  You didn't put in for unscheduled overtime?
25     A.  No. I used to do it until that bulletin, like I

Page 50:

1  said. And when that bulletin came out, I was just
2  totally discouraged, and dispatchers give you the hassle
3  about putting in overtime. I don't even know if I ever
4  got paid for the ones I put in. Sometimes I find them in
5  the garbage can, garbage can, on the floor the next day.
6  So I don't know if I got paid for it.
7          MR. ROLNICK:  How you doing?
8          THE REPORTER:  I'm okay.
9          THE WITNESS:  Just say when you want a break.
10         THE REPORTER:  I'm okay. Thanks.
11         MR. ROLNICK:  Q.  Did you keep any record of
12 unscheduled overtime that you worked during your time at
13 Kirkland?
14     A.  No.
15     Q.  Did you keep any record of your unscheduled
16 overtime during the time you worked at Woods?
17     A.  No.
18     Q.  Did you keep any record of the amount of time that
19 the first piece of your run at Kirkland pulled in late?
20     A.  Never kept any written records, but I'm always ten
21 minutes late every day pulling in in the a.m.; ten
22 minutes late in the p.m. Never kept records.
23     Q.  So the second piece of your run, which was
24 scheduled to pull in at 6:37 p.m., was always ten minutes
25 late?

Page 51:

1      A.  Yes.
2      Q.  Was it ever more than ten minutes late?
3      A.  No.
4      Q.  Was it ever on time?
5      A.  No.
6      Q.  Was it ever less than ten minutes late?
7      A.  No.
8      Q.  And that pull-in at 6:37, you were pulling in as a
9  deadhead, correct?
10     A.  Yes.
11     Q.  And I'm sorry. The last place where you'd been in
12 revenue service was where?
13     A.  It would be at La Playa, Ocean Beach.
14     Q.  When you were at Woods, the three years you were at
15 Woods, do you recall or could you describe for me, like
16 you did with Kirkland, what your run was like?
17     A.  Yes. You want to know?
18     Q.  Yeah.
19     A.  Okay.
20     Q.  Why don't we start with this, because I may not
21 want to know all the details. Was it a one-piece run or
22 a two-piece run?
23     A.  It's a two-piece run.
24     Q.  And what time did it start?
25     A.  It started roughly about the same time. Let's

Page 52:

1  say...
2      Q.  6:30 or so --
3      A.  Yes.
4      Q.  -- was the report time?
5      A.  Yes, the time that I'm to report is 6:30.
6      Q.  And then with a pull-out about 15 minutes later?
7      A.  Yes.
8      Q.  And then you would do an a.m. --
9      A.  Express.
10     Q.  -- peak service?
11         Express service?
12     A.  Right.
13     Q.  Pull back in around 9:30?
14     A.  Yes.
15     Q.  And then did you have a paid standby time?
16     A.  Yes.
17     Q.  And then was there a split on that run, too?
18     A.  A two-hour split.
19     Q.  And then you'd have a p.m. peak service?
20     A.  Yes.
21     Q.  That you'd pull out of Woods, and the run would end
22 with a pull back in at Woods?
23     A.  Yes.
24     Q.  And do you remember how much standby time you had,
25 paid standby time, after that first piece during your --

**Page 53**

1    **A.** It's pretty much the same with what --

2    **Q.** A few hours?

3    **A.** -- I had at Kirkland.

4    **Q.** A few hours?

5    **A.** Yes.

6    **Q.** And let's go back to Kirkland. Your second-piece

7  run?

8    **A.** Yes.

9    **Q.** Pull back in, you say, ten minutes late?

10    **A.** Yes.

11    **Q.** And you would do the same ten minutes of post-op

12  activities?

13    **A.** Yes.

14    **Q.** And then you would leave for the day?

15    **A.** No. I would read the bulletin.

16    **Q.** Then another ten minutes reading the bulletins?

17    **A.** Yes. And the detail.

18    **Q.** And you never put in for unscheduled overtime for

19  any of that time?

20    **A.** Yeah, since I've been discouraged from putting it

21  in, I never put in for any overtime. I just didn't want

22  to get into arguments about filling out overtime cards.

23  As a matter of fact, there's always a continuous thing

24  with them dispatchers. They always want to debate with

25  you about putting in your overtime.

---

**Page 54**

1    **Q.** When you were at Kirkland, did you have any union

2  responsibilities?

3    **A.** No.

4    **Q.** When you were at Woods, did you have any union

5  responsibilities?

6    **A.** No.

7    **Q.** When you were at Kirkland, was there a shop steward

8  for Kirkland?

9    **A.** Yes.

10    **Q.** Who was that? Do you remember?

11    **A.** I think her name was Barbara Brooks.

12    **Q.** Barbara Brooks.

13    **A.** Yeah.

14    **Q.** And was she the shop steward throughout the three

15  years or so that you were at Kirkland?

16    **A.** Yes.

17    **Q.** And she would attend those meetings that we talked

18  about earlier that you had with Ms. Antonio; is that

19  right?

20    **A.** Yes.

21    **Q.** Did you ever talk with Ms. Brooks about being

22  discouraged from putting in overtime?

23    **A.** No. She wouldn't understand, no way.

24    **Q.** Why wouldn't she have understood?

25    **A.** Some union people have their own ideas. I can't

---

**Page 55**

1  answer for them. And also, I didn't want to be part of

2  making waves.

3    **Q.** Other than having these issues with rule violations

4  with Ms. Antonio at Kirkland, were there other occasions

5  during your time at Woods where you were brought up on

6  some sort of disciplinary charge or warning about

7  potential rule violations?

8    **A.** Yes.

9    **Q.** Do you remember what those rule violations

10  concerned?

11    **A.** Accident.

12    **Q.** Any other kinds of circumstances during the time

13  that you were at Woods that you were given a warning

14  about a potential rule violation?

15    **A.** No.

16    **Q.** Did you serve any suspensions during the time you

17  were at Woods?

18    **A.** No.

19    **Q.** Other than the suspensions that Ms. Antonio gave

20  you, did you serve any other suspensions during your time

21  at the MTA?

22    **A.** Yes.

23    **Q.** How many?

24    **A.** Two, other than the one at Kirkland.

25    **Q.** And do you remember how long ago those two other

---

**Page 56**

1  suspensions were?

2    **A.** Yes.

3    **Q.** When were they?

4    **A.** 25 years. 20, 25 years ago.

5    **Q.** And were those in relationship to an accident or

6  some other kind of issue? Do you remember?

7    **A.** Other issues.

8    **Q.** How long were those suspensions?

9    **MR. YOUNG:** Objection; relevance. It's way outside

10  the class period. It would be great if we can move along

11  to more germane points.

12    **MR. ROLNICK: Q.** You can answer the question.

13    **THE WITNESS:** I can answer the question?

14    **MR. YOUNG:** Yeah.

15    **THE WITNESS:** How long?

16    **MR. ROLNICK: Q.** Yeah.

17    **A.** Five and ten days.

18    **Q.** One was for five days; one for ten days?

19    **A.** Yes, but I never did serve them, because they

20  violated the grievance process. So, therefore, they had

21  to pay me for those days of being suspended, which was

22  one week. And the second one, they had to pay me for

23  three days because they violated the grievance process.

24  So I never served any one of them. In actuality, it was

25  like a paid vacation on Muni.

**Page 57**

1          You want to take a break?

2          **THE REPORTER:** I'm okay. Thank you.

3          **MR. ROLNICK: Q.** At Kirkland, how long was it a

4    walk from -- at Kirkland, were the receiver's office and

5    the dispatcher's office in the same location?

6      **A.** Yes.

7      **Q.** And how long of a walk was it from where the buses

8    were parked to the receiver/dispatcher office?

9          **MR. YOUNG:** Objection; calls for speculation.

10         **THE WITNESS:** I would say about five minutes.

11         **MR. ROLNICK: Q.** And at Kirkland, the dispatcher,

12   do they sit behind a desk? What's the physical setup

13   when you come back and turn in the unused transfers and

14   any lost-and-found?

15     **A.** They would have a window at the office there, and

16   majority of the time you would have to go inside and drop

17   it into a box or whatever.

18     **Q.** So you would just need to go to the dispatchers?

19   You wouldn't have to talk to the dispatchers; you would

20   just have to drop these materials off?

21     **A.** Right.

22     **Q.** And you would actually go into their office, or was

23   it --

24     **A.** Yes, you would have to go in the office.

25     **Q.** And at Kirkland, how many dispatchers would work at

**Page 58**

1    any one time?

2      **A.** Quite a few. They're, like, wandering gypsies.

3      **Q.** So when you did your turn of activities after the

4    first piece of your run, you went to the dispatcher's

5    office, and there would be a number of people in the

6    office?

7      **A.** Yes.

8      **Q.** And the same thing when you turn in your materials

9    at the end of the second piece of your run?

10     **A.** Yes. There would be one dispatcher there.

11     **Q.** One dispatcher?

12     **A.** Right.

13     **Q.** And that would be the only person in that office?

14     **A.** No. There would be another operator who collects

15   the defect card and the transfers.

16     **Q.** Okay. And is that the same setup at the end of the

17   first piece of your run?

18     **A.** No. It's a little bit different.

19     **Q.** There would be more people behind the desk?

20     **A.** Correct.

21     **Q.** More than one dispatcher?

22     **A.** Right.

23     **Q.** Would there also be an operator there?

24     **A.** Yes.

25     **Q.** And the overtime cards, would you have to ask for

**Page 59**

1    one?

2      **A.** Sometimes you have to ask for it. Sometimes it's

3    out in the gillie room, in the window of the dispatchers.

4      **Q.** Was the dispatchers -- was it next to the gillie

5    room, or did it overlook the gillie room?

6      **A.** It overlooks the gillie room.

7      **Q.** So when you're in the gillie room at Kirkland, you

8    can look into the dispatcher's office, across that desk

9    and through the window?

10     **A.** Yes.

11     **Q.** And sometimes the overtime slips would be on the

12   gillie room side of that window?

13     **A.** Yes. You had a box, and usually the box is empty.

14   I don't know why.

15     **Q.** During your time at Kirkland, did you have

16   discussions with any of the other transit operators

17   regarding frustrations or being discouraged about putting

18   in for unscheduled overtime?

19     **A.** No. I mostly kept to myself.

20     **Q.** Did you ever overhear while you were in the gillie

21   room a dispatcher having a conversation with a transit

22   operator about unscheduled overtime?

23     **A.** All the time.

24     **Q.** What do you recall hearing?

25     **A.** "I'm not going to pay you because it's not enough

**Page 60**

1    time."

2      **Q.** Did you ever hear any discussion about what the

3    line was between enough time and not enough time?

4      **A.** Two and three minutes. They're saying, "I'm not

5    going to pay you for two to three minutes. It got to be

6    more than that."

7      **Q.** Did you ever overhear a conversation about what was

8    enough minutes? If two and three minutes wasn't enough,

9    what was enough?

10     **A.** Should be ten minutes or more.

11     **Q.** During the time that you were a union officer, did

12   you participate in any collective bargaining over a

13   contract?

14     **A.** Yes.

15     **Q.** How many occasions? Or should I say, how many

16   contracts? I assume there were a number of meetings

17   where you would --

18     **A.** Three.

19     **Q.** During any of those negotiations, was there any

20   union proposal about compensation for travel time?

21         **MR. YOUNG:** Hold on. I'm going to object to this

22   question to the extent that it calls for any breach of

23   attorney-client privilege. I'm going to instruct the

24   witness not to answer that.

25         **MR. ROLNICK: Q.** I'm not asking you what your

**Page 61**

1  attorney told you.  I'm asking you whether there was any

2  union proposal about compensation for travel time.

3    **A.**  I can't recall.

4    **Q.**  Do you recall whether there was any union proposal

5  about compensation for turn-in time?

6    **A.**  I can't recall.

7    **Q.**  When you say you can't recall, does that mean there

8  might have been, but you don't remember it, or there was

9  not?

10    **A.**  Like I said, I can't say if it was or wasn't.  I

11  can't say.

12    **Q.**  During this period of time that you were a union

13  officer and there was collective bargaining, do you

14  recall whether there was any union proposal about

15  compensation for unscheduled overtime?

16    **A.**  No, I can't recall.

17    **Q.**  During the time you were a union officer and there

18  was collective bargaining, do you recall whether there

19  was any union proposal about compensations related to

20  reading bulletins?

21    **A.**  I can't recall that, either.

22    **Q.**  During collective bargaining, when you were a union

23  officer, do you remember any of those subjects coming up

24  in discussions about collective bargaining?

25    **A.**  No.

61

---

**Page 62**

1  Did you hear me?

2    **THE REPORTER:**  I did.  Thank you.

3    **MR. ROLNICK:**  I think those are all my questions,

4  Mr. Dudley.  Thank you.

5    (The deposition concluded at 11:01 a.m.)

6

7

8      **JOHN DUDLEY** _____

9    Date:_____

10

62

---

**Page 63**

1        **DEPOSITION OFFICER'S CERTIFICATE**

2

3  STATE OF CALIFORNIA     )

                   ) ss.

4  COUNTY OF SAN FRANCISCO )

5

6      I, TINA MARIE VELASQUEZ, CSR, hereby certify:

7      I am a duly qualified Certified Shorthand

  Reporter in the State of California, holder of

8  Certificate Number 10072 issued by the Court Reporters

  Board of California and which is in full force and effect

9  (Fed. R. Civ. P. 28(a)).

10     I am authorized to administer oaths or

  affirmations pursuant to California Code of Civil

11  Procedure, Section 2093(b); and prior to being examined,

  the deponent was first duly sworn by me.  (Fed. R. Civ.

12  P. 28(a), 30(f)(1)).

13     I am not a relative or employee or attorney or

  counsel of any of the parties, nor am I a relative or

14  employee of such attorney or counsel, nor am I

  financially interested in this action.  (Fed. R. Civ. P.

15  28).

16     I am the deposition officer that stenographically

  recorded the testimony in the foregoing deposition and

17  the foregoing transcript is a true record of the

  testimony given by the deponent.  (Fed. R. Civ. P.

18  30(f)(1)).

19     Before completion of the deposition, review of

  the transcript [ X ] was [ ] was not requested.  If

20  requested, any changes made by the deponent (and provided

  to the reporter) during the period allowed, are appended

21  hereto.  (Fed. R. Civ. P. 30(e)).

22    Dated:  January 18, 2016

23

24        _____

         TINA MARIE VELASQUEZ, CSR

25        State of California

         CSR License No. 10072

63

---

**Page 64**

1              **ERRATA SHEET**

2

3  PAGE  LINE  CHANGE

4  ____  ____  _____

5  ____  ____  _____

6  ____  ____  _____

7  ____  ____  _____

8  ____  ____  _____

9  ____  ____  _____

10  ____  ____  _____

11  ____  ____  _____

12  ____  ____  _____

13  ____  ____  _____

14  ____  ____  _____

15  ____  ____  _____

16  ____  ____  _____

17  ____  ____  _____

18  ____  ____  _____

19  ____  ____  _____

20    I, JOHN DUDLEY, have made the above changes to

21  my deposition taken in the matter of *Stitt, et al. v. The*

22  *San Francisco Municipal Transportation Agency, et al.,*

23  taken on December 30, 2015:

24

25  DATE:_____  _____

                         JOHN DUDLEY

64

BONNIE L. WAGNER COURT REPORTING SERVICES
Certified Shorthand Reporters
1819 Polk Street, #446
San Francisco, California 94109
(415) 982-4849

January 19, 2016

John Dudley
c/o Joel B. Young, Attorney at Law
THE TIDRICK LAW FIRM
2039 Shattuck Avenue, Suite 308
Berkeley, California 94704

Re: *Stitt, et al. v. The San Francisco Municipal*
    *Transportation Agency, et al.*
    Deposition taken December 30, 2015

Dear Mr. Dudley:

The original transcript of your deposition in the
above-entitled action is now available for your signature
at this office for 30 days from the above date.  Please
contact our office if you plan to review the deposition
transcript so we may arrange a mutually convenient
appointment.

You may instead read your attorney's copy if it is more
convenient for you.  After reading the transcript, sign
your name on the last page of testimony on the signature
line to indicate approval of the transcript and forward
that page to our office.  However, if you wish to change
the form or substance of your answer to any question,
please send the attached Errata Sheet to us, indicating
any changes and the reasons for those changes by way of
page and line number.

Your rights regarding signature of this deposition are
contained in the Federal Rules of Civil Procedure.  Your
cooperation is appreciated.  Thank you.

Very truly yours,


TINA MARIE VELASQUEZ, CSR No. 10072

cc:  Original
     Jonathan Rolnick, Esq.

65

MR. ROLNICK: [2]  50/6 62/2
MR. YOUNG: [6]  35/13 39/4 56/8
 56/13 57/8 60/20
THE REPORTER: [5]  8/8 50/7 50/9
 57/1 62/1
THE WITNESS: [6]  8/7 39/5 50/8
 56/12 56/14 57/9

**1**

1-20 [1]  1/10
10 [1]  45/21
10072 [4]  1/21 63/8 63/25 65/24
11:01 [1]  62/5
12-hour [1]  45/21
1390 [2]  3/4 3/22
15 [3]  11/19 30/24 52/6
18 [1]  63/22
1819 [2]  1/24 65/2
19 [1]  65/4
1978 [1]  6/5
1:30 [6]  13/6 30/16 30/20 31/10 31/13
 32/15
1A [2]  11/3 13/18
1AX [2]  14/9 31/1
1AX route [1]  13/16

**2**

20 [2]  1/10 56/4
2003 [2]  42/6 45/14
2006 [4]  42/6 43/8 43/10 45/3
2009 [1]  43/13
2013 [1]  5/22
2015 [5]  1/16 2/4 3/2 64/23 65/9
2016 [2]  63/22 65/4
2039 [2]  3/16 65/7
2093 [1]  63/11
25 [4]  4/16 29/15 56/4 56/4
25-minute [1]  34/14
28 [3]  63/9 63/12 63/15

**3**

3.1-something [1]  18/6
30 [10]  1/16 2/4 3/2 16/7 63/12 63/18
 63/21 64/23 65/9 65/12
308 [2]  3/16 65/7
31 [1]  11/5
31A [1]  15/8
31B [6]  11/4 13/23 14/13 15/4 15/4
 31/1
33rd [1]  13/18
34 [3]  6/3 6/7 38/7
38 [1]  11/4
3:30 [2]  32/23 33/1
3:45 [4]  13/4 32/22 32/24 33/3

**4**

4-point-something [1]  18/6
4.1.1 [1]  18/25
415 [2]  1/25 65/3
446 [2]  1/24 65/2
45 [3]  19/20 20/4 20/20
4849 [2]  1/25 65/3

**5**

50 [1]  45/22
5:50 [2]  19/22 19/24
5th [1]  3/22

**6**

6:30 [3]  10/24 52/2 52/5
6:37 [12]  11/15 12/5 12/6 19/19 20/5
 20/12 20/13 20/15 20/18 30/23 33/6
 51/8
6:37 a.m [2]  10/12 12/1
6:37 p.m [3]  10/13 10/25 50/24
6:45 [1]  10/12

**7**

7th [1]  3/4

**9**

94102 [1]  3/23
94109 [2]  1/24 65/2
94704 [2]  3/17 65/7
982-4849 [1]  1/25 65/3
9:30 [6]  3/3 31/8 31/9 31/13 34/24
 52/13

**A**

a.m [11]  3/3 10/12 10/24 11/7 11/15
 12/1 37/10 40/25 50/21 52/8 62/5
above [3]  64/20 65/12 65/12
above-entitled [1]  65/12
absent [1]  19/2
accept [1]  47/9
accident [2]  55/11 56/5
according [1]  18/1
across [1]  59/8
act [2]  41/24 47/7
action [2]  43/14 65/12
activities [7]  22/3 35/25 36/10 36/13
 37/17 53/12 58/3
actuality [1]  56/24
additional [2]  23/14 27/23
administer [1]  63/10
advance [1]  44/5
affirmations [1]  63/10
afford [1]  18/1
afraid [1]  47/21
after [20]  12/21 14/21 14/23 19/25 20/6
 20/6 27/21 27/22 37/15 42/21 45/14
 45/16 47/10 47/11 48/17 49/13 49/14
 52/25 58/3 65/15
afternoon [3]  11/4 14/19 23/16
AGENCY [3]  1/9 64/22 65/9
ago [3]  4/16 55/25 56/4
agreement [2]  44/9 44/20
ain't [1]  26/16
al [2]  64/21 64/22 65/8 65/9
allow [2]  5/5 5/7
allowed [4]  20/11 20/14 45/21 63/20
along [4]  26/24 40/16 46/18 53/23
always [19]  6/8 10/24 26/8 26/8 35/2
 39/1 39/2 40/22 41/23 47/19 48/3 48/5
 48/11 48/14 49/6 50/20 50/24 53/23
 53/24
am [12]  5/17 18/2 18/12 23/9 25/17
 31/12 63/7 63/10 63/13 63/13 63/14
 63/16
amount [4]  27/23 35/4 37/24 50/18
another [9]  5/8 13/23 15/19 24/3 24/11
 24/20 28/2 53/16 58/14
answered [1]  39/5
answers [1]  5/7
Antonio [10]  8/1 8/6 8/11 26/12 29/19
 32/13 33/9 54/18 55/4 55/19
anybody [2]  19/16 43/24

anyone [1]  49/4
anyway [1]  49/18
Anywhere [1]  7/3
apparent [1]  38/21
appeared [1]  3/7
appended [1]  63/20
appointment [1]  65/14
appointments [1]  23/11
appreciated [1]  65/21
approval [1]  65/16
approximately [7]  6/5 7/24 10/2 11/18
 20/20 30/24 33/8
area [1]  43/14
arguments [2]  46/15 53/22
arose [1]  39/15
around [7]  19/22 22/20 31/7 43/10
 43/11 43/14 52/13
arrange [1]  65/13
arrive [3]  19/18 19/20 19/22
arrived [3]  19/24 19/25 22/5
arriving [1]  20/5
as [35]  3/9 3/10 4/2 4/22 5/24 7/19
 10/21 14/1 15/2 15/9 16/21 18/10 21/5
 21/5 22/11 22/11 25/12 25/16 26/17
 26/18 27/7 28/19 37/18 45/1 46/11
 46/11 46/14 47/4 48/9 49/5 49/19 49/19
 49/19 51/8 53/23
aspect [1]  38/17
assignment [3]  6/12 10/23 23/8
assignments [1]  23/14
assistant [3]  9/10 9/14 9/16
ASSOCIATES [1]  1/23
assume [3]  5/13 25/17 60/16
attached [1]  65/18
attend [1]  54/17
attended [1]  42/15
attending [1]  45/1
attitude [1]  46/19
attorney [9]  3/4 3/15 3/19 3/21 60/23
 61/1 63/13 63/14 65/6
attorney's [2]  23/10 65/15
attorney-client [1]  60/23
audibly [1]  5/3
authorized [1]  63/10
available [2]  16/16 65/12
Avenue [2]  3/16 65/7
avenues [1]  15/24
aware [5]  17/5 17/10 19/12 19/15 37/22
away [1]  49/9
Ayn [1]  8/1

**B**

backed [1]  26/17
backwards [2]  45/17 46/6
Barbara [2]  54/11 54/12
bargaining [5]  60/12 61/13 61/18 61/22
 61/24
barn [1]  14/7
basis [2]  31/24 31/25
be [51]  3/1 11/3 11/18 15/8 16/24 17/8
 19/2 19/3 19/5 20/17 23/16 24/21 25/6
 25/7 25/23 26/17 27/19 27/23 27/24
 30/7 30/8 30/9 30/10 30/19 31/7 31/10
 31/13 36/25 36/25 37/15 37/16 37/21
 39/9 39/10 40/22 41/9 47/1 48/5 49/6
 51/13 55/1 56/10 58/5 58/10 58/13
 58/14 58/19 58/23 59/11 60/5 60/10
Beach [2]  15/12 51/13
become [2]  9/19 47/22

**B**

before [19]  3/5 4/11 5/6 5/7 5/23 6/21
8/18 14/22 15/20 16/25 19/1 20/21
27/20 30/3 30/3 30/4 35/25 37/22 63/19
beginning [1]  23/20
behalf [1]  1/4
behind [3]  38/10 57/12 58/19
believe [4]  13/6 30/20 46/4 48/13
Berkeley [2]  3/17 65/7
besides [1]  43/24
best [1]  5/7
big [5]  22/7 22/11 46/15 46/17 49/6
bit [4]  10/22 10/25 17/9 58/18
board [28]  14/22 14/23 14/23 20/1 20/2
20/7 20/25 23/1 23/2 23/2 23/4 23/4
23/13 23/19 24/2 24/3 24/6 24/17 24/18
24/21 24/22 25/1 25/2 25/11 26/1 26/20
29/25 63/8
boards [13]  22/21 22/22 22/24 23/3
24/1 24/5 24/8 24/9 24/14 25/19 26/13
26/23 27/8
BONNIE [2]  1/23 65/1
book [8]  17/24 18/4 18/5 18/7 18/8 18/8
18/10 18/13
books [1]  17/16
both [1]  36/25
box [3]  57/17 59/13 59/13
breach [1]  60/22
break [10]  11/7 11/10 11/12 11/13
11/14 12/21 21/4 32/15 50/9 57/1
broken [2]  36/12 38/8
Brooks [3]  54/11 54/12 54/21
brought [1]  55/5
bulletin [46]  14/22 14/23 14/23 20/1
20/7 22/21 22/22 22/24 23/2 23/3 24/1
24/2 24/3 24/5 24/8 24/9 24/14 24/17
24/18 24/21 24/22 25/1 25/2 25/7 25/7
25/11 25/19 26/1 26/12 26/20 26/23
27/8 34/11 41/11 41/14 41/17 43/8 43/9
43/15 45/12 45/16 46/2 47/11 49/25
50/1 53/15
bulletins [11]  20/22 24/4 24/15 24/25
25/1 25/6 27/16 28/15 28/20 53/16
61/20
bumper [1]  38/22
Burns [4]  42/13 43/18 43/22 44/16
bus [18]  7/6 12/7 14/25 26/10 29/1 29/3
29/9 35/22 36/4 36/5 36/6 36/7 36/21
36/24 37/2 37/21 38/15 39/11
buses [3]  6/20 7/9 57/7
Bush [3]  13/20 13/21 14/3

**C**

C-12-03704-YGR [1]  1/7
c/o [1]  65/6
cable [1]  7/15
Cabrera [2]  42/17 44/3
CALIFORNIA [15]  1/2 1/24 3/5 3/7 3/17
3/23 13/19 16/5 63/3 63/7 63/8 63/10
63/25 65/2 65/7
called [1]  3/9
calls [2]  57/9 60/22
came [5]  23/23 43/10 45/20 46/3 50/1
car [3]  7/15 19/7 19/10
card [13]  35/23 37/4 37/6 39/8 39/10
39/22 40/4 40/11 40/21 47/8 47/17
47/18 58/15
cards [5]  41/2 41/10 42/19 53/22 58/25
care [1]  45/7

case [1]  30/7
caution [3]  33/22 33/23 34/13
cautioned [2]  34/1 34/7
cc [1]  65/25
CERTIFICATE [2]  63/1 63/8
Certified [3]  3/6 63/7 65/1
certify [1]  63/6
challenge [2]  34/20 49/8
change [8]  23/17 23/18 23/22 25/22
25/24 46/25 64/3 65/17
changed [6]  10/21 10/22 25/25 43/7
43/8 49/14
changes [6]  39/10 39/12 63/20 64/20
65/18 65/18
charge [2]  43/21 55/6
check [6]  20/1 20/1 23/19 38/2 38/3
39/4
checking [1]  36/7
chief [1]  46/1
circumstances [4]  25/10 28/12 28/16
55/12
citizen [1]  47/4
CITY [11]  1/9 3/4 3/19 3/20 5/18 6/4
6/7 6/10 7/1 17/11 23/10
Civ [5]  63/9 63/11 63/14 63/17 63/21
Civil [2]  63/10 65/20
class [3]  34/5 47/4 56/10
clear [1]  12/17
clipboard [1]  23/5
clipped [1]  38/23
clock [2]  21/14 35/13 35/18
close [1]  36/6
Code [1]  63/10
coffee [1]  22/16
collective [5]  60/12 61/13 61/18 61/22
61/24
collects [1]  58/14
come [3]  26/4 31/15 57/13
coming [1]  61/23
commemorated [1]  44/22
commencing [1]  3/3
communication [1]  47/1
commute [1]  15/22
compensation [5]  44/21 60/20 61/2
61/5 61/15
compensations [1]  61/19
complain [2]  27/2 49/16
complaint [3]  45/3 45/6 48/22
completely [1]  26/1
completion [1]  63/19
comply [2]  34/7 43/6
concern [1]  28/19
concerned [1]  55/10
concluded [1]  62/5
confused [3]  41/12 41/17 41/19
confusing [3]  25/20 25/21 26/2
considered [1]  19/2
conspicuous [1]  49/19
contact [1]  65/13
contained [1]  65/20
continuous [1]  53/23
contract [1]  60/13
contracts [1]  60/16
convenient [2]  65/13 65/15
conversation [3]  26/11 59/21 60/7
cooperation [1]  65/21
cooperative [1]  27/6
copy [1]  65/15
corner [1]  38/23

correctly [2]  29/21 30/22
Couches [2]  22/18 22/19
counsel [2]  63/13 63/14
COUNTY [4]  1/9 3/20 5/18 63/4
course [1]  30/5
COURT [4]  1/1 1/23 63/8 65/1
CSR [5]  1/21 63/6 63/24 63/25 65/24
current [2]  24/3 49/15
currently [1]  5/16

**D**

D-u-d-l-e-y [1]  4/9
damages [1]  36/8
DARRYL [1]  1/4
date [4]  42/24 62/9 64/25 65/12
Dated [1]  63/22
Davis [7]  13/21 14/3 14/5 14/25 15/2
15/3 15/9
day [26]  11/21 11/25 17/4 20/3 23/8
23/14 23/15 23/16 23/17 23/22 25/6
25/8 25/9 25/22 25/23 27/11 30/2 30/4
33/16 37/19 38/4 45/23 48/6 50/5 50/21
53/14
days [6]  56/17 56/18 56/18 56/21 56/23
65/12
deadhead [10]  13/23 14/12 14/15 14/25
15/8 15/13 15/19 15/25 31/3 51/9
deadheads [1]  29/7
deaf [2]  26/8 48/25
dealt [1]  42/9
Dear [1]  65/10
debate [1]  53/24
Deborah [2]  8/1 8/5
December [5]  1/16 2/4 3/2 64/23 65/9
defect [13]  35/23 37/3 37/6 37/7 37/21
39/8 39/9 39/15 39/17 39/22 40/4 40/11
58/15
defects [4]  36/5 36/11 36/17 39/11
Defendants [3]  1/11 3/9 3/18
depends [2]  25/5 37/1
deponent [3]  63/11 63/17 63/20
deposition [14]  1/14 2/3 3/2 4/10 62/5
63/1 63/16 63/16 63/19 64/21 65/9
65/11 65/13 65/20
describe [3]  12/13 36/3 51/15
described [2]  22/4 37/17
description [2]  13/13 14/18
designated [1]  19/1
desk [3]  57/12 58/19 59/8
detail [14]  20/2 20/7 20/25 23/1 23/2
23/3 23/4 23/8 23/13 23/19 27/22 29/25
40/1 53/17
detailed [1]  31/14
details [1]  51/21
diesel [2]  6/20 7/9
diesels [1]  7/12
different [9]  10/20 17/10 24/12 24/13
24/14 25/2 26/1 30/12 58/18
ding [1]  38/22
directed [1]  34/2
directing [1]  36/16
director [2]  43/22 46/5
disciplinary [1]  55/6
discipline [2]  33/10 48/11
discourage [1]  47/2
discouraged [14]  40/22 40/23 41/1 41/6
46/12 46/21 46/24 47/10 47/19 48/2
50/2 53/20 54/22 59/17
discouraging [1]  49/20

## D

discuss [1] 49/3
discussed [1] 42/3
discussion [2] 44/11 60/2
discussions [2] 59/16 61/24
disorganized [1] 25/20
dispatcher [9] 25/14 46/20 47/9 57/8 57/11 58/10 58/11 58/21 59/21
dispatcher's [7] 35/24 37/11 40/17 40/20 57/5 58/4 59/8
dispatchers [16] 41/8 41/24 46/12 46/13 46/18 46/25 47/6 47/11 48/3 50/2 53/24 57/18 57/19 57/25 59/3 59/4
DISTRICT [2] 1/1 1/2
dividing [1] 41/22
division [20] 5/24 6/12 6/15 6/22 7/2 7/6 7/10 7/10 7/20 12/2 12/4 12/8 13/9 14/21 26/9 26/9 29/17 30/23 32/10 43/17
divisions [3] 6/25 7/4 7/6
document [1] 17/15
does [7] 1/10 13/16 17/1 21/22 21/24 33/23 61/7
doesn't [2] 18/1 36/4
done [2] 15/20 34/16
down [1] 47/20
downtown [4] 15/17 15/20 15/24 15/25
drive [8] 16/20 17/22 18/3 18/14 18/18 19/7 19/10 26/10
driver [2] 4/22 26/18
drop [3] 39/21 57/16 57/20
drove [1] 16/13
DUDLEY [13] 1/15 2/3 3/8 4/1 4/5 4/8 4/10 62/4 62/7 64/20 64/25 65/5 65/10
due [2] 31/7 47/23
duly [4] 3/9 4/2 63/7 63/11
during [48] 6/7 6/25 7/24 9/8 9/16 9/20 10/7 10/14 12/10 16/3 19/12 19/15 20/20 27/7 28/1 28/7 28/16 29/6 29/10 30/7 30/10 30/11 34/13 39/15 41/2 41/4 41/7 41/14 42/10 44/11 45/2 46/7 47/25 49/21 50/12 50/16 52/5 55/5 55/12 55/16 55/20 59/15 60/11 60/19 61/12 61/17 61/22 63/20
duty [1] 18/25

## E

each [4] 7/6 10/21 27/11 37/18
earlier [1] 54/18
early [5] 17/13 17/14 17/17 17/25 18/23
ears [2] 26/8 48/25
educate [1] 42/19
EEO [1] 24/25
EEOC [1] 26/3
effect [1] 63/8
Eighth [1] 13/19
either [2] 23/20 61/21
electric [1] 7/11
else [11] 7/3 19/11 20/4 21/8 21/13 25/7 25/8 25/13 25/24 43/24 49/4
employed [1] 5/16
employee [2] 63/13 63/14
empty [1] 59/13
enclosed [1] 23/6
encourage [1] 42/20
end [10] 9/4 12/25 13/11 15/24 23/20 30/15 37/8 52/21 58/9 58/16
ended [2] 13/5 13/6
enough [9] 5/15 41/25 47/12 59/25 60/3

60/3 60/8 60/8 60/9
entitled [1] 65/12
ERRATA [2] 64/1 65/18
Esq [1] 65/25
essentially [1] 39/22
estimate [2] 28/6 31/23
et [4] 64/21 64/22 65/8 65/9
even [3] 26/16 40/23 50/3
evening [4] 23/18 23/19 27/15 27/20
every [7] 25/8 38/4 43/17 45/23 46/22 48/6 50/21
ex [1] 49/5
ex-union [1] 49/5
exact [1] 42/24
EXAMINATION [2] 2/6 4/3
examined [2] 3/10 63/11
example [1] 25/16
except [1] 34/17
excessive [6] 41/12 41/13 41/16 41/20 43/10 48/13
executive [1] 46/1
exhibit [2] 18/9 18/10
explain [5] 12/17 18/16 18/17 25/4 47/20
explains [1] 19/4
express [15] 11/3 11/3 11/4 11/5 11/5 13/18 13/20 14/2 14/13 15/5 15/5 15/10 26/6 52/9 52/11
extent [1] 60/22
extra [1] 23/2

## F

facilities [1] 22/13
fact [3] 15/3 46/14 53/23
Failure [1] 19/2
Fair [1] 5/15
fall [1] 48/25
falls [1] 26/8
far [2] 21/5 46/11
farebox [1] 36/12
fear [3] 48/5 48/24 49/3
Fed [5] 63/9 63/11 63/14 63/17 63/21
Federal [1] 65/20
feel [2] 46/15 48/3
feels [1] 47/20
felt [4] 48/25 48/25 49/6 49/13
few [7] 28/9 28/23 31/21 31/22 53/2 53/4 58/2
field [1] 25/25
figure [3] 24/24 25/12 39/25
fill [2] 42/19 42/20
filling [1] 39/8 53/22
final [1] 7/18
financially [1] 63/14
find [4] 24/16 24/17 37/2 50/4
finish [2] 5/5 5/7
FIRM [2] 3/14 65/6
first [23] 4/6 4/8 12/10 12/15 12/15 12/18 12/24 13/5 13/6 15/15 30/15 30/17 30/22 32/14 34/23 35/19 37/9 40/19 50/19 52/25 58/4 58/17 63/11
fit [1] 17/1
five [6] 21/21 32/4 32/6 56/17 56/18 57/10
fix [2] 45/8 45/9
fixing [1] 45/11
floated [1] 7/4
floor [3] 3/5 3/22 50/5
fluctuate [2] 10/25 11/1

focus [1] 10/6
focused [1] 38/16
followed [1] 10/1
following [2] 23/15 23/17
follows [1] 4/2
force [1] 63/8
forced [1] 18/2
Ford [5] 46/4 46/5 48/17
Ford's [1] 46/7
foregoing [2] 63/16 63/17
form [2] 44/23 65/17
format [1] 4/25
former [1] 49/11
Forrester [5] 9/3 9/4 9/13 9/19 10/1
forth [1] 3/11
forward [1] 65/16
found [4] 36/5 37/14 40/15 57/14
four [3] 18/21 23/6 23/6
four-by-four [1] 23/6
four-point-something [1] 18/21
FRANCISCO [13] 1/8 1/9 1/24 3/5 3/20 3/23 5/19 17/3 31/15 63/4 64/22 65/2 65/8
Franks [5] 8/2 8/5 8/14 26/22 26/25
Franks' [1] 27/7
Fred [3] 42/13 43/19 43/22
frequently [1] 28/4
front [1] 18/22
frustrating [1] 26/5
frustration [3] 26/6 26/12 26/20
frustrations [3] 26/23 27/3 59/17
full [1] 63/8

## G

garbage [2] 50/5 50/5
Garnes [6] 9/3 9/11 9/13 9/18 9/18 9/24
gate [2] 36/23 37/1
gave [1] 55/19
Geary [3] 13/18 14/2 14/3 15/6 15/7
general [3] 13/16 35/4 43/23
generally [2] 10/14 15/15
gentlemen's [1] 44/9
geographical [1] 13/17
germane [1] 56/11
getting [4] 10/4 21/3 21/4 45/4
gillie [15] 21/17 22/7 22/22 22/23 22/24 24/8 24/12 24/13 59/3 59/4 59/5 59/6 59/7 59/12 59/20
give [8] 14/18 28/6 31/23 37/3 37/6 37/24 42/24 50/2
given [2] 55/13 63/17
glass [1] 23/6
gloves [1] 21/6 21/12 22/1
goes [5] 13/18 13/20 13/20 14/2 14/3
good [1] 44/9
GRANBERRY [1] 1/4
great [2] 46/17 56/10
grievance [2] 56/20 56/23
GRIFFIN [1] 1/4
gritty [1] 40/1
ground [1] 4/24
gypsies [1] 58/2

## H

Haley [2] 46/4 46/5
half [2] 12/15 30/15
happen [2] 31/19 34/13
happened [3] 31/20 38/16 38/19
harassment [1] 26/3

## H

hard [1] 41/23
hassle [1] 50/2
have [64] 4/10 4/12 6/2 8/14 10/17
  10/22 12/4 12/17 16/6 17/2 17/13 17/14
  17/17 18/14 18/18 19/3 24/19 24/22
  24/23 25/4 25/8 25/22 26/2 26/3 26/8
  27/15 28/1 28/13 30/17 32/8 32/9 36/5
  37/1 37/2 37/3 38/1 38/13 38/19 39/15
  39/17 40/13 40/20 44/15 47/4 47/5 47/8
  47/19 47/24 52/15 52/19 54/1 54/4
  54/24 54/25 57/15 57/16 57/19 57/20
  57/24 58/25 59/2 59/15 61/8 64/20
having [4] 4/2 26/11 55/3 59/21
head [2] 46/2 48/17
hear [3] 8/8 60/2 62/1
heard [1] 38/10
hearing [1] 59/24
hearings [1] 23/12
HEDY [1] 1/4
held [3] 6/10 29/16 30/5
helps [1] 18/22
hereby [1] 63/6
hereinafter [1] 3/11
hereto [1] 63/21
Hey [2] 26/4 48/4
history [1] 10/4
Hold [1] 60/21
holder [1] 63/7
home [1] 7/19
hour [9] 3/3 10/13 11/6 11/7 11/12
  12/21 45/21 47/15 52/18
hours [13] 10/10 10/11 10/14 11/10
  30/7 30/8 30/10 45/21 45/22 45/24
  47/14 53/2 53/4
However [1] 65/17

## I

I'd [2] 40/22 46/14
I'll [2] 12/18 18/16
I'm [34] 5/13 9/12 20/9 24/23 24/24
  25/13 25/15 25/16 26/8 35/2 35/16
  35/18 38/5 38/5 39/25 40/22 41/12
  41/17 47/15 47/19 47/21 48/5 50/8
  50/10 50/20 51/11 52/5 57/2 59/25 60/4
  60/21 60/23 60/25 61/1
I've [4] 38/21 48/2 53/20
idea [1] 38/1
ideas [1] 54/25
identify [2] 46/20 46/23
important [2] 5/2 5/5
include [2] 21/22 21/24
included [3] 27/24 27/25 39/8
including [1] 23/1
index [1] 18/22
indicate [1] 65/16
indicating [1] 65/18
individuals [1] 48/13
information [1] 20/2
infraction [1] 29/5
injury [1] 4/19
inside [5] 16/16 37/21 39/11 40/9 57/16
inspection [2] 40/9 40/10
instead [1] 65/15
instruct [1] 60/23
instructed [1] 17/6
instructing [2] 17/11 17/22
interested [1] 63/14
intervals [1] 47/1

intimidated [1] 49/1
intimidation [1] 49/4
investigate [1] 48/12
investigated [2] 48/5 48/7
investigating [1] 48/15
investigative [1] 41/9
involve [3] 4/19 21/3 34/4
involved [1] 4/22
irritating [1] 47/2
is [77]
issue [7] 28/25 40/6 44/7 45/6 46/17
  47/24 56/6
issued [1] 63/8
issues [7] 25/2 36/12 36/17 42/13
  48/10 55/3 56/7
it'll [1] 48/25
items [1] 21/19 40/15
itself [3] 23/4 34/12 36/6

## J

J-o-h-n [1] 4/8
January [2] 63/22 65/4
job [2] 38/17 48/24
JOEL [2] 3/15 65/6
JOHN [12] 1/15 2/3 3/8 4/1 4/5 4/8 46/4
  46/5 62/7 64/20 64/25 65/5
JONATHAN [2] 3/21 65/25
just [19] 8/24 8/25 10/5 14/8 15/15
  18/17 20/2 22/21 25/16 26/10 30/21
  37/7 39/25 44/2 50/1 50/9 53/21 57/18
  57/20

## K

Kathy [1] 9/3
keep [3] 50/11 50/15 50/18
kept [8] 21/10 21/13 21/15 32/1 49/5
  50/20 50/22 59/19
Kermit [1] 9/3
kind [5] 6/18 25/2 25/10 28/12 56/6
kinds [1] 55/12
Kirkland [74]
kitchen [1] 22/13
knew [2] 38/24 39/3

## L

La [2] 15/12 51/13
last [11] 4/6 4/8 6/12 10/1 10/2 29/14
  29/15 46/22 47/16 51/11 65/16
lasted [2] 44/18 44/19
late [19] 35/2 35/3 35/4 35/6 35/8 35/10
  35/12 35/21 40/25 42/21 45/22 48/5
  50/19 50/21 50/22 50/25 51/2 51/6 53/9
later [3] 11/19 30/24 52/6
LAW [5] 3/14 3/15 3/21 65/6 65/6
lawsuit [1] 4/19
learn [1] 29/24
least [1] 19/20
leave [2] 19/3 53/14
left [1] 8/4
less [4] 35/8 47/1 49/19 51/6
License [1] 63/25
light [1] 7/13
light-rail [1] 7/13
line [8] 11/2 13/23 29/6 41/22 60/3 64/3
  65/16 65/19
lines [1] 11/3
little [4] 10/22 10/25 17/9 58/18
lived [1] 16/6
living [2] 16/4 16/8
local [7] 13/19 13/20 14/1 14/3 15/6

15/9 15/11
located [1] 21/17
location [2] 19/1 57/5
locker [6] 21/5 21/11 21/13 21/15 21/17
  21/20
long [19] 6/15 6/23 8/10 8/11 9/7 10/4
  16/6 21/19 27/17 29/13 33/15 37/13
  44/18 44/19 55/25 56/8 56/15 57/3 57/7
  47/3 59/8
lost [4] 36/5 37/14 40/15 57/14
lost-and-found [4] 36/5 37/14 40/15
  57/14
lot [2] 38/23 49/9
LUIS [1] 3/25
lunch [1] 21/5

## M

MACKEY [1] 3/24
made [2] 8/14 63/20 64/20
magazines [1] 22/20
majority [1] 57/16
maker [1] 22/16
making [2] 11/21 55/2
man [2] 26/4 26/16
management [1] 43/25
manager [1] 43/23
manager's [1] 29/18
managers [1] 48/15
many [15] 4/13 6/1 22/24 28/5 28/9
  31/22 31/23 33/13 37/25 41/10 46/25
  55/23 57/25 60/15 60/15
MARIE [5] 1/21 3/5 63/6 63/24 65/24
marked [2] 2/10 18/10
Market [2] 3/4 3/22
material [1] 24/3
materials [2] 57/20 58/8
matter [4] 15/3 46/14 53/23 64/21
matters [1] 24/25
may [4] 5/22 51/20 65/13 65/15
maybe [2] 21/21 31/14
meaning [1] 39/14
mechanic [2] 36/20 39/22
mechanical [4] 36/11 36/17 39/11 40/6
medical [1] 23/11
medical/physical [1] 23/11
meet [2] 44/17 48/10
meeting [19] 28/7 28/25 33/9 34/14
  42/11 42/12 42/16 42/22 43/3 43/5
  43/18 43/25 44/5 44/12 44/12 44/14
  44/15 44/18 45/1
meetings [15] 28/2 28/13 28/19 28/22
  29/8 29/10 29/13 29/19 29/22 29/22
  30/5 32/12 43/4 54/17 60/16
mentioned [1] 11/15
met [1] 28/17
Michael [3] 42/13 43/18 43/22
might [11] 10/21 24/21 25/6 25/7 26/2
  26/3 27/15 31/13 36/8 38/19 61/8
mine [1] 17/19
mini [1] 9/12
mini-parts [1] 9/12
minute [1] 34/14
minutes [41] 11/19 19/20 20/4 20/20
  20/23 21/21 27/11 27/19 27/24 27/25
  29/15 30/24 35/7 35/8 35/9 35/10 35/11
  35/12 35/21 37/16 37/18 39/7 45/22
  45/22 45/23 45/24 50/21 50/22 50/24
  51/2 51/6 52/6 53/9 53/11 53/16 57/10

## M

minutes... [5] 60/4 60/5 60/8 60/8 60/10
money [4] 41/24 41/24 46/16 47/23
MONTANO [1] 3/25
Montgomery [7] 13/20 13/21 14/3 15/4 15/5 15/10 15/10
month [6] 31/24 31/24 31/24 32/2 32/4 32/6
month-to-month [1] 31/24
more [16] 7/19 8/23 15/25 24/3 27/8 32/2 32/4 35/10 43/15 51/2 56/11 58/19 58/21 60/6 60/10 65/15
morning [3] 16/12 23/18 23/23
mostly [1] 59/19
move [1] 56/10
Mr [3] 2/7 4/3 65/10
Mr. [7] 4/10 43/21 44/3 44/16 46/7 48/17 62/4
Mr. Burns [1] 44/16
Mr. Cabrera [1] 44/3
Mr. Dudley [2] 4/10 62/4
Mr. Ford [1] 48/17
Mr. Ford's [1] 46/7
Mr. Stevens [1] 43/21
Ms. [18] 8/6 8/11 8/14 9/4 9/13 9/19 10/1 26/12 26/22 26/25 27/7 29/19 32/13 33/9 54/18 54/21 55/4 55/19
Ms. Antonio [9] 8/6 8/11 26/12 29/19 32/13 33/9 54/18 55/4 55/19
Ms. Brooks [1] 54/21
Ms. Forrester [4] 9/4 9/13 9/19 10/1
Ms. Franks [3] 8/14 26/22 26/25
Ms. Franks' [1] 27/7
MTA [12] 17/11 17/22 24/6 24/9 43/22 44/6 45/14 46/5 46/8 46/8 46/18 55/21
much [9] 11/1 20/7 20/21 20/24 30/3 30/17 48/4 52/24 53/1
Muni [7] 17/6 21/7 43/23 45/3 45/13 46/2 56/25
MUNICIPAL [3] 1/8 64/22 65/8
must [6] 17/24 18/23 18/25 19/5 38/4 39/1
mutually [1] 65/13
myself [8] 20/8 21/4 25/16 42/11 42/12 47/22 49/5 59/19

## N

name [7] 4/4 4/5 4/6 4/8 4/8 54/11 65/16
Nathaniel [2] 46/4 46/5
necessarily [1] 39/24
necessary [1] 42/21
need [9] 18/17 18/17 27/1 34/7 38/2 40/12 45/5 48/11 57/18
needed [8] 16/20 17/6 17/11 20/3 23/22 39/4 39/20 49/8
negotiations [1] 60/19
never [15] 7/13 20/16 25/20 26/19 32/1 44/8 44/8 49/13 49/14 50/20 50/22 53/18 53/21 56/19 56/24
new [3] 24/20 24/21 27/16
newspapers [1] 22/20
next [5] 23/22 24/11 25/23 50/5 59/4
nice [1] 27/5
nine [3] 13/6 30/19 45/22
nine-something [1] 30/19
nitty [1] 40/1
nitty-gritty [1] 40/1
non [3] 11/14 12/21 32/15

non-paid [3] 11/14 12/21 32/15
None [1] 2/10
normally [3] 39/12 39/14 39/15
NORTHERN [1] 1/2
not [30] 17/1 23/9 24/23 28/5 31/18 37/1 37/7 37/7 38/5 39/20 39/23 39/24 41/11 41/25 44/20 45/4 46/18 47/12 47/15 48/9 51/20 59/25 59/25 60/3 60/4 60/24 60/25 61/9 63/13 63/19
notations [1] 40/10
note [1] 40/6
nothing [2] 26/16 49/18
notice [2] 3/1 30/3
notification [4] 30/1 30/2 34/11 34/12
Nowhere [1] 19/11
number [6] 28/6 43/3 58/5 60/16 63/8 65/19
numbers [3] 10/9 10/19 10/21

## O

oaths [1] 63/10
object [1] 60/21
Objection [4] 35/14 39/5 56/9 57/9
occasion [3] 7/19 40/20 43/16
occasionally [1] 31/12
occasions [6] 33/8 34/4 34/17 45/2 55/4 60/15
occurred [2] 36/8 40/7
Ocean [2] 15/12 51/13
of your [1] 21/20
office [25] 3/4 3/19 23/10 24/7 29/17 29/18 34/9 35/24 37/11 40/17 40/20 42/7 57/4 57/5 57/8 57/15 57/22 57/24 58/5 58/6 58/13 59/8 65/12 65/13 65/21
officer [14] 42/3 42/5 42/6 42/10 45/2 48/9 49/6 49/11 49/14 60/11 61/13 61/17 61/23 63/16
OFFICER'S [1] 63/1
officers [1] 49/15
often [5] 31/19 37/21 39/3 44/15 44/17
Oftentimes [1] 38/20
Oh [4] 4/16 38/1 38/5 46/4
once [4] 4/14 14/5 35/20 39/21
one [34] 7/6 7/19 8/23 9/12 9/22 15/25 23/3 23/21 24/2 24/7 24/11 24/20 25/6 25/22 29/1 29/21 31/13 33/16 43/16 46/18 46/22 47/6 51/21 55/24 56/18 56/18 56/22 56/22 56/24 58/1 58/10 58/11 58/21 59/1
one-piece [1] 51/21
ones [1] 50/4
only [9] 7/22 16/22 17/8 17/18 19/3 29/12 45/20 45/23 58/13
op [13] 14/24 35/22 36/2 36/3 36/4 36/10 36/13 37/15 37/18 38/4 39/8 45/23 53/11
operating [2] 6/18 40/7
operation [1] 12/7
operational [1] 25/1
operations [1] 43/21
operator [7] 5/25 6/8 16/21 47/3 58/14 58/23 59/22
operators [9] 18/25 19/13 42/20 45/15 45/20 46/13 46/14 48/16 59/16
operators' [2] 42/14 42/18
orally [1] 27/2
order [2] 8/3 17/13
organization [3] 24/1 24/4 25/3
organizational [1] 25/18

## P

organized [2] 24/16 27/8
original [2] 65/11 65/25
others [1] 1/5
our [4] 44/24 47/7 65/13 65/17
out [41] 11/18 11/22 12/8 12/24 13/8 14/21 15/7 15/19 15/24 17/2 21/19 21/20 24/16 24/17 24/24 25/25 27/5 30/23 32/24 33/3 34/16 37/22 38/6 38/7 39/4 39/8 39/25 40/2 40/4 42/20 43/10 46/3 46/16 47/7 47/21 50/1 52/6 52/21 53/22 59/3
outfit [7] 14/24 20/8 20/10 20/14 33/1 36/2 40/2
outside [4] 36/7 38/20 40/10 56/9
overhear [2] 59/20 60/7
overlap [1] 8/10
overlook [1] 59/5
overlooks [1] 59/6
overtime [45] 40/21 40/24 41/2 41/6 41/10 41/11 41/15 41/20 42/14 42/19 43/10 44/22 46/11 46/16 46/21 46/24 47/3 47/8 47/14 47/17 47/18 48/1 48/3 48/4 48/8 48/12 48/13 48/16 48/19 48/19 49/21 49/24 50/3 50/12 50/16 53/18 53/21 53/22 53/25 54/22 58/25 59/11 59/18 59/22 61/15
own [4] 18/3 24/6 39/22 54/25
owned [1] 17/18

## P

p.m [6] 10/13 10/25 11/8 50/22 50/24 52/19
page [5] 2/5 64/3 65/16 65/17 65/19
paid [14] 11/12 11/14 12/21 32/15 40/24 45/4 45/24 45/25 47/15 50/4 50/6 52/15 52/25 56/25
paper [1] 37/8
park [12] 14/1 14/12 15/7 15/11 15/12 16/14 19/25 36/6 36/16 36/24 37/2 40/1
parked [1] 57/8
parking [2] 16/16 36/7
part [2] 37/15 55/1
participate [1] 60/12
particular [2] 23/7 25/18
parties [1] 63/13
parts [1] 9/12
past [1] 30/8
pause [1] 29/6
pay [8] 16/17 47/12 47/13 47/23 56/21 56/22 59/25 60/5
paying [14] 42/14 42/17 45/14 45/17 45/17 45/18 45/19 46/8 46/10 46/16 47/3 47/7 47/21 48/18
peak [4] 11/7 11/8 52/10 52/19
people [6] 15/9 15/16 15/23 54/25 58/5 58/19
performed [1] 22/4
period [6] 8/24 8/25 10/18 56/10 61/12 63/20
periodically [1] 44/17
person [4] 36/19 47/20 48/12 58/13
personal [9] 4/19 16/21 17/7 17/12 17/23 18/14 18/19 19/7 19/10
personally [1] 3/7
physical [3] 23/11 47/22 57/12
physicals [1] 23/11
pick [11] 14/13 14/24 15/9 20/8 20/10 20/11 20/14 20/18 21/5 33/1 40/15
picking [1] 15/16

**P**

piece [38]  12/10 12/19 12/20 12/20
  12/24 12/25 13/2 13/3 13/5 13/6 13/8
  13/11 14/19 15/15 15/23 23/21 27/21
  30/18 30/22 32/14 32/19 32/21 34/23
  35/6 35/19 37/8 37/9 40/19 50/19 50/23
  51/21 51/22 51/23 52/25 53/6 58/4 58/9
  58/17
pieces [1]  12/19
Pine [11]  13/21 14/4 14/5 14/25 15/2
  15/3 15/4 15/5 15/9 15/10 15/11
place [4]  19/9 36/24 42/23 51/11
Plaintiff [1]  3/13
Plaintiffs [1]  1/6
plan [1]  65/13
play [1]  45/20
Playa [2]  15/12 51/13
please [4]  4/4 4/7 65/12 65/18
plus [2]  17/1 49/19
pocket [1]  47/21
pockets [2]  46/17 47/7
point [9]  12/3 15/24 18/6 18/13 18/20
  18/21 23/20 45/13 45/14
points [1]  56/11
policy [4]  17/5 17/10 17/21 18/13
POLK [2]  1/24 65/2
portion [1]  36/1
position [1]  6/10
possible [3]  36/7 36/12 49/19
post [13]  14/24 35/22 36/2 36/3 36/4
  36/10 36/13 37/15 37/18 38/4 39/8
  45/23 53/11
post-op [13]  14/24 35/22 36/2 36/3 36/4
  36/10 36/13 37/15 37/18 38/4 39/8
  45/23 53/11
posted [1]  27/15
potential [2]  55/7 55/14
Potrero [2]  7/5 7/10
practice [2]  48/18 49/14
practices [1]  48/22
preceded [1]  8/6
PRESENT [1]  3/24
president [2]  42/12 42/15
Presidio [12]  7/2 7/4 7/10 14/1 14/2
  14/2 14/12 15/6 15/6 15/7 15/11 15/12
pretty [3]  4/24 20/7 53/1
previous [1]  48/17
previously [1]  18/9
prior [2]  19/20 63/11
privately [1]  17/18
privilege [1]  60/23
probably [5]  28/11 30/4 38/6 38/13
  49/17
problem [10]  38/14 38/15 38/21 39/23
  42/3 42/4 45/8 45/9 45/11 46/19
problems [1]  45/10
Procedure [2]  63/11 65/20
process [4]  27/4 43/6 56/20 56/23
program [2]  45/20 47/13
proposal [5]  60/20 61/2 61/4 61/14
  61/19
provided [1]  63/20
public [7]  16/18 16/25 17/2 17/14 17/25
  18/2 19/13
pull [24]  11/18 11/22 14/21 30/15 30/23
  31/9 32/8 32/24 33/3 34/24 35/1 36/21
  37/15 39/21 40/1 40/2 40/4 50/24 51/8
  52/6 52/13 52/21 52/22 53/9
pull-in [1]  51/8

pull-out [3]  11/18 11/22 52/6
pulled [11]  12/24 13/8 14/7 32/14 35/4
  35/6 35/12 35/19 35/20 37/23 50/19
pulling [6]  12/8 33/6 35/10 40/24 50/21
  51/8
pursuant [2]  3/1 63/10
put [21]  21/5 24/25 25/1 25/10 25/13
  25/15 26/15 26/17 26/19 26/22 26/25
  41/11 41/15 42/1 47/18 47/25 49/21
  49/24 50/4 53/18 53/21
putting [20]  21/24 22/1 25/5 25/6 25/7
  41/1 41/6 41/10 46/21 46/24 47/16 48/3
  48/4 48/7 48/13 50/3 53/20 53/25 54/22
  59/17

**Q**

qualified [1]  63/7
question-and-answer [1]  4/25
questions [3]  5/2 5/6 62/3
quite [6]  28/9 28/23 31/21 31/22 44/17
  58/2

**R**

radical [1]  26/18
Rafael [1]  42/17
rail [1]  7/13
raise [1]  48/22
raised [1]  45/3
range [1]  45/21
Re [1]  65/8
read [18]  14/21 14/22 14/23 24/19
  24/22 24/23 25/4 25/8 25/9 26/1 26/5
  27/9 27/13 27/14 27/17 34/7 53/15
  65/15
reading [6]  20/6 20/22 20/24 53/16
  61/20 65/15
ready [1]  20/8
reasons [1]  65/18
receive [2]  17/21 37/8
receiver [1]  57/8
receiver's [2]  20/18 57/4
receiver/dispatcher [1]  57/8
recent [1]  24/4
recollection [1]  9/20
record [4]  50/11 50/15 50/18 63/17
recorded [1]  63/16
records [2]  50/20 50/22
referring [4]  18/11 19/6 43/9 46/3
refuse [2]  47/9 47/23
regarding [2]  59/17 65/20
REGINA [1]  3/24
reinstruct [3]  33/22 33/23 34/13
related [2]  32/18 61/19
relationship [4]  4/17 44/25 47/5 56/5
relationships [1]  44/9
relative [2]  63/13 63/13
relevance [1]  56/9
relief [2]  12/3 31/17
relieve [1]  31/17
remaining [1]  45/24
remedial [1]  34/5
remember [24]  4/15 8/11 9/1 13/2 13/5
  18/21 18/24 28/21 28/24 29/13 31/21
  42/22 43/12 43/13 43/24 44/18 46/1
  52/24 54/10 55/9 55/25 56/6 61/8 61/23
REMEMBERED [1]  3/1
rephrase [1]  11/23
report [26]  11/16 11/17 12/4 14/22
  14/24 16/25 17/13 17/13 17/17 17/25

18/23 18/25 19/19 19/21 20/5 20/12
  20/13 20/21 22/5 23/15 30/23 32/22
  36/11 38/22 52/4 52/5
reported [4]  1/21 12/1 12/2 39/23
reporter [2]  3/6 63/7 63/20
Reporters [2]  63/8 65/1
REPORTING [2]  1/23 65/1
reprimand [1]  33/21
requested [2]  63/19 63/20
required [1]  20/9
resolved [1]  42/4
responsibilities [2]  54/2 54/5
rest [1]  21/2
Restroom [1]  21/4
result [4]  33/10 33/17 33/20 43/5
retire [1]  5/21
retired [4]  5/17 5/18 5/23 6/1
revenue [2]  33/5 51/12
reverse [1]  15/22
review [2]  63/19 65/13
ride [1]  18/2
ridiculed [2]  46/14 47/11
rights [1]  65/20
Rolnick [4]  2/7 3/21 4/3 65/25
room [21]  21/17 22/7 22/8 22/9 22/10
  22/11 22/14 22/16 22/22 22/23 22/25
  24/8 24/12 24/13 59/3 59/5 59/5 59/6
  59/7 59/12 59/21
rotation [1]  8/23
roughly [1]  51/25
route [6]  13/16 13/24 14/9 14/13 25/22
  25/24
routes [1]  31/1
routing [1]  18/1
rubber [3]  7/11 7/12 45/20
rubber-tire [3]  7/11 7/12 45/20
rule [21]  17/16 17/16 17/17 17/24 18/4
  18/5 18/7 18/8 18/8 18/10 18/13 18/18
  19/6 28/21 33/9 34/2 34/7 55/3 55/7
  55/9 55/14
rule-violation [1]  28/21
rules [11]  4/24 16/24 16/24 28/15 28/19
  28/20 28/24 34/5 34/10 34/11 65/20
run [54]  10/9 10/17 10/19 10/21 11/2
  11/15 11/21 12/1 12/10 12/15 12/15
  12/19 12/19 12/20 13/11 13/13 13/17
  14/6 14/19 15/15 15/23 15/25 26/9
  27/21 27/21 27/22 30/14 30/18 30/21
  30/22 32/14 32/19 34/23 34/24 35/1
  35/4 35/13 35/19 36/1 37/9 40/19 45/21
  50/19 50/23 51/16 51/21 51/22 51/23
  52/17 52/21 53/7 58/4 58/9 58/17
runs [1]  10/7

**S**

safety [2]  21/12 21/24
same [13]  10/17 10/19 10/23 25/24
  27/19 38/19 49/23 51/25 53/1 53/11
  57/5 58/8 58/16
SAN [31]  1/8 1/9 1/24 3/5 3/20 3/23
  5/19 17/3 31/15 63/4 64/22 65/2 65/8
saw [2]  41/14 45/12
says [4]  17/24 18/14 18/18 41/15
scared [1]  42/1
schedule [2]  17/1 33/5
scheduled [9]  19/1 19/21 23/9 29/22
  29/24 31/5 32/13 34/24 50/24
schedules [1]  22/21
scheduling [1]  18/1

## S

schoolkids [1]  31/14
seat [1]  38/15
second [17]  12/20 13/2 13/3 13/8 14/19
  15/23 23/21 27/13 27/14 27/18 27/21
  32/18 32/21 50/23 53/6 56/22 58/9
second-piece [1]  53/6
secretary [2]  25/15 42/8
secretary-treasurer [1]  42/8
Section [1]  63/11
see [4]  18/8 25/17 29/8 31/15
seeing [1]  43/15
send [1]  65/18
sense [2]  33/10 49/3
sent [1]  44/6
serve [3]  55/16 55/20 56/19
served [1]  56/24
service [7]  6/1 29/6 33/5 51/12 52/10
  52/11 52/19
SERVICES [2]  1/23 65/1
set [2]  3/11 21/6
setting [1]  21/22
setup [2]  57/12 58/16
seven [1]  33/17
sexual [1]  26/3
Shattuck [2]  3/16 65/7
she [14]  8/11 9/7 9/9 9/9 9/10 9/16
  26/16 26/17 27/4 27/5 54/14 54/17
  54/23 54/24
SHEET [2]  64/1 65/18
shop [3]  49/15 54/7 54/14
Shorthand [3]  3/6 63/7 65/1
should [4]  26/16 42/1 60/10 60/15
shouldn't [1]  41/15
show [1]  18/18
showing [1]  34/5
sic [1]  10/24
side [3]  43/25 44/2 59/12
sign [3]  10/21 40/13 65/15
sign-up [1]  10/21
signature [3]  65/12 65/16 65/20
similar [1]  14/18
similarly [1]  1/5
simple [1]  4/24
simply [1]  34/6
since [2]  45/3 53/20
single [3]  14/9 43/3 43/5
sit [3]  40/6 47/20 57/12
situated [1]  1/5
situations [1]  38/7
Sixth [1]  13/19
sizes [1]  22/10
slips [1]  59/11
small [1]  22/9
smash [1]  38/11
smoking [4]  29/1 29/3 29/5 29/9
so [57]  6/12 7/22 9/13 9/24 10/21 12/17
  12/24 14/8 15/15 16/8 16/25 17/14
  17/17 17/25 18/2 19/12 19/3 19/6 19/22
  19/22 20/2 20/14 20/7 22/22 23/7
  23/19 24/8 24/22 25/8 25/17 26/19
  27/10 29/8 30/21 30/22 32/12 32/21
  33/1 34/13 37/17 38/23 43/9 43/18 45/6
  46/7 46/25 49/18 50/6 50/23 52/2 54/15
  56/20 56/24 57/18 58/3 59/7 65/13
somebody [5]  25/7 25/13 25/14 31/17
  36/15
somebody's [1]  38/8
someplace [1]  25/8

something [21]  4/20 13/7 18/6 18/6
  18/20 18/21 23/21 24/20 25/10 25/13
  25/15 25/22 25/23 30/19 31/15 34/6
  38/23 38/24 39/4 43/13 44/6
sometime [3]  19/22 32/13 43/1
sometimes [7]  27/6 30/8 36/22 50/4
  59/2 59/2 59/11
somewhat [2]  27/9 37/22
somewhere [3]  32/6 43/11 43/14
sorry [1]  51/11
sort [5]  22/13 23/14 24/4 44/11 55/6
speak [1]  49/18
speaking [1]  47/5
specific [1]  46/18
speculation [1]  57/9
speech [1]  25/12
spell [1]  47/8
spend [3]  20/22 20/24 21/2
split [6]  10/13 11/6 30/10 30/12 52/17
  52/18
spoken [1]  43/7
spread [1]  22/20
ss [1]  63/3
staffing [1]  37/1
standby [10]  30/11 30/14 30/17 31/10
  32/9 32/18 36/1 52/15 52/24 52/25
standing [3]  44/12 44/14 44/15
start [5]  5/7 12/7 19/1 51/20 51/24
started [6]  6/4 11/15 11/21 13/3 32/15
  51/25
starting [3]  5/6 10/5 11/25
starts [2]  13/18 14/1
state [5]  3/7 4/4 63/3 63/7 63/25
stated [2]  16/24 48/14
statement [1]  17/22
STATES [1]  1/1
stating [1]  17/16
stay [3]  32/9 49/9 49/19
stenographically [1]  63/16
Stevens [5]  42/13 43/19 43/21 43/22
  44/16
steward [3]  49/15 54/7 54/14
still [5]  10/23 27/9 35/13 39/17 46/15
stint [1]  7/18
STITT [3]  1/4 64/21 65/8
stop [2]  15/2 45/11
stopped [6]  45/12 45/18 45/19 46/8
  46/10 48/20
stopping [1]  48/23
stops [2]  15/1 15/3
straightening [1]  27/4
street [6]  1/24 3/4 3/22 38/6 38/8 65/2
structure [1]  25/18
stuff [2]  27/4 49/10
subjects [2]  44/13 61/23
submit [1]  47/8
substance [1]  65/17
such [1]  63/14
suggest [1]  49/7
suggesting [1]  24/23
Suite [2]  3/16 65/7
superintendent [24]  7/25 8/4 8/12 8/15
  9/4 9/7 9/10 9/14 9/15 9/17 9/19 9/20
  9/20 23/12 25/14 26/7 27/5 27/7 28/2
  28/7 28/13 28/17 28/22 29/17
superintendent's [2]  29/17 34/9
superintendents [5]  8/3 9/1 41/9 48/10
  48/15
supervisor [1]  28/2

supervisors [1]  29/9
supposed [1]  37/8
sure [7]  5/4 11/24 23/9 30/21 36/4
  39/13 39/18
suspended [1]  56/21
suspension [3]  33/11 33/18 34/18
suspensions [8]  33/15 33/16 34/21
  55/16 55/19 55/20 56/1 56/8
sworn [3]  3/10 4/2 63/11
Symphony [1]  31/15

## T

tables [2]  22/18 22/19
take [13]  16/18 17/3 17/6 17/11 17/14
  21/19 27/10 27/17 31/14 37/13 37/18
  40/16 57/1
taken [4]  4/10 64/21 64/23 65/9
taking [3]  3/2 15/23 45/7
talk [10]  7/17 10/6 18/7 36/16 42/13
  44/13 48/11 49/1 54/21 57/19
talked [3]  29/12 44/21 54/17
talking [1]  25/13
target [1]  49/6
tell [2]  12/18 23/13
temperament [2]  47/5 47/19
ten [37]  20/23 27/10 27/19 27/24 27/25
  28/11 28/16 29/3 32/12 33/18 33/21 35/7
  35/8 35/9 35/10 35/11 35/12 35/20
  37/16 37/18 39/7 45/22 45/23 45/24
  47/14 47/15 50/20 50/21 50/24 51/2
  51/6 53/9 53/11 53/16 56/17 56/18
  60/10
ten-hour [1]  47/15
tenure [7]  7/1 8/15 27/7 42/22 45/13
  46/8 47/25
term [2]  12/11 12/14
terminal [1]  36/8
testified [3]  3/10 4/2 9/23
testimony [5]  17/20 46/7 63/16 63/17
  65/16
Thank [4]  57/2 62/2 62/4 65/21
Thanks [1]  50/10
themselves [1]  1/5
there's [9]  12/19 18/22 24/24 39/10
  39/23 40/12 41/17 46/25 53/23
therefore [6]  16/25 17/17 17/25 18/2
  19/3 56/20
thereof [1]  3/3
thereupon [1]  3/10
these [5]  31/1 32/12 44/13 55/3 57/20
thing [9]  23/21 24/20 25/24 27/19 39/21
  45/19 49/23 53/23 58/8
things [3]  20/6 31/13 38/19
think [10]  6/17 6/24 9/23 18/5 18/24
  31/7 32/21 41/25 54/11 62/3
third [1]  47/4
third-class [1]  47/4
this [48]  7/18 11/21 12/1 12/20 13/13
  18/9 18/10 20/20 22/10 22/11 24/17
  24/18 24/21 24/25 25/23 26/9 26/9 40/1
  41/25 42/3 42/3 42/4 42/9 42/15 42/22
  43/15 43/25 44/5 44/6 44/11 44/12
  44/18 44/20 45/1 46/2 46/12 46/19
  47/12 48/12 49/8 49/14 49/16 51/20
  60/21 61/12 63/14 65/12 65/20
those [34]  7/6 7/24 10/14 20/6 23/3
  24/14 28/13 28/21 29/13 29/19 29/21
  29/22 30/5 33/8 33/10 33/13 34/4 34/17
  34/20 37/17 40/16 43/24 47/6 48/22

# T

those... [10]  54/17 55/9 55/25 56/5 56/8
  56/21 60/19 61/23 62/3 65/18
though [2]  26/17 39/3
thought [2]  42/3 42/9
threaten [1]  46/13
three [33]  6/17 6/24 7/24 8/21 8/24
  8/25 9/9 9/11 9/24 10/15 15/1 18/20
  23/1 23/3 24/1 24/7 24/8 28/20 28/10
  31/20 32/2 32/6 33/14 34/17 34/20 43/1
  51/14 54/14 56/23 60/4 60/5 60/8 60/18
three-point-something [1]  18/20
three-year [4]  8/24 8/25 31/20 43/1
throughout [3]  10/17 13/14 54/14
TIDRICK [2]  3/14 65/6
till [1]  30/15
time [118]
timeframe [4]  31/20 42/25 43/1 47/15
times [18]  4/13 28/7 28/9 28/11 28/16
  31/21 31/22 31/23 32/2 32/4 32/6 32/8
  33/13 33/17 37/25 38/13 38/24 42/18
TINA [5]  1/21 3/5 63/6 63/24 65/24
tire [5]  7/11 7/12 38/3 38/22 45/20
tires [1]  36/12
together [4]  20/8 21/1 21/3 21/4
told [5]  16/20 16/23 26/9 33/25 61/1
TONY [1]  1/4
too [8]  6/24 10/25 27/22 41/5 41/10
  48/4 49/20 52/17
took [3]  19/13 42/23 48/17
tools [4]  21/6 21/10 21/15 21/20
totally [2]  38/14 50/2
track [1]  32/1
training [1]  23/11
transcript [6]  63/17 63/19 65/11 65/13
  65/15 65/16
transfers [6]  35/23 37/11 40/16 40/17
  57/13 58/15
transit [10]  5/24 6/8 16/21 16/25 17/2
  17/25 18/2 47/3 59/16 59/21
transportation [5]  1/9 16/18 19/13 64/22
  65/9
transporting [1]  15/16
Trapeze [2]  45/19 47/13
travel [9]  42/18 44/21 45/4 45/15 45/18
  46/8 48/19 60/20 61/2
treasurer [1]  42/8
treat [1]  47/6
tried [3]  47/1 49/9 49/19
trip [5]  12/15 14/9 15/19 16/1 40/25
trolleys [1]  7/11
trollies [1]  7/11
true [1]  63/17
truly [1]  65/22
try [1]  5/2
trying [2]  24/24 39/25
turn [13]  35/23 36/2 42/18 44/22 45/18
  46/9 46/10 47/10 48/18 57/13 58/3 58/8
  61/5
turn-in [7]  42/18 44/22 45/18 46/9
  46/10 48/18 61/5
turned [2]  37/11 46/6
twice [2]  22/11 25/9
two [23]  8/1 8/13 9/10 9/24 10/13 11/6
  11/7 11/10 11/12 12/19 12/21 15/3
  22/10 33/16 43/24 51/22 51/23 52/18
  55/24 55/25 60/4 60/5 60/8
two-day [1]  33/16
two-hour [6]  10/13 11/6 11/7 11/12

12/21 52/18
two-piece [2]  51/22 51/23

# U

unaware [1]  38/14
understand [12]  5/10 12/11 12/14 17/9
  17/20 29/21 30/21 35/16 39/2 41/20
  49/1 54/23
understood [5]  5/14 24/15 25/3 39/19
  54/24
union [31]  24/2 24/7 24/7 42/2 42/5
  42/6 42/8 42/10 44/2 44/12 45/1 48/9
  49/5 49/7 49/9 49/11 49/13 49/15 49/18
  54/1 54/4 54/25 60/11 60/20 61/2 61/4
  61/12 61/14 61/17 61/19 61/22
UNITED [1]  1/1
unless [3]  41/12 41/16 43/10
unscheduled [14]  42/14 46/11 46/16
  47/14 48/16 48/19 49/21 49/24 50/12
  50/15 53/18 59/18 59/22 62/15
until [2]  20/14 31/10 49/25
unused [4]  35/23 37/10 40/17 57/13
up [26]  10/21 14/13 14/24 15/9 15/16
  20/8 20/10 20/11 20/14 20/18 21/6 23/7
  25/5 25/6 25/11 25/15 26/17 33/1 34/5
  40/9 40/16 40/17 40/19 45/24 55/5
  61/23
us [3]  47/6 47/7 65/18
used [5]  24/5 25/19 47/10 48/10 49/25
using [2]  25/12 25/16
usually [3]  36/20 38/1 59/13

# V

vacation [1]  56/25
vague [1]  35/14
Vallejo [4]  16/5 16/6 16/13 17/3
vehicle [12]  16/21 17/7 17/12 17/18
  17/23 18/3 18/14 18/19 19/25 38/20
  40/2 40/7
vehicles [3]  6/18 7/13 17/2
VELASQUEZ [5]  1/21 3/6 63/6 63/24
  65/24
verbal [1]  44/24
verbally [1]  26/16
very [8]  22/9 26/5 27/5 27/5 38/20 47/2
  48/25 65/22
vest [2]  21/12 21/24
vice [2]  42/12 42/15
violated [3]  34/2 56/20 56/23
violation [6]  28/20 28/21 33/9 33/24
  33/25 55/14
violations [3]  55/3 55/7 55/9
VTT [1]  23/10

# W

WAGNER [2]  1/23 65/1
walk [3]  34/16 57/4 57/7
walked [1]  19/16
wall [1]  25/23
walls [2]  24/12 24/13
wandering [1]  58/2
want [15]  7/17 10/6 13/24 24/16 24/17
  30/21 42/2 47/22 50/9 51/17 51/21
  53/21 53/24 55/1 57/1
warning [4]  33/20 33/22 55/6 55/13
was [145]
was the [1]  29/5
wasn't [2]  60/8 61/10
watch [3]  21/6 21/14 21/22
waves [2]  42/2 55/2

way [15]  15/6 15/7 15/11 15/12 16/22
  17/8 17/18 19/3 24/15 24/24 42/2 47/6
  54/23 56/9 65/18
we [16]  12/17 24/25 25/1 25/4 26/4
  42/3 44/8 44/8 44/9 44/17 45/10 48/11
  51/20 54/17 56/10 65/13
We're [1]  10/5
Wednesday [3]  1/16 2/4 3/2
week [2]  30/3 56/22
well [3]  12/18 41/25 42/12
went [4]  40/19 45/16 49/15 58/4
were [104]
weren't [4]  20/14 37/22 45/17 45/17
what [48]  6/18 6/25 10/7 10/11 11/2
  12/13 12/18 13/2 13/5 14/18 17/15
  19/18 19/24 19/25 20/10 20/12 21/3
  22/3 25/10 25/15 26/1 26/2 28/12 28/19
  28/24 29/1 31/5 33/23 33/24 35/16
  35/20 35/22 36/3 39/9 41/12 41/20
  41/22 42/7 48/14 51/16 51/24 53/1 55/9
  59/24 60/2 60/7 60/9 60/25
what's [2]  13/16 57/12
whatever [2]  15/24 57/17
when [48]  4/15 5/21 7/17 9/2 12/1 16/8
  18/4 18/7 19/6 19/24 27/13 27/17 29/21
  30/5 30/9 30/14 32/12 32/13 32/15
  34/10 35/12 35/19 36/8 36/21 36/23
  39/14 40/19 42/2 42/5 42/20 42/22 43/7
  45/12 47/16 48/9 50/1 50/9 51/14 54/1
  54/4 54/7 56/3 57/13 58/3 58/8 59/7
  61/7 61/22
where [23]  5/23 6/21 12/25 13/11 13/16
  14/5 16/4 16/14 18/24 18/24 28/12
  29/16 33/8 34/17 36/16 36/24 38/7
  38/13 51/11 51/12 55/5 57/7 60/17
whether [6]  37/6 44/20 61/1 61/4 61/14
  61/18
which [16]  7/11 8/3 9/12 13/23 17/15
  17/19 24/6 24/15 32/15 39/10 40/24
  45/3 45/14 50/23 56/21 63/8
while [2]  40/7 59/20
who [21]  3/9 7/25 8/4 9/1 16/23 19/13
  19/16 31/17 36/15 36/19 37/7 42/15
  43/24 46/1 46/20 46/23 47/20 48/14
  49/1 54/10 58/14
who's [1]  25/5
why [7]  10/4 12/13 26/4 26/16 51/20
  54/24 59/14
will [2]  5/6 19/2
window [8]  20/17 20/18 38/2 38/8 57/15
  59/3 59/9 59/12
windows [2]  36/6 36/12
wish [1]  65/17
within [4]  27/24 28/9 28/10 36/5
without [1]  19/2
witness [2]  3/9 60/24
won't [1]  47/13
Woods [26]  6/22 6/23 7/5 7/12 8/18
  8/23 9/2 9/5 9/8 9/17 9/20 9/23 10/3
  16/9 41/4 49/16 49/22 50/16 51/14
  51/15 52/21 52/22 54/4 55/5 55/13
  55/17
words [2]  24/2 36/25
work [28]  4/17 6/4 6/25 7/18 11/7 11/8
  16/11 16/21 17/1 17/7 17/12 17/23
  17/25 18/15 18/19 18/23 19/13 19/16
  20/3 21/6 21/10 21/15 21/20 23/14 30/7
  30/8 30/9 57/25
workday [1]  30/6

# W

worked [9]  7/13 7/22 10/10 10/11 10/12
 12/21 14/20 50/12 50/16
working [7]  5/18 5/23 5/24 6/21 16/8
 44/9 44/24
writing [8]  17/21 26/15 26/17 26/19
 26/22 26/25 34/6 44/6
written [11]  17/5 17/10 19/5 19/9 30/1
 30/2 33/20 34/10 34/12 44/23 50/20

# Y

yard [3]  16/15 16/16 36/15
year [9]  8/15 8/24 8/25 9/12 9/22 10/2
 10/2 31/20 43/1
years [21]  4/16 6/1 6/3 6/7 6/17 6/24
 7/24 8/13 8/21 9/9 9/10 9/24 9/24 10/15
 16/7 28/10 38/7 51/14 54/15 56/4 56/4
YGR [1]  1/7
YOUNG [2]  3/15 65/6
yours [1]  65/22
yourself [2]  21/3 32/9

## Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRYL A. STITT, TONY GRANDBERRY,)
and HEDY GRIFFIN, on behalf of )
themselves and all others )
similarly situated, )
        Plaintiffs, )
vs. )  No. C-12-03704-YGR
)
THE SAN FRANCISCO MUNICIPAL )
TRANSPORTATION AGENCY; CITY AND )
COUNTY OF SAN FRANCISCO; and )
DOES 1-20, )
        Defendants. )
_____)

DEPOSITION OF

**SATISH DUTT**

Tuesday, December 22, 2015

REPORTED BY: TINA MARIE VELASQUEZ, CSR No. 10072

BONNIE L. WAGNER & ASSOCIATES
COURT REPORTING SERVICES
1819 POLK STREET, #446
SAN FRANCISCO, CALIFORNIA 94109
(415) 982-4849

## Page 2

I N D E X

DEPOSITION OF: SATISH DUTT
Tuesday, December 22, 2015

                        PAGE

EXAMINATION BY:

  Mr. Reznikov                  4

E X H I B I T S

(None were marked.)

QUESTIONS INSTRUCTED NOT TO ANSWER

Page  Line

22    8   "Did your counsel show you any documents
           before this deposition?"

22   13   "When did you set the appointment for this
           deposition with your attorneys?"

---o0o---

## Page 3

BE IT REMEMBERED that pursuant to Notice of Taking Deposition, and on Tuesday, December 22, 2015, commencing at the hour of 1:55 p.m., thereof, at the OFFICE OF THE CITY ATTORNEY, 1390 Market Street, 7th Floor, San Francisco, California, before me, Tina Marie Velasquez, a Certified Shorthand Reporter in and for the State of California, personally appeared

**SATISH DUTT,**

called as a witness by the Defendants, who, being duly sworn, was thereupon examined and testified as is hereinafter set forth.

**A P P E A R A N C E S**

For the Plaintiff:

    THE TIDRICK LAW FIRM

    BY: JOEL B. YOUNG, Attorney at Law

    2039 Shattuck Avenue, Suite 308

    Berkeley, California 94704

For the Defendants:

    OFFICE OF THE CITY ATTORNEY

    City and County of San Francisco

    BY: BORIS REZNIKOV, Attorney at Law

    1390 Market Street, 5th floor

    San Francisco, California 94102

ALSO PRESENT: JOHN DUDLEY

            JON GINOLI
            City and County of San Francisco

## Page 4

        **SATISH DUTT,**

having been duly sworn, testified as follows:

**EXAMINATION BY MR. REZNIKOV**

    **MR. REZNIKOV: Q.** Mr. Dutt, that's your name, right?

    **A.** Yes. Last name is Dutt, yes.

    **Q.** Dutt?

    **A.** Yes, last name.

    **Q.** Thank you.

    Were you here this morning, Mr. Dutt, to observe the other depositions?

    **A.** Yes, I did. The last one, I did.

    **Q.** And did you understand the -- did you have a chance to hear the questions that Mr. Rolnick from my office was asking?

    **A.** Yes.

    **Q.** Did you also have a chance to talk to your attorney before this about the deposition process?

    **A.** Yes.

    **Q.** Is there any reason that you're unable to provide your full and complete and truthful testimony here today?

    **A.** No.

    **Q.** Are you on any medication or anything of that nature?

    **A.** Yes. I'm taking quite a few medications.

**Page 5**

Q. Anything that would affect your memory or ability to testify?

A. I don't think so. I had stroke last year, and I'm much better now than I used to be. I think I should be okay.

Q. Okay. And similar to what I assume you heard this morning, let's try to remember to speak audibly and slowly so the court reporter can write everything down.

A. Sure.

Q. And try not to talk over each other so I can finish my questions, and I'll let you finish your responses. Is that okay?

A. Yes.

Q. And you understand that the testimony you're about to give here today is the same as you would when testifying under oath in court?

A. Yes.

Q. And how long have you been working with MTA, Mr. Dutt?

A. 17 years.

Q. Was that always as a 9163 operator?

A. 9163 is operator.

Q. And are you still employed by the MTA?

A. Not currently. I'm on disability right now.

Q. How long have you been on disability leave?

**Page 6**

A. About 15 months now, to be correct.

Q. Before you went out on disability leave, what run were you working?

A. I don't remember.

Q. You don't remember the exact run that you were working?

A. No, I don't.

Q. What were the times you were working?

A. I think it was 6:40 a.m. in the morning.

Q. From what division?

A. Woods.

Q. And until what time did you work?

A. It's around 7:00. That's p.m.

Q. And Woods is the diesel buses; is that correct?

A. It was diesel bus, yes.

Q. Do you remember which line you were operating?

A. In the morning, it was 48 line.

Q. How long were you working this shift and line?

A. I don't remember. I started, I know, 6:40, but I don't know what time I ended it.

Q. I guess I'm asking, how long do you remember -- well, let's back up.

Did you work at any other divisions besides Woods?

A. Yes. I work Potrero and started at Kirkland.

Q. How long were you at Kirkland for?

**Page 7**

A. Three months.

Q. And how long were you at Potrero for?

A. I don't know.

Q. Can you give me an estimate?

A. The most maximum be three years.

Q. And then from then on, you have always been at --

A. I went to Woods.

Q. And so you were at Woods in approximately 2009?

A. Yes.

Q. And you've been at Woods from 2009 until you took your disability leave about 13 months ago?

A. Yes.

Q. Are you familiar with the shift bidding process for --

A. Yes, I am.

THE REPORTER: If you could let him finish his question before you start your answer.

MR. REZNIKOV: Q. And when participating in a shift bidding process, Mr. Dutt, what were some of the considerations you made before bidding on a run?

A. Mostly, I looked at the money made and the starting time of the shift and also the days off you have. I wanted always the weekend off. So I looked at three different patterns that I would bid on a run.

Q. So from 2009 to before your disability leave, how

**Page 8**

many different bidding periods did you have?

A. I don't know. Sometimes Muni did, like -- they waited for maybe a year, and then you had a bid, and sometimes they waited till three months and they had a bid.

Q. Would you agree with me that it's about a handful or so during that time period?

MR. YOUNG: Objection; vague as to "handful."

MR. REZNIKOV: Q. You can go ahead and answer the question --

MR. YOUNG: If you understand the question, you can answer.

THE WITNESS: It's hard to tell how many I had, a handful or not, because at times, Muni -- they left, like, one year before we sign up.

MR. REZNIKOV: I understand.

Q. Did you have the same -- did you work the same shifts in general throughout your time at Woods from 2009?

A. Yes, I did.

Q. And so that's a morning shift around 7:00 a.m. to the evening around 7:00 p.m.?

A. Yes.

Q. Did you ever have a relief for any of your runs that you worked?

**Page 9**

1  **A.** Yes, I did.

2  **Q.** Can you first approximate how many different runs

3  you worked during that time period?

4  **A.** Two different runs I did -- two different lines I

5  did. 48 line and it was 44 line.

6  **Q.** Throughout your whole time between 2009 to your

7  disability leave?

8  **A.** No. It was other lines I did before, before that.

9  **Q.** How long did you do that combination of the 48 and

10  then the 44?

11  **A.** It's very hard for me to tell you that.

12  **Q.** Just an estimate would be fine.

13  **A.** What's your question again now?

14  **Q.** How long did you do that last run that you've just

15  been talking about; at first, the 48 and then the 44?

16  **A.** I think I did one year of that.

17  **Q.** And what did you do before that?

18  **A.** I don't remember.

19  **Q.** How many other runs did you have before the 48 and

20  the 44?

21  **A.** I don't remember that.

22  **Q.** But you remember you worked from 7:00 a.m. to

23  7:00 p.m. in general?

24  **A.** Yes.

25  **Q.** Do you remember whether you had reliefs in the

**Page 10**

1  other runs that you worked before the 48 and the 44?

2  **A.** Yes. I did have relief between lunchtime.

3  **Q.** I'm sorry. Just so we're using the same

4  terminology, when I say "relief," I mean did you start or

5  end at a relief location, or did you start and end at the

6  division?

7  **A.** I end at relief.

8  **Q.** And this was throughout your whole time at Woods?

9  **A.** Yes.

10  **Q.** And you always started at the division?

11  **A.** Yes.

12  **Q.** What relief point did you end at?

13  **A.** Different relief points I had. For 48 line, it was

14  22nd and Iowa. And other runs, if I had different runs,

15  it was different relief point.

16  **Q.** Which other runs?

17  **A.** I don't remember the runs.

18  **Q.** Which relief points?

19  **A.** For 48 line?

20  **Q.** Well, 48 line, I think you already testified it was

21  22nd -- and what was the cross-street?

22  **A.** 22nd and Iowa.

23  **Q.** 22nd and what? I'm sorry.

24  **A.** Iowa.

25  **Q.** Iowa?

**Page 11**

1  **A.** Yeah.

2  **Q.** So that was for the 48 line. What were some of the

3  other relief points you had?

4  **A.** Bryant and 22nd -- no. 24th. Bryant and

5  24th Street.

6  **Q.** And what was the -- you don't remember the route

7  that was?

8  **A.** Say it again.

9  **Q.** What was the route, the line, that you were running

10  for that --

11  **A.** It was 27 Bryant.

12  **Q.** And so at the end of that line, you would be

13  relieved at Bryant and 24th Street?

14  **A.** Bryant and 24th.

15  **Q.** Any other relief points?

16  **A.** Third Street, I had another relief on 29 line. I

17  don't know what's the cross-street would be. I don't

18  remember the cross-street. I don't remember. I just

19  remember the main street would be Third Street.

20  **Q.** Third Street?

21  **A.** Yeah.

22  **Q.** And this was the 29 line?

23  **A.** 29 line.

24  **Q.** Any other relief points besides those three

25  locations? So there was one on the 48 line, one on the

**Page 12**

1  27 line, and one on the 29 line.

2  **A.** No, that's it.

3  **Q.** But your entire time at Woods, you started in the

4  morning at the division, correct?

5  **A.** Yes.

6  **Q.** And how do you usually get to work?

7  **A.** I drive my car to work.

8  **Q.** Where do you live?

9  **A.** Burlingame.

10  **Q.** Have you lived there since 2009?

11  **A.** Yes.

12  **Q.** And where do you park when you get to work?

13  **A.** In the street level.

14  **Q.** By Woods?

15  **A.** Yes.

16  **Q.** Is there free street parking there?

17  **A.** It is right now.

18  **Q.** Are they changing that?

19  **A.** I heard they will change it, put a meter in there.

20  I'm not sure when.

21  **Q.** And so on a day -- the instances you've driven to

22  Woods and parked at the street parking that's available

23  there?

24  **A.** Yes.

25  **Q.** And have all of your -- excuse me. Strike that.

**13**

1       Your typical shift from morning to night, where

2  would it break down in terms of lunchtime, split shift,

3  standby time?  Can you explain to me the shift that you

4  worked?

5    **A.**  Be at Woods barn.

6    **Q.**  Okay.  And so you're at the Woods barn.  You

7  operate a line in the morning; is that correct?

8    **A.**  Yes.

9    **Q.**  And that would be -- for instance, your last one

10  was the 48?

11    **A.**  Yes.

12    **Q.**  What time do you operate that line until?

13    **A.**  I think -- lunchtime.  I don't know exactly when

14  the hours would be there, but it was around lunchtime.

15    **Q.**  And an estimate like that is fine.

16       And so what would happen at lunchtime?

17    **A.**  I would take my lunch.

18    **Q.**  Where would you take your lunch?

19    **A.**  In the lunchroom.

20    **Q.**  At the division?

21    **A.**  At the division, yes.

22    **Q.**  So your morning line would always end at the

23  division?

24    **A.**  Not always.  If I have another line at 27, then I

25  would get relief and come to the lunch room and then do

**14**

1  the lunch right there, the division.

2    **Q.**  So you would always -- whether you ended at the

3  relief point or at the division, then you would take your

4  lunch at the division?

5    **A.**  Yes.

6    **Q.**  And then in the afternoon, you would have another

7  line that you would operate?

8    **A.**  Yes.

9    **Q.**  And would that end at the division or would that

10  end at a relief point?

11    **A.**  It will end at the division.

12    **Q.**  And so at the division after that, you would just

13  go into your car and head home?

14    **A.**  Yes.

15    **Q.**  Was there any time between 2009 and until your

16  disability leave that your run would end at a relief

17  point at the end of the day?

18    **A.**  No.  I always came to the division.

19    **Q.**  When you talked earlier about the 27 line that

20  ended at a relief point before your lunchtime, how would

21  you get back from the relief point to the division?

22    **A.**  From relief point to division?  By bus.

23    **Q.**  And this is the 27, so you're going from Bryant and

24  24th to back to Woods?

25    **A.**  Yes.

**15**

1    **Q.**  Where is Woods located again?

2    **A.**  22nd and Iowa.  Yeah, 22nd and Iowa.

3    **Q.**  How many blocks away is that from Bryant and 24th,

4  approximately?

5    **A.**  It's about a couple of miles.

6    **Q.**  And what bus would you take from the relief point

7  to the division?

8    **A.**  48 line.

9    **Q.**  Does the 48 line -- would it pick you up at your

10  relief point?

11    **A.**  Yes.  24th and Bryant.

12    **Q.**  And you would go from the 48 line, and it would

13  drop you off right at Woods?

14    **A.**  At Woods.

15    **Q.**  How long of a bus trip was that?

16    **A.**  Say about ten minutes.

17    **Q.**  And you weren't allowed to use the bus for free

18  because you're an MTA employee?

19    **A.**  Yes.

20    **Q.**  And were you on the clock when you were taking this

21  ride back to the division?

22    **MR. YOUNG:**  Objection; vague.

23    **MR. REZNIKOV:**  **Q.**  Did you understand my question,

24  Mr. Dutt?

25    **A.**  Yes, I did.

**16**

1    **Q.**  Can you provide me with an answer?

2    **A.**  Yes.

3    **Q.**  Who was the division superintendent at Woods when

4  you took off on your disability leave?

5    **A.**  I don't remember his name right now.

6    **Q.**  Do you remember any of your division

7  superintendents while you worked there?

8    **A.**  No.

9    **Q.**  Did you ever meet with your superintendent?

10    **A.**  Yes, I did.

11    **Q.**  How many times did you meet with them?

12    **A.**  In a year or in what?

13    **Q.**  Let's go back first.  Well, let's start out with,

14  do you remember having more than one division

15  superintendent while you were there?

16    **A.**  I had just one superintendent.

17    **Q.**  But you don't remember what that person's name is?

18    **A.**  No, I don't, no.

19    **Q.**  Do you remember what he looks like or what she

20  looks like?

21    **A.**  Yeah.  He was white.  I think he was German.  His

22  name was a German name.

23    **Q.**  Do you remember who the dispatcher was at the Woods

24  division while you worked there?

25    **A.**  There were a lot of dispatchers.  I know a few of

1  them. I don't remember their names right now. Always
2  had different -- dispatchers changes all the time.
3    Q. Mr. Dutt, can you take me through your typical day
4  operating the run? And, again, we can focus right before
5  you went on your disability leave, because I'm assuming
6  it was fairly standard throughout your time at Woods,
7  especially between 2009 to 2014 or so, I guess, when you
8  were on your disability leave.
9      So you would start in the morning. Approximately
10  what time was lunchtime?
11    A. It was, like, 12:00 in the daytime, the lunchtime.
12    Q. So you would operate the route for four to five
13  hours?
14    A. Yes, four hours at least, yeah.
15    Q. What time would you get into the division at the
16  start of the day?
17    A. I would get in, like, 6:15.
18    Q. And this is -- maybe it's better, since we don't
19  know what time you specifically started. The route, how
20  much earlier than the start time would you get in?
21    A. Most of our start came in, like, 20 minutes at
22  least ahead of time.
23    Q. What did you do for those 20 minutes?
24    A. I came in and read the bulletins, the bulletin
25  board, and sign up my roster, and then went, picked my

1  paddles up.
2    Q. What do you mean by "sign a roster"?
3    A. We got a roster we got to sign in, you know. The
4  run that you're doing, you're signing your name and
5  you're starting. And then shifts is in there, so you
6  need to sign in.
7    Q. Were you ever disciplined for being late?
8    A. No.
9    Q. Were you ever warned that you have to be -- were
10  you ever told that you had to be on time?
11    A. By any other Muni management? No.
12    Q. Did you understand that you had to be on time for
13  the start of your --
14    A. Yes. The bulletin requires us -- I mean Muni rule
15  book requires to be on time, and we should be getting no
16  miss-outs. There was consequences for miss-out.
17    Q. Were you ever not on time?
18    A. I was always on time, yes, all the time.
19    Q. What was your understanding of what time you had to
20  show up at work?
21    A. Being ahead of schedule, at least 15 minutes ahead,
22  and getting my paddles, because you get paddles before --
23  20 minutes before your starting time. So if I went
24  between that timeframe, I'd be able to get my -- read my
25  bulletin and get my paddles and sign my roster.

1    Q. Who told you that you had to be there, or why did
2  you have this understanding that you had to be there 15
3  minutes before you started?
4    A. Well, we had a notice up there saying that you can
5  pick your paddle up 20 minutes before your starting time.
6    Q. Where was that notice?
7    A. It was right on the window where the receiver was.
8    Q. And what did the notice say?
9    A. "You can pick your paddle up 20 minutes before your
10  starting time."
11    Q. So you could pick it up 20 minutes before, but you
12  weren't required to pick it up 20 minutes before?
13    A. No.
14    Q. So if you showed up five minutes before, was that
15  okay?
16    A. As long as you showed up before your starting time.
17  You don't want to have miss-out on the run, or they'll be
18  chargeable.
19    Q. So as long as you showed up before your run
20  started, it would be okay?
21    A. Yes.
22    Q. Do you know of anybody who was disciplined for
23  showing up earlier before their run?
24    A. No, I don't, no.
25    Q. Did you have any standby time on your runs? And do

1  you know what I mean by "standby time" --
2    A. Yes, I do. No, I didn't have no standby time on
3  the runs.
4    Q. On any of your runs while you were working at
5  Woods?
6    A. No.
7    Q. Did you have any travel time for your runs?
8    A. Travel time? I didn't understand your question.
9    Q. So, for instance, it sounds like when you were
10  working the 27 line, you would be relieved at Bryant and
11  24th, and then you would take the 48 back to the
12  division; is that correct?
13    A. Yes.
14    Q. Do you know if you got paid for that travel time?
15    A. No.
16    Q. Have you ever -- did you see that -- strike that.
17      Have you ever seen the range reports and how they
18  break down the times for those range --
19    A. No, they never showed me any travel time.
20    Q. Mr. Dutt, did you meet with your attorney before
21  this deposition?
22    A. Today, yes.
23    Q. Have you met with your attorneys prior to today?
24    A. I spoke to him, setting --
25      MR. YOUNG: I'm going to object on the basis of

attorney-client privilege. It's literally impossible for
a lay witness like this to answer that question without
divulging some sort of attorney-client privilege.

**MR. REZNIKOV: Q.** And, Mr. Dutt, I'm not trying to
get the substance of your communications with your
attorney. So what Mr. Young has objected to is valid.
We don't want to know about your conversations with
either Mr. Young, Mr. Tidrick, or anybody from their
office, but I am entitled to ask you if you met with
them.

So without getting into those details of the
conversation, you met with him today. Did you meet with
him before today?

**A.** No.

**Q.** Did you talk to them by phone before today?

**A.** Setting appointment to come here.

**Q.** Okay. How many times did you talk with them before
today?

**A.** Once.

**Q.** Just to set this appointment?

**A.** Yes.

**Q.** Mr. Dutt, did you file a declaration in this
lawsuit previously?

**A.** I didn't understand.

**Q.** Did you file any documents in this lawsuit

---

previously that your attorneys may have contacted you
about?

**A.** In the mail, I have.

**Q.** No.

Sorry. Maybe we can do this on the record, Joel.
Did Mr. Dutt file a declaration?

**MR. YOUNG:** (Shakes head.)

**MR. REZNIKOV: Q.** Did your counsel show you any
documents before this deposition?

**MR. YOUNG:** Objection on the basis of
attorney-client privilege. I'm going to instruct the
witness not to answer that.

**MR. REZNIKOV: Q.** When did you set the appointment
for this deposition with your attorneys?

**MR. YOUNG:** Objection on the basis of
attorney-client privilege. I'm going to instruct the
witness not to answer that. Also, it's unclear what the
relevance is for the lawsuit.

**MR. REZNIKOV:** I may take those up with you, Joel,
after a quick break or at the break.

**Q.** So going back to your daily schedule, Mr. Dutt, how
long is your lunchtime period?

**A.** I don't remember.

**Q.** Could you provide an estimate?

**A.** Close to two hours.

---

**Q.** And then after your lunchtime ended, you would
operate a route from the division to -- sorry. Is that
right? You would start at the division again after your
lunchtime ended?

**A.** Yes. I'll be going to my relief point.

**Q.** You would go to your relief point?

**A.** Yes, after lunch.

**Q.** And where was your relief point?

**A.** For 27 line, it would be -- I mean 48 -- I'm sorry.
29 line, it would be Third, and I don't know what the
cross-street is right now. Third Street.

**Q.** So when you worked the 29 line, what was the other
run -- or the other line you operated that day?

**A.** 48 line in the morning.

**Q.** So at one point, you worked the 48 and then the 44;
another point, you worked the 48 and the 29?

**A.** Yes.

**Q.** At one point, you worked the 27, too, right?

**A.** Yes.

**Q.** What was the other piece that you worked that day?

**A.** 44.

**Q.** Any other --

**A.** I don't remember now.

**Q.** The 48 and the 44, you operated the 48 in the
morning and the 44 in the p.m.?

---

**A.** Yes.

**Q.** And then for the 44/27 combo, you would operate the
44 in the a.m. and the 27 in the p.m.?

**A.** Yes.

**Q.** And then for the 48/29, you would operate the 48 in
the a.m. and the 29 in the p.m.?

**A.** Yes.

**Q.** So going back to the 44 and the 27, you would pick
up the 44 at the division in the morning?

**A.** I do the 48 first in the morning, from the
division.

**Q.** I'm sorry. 44?

**A.** No. 48.

**Q.** So you always did the 48 in the morning?

**A.** Yes.

**Q.** Did you ever operate the 44?

**A.** 44 was in the second part, in the afternoon.

**Q.** So 48 in the morning; 44 in the afternoon. Any
other pieces that day?

**A.** No, that's it.

**Q.** What was the one with the 27?

**A.** 27, I think, I did with 29.

**Q.** 27 in the morning; 29 in the p.m.?

**A.** Yes.

**Q.** So let's start out with the 27 and the 29. You

---

**Page 25**

1  would pick up the 27 at the division?
2     A.  Yes.  It's a pull-out.
3     Q.  Where would that run end?
4     A.  The 27 line?
5     Q.  Yeah.
6     A.  24th and Bryant.
7     Q.  And then you would go back to the division for
8  lunch?
9     A.  Yes.
10    Q.  And then you would pick up the 29 in the p.m.?
11    A.  After lunch, yes, I would pick up the 29.  There
12 would be a relief.
13    Q.  The relief is Third and the location you don't
14 remember?
15    A.  I know Third Street.  The cross-street, I don't
16 remember.
17    Q.  And how would you get to that location to pick up
18 the 29?
19    A.  I use the "T" line.
20    Q.  And approximately how long did it take to get there
21 on the "T"?
22    A.  On the "T" line?
23    Q.  Yeah.
24    A.  About ten minutes.
25    Q.  Did you ever not go back to the division for lunch?

**Page 26**

1     A.  I always went to division for lunch.
2     Q.  Were you required to go back to the division for
3  lunch?
4     A.  Well, my car was there.  I had to go back.  And my
5  locker is right in the division.  My lunch would be
6  there, so I need to go back to the division.
7     Q.  But if you wanted to go run an errand over lunch,
8  would you do that?
9     A.  Yes.
10    Q.  And if you wanted to stop by, say, McDonald's or a
11 restaurant to grab lunch outside of the division, could
12 you do that as well?
13    A.  Yes.
14    Q.  Did you ever do that?
15    A.  No.
16    Q.  So you always headed back to the division --
17    A.  Yes.
18    Q.  -- had lunch there?
19    A.  Yes.
20    Q.  Did you do anything else at the division while you
21 were there?
22    A.  Talked to other guys, look at the new bulletins, if
23 there was anything coming up.  You know, letters that
24 would be posted in the bulletin board, I would go through
25 that, see if anything important for us to know.

**Page 27**

1     Q.  Were you required to do that?
2     A.  That was my nature doing that.  If you operator,
3  you need to know what's ahead, what the ballgame is.
4     Q.  Okay.  Now, let's go back to the 48 and the 44.  So
5  you would start at the division and pick up the 48; is
6  that correct?
7     A.  Yes.
8     Q.  Where would the 48 end up?  22nd and Iowa?
9     A.  22nd and Iowa, yes.
10    Q.  Then you would go back to the division after that?
11    A.  After when?
12    Q.  After your relief at 22nd and Iowa, you would go
13 back to the division?
14    A.  Yes.
15    Q.  How would you get -- was the 44, the p.m. route,
16 was that from the division?
17    A.  Yes.
18    Q.  Now, turning... sorry, Mr. Dutt.  Now I'm looking
19 at my notes, and we're talking about -- you've identified
20 two runs you were essentially operating, the 48 and then
21 the 44, for about a year, and then there was the 27 and
22 the 29; is that right?
23    **MR. YOUNG:**  Objection to the extent that it
24 misstates his testimony.  He didn't say he was operating
25 those runs.  He said he was operating those routes.

**Page 28**

1     **MR. REZNIKOV:**  Q.  Is that right?
2     A.  Yes.
3     Q.  Any other runs that you can recall at this point?
4     A.  Any other what?
5     Q.  Any other routes that you can recall at this point?
6     A.  I do remember doing some Express, 16th Express and
7  all that, but I don't remember how long extend or when I
8  done them.
9     Q.  And what was the route that you did when you were
10 driving the 16X?
11    A.  It's a Sunset line.  Maybe it's Noriega.  71
12 Noriega, like you said, Express.
13    Q.  Sorry.  Can you take me through that run?  Where
14 did you start out in the a.m.?
15    A.  Yes, I did a.m.
16    Q.  And you started at the division?
17    A.  I will pull out from division and go to 48 and
18 Ortega.
19    Q.  And that would be your relief point?
20    A.  No, it wasn't relief point.  It was the starting
21 point.  Picking passengers from there was Express,
22 bringing them to the Financial District.
23    Q.  Okay.  And where did that route end?
24    A.  I think last stop was Bush and Montgomery.
25    Q.  And were you relieved at that location?

**A.** No. You had to pull in.

**Q.** So you would go back to --

**A.** It was Express where you normally pull in.

**Q.** And was there an afternoon piece to that route you were operating?

**A.** Yeah. I don't remember what I did the second part.

**Q.** But your consistent practice throughout all of these routes was to go back to the division for lunch, and at the end of the day, go back to the division and go home?

**A.** Yes.

**Q.** What else would you do in the morning before starting your route?

**A.** You mean as I go in the morning in the barn?

**Q.** Yes.

**A.** Mostly I see myself reading the bulletins and picking my paddles up, signing my roster and coming out, doing -- getting my coach from the yard starter.

**Q.** Did you read your bulletins at lunch as well?

**A.** Not the bulletins -- they would have separate bulletins. One was for the work, and the other one for, like, labor department or workmen's comp and all that. If there was something new, I would read that, too, yes.

**Q.** I'm sorry. So there's two bulletin boards you're referring to?

**A.** It was a board that was for the runs. It was just, like, at the window. They put them all separately, and you could read it; you know, constructions and read-outs and whatever they...

**Q.** And you read all of those in the morning?

**A.** In the morning, you need to read that because it could be reflecting your run or your route.

**Q.** Did you read those at lunch?

**A.** No. I was done with that run at that time, lunchtime.

**Q.** What about for your afternoon route?

**A.** Afternoon route, I be going to my relief point and getting relieved. I didn't read them then in the lunchtime, no.

**Q.** Did you read them after work?

**A.** No. I read them only in the mornings when I get there.

**Q.** Were the bulletins on the paddles that you had?

**A.** Very seldom they put bulletins on the paddle, unless it affects your route on construction or read-out for any reason; otherwise, it would be up there; you could read them yourself.

**Q.** Mr. Dutt, do you know what the MTA's policy is for overtime?

**MR. YOUNG:** Objection; vague.

**MR. REZNIKOV: Q.** Do you understand the question, Mr. Dutt?

**A.** I didn't hear it quite well. Could you speak up a little bit louder?

**Q.** Yeah, sure. I'm sorry --

**A.** There's noise in the background.

**Q.** I get that. That construction has been around for a while.

Are you familiar with the policies that you had to follow regarding overtime at MTA?

**A.** Yes.

**Q.** Can you explain to me what that policy is?

**A.** Well, when we worked overtime, we need to fill a timecard and submit it to the dispatcher.

**Q.** Did you ever submit overtime cards?

**A.** I barely did. I was too much discouraged by filling overtime cards, because the rumors were always getting that we are being watched, you know. If we get caught, maybe, lying or somebody's doing something different, you could be terminated from the job. There's always discouraging. People always told me, operators, that they were given hard time by the dispatchers about filling overtimes. And there was a time when they were throwing overtime cards in the garbage can.

**Q.** How many times did you fill out overtime yourself?

**A.** Maybe one or two times.

**Q.** In your entire 17 years at MTA?

**A.** Yes.

**Q.** Only one or two times?

**A.** Yeah.

**Q.** And for how long was that overtime?

**A.** 15 minutes. Ten minutes the most we had.

**Q.** And when did you fill out those overtime slips?

**A.** I don't remember. It's been so long.

**Q.** So do you think it was 2009 --

**A.** I don't remember, sir.

**Q.** But it was only one or two times --

**A.** Most.

**Q.** Why did you fill them out for those two times?

**A.** I don't remember.

**Q.** You did work an extra 15 minutes for those times?

**A.** It could be, yes, when we do the overtime.

**Q.** Did you work overtime for other shifts?

**A.** No.

**Q.** So the one or two times that you filled it out, it was because you had worked later?

**A.** Yes.

**Q.** The other times you had not worked later, so no need to fill out the overtime slip?

**A.** We always work late. Always coming in late every

## Page 33

1  day. When we pull in, we late. When we get relief, we
2  ten minutes late. Bus is never on time. Because the
3  hours that we would get relief is the high-peak hours.
4  Lunchtime or in the evening, like, between 3:00 and 5:00,
5  those are the peak hours, and bus is always late.
6  **Q.** But you did not submit an overtime card even though
7  you worked, right?
8  **A.** No.
9  **Q.** And how late were you?
10  **A.** Ten minutes.
11  **Q.** How often did that happen?
12  **A.** It happens every day.
13  **Q.** Exactly ten minutes?
14  **A.** Yes, ten minutes.
15  **Q.** Was it ever more than ten minutes?
16  **A.** I'd say ten minutes would be the most period of
17  time. Average, I'm looking at.
18  **Q.** Was it ever less than ten minutes?
19  **A.** Ten minutes, I would say, would be the most
20  appropriate answer.
21  **Q.** Were you ever early?
22  **A.** No. Ten minutes was the time that I can say,
23  average.
24  **Q.** So I'm focusing on the early part of it, Mr. Dutt.
25  Were you ever early? Did you ever pull in earlier than

## Page 34

1  your scheduled time?
2  **MR. YOUNG:** Objection; asked and answered. He's
3  stated, like, five times now that his bus is always ten
4  minutes late.
5  **MR. REZNIKOV: Q.** Mr. Dutt, do you understand my
6  question?
7  **A.** Yes.
8  **Q.** Did you ever pull in early to a division?
9  **A.** No, we can't pull in early. You always late
10  pulling in.
11  **Q.** And I understand that. So in your 17-year career
12  at MTA, you don't remember pulling in early at one
13  occasion?
14  **A.** No.
15  **Q.** Understood.
16  Were you ever disciplined for pulling in early?
17  **A.** No.
18  **Q.** And is that because you never did pull in early?
19  **A.** I never pull in early, no.
20  **Q.** Earlier, you testified that you were discouraged
21  from submitting overtime cards. Who discouraged you?
22  **A.** Mostly it's the dispatchers.
23  **Q.** Who was that?
24  **A.** There's so many of them, I don't remember which
25  ones did, but they tell you that you can be disciplined

## Page 35

1  if you lied on it, or there's computers on the coach that
2  can tell you what time you pull in. So I didn't want any
3  part of it because I didn't want to be disciplined and be
4  terminated from job for lying, or whatever reason it
5  could be.
6  **Q.** You would not have been lying, because you were
7  pulling in late; is that right?
8  **A.** Yes.
9  **Q.** You don't remember any of these dispatchers' names?
10  **A.** I don't remember right now. There's so many
11  different, different people, and they're always changing
12  it.
13  **Q.** What did they tell you?
14  **A.** You know, I had -- well, one told me the other one
15  was throwing in the garbage can. And others told me that
16  "Muni will not pay you for your overtime." It was so
17  little, ten minutes. But if you count them every day,
18  ten minutes is quite a bit of time. And then they said,
19  "We'll have inspectors watch you in the yard what time
20  you get in."
21  **Q.** So the one or two times you submitted an overtime
22  card, did you get paid?
23  **A.** I don't remember.
24  **Q.** If you didn't get paid, would you have followed up
25  about it?

## Page 36

1  **A.** Yeah, nobody really cares, you know, if you got
2  paid or not. You go to superintendent, and he's passing
3  the buck to union. You talk to union, he's going to
4  payroll. As busy as we are, we don't have that flexible
5  time to be really investigating for ten minutes of your
6  time.
7  **Q.** Did you ever talk to the union about this issue?
8  **A.** You talk to the union, they'll send you to payroll.
9  Payroll is the one who does all the work that pays you.
10  **Q.** Did you ever see a dispatcher throw an overtime
11  card into the garbage?
12  **A.** I've been told. I never saw it, no.
13  **Q.** Who told you that?
14  **A.** I think some operators told me, and there was a
15  dispatcher, too, was telling people not to fill the
16  overtime card because Muni will not pay you any more.
17  **Q.** Do you know of anybody who filled out an overtime
18  card and was not paid?
19  **MR. YOUNG:** Objection --
20  **THE WITNESS:** No.
21  **MR. YOUNG:** -- calls for speculation.
22  **THE WITNESS:** No, I don't.
23  **MR. REZNIKOV: Q.** So what do you base your belief
24  that people were not paid for their overtime on?
25  **A.** I didn't understand your question.

**Page 37**

1    **Q.** So earlier you testified that you believe people

2    did not submit overtime cards because they would not be

3    paid for them. What do you base that on?

4    **MR. YOUNG:** Objection. It misstates his testimony.

5    He said that dispatchers would tell him that operators

6    will not be paid for overtime.

7    **MR. REZNIKOV:** And, Joel, again, the speaking

8    objections, you can cut it off. Just make the objection,

9    and that's it. If you want to testify for the

10    deponent --

11    **MR. YOUNG:** I'm not testifying. I'm just

12    clarifying his testimony.

13    **MR. REZNIKOV:** Again, make the objection:

14    "misstates the testimony," and I'll go from there. I

15    think this is your fifth or sixth speaking objection.

16    **Q.** Mr. Dutt, what is your understanding of why --

17    strike that.

18    Did you ever personally hear from anybody, another

19    operator, that they were not paid for an overtime card

20    they submitted?

21    **A.** I had operators told me they were given hard time

22    filling out overtime sheet.

23    **Q.** Who told you that?

24    **A.** Operators.

25    **Q.** What were their names?

**Page 38**

1    **A.** I don't know the names and all that. It's been so

2    long now.

3    **Q.** So this was before 2009?

4    **A.** I don't know what year was it, but I remember very

5    well that they told me, you know, operators -- they were

6    new operators, you know.

7    **Q.** That they were not paid for overtime cards they

8    submitted?

9    **A.** The operators -- the dispatchers were giving them a

10    hard time for putting in overtime.

11    **Q.** I'm asking you which operators told you that.

12    **A.** I don't remember.

13    **Q.** Were they friends of yours?

14    **A.** I don't remember whether they friends -- well,

15    they're coworkers, you know, mostly.

16    **Q.** What did they tell you specifically?

17    **A.** That the operators -- dispatchers would give them

18    hard time filling the timecard.

19    **Q.** What were the dispatchers doing?

20    **A.** Like, language, body language, or they telling them

21    that you don't have cause to sign overtime, or you can be

22    investigated, you know. Statements.

23    **Q.** So body language from the dispatchers and that they

24    were telling them that they had to be truthful in these

25    overtime cards. Anything else?

**Page 39**

1    **A.** That's all I know.

2    **Q.** And, again, that never personally happened to you,

3    correct?

4    **A.** It was told to me by another operator, but I have

5    never dispatcher told me not to put in overtime, because

6    I was always -- already discouraged about the whole

7    thing, getting the big picture, you know, like,

8    investigation, or they putting an inspector in the yard,

9    or they have computers that can tell you what time your

10    bus got in the yard, or they were throwing overtime cards

11    in the garbage can.

12    **Q.** How often do you think you were running late? What

13    percentage of your days did you pull into the division

14    after you were scheduled?

15    **MR. YOUNG:** Objection; asked and answered. How

16    many times are we going to ask him this?

17    **MR. REZNIKOV:** **Q.** Go ahead, Mr. Dutt.

18    **A.** How long was it?

19    **Q.** I'm actually just concentrating on 2009 to present.

20    But if you want to go back further, we can.

21    **A.** What was the question again?

22    **Q.** I'm asking what percentage of the days that you

23    worked did you pull in late?

24    **A.** Oh, I said it was 100 percent. Every time we came

25    in, we pull in late. And every time we relief, we late.

**Page 40**

1    At least about ten minutes to every answer would be.

2    **Q.** Did you ever see anything from MTA, a bulletin,

3    asking you -- or informing you to put in for overtime?

4    **A.** I don't remember.

5    **Q.** Is there anything in the rule book regarding how to

6    put in for overtime?

7    **A.** How to put in overtime? Yes, I do know how to put

8    in overtime.

9    **Q.** Did you ever see anything in writing from the MTA

10    that said not to put in for overtime?

11    **A.** I don't remember.

12    **Q.** What does the rule book say about overtime?

13    **A.** Overtime in the rule book, it tells you that if you

14    work over your shift, you need to put in your overtime

15    card to the dispatcher.

16    **Q.** So how come you didn't do that when you worked --

17    **A.** Because I was discouraged all the time. All the

18    problems that was happening in the barn and discourage me

19    from doing anything. It was easier and more simple to be

20    just working your shift and coming in.

21    **Q.** Are you familiar with Incident Reports, Mr. Dutt?

22    **A.** Yes.

23    **Q.** And can you describe them, what they are, to me?

24    **A.** Incident Reports happens -- it's a known Accident

25    Report, right? Something that happens on the bus that

**Page 41**

1   you need to let the division superintendent know,

2   dispatchers know, that certain thing happened; somebody,

3   like, threatened you or did some graffiti or something,

4   you could put an Incident Report.

5      **Q.** What about Miscellaneous Reports? What are those?

6      **A.** Miscellaneous Report is almost like -- you could

7   say somebody was threatening you or somebody was trying

8   to misbehave on the bus that you wanted your

9   superintendent to know about. In case it comes out in

10   the future, you'll have your letter out there already to

11   let him know what happened on the coach.

12      **Q.** How often would you have to fill out an Incident

13   Report?

14      **A.** I don't remember if I did fill any Incident Report.

15      **Q.** Did you ever fill out a Miscellaneous Report?

16      **A.** No.

17      **Q.** Mr. Dutt, how many bulletins do you read per day,

18   would you say?

19      **A.** Practically will read all the bulletins out there,

20   different lines and my line including. Anything -- that

21   bulletin would be there, five or six or even ten, I'll

22   read along real quick, you know, and get familiar with

23   it, because it could be affecting my line, so I read all

24   of them.

25      **Q.** What were the bulletins about?

---

**Page 42**

1      **A.** Mostly construction, read-outs. This would be --

2      **Q.** Would you read the bulletin if it was not for -- if

3   it did not affect your route?

4      **A.** I read them anyway, yes.

5      **Q.** And how long did it take you to read the bulletins?

6      **A.** About five minutes.

7      **Q.** And you did this every morning?

8      **A.** Yeah, we need to in order to know what's going on

9   with your route.

10      **Q.** And you would not read them at lunch or in your

11   afternoon route; just in the mornings?

12      **A.** Yeah, morning mostly I read it because that's when

13   they put them out is the morning.

14      **Q.** And where was the bulletin board located at Woods?

15      **A.** It was right where the dispatcher and the receiver

16   is, right at the window.

17      **Q.** And so you would go to that bulletin board and read

18   them in the morning?

19      **A.** Well, it was like a bulletin board. It was just

20   like you have a shelf at the window, and they put them

21   one at a time and you could read them.

22      **Q.** And did you have the bulletins on your run paddles?

23      **MR. YOUNG:** Objection; asked and answered. It's

24   also vague.

25      **MR. REZNIKOV: Q.** Go ahead, Mr. Dutt.

---

**Page 43**

1      **A.** Did I have -- certain times, certain things they

2   would if it was important to us, like reroutes, something

3   that would affect you directly in the morning. If you

4   went to do 48 line, you know that 24th and Bryant is

5   closed or whatever, then they have a bulletin out there

6   for you on your paddle.

7      **Q.** Would you read them again if the bulletins were on

8   the run paddle?

9      **A.** Yes, I would read them, yes. If it affects my

10   route, yes.

11      **Q.** Was there ever a day you did not read the bulletins

12   on the bulletin board?

13      **A.** No. I read them all the time.

14      **Q.** Did you do anything else at the division besides

15   grab your run paddles and read the bulletin board before

16   you started operating your run?

17      **A.** Sign the roster.

18      **Q.** And what did you have to do when you say "sign the

19   roster"?

20      **A.** You know, your run will be there. You sign your

21   name and your starting time and all that so dispatcher

22   knows this run has gone out already.

23      **Q.** Okay. And what happens when you pull into the

24   division? What did you do when you pulled in?

25      **A.** This is in the evening, right?

---

**Page 44**

1      **Q.** Well, sometimes you would pull in before your lunch

2   shift, right?

3      **A.** No.

4      **Q.** Only in the evening?

5      **A.** Yes.

6      **Q.** Okay. So in the evening, what did you do at that

7   time?

8      **A.** Secure the coach. Normally, you walk outside the

9   bus and look if there was any damages or graffiti, then

10   come inside and look inside if there was any

11   lost-and-found or make sure there was no damage inside

12   the bus — if there was graffiti and stuff, I would

13   rewrite it on the card — and then cut the light off and

14   go inside and take the transfers and the -- I forgot.

15   What's the name... the defect card. Defect card will go

16   in the mailbox, and the transfer will go in a different

17   box; you put them in there and then go upstairs.

18      **Q.** What would you go upstairs for?

19      **A.** Use the bathroom, wash my hands. Hands very dirty,

20   so I wash my hands and then pick my stuff up and go home.

21      **Q.** So the defect card, that's where you would put

22   where something was wrong with the coach?

23      **A.** Yeah, if there's something wrong you see, you could

24   write it down. It was very stiff in the rules. The

25   superintendent wanted to know if there was any new

---

**Page 45**

1   graffitis that you need to put on the defect card; and
2   then after you're done, then you put it in the box.
3     **Q.** So you'd check the outside of the coach, the inside
4   of the coach?
5     **A.** Yes.
6     **Q.** Fill out a defect card, if needed, and then take
7   the transfers and the defect card, give it to the
8   dispatcher?
9     **A.** No. Put it in the boxes. We had one mailbox and
10   one yellow box where you put two separate things in
11   there.
12     **Q.** One is for the defect cards and one was for the
13   transfers?
14     **A.** Exactly.
15     **Q.** Did you do anything else after you pulled in
16   besides those activities that we just talked about?
17     **A.** I went upstairs and went home.
18     **Q.** And how long would it take to check the coach and
19   gather the transfers and then submit them in those boxes?
20     **A.** Average time, I was looking at about ten minutes.
21     **Q.** Would it take you ten minutes to survey the coach
22   and then go to the boxes?
23     **A.** Yes.
24     **Q.** Would it be the same even if you didn't see any
25   graffiti or any issues with the coach?

**Page 46**

1     **A.** There's always different things. You find
2   something, then you have to take that and fill the form
3   out and give it to the dispatcher. Ten minutes to be the
4   average time I'm looking at either way.
5     **Q.** And would you fill out something if you found an
6   item?
7     **A.** Yes. If you found piece of clothing, like hat or
8   somebody left his shoes or bag, brown bag with clothes in
9   it, you go to dispatcher, you tell him, and you fill the
10   form out.
11     **Q.** What form do you fill out?
12     **A.** It's a small form. It says, "Lost-and-Found." You
13   put your name, your run number, and the bus number, and
14   then you hand it out to him, and he'll take it from
15   there.
16     **Q.** How often would you find something on your bus?
17     **A.** I don't know. You find different things at
18   different times, and it's not every night that you find
19   it. Sometimes people leave baskets in the front and
20   they're gone. So that's another big job, then you have
21   to take that bus up in the front of the building and
22   unload the bus and take -- I mean the bike and take it
23   inside and write all that out and bring the bus back in
24   the yard again. So, average, I would say, doing all
25   this, around would be about ten minutes.

**Page 47**

1     **Q.** How often did somebody forget their bike on the
2   bus --
3     **A.** You got over 500 bikes inside the Presidio.
4     **Q.** How often do you personally remember someone --
5     **A.** I found about three to five bikes during our time.
6     **Q.** So in 17 years, about three to five bikes?
7     **A.** Yeah.
8     **Q.** And, again, how often do you think, if you can
9   approximate, that you would find an item on the coach
10   that someone left behind, outside of a bike? Is it once
11   a week? Once a month? Once a year?
12     **A.** I would say about at least twice a week at least
13   somebody will leave something behind. Other times, you
14   find somebody that's sleeping inside the coach that you
15   didn't see him, then that becomes a big problem there
16   that you have to escort him out the yard with the yard
17   starter to make sure he's off the property, and then you
18   come back again, secure the coach and do all the other
19   stuff and then go upstairs.
20     **Q.** Did you ever meet with a supervisor at the end of
21   your run?
22     **A.** Sometime I did.
23     **Q.** And what was that meeting for?
24     **A.** It wasn't a meeting. It was just there. Only time
25   we met was when I found something.

**Page 48**

1     **Q.** Why would you meet with a supervisor when you found
2   something?
3     **A.** Well, I needed a form to fill out for
4   lost-and-found, and I need to hand him the stuff,
5   merchandise that I found, and give him the forms.
6     **Q.** You wouldn't hand that to the dispatcher; you would
7   hand that to the superintendent?
8     **A.** Not superintendent, no. I thought you said
9   "supervisor."
10     **Q.** I'm sorry. Let me go back and ask an initial
11   question. If you found a lost-and-found item, who would
12   you give that lost-and-found item to?
13     **A.** The supervisor, dispatcher.
14     **Q.** And the dispatcher has the lost-and-found form that
15   you would fill out?
16     **A.** Yes.
17     **Q.** And I think you testified to this again, but just
18   to confirm. You've never been disciplined by the MTA?
19     **A.** Under what circumstances?
20     **Q.** Have you ever been disciplined throughout your
21   entire tenure with MTA?
22     **A.** Not that I remember, no.
23     **Q.** So you never had a *Skelly* meeting with --
24     **A.** Well, accidents I had, yeah. But other stuff,
25   being late or other misbehaving, I never been disciplined

**Page 49**

1  or went to hearing for that.

2    **Q.**  You were never disciplined for not reading a

3  bulletin board, correct?

4    **A.**  No.

5    **Q.**  Do you know of anybody that you worked with who was

6  disciplined for not reading the bulletin?

7    **A.**  No, I don't, no.

8    **Q.**  You said you had accident meetings.  How many

9  accidents did you have throughout your time at MTA?

10    **A.**  I don't know how many accident I had, but I had a

11  few of them.  They required to fill the accident forms

12  and go into *Skelly* hearing and all that.

13    **Q.**  I don't know if you meant *Skelly* hearing.

14      Was it a different type of hearing than a *Skelly*

15  hearing and maybe an accident review board hearing, or

16  did you have a *Skelly* discipline hearing before?

17    **A.**  It was a discipline hearing.  It was *Skelly* down

18  One Van Ness.

19    **Q.**  And what happened there?

20    **A.**  Lady fell on the coach.  She was walking while

21  moving in the bus, and she had whole bunch of stuff in

22  her hands, and she fell.

23    **Q.**  Were you disciplined for that incident?

24    **A.**  No, I never had nothing of -- it was -- I think it

25  was -- it wasn't my fault, because we proved it, and

**Page 50**

1  eyewitnesses had proved she was moving on the coach,

2  walking around on the coach when the coach was moving.

3    **Q.**  Did you keep any records of when you worked late

4  while you were working for the MTA?

5    **A.**  No.

6    **Q.**  Did you ever write down how many minutes you were

7  late at any point during your tenure at the MTA?

8    **A.**  I didn't need to, I felt, because I been there for

9  so long, and I know we always late ten minutes.  So

10  always late.

11    **Q.**  Why were you always late ten minutes?

12    **A.**  Peak hours you got more passengers, more traffic,

13  people in wheelchairs, and you got disabled people, then

14  you got seniors, and then you got school children, and

15  you got a loaded bus, and the first thing you thinking

16  about is being safe.  You forget the time, ten minutes or

17  20 minutes.  You want to get them safe, because if you

18  hurt one of them, it's going to cost you more time than

19  ever.

20    **Q.**  So I want to limit this question, Mr. Dutt, to just

21  July 2009 and forward.  Did you meet with a

22  superintendent, an official meeting, regarding discipline

23  for any reason?  Just yes or no?

24    **A.**  I didn't quite understand your question.

25  Discipline in what form?  Is it my behaving on the bus or

**Page 51**

1  is it accident?

2    **Q.**  Let's start first with behaving on the bus --

3    **A.**  No, I never had.

4    **Q.**  Did you meet ever with a superintendent for a

5  performance review?

6    **A.**  Yes, I think I did twice.  Once a year at least.

7    **Q.**  When would that meeting take place?

8    **A.**  I don't remember that, and I don't know what the

9  performance report was, either.  I don't remember that,

10  either.

11    **Q.**  How would you know that you had to meet with your

12  supervisor?

13    **A.**  Most time they would put it on the bulletin board

14  where the shift would be that puts you time during your

15  lunch hour that you need to meet the superintendent.  And

16  if you didn't meet him, then they will show you AWOL.

17    **Q.**  When you knew that you had to meet with a

18  superintendent, you always showed up for that meeting?

19    **A.**  Yes.  Exactly, yes.

20    **Q.**  Are you paid for your lunches when you're working

21  for MTA?

22    **A.**  I don't know.

23    **Q.**  Where was the meeting held with the superintendent?

24    **A.**  Mostly his office.  Always call everybody in his

25  office when he meets anybody.

**Page 52**

1    **Q.**  This is the German man that you don't really

2  remember?

3    **A.**  Yes.

4    **Q.**  Did you ever meet with that person in his office

5  for anything else besides a performance review?

6    **A.**  With the superintendent?  It was that accident I

7  just told you about.

8    **Q.**  You have, maybe, a few performance reviews and an

9  accident.  Anything else?

10    **A.**  Somebody's investigation.  Like, a passenger

11  claimed that he fell on the bus, and I wasn't even aware

12  of it, and he filed a lawsuit against Muni, then I

13  remember he called me in to want to know about the

14  incident.

15    **Q.**  And, again, was that during your lunchtime?

16    **A.**  Yes.

17    **Q.**  And was your lunch scheduled on a specific time

18  each day?

19    **A.**  Certain runs have different times, so I don't

20  remember which -- what part we talking about here.  On

21  the 48 line, I remember was, like, 11:30, somewhere

22  between there that I got relieved; but others, I don't

23  remember.

24    **Q.**  So if you get relieved at 11:30, what time is your

25  lunch from?

**Page 53**

1    **A.**  Sometimes 11:30, you right there, it's your

2 lunchtime.

3    **Q.**  And your next route would start approximately what

4 time?

5    **A.**  I don't remember.

6    **Q.**  Could you estimate?  Would it be two, three --

7    **A.**  At least two hours.  Different runs would be doing

8 differently.  Some have little more than two hours.  Some

9 have less than two hours.

10    **Q.**  And so what do you do for those two hours?  Just

11 have lunch?

12    **A.**  Yeah, have lunch, go to bathroom, you know, rest a

13 little bit, talk to friends.

14    **Q.**  And if you had to meet with a superintendent, it

15 would probably be around that break time, lunchtime?

16    **A.**  Yes.

17    **Q.**  Did you ever meet with a superintendent after, at

18 the end of the day?

19    **A.**  No.  He be going home by then.

20    **Q.**  Did you ever meet with a superintendent before you

21 started the day?

22    **A.**  No.

23    **Q.**  When you did meet with the superintendent these

24 three or four times that you mentioned, how long was the

25 meeting?

---

**Page 54**

1    **A.**  About 15 minutes, the most.

2    **Q.**  Do you know if you were paid for that meeting time

3 that you spent with a supervisor?

4    **A.**  I don't know.

5    **Q.**  Did you keep any records about these meetings?

6    **A.**  No.

7    **Q.**  Has there always been a drop-box for transfers at

8 Woods division?

9    **A.**  Yes, it was a mailbox.

10    **Q.**  Mr. Dutt, I just want to make sure that we talked

11 about each route again that you operated.  We have the 48

12 and the 44 combo, the 27 and the 29 combo, and then we

13 have the 16X; and was there a second one for that one?

14    **A.**  I don't remember the second part.

15    **Q.**  Are there any other routes that you remember?

16    **A.**  No.

17    **Q.**  Mr. Dutt, during your -- after your relief point

18 for the morning route, did you ever do any non-work

19 activities before your afternoon route?  So during that

20 lunchtime period.

21    **A.**  I came always to the barn, catch the 48 line and

22 came to the barn most time.

23    **Q.**  But you were not required to do that; is that

24 right?

25    **A.**  But that's the only way I could have my lunch.  Not

---

**Page 55**

1 required, though, but that's my everyday schedule.

2    **Q.**  And I understand that.

3       Do you know other operators who decided to eat

4 lunch not at the barn, but maybe at another restaurant or

5 to do different things at lunch besides go back to the

6 barn?

7    **A.**  I don't know, no.

8    **MR. REZNIKOV:**  Why don't we take a five- to

9 ten-minute break, and then I shouldn't have too much more

10 after the break.

11    (Recess from 3:04 p.m. to 3:21 p.m.)

12    (Mr. Ginoli is not present.)

13    **MR. REZNIKOV:**  **Q.**  Mr. Dutt, are you slated to be

14 off of disability leave at any point right now, or are

15 you -- there's no end period right now?

16    **A.**  I'm still on disability, and I don't know when I'm

17 going to be off it, except to the doctor, I think.

18    **Q.**  And I don't want to infringe on your privacy, so

19 you don't have to get into the details of it, but it's a

20 medical disability currently?

21    **A.**  Yes.

22    **Q.**  And is it related to the stroke you suffered?

23    **A.**  Yes.

24    **Q.**  Before you went on your disability leave, did you

25 work from July 2009 until your disability leave without

---

**Page 56**

1 any other leaves?

2    **A.**  Yes.  Well, I took vacation one month before I went

3 on disability.

4    **Q.**  Now, earlier, Mr. Dutt, you testified that you're

5 always routinely ten minutes late pulling into the

6 division; is that right?

7    **A.**  Yes.

8    **Q.**  Are you ever more than ten minutes late?

9    **A.**  I'm looking, average, about ten minutes, you know.

10 Sometime I could be more than ten minutes, but the way

11 I've set it up is about ten minutes, I would say.

12    **Q.**  Are you ever -- so there is no day that you're

13 early, correct?

14    **A.**  No.  Very hard to get in.

15    **Q.**  And so is there any day that you're more than 30

16 minutes late?

17    **A.**  No.

18    **Q.**  More than 20 minutes late?

19    **A.**  Mostly, if I were late, about 15 minutes.

20    **Q.**  That's the most --

21    **A.**  Yeah, most would be late.

22    **Q.**  And I don't want to put words into your mouth, but

23 if I'm understanding it correctly, average of ten

24 minutes.  So it could be five minutes; it could be 15

25 minutes, but about ten minutes --

**Page 57**

1    **A.** Ten minutes would be the most be giving --

2    **THE REPORTER:** Would be giving...

3    **THE WITNESS:** Whole ballpark would be ten minutes.

4    **MR. REZNIKOV: Q.** Now, for your workday, do you

5 understand the difference between the report time and the

6 sign-on time?

7    **A.** Report time?

8    **Q.** And the sign-on time.

9    **A.** I know about report time.

10    **Q.** And so maybe -- what is your understanding, when

11 you sign up for a run on the range report, when you have

12 to report to the MTA and when you have to be on the coach

13 and operating the route?

14    **A.** I got a little confused with the time.

15    **Q.** Sure. I'm trying to understand how you start out

16 your day and what time you have to do certain things.

17    And so when you look at a range or your schedule,

18 what time do you have to start operating the route? What

19 do you call that time?

20    **A.** Pull-out time.

21    **Q.** That's the pull-out time?

22    **A.** Yeah. It will show you on your paddle.

23    **Q.** And what is the sign-on time? Does that mean

24 anything to you?

25    **A.** Never had a sign-up time. Report time, I do.

---

**Page 58**

1 Maybe on the paddle, and plus it be on the roster that

2 you sign will tell you report time.

3    **Q.** So you would have a report time where you show up

4 to the division and grab your paddles, sign on that

5 you're reporting, and then a pull-out time when you take

6 the coach out?

7    **A.** After your pre-op, it'll show you the pull-out

8 time, and you need to pull out then so you're not going

9 to be late or miss-out.

10    **Q.** And how much earlier is the report time than the

11 pull-out time?

12    **A.** I think they gave us 15 minutes, from ten minutes

13 to 15 minutes to do the pre-op, and then you pull out on

14 that time.

15    **Q.** So the time you have to start work is the report

16 time; is that right?

17    **A.** Yes.

18    **Q.** And at the report time, that's when you grab your

19 paddles; is that correct?

20    **A.** Yeah, but first you read your bulletin, right?

21 Then 20 minutes before your report time, you could get

22 your paddles, and then you sign the roster, and you go

23 out in the yard to get your coach.

24    **Q.** You have to sign your roster at your report time?

25 Is that the requirement?

---

**Page 59**

1    **A.** You could sign in between, if you want. If you're

2 five minutes ahead or whenever you're done reading your

3 bulletin and getting your outfit, you could sign and then

4 go to the yard and get your coach from the yard starter.

5    **Q.** So you can sign after your report time, then you

6 won't be late, considered late, if you do?

7    **A.** No, you're not going to be late.

8    **Q.** What do you do after your report time but before

9 your pull-out time?

10    **A.** I go to bathroom, you know, get my water ready and

11 get my lunch and backpack that I have stuff in and then

12 just go to the yard and do my -- get the yard starter,

13 get my coach where the location is, find it, do the

14 pre-op.

15    **Q.** And you have about 15 minutes to do that before you

16 pull out?

17    **A.** Yes.

18    **Q.** So have you ever read bulletins during that

19 pull-out after your report time, but before your pull-out

20 time?

21    **A.** I read the bulletin first.

22    **Q.** Have you ever read the bulletins between the report

23 time and the pull-out time?

24    **A.** No.

25    **Q.** Okay. Any reason why you wouldn't read the

---

**Page 60**

1 bulletins --

2    **A.** Well, you had the time, right? Once you're in

3 there, the first thing you want to do is, if you have,

4 like, more than 15 minutes, you want to read your

5 bulletin first because you can't get your paddles ahead

6 of time.

7    **Q.** Why can't you get your --

8    **A.** It was -- that's how the dispatchers and the

9 receiver had put it out.

10    **Q.** When can you get your run paddles?

11    **A.** 20 minutes before your report time.

12    **Q.** Can you get them at your report time?

13    **A.** Yes.

14    **Q.** So let me ask you this hypothetical question. If

15 you come in at your report time and get your paddles

16 then, could you read your bulletins between your report

17 time and your pull-out time?

18    **MR. YOUNG:** I'm going to object to the extent that

19 it's an incomplete hypothetical and also calls for

20 speculation.

21    **MR. REZNIKOV: Q.** Do you understand my question,

22 Mr. Dutt?

23    **A.** No. You guys got me confused a little bit.

24    **Q.** So, again, I'm asking, if you come into work at

25 your report time and obtain your paddles, then could you

**Page 61**

1  read your bulletins before that time -- after that time,
2  but before your pull-out time, before you go to the coach
3  and do the pull-out?  Is that possible?
4      **MR. YOUNG:**  Same objections and that it calls for
5  speculation, and it's an incomplete hypothetical.
6      **THE WITNESS:**  You know, it's up to individual, what
7  they want to do.  But the way I did it, I informed you
8  that I go and read my bulletin first so I would know what
9  my runs will be doing.  If there was a reroute or there
10  was a street closure of whatever's going on, I have the
11  first upper-hand knowledge of the run, of the route, and
12  then I will go and get my paddle and sign my roster and
13  then go downstairs.
14      **MR. REZNIKOV:**  **Q.**  And I understand that it's up to
15  the individual.  If you wanted to do it this way -- I
16  know you did not do it this way, but if you wanted to get
17  your paddles at your report time, then read the
18  bulletins, then go to your coach, grab it for the
19  pull-out, would that be possible?
20      **A.**  Well, you're taking chance of being late
21  downstairs.
22      **Q.**  And what do you mean by that?  Can you explain?
23      **A.**  Well, if your report time is 7:20, you been there
24  7:20, and you got 15 more minutes to pull out, pre-op a
25  coach that you might not know this coach going to run or

**Page 62**

1  not run or has damage or he needs to report to the yard
2  starter, then you going to be run of problems of pulling
3  out late.  And if you're doing Express, it'll be the
4  worst thing ever.
5      **Q.**  And why is that?
6      **A.**  Express got so much time.  They need to move fast
7  and pick the passengers up and take them to Financial
8  District.  You want to give yourself some room, some
9  time, where you can get everything all nice and move in
10  time from the yard.
11      **Q.**  And how much time would you give yourself to make
12  sure that you were able to read the bulletins?
13      **A.**  I always get there, like, 15 minutes at least
14  ahead, you know.  6:30 I be there, 6:15.  6:40-45, I be
15  moving out there.
16      **Q.**  Would you do anything else during that time besides
17  read the bulletins?
18      **A.**  After I got my paddle and I signed the book and I
19  read the bulletin, I might go to bathroom, you know, get
20  some water, you know, in my backpack, then head out to
21  the yard to the yard starter.
22      **Q.**  Mr. Dutt, I want to make sure from earlier, again,
23  that I understand your testimony.  Every day that you
24  worked from 2009 forward at Woods, you would end your day
25  at the division?  You would have a pull-in at the

**Page 63**

1  division; is that right?
2      **A.**  Yes.
3      **Q.**  So your relief points when you're relieved were
4  only during the middle of the days?
5      **A.**  Yes.
6      **Q.**  So you essentially had a split shift the whole
7  time?
8      **A.**  Yes.  Always, yes.
9      **Q.**  And we talked about those routes?
10      **A.**  Mm-hmm.
11      **Q.**  You chose to drive to work because it was more
12  convenient for you; is that right?
13      **A.**  I always drove to work, yes.  It was much easier.
14      **Q.**  Did the MTA ever say you can't drive to work?
15      **A.**  Not that I'm aware of, no.
16      **Q.**  From your understanding -- based on your
17  understanding, you were free to drive to work, take the
18  bus, take BART, whatever it may be, to get to work; is
19  that right?
20      **A.**  I couldn't take a bus from where I live at, but the
21  driving was the most easiest thing for me to be there on
22  time.
23      **Q.**  Mr. Dutt, last few questions here.  You testified
24  about a division superintendent that was German, but you
25  did not recall his name.  Do you remember Francesca Tapia

**Page 64**

1  being a division superintendent of yours?
2      **A.**  It's a lady?
3      **Q.**  Yes.  Francesca Tapia.
4      **A.**  Yeah, I remember that.  She came a year before I
5  went on disability, I think, from Green division.
6      **Q.**  Do you remember any other division superintendents
7  at Woods from 2009 to the present?
8      **A.**  I remember their faces, but I don't remember their
9  names right now.  There's so many changes always been
10  done in between.  Like, throughout the year, even they
11  would -- different superintendents changes.
12      **Q.**  And do you remember any dispatcher by name that was
13  at Woods between 2009 to the present?
14      **A.**  I remember Sims.  He was on day shift.  Another one
15  will be Harold.  Those two names I remember.
16      **Q.**  *Sims* is the last name or first name?
17      **A.**  I don't know.  Sims I remember.  We used to call
18  him "Sims."
19      **Q.**  And there was another individual named *Harold*?
20      **A.**  Harold, yes.  But other than that, I don't know
21  anyone else, because we had so many of them.
22      **Q.**  Did Sims ever discourage you personally from
23  submitting an overtime card?
24      **A.**  I had nothing much to do with Sims.  He was on day
25  shift, and I was, like, working in the morning, getting

```
 1    there at 7:00.  He was going home already.
 2      Q.  He never discouraged you from --
 3      A.  No.
 4      Q.  He never discouraged you from submitting an
 5    overtime card?
 6          And I think, Mr. Dutt, you probably already
 7    answered that question, but can you do it again just for
 8    the record?  Do you want me to restate the question,
 9    Mr. Dutt?
10      A.  No, no, I got it.
11      Q.  Okay.  And I'm sorry.  Can you provide an answer --
12      A.  No.  I said, "No."
13      Q.  Thank you.
14          And what about Harold?  Did he ever discourage you
15    personally from submitting an overtime card?
16      A.  No.
17      Q.  And, lastly, you testified about other operators
18    who you heard stories from about them being discouraged
19    to submit an overtime card.
20      A.  Mm-hmm.
21      Q.  Do you recall any of these operators by name?
22      A.  No, I don't, no.
23      MR. REZNIKOV:  Okay.  Thank you very much,
24    Mr. Dutt.
25      THE WITNESS:  Thank you.
```

---

```
 1          (The deposition concluded at 3:36 p.m.)
 2
 3                        _____
 4          SATISH DUTT
 5          Date:_____
```

---

```
 1          DEPOSITION OFFICER'S CERTIFICATE
 2
 3    STATE OF CALIFORNIA    )
                            ) ss.
 4    COUNTY OF SAN FRANCISCO )
 5
 6          I, TINA MARIE VELASQUEZ, CSR, hereby certify:
 7          I am a duly qualified Certified Shorthand
      Reporter in the State of California, holder of
 8    Certificate Number 10072 issued by the Court Reporters
      Board of California and which is in full force and effect
 9    (Fed. R. Civ. P. 28(a)).
10          I am authorized to administer oaths or
      affirmations pursuant to California Code of Civil
11    Procedure, Section 2093(b); and prior to being examined,
      the deponent was first duly sworn by me.  (Fed. R. Civ.
12    P. 28(a), 30(f)(1)).
13          I am not a relative or employee or attorney or
      counsel of any of the parties, nor am I a relative or
14    employee of such attorney or counsel, nor am I
      financially interested in this action.  (Fed. R. Civ. P.
15    28).
16          I am the deposition officer that stenographically
      recorded the testimony in the foregoing deposition and
17    the foregoing transcript is a true record of the
      testimony given by the deponent.  (Fed. R. Civ. P.
18    30(f)(1)).
19          Before completion of the deposition, review of
      the transcript [ X ] was [ ] was not requested.  If
20    requested, any changes made by the deponent (and provided
      to the reporter) during the period allowed, are appended
21    hereto.  (Fed. R. Civ. P. 30(e)).
22          Dated:  January 10, 2016
23
24                    _____
25                    TINA MARIE VELASQUEZ, CSR
                      State of California
                      CSR License No. 10072
```

---

```
 1          ERRATA SHEET
 2
 3    PAGE  LINE  CHANGE
 4    ____  ____  _____
 5    ____  ____  _____
 6    ____  ____  _____
 7    ____  ____  _____
 8    ____  ____  _____
 9    ____  ____  _____
10    ____  ____  _____
11    ____  ____  _____
12    ____  ____  _____
13    ____  ____  _____
14    ____  ____  _____
15    ____  ____  _____
16    ____  ____  _____
17    ____  ____  _____
18    ____  ____  _____
19    ____  ____  _____
20          I, SATISH DUTT, have made the above changes to
21    my deposition taken in the matter of Stitt, et al. v. The
22    San Francisco Municipal Transportation Agency, et al.,
23    taken on December 22, 2015:
24
25    DATE:_____
                              _____
                              SATISH DUTT
```

**Deposition of Satish Dutt**
**December 22, 2015**

BONNIE L. WAGNER COURT REPORTING SERVICES
Certified Shorthand Reporters
1819 Polk Street, #446
San Francisco, California 94109
(415) 982-4849

January 11, 2016

Satish Dutt
c/o Joel B. Young, Attorney at Law
THE TIDRICK LAW FIRM
2039 Shattuck Avenue, Suite 308
Berkeley, California 94704

Re: *Stitt, et al. v. The San Francisco Municipal*
*Transportation Agency, et al.*
Deposition taken December 22, 2015

Dear Mr. Dutt:

The original transcript of your deposition in the
above-entitled action is now available for your signature
at this office for 30 days from the above date. Please
contact our office if you plan to review the deposition
transcript so we may arrange a mutually convenient
appointment.

You may instead read your attorney's copy if it is more
convenient for you. After reading the transcript, sign
your name on the last page of testimony on the signature
line to indicate approval of the transcript and forward
that page to our office. However, if you wish to change
the form or substance of your answer to any question,
please send the attached Errata Sheet to us, indicating
any changes and the reasons for those changes by way of
page and line number.

Your rights regarding signature of this deposition are
contained in the Federal Rules of Civil Procedure. Your
cooperation is appreciated. Thank you.

Very truly yours,


TINA MARIE VELASQUEZ, CSR No. 10072

cc:  Original
Boris Reznikov, Esq.

69

**Deposition of Satish Dutt**
**December 22, 2015**

MR. REZNIKOV: [6]  8/15 22/18 37/6
37/12 55/7 65/22
MR. YOUNG: [18]  8/7 8/10 15/21
20/24 22/6 22/9 22/14 27/22 30/24 34/1
36/18 36/20 37/3 37/10 39/14 42/22
60/17 61/3
THE REPORTER: [2]  7/15 57/1
THE WITNESS: [6]  8/12 36/19 36/21
57/2 61/5 65/24

-

---o0o [1]  2/19

1

1-20 [1]  1/10
10 [1]  67/22
100 percent [1]  39/24
10072 [4]  1/21 67/8 67/25 69/24
11 [1]  69/4
11:30 [3]  52/21 52/24 53/1
12:00 [1]  17/11
13 [2]  2/17 7/11
1390 [2]  3/4 3/22
15 [14]  6/1 18/21 19/2 32/7 32/16 54/1
56/19 56/24 58/12 58/13 59/15 60/4
61/24 62/13
16th [1]  28/6
16X [2]  28/10 54/13
17 [3]  5/20 32/2 47/6
17-year [1]  34/1
1819 [2]  1/24 69/2
1:55 [1]  3/3

2

20 [12]  1/10 17/21 17/23 18/23 19/5
19/9 19/11 19/12 50/17 56/18 58/21
60/11
2009 [16]  7/8 7/10 7/25 8/19 9/6 12/10
14/15 17/7 32/10 38/3 39/19 50/21
55/25 62/24 64/7 64/13
2014 [1]  17/7
2015 [5]  1/17 2/4 3/2 68/23 69/9
2016 [2]  67/22 69/4
2039 [2]  3/16 69/7
2093 [1]  67/11
22 [7]  1/17 2/4 2/15 2/17 3/2 68/23 69/9
22nd [10]  10/14 10/21 10/22 10/23 11/4
15/2 15/22 27/8 27/9 27/12
24th [9]  11/4 11/13 11/14 14/24 15/3
15/11 20/11 25/6 43/4
24th Street [1]  11/5
27 [19]  11/11 12/1 13/24 14/19 14/23
20/10 23/9 23/18 24/3 24/8 24/21
24/22 24/23 24/25 25/1 25/4 27/21
54/12
28 [3]  67/9 67/12 67/15
29 [17]  11/16 11/22 11/23 12/1 23/10
23/12 23/16 24/5 24/6 24/22 24/23
24/25 25/10 25/11 25/18 27/22 54/12

3

30 [5]  56/15 67/12 67/18 67/21 69/12
308 [2]  3/16 69/7
3:00 [1]  33/4
3:04 [1]  55/11
3:21 [1]  55/11
3:36 [1]  66/1

4

415 [2]  1/25 69/3
44 [20]  9/5 9/10 9/15 9/20 10/1 23/15
23/21 23/24 23/25 24/3 24/8 24/9 24/12
24/16 24/17 24/18 27/4 27/15 27/21
54/12
44/27 [1]  24/2
446 [2]  1/24 69/2
45 [1]  62/14
48 [36]  6/17 9/5 9/9 9/15 9/19 10/1
10/13 10/19 10/20 11/2 11/25 13/10
15/8 15/9 15/12 20/11 23/9 23/14 23/15
23/16 23/24 23/24 24/5 24/10 24/13
24/14 24/18 27/4 27/5 27/8 27/20 28/17
43/4 52/21 54/11 54/21
48/29 [1]  24/5
4849 [2]  1/25 69/3

5

500 [1]  47/3
5:00 [1]  33/4
5th [1]  3/22

6

6:15 [2]  17/17 62/14
6:30 [1]  62/14
6:40 [1]  6/19
6:40 a.m [1]  6/9
6:40-45 [1]  62/14

7

71 [1]  28/11
7:00 [6]  6/13 8/21 8/22 9/22 9/23 65/1
7:20 [2]  61/23 61/24
7th [1]  3/4

9

9163 [2]  5/21 5/22
94102 [1]  3/23
94109 [2]  1/24 69/2
94704 [2]  3/17 69/7
982-4849 [2]  1/25 69/3

A

a.m [7]  6/9 8/21 9/22 24/3 24/6 28/14
28/15
ability [1]  5/1
able [2]  18/24 62/12
above [3]  68/20 69/12 69/12
above-entitled [1]  69/12
accident [8]  40/24 49/8 49/10 49/11
49/15 51/1 52/6 52/9
accidents [2]  48/24 49/9
action [2]  67/14 69/12
activities [2]  45/16 54/19
administer [1]  67/10
affect [3]  5/1 42/3 43/3
affecting [1]  41/23
affects [2]  30/20 43/9
affirmations [1]  67/10
after [23]  14/12 22/20 23/1 23/3 23/7
25/11 27/10 27/11 27/12 30/15 39/14
45/2 45/15 53/17 54/17 55/10 58/7 59/5
59/8 59/19 61/1 62/18 69/15
afternoon [8]  14/6 24/17 24/18 29/4
30/11 30/12 42/11 54/19
against [1]  52/12
AGENCY [3]  1/9 68/22 69/9
ago [1]  7/11

agree [1]  8/6
ahead [10]  8/9 17/22 18/21 18/21 27/3
39/17 42/25 59/2 60/5 62/14
al [4]  68/21 68/22 69/8 69/9
allowed [2]  15/17 67/20
almost [1]  41/6
along [1]  41/22
always [36]  5/21 7/6 7/23 10/10 13/22
13/24 14/2 14/18 17/1 18/18 24/14 26/1
26/16 31/17 31/21 31/21 32/25 32/25
33/5 34/3 34/9 35/11 39/6 46/1 50/9
50/10 50/11 51/18 51/24 54/7 54/21
56/5 62/13 63/8 63/13 64/9
am [8]  7/15 21/9 67/7 67/10 67/13
67/13 67/14 67/16
another [10]  11/16 13/24 14/6 23/16
37/18 39/4 46/20 55/4 64/14 64/19
answered [4]  34/2 39/15 42/23 65/7
anybody [6]  19/22 21/8 36/17 37/18
49/5 51/25
anyone [1]  64/21
anyway [1]  42/4
appeared [1]  3/7
appended [1]  67/20
appointment [5]  2/17 21/16 21/20 22/13
69/14
appreciated [1]  69/21
appropriate [1]  33/20
approval [1]  69/16
approximate [2]  9/2 47/9
approximately [5]  7/8 15/4 17/9 25/20
53/3
around [8]  6/13 8/21 8/22 13/14 31/7
34/25 50/2 53/15
arrange [1]  69/13
as [15]  3/9 3/10 4/2 5/15 5/21 8/8 19/16
19/16 19/19 19/19 26/12 29/14 29/19
36/4 36/4
ASSOCIATES [1]  1/23
assume [1]  5/6
assuming [1]  17/5
attached [1]  69/18
attorney [14]  3/4 3/15 3/19 3/21 4/17
20/20 21/1 21/3 21/6 22/11 22/16 67/13
67/14 69/6
attorney's [1]  5/7
attorney-client [4]  21/1 21/3 22/11
22/16
attorneys [4]  2/18 20/23 22/1 22/14
audibly [1]  5/7
authorized [1]  67/10
available [2]  12/22 69/12
Avenue [2]  3/16 69/7
average [7]  33/17 33/23 45/20 46/4
46/24 56/9 56/23
aware [2]  52/11 63/15
away [1]  15/3
AWOL [1]  51/16

B

background [1]  31/6
backpack [2]  59/11 62/20
bag [2]  46/8 46/8
ballgame [1]  27/3
ballpark [1]  57/3
barely [1]  31/16
barn [8]  13/5 13/6 29/14 40/18 54/21
54/22 55/4 55/6
BART [1]  63/18

**B**

base [2]  36/23 37/3
based [1]  63/16
basis [3]  20/25 22/10 22/15
baskets [1]  46/19
bathroom [4]  44/19 53/12 59/10 62/19
be [84]
becomes [1]  47/15
before [50]  2/16 3/5 4/18 6/2 7/17 7/20
 7/25 8/15 9/8 9/8 9/17 9/19 10/1 14/20
 17/4 18/22 18/23 19/3 19/5 19/9 19/11
 19/12 19/14 19/16 19/19 19/23 20/20
 21/13 21/15 21/17 22/9 29/12 38/3
 43/15 44/1 49/16 53/20 54/19 55/24
 56/2 58/21 59/8 59/15 59/19 60/11 61/1
 61/2 61/2 64/4 67/9
behalf [1]  1/4
behaving [2]  50/25 51/2
behind [2]  47/10 47/13
belief [1]  36/23
believe [1]  37/1
Berkeley [2]  3/17 69/7
besides [7]  6/23 11/24 43/14 45/16
 52/5 55/5 62/16
better [2]  5/4 17/18
bid [3]  7/24 8/3 8/5
bidding [4]  7/13 7/19 7/20 8/1
big [3]  39/7 46/20 47/15
bike [3]  46/22 47/1 47/10
bikes [3]  47/3 47/5 47/6
bit [4]  31/4 35/18 53/13 60/23
blocks [1]  15/3
board [12]  17/25 26/24 30/1 42/14
 42/17 42/19 43/12 43/15 49/3 49/15
 51/13 67/8
boards [1]  29/24
body [2]  38/20 38/23
BONNIE [2]  1/23 69/1
book [5]  18/15 40/5 40/12 40/13 62/18
BORIS [2]  3/21 69/25
box [4]  44/17 45/2 45/10 54/7
boxes [3]  45/9 45/19 45/22
break [7]  13/2 20/18 22/20 22/20 53/15
 55/9 55/10
bring [1]  46/23
bringing [1]  28/22
brown [1]  46/8
Bryant [11]  11/4 11/4 11/11 11/13
 11/14 14/23 15/3 15/11 20/10 25/6 43/4
buck [1]  36/3
building [1]  46/21
bulletin [23]  17/24 18/14 18/25 26/24
 29/24 40/2 41/21 42/2 42/14 42/17
 42/19 43/5 43/12 43/15 49/3 49/6 51/13
 58/20 59/3 59/21 60/5 61/8 62/19
bulletins [23]  17/24 26/22 29/16 29/19
 29/20 29/21 30/18 30/19 41/17 41/19
 41/25 42/5 42/22 43/7 43/11 59/18
 59/22 60/1 60/16 61/1 61/18 62/12
 62/17
bunch [1]  49/21
Burlingame [1]  12/9
bus [26]  6/15 14/22 15/6 15/15 15/17
 33/2 33/5 34/3 39/10 40/25 41/8 44/9
 44/12 46/13 46/16 46/21 46/22 46/23
 47/2 49/21 50/15 50/25 51/2 52/11
 63/18 63/20
buses [1]  6/14
Bush [1]  28/24

**C**

busy [1]  36/4

C-12-03704-YGR [1]  1/7
c/o [1]  69/6
CALIFORNIA [13]  1/2 1/24 3/5 3/7 3/17
 3/23 67/3 67/7 67/8 67/10 67/25 69/2
 69/6
call [3]  51/24 57/19 64/17
called [2]  3/9 52/13
calls [3]  36/21 60/19 61/4
came [7]  14/18 17/21 17/24 39/24
 54/21 54/22 64/4
car [3]  12/7 14/13 26/4
card [18]  33/6 35/22 36/11 36/16 36/18
 37/19 40/15 44/13 44/15 44/15 44/21
 45/1 45/6 45/7 64/23 65/5 65/15 65/19
cards [9]  31/15 31/17 31/24 34/21 37/2
 38/7 38/25 39/10 45/12
career [1]  34/11
cares [1]  36/1
case [1]  41/9
catch [1]  54/21
caught [1]  31/19
cause [1]  38/21
cc [1]  69/25
certain [5]  41/2 43/1 43/1 52/19 57/16
CERTIFICATE [2]  67/1 67/8
Certified [3]  3/6 67/7 69/1
certify [1]  67/6
chance [3]  4/13 4/17 61/20
change [3]  12/19 68/3 69/17
changes [7]  17/2 64/9 64/11 67/20
 68/20 69/18 69/18
changing [2]  12/18 35/11
chargeable [1]  19/18
check [2]  45/3 45/18
children [1]  50/14
chose [1]  63/11
circumstances [1]  48/19
CITY [5]  1/9 3/4 3/19 3/20 3/25
Civ [5]  67/9 67/11 67/14 67/17 67/21
Civil [1]  67/10 69/20
claimed [1]  52/11
clarifying [1]  37/12
clock [1]  15/20
Close [1]  22/25
closed [1]  43/5
closure [1]  61/10
clothes [1]  46/8
clothing [1]  46/8
coach [26]  29/18 35/1 41/11 44/8 44/22
 45/3 45/4 45/18 45/21 45/25 47/9 47/14
 47/18 49/20 50/1 50/2 50/2 57/12 58/6
 58/23 59/4 59/13 61/2 61/18 61/25
 61/25
Code [1]  67/10
combination [1]  9/9
combo [3]  24/2 54/12 54/12
come [7]  13/25 21/16 40/16 44/10
 47/18 60/15 60/24
comes [1]  41/9
coming [4]  26/23 29/17 32/25 40/20
commencing [1]  3/3
communications [1]  21/5
comp [1]  29/22
complete [1]  4/21
completion [1]  67/19
computers [1]  35/1 39/9

concentrating [1]  39/19
concluded [1]  66/1
confirm [1]  48/18
confused [2]  57/14 60/23
consequences [1]  18/16
considerations [1]  7/20
considered [1]  59/6
consistent [1]  29/7
construction [3]  30/20 31/7 42/1
constructions [1]  30/3
contact [1]  69/13
contacted [1]  22/1
contained [1]  69/20
convenient [3]  63/12 69/13 69/15
conversation [1]  21/12
conversations [1]  21/7
cooperation [1]  69/21
copy [1]  69/15
correctly [1]  56/23
cost [1]  50/18
counsel [4]  2/15 22/8 67/13 67/14
count [1]  35/17
COUNTY [4]  1/9 3/20 3/25 67/4
couple [1]  15/5
court [6]  1/1 1/23 5/8 5/16 67/8 69/1
coworkers [1]  38/15
cross [5]  10/21 11/17 11/18 23/11
 25/15
cross-street [5]  10/21 11/17 11/18
 23/11 25/15
CSR [5]  1/21 67/6 67/24 67/25 69/24
currently [2]  5/24 55/20
cut [2]  37/8 44/13

**D**

daily [1]  22/21
damage [2]  44/11 62/1
damages [1]  44/9
DARRYL [1]  1/4
date [3]  66/5 68/25 69/12
Dated [1]  67/22
day [23]  12/21 14/17 17/3 17/16 23/13
 23/20 24/19 29/9 33/1 33/12 35/17
 41/17 43/11 52/18 53/18 53/21 56/12
 56/15 57/16 62/23 62/24 64/14 64/24
days [7]  7/22 39/13 39/22 63/4 69/12
daytime [1]  17/11
Dear [1]  69/6
December [5]  1/17 2/4 3/2 68/23 69/9
decided [1]  55/3
declaration [2]  21/22 22/6
defect [7]  44/15 44/15 44/21 45/1 45/6
 45/7 45/12
Defendants [3]  1/11 3/9 3/18
department [1]  29/22
deponent [4]  37/10 67/11 67/17 67/20
deposition [19]  1/15 2/3 2/16 2/18 3/2
 4/18 20/21 22/9 22/14 66/1 67/1 67/16
 67/16 67/19 68/21 69/9 69/11 69/13
 69/20
depositions [1]  4/11
describe [1]  40/23
details [2]  21/11 55/19
diesel [2]  6/14 6/15
difference [1]  57/5
different [22]  7/24 8/1 9/2 9/4 9/4 10/13
 10/14 10/15 17/2 31/20 35/11 35/11
 41/20 44/16 46/1 46/17 46/18 49/14
 52/19 53/7 55/5 64/11

## D

differently [1]  53/8
directly [1]  43/3
dirty [1]  44/19
disability [17]  5/24 5/25 6/2 7/11 7/25
9/7 14/16 16/4 17/5 17/8 55/14 55/16
55/20 55/24 55/25 56/3 64/5
disabled [1]  50/13
discipline [4]  49/16 49/17 50/22 50/25
disciplined [11]  18/7 19/22 34/16 34/25
35/3 48/18 48/20 48/25 49/2 49/6 49/23
discourage [3]  40/18 64/22 65/14
discouraged [8]  31/16 34/20 34/21 39/6
40/17 65/2 65/4 65/18
discouraging [1]  31/21
dispatcher [15]  16/23 31/14 36/10
36/15 39/5 40/15 42/15 43/21 45/8 46/3
46/9 48/6 48/13 48/14 64/12
dispatchers [11]  16/25 17/2 31/22
34/22 37/5 38/9 38/17 38/19 38/23 41/2
60/8
dispatchers' [1]  35/9
DISTRICT [4]  1/1 1/2 28/22 62/8
division [60]  6/10 10/6 10/10 12/4 13/20
13/21 13/23 14/1 14/3 14/4 14/9 14/11
14/12 14/18 14/21 14/22 15/7 15/21
16/3 16/6 16/14 16/24 17/15 20/12 23/2
23/3 24/9 24/11 25/1 25/7 25/25 26/1
26/2 26/5 26/6 26/11 26/16 26/20 27/5
27/10 27/13 27/16 28/16 28/17 29/8
29/9 34/8 39/13 41/1 43/14 43/24 54/8
56/6 58/4 62/25 63/1 63/24 64/1 64/5
64/6
divisions [1]  6/23
divulging [1]  21/3
doctor [1]  55/17
documents [2]  2/15 21/25 22/9
does [5]  1/10 15/9 36/9 40/12 57/23
done [5]  28/8 30/9 45/2 59/2 64/10
down [6]  5/8 13/2 20/18 44/24 49/17
50/6
downstairs [2]  61/13 61/21
drive [4]  12/7 63/11 63/14 63/17
driven [1]  12/21
driving [2]  28/10 63/21
drop [2]  15/13 54/7
drop-box [1]  54/7
drove [1]  63/13
DUDLEY [1]  3/24
duly [4]  3/9 4/2 67/7 67/11
during [12]  8/7 9/3 47/5 50/7 51/14
52/15 54/17 54/19 59/18 62/16 63/4
67/20
DUTT [43]  1/16 2/3 3/8 4/1 4/4 4/6 4/7
4/10 5/19 7/19 15/24 17/3 20/20 21/4
21/22 22/6 22/21 27/18 30/23 31/2
33/24 34/5 37/16 39/17 40/21 41/17
42/25 50/20 54/10 54/17 55/13 56/4
60/22 62/22 63/23 65/6 65/9 65/24 66/3
68/20 68/25 69/5 69/10

## E

each [3]  5/10 52/18 54/11
earlier [9]  14/19 17/20 19/23 33/25
34/20 37/1 56/4 58/10 62/22
early [10]  33/21 33/24 33/25 34/8 34/9
34/12 34/16 34/18 34/19 56/13
easier [2]  40/19 63/13
easiest [1]  63/21

## eat [1]  55/3

effect [1]  67/8
either [4]  21/8 46/4 51/9 51/10
else [9]  26/20 29/12 38/25 43/14 45/15
52/5 52/9 62/16 64/21
employed [1]  5/23
employee [3]  15/18 67/13 67/14
end [19]  10/5 10/5 10/7 10/12 11/12
13/22 14/9 14/10 14/11 14/16 14/17
25/3 27/8 28/23 29/9 47/20 53/18 55/15
62/24
ended [5]  6/20 14/2 14/20 23/1 23/4
entire [3]  12/3 32/2 48/21
entitled [2]  21/9 69/12
errand [1]  26/7
ERRATA [2]  68/1 69/18
escort [1]  47/16
especially [1]  17/7
Esq [1]  69/25
essentially [2]  27/20 63/6
estimate [5]  7/4 9/12 13/15 22/24 53/6
et [4]  68/21 68/22 69/8 69/9
even [5]  33/6 41/21 45/24 52/11 64/10
evening [5]  8/22 33/4 43/25 44/4 44/6
every [9]  32/25 33/12 35/17 39/24
39/25 40/1 42/7 46/18 62/23
everybody [1]  51/24
everyday [1]  55/1
everything [2]  5/8 62/9
exact [1]  6/5
exactly [4]  13/13 33/13 45/14 51/19
EXAMINATION [2]  2/6 4/3
examined [2]  3/10 67/11
except [1]  55/17
excuse [1]  12/25
explain [3]  13/3 31/12 61/22
Express [7]  28/6 28/6 28/12 28/21 29/3
62/3 62/6
extend [1]  28/7
extent [2]  27/23 60/18
extra [1]  32/16
eyewitnesses [1]  50/1

## F

faces [1]  64/8
fairly [1]  17/6
familiar [4]  7/13 31/9 40/21 41/22
fast [1]  62/6
fault [1]  49/25
Fed [5]  67/9 67/11 67/14 67/17 67/21
Federal [1]  69/20
fell [3]  49/20 49/22 52/11
felt [1]  50/9
few [5]  4/25 16/25 49/11 52/8 63/23
fifth [1]  37/15
file [3]  21/22 21/25 22/6
filed [1]  52/12
fill [17]  31/13 31/25 32/8 32/14 32/24
36/15 41/12 41/14 41/15 45/6 46/2 46/5
46/9 46/11 48/3 48/15 49/11
filled [2]  32/20 36/17
filling [4]  31/17 31/23 37/22 38/18
Financial [2]  28/22 62/7
financially [1]  67/14
find [7]  46/1 46/16 46/17 46/18 47/9
47/14 59/13
fine [2]  9/12 13/15
finish [3]  5/10 5/11 7/16
FIRM [2]  3/14 69/6

## first [14]  9/2 9/15 16/13 24/10 50/15

51/2 58/20 59/21 60/3 60/5 61/8 61/11
64/16 67/11
five [10]  17/12 19/14 34/3 41/21 42/6
47/5 47/6 55/8 56/24 59/2
flexible [1]  36/4
floor [2]  3/5 3/22
focus [1]  17/4
focusing [1]  33/24
follow [1]  31/10
followed [1]  35/24
follows [1]  4/2
force [1]  67/8
foregoing [2]  67/16 67/17
forget [2]  47/1 50/16
forgot [1]  44/14
form [8]  46/2 46/10 46/11 46/12 48/3
48/14 50/25 69/17
forms [2]  48/5 49/11
forth [1]  3/11
forward [3]  50/21 62/24 69/16
found [13]  44/11 46/5 46/7 46/12 47/5
47/25 48/1 48/4 48/5 48/11 48/11 48/12
48/14
four [3]  17/12 17/14 53/24
Francesca [2]  63/25 64/3
FRANCISCO [11]  1/8 1/9 1/24 3/5 3/20
3/23 3/25 67/4 68/22 69/2 69/8
free [3]  12/16 15/17 63/17
friends [3]  38/13 38/14 53/13
front [2]  46/19 46/21
full [2]  4/21 67/8
further [1]  39/20
future [1]  41/10

## G

garbage [4]  31/24 35/15 36/11 39/11
gather [1]  45/19
gave [1]  58/12
general [2]  8/18 9/23
German [4]  16/21 16/22 52/1 63/24
getting [9]  18/15 18/22 21/11 29/18
30/13 31/18 39/7 59/3 64/25
GINOLI [2]  3/25 55/12
give [9]  5/15 7/4 38/17 45/7 46/3 48/5
48/12 62/8 62/11
given [3]  31/22 37/21 67/17
giving [3]  38/9 57/1 57/2
gone [2]  43/22 46/20
grab [5]  26/11 43/15 58/4 58/18 61/18
graffiti [4]  41/3 44/9 44/12 45/25
graffitis [1]  45/1
GRANDBERRY [1]  1/4
Green [1]  64/5
GRIFFIN [1]  1/4
guess [2]  6/21 17/7
guys [2]  26/22 60/23

## H

hand [5]  46/14 48/4 48/6 48/7 61/11
handful [3]  8/6 8/8 8/14
hands [4]  44/19 44/19 44/20 49/22
happen [2]  13/16 33/11
happened [4]  39/2 41/2 41/11 49/19
happening [1]  40/18
happens [4]  33/12 40/24 40/25 43/23
hard [7]  8/13 9/11 31/22 37/21 38/10
38/18 56/14
Harold [4]  64/15 64/19 64/20 65/14

## H

hat [1]  46/7
have [73]
having [2]  4/2 16/14
head [3]  14/13 22/7 62/20
headed [1]  26/16
hear [3]  4/14 31/3 37/18
heard [3]  5/6 12/19 65/18
hearing [8]  49/1 49/12 49/13 49/14
 49/15 49/15 49/16 49/17
HEDY [1]  1/4
held [1]  51/23
hereby [1]  67/6
hereinafter [1]  3/11
hereto [1]  67/21
high [1]  33/3
high-peak [1]  33/3
hmm [2]  63/10 65/20
holder [1]  67/7
home [6]  14/13 29/10 44/20 45/17
 53/19 65/1
hour [2]  3/3 51/15
hours [12]  13/14 17/13 17/14 22/25
 33/3 33/3 33/5 50/12 53/7 53/8 53/9
 53/10
However [1]  69/17
hurt [1]  50/18
hypothetical [3]  60/14 60/19 61/5

## I

I'd [2]  18/24 33/16
I'll [4]  5/11 23/5 37/14 41/21
I'm [35]  4/25 5/3 5/24 6/21 10/3 10/23
 12/20 17/5 20/25 21/4 22/11 22/16 23/9
 24/12 27/18 29/24 31/5 33/24 37/4 37/24
 37/11 37/11 38/11 39/19 39/22 46/4
 48/10 55/16 55/16 56/9 56/23 57/15
 60/18 60/24 63/15 65/11
I've [2]  36/12 56/11
identified [1]  27/19
important [2]  26/25 43/2
impossible [1]  21/1
incident [7]  40/21 40/24 41/4 41/12
 41/14 49/23 52/14
including [1]  41/20
incomplete [2]  60/19 61/5
indicate [1]  69/16
indicating [1]  69/18
individual [3]  61/6 61/15 64/19
informed [1]  61/7
informing [1]  40/3
infringe [1]  55/18
initial [1]  48/10
inside [8]  44/10 44/10 44/11 44/14 45/3
 46/23 47/3 47/14
inspector [1]  39/8
inspectors [1]  35/19
instance [2]  13/9 20/9
instances [1]  12/21
instead [1]  69/15
instruct [2]  22/11 22/16
INSTRUCTED [1]  2/13
interested [1]  67/14
investigated [1]  38/22
investigating [1]  36/5
investigation [2]  39/8 52/10
Iowa [9]  10/14 10/22 10/24 10/25 15/2
 15/2 27/8 27/9 27/12
is [83]

issue [1]  36/7
issued [1]  67/8
issues [1]  45/25
it'll [2]  58/7 62/3
item [4]  46/6 47/9 48/11 48/12

## J

January [2]  67/22 69/4
job [3]  31/20 35/4 46/20
JOEL [5]  3/15 22/5 22/19 37/7 69/6
JOHN [1]  3/24
JON [1]  3/25
July [2]  50/21 55/25
July 2009 [2]  50/21 55/25
just [24]  9/12 9/14 10/3 11/18 14/12
 16/16 21/20 30/1 37/8 37/11 39/19
 40/20 42/11 42/19 45/16 47/24 48/17
 50/20 50/23 52/7 53/10 54/10 59/12
 65/7

## K

keep [2]  50/3 54/5
Kirkland [2]  6/24 6/25
knew [1]  51/17
knowledge [1]  61/11
known [1]  40/24
knows [1]  43/22

## L

labor [1]  29/22
lady [2]  49/20 64/2
language [3]  38/20 38/20 38/23
last [10]  4/6 4/8 4/12 5/3 9/14 13/9
 28/24 63/23 64/16 69/16
lastly [1]  65/17
late [32]  18/7 32/25 32/25 33/1 33/2
 33/5 33/9 34/4 34/9 35/7 39/12 39/23
 39/25 39/25 48/25 50/3 50/7 50/9 50/10
 50/11 56/5 56/6 56/18 56/18 56/19
 56/21 58/9 59/6 59/6 59/7 61/20 62/3
later [2]  32/21 32/23
LAW [5]  3/14 3/15 3/21 69/6 69/6
lawsuit [4]  21/23 21/25 22/18 52/12
lay [1]  21/2
least [9]  17/14 17/22 18/21 40/1 47/12
 47/12 51/6 53/7 62/13
leave [14]  5/25 6/2 7/11 7/25 9/7 14/16
 16/4 17/5 17/8 46/19 47/13 55/14 55/24
 55/25
leaves [1]  56/1
left [3]  8/14 46/8 47/10
less [2]  33/18 53/9
letter [1]  41/10
letters [1]  26/23
level [1]  12/13
License [1]  67/25
lied [1]  35/1
light [1]  44/13
limit [1]  50/20
line [45]  2/14 6/16 6/17 6/18 9/5 9/5
 10/13 10/19 10/20 11/2 11/9 11/12
 11/16 11/22 11/23 11/25 12/1 12/1 13/7
 13/12 13/22 13/24 14/7 14/19 15/8 15/9
 15/12 20/10 23/9 23/10 23/12 23/13
 23/14 25/4 25/19 25/22 28/11 41/20
 41/23 43/4 52/21 54/21 68/3 69/16
 69/19
lines [1]  9/4 9/8 41/20
literally [1]  21/1
little [6]  31/4 35/17 53/8 53/13 57/14

60/23
live [2]  12/8 63/20
lived [1]  12/10
loaded [1]  50/15
located [2]  15/1 42/14
location [5]  10/5 25/13 25/17 28/25
 59/13
locations [1]  11/25
locker [1]  26/5
long [22]  5/18 5/25 6/18 6/21 6/25 7/2
 9/9 9/14 15/15 19/16 19/19 22/22 25/20
 28/7 32/6 32/9 38/2 39/18 42/5 45/18
 53/3 53/24
look [4]  26/22 44/9 44/10 57/17
looked [2]  7/21 7/23
looking [5]  27/18 33/17 45/20 46/4 56/9
looks [2]  16/19 16/20
lost [6]  44/11 46/12 48/4 48/11 48/12
 48/14
lost-and-found [6]  44/11 46/12 48/4
 48/11 48/12 48/14
lot [1]  16/25
louder [1]  31/4
lunch [29]  13/17 13/18 13/25 14/1 14/4
 23/7 25/8 25/11 25/25 26/1 26/3 26/5
 26/7 26/11 26/18 29/8 29/19 30/8 42/10
 44/1 51/15 52/17 52/25 53/11 53/12
 54/25 55/4 55/5 59/11
lunches [1]  51/20
lunchroom [1]  13/19
lunchtime [18]  10/2 13/2 13/13 13/14
 13/16 14/20 17/10 17/11 22/22 23/1
 23/4 30/10 30/14 33/4 52/15 53/2 53/15
 54/20
lying [3]  31/19 35/4 35/6

## M

made [4]  7/20 7/21 67/20 68/20
mail [1]  22/3
mailbox [3]  44/16 45/9 54/9
main [1]  11/19
man [1]  52/1
management [1]  18/11
many [17]  8/1 8/13 9/2 9/19 15/3 16/11
 21/17 31/25 34/24 35/10 39/16 41/17
 49/8 49/10 50/6 64/9 64/21
MARIE [1]  1/21 3/5 67/6 67/24 69/24
marked [1]  2/10
Market [2]  3/4 3/22
matter [1]  68/21
maximum [1]  7/5
may [5]  22/1 22/19 63/18 69/13 69/15
maybe [11]  8/3 17/18 22/5 28/11 31/19
 32/1 49/15 52/8 55/4 57/10 58/1
McDonald's [1]  26/10
meant [1]  49/13
medical [1]  55/20
medication [1]  4/23
medications [1]  4/25
meet [17]  16/9 16/11 20/20 21/12 47/20
 48/1 50/21 51/4 51/11 51/15 51/16
 51/17 52/4 53/14 53/17 53/20 53/23
meeting [9]  47/23 47/24 48/23 50/22
 51/7 51/18 51/23 53/25 54/2
meetings [2]  49/8 54/5
meets [1]  51/25
memory [1]  5/1
mentioned [1]  53/24
merchandise [1]  48/5

# M

met [4]  20/23 21/9 21/12 47/25
meter [1]  12/19
middle [1]  63/4
might [2]  61/25 62/19
miles [1]  15/5
minute [1]  55/9
minutes [64]  15/16 17/21 17/23 18/21
18/23 19/3 19/5 19/9 19/11 19/12 19/14
25/24 32/7 32/7 32/16 33/2 33/10 33/13
33/14 33/15 33/16 33/18 33/19 33/22
34/4 35/17 35/18 36/5 40/1 42/6 45/20
45/21 46/3 46/25 50/6 50/9 50/11 50/16
50/17 54/1 56/5 56/8 56/9 56/10 56/11
56/16 56/18 56/19 56/24 56/24 56/25
56/25 57/1 57/3 58/12 58/12 58/13
58/21 59/2 59/15 60/4 60/11 61/24
62/13
misbehave [1]  41/8
misbehaving [1]  48/25
Miscellaneous [3]  41/5 41/6 41/15
miss [4]  18/16 18/16 19/17 58/9
miss-out [3]  18/16 19/17 58/9
miss-outs [1]  18/16
misstates [3]  27/24 37/4 37/14
Mm [1]  63/10 65/20
Mm-hmm [2]  63/10 65/20
money [1]  7/21
Montgomery [1]  28/24
month [2]  47/11 56/2
months [4]  6/1 7/1 7/11 8/4
more [17]  16/14 33/15 36/16 40/19
50/12 50/12 50/18 53/8 55/9 56/8 56/10
56/15 56/18 60/4 61/24 63/11 69/15
morning [28]  4/10 5/7 6/9 6/17 8/21
12/4 13/1 13/7 13/22 17/9 23/14 23/25
24/9 24/10 24/14 24/18 24/23 29/12
29/14 30/5 30/6 42/7 42/12 42/13 42/18
43/3 54/18 64/25
mornings [2]  30/16 42/11
most [13]  7/5 17/21 32/7 32/13 33/16
33/19 51/13 54/1 54/22 56/20 56/21
57/1 63/21
mostly [8]  7/21 29/16 34/22 38/15 42/1
42/12 51/24 56/19
mouth [1]  56/22
move [2]  62/6 62/9
moving [4]  49/21 50/1 50/2 62/15
Mr [4]  2/7 4/3 55/12 69/10
Mr. [36]  4/4 4/10 4/14 5/19 7/19 15/24
17/3 20/20 21/4 21/6 21/8 21/8 21/22
22/6 22/21 27/18 30/23 31/2 33/24 34/5
37/16 39/17 40/21 41/17 42/25 50/20
54/10 54/17 55/13 56/4 60/22 62/22
63/23 65/6 65/9 65/24
Mr. Dutt [32]  4/4 4/10 5/19 7/19 15/24
17/3 20/20 21/4 21/22 22/6 22/21 27/18
30/23 31/2 33/24 34/5 37/16 39/17
40/21 41/17 42/25 50/20 54/10 54/17
55/13 56/4 60/22 62/22 63/23 65/6 65/9
65/24
Mr. Rolnick [1]  4/14
Mr. Tidrick [1]  21/8
Mr. Young [2]  21/6 21/8
MTA [16]  5/18 5/23 15/18 31/10 32/2
34/12 40/2 40/9 48/18 48/21 49/9 50/4
50/7 51/21 57/12 63/14
MTA's [1]  30/23
much [10]  5/4 17/20 31/16 55/9 58/10

62/6 62/11 63/13 64/24 65/23
Muni [7]  8/2 8/14 18/11 18/14 35/16
36/16 52/12
MUNICIPAL [3]  1/8 68/22 69/8
mutually [1]  69/13
myself [1]  29/16

# N

name [17]  4/4 4/6 4/8 16/5 16/17 16/22
16/22 18/4 42/23 44/15 46/13 63/25
64/12 64/16 64/16 65/21 69/16
named [1]  64/19
names [6]  17/1 35/9 37/25 38/1 64/9
64/15
nature [1]  4/24 27/2
need [15]  18/6 26/6 27/3 30/6 31/13
32/24 40/14 41/1 42/8 45/1 48/4 50/8
51/15 58/8 62/6
needed [2]  45/6 48/3
needs [1]  62/1
Ness [1]  49/18
never [26]  20/19 33/2 34/18 34/19
36/12 39/2 39/5 48/18 48/23 48/25 49/2
49/24 51/3 57/25 65/2 65/4
new [4]  26/22 29/23 38/6 44/25
next [1]  53/3
nice [1]  62/9
night [2]  13/1 46/18
nobody [1]  36/1
noise [1]  31/6
non [1]  54/18
non-work [1]  54/18
None [1]  2/10
Noriega [2]  28/11 28/12
normally [2]  29/3 44/8
NORTHERN [1]  1/2
not [51]  2/13 5/10 5/24 8/14 12/20
13/24 18/17 21/4 22/12 22/17 25/25
29/20 32/23 33/6 35/6 35/16 36/2 36/15
36/16 36/18 36/24 37/2 37/2 37/6 37/11
37/19 38/7 39/5 40/10 42/2 42/3 42/10
43/11 46/18 48/8 48/22 49/2 49/6 54/23
54/25 55/4 55/12 58/8 59/7 61/16 61/25
62/1 63/15 63/25 67/13 67/19
notes [1]  27/19
nothing [2]  49/24 64/24
notice [4]  3/1 19/4 19/6 19/8
number [4]  46/13 46/13 67/8 69/19

# O

o0o [1]  2/19
oath [1]  5/16
oaths [1]  67/10
object [2]  20/25 60/18
objected [1]  21/6
objection [14]  8/8 15/22 22/10 22/15
27/23 30/25 34/2 36/19 37/4 37/8 37/13
37/15 39/15 42/23
objections [2]  37/8 61/4
observe [1]  4/10
obtain [1]  60/25
occasion [1]  34/13
office [10]  3/4 3/19 4/14 21/9 51/24
51/25 52/4 69/12 69/13 69/17
officer [1]  67/16
OFFICER'S [1]  67/1
official [1]  50/22
often [7]  33/11 39/12 41/12 46/16 47/1
47/4 47/8

# Oh [1]  39/24

once [6]  21/19 47/10 47/11 47/11 51/6
60/2
one [34]  4/12 8/15 9/16 11/25 11/25
12/1 13/9 16/14 16/16 23/15 23/18
24/21 29/21 29/21 32/1 32/4 32/12
32/20 34/12 35/14 35/14 35/21 36/9
42/21 45/9 45/10 45/12 45/12 49/18
50/18 54/13 54/13 56/2 64/14
ones [1]  34/25
only [7]  30/16 32/4 32/12 44/4 47/24
54/25 63/4
op [4]  58/7 58/13 59/14 61/24
operate [8]  13/7 13/12 14/7 17/12 23/2
24/2 24/5 24/16
operated [3]  23/13 23/24 54/11
operating [9]  6/16 17/4 27/20 27/24
27/25 29/5 43/16 57/13 57/18
operator [5]  5/21 5/22 27/2 37/19 39/4
operators [13]  31/21 36/14 37/5 37/21
37/24 38/5 38/6 38/9 38/11 38/17 55/3
65/17 65/21
order [1]  42/8
original [2]  69/11 69/25
Ortega [1]  28/18
others [3]  1/5 35/15 52/22
otherwise [1]  30/21
our [4]  17/21 47/5 69/13 69/17
out [60]  6/2 16/13 18/16 19/17 24/25
25/2 28/14 28/17 29/17 30/20 31/25
32/8 32/14 32/20 32/24 36/17 37/22
41/9 41/10 41/12 41/15 41/19 42/13
43/5 43/22 45/6 46/3 46/5 46/10 46/11
46/14 46/23 47/16 48/3 48/15 57/15
57/20 57/21 58/5 58/6 58/7 58/8 58/9
58/11 58/13 58/23 59/9 59/16 59/19
59/19 59/23 60/9 60/17 61/2 61/3 61/19
61/24 62/3 62/5 62/20
outfit [1]  59/3
outs [3]  18/16 30/3 42/1
outside [4]  26/11 44/8 45/3 47/10
overtime [42]  30/24 31/10 31/13 31/15
31/17 31/24 31/25 32/6 32/8 32/17
32/18 32/24 33/6 34/21 35/16 35/21
36/10 36/16 36/17 36/24 37/2 37/6
37/19 37/22 38/7 38/10 38/21 38/25
39/5 39/10 40/3 40/6 40/7 40/8 40/10
40/12 40/13 40/14 64/23 65/5 65/15
65/17
overtimes [1]  31/23

# P

p.m [13]  3/3 6/13 8/22 9/23 23/25 24/3
24/6 24/23 25/10 27/15 55/11 55/11
66/1
paddle [9]  19/5 19/9 30/19 43/6 43/8
57/22 58/1 61/12 62/18
paddles [16]  18/1 18/22 18/22 18/25
29/17 30/18 42/22 43/15 58/4 58/19
58/22 60/5 60/10 60/15 60/25 61/17
page [6]  2/5 2/14 68/3 69/16 69/17
69/19
paid [12]  20/14 35/22 35/24 36/2 36/18
36/24 37/3 37/6 37/19 38/7 51/20 54/2
park [1]  12/12
parked [1]  12/22
parking [2]  12/16 12/22
part [6]  24/17 29/6 33/24 35/3 52/20
54/14

**P**

participating [1] 7/18
parties [1] 67/13
passenger [1] 52/10
passengers [3] 28/21 50/12 62/7
passing [1] 36/2
patterns [1] 7/24
pay [2] 35/16 36/16
payroll [3] 36/4 36/8 36/9
pays [1] 36/9
peak [3] 33/3 33/5 50/12
people [8] 31/21 35/11 36/15 36/24
37/1 46/19 50/13 50/13
per [1] 41/17
percent [1] 39/24
percentage [2] 39/13 39/22
performance [4] 51/5 51/9 52/5 52/8
period [7] 8/7 9/3 22/22 33/16 54/20
55/15 67/20
periods [1] 8/1
person [1] 52/4
person's [1] 16/17
personally [6] 3/7 37/18 39/2 47/4
64/22 65/15
phone [1] 21/15
pick [13] 15/9 19/5 19/9 19/11 19/12
24/8 25/1 25/10 25/11 25/17 27/5 44/20
62/7
picked [1] 17/25
picking [2] 28/21 29/17
picture [1] 39/7
piece [3] 23/20 29/4 46/7
pieces [1] 24/19
place [1] 51/7
Plaintiff [1] 3/13
Plaintiffs [1] 1/6
plan [1] 69/13
please [2] 69/12 69/18
plus [1] 58/1
point [25] 10/12 10/15 14/3 14/10 14/17
14/20 14/21 14/22 15/6 15/10 23/5 23/6
23/8 23/15 23/16 23/18 28/3 28/5 28/19
28/20 28/21 30/12 50/7 54/17 55/14
points [6] 10/13 10/18 11/3 11/15 11/24
63/3
policies [1] 31/9
policy [2] 30/23 31/12
POLK [1] 1/24 69/2
possible [2] 61/3 61/19
posted [1] 26/24
Potrero [2] 6/24 7/2
Practically [1] 41/19
practice [1] 29/7
pre [4] 58/7 58/13 59/14 61/24
pre-op [4] 58/7 58/13 59/14 61/24
present [5] 3/24 39/19 55/12 64/7 64/13
Presidio [1] 47/3
previously [2] 21/23 22/1
prior [2] 20/23 67/11
privacy [1] 55/18
privilege [4] 21/1 21/3 22/11 22/16
probably [2] 53/15 65/6
problem [1] 41/19
problems [2] 40/18 62/2
Procedure [2] 67/11 69/20
process [3] 4/18 7/13 7/19
property [1] 47/17
proved [2] 49/25 50/1
provide [4] 4/20 16/1 22/24 65/11

provided [1] 67/20
pull [34] 25/2 28/17 29/1 29/3 33/1
33/25 34/8 34/9 34/18 34/19 35/2 39/13
39/23 39/25 43/23 44/1 57/20 57/21
58/5 58/7 58/8 58/11 58/13 59/9 59/16
59/19 59/19 59/23 60/17 61/2 61/3
61/19 61/24 62/25
pull-in [1] 62/25
pull-out [14] 25/2 57/20 57/21 58/5 58/7
58/11 59/9 59/19 59/19 59/23 60/17
61/2 61/3 61/19
pulled [1] 43/24 45/15
pulling [6] 34/10 34/12 34/16 35/7 56/5
62/2
pursuant [2] 3/1 67/10
put [23] 12/19 30/2 30/19 39/5 40/3
40/6 40/7 40/7 40/10 40/14 41/4 42/13
42/20 44/17 44/21 45/1 45/2 45/9 45/10
46/13 51/13 56/22 60/9
puts [1] 51/14
putting [2] 38/10 39/8

**Q**

qualified [1] 67/7
questions [4] 2/13 4/14 5/11 63/23
quick [2] 22/20 41/22
quite [4] 4/25 31/3 35/18 50/24

**R**

range [4] 20/17 20/18 57/11 57/17
Re [1] 69/8
read [45] 17/24 18/24 29/19 29/23 30/3
30/3 30/5 30/6 30/8 30/13 30/15 30/16
30/20 30/22 41/17 41/19 41/22 41/23
42/1 42/2 42/4 42/5 42/10 42/12 42/17
42/21 43/7 43/9 43/11 43/13 43/15
58/20 59/18 59/21 59/22 59/25 60/4
60/16 61/1 61/8 61/17 62/12 62/17
62/19 69/15
read-out [1] 30/20
read-outs [2] 30/3 42/1
reading [5] 29/16 49/2 49/6 59/2 69/15
ready [1] 59/10
real [1] 41/22
reason [4] 4/20 30/21 35/4 50/23 59/25
reasons [1] 69/18
receiver [3] 19/7 42/15 60/9
Recess [1] 55/11
record [2] 22/5 65/8 67/17
recorded [1] 67/16
records [2] 50/3 54/5
referring [1] 29/25
reflecting [1] 30/7
regarding [4] 31/10 40/5 50/22 69/20
related [1] 55/22
relative [2] 67/13 67/13
relevance [1] 22/18
relief [36] 8/24 10/2 10/4 10/5 10/7
10/12 10/13 10/15 10/18 11/3 11/15
11/16 11/24 13/25 14/3 14/10 14/16
14/20 14/21 14/22 15/6 15/10 23/5 23/6
23/8 25/12 25/13 27/12 28/19 28/20
30/12 33/1 33/3 39/25 54/17 63/3
reliefs [1] 9/25
relieved [7] 11/13 20/10 28/25 30/13
52/22 52/24 63/3
remember [64] 5/7 6/4 6/5 6/16 6/19
6/21 9/18 9/21 9/22 9/25 10/17 11/6
11/18 11/18 11/19 16/5 16/6 16/14

16/17 16/19 16/23 17/1 22/23 23/23
25/14 25/16 28/6 28/7 29/6 32/9 32/11
32/15 34/12 34/24 35/9 35/10 35/23
38/4 38/12 38/14 40/4 40/11 41/14 47/4
48/22 51/8 51/9 52/2 52/13 52/20 52/21
52/23 53/5 54/14 54/15 63/25 64/4 64/6
64/8 64/8 64/12 64/14 64/15 64/17
REMEMBERED [1] 3/1
report [32] 40/25 41/4 41/6 41/13 41/14
41/15 51/9 57/5 57/7 57/9 57/11 57/12
57/25 58/2 58/3 58/10 58/15 58/18
58/21 58/24 59/5 59/8 59/19 59/22
60/11 60/12 60/16 60/16 60/25 61/17
61/23 62/1
REPORTED [1] 1/21
reporter [4] 3/6 5/8 67/7 67/20
Reporters [2] 67/8 69/1
reporting [3] 1/23 58/5 69/1
reports [4] 20/17 40/21 40/24 41/5
requested [2] 67/19 67/20
required [6] 19/12 26/2 27/1 49/11
54/23 55/1
requirement [1] 58/25
requires [2] 18/14 18/15
reroute [1] 61/9
reroutes [1] 43/2
responses [1] 5/11
rest [1] 53/12
restate [1] 65/8
restaurant [2] 26/11 55/4
review [5] 49/15 51/5 52/5 67/19 69/13
reviews [1] 52/8
rewrite [1] 44/13
Reznikov [4] 2/7 3/21 4/3 69/25
ride [1] 15/21
rights [1] 69/20
Rolnick [1] 4/14
room [2] 13/25 62/8
roster [11] 17/25 18/2 18/3 18/25 29/17
43/17 43/19 58/1 58/22 58/24 61/12
route [25] 11/6 11/9 17/12 17/19 23/2
27/15 28/9 28/23 29/4 29/13 30/7 30/11
30/12 30/20 42/3 42/9 42/11 43/10 53/3
54/11 54/18 54/19 57/13 57/18 61/11
routes [5] 27/25 28/5 29/8 54/15 63/9
routinely [1] 56/5
rule [4] 18/14 40/5 40/12 40/13
rules [2] 44/24 69/20
rumors [1] 31/17
run [31] 6/2 6/5 7/20 7/24 9/14 14/16
17/4 18/4 19/17 19/19 19/23 23/13 25/3
26/7 28/13 30/7 30/9 42/22 43/8 43/15
43/16 43/20 43/22 46/13 47/21 57/11
60/10 61/11 61/25 62/1 62/2
running [2] 11/9 39/12
runs [20] 8/24 9/2 9/4 9/19 10/1 10/14
10/14 10/16 10/17 19/25 20/3 20/4 20/7
27/20 27/25 28/3 30/1 52/19 53/7 61/9

**S**

safe [2] 50/16 50/17
same [6] 5/15 8/17 8/17 10/3 45/24
61/4
SAN [11] 1/8 1/9 1/24 3/5 3/20 3/23
3/25 67/4 68/22 69/2 69/8
SATISH [8] 1/16 2/3 3/8 4/1 66/3 68/20
68/25 69/5
saw [1] 36/12
says [1] 46/12

## S

schedule [4] 18/21 22/21 55/1 57/17
scheduled [3] 34/1 39/14 52/17
school [1] 50/14
second [4] 24/17 29/6 54/13 54/14
Section [1] 67/11
secure [2] 44/8 47/18
see [9] 20/16 26/25 29/16 36/10 40/2 40/9 44/23 45/24 47/15
seen [1] 20/17
seldom [1] 30/19
send [2] 36/8 69/18
seniors [1] 50/14
separate [2] 29/20 45/10
separately [1] 30/2
SERVICES [2] 1/23 69/1
set [5] 2/17 3/11 21/20 22/13 56/11
setting [2] 20/24 21/16
Shakes [1] 22/7
Shattuck [2] 3/16 69/7
she [6] 16/19 49/20 49/21 49/22 50/1 64/4
sheet [3] 37/22 68/1 69/18
shelf [1] 42/20
shift [15] 6/18 7/13 7/19 7/22 8/21 13/1 13/2 13/3 40/14 40/20 44/2 51/14 63/6 64/14 64/25
shifts [3] 8/18 18/5 32/18
shoes [1] 46/8
Shorthand [3] 3/6 67/7 69/1
should [2] 5/4 18/15
shouldn't [1] 55/9
show [7] 2/15 18/20 22/8 51/16 57/22 58/3 58/7
showed [5] 19/14 19/16 19/19 20/19 51/18
showing [1] 19/23
sign [24] 8/15 17/25 18/2 18/3 18/6 18/25 38/21 43/17 43/18 43/20 57/6 57/8 57/11 57/23 57/25 58/2 58/4 58/22 58/24 59/1 59/3 59/5 61/12 69/15
sign-on [3] 57/6 57/8 57/23
sign-up [1] 57/25
signature [3] 69/12 69/16 69/20
signed [2] 62/18
signing [2] 18/4 29/17
similar [1] 5/6
similarly [1] 1/5
simple [1] 40/19
Sims [6] 64/14 64/16 64/17 64/18 64/22 64/24
since [2] 12/10 17/18
sir [1] 32/11
situated [1] 1/5
six [1] 41/21
sixth [1] 37/15
Skelly [6] 48/23 49/12 49/13 49/14 49/16 49/17
slated [1] 55/13
sleeping [1] 47/14
slip [1] 32/24
slips [1] 32/8
slowly [1] 5/8
small [1] 46/12
so [97]
somebody [7] 41/2 41/7 41/7 46/8 47/1 47/13 47/14
somebody's [2] 31/19 52/10
someone [2] 47/4 47/10

something [13] 29/23 31/19 40/25 41/3 43/2 44/22 44/23 46/2 46/5 46/16 47/13 47/25 48/2
Sometime [2] 47/22 56/10
sometimes [5] 8/2 8/4 44/1 46/19 53/1
somewhere [1] 52/21
sorry [12] 10/3 10/23 22/5 23/2 23/9 24/12 27/18 28/13 29/24 31/5 48/10 65/11
sort [1] 21/3
sounds [1] 20/9
speak [2] 5/7 31/3
speaking [2] 37/7 37/15
specific [1] 52/17
specifically [2] 17/19 38/16
speculation [3] 36/21 60/20 61/5
spent [1] 54/3
split [2] 13/2 63/6
spoke [1] 20/24
ss [1] 67/3
standard [1] 17/6
standby [4] 13/3 19/25 20/1 20/2
start [18] 7/17 10/4 10/5 16/13 17/9 17/16 17/20 17/21 18/13 23/3 24/25 27/5 28/14 51/2 53/3 57/15 57/18 58/15
started [10] 6/19 6/24 10/10 12/3 17/19 19/3 19/20 28/16 43/16 53/21
starter [6] 29/18 47/17 59/4 59/12 62/2 62/21
starting [9] 7/21 18/5 18/23 19/5 19/10 19/16 28/20 29/13 43/21
State [4] 3/7 67/3 67/7 67/25
stated [1] 34/3
Statements [1] 38/22
STATES [1] 1/1
stenographically [1] 67/16
stiff [1] 44/24
still [2] 5/23 55/16
STITT [3] 1/4 68/21 69/8
stop [2] 26/10 28/24
stories [1] 65/18
street [21] 1/24 3/4 3/22 10/21 11/5 11/13 11/16 11/17 11/18 11/19 11/19 11/20 12/13 12/16 22/12 23/11 23/11 25/15 25/15 61/10 69/2
strike [3] 12/25 20/16 37/17
stroke [2] 5/3 55/22
stuff [7] 44/12 44/20 47/19 48/4 48/24 49/21 59/11
submit [5] 31/14 31/15 33/6 37/2 45/19 65/19
submitted [3] 35/21 37/20 38/8
submitting [4] 34/21 64/23 65/4 65/15
substance [2] 21/5 69/17
such [1] 67/14
suffered [1] 55/22
Suite [2] 3/16 69/7
Sunset [1] 28/11
superintendent [22] 16/3 16/9 16/15 16/16 36/2 41/1 41/9 44/25 48/7 48/8 50/22 51/4 51/15 51/18 51/23 52/6 53/14 53/17 53/20 53/23 63/24 64/1
superintendents [3] 16/7 64/6 64/11
supervisor [6] 47/20 48/1 48/9 48/13 51/12 54/3
sure [9] 5/9 12/20 31/5 44/11 47/17 54/10 57/15 62/12 62/22
survey [1] 45/21
sworn [3] 3/10 4/2 67/11

## T

take [26] 13/17 13/18 14/3 15/6 17/3 20/11 22/19 25/20 28/13 42/5 44/14 45/6 45/18 45/21 46/2 46/14 46/21 46/22 46/22 51/7 55/8 58/5 62/7 63/17 63/18 63/20
taken [3] 68/21 68/23 69/9
taking [4] 3/2 4/25 15/20 61/20
talk [8] 4/17 5/10 21/15 21/17 36/3 36/7 36/8 53/13
talked [5] 14/19 26/22 45/16 54/10 63/9
talking [3] 9/15 27/19 52/20
Tapia [2] 63/25 64/3
tell [10] 8/13 9/11 34/25 35/2 35/13 37/5 38/16 39/9 46/9 58/2
telling [3] 34/15 38/20 38/24
tells [1] 40/13
ten [36] 15/16 25/24 32/7 33/2 33/10 33/13 33/14 33/15 33/16 33/18 33/19 33/22 34/3 35/17 35/18 36/5 40/1 41/21 45/20 45/21 46/3 46/25 50/9 50/11 50/16 55/9 56/5 56/8 56/9 56/10 56/11 56/23 56/25 57/1 57/3 58/12
ten-minute [1] 55/9
tenure [2] 48/21 50/7
terminated [2] 31/20 35/4
terminology [1] 10/4
terms [1] 13/2
testified [9] 3/10 4/2 10/20 34/20 37/1 48/17 56/4 63/23 65/17
testify [2] 5/2 37/9
testifying [2] 5/16 37/11
testimony [10] 4/21 5/14 27/24 37/4 37/12 37/14 62/23 67/16 67/17 69/16
Thank [5] 4/9 65/13 65/23 65/25 69/21
themselves [1] 1/5
there's [10] 29/24 31/6 31/20 34/24 35/1 35/10 44/23 46/1 55/15 64/9
thereof [1] 3/3
thereupon [1] 3/10
these [6] 29/8 35/9 38/24 53/23 54/5 65/21
they'll [2] 19/17 36/8
thing [6] 39/7 41/2 50/15 60/3 62/4 63/21
things [6] 43/1 45/10 46/1 46/17 55/5 57/16
think [21] 5/3 5/4 6/9 9/16 10/20 13/13 16/21 24/22 28/24 32/10 36/14 37/15 39/12 47/8 48/17 49/24 51/6 55/17 58/12 64/5 65/6
thinking [1] 50/15
Third [7] 11/16 11/19 11/20 23/10 23/11 25/13 25/15
this [41] 2/16 2/17 4/10 4/18 5/6 6/18 10/8 11/22 14/23 15/20 17/18 19/2 20/21 21/2 21/20 21/22 21/25 22/5 22/9 22/14 28/3 28/5 36/7 37/15 38/3 39/16 42/1 42/7 43/22 43/25 46/25 48/17 50/20 52/1 60/14 61/15 61/16 61/25 67/14 69/12 69/20
those [20] 11/24 17/23 20/18 21/11 22/19 27/25 27/25 30/5 30/8 32/8 32/14 32/16 33/5 41/5 45/16 45/19 53/10 63/9 64/15 69/18
though [2] 33/6 55/1
thought [1] 48/8
threatened [1] 41/3
threatening [1] 41/7

## T

three [9]  7/1 7/5 7/23 8/4 11/24 47/5
  47/6 53/6 53/24
throughout [8]  8/18 9/6 10/8 17/6 29/7
  48/20 49/9 64/10
throw [1]  36/10
throwing [3]  31/24 35/15 39/10
TIDRICK [3]  3/14 21/8 69/6
till [1]  8/4
time [128]
timecard [2]  31/14 38/18
timeframe [1]  18/24
times [21]  6/8 8/14 16/11 20/18 21/17
  31/25 32/1 32/4 32/12 32/14 32/16
  32/20 32/23 34/3 35/21 39/16 43/1
  46/18 47/13 52/19 53/24
TINA [5]  1/21 3/5 67/6 67/24 69/24
today [8]  4/21 5/15 20/22 20/23 21/12
  21/13 21/15 21/18
told [15]  18/10 19/1 31/21 35/14 35/15
  36/12 36/13 36/14 37/21 37/23 38/5
  38/11 39/4 39/5 52/7
TONY [1]  1/4
too [5]  23/18 29/23 31/16 36/15 55/9
took [5]  7/10 16/4 56/2
traffic [1]  50/12
transcript [6]  67/17 67/19 69/11 69/13
  69/15 69/16
transfer [1]  44/16
transfers [5]  44/14 45/7 45/13 45/19
  54/7
TRANSPORTATION [3]  1/9 68/22 69/9
travel [4]  20/7 20/8 20/14 20/19
trip [1]  15/15
true [1]  67/17
truly [1]  69/22
truthful [2]  4/21 38/24
try [2]  5/7 5/10
trying [3]  21/4 41/7 57/15
Tuesday [3]  1/17 2/4 3/2
turning [1]  27/18
twice [2]  47/12 51/6
two [18]  9/4 9/4 22/25 27/20 29/24 32/1
  32/4 32/12 32/14 32/20 35/21 45/10
  53/6 53/7 53/8 53/9 53/10 64/15
type [1]  49/14
typical [2]  13/1 17/3

## U

unable [1]  4/20
unclear [1]  22/17
under [2]  5/16 48/19
understand [19]  4/13 5/14 8/11 8/16
  15/23 18/12 20/8 21/24 31/1 34/5 34/11
  36/25 50/24 55/2 57/5 57/15 60/21
  61/14 62/23
understanding [7]  18/19 19/2 37/16
  56/23 57/10 63/16 63/17
Understood [1]  34/15
union [4]  36/3 36/3 36/7 36/8
UNITED [1]  1/1
unless [1]  30/20
unload [1]  46/22
until [5]  6/12 7/10 13/12 14/15 55/25
up [38]  6/22 8/15 15/9 17/25 18/1 18/20
  19/4 19/5 19/9 19/11 19/12 19/14 19/16
  19/19 19/23 22/19 24/9 25/1 25/10
  25/11 25/17 26/23 27/5 27/8 29/17
  30/21 31/3 35/24 44/20 46/21 51/18

## V

vacation [1]  56/2
vague [4]  8/18 15/22 30/25 42/24
valid [1]  21/6
Van [1]  49/18
VELASQUEZ [5]  1/21 3/6 67/6 67/24
  69/24
very [8]  9/11 30/19 38/4 44/19 44/24
  56/14 65/23 69/22

## W

WAGNER [2]  1/23 69/1
waited [2]  8/3 8/4
walk [1]  44/8
walking [2]  49/20 50/2
want [19]  19/17 21/7 35/2 35/3 37/9
  39/20 50/17 50/20 52/13 54/10 55/18
  56/22 59/1 60/3 60/4 61/7 62/8 62/22
  65/8
wanted [7]  7/23 26/7 26/10 41/8 44/25
  61/15 61/16
warned [1]  18/9
was [146]
wash [2]  44/19 44/20
wasn't [4]  28/20 47/24 49/25 52/11
watch [1]  35/19
watched [1]  31/18
water [2]  59/10 62/20
way [7]  46/4 54/25 56/10 61/7 61/15
  61/16 69/18
we [45]  8/15 17/4 17/18 18/3 18/3
  18/15 19/4 21/7 22/5 31/13 31/13 31/18
  31/18 32/7 32/17 32/25 33/1 33/1 33/1
  33/1 33/3 34/9 36/4 36/4 39/16 39/20
  39/24 39/25 39/25 39/25 42/8 45/9
  45/16 47/25 49/25 50/9 52/20 54/10
  54/11 54/12 55/8 63/9 64/17 64/21
  69/13
we're [2]  10/3 27/19
week [2]  47/11 47/12
weekend [1]  7/23
well [20]  6/22 10/20 16/13 19/4 26/4
  26/12 29/19 31/3 31/13 35/14 38/5
  38/14 42/19 44/1 48/3 48/24 56/2 60/2
  61/20 61/23
went [13]  6/2 7/7 17/5 17/25 18/23 26/1
  43/4 45/17 45/17 49/1 55/24 56/2 64/5
were [69]  2/10 4/10 6/3 6/5 6/8 6/8 6/16
  6/18 6/25 7/2 7/8 7/19 11/2 11/9 15/17
  15/20 15/20 16/15 16/25 17/8 18/7 18/9
  18/9 18/17 20/4 20/9 26/2 26/21 27/1
  27/20 28/9 28/25 29/5 30/18 31/17
  31/22 31/23 33/9 33/21 33/25 34/16
  34/20 35/6 36/24 37/19 37/21 37/25
  38/5 38/7 38/9 38/13 38/19 39/12 39/12
  39/12 39/14 41/25 43/7 49/2 49/23 50/4
  50/6 50/11 54/2 54/23 56/19 62/12 63/3
  63/17
weren't [1]  19/12

## Y

## (second column header)

56/11 57/11 57/25 58/3 61/6 61/14 62/7
upper [1]  61/11
upper-hand [1]  61/11
upstairs [4]  44/17 44/18 45/17 47/19
us [5]  18/14 26/25 43/2 58/12 69/18
use [3]  15/17 25/19 44/19
used [2]  5/4 64/17
using [1]  10/3
usually [1]  12/6

what [89]
what's [5]  9/13 11/17 27/3 42/8 44/15
whatever [4]  30/4 35/4 43/5 63/18
whatever's [1]  61/10
wheelchairs [1]  50/13
when [47]  2/17 5/15 7/18 10/4 12/12
  12/20 13/13 14/19 15/20 16/3 17/7 20/9
  22/13 23/12 27/11 28/7 28/9 30/16
  31/13 31/23 32/8 32/17 33/1 33/1 40/16
  42/12 43/18 43/23 43/24 47/25 48/1
  50/2 50/3 51/7 51/17 51/20 51/25 53/23
  55/16 57/10 57/11 57/12 57/17 58/5
  58/18 60/10 63/3
whenever [1]  59/2
where [24]  12/8 12/12 13/1 13/18 15/1
  19/6 19/7 23/8 25/3 27/8 28/13 28/23
  29/3 42/14 42/15 44/21 44/22 44/22 52/10
  51/14 51/23 58/3 59/13 62/9 63/20
whether [3]  9/25 14/2 38/14
which [7]  6/16 10/16 10/18 34/24 38/11
  52/20 67/8
while [8]  16/7 16/15 16/24 20/4 26/20
  31/8 49/20 50/4
white [1]  16/21
who [15]  3/9 16/3 16/23 19/1 19/22
  34/21 34/23 36/9 36/13 36/17 37/23
  48/11 49/5 55/3 65/18
whole [6]  9/6 10/8 39/6 49/21 57/3 63/6
why [9]  19/1 32/14 37/16 48/1 50/11
  55/8 59/25 60/7 62/5
will [17]  12/19 14/11 28/17 35/16 36/16
  37/6 41/19 43/20 44/15 44/16 47/13
  51/16 57/22 58/2 61/9 61/12 64/15
window [4]  19/7 30/2 42/16 42/20
wish [1]  69/17
without [3]  21/2 21/11 55/25
witness [4]  3/9 21/2 22/12 22/17
won't [1]  59/6
Woods [26]  6/11 6/14 6/23 7/7 7/8 7/10
  8/18 10/8 12/3 12/14 12/22 13/5 13/6
  14/24 15/1 15/13 15/14 16/3 16/23 17/6
  20/5 42/14 54/8 62/24 64/7 64/13
words [1]  56/22
work [24]  6/12 6/23 6/24 8/17 12/6 12/7
  12/12 18/20 29/21 30/15 32/16 32/18
  32/25 36/9 40/14 54/18 55/25 58/15
  60/24 63/11 63/13 63/14 63/17 63/18
workday [1]  57/4
worked [21]  8/25 9/3 9/22 10/1 13/4
  16/7 16/24 23/12 23/15 23/16 23/18
  23/20 31/13 32/21 32/23 33/7 39/23
  40/16 49/5 50/3 62/24
working [11]  5/18 6/3 6/6 6/8 6/18 20/4
  20/10 40/20 50/4 51/20 64/25
workmen's [1]  29/22
worst [1]  62/4
write [4]  5/8 44/24 46/23 50/6
writing [1]  40/9
wrong [2]  44/22 44/23

## Y

yard [16]  29/18 35/19 39/8 39/10 46/24
  47/16 47/16 58/23 59/4 59/4 59/12
  59/12 62/1 62/10 62/21 62/21
year [12]  5/3 8/3 8/15 9/16 16/12 27/21
  34/11 38/4 47/11 51/6 64/4 64/10
years [4]  5/20 7/5 32/2 47/6
yellow [1]  45/10
YGR [1]  1/7

## Y

you'll [1]  41/10
YOUNG [4]  3/15 21/6 21/8 69/6
yours [3]  38/13 64/1 69/22
yourself [4]  30/22 31/25 62/8 62/11

Page 2

1            IN THE UNITED STATES DISTRICT COURT

2             FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    DARRYL A. STITT, TONY        )
5    GRANDBERRY, and HEDY GRIFFIN, )
     on behalf of themselves and   )
6    all others similarly situated,)
                                   )
7         Plaintiffs,              )
                                   )
8         vs.            ) Case No. 12-cv-03704-YGR
                                   )
9    THE SAN FRANCISCO MUNICIPAL   )
     TRANSPORTATION AGENCY; CITY   )
10   AND COUNTY OF SAN FRANCISCO;  )
     and DOES 1-20,                )
11                                 )
12        Defendants.              )
     _____)

13

14                  --o0o--

15

16             DEPOSITION OF GARY FARR

17      Held at San Francisco City Attorney's Office

18          1390 Market Street, Suite 700

19             San Francisco, California

20             Friday, April 29, 2016

21                  --o0o--

22

23

24
     Reported by:
25   Rick Galten, CSR No. 13202

---

Page 3

1   APPEARANCES:

2            For the Plaintiffs:

3         The Tidrick Law Firm
          464-19th Street
4         #500
          Oakland, California  94611
5         (510) 788-5100
          jby@tidricklaw.com
6         BY:  Joel Young, Esq.

7

8            For the Defendants:

9         Renne Sloan Holtzman Sakai
          Public Law Group
10        350 Sansome Street, Suite 300
          San Francisco, California  94104
11        (415) 678-3800
          kmclaughlin@publiclawgroup.com
12        BY:  Kevin P. McLaughlin, Esq.

13

14  ALSO PRESENT:

15        John Dudley

16

17

18

19

20

21

22

23
                     --o0o--
24

25

---

Page 4

1               INDEX OF EXAMINATION

2

3

4   Page

5   5        Examination by Mr. McLaughlin

6

7

8

9

10              INDEX OF EXHIBITS

11

12  Exhibit No.        Description              Page

13                                       Ref.   Marked

14

15  2        Bulletin WO-12001 (one page)    71

16  4        Transit Operator Vehicle Log    62
             (One page)

17
18  11       Defect Card (one page)           44

19  12       Revenue Bulletin 10-019          71
             Bates CCSF 079493

20  13       Order Bulletin Special Events    72
21           2013-935
             Bates CCSF 083470

22                  --o0o--

23

24

25

---

Page 5

1        BE IT REMEMBERED THAT, pursuant to Notice of

2   Deposition and on Friday, April 29, 2016, commencing at

3   the hour of 9:05 a.m., at 1390 Market Street, Suite 700,

4   San Francisco, California, before me, RICK GALTEN, a

5   Certified Shorthand Reporter for the State of

6   California, there appeared

7             GARY FARR,

8   Called as a witness by the Defendants, and who, having

9   been first duly sworn, was thereupon examined and

10  testified as hereinafter set forth.

11             --o0o--

12        **EXAMINATION**

13     **BY MR. MCLAUGHLIN:** Q.  Good morning, sir.  Can

14  you state and spell your name for the record.

15     **A.** Yes, I can.  My name is Gary Farr, F-a-r-r.

16     Q.  Have you ever --

17     **A.** First name of Gary, G-a-r-y.

18     Q.  Have you ever had your deposition taken before?

19     **A.** No.

20     Q.  Okay.  So you understand that it's testimony

21  that you're giving here under oath as though you were in

22  a court of law?

23     **A.** Yes.

24     Q.  All right.  And so obviously it's important that

25  you give accurate and truthful testimony here today.

Page 6

1    You understand that?

2    A. Yes.

3    Q. All right. Just a couple of ground rules that

4    are often given at depositions. I don't want you to

5    speculate or guess about anything. But if you can

6    estimate, I am entitled to your best estimate. So if

7    it's, you know, trying to figure out when something

8    happened back in the past, nobody remembers the exact

9    date. But if you have a sense of when, that kind of

10   thing, I'm entitled to your best estimate.

11       Is that okay?

12   A. Yes.

13   Q. All right. And I'm going to assume, if you

14   answer my question, that you understood what I was

15   asking. But you use terminology as a bus operator that

16   I'm not totally familiar with.

17       I may ask a question that makes no sense to you

18   at all. If that's the case, just tell me, hey, Kevin, I

19   don't get it. And I'll try to rephrase the question in

20   a way that makes sense. Okay?

21   A. Your first name's Kevin?

22   Q. Yes.

23   A. Okay.

24   Q. All right. Doing a good job not talking over

25   each other. It's important that we do the question-

Page 7

1    answer thing. The court reporter here is putting

2    everything we say, typing it up and then putting it into

3    a booklet. You'll have the opportunity to review that

4    later. You'll have the opportunity to review it and to

5    make changes.

6        But if you do make any changes that are

7    substantive, like a "yes" to a "no," that kind of thing,

8    we could point that out later on to the court and

9    suggest your testimony wasn't credible or that the

10   answers here today are the ones that should be believed.

11       You understand that?

12   A. Yes.

13   Q. All right. Did you meet with anyone prior to

14   your deposition to prepare?

15   A. No, sir.

16   Q. Okay. Did you talk to your attorney at all

17   beforehand?

18   A. No, sir.

19   Q. Okay. I mean, I know you were meeting -- or you

20   were in the same room earlier this morning. But just a

21   few minutes of chatter, that sort of thing?

22   A. Just common conversation.

23   Q. Okay. Did you review any documents to prepare

24   for your deposition?

25   A. No, sir.

Page 8

1    Q. Okay. Have you talked to anyone else about --

2    about your deposition and what's happening?

3    A. No, sir.

4    Q. Okay. And are you aware of the lawsuit that is

5    the cause of this deposition?

6    A. Yes. It's good that you say that, Kevin.

7    Because, you know, I just need to go on record that, you

8    know, every time I tried to submit overtime cards at the

9    division, you know, I had a problem from the dispatcher.

10   Q. Okay.

11   A. So, you know, based on that, I just need to go

12   on record just in case you didn't at any time ask me any

13   questions along the line of -- in that capacity.

14   Q. Okay. In terms of the lawsuit, that you have a

15   general understanding of what it's about?

16   A. A general, yes.

17   Q. Okay. What's your understanding?

18   A. Travel time.

19   Q. Okay.

20   A. I mean, just in the general aspect, travel.

21   Q. That operators aren't being paid properly for

22   it?

23   A. Yes, exactly.

24   Q. Okay. And is there a particular type of travel

25   time, to your knowledge?

Page 9

1    A. From the time of the shift.

2    Q. So at the beginning of the shift, if you have to

3    go to --

4    A. Prior.

5    Q. -- if you have to go to a relief point or --

6    A. Prior to that, yes.

7    Q. -- or if you end up out in the field and you

8    have to come back to the division, that kind of travel?

9    A. Yes, sir.

10   Q. Okay. I know sometimes there's travel if a

11   person has a split shift, they have two different pieces

12   during the day.

13       Do you have that kind of travel at all in your

14   work?

15   A. Split shift, yes. It's a split shift. But

16   you're not paid. You just -- once you complete your --

17   the detail, you're not paid for -- I mean, you're being

18   relieved. And then once you're relieved, you're going

19   back to the division. So that would be a detail of the

20   split. Because somebody else is coming -- you pass the

21   baton to them.

22   Q. Right. So you do work some split shifts?

23   A. I have. It was very limited.

24   Q. Okay. And that was a while ago?

25   A. Yes.

1    Q. Okay. Any idea when you last worked a split

2  shift?

3    **A. I been off two years.**

4    Q. Okay.

5    **A. So to remember that, you know, I don't have no**

6  **recollection.**

7    Q. Okay. And we'll get into your history at SFMTA.

8    But any other claims that you're aware of in the

9  lawsuit or things that -- just to your understanding?

10   **A. No.**

11   Q. Okay. So if you could, could you describe to me

12 how long you worked at SFMTA. And obviously that's

13 MUNI. We could use those terms interchangeably if you'd

14 like.

15   But how long did you work at MUNI?

16   **A. I came in in 2003 up until 2014, in August.**

17   Q. And what happened in 2014?

18   **A. I had some health issues, and I couldn't pass**

19 **the medical aspect of the procedure to continue to**

20 **drive.**

21   Q. Okay. So did you retire at that point?

22   **A. No. I got -- had a transfer.**

23   Q. Okay.

24   **A. Transfer to a different division.**

25   Q. Okay. And what are you doing now?

1    **A. I'm a car cleaner.**

2    Q. Okay. So you work in one specific division now?

3    **A. Yeah, at the time, yes.**

4    Q. Okay. You're still --

5    **A. And then what happens, each year you have**

6  **opportunity to -- to travel to other divisions.**

7    Q. As a car cleaner?

8    **A. Yes.**

9    Q. Okay. What's the division you work at now?

10   **A. Flynn.**

11   Q. Flynn, okay. And when you were an operator, did

12 you always work out of the same division?

13   **A. For the most part, yes.**

14   Q. Were there whole years or sign-up periods when

15 you worked at a different division?

16   **A. Well, just doing certain activities. We would**

17 **be assigned to, like, a motor coach division. Because**

18 **the division I worked in was a trolley coach -- it's**

19 **electric. Electric buses.**

20   Q. What division was that, that you worked at?

21   **A. Potrero.**

22   Q. Potrero? Okay. But then occasionally for

23 special events or some other need arises, so you might

24 work for a given day out of another division?

25   **A. Yes.**

1    Q. Okay. But otherwise, the rest of the time, you

2  were working out of Potrero?

3    **A. Yes.**

4    Q. Okay. Prior to coming to MUNI, did you work any

5  other jobs where you were a driver?

6    **A. I mean, no more than, like, maybe church,**

7  **something like that.**

8    Q. Driving other church folks around?

9    **A. Yes. It's -- we have a church van. Something**

10 **like that.**

11   Q. Okay. But no sort of commercial --

12   **A. No.**

13   Q. -- driving?

14   **A. No.**

15   Q. Not as a profession?

16   **A. No, right.**

17   Q. So at Potrero, I think you said you drove

18 trolleys --

19   **A. Yes, sir.**

20   Q. -- the whole time?

21   **A. Well, they had -- like I said, they had the**

22 **motor coaches at the Woods division.**

23   Q. So sometimes you would drive a motor coach?

24   **A. Yeah, special events, yes.**

25   Q. Okay. Again, that was intermittent, just

1  occasionally something would come up once or twice a

2  year, that sort of thing?

3    **A. Maybe more.**

4    Q. Okay. Handful of times?

5    **A. Yes.**

6    Q. Did you ever work extra board?

7    **A. Yes.**

8    Q. Do you do that frequently?

9    **A. Well, when you -- I think when you -- for the**

10 **most part, when you first come in, that's where you're**

11 **assigned to. I think that's through the whole system.**

12   Q. Is it -- do you know why that is, when people

13 get extra board when they first come in?

14   **A. I think it's --**

15   **MR. YOUNG:** Objection. It calls for

16 speculation.

17   You can answer the question if you know the

18 answer.

19   **THE WITNESS:** I don't. I mean, I don't.

20   **MR. MCLAUGHLIN:** Q. I'm just asking if you

21 have any idea.

22   **A. Just -- no, I don't.**

23   Q. Okay. Is it less desirable, in your eyes?

24   **A. I guess it's just a procedure. Just when you**

25 **come in, they put you where they really need you.**

Page 14

1    Q. Okay. Do you know approximately how many years
2    you worked extra board?
3    A. No.
4    Q. Do you have an estimate, maybe half your time,
5    less than half?
6    A. Not at this time.
7    Q. Okay. Do you know when the last time was you
8    worked extra board?
9    A. No.
10   Q. Was it sometime after 2010? Did you ever work
11   extra board?
12   A. No.
13   Q. No idea?
14   A. No.
15   Q. Okay. At the times where you did work extra
16   board, were you ever, I think, what's known as "on
17   report"? Are you familiar with that term?
18   A. I am.
19   Q. Were you ever on report when you were an extra
20   board operator?
21   A. Yes.
22   Q. And what does that mean to you?
23   A. It means that you haven't -- that you're not
24   assigned to a detail. And wherever they need you,
25   they'll place you there.

Page 15

1    Q. And when you -- sorry.
2    A. So you have a specific time when you come to the
3    division.
4    Q. So normally in my understanding when you're on
5    extra board, you're told the day before what your
6    assignment is going to be for the next day and that
7    gives you a good idea of when to arrive and how long
8    your day's going to be; is that right?
9    A. For the most part, yes.
10   Q. Okay. But when you're on report, you're just
11   told to report to the division at a specific time, but
12   you're not assigned a run?
13   A. For the most part.
14   Q. And so then if someone calls in sick or if
15   something else happens and they need an operator to take
16   over a run, the person who's on report can take over
17   that run?
18   A. Yes.
19   Q. Okay. Do you know if, when you report at the
20   beginning of the day when you're on report, are you on
21   the clock as far as your pay?
22   A. Yes.
23   Q. Okay. So you may -- you may sit for several
24   hours on the clock being paid waiting to be called to go
25   out on a run?

Page 16

1    A. Yes.
2    Q. Okay. I understand there's a process of bidding
3    on runs. I think it's a two-year period that people bid
4    for; is that correct?
5    A. No.
6    Q. It's a shorter period?
7    A. Yes.
8    Q. Is it quarterly?
9    A. Yearly.
10   Q. Yearly. Okay. Is that the general sign-ups?
11   A. Yes.
12   Q. Okay. Did you have particular runs that you
13   would bid on?
14   A. Well, I guess for the most part, wherever you
15   feel more comfortable, that would be it. But
16   everything's based on seniority. So sometime you don't
17   have a choice.
18   Q. Did you have particular runs that you would like
19   more than others?
20   A. Yes.
21   Q. And is there a schedule that was better for you
22   in terms of the day of the week or the hours of the day
23   or something like that?
24   A. Kevin, I guess what happens is you find out what
25   runs you want, and then based on the type of person you

Page 17

1    are, you pick the times you would like to work and you
2    try to kind of pick the days you would like to have off.
3    It kind of comes with that territory. But everything's
4    based on seniority.
5    Q. What was your preference as far as -- was the
6    days off the most important thing for you?
7    A. I mean, yes, I mean, that has a part to do with
8    it. Days off, of course.
9    Q. Were there particular days you preferred to have
10   off?
11   A. Sure.
12   Q. Which ones were those?
13   A. Sunday, Monday.
14   Q. Sunday, Monday, okay. Were there hours of the
15   day that you liked better than others?
16   A. Early -- late mornings.
17   Q. So not the real early stuff, but the late
18   morning?
19   A. Yes.
20   Q. Okay. And then so those shifts would typically
21   take you into early evening if you start in the late
22   morning?
23   A. Yes.
24   Q. And did you have a preference as far as working
25   straight runs or doing splits?

Page 18

1    A. Once again, it's just -- it just depended on
2  your preference.  I think after getting kind of -- my
3  foundation, I think I pretty much wanted to have a
4  straight run, opposed to a split.  That's just the day
5  of.
6    Q. Was there a reason for that?
7    A. Just a preference.
8    Q. Does it -- I understand working split runs can
9  make overall a longer day; is that right?
10    A. Pretty much.
11    Q. That's typical?
12    A. Yes.
13    Q. Okay.  And do you have a sense of how long the
14  break usually is between split runs?
15    A. It could vary.  It could be an hour.  It could
16  be three hours.
17    Q. Okay.  So it could be a pretty wide range?
18    A. Yes.
19    Q. All right.  Now, you mentioned about the travel
20  time and that it's your understanding that's part of the
21  claims in the lawsuit, is for time traveling.  And I
22  wanted to talk about that a little more.
23        So did you ever work runs where your run would
24  start away from the division?
25    A. Yes.

Page 19

1    Q. Was that common?
2    A. No.  It's just -- that was the detail, depending
3  if you worked the extra board or if you had a run.  So
4  it just all depends what your assignment was or is.
5    Q. So sometimes when you're on extra board, you
6  would still start out in the field; is that right?
7    A. That's where you would sometimes start, yes.
8    Q. All right.  And that's even when you're on
9  report, sometimes you have to go out and do a relief in
10  the field instead of taking the trolley out of the yard?
11    A. Yes.
12    Q. And then did you also have runs where you would
13  end out in the field and have to -- you'd be -- I don't
14  know if you'd be free to travel where you wanted, but
15  you would travel back to the division?
16    A. Yes.
17    Q. Now, focusing on the ones where you started at
18  the beginning of your run out in the field, how would
19  you get to that relief point?
20    A. Just depends.  Sometime I would take the bus.
21  Sometime I would drive.  If it was close, sometime I
22  would walk.
23    Q. Okay.  So sometimes you would have a relief
24  point that was quite close to the division?
25    A. Yes.

Page 20

1    Q. Okay.  And then, depending maybe on how you felt
2  that day or -- you would have a habit of walking to the
3  relief point?
4    A. Yeah, if it was nice.  If it was -- the weather
5  was decent and you figure you had enough time, yeah.
6    Q. Okay.  Would you still report to the division
7  before you walked to the relief point?
8    A. Oh, yeah, every day.
9    Q. Every day you would?
10    A. Yeah.  You would have to come to the division to
11  check the -- your detail and the bulletin board to see
12  if any changes or any safety issues that you needed to
13  be aware of.
14    Q. And when you say come to check your detail,
15  what's your detail?
16    A. Say, like, if you worked the extra board, that
17  would be your detail, to make sure it hadn't changed.
18  And then also bulletin board also.
19    Q. So when you -- if you're not on extra board,
20  would you have a detail to check?
21    A. No.  You would just check the bulletin board.
22    Q. Okay.  Just the bulletin board?
23    A. Yes.
24    Q. Okay.  And so it was your practice every day
25  that, before you would have a relief in the field, you

Page 21

1  would come and check the bulletin board?
2    A. Yes, sir.
3    Q. All right.  And we'll talk about the bulletins a
4  little bit more later.
5    A. Okay.
6    Q. So you would park your car at the division?
7    A. Yes, sir.
8    Q. Okay.  You live far enough away that you would
9  always drive into the City to --
10    A. Exactly.
11    Q. -- work?  Okay.
12        Where did you live, if I may ask --
13    A. Vallejo.
14    Q. -- during the time?  Vallejo?  That's a good
15  drive.  That's a lot of time driving in the day, between
16  driving the bus and driving in.  Okay.
17        So in terms of getting to the relief point, you
18  could get there any way you wanted to, it sounds like,
19  once you left the division?
20    A. I would say so, yes.
21    Q. Did MUNI ever provide a shuttle for you to get
22  to the relief point?
23    A. No.
24    Q. No.  But it sounds like sometimes you would walk
25  and then other times you would drive yourself?

1  A. Yeah. I mean, it would just be a multiple. You
2  could walk if it's close. You could drive. You could
3  take the bus. No shuttles, though.
4  Q. When you drive, you would park your car at the
5  relief point as close as you could work it?
6  A. That would be a good estimate, yeah. Or
7  sometime if you had somebody that would take your car
8  back, you could do that too.
9  Q. So maybe the operator you were relieving would
10  take your car back to the division?
11  A. Yes.
12  Q. Okay. And you would just arrange that because
13  you knew this was the person you would be relieving and
14  you would know ahead of time?
15  A. Yeah. I mean, you know, you would have a
16  communication or just let him know where you parked your
17  car, and then go from there.
18  Q. And is that when you would walk onto the bus to
19  relieve the operator, you say, hey, I parked the car a
20  couple blocks over, something like that?
21  A. That's fair to say.
22  Q. Okay. Would you ever talk on the cell phone and
23  say, you know, my car's over here or something like
24  that?
25  A. No, no.

1  Q. No.
2  A. Cell phones is zero.
3  Q. It was more straightforward than that, it sounds
4  like. And then there were times --
5  MR. MCLAUGHLIN: If you need to take a break at
6  any time, just let us know.
7  THE WITNESS: Okay.
8  MR. MCLAUGHLIN: I can't help but note for the
9  record that you've been looking at Mr. Young's computer
10  a little bit. I don't know what he's doing on his
11  computer. I would hope you guys aren't communicating in
12  any way, I assume that's not the case, but I just wanted
13  to note that for the record.
14  MR. YOUNG: And I'll note for the record that
15  we're definitely not communicating. I'm just writing
16  down your records.
17  MR. MCLAUGHLIN: Sure, I just have no way to
18  know.
19  Q. When you would take a bus to the relief point,
20  did you have a typical pattern that you would follow, a
21  specific bus that you would take?
22  A. Yeah, different -- certain route, yeah. You
23  have, like, a map or a route from the division to
24  suggest which -- what your directions are, which way you
25  turn, which way you go.

1  Q. So would it be the same bus that was the route
2  you were working but just an earlier one?
3  A. I'm not understanding that question. Can you
4  repeat that.
5  Q. If, for example, just to pick a run, you had the
6  5 -- 5 line that day, the 5 Fulton, would you take an
7  earlier 5 Fulton to get out to the relief point?
8  A. I'm losing you on that.
9  Q. Okay. So you would take whatever bus would be
10  most efficient to get there --
11  A. Yeah.
12  Q. -- it sounds like.
13  A. But you said if I was driving that bus to the
14  relief point.
15  Q. No, I'm sorry. That's a good clarification.
16  No, I assume you would be riding the bus out to the
17  relief point.
18  A. If I was riding the bus. But you said if I was
19  driving the bus out --
20  Q. I must have misspoken. But if you were driving,
21  would you take that same line that you were relieving,
22  but just an earlier one?
23  A. No. Because it would depend on which bus I was
24  taking to the relief point. It wouldn't be necessarily
25  the bus that I'm relieving. Like, it might be -- say,

1  if I was coming to Van Ness and Market right here, it
2  would be the 9. The 9 wouldn't necessarily be the bus
3  that I would be going to the relief point to.
4  Q. Okay.
5  A. I would just be using the 9 bus to get to the
6  relief spot.
7  Q. So whatever would be the quickest way for you to
8  get there. It could be whatever run or line made sense?
9  A. Yes.
10  Q. Okay. Thank you. So you would travel in
11  different ways, depending upon, it sounds like.
12  The weather might be a factor?
13  A. Yes.
14  Q. Or how you feel that day?
15  A. Yes. If I'm walking. If it's not far, I could
16  walk.
17  Q. The location of the relief point would be a
18  factor --
19  A. Yeah.
20  Q. -- in if you would walk or not?
21  A. Yeah.
22  Q. All right. And I suppose if you got to work
23  early, that might give you more flexibility. If you
24  were late that day, you know, you might have less
25  opportunity to walk and --

Page 26

1    A. No, being late is not an option.  No, being late
2    is not an option.
3    Q. Yeah.  And I know that being on time to the
4    relief point, that's an important -- an important goal?
5    A. You need to be there before the relief time, at
6    least ten minutes before.
7    Q. That was your practice?
8    A. Of course.  Absolutely.
9    Q. And were you told to be there ten minutes
10   before?
11   A. Yeah, that's part of the protocol.
12   Q. Was that just part of training?
13   A. Yes.
14   Q. Okay.  Is that something that you ever saw in
15   writing?
16   A. Yes.
17   Q. What kind of writing?
18   A. It was just that operators need to be there
19   prior, which is at least ten minutes prior to your run.
20   Q. Was that in the operator manual?
21   A. I would have to say yes.
22   Q. You believe it was?
23   A. Yes.
24   Q. Okay.  Would something like that be in a
25   bulletin as well?

Page 27

1    A. Yes.
2    Q. Just as a reminder --
3    A. Yes.
4    Q. -- to operators?
5    A. Yes.
6    Q. Okay.  And it sounded like there were times
7    where you would be on report, as we discussed being on
8    report, as an extra board operator and you would have to
9    go relieve someone in the field?
10   A. Okay, what's your question?
11   Q. I guess that wasn't the best question.  But we
12   had discussed the idea of being an extra board operator
13   and being on report.
14      So you're waiting to be assigned to a run that
15   day?
16   A. Yes.
17   Q. And sometimes when you're on report, you have --
18   you get assigned to go relieve a run that's in the
19   field?
20   A. Yes.
21   Q. All right.  And so you would assume that you're
22   on -- on the clock already while you're traveling out to
23   that relief point; is that right?
24   A. Yes.
25   Q. Okay.  And we've been discussing traveling to a

Page 28

1    relief point at the start of your run.  Would the same
2    kind of practices apply if you had a relief point at the
3    end of the run and you had to travel back?
4       MR. YOUNG: Objection.  Vague.
5       MR. MCLAUGHLIN: Q.  In other words, you might
6    walk back if you were close enough, you might take your
7    car back if you had presumably left it at the relief
8    point, or you would take a bus back.  We had described
9    those different methods of traveling between the
10   division and the relief point.
11      Would you do those same things to return back --
12   A. Could you repeat the question.
13   Q. Sure.  So sometimes when you would have travel,
14   it would be at the start of your run to get to the
15   relief point to relieve another operator, correct?
16   A. Yes.
17   Q. And then sometimes you would have travel where
18   you would get relieved at the end of the run out in the
19   field and would travel back to the division; is that
20   correct?
21   A. Yes.
22   Q. So those times where you would get relieved in
23   the field and travel back to the division, those are the
24   ones I want to focus on now.
25   A. Okay.

Page 29

1    Q. Because all my other questions were about where
2    you're traveling to start your run.  And so what I was
3    wondering, we discussed the different ways that you
4    would travel to start your run to get to the relief
5    point.
6       Would you travel those same ways to get back if
7    you were relieved out in the field?
8       MR. YOUNG: Objection.  Vague.
9       You can answer the question if you understand
10   it.
11      MR. MCLAUGHLIN: I can go one by one, is fine.
12   Q. For instance, so again focusing on a run where
13   you're relieved in the field and want to travel back to
14   the division.  Sometimes would you walk back?
15   A. If it was close.
16   Q. Sometimes would you take your car back?
17   A. No, because I'm not sure if the car would be
18   there.  So if the car's not there, I couldn't take it
19   back.
20   Q. Would you ever -- you described sometimes
21   exchanging cars with other operators.
22      Would you ever take another operator's car back
23   to the division at the end of your run?
24   A. Yes.
25   Q. And would you sometimes take a bus back or other

Page 30

1  form of public transportation --
2    A. A bus, yes.
3    Q. -- back? Yeah, I don't think any -- there's no
4  rail going by the Potrero division, right? They do have
5  diesels there, though?
6    A. No.
7    Q. It's just electric?
8    A. I mean, there's no diesels. Potrero's trolleys.
9  They're electric.
10    MR. YOUNG: Is now a good time for a break?
11    (Off the record from 9:33 to 9:37.)
12    MR. MCLAUGHLIN: Back on the record.
13    Q. You understand you're still under oath?
14    A. I guess, yes.
15    Q. Okay. When you would return to the division
16  after you were relieved in the field, what activities
17  would you perform at the division?
18    A. You're talking about on a split?
19    Q. No. On a regular straight run.
20    A. After I finish?
21    Q. So you're relieved in the field and then you
22  travel back to the division.
23    Do you just hop in your car and go home?
24    A. No, I would check the board.
25    Q. You would check the board at the end of your

Page 31

1  run?
2    A. Yes.
3    Q. Okay. And on those days, would you have checked
4  it at the beginning of the day?
5    A. Wait, back up for a minute.
6    Q. Sure.
7    A. Now, where am I at far as after I'm -- after I'm
8  relieved? Am I relieved on the bus? Is that what
9  you're saying, and then traveling back to division with
10  the detail?
11    Q. Correct. So yes, you travel back to the
12  division.
13    A. Right.
14    Q. Might do it several different ways. When you
15  get there, I was wondering, do you jump in your car? Or
16  it sounds like you would read the bulletin boards.
17    A. Yes.
18    Q. Okay. So at the end of your run, you would read
19  the bulletins?
20    A. Yes. That would be -- that would be a part --
21  one of the parts of it.
22    Q. Okay.
23    A. But prior to even getting to the division, I
24  would have to park the bus, if that's what you're
25  asking. Or if you're talking about getting relief from

Page 32

1  the street or actually bringing the bus back. I'm kind
2  of confused.
3    Q. No, I appreciate that. No problem.
4    I'm speaking about instances where you get
5  relieved on the street. So out in the field, you're not
6  driving the bus any longer. You get back to the
7  division any different way.
8    Then is it your practice you would just jump in
9  your car and go home?
10    A. No. I would check the bulletin board --
11    Q. Okay.
12    A. -- right, for details. And then I would get in
13  the car and leave.
14    Q. Okay. So on those days where you would get
15  relieved on the street, had you started your run at the
16  division, typically?
17    A. One or two ways.
18    Q. Would you have runs that both started away from
19  the division and ended away from the division?
20    A. Yes.
21    Q. Okay. So for those runs, you would have to at
22  the beginning of your run travel out to the relief point
23  and then at the end of the run you would have to travel
24  back to the division from your relief point; is that
25  right?

Page 33

1    A. Yes.
2    Q. So on those days, would you read the bulletin at
3  the beginning of your shift or at the end of your shift?
4    A. Both.
5    Q. Both. Was it your practice every day, no matter
6  where you started or ended your run, you would check the
7  board at the beginning and at the end?
8    A. Yeah.
9    Q. Just -- if you could make sure --
10    A. Yes.
11    Q. -- that's audible. Thank you.
12    Now, would you find that there were new
13  bulletins between the beginning of your run and the end
14  of your run?
15    A. Yes.
16    Q. Was that common?
17    A. Yes. I mean, daily, yes.
18    Q. All right. And would you read all of the
19  bulletins, both in the morning and at the end of your
20  run?
21    A. Yes.
22    Q. Even though -- the ones that you had read
23  earlier that day, you would read them again?
24    A. Well, you know, you would just see it, and you
25  would just make sure that you understand it.

Page 34

1    Q. Okay. So if it was one that you had read in the
2  morning and you understood it, you probably would skip
3  by it later that day?
4    A. No, I wouldn't say that. No. You still would
5  have to come to the designated location to see it, just
6  in case.
7    Q. So you would come in and check it. If it was
8  something you'd read that morning, though, you probably
9  wouldn't read it again; is that fair to say?
10   A. No. You would still probably do it.
11   Q. You would still read it anyway?
12   A. Yeah. You would do it just to check yourself to
13  make sure that you, you know, that you got it.
14   Q. Okay. So that was your practice every day?
15   A. Yes, sir.
16   Q. All right. For the days where you had a run
17  that ended at the division, so you were pulling the bus
18  into the division -- I'd like to go through your
19  activities as you pull into the division to the yard.
20  Okay? It's my understanding there's a gate of some sort
21  and you pull the trolley in through the gate; is that
22  right?
23   A. Yes, sir. You pull in late most of the time.
24   Q. Okay. And you pull in and you park the trolley?
25   A. Yes. But --

Page 35

1    Q. If you could just kind of go step by step what
2  you do once you pull in through the gate, I would
3  appreciate it.
4    A. Okay. Once you pull in, you get an assignment
5  where to park the bus from one of the maintenance guys.
6  Then it's -- you pull up to where they have revenue.
7  Right? Then you park it on the track, whichever track
8  that you've been assigned to.
9    Q. So when you say that you have revenue, what does
10  that mean?
11   A. Monies. You know, your fare box. Right? They
12  take the money out every night. So you're waiting -- it
13  might be a bus or two that's in front of you. Right?
14  And then pull up to the revenue, pull the money out, put
15  a new box in, you continue, and you park the bus.
16   Q. Okay. So you pull in through the gate.
17  Somebody tells you where you're going to be parking; is
18  that right? Then the next step is you go by revenue,
19  which means somebody comes, takes the fare box out, puts
20  in an empty one; is that right?
21   A. Yes.
22   Q. Yes? And then after that, you park the bus; is
23  that right?
24   A. Yes.
25   Q. So then once you park the bus, you just walk off

Page 36

1  the bus directly?
2    A. It wasn't that easy, no. You have to secure the
3  bus. You have to walk through the bus, make sure the
4  bus is safe. You have to take all your leftover
5  transfers, defect cards, anything to report to the
6  dispatcher's office.
7    Q. Okay. So you described a couple different
8  things there I'd like to go through.
9    A. Okay.
10   Q. So the first thing that you do, walk through the
11  bus after you park it?
12   A. Yeah, you secure the bus. You have to walk, you
13  know, down the aisle all the way to the back, and then
14  back to the driver compartment.
15   Q. When you say secure the bus, do you just mean
16  turn it off and put the brake on?
17   A. (Indicating.)
18   Q. Is that correct?
19   A. Yes.
20   Q. And I just have to push you for those audible
21  responses --
22   A. Okay.
23   Q. -- so we get it on the transcript. I appreciate
24  your nodding. I understand what you mean.
25       So you turn off the bus, put on the brake, then

Page 37

1  you go walk through the bus. How long does that take
2  you?
3    A. Ten minutes.
4    Q. Ten minutes to walk through the bus?
5    A. No. You said the process takes ten minutes.
6    Q. Oh, no, I'm sorry. Just that little piece of it
7  to walk through the bus after you --
8    A. Five minutes.
9    Q. Five minutes to walk through the bus?
10   A. Yes.
11   Q. Okay. And what are you looking for when you
12  walk through it?
13   A. Well, it could be a number of things. Trash,
14  packages, graffiti.
15   Q. And what would you do if you found those things?
16   A. You write it down.
17   Q. On the defect card?
18   A. Yeah. It all depends what you find.
19   Q. So if it was graffiti, what would you do?
20   A. Put it on the card. It's a defect card.
21   Q. Okay. And if it was trash, what would you do?
22   A. You might tell the maintenance person, depending
23  what it is.
24   Q. It's not something you would write down, though?
25   A. Of course.

1   Q. You would still write it down?
2   A. Yes.
3   Q. Okay. Are you looking for any mechanical
4   problems as well?
5   A. Yeah, that's part of it too, if you know from
6   your knowledge that you can report that. I mean, just
7   passing information.
8   Q. Okay. If you see that the lift isn't working or
9   a window's not closing or something like that?
10  A. Or if it's something broke, yeah, you can report
11  that.
12  Q. Okay. So you're doing all this after you've
13  parked the bus and turned it off. So that's a
14  walk-through that ordinarily would take you five
15  minutes; is that right?
16  A. Yes.
17  Q. So then you do that and you step off the bus
18  after that?
19  A. Yes.
20  Q. And then where do you go?
21  A. To the dispatcher's office. That's the
22  immediate supervisor's office.
23  Q. Okay. And what are you going to the
24  dispatcher's office to do, typically?
25  A. Just to report anything that's either left,

1   defect, or unused transfers.
2   Q. If there was a sweatshirt left on the bus, lost
3   and found item, would you grab that and take it off,
4   back to the dispatcher's office?
5   A. I would get discouraged with bringing that from
6   a dispatcher's office because that's part of your
7   overtime. You know, you -- they might tell me to throw
8   it in the trash.
9   Q. Dispatcher might --
10  A. Yeah.
11  Q. -- tell you to throw it in the trash?
12  A. Yes.
13  Q. Okay. Was there a lost and found at Potrero?
14  A. Yes.
15  Q. Would you ever take things in to the lost and
16  found?
17  A. Yes.
18  Q. Is that at the dispatcher's office?
19  A. That's where it starts.
20  Q. I'm not sure what you mean by that.
21  A. I mean, you have to take it somewhere. It's
22  not, like, downstairs. You would take the lost and
23  found item there, tag it, and we give it to the
24  dispatcher.
25  Q. Okay. So you take a lost and found item

1   downstairs --
2   A. Upstairs.
3   Q. I'm sorry, upstairs -- and then you tag it
4   yourself?
5   A. Yes.
6   Q. Okay. And then you give a receipt or half of
7   the tag or something to the dispatcher; is that right?
8   A. Yes, for a lost and found, yes.
9   Q. And that was part of your responsibility as the
10  operator, is to get those kind of items off the bus?
11  A. Yes.
12  Q. Okay. Would the maintenance people sometimes do
13  that if you --
14  A. I can't speak for them. I'm not sure.
15  Q. Okay, yeah, you might not know. But you never
16  left any lost and found things on a bus?
17  A. If I did, it wasn't to my knowledge. It was
18  something that was there that I didn't know it was
19  there.
20  Q. Okay. But if you were aware of the lost and
21  found item --
22  A. Yes.
23  Q. -- you would walk it in?
24  A. (Indicating.)
25  Q. And how long would that lost and found process

1   that you described, going in, upstairs, tagging it --
2   A. Five minutes.
3   Q. -- bringing the tag back, how long would all
4   that take?
5   A. Five minutes.
6   Q. And how often would that happen, in your
7   experience? Every day?
8   A. It could. Yeah, it could. Yes.
9   Q. Was it every day, in your experience?
10  A. No, not every day, no.
11  Q. Every other day?
12  A. The lost and found, you're talking about?
13  Q. Right. Just the lost and found.
14  A. No.
15  Q. Once a week, maybe?
16  A. I couldn't say.
17  Q. It wasn't that common?
18  A. Of course. It's a bus.
19  Q. People leave things on there all the time?
20  A. Of course, yes.
21  Q. So it was something that would happen fairly
22  often?
23  A. Yes.
24  Q. Okay. So if it's a day where you don't have a
25  lost and found item, you step off the bus. Then your

1    next step is to go to the dispatcher's office; is that
2    right?
3        **A. It's the same routine.**
4        Q. Okay.
5        **A. You do the same routine daily.**
6        Q. Okay.  What do you do at the dispatcher's
7    office?
8        **A. It's the report, as I stated, lost and found,**
9    **defect cards, being things going on with the bus, and**
10   **unused transfers.  And also, to look at the bulletin**
11   **board.  So, you know, you just have three or four steps**
12   **that you follow daily.**
13       Q. Okay.
14       **A. You know, you don't deviate from that.  Just A,**
15   **B, C, D.**
16       Q. Okay.
17       **A. Every day.**
18       Q. So just looking at the defect card, that's
19   something that you hand to the dispatcher?
20       **A. Yes.**
21       Q. Would you also have a conversation about what
22   you may have noted on the defect card?
23       **A. If he asks, yes.**
24       Q. If not, you may not discuss it at all?
25       **A. I mean, if it's blatant.  If it's blatant, you**

1        **find something -- hey, I found a wallet.  Here's the**
2    **wallet.**
3        Q. Right.  But just in terms of the defect card.  I
4    assume a wallet, that would be a lost and found kind of
5    thing?
6        **A. Yes, yeah.  But you're asking me what's going on**
7    **with the dispatcher.**
8        Q. Sure.
9        **A. So I'm just trying to -- just in conversation,**
10   **if it's something I need to conversate (verbatim) with**
11   **them, it's mentioned.  If not, then it's not.**
12       Q. Okay.  With the defect card, would you even turn
13   it in to the dispatcher if there's no defects?
14       **A. If it's nothing on the -- if it's no defect,**
15   **then a blank card, no.**
16       Q. Okay.  What would you do with the blank card?
17       **A. If it's a -- if you have unused transfers, you**
18   **would just put it in the rubber band and just turn it in**
19   **like that.**
20       Q. Okay.  So if -- when you inspect the vehicle at
21   the end of your run you find no defects, then you just
22   bundle the transfers with the blank defect card with a
23   rubber band; is that right?
24       **A. Yes.**
25       Q. And then I understand some of the divisions have

1    a box where you can just drop those off.
2        Did Potrero have a box like that?
3        **A. They may have.  But the defects and the transfer**
4    **I had -- it was almost like -- if you're there, okay,**
5    **here's a transfer and defect card.  Now, what he did**
6    **with them, that was on him.**
7        Q. Okay.  So it was your practice, you would always
8    hand them to the dispatcher?
9        **A. (Indicating.)**
10       Q. You bundle them up, give them to the dispatcher
11   at the window?
12       **A. Now, if he threw them in the box, that was on**
13   **him.  It wasn't like I threw them in a box.**
14       Q. Okay.  It was your practice you never put them
15   into a box or drop box of any kind?
16       **A. No.**
17       (**Exhibit 11** was marked for identification.)
18       MR. McLAUGHLIN: I want to show you what we've
19   had marked as **Exhibit 11**.  Exhibit 11 is a two-page
20   document.
21       Q. And I want to ask if you're familiar with it.
22       **A. Which one?**
23       Q. How about the first page?
24       **A. This is the defect card.**
25       Q. Okay.  So that's the defect card we've been

1    talking about?
2        **A. Yes.**
3        Q. Okay.  Is the second page part of the defect
4    card?  Well, let me ask, the second page, is that
5    something you've ever seen before?
6        **A. I may have seen it, but I never probably**
7    **completed it or anything.**
8        Q. Okay.  It looks like that might be for the
9    maintenance people?
10       **A. Appears to be, yes.**
11       Q. So it's not part of the defect card on Page 1?
12       **A. It -- yeah, this is defect card here.**
13       Q. And so is the defect card something where -- you
14   can see on the first page of **Exhibit 11**, it's split into
15   two columns.  Is one of those the front and the other is
16   the back of the card?
17       **A. Let me see.  It's been a minute since I've seen**
18   **it.  No, I think that's the whole -- I don't think it's**
19   **the back, though.**
20       Q. Okay.  So the defect card is like this regular
21   8½ X 11 piece of paper?
22       **A. It's just -- yeah, this is when you fill it out.**
23   **This is, you know, it's blank now.  But you fill it out**
24   **when you inspecting the bus.**
25       Q. All right.

Page 46

1    A. The coach number, date, and all the stuff that
2  you have checked off.
3    Q. And I see at the top it says -- it talks about a
4  pre-op inspection.
5    A. Mm-hmm.
6    Q. Can you describe what that is.
7    A. Well, it's the operator's responsibility to make
8  sure that they inspect these -- all these mechanical
9  parts.
10    Q. At the beginning of the run?
11    A. Yeah, prior to that.  Prior to -- prior -- if
12  you pulling the bus out.  And then once you make a
13  relief and you get to the terminals, you can do the
14  same.
15    Q. So when it talks about pre-op inspection, is it
16  your understanding that refers to before you pull the
17  bus out of the division?
18    A. Mm-hmm.
19    Q. Okay.  So operators are required to check all of
20  these items on the defect card before pulling the
21  trolley out?
22    A. Yes.
23    Q. Okay.  And then do you check all of these items
24  when you pull back in at the division?
25    A. No.

Page 47

1    Q. What kind of inspection do you do -- I mean, we
2  talked about walking through the bus.  Is that
3  essentially what you do, you just walk through the bus.
4  If something jumps out at you, you mark it on here,
5  that's it?
6    A. You talking about once you come back, yes.
7    Q. Well, yes.  Once you come back to the division.
8    A. The pre-op is done before.  And that's the
9  responsibility of the operator who's pulling the bus
10  out.  And then once you make your relief, once you get
11  to the designated terminals, you can just confirm that
12  the operator who you relieved did the same so you can be
13  on the same page.
14    Q. Okay.  For example, it talks about -- there's a
15  box for headlights.
16      Do you check headlights at the end when you pull
17  into the division?
18    A. No.  Once you're finished, you're talking about?
19    Q. Correct.
20    A. No.
21    Q. Okay.  So at the end of your run when you pull
22  into the division, you would just note on here anything
23  that you saw or experienced when you were operating
24  during the day; is that right?
25    A. Yes.

Page 48

1    Q. Okay.  But it wasn't a full inspection, like at
2  the beginning of your run?
3    A. Right.
4    Q. Okay.  And again, you may leave this totally
5  blank at the end of your run if you didn't see anything?
6    A. No.  This should be filled out once you make
7  your relief.  This is already done by the other
8  operator.
9    Q. At the beginning of the day?
10    A. Yes.
11    Q. So then it's just left in the outfit and, if you
12  relieve the operator in the field, it's already in there
13  and filled out?
14    A. Yeah, it's supposed to be there.
15    Q. So at the end of the day it's already filled
16  out, but you may make a notation if you see something?
17    A. Yeah.  For the defects, yes.
18    Q. Okay.  Do operators sometimes leave the defect
19  card -- in your experience, do they leave the defect
20  card on the seat?  Have you ever heard of that?
21    A. Once you finish your run?  No.
22    Q. You have to turn it in --
23    A. Yes.
24    Q. -- at the end?  Okay.
25      Did you ever do a walk-through of your vehicle

Page 49

1  before you pulled into the division?
2    A. Talking about in the interior?
3    Q. Yes.
4    A. Yes.
5    Q. So sometimes you would stop the bus, maybe --
6    A. No.
7    Q. -- outside the gate and walk through?
8    A. No.  The -- sometime I would do an interior
9  inspection at the terminals.
10    Q. And by terminals, you mean the end point of the
11  run?
12    A. Yes.
13    Q. Okay.
14    A. You know, you walk through, do an inspection at
15  the terminals.  I mean, once you get through -- I mean,
16  once you get to the end of the line, you know, you never
17  know what's on your bus.  So you just jump out your
18  seat, secure your bus, walk to the back, come back this
19  way.  You don't know, you know, what's on there.
20    Q. So would you do that in the middle of revenue
21  service or only at the end of the run?
22    A. At the end, the end of the line.
23    Q. So you would be at the end of the line at the
24  terminal.  You do a walk-through.  And then you would
25  deadhead back to the division?

1    **A. No, no. Then you go back in service.**
2    Q. Service?
3    **A. Yes.**
4    Q. Okay. So you would do it -- it could be several
5    hours into your run but you still had several hours
6    more, you would do it in the middle, for example?
7    **A. No. You just do it at the end of the terminal.**
8    **Each one have two terminals, inbound, outbound. And**
9    **then once you get to one of the terminals, you would**
10   **just inspect your bus to make sure your bus is okay.**
11   **Safety.**
12   Q. Yes. Would you ever do that inspection at the
13   terminal where your only step after that was to deadhead
14   back to the division?
15   **A. If you got those orders. I mean, deadhead back,**
16   **you would have to have orders to deadhead back.**
17   Q. Did you ever have schedules where you would
18   finish revenue service in the field and then deadhead
19   back to --
20   **A. If you got instruction to do that, yes.**
21   Q. Would that be part of your daily schedule, or
22   would that be a rare --
23   **A. No, it just --**
24   Q. -- thing that --
25   **A. -- a rarity. If something's going on, they say,**

1    **operator, deadhead back to the division. So when you**
2    **get your orders, you might just walk back to the -- to**
3    **the -- to the inspection and then deadhead back but**
4    **those would only be orders from central control.**
5    **(Reporter interruption.)**
6    **MR. MCLAUGHLIN: Q. So your runs that would**
7    end with you pulling into the division, were you always
8    in revenue service right up until you got to the
9    division?
10   **MR. YOUNG: Objection. Vague.**
11   You can answer the question if you understand
12   it.
13   **THE WITNESS: Repeat it, please.**
14   **MR. MCLAUGHLIN: Q. We've talked about runs**
15   that end in the field, but then sometimes you would have
16   a schedule where your run would end by you pulling into
17   the division, correct?
18   **A. Yes.**
19   Q. Those runs where you pulled into the division at
20   the end of the run, would you be in revenue service
21   right up until you pulled into the division?
22   **A. As long as I didn't have to deadhead. Since you**
23   **mentioned that, I'm kind of getting kind of confused.**
24   **If I was traveling back in service, I would be in**
25   **revenue. If I was deadheading, then I wouldn't be in**

1    revenue.
2    Q. Okay. So I understand you would have occasional
3    maybe rare times where you would be told to deadhead --
4    **A. Yes.**
5    Q. -- back on a day, back to the division.
6    Would you ever have as part of your schedule --
7    what I'm trying to ascertain is, if as part of your
8    schedule you would be in revenue service right up until
9    you got to the division.
10   **A. Yes.**
11   Q. Okay. So it's a stop very near Potrero and then
12   that would be your last stop and then you would just
13   pull in?
14   **A. Yes.**
15   Q. Okay. Thank you. Do you have an estimate at
16   the end of the run of how long it would take you to fill
17   out a defect card if there was some sort of a defect?
18   **A. Normal is five minutes. If it's more things**
19   **going on, maybe ten.**
20   Q. Just that process of writing in and filling it
21   out?
22   **A. It all depends on what's your defect.**
23   Q. Okay. Are you combining that with the process
24   of inspecting the vehicle, you kind of do it all at
25   once?

1    **A. Yeah. I mean, it's a combination, yes.**
2    Q. Okay. I think I understand. And so then
3    after -- just to complete your activities, when you
4    return the bus at the division, after you turn in the
5    defect card and the unused transfers, then you basically
6    get in your car and go home?
7    **A. Well, you still have to check the bulletin**
8    **board.**
9    Q. Okay. And after you check the bulletin board,
10   what would you do next?
11   **A. Then you just turn everything in to the**
12   **dispatcher.**
13   Q. Okay. And then after that?
14   **A. Then you're finished.**
15   Q. And finished, meaning you get in your car and go
16   home?
17   **A. Yes.**
18   Q. Okay. Now, you mentioned about runs coming in
19   late. And we talked a little bit about submission of
20   overtime cards or overtime slips. And I want to talk
21   about that a little bit. So have you ever in your
22   experience had runs that ended later than they were
23   scheduled to end?
24   **A. Yes. Yes.**
25   Q. How often would that happen?

Page 54

1    **A. Regular.**
2    Q. And can you give me an estimate of how regular?
3    Is this a daily thing?
4    **A. Yes.**
5    Q. Is it once a week?
6    **A. Daily.**
7    Q. So every day your run would be late?
8    **A. Yes.**
9    Q. Okay. And do you have an estimate of how long
10   your run would be on average every day?
11   **A. Just depends on traffic, what's going on.**
12   Q. So it would vary?
13   **A. Yes.**
14   Q. Okay.
15   **A. But you're late. You can rest assured of that.**
16   Q. And when you say late, is that based on when you
17   pull into the gate or when you leave for your home in
18   your car? What is the time that you're thinking of as
19   when you're becoming late?
20   **A. Travel time from when you out of revenue service**
21   **back to the division.**
22   Q. I'm sorry. You're saying you would be late when
23   you would be traveling back to the division?
24   **A. Yes.**
25   Q. When you would be deadheading or not in revenue

Page 55

1    service?
2    **A. Well, deadhead, that's -- I mean, from what you**
3    **were asking me, deadheading would be from the terminal,**
4    **right.**
5    Q. Okay.
6    **A. You're late from that point.**
7    Q. So every time that you would deadhead back,
8    which I understand was rare, but you would always be
9    late on those days?
10   **A. Yeah, if you're deadheading, yes, pretty much**
11   **for the most part.**
12   Q. Okay. On days where you didn't deadhead back,
13   but it's just a regular day where you pull into the
14   division, it sounds like on all of those days you would
15   be late?
16   **A. Yes.**
17   Q. Okay. And the amount that you would be late
18   would vary, it sounds like --
19   **A. True.**
20   Q. -- is that right?
21   **A. Yes.**
22   Q. What's the least amount that you would be late,
23   if you can estimate?
24   **A. Five minutes.**
25   Q. Okay. And what's the most that you would be

Page 56

1    late, that you can estimate?
2    **A. 15 minutes.**
3    Q. Are there reasons why it would vary?
4    **A. Traffic.**
5    Q. Is that the main -- the main factor?
6    **A. Objective, yeah. Traffic accidents.**
7    Q. Accidents that you would be involved in?
8    **A. No. Just surrounding accidents.**
9    Q. On the roads. How about construction? Would --
10   **A. Yeah.**
11   Q. -- that ever cause you to be late?
12   **A. Late reroutes. If something -- if there's a**
13   **detour, it happens a lot. Something unexpected.**
14   Q. Would you ever have riders make you late? They
15   want to argue with you --
16   **A. Passengers, yes.**
17   Q. Yes. And -- or I don't know if there's any
18   seasonal part. If, you know, kids are back in school
19   and you have a lot of -- just a lot more people on the
20   bus than normal, would that --
21   **A. Yes.**
22   Q. -- affect whether you were late?
23   **A. Yes.**
24   Q. Okay. Anything else you can think of that would
25   cause you to be late?

Page 57

1    **A. I mean, you kind of covered it all. You know,**
2    **accidents, you know, reroutes, traffic, passengers.**
3    Q. Bad weather? Would that ever do it?
4    **A. Yeah. Just multiple things. Don't take much.**
5    Q. Okay. But even if none of those things
6    happened, in your experience, you would still come in
7    late?
8    **A. I'm sorry?**
9    Q. Even if none of those things we discussed
10   happened --
11   **A. Yes.**
12   Q. -- you would still come in late?
13   **A. The system, I guess --**
14   MR. YOUNG: Let him ask the question.
15   MR. MCLAUGHLIN: Yeah, just for the court
16   reporter's benefit.
17   MR. YOUNG: Because if you guys are talking over
18   each other --
19   MR. MCLAUGHLIN: It's normal conversation, but
20   for him, it's a lot easier if we take a little pause
21   between question and answer.
22   Q. To repeat my question, so we discussed different
23   things that could cause you to be late. Traffic,
24   construction, things like that. But even if none of
25   those things occurred, you would still be late --

Page 58

1    A. Yes.
2    Q. -- every day?
3    A. Yes.
4    Q. Okay. Did you ever have days where you came in
5    early?
6    A. No. No.
7    Q. Never came in early?
8    A. No.
9    Q. And I was trying to ask earlier, but I guess my
10   question wasn't very clear, about what the marker is, in
11   your mind, of where you're early or late.
12        Is it when you pull in the gate at the division?
13   Is that kind of the point, in your mind, that you're
14   late getting into that gate, or is it late doing
15   something else?
16        MR. YOUNG: Objection. Asked and answered.
17        MR. MCLAUGHLIN: Q. You can still answer,
18   though.
19        MR. YOUNG: Can you please repeat the question.
20        (Reporter read back.)
21        MR. YOUNG: Obviously, same objection.
22        MR. MCLAUGHLIN: Q. Do you understand the
23   question?
24   A. Repeat it.
25   Q. Okay. So you -- I just want to make sure that

Page 59

1    we're clear about what we're talking about when we talk
2    about the run coming in late. And so -- I just want to
3    understand when you say you're late every day, that
4    could mean you're late when you finish your revenue
5    service, you're late when you pull in the gate, you're
6    late when you get in your car to go home.
7        I'm trying to understand where in that continuum
8    of events, where you're thinking of yourself as being
9    late. And maybe it's the whole way through. I don't
10   know.
11        MR. YOUNG: Is that a question?
12        MR. MCLAUGHLIN: So I'm trying to understand.
13   Q. And if you could clarify, I would appreciate it.
14        MR. YOUNG: Wait, I'm -- hold on. I'm confused
15   about what the question is.
16        MR. MCLAUGHLIN: If he's confused, he can tell
17   me. You can object that it's vague if you don't get it.
18   That's fine.
19   Q. If you understand the question, I would ask you
20   to answer it. If you don't, you can tell me. That's
21   fine too.
22        MR. YOUNG: Well, I'll object on the basis that
23   it's vague. I don't understand the question.
24        If you understand the question, you can answer
25   it.

Page 60

1        THE WITNESS: Well, it's kind of confusing
2    because you're asking me where am I late at. Am I late
3    in revenue or am I late at the gate?
4        MR. MCLAUGHLIN: Right.
5    Q. When you're talking about being late every
6    day --
7    A. Late.
8    Q. -- what do you mean?
9    A. Revenue.
10   Q. Okay. So you're late when you finish your
11   revenue service?
12   A. Revenue. And then by the time I get to the
13   gate, I'm late.
14   Q. And so then you're late at the gate as well?
15   A. Yes.
16   Q. So you're late when you leave to go home?
17   A. Yes.
18   Q. So you're late the whole way through, then?
19   A. Yes.
20   Q. Okay. Thank you. That's all I was trying to
21   understand. I appreciate it.
22   A. Okay.
23   Q. Have you ever kept track of this, you know, the
24   fact that you're late every day?
25   A. In my mind?

Page 61

1    Q. Sure.
2    A. In my mind, on paper -- but I just always get
3    discouraged of turning stuff in because the supervisors
4    would always say that it's discouraging me from turning
5    in paperwork. The MTA was going to investigate. And,
6    you know, but you would try. But you would -- you
7    wouldn't get support from turning in the overtime cards
8    and stuff.
9    Q. Okay.
10   A. So I mean, it's a normal routine that you're
11   doing. So it's got to be there.
12   Q. Okay. So you would -- you would keep track in
13   your head every day that you were coming in late. That
14   was something you would make a mental note about?
15   A. Well, I mean, it's just -- it's -- a routine
16   thing happened.
17   Q. Okay. Would you ever write it down, like, on a
18   piece of paper where you would just keep track every day
19   hey, I came in at this time?
20   A. No.
21   Q. Okay. But it sounds like you would turn in
22   overtime cards sometimes?
23   A. Yeah. If you -- if I didn't get discouraged to
24   do it.
25   Q. Okay. I'd like to show you what's been

1    previously marked Exhibit 4.  Is this what -- well, can
2    you tell me what this document is.
3        A.  Appears to be overtime card.
4        Q.  All right.
5        A.  With the vehicle number, date, line run, ID,
6    signature.
7        Q.  So that's what you're familiar with as an
8    overtime card?
9        A.  This is it.
10       Q.  Okay.  And is it printed on a -- some kind of
11   colored paper or different size?  What does it look
12   like?
13       A.  Well, the last time I remember, it was a card.
14   It wasn't printed on this.  It was a card.  A yellow
15   card.
16       Q.  Okay.
17       A.  So this is just a bigger copy with the cards.
18   The overtime information was on the card, not that.
19       Q.  Okay.  And where, in your experience, were these
20   kept?
21       A.  In the dispatcher's office.
22       Q.  So at the end of the run, if you wanted to fill
23   out an overtime card, you would go to the dispatcher's
24   office and ask for a card?
25       A.  Yes.

1        Q.  Were they ever out so you could just grab one?
2        A.  At some point they would be, yes.  You could do
3    that.
4        Q.  So sometimes you did that.  You would just grab
5    one off the --
6        A.  Yes.
7        Q.  Is it a counter?
8        A.  Yes.  I mean, you would ask for it.  Just, you
9    know, you would be in compliance to ask.
10       Q.  Okay.  So typically you would ask.  Occasionally
11   you may have just taken one if it was out there?
12       A.  Yes.
13       Q.  Okay.  So then you fill out the card and you
14   submit it back to the dispatcher, you turn it in?
15       A.  Yes.
16       Q.  All right.  And so you mentioned that you would
17   get discouraged from doing that; is that correct?
18       A.  From the dispatchers, yes.
19       Q.  Is that from the point where you ask for the
20   card or the point where you turn it in?
21       A.  Turn it in.
22       Q.  Okay.  So when you turn in the card, what would
23   happen typically?
24       A.  It was just, you know, more discouraging from
25   the -- your immediate supervisor to turn it in because

1    of the investigation.  You know, far as the work that he
2    had to do to submit your overtime.
3        Q.  Okay.  So your immediate supervisor would tell
4    you, hey, this is going to cause me a hassle, don't do
5    it?
6        A.  Yes, sir.
7        Q.  Okay.  So that's not the dispatcher, that's --
8    who --
9        A.  That would be the dispatcher.  The dispatcher's
10   your immediate supervisor.
11       Q.  Okay.  So it's that person that's at the
12   window --
13       A.  Yeah.
14       Q.  -- and you're turning the card in to them and
15   they're saying, hey, you're going to cause me a hassle,
16   don't do this?
17       A.  And they're going to investigate you too because
18   of the overtime.
19       Q.  The dispatcher tells you --
20       A.  Yes.
21       Q.  -- that they'll investigate you?
22       A.  Yes.
23       Q.  Okay.  And is that every time?
24       A.  Pretty much that was the standard procedure.
25       Q.  And these comments about, hey, don't do this.

1    You're going to cause me a hassle, is that every time
2    that you would turn one in?
3        A.  Pretty much, yes.
4        Q.  Okay.  Was it the same person every time you
5    turned it in or --
6        A.  No, different ones.
7        Q.  Okay.  Do you remember any of those people?
8        A.  On sight.  Not by name.
9        Q.  Okay.  You don't know the names of any of them?
10       A.  No.
11       Q.  But if you saw a picture, you might know what
12   they look like?
13       A.  I might know them by pictures.  I might say --
14   if I seen a picture, I might say, oh, this is the
15   dispatcher at Potrero or something like that.
16       Q.  But all of them, no matter who it was, said the
17   same thing to you?
18       A.  Yes.
19       Q.  Okay.  And so did that, in fact, discourage you
20   from turning in overtime cards?
21       A.  Yes.
22       Q.  Would you still try to turn in overtime cards?
23       A.  I would try, yes.
24       Q.  Would you be successful?
25       A.  Well, I don't know if -- once you -- let's say

Page 66

1    if I gave you this card, I don't know what you're doing
2    with the card once I gave it to you.
3        Q. So you don't know whether the overtime actually
4    got paid?
5        A. Yeah. I might give you the card and you throw
6    it in the trash can.
7        Q. Sure. That could happen.
8            Did you ever see that happen?
9        A. No.
10       Q. Okay. So you don't know one way or another what
11   a dispatcher would do with the card that you turned
12   in --
13       A. Yes.
14       Q. -- is that right?
15       A. Correct.
16       Q. Putting aside that they might have thrown it
17   away, did you still continue to submit overtime cards,
18   even after being told, hey, this is going to cause us a
19   hassle?
20       A. Yes.
21       Q. And how often would you do that?
22       A. You know, when the overtime came up, on a daily
23   basis.
24       Q. So every day you would submit an overtime card?
25       A. Yes.

Page 67

1        Q. Is that true throughout the whole time you
2    worked at MUNI -- I'm sorry, as an operator --
3        A. Yes.
4        Q. -- or during a certain period? Throughout the
5    whole time?
6        A. Yes.
7        Q. Okay. So it was your practice to every day
8    submit an overtime card?
9        A. Yes.
10       Q. All right. So you consider yourself discouraged
11   from turning them in, but you still turned them in every
12   day? I'm trying to understand that.
13       A. I mean, if you're getting discouraged, at some
14   point you have to draw the line. I mean, at that point
15   what do you do?
16       Q. Well, what did you do?
17           MR. YOUNG: Objection. Vague.
18           MR. MCLAUGHLIN: Q. Did you ever complain to
19   anybody about this?
20       A. No. The union wouldn't do anything about it.
21   So just kind of had to deal with it within yourself.
22       Q. Did you ever talk to a union representative
23   about it?
24       A. Yes. It was -- it was -- you know, you would
25   share that information. And they would probably say

Page 68

1    they would check into it, get back to you. You know,
2    kind of like put you on the back burner, like.
3        Q. And then you wouldn't hear anything about it?
4        A. No.
5        Q. So you did bring it up at least one time with a
6    union representative?
7        A. Yes.
8        Q. Did you bring it up multiple times, do you know?
9        A. I would say no.
10       Q. But nothing ever came of that, as far as you
11   know?
12       A. Right.
13       Q. Okay. Did you complain to anybody else, other
14   drivers?
15       A. Yeah, I mean -- yes. You know, they your
16   coworkers. So you ask -- you know, you might just
17   ask -- general conversation -- has that happened to you?
18   And they would say yes.
19       Q. Okay. Did you ever bring it up with a
20   superintendent?
21       A. No.
22       Q. Okay. Anyone in a managerial role?
23       A. Huh-uh.
24       Q. No?
25       A. No.

Page 69

1        Q. Okay. But even though you were getting a hard
2    time from the dispatchers, you still kept turning them
3    in every day? That was your practice?
4        A. I mean, if not every day, you know, it was just
5    a discouragement, you know, when you would make contact
6    with the dispatchers.
7        Q. All right. So I understand discouragement could
8    mean different things. It could affect just your mind
9    state or it could affect your actions and you stop doing
10   it. But it sounds like more it just affected you
11   mentally --
12       A. Yes.
13       Q. -- that, you know, you didn't want to getting a
14   hassle from these people?
15       A. It's pretty tough. I already had a tough day at
16   work --
17       Q. Right.
18       A. -- so that doesn't -- that doesn't make it
19   right.
20       Q. But in fact, you would still keep turning them
21   in, correct?
22       A. I mean, at some point I probably cut it off.
23   You know.
24       Q. At some point you got too frustrated --
25       A. Yeah.

1  Q. -- and stopped turning them in?

2  A. Yep, yep, yep.

3  Q. Okay. Do you remember when that might have

4  happened?

5  A. No. Not far as writing it down and remembering,

6  no.

7  Q. Sure.

8  A. I couldn't -- I didn't keep a log or anything.

9  Q. Would you say it was early in your employment or

10  late in your employment as an operator that you stopped

11  turning them --

12  A. Just all through the whole time.

13  Q. But in terms of when you -- you decided, I'm not

14  going to turn them in anymore, was that after a couple

15  of years or was that after ten years?

16  A. I can't remember.

17  Q. Okay. On -- so we talked about the bulletins

18  and that --

19  (Off the record from 10:22 to 10:30.)

20  (Reporter read back.)

21  MR. MCLAUGHLIN: Q. So we talked about the

22  bulletins and that it's your practice, both at the

23  beginning of your shift and at the end of your shift, to

24  review the bulletin board, correct?

25  A. Yes.

1  Q. And both at the beginning and at the end, do you

2  have an estimate of how much time you spend reading the

3  bulletins?

4  A. Five minutes.

5  Q. So five minutes at the beginning and five

6  minutes again at the end?

7  A. Yes.

8  Q. Okay. And I assume that's an average; some days

9  it might take longer, some days it might take less?

10  A. Five minutes, yes.

11  Q. As an average? Do you know how often new

12  bulletins get posted?

13  A. Probably daily. I would think daily.

14  Q. I want to show you a couple different bulletins.

15  So one was previously marked as Exhibit 2.

16  (Exhibit 12 was marked for identification.)

17  MR. MCLAUGHLIN: This one's marked as

18  Exhibit 12 -- or I'm sorry, could I grab that Exhibit 12

19  back from you?

20  THE WITNESS: 2 and 12.

21  MR. MCLAUGHLIN: Yeah, could I grab back

22  Exhibit 12. That wasn't the one that I wanted. I'm

23  going to take the exhibit sticker off and put it on the

24  one that I wanted. There you go.

25  Joel, I got two of this one. I messed up.

1  MR. YOUNG: Is this the exhibit?

2  MR. MCLAUGHLIN: Yeah, not too much to it.

3  MR. YOUNG: Yeah, fine.

4  MR. MCLAUGHLIN: And this one is Exhibit 13.

5  (Exhibit 13 was marked for identification.)

6  MR. MCLAUGHLIN: And I'm not going to ask you

7  about the details of the text on these, but I did want

8  to ask you.

9  Q. At the top, these ones have some different

10  descriptions. So looking at the one that's Exhibit 2,

11  which is this one, on the top left do you see it says

12  "notice"?

13  A. Okay.

14  Q. And then Exhibit 12 at the top left, it says

15  "bulletin."

16  Do you see that?

17  A. Yes.

18  Q. Exhibit 13 at the top left, it says "order

19  bulletin."

20  Do you see that?

21  A. I do.

22  Q. Now, do those mean different things, to your

23  knowledge?

24  A. No. Just -- no.

25  Q. Each of these type of things could get posted on

1  the bulletin board?

2  A. Yes.

3  Q. All right. The one Exhibit 12, you see at the

4  top right it says "revenue"?

5  A. Mm-hmm.

6  Q. Do you know what that means?

7  A. It has to do with money.

8  Q. So it's describing -- would you get lots of them

9  that say revenue and they're about the processing of

10  payments and things like that?

11  A. Yeah, just for different -- like this says, it's

12  a summer -- in other words, they want the operators to

13  be aware that it's a pass that's going on between these

14  dates. Between the dates, it's valid for summer pass

15  between June 28th and September 20th. And it's valid

16  for a certain age group.

17  Q. So with something like Exhibit 12, would you

18  read that every day when you came in, if it's --

19  A. Yes.

20  Q. -- posted up there every day?

21  A. Yes. I mean, you see it. And the summer group

22  pass is still in effect from June 28 to September 20th

23  and the age groups and things of that nature. So you

24  know you're going to be subjected to seeing this pass

25  presented from -- between that time frame.

Page 74

1   Q. So that's something -- every day you'd read the
2   whole thing through?
3   A. Yeah.
4   Q. Even though you'd read it the day before?
5   A. Yeah.
6   Q. Okay. But the one marked Exhibit 2, you see
7   near the top it says "attention all 37 line operators."
8   A. Okay.
9   Q. Now, I know you weren't --
10   MR. MCLAUGHLIN: Don't write on these.
11   THE WITNESS: I'm not writing on it.
12   MR. YOUNG: You got something right there.
13   MR. MCLAUGHLIN: Q. I know you weren't at
14   Woods division, but would you see bulletins like that
15   where they would apply to only one line?
16   A. Yeah.
17   Q. If it wasn't your line, would you still read
18   that bulletin?
19   A. Yeah. Just information.
20   Q. But you felt like it was necessary that you read
21   that bulletin, even though you know it's not your line?
22   A. Yeah.
23   Q. And you would read it every day if it's posted
24   up there for several days?
25   A. Yeah.

Page 75

1   Q. Even though you knew that it didn't pertain to
2   you?
3   A. Yes.
4   Q. Okay. And looking at Exhibit 13, it looks like
5   it's a notice about some construction.
6   Do you see that?
7   A. I do.
8   Q. Would you often get bulletins when there was
9   construction going on that might impact a route or a
10   run?
11   A. Yes.
12   Q. And so something like this, it looks like it
13   only applies from December 30th, 2013, to January 3rd,
14   2014. Do you see that?
15   A. Yes.
16   Q. Is that something you would expect it would get
17   taken down after January 3rd, 2014?
18   A. No. Because it might continue.
19   Q. It might still get left up there?
20   A. That too. And it might -- the dates might
21   change.
22   Q. The construction might not finish?
23   A. Right.
24   Q. Okay. And that's something, again, it only
25   pertains to one line, but you would read it even if it

Page 76

1   wasn't for your line?
2   A. Yes.
3   Q. And that's just because you wanted to stay up on
4   what's happening?
5   A. Correct.
6   Q. Okay. Did you ever get any sort of bulletins in
7   your outfit?
8   A. Yeah. They would come. But you still would
9   need to check the board.
10   Q. Is that something where every day you would get
11   bulletins in the outfit?
12   A. I think I would rely more on the board, on the
13   bulletin board than the outfit. If it was in the
14   outfit, fine. But just because it was in the outfit,
15   that wouldn't stop me from checking the board.
16   Q. I understand that's your practice.
17   Was it your experience that every day there
18   would be bulletins in the outfit?
19   A. No, it wouldn't necessarily be. But you still
20   need to check.
21   Q. Would you say every week at least you would get
22   some bulletins in your outfit?
23   A. I mean, I couldn't say. I couldn't say whether
24   it was by the day or by the week. But my attention was
25   more focused on the bulletin boards than the outfit.

Page 77

1   Q. If you had a bulletin that was about
2   construction on your line, would you expect that to be
3   in your outfit every day?
4   A. You would think so.
5   Q. You think that's MUNI's practice, whether they
6   actually do it or not, that's what you believe they
7   would do?
8   MR. YOUNG: Objection. That calls for
9   speculation.
10   MR. MCLAUGHLIN: Asking him what he thinks.
11   MR. YOUNG: Well, is the question about MUNI's
12   practices or --
13   MR. MCLAUGHLIN: What he thinks MUNI's practice
14   is.
15   THE WITNESS: I wouldn't know what MUNI's
16   practices is.
17   MR. MCLAUGHLIN: Yeah, if you don't know, that's
18   fine. I don't think I'm asking you to speculate what
19   MUNI does, but what you think MUNI does.
20   THE WITNESS: No, I don't know what MUNI do. I
21   can't speculate what they do.
22   MR. MCLAUGHLIN: Q. So you don't know
23   whether -- normally if it's a bulletin about
24   construction on your line, they try and put it in your
25   outfit, you don't know if that's true or not?

Page 78

1     A. (Indicating.)
2     Q. Okay. Did you ever read the bulletins in the
3  outfit?
4     A. Sure.
5     Q. Did you ever see ones that you had already read
6  on the bulletin board and you saw them again in the
7  outfit?
8     A. Sure, yes.
9     Q. But you would still read them in the outfit as
10 well?
11    A. Yes, sir.
12    Q. And when, typically, would you read the
13 bulletins that are in the outfit?
14    A. Well, probably at the terminals if it was in the
15 outfit. Because the bulletins wouldn't be at the
16 division. The bulletins would be in the outfit. So at
17 the terminals. Say, like, when I made a relief and
18 grabbed the outfit, then it's a construction. They need
19 to be made aware of this construction.
20    Q. So you have a little break at the terminal?
21    A. Yes.
22    Q. And read what's in the --
23    A. You would have a little time to check your --
24 you know, cross your T's and dot your I's.
25    Q. We talked about when you were on extra board,

Page 79

1  sometimes you'd be on report, so you'd be waiting at the
2  division to get assigned to a run.
3     Do you remember that?
4     A. Yes, sir.
5     Q. Would you ever read the bulletins while you were
6  waiting to be assigned to a run?
7     A. Yes.
8     Q. Okay. We talked a little bit with the defect
9  card, that the operator's supposed to -- when an
10 operator is pulling out from the division, the
11 operator's supposed to inspect the vehicle thoroughly
12 and go through and make any notation; is that correct?
13    A. Yes.
14    Q. Do you have an estimate of how long that would
15 usually take you when you would be pulling out the
16 vehicle from the division?
17    A. 15 minutes.
18    Q. 15 minutes to inspect the vehicle?
19    A. Yes.
20    Q. All right. Did anyone tell you that you had to
21 read the bulletins both at the beginning and the end of
22 your shift?
23    A. Yes.
24    Q. Who told you that?
25    A. Training Department.

Page 80

1     Q. The Training Department?
2     A. Yes.
3     Q. No individual, that you can recall?
4     A. No.
5     Q. Do you recall reading that anywhere?
6     A. Probably in the manuals.
7     Q. To read bulletins at the beginning and the end
8  of the shift?
9     A. Yes.
10    Q. I may have asked this, and forgive me if I did.
11 The different categories of these bulletins -- one's
12 called a bulletin, one's called a notice, one's called
13 an order bulletin.
14    Does that have different meaning to you? It's
15 all one and the same?
16    A. Yeah. You asked that question before, and I
17 didn't know.
18    Q. Okay. I wanted to ask you about any meetings
19 that you had while you were at work.
20    Would you ever have a meeting with a supervisor?
21    A. A meeting? Can you be more specific.
22    Q. You get some sort of notification, hey, Gary, I
23 want to talk to you or the superintendent wants to talk
24 to you and I don't know whether it might be a discipline
25 thing or it might be whatever. I don't know.

Page 81

1     Did that kind of thing ever happen?
2     A. Yes.
3     Q. How often, would you estimate?
4     A. I couldn't estimate. Just when different issues
5  come up, you would be notified to see the
6  superintendent. You can bring -- it was always
7  recommended that you bring a representative with you to
8  discuss any -- whatever issues it was with the
9  superintendent.
10    Q. Okay. But you couldn't estimate how often that
11 happened?
12    A. No.
13    Q. Once a year?
14    A. I could not.
15    Q. Once a month? Okay.
16    Do you know if you were on the clock for any of
17 those meetings? In other words, being paid?
18    A. I think it was a certain time frame they paid
19 you. It might have been -- you might have got paid 15
20 minutes. But I couldn't completely say.
21    Q. Any other meetings with superintendents you
22 recall or with any other kind of supervisor?
23    A. If it had something to do with your job
24 descriptions or disciplinaries or something that was
25 going on, you would -- you would be notified that you

Page 82

1  need to see the superintendent.
2      Q.  Okay.  Do you know whether you could submit an
3  overtime card if you had one of these meetings and it
4  was off the clock?
5      A.  No.
6      Q.  You don't know?
7      A.  I don't recall.
8      Q.  You're aware when you worked at MUNI as an
9  operator, that you got overtime for all hours over eight
10  a day?  Is that your understanding?
11      A.  I don't recall that.
12      Q.  Do you know if you got overtime for all hours
13  over 40 in a week?
14      A.  I think that might have been standard.  I think
15  that might have been a standard procedure.  Over 40
16  hours.
17      Q.  Did you ever have runs that were less than eight
18  hours?  Not split runs, which would be short, but where
19  your whole straight run was less than eight hours?
20      A.  If it was, it -- if it was less than eight, I
21  couldn't remember.  But for the most part, they were
22  eight hours.  Might have been one or two.  Might have
23  been short, maybe a few minutes.  But for the most part,
24  the eight hours.
25      Q.  Do you know if you were guaranteed eight hours'

Page 83

1  pay even if your run was less than eight hours?
2      A.  I would think so.
3      Q.  You mentioned working special events.  Would you
4  be paid differently than normal for special events?
5      A.  Special events, a lot of times they happen on
6  your days off.  So you know, I don't remember doing that
7  many special events.  But I think that was based for the
8  people who was off, where it wouldn't interfere with any
9  other operations.  You know, weekends, football games,
10  baseball games, things of that nature.  Events around
11  the City.
12      Q.  Do you know if you would get paid at an overtime
13  rate for those special events?
14      A.  It would just be set.  It would be a set amount.
15  If you did this particular event, this is what you get.
16      Q.  Like a per-hour rate?  Or it would be --
17      A.  For the day.
18      Q.  -- for the day you get 500 bucks or whatever it
19  is?
20      A.  Whatever the event is, long as you worked it,
21  say, between 7 o'clock and 3 o'clock, you get a certain
22  amount --
23      Q.  Okay.
24      A.  -- for special events.
25      Q.  Do you recall filing -- or filling out a form to

Page 84

1  join this lawsuit?
2      A.  I would have to say yes.
3      Q.  What was your understanding of what the claims
4  you were joining in on were?
5      A.  Without reading it, Kevin, it just -- it's kind
6  of on the back.  It was just probably a list of things.
7  And if you wanted to be part of the class action, you
8  know, sign it.  Like that.
9      Q.  Did somebody tell you you should join?
10      A.  I mean, it's pretty simple.  You know, if it's
11  based on your experience of driving, it's kind of like a
12  no-brainer.
13      Q.  Because you -- I mean, do you feel you were
14  underpaid when you were an operator?
15      MR. YOUNG: Objection.  Vague.
16      MR. MCLAUGHLIN: Q.  You can answer the
17  question if you --
18      MR. YOUNG: You can answer if you understand.
19      THE WITNESS: Repeat the question.
20      MR. MCLAUGHLIN: Q.  Do you feel you were
21  underpaid as an operator?
22      A.  Yes.
23      Q.  Is that because you feel you worked time that
24  you didn't get paid for?
25      A.  Absolutely.

Page 85

1      Q.  And I just want to make sure I understand what
2  the -- what that time is.  We talked about the travel
3  time.  Is that -- is that part of the time that you feel
4  you worked and you weren't paid for?
5      A.  Yes.
6      Q.  And is there other time that you feel you worked
7  and you weren't paid for?
8      A.  Yes.
9      Q.  And if you could just tell me.  We may have gone
10  over it.  But what are the other categories of time that
11  you weren't paid for?
12      A.  The overtime.  Pulling trips.
13      Q.  What do you mean by pulling trips?
14      A.  Pulling.  Once I -- you know, once I was on my
15  way back from the detail, from the runs, and once I made
16  it to the division.
17      Q.  So you mean those activities we talked about
18  after you pull in?
19      A.  Yes.
20      Q.  And that you weren't paid for those things?
21      A.  Yes.
22      Q.  Okay.  Any other types of work that you feel you
23  weren't paid for?
24      A.  No.
25      Q.  You mentioned that you had talked to a union

Page 86

1  representative once about the way the dispatchers were
2  handling the overtime cards.
3      Did you ever talk to a union representative
4  about any of these other wage issues?
5      **MR. YOUNG:** Objection.  Vague.
6      You can answer the question if you understand
7  it.
8      **THE WITNESS:** I may have probably talked.  But I
9  think they said it was under, like, a grievance.  Some
10  grievances probably had been filed to address the issues
11  for the operators.  You know, once you, you know, kind
12  of get complaints of not being compensated for overtime
13  or if it's a discrepancy.
14      We have -- the union may have filed grievances
15  along that line.
16      **MR. MCLAUGHLIN:** Q.  So did somebody tell you
17  that?
18      A.  Yeah.  I talked to the union representatives.
19  And that's kind of like a general conversation that was
20  going on.
21      Q.  Was that a few years ago or a long time ago?
22      A.  Just overall during the time when it -- when it
23  needed to be addressed.  You know, what time frames it
24  was.  You know, it's been a long, drawn-out time.  You
25  know, to specify early or middle or late -- it's ongoing

Page 87

1  now, I'm sure.
2      Q.  Did you ever file any grievance yourself about
3  it?
4      A.  No, I didn't.
5      Q.  Did you say, we got this handled, don't worry
6  about it?  Something like that?
7      A.  Yeah.  For the most part, it was told to me
8  verbally that the grievance were filed.  To see
9  paperwork is a different story than just verbal.
10      Q.  Did you feel for a long time like you were
11  getting shorted on your pay?
12      A.  Yes.
13      Q.  Did you ever think about bringing your own
14  lawsuit?
15      A.  No.
16      Q.  Just never considered it?
17      A.  No.
18      Q.  I think I asked if you talked to anyone about
19  this deposition beforehand.  Have you talked to anyone
20  else about the lawsuit, any other operators?
21      A.  I have not.
22      **MR. MCLAUGHLIN:** All right.  That's all I have.
23  Thank you.
24      **DEPOSITION OFFICER:** Counsel, would you like to
25  order a copy of the transcript?

Page 88

1      **MR. YOUNG:**  Not immediately.
2      (Proceedings concluded at 10:52 a.m.)
3      --o0o--
4
5
6
7      I have read the foregoing deposition
8  transcript and by signing hereafter, approve same.
9
10  Dated_____.
11
12
13      _____
14                    (Signature of Deponent)
15
16
17
18
19
20
21
22
23
24
25

Page 89

1      DEPOSITION OFFICER'S CERTIFICATE
2  STATE OF CALIFORNIA     )
3                          )  ss.
3  COUNTY OF SAN FRANCISCO )
4
5
6      I, RICK GALTEN , hereby certify:
7  I am a duly qualified Certified Shorthand
8  Reporter in the State of California, holder of
9  Certificate Number CSR 13202 issued by the Certified Court
10  Reporters' Board of California and which is in full
11  force and effect.  (Fed. R. Civ. P. 28(a)(1)).
12      I am authorized to administer oaths or
13  affirmations pursuant to California Code of Civil
14  Procedure, Section 2093(b) and prior to being examined,
15  the witness was first duly sworn by me.  (Fed. R. Civ.
16  P. 28(a)(a)).
17      I am not a relative or employee or attorney or
18  counsel of any of the parties, nor am I a relative or
19  employee of such attorney or counsel, nor am I
20  financially interested in this action.  (Fed. R. Civ. P.
21  28).
22      I am the deposition officer that
23  stenographically recorded the testimony in the foregoing
24  deposition and the foregoing transcript is a true record
25                    / / /

1  of the testimony given by the witness.  (Fed. R. Civ. P.

2  30(f)(1)).

3      Before completion of the deposition, review of

4  the transcript [xx] was [  ] was not requested.  If

5  requested, any changes made by the deponent (and

6  provided to the reporter) during the period allowed, are

7  appended hereto.  (Fed. R. Civ. P. 30(e)).

8

9  Dated: May 11, 2016

10

11                    _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## A

**Absolutely (2)**
26:8;84:25
**accidents (4)**
56:6,7,8;57:2
**accurate (1)**
5:25
**action (1)**
84:7
**actions (1)**
69:9
**activities (5)**
11:16;30:16;34:19;
53:3;85:17
**actually (3)**
32:1;66:3;77:6
**address (1)**
86:10
**addressed (1)**
86:23
**affect (3)**
56:22;69:8,9
**affected (1)**
69:10
**Again (9)**
12:25;18:1;29:12;
33:23;34:9;48:4;71:6;
75:24;78:6
**age (2)**
73:16,23
**ago (3)**
9:24;86:21,21
**ahead (1)**
22:14
**aisle (1)**
36:13
**almost (1)**
44:4
**along (2)**
8:13;86:15
**always (8)**
11:12;21:9;44:7;
51:7;55:8;61:2,4;81:6
**amount (4)**
55:17,22;83:14,22
**answered (1)**
58:16
**anymore (1)**
70:14
**appeared (1)**
5:6
**Appears (2)**
45:10;62:3
**applies (1)**
75:13
**apply (2)**
28:2;74:15
**appreciate (5)**
32:3;35:3;36:23;
59:13;60:21
**approximately (1)**

14:1
**April (1)**
5:2
**argue (1)**
56:15
**arises (1)**
11:23
**around (2)**
12:8;83:10
**arrange (1)**
22:12
**arrive (1)**
15:7
**ascertain (1)**
52:7
**aside (1)**
66:16
**aspect (2)**
8:20;10:19
**assigned (9)**
11:17;13:11;14:24;
15:12;27:14,18;35:8;
79:2,6
**assignment (3)**
15:6;19:4;35:4
**assume (6)**
6:13;23:12;24:16;
27:21;43:4;71:8
**assured (1)**
54:15
**attention (2)**
74:7;76:24
**attorney (1)**
7:16
**audible (2)**
33:11;36:20
**August (1)**
10:16
**average (3)**
54:10;71:8,11
**aware (7)**
8:4;10:8;20:13;
40:20;73:13;78:19;
82:8
**away (5)**
18:24;21:8;32:18,19;
66:17

## B

**back (66)**
6:8;9:8,19;19:15;
22:8,10;28:3,6,7,8,11,
19,23;29:6,13,14,16,
19,22,25;30:3,12,22;
31:5,9,11;32:1,6,24;
36:13,14;39:4;41:3;
45:16,19;46:24;47:6,7;
49:18,18,25;50:1,14,
15,16,19;51:1,2,3,24;
52:5,5;54:21,23;55:7,
12;56:18;58:20;63:14;
68:1,2;70:20;71:19,21;

84:6;85:15
**Bad (1)**
57:3
**band (2)**
43:18,23
**baseball (1)**
83:10
**based (7)**
8:11;16:16,25;17:4;
54:16;83:7;84:11
**basically (1)**
53:5
**basis (2)**
59:22;66:23
**baton (1)**
9:21
**becoming (1)**
54:19
**beforehand (2)**
7:17;87:19
**beginning (16)**
9:2;15:20;19:18;
31:4;32:22;33:3,7,13;
46:10;48:2,9;70:23;
71:1,5;79:21;80:7
**benefit (1)**
57:16
**best (1)**
6:6,10;27:11
**better (2)**
16:21;17:15
**bid (2)**
16:3,13
**bidding (1)**
16:2
**bigger (1)**
62:17
**bit (5)**
21:4;23:10;53:19,21;
79:8
**blank (5)**
43:15,16,22;45:23;
48:5
**blatant (2)**
42:25,25
**blocks (1)**
22:20
**board (34)**
13:6,13;14:2,8,11,16,
20;15:5;19:3,5;20:11,
16,18,19,21,22;21:1;
27:8,12;30:24,25;
32:10;33:7;42:11;53:8,
9;70:24;73:1;76:9,12,
13,15;78:6,25
**boards (2)**
31:16;76:25
**booklet (1)**
7:3
**both (7)**
32:18;33:4,5,19;
70:22;71:1;79:21
**box (10)**

35:11,15,19;44:1,2,
12,13,15,15;47:15
**brake (2)**
36:16,25
**break (4)**
18:14;23:5;30:10;
78:20
**bring (5)**
68:5,8,19;81:6,7
**bringing (4)**
32:1;39:5;41:3;
87:13
**broke (1)**
38:10
**bucks (1)**
83:18
**bulletin (25)**
20:11,18,21,22;21:1;
26:25;31:16;32:10;
33:2;42:10;53:7,9;
70:24;72:15,19;73:1;
74:18,21;76:13,25;
77:1,23;78:6;80:12,13
**bulletins (23)**
21:3;31:19;33:13,19;
70:17,22;71:3,12,14;
74:14;75:8;76:6,11,18,
22;78:2,13,15,16;79:5,
21;80:7,11
**bundle (2)**
43:22;44:10
**burner (1)**
68:2
**bus (63)**
6:15;19:20;21:16;
22:3,18;23:19,21;24:1,
9,13,16,18,19,23,25;
25:2,5;28:8;29:25;
30:2;31:8,24;32:1,6;
34:17;35:5,13,15,22,
25;36:1,3,3,4,11,12,15,
25;37:1,4,7,9;38:13,17;
39:2;40:10,16;41:18,
25;42:9;45:24;46:12,
17;47:2,3,9;49:5,17,18;
50:10,10;53:4;56:20
**buses (1)**
11:19

## C

**California (2)**
5:4,6
**Called (5)**
5:8;15:24;80:12,12,
12
**calls (3)**
13:15;15:14;77:8
**came (7)**
10:16;58:4,7;61:19;
66:22;68:10;73:18
**Can (37)**
5:13,15;6:5;13:17;

15:16;18:8;24:3;29:9,
11;38:6,10;44:1;45:14;
46:6,13;47:11,12;
51:11;54:2,15;55:23;
56:1,24;58:17,19;
59:16,17,20,24;62:1;
66:6;80:3,21;81:6;
84:16,18;86:6
**capacity (1)**
8:13
**car (20)**
11:1,7;21:6;22:4,7,
10,17,19;28:7;29:16,
17,22;30:23;31:15;
32:9,13;53:6,15;54:18;
59:6
**card (44)**
37:17,20,20;42:18,
22;43:3,12,15,16,22;
44:5,24,25;45:4,11,12,
13,16,20;46:20;48:19,
20;52:17;53:5;62:3,8,
13,14,15,18,23,24;
63:13,20,22;64:14;
66:1,2,5,11,24;67:8;
79:9;82:3
**cards (11)**
8:8;36:5;42:9;53:20;
61:7,22;62:17;65:20,
22;66:17;86:2
**cars (1)**
29:21
**car's (2)**
22:23;29:18
**case (4)**
6:18;8:12;23:12;
34:6
**categories (2)**
80:11;85:10
**cause (8)**
8:5;56:11,25;57:23;
64:4,15;65:1;66:18
**cell (2)**
22:22;23:2
**central (1)**
51:4
**certain (6)**
11:16;23:22;67:4;
73:16;81:18;83:21
**Certified (1)**
5:5
**change (1)**
75:21
**changed (1)**
20:17
**changes (3)**
7:5,6;20:12
**chatter (1)**
7:21
**check (20)**
20:11,14,20,21;21:1;
30:24,25;32:10;33:6;
34:7,12;46:19,23;

47:16;53:7,9;68:1;
76:9,20;78:23
**checked (2)**
31:3;46:2
**checking (1)**
76:15
**choice (1)**
16:17
**church (3)**
12:6,8,9
**City (2)**
21:9;83:11
**claims (3)**
10:8;18:21;84:3
**clarification (1)**
24:15
**clarify (1)**
59:13
**class (1)**
84:7
**cleaner (2)**
11:1,7
**clear (2)**
58:10;59:1
**clock (5)**
15:21,24;27:22;
81:16;82:4
**close (5)**
19:21,24;22:2,5;
28:6;29:15
**closing (1)**
38:9
**coach (5)**
11:17,18;12:23;46:1
**coaches (1)**
12:22
**colored (1)**
62:11
**columns (1)**
45:15
**combination (1)**
53:1
**combining (1)**
52:23
**comfortable (1)**
16:15
**coming (6)**
9:20;12:4;25:1;
53:18;59:2;61:13
**commencing (1)**
5:2
**comments (1)**
64:25
**commercial (1)**
12:11
**common (4)**
7:22;19:1;33:16;
41:17
**communicating (2)**
23:11,15
**communication (1)**
22:16
**compartment (1)**

36:14
**compensated (1)**
86:12
**complain (2)**
67:18;68:13
**complaints (1)**
86:12
**complete (2)**
9:16;53:3
**completed (1)**
45:7
**completely (1)**
81:20
**compliance (1)**
63:9
**computer (2)**
23:9,11
**confirm (1)**
47:11
**confused (4)**
32:2;51:23;59:14,16
**confusing (1)**
60:1
**consider (1)**
67:10
**considered (1)**
87:16
**construction (9)**
56:9;57:24;75:5,9,
22;77:2,24;78:18,19
**contact (1)**
69:5
**continue (1)**
10:19;35:15;66:17;
75:18
**continuum (1)**
59:7
**control (1)**
51:4
**conversate (1)**
43:10
**conversation (6)**
7:22;42:21;43:9;
57:19;68:17;86:19
**copy (2)**
62:17;87:25
**Counsel (1)**
87:24
**counter (1)**
63:7
**couple (5)**
6:3;22:20;36:7;
70:14;71:14
**course (5)**
17:8;26:8;37:25;
41:18,20
**court (4)**
5:22;7:1,8;57:15
**covered (1)**
57:1
**coworkers (1)**
68:16
**credible (1)**

7:9
**cross (1)**
78:24
**cut (1)**
69:22

### D

**daily (9)**
33:17;42:5,12;50:21;
54:3,6;66:22;71:13,13
**date (3)**
6:9;46:1;62:5
**dates (3)**
73:14,14;75:20
**day (61)**
9:12;11:24;15:5,6,
20;16:22,22;17:15;
18:4,9;20:2,8,9,24;
21:15;24:6;25:14,24;
27:15;31:4;33:5,23;
34:3,14;41:7,9,10,11,
24;42:17;47:24;48:9,
15;52:5;54:7,10;55:13;
58:2;59:3;60:6,24;
61:13,18;66:24;67:7,
12;69:3,4,15;73:18,20;
74:1,4,23;76:10,17,24;
77:3;82:10;83:17,18
**days (16)**
17:2,6,8,9;31:3;
32:14;33:2;34:16;55:9,
12,14;58:4;71:8,9;
74:24;83:6
**day's (1)**
15:8
**deadhead (12)**
49:25;50:13,15,16,
18;51:1,3,22;52:3;
55:2,7,12
**deadheading (4)**
51:25;54:25;55:3,10
**deal (1)**
67:21
**December (1)**
75:13
**decent (1)**
20:5
**decided (1)**
70:13
**defect (27)**
36:5;37:17,20;39:1;
42:9,18,22;43:3,12,14,
22;44:5,24,25;45:3,11,
12,13,20;46:20;48:18,
19;52:17,17,22;53:5;
79:8
**defects (4)**
43:13,21;44:3;48:17
**Defendants (1)**
5:8
**definitely (1)**
23:15

**Department (2)**
79:25;80:1
**depend (1)**
24:23
**depended (1)**
18:1
**depending (4)**
19:2;20:1;25:11;
37:22
**depends (5)**
19:4,20;37:18;52:22;
54:11
**Deposition (8)**
5:2,18;7:14,24;8:2,5;
87:19,24
**depositions (1)**
6:4
**describe (2)**
10:11;46:6
**described (4)**
28:8;29:20;36:7;
41:1
**describing (1)**
73:8
**descriptions (2)**
72:10;81:24
**designated (2)**
34:5;47:11
**desirable (1)**
13:23
**detail (11)**
9:17,19;14:24;19:2;
20:11,14,15,17,20;
31:10;85:15
**details (2)**
32:12;72:7
**detour (1)**
56:13
**deviate (1)**
42:14
**diesels (2)**
30:5,8
**different (22)**
9:11;10:24;11:15;
23:22;25:11;28:9;29:3;
31:14;32:7;36:7;57:22;
62:11;65:6;69:8;71:14;
72:9,22;73:11;80:11,
14;81:4;87:9
**differently (1)**
83:4
**directions (1)**
23:24
**directly (1)**
36:1
**disciplinaries (1)**
81:24
**discipline (1)**
80:24
**discourage (1)**
65:19
**discouraged (6)**
39:5;61:3,23;63:17;

67:10,13
**discouragement (2)**
69:5,7
**discouraging (2)**
61:4;63:24
**discrepancy (1)**
86:13
**discuss (2)**
42:24;81:8
**discussed (5)**
27:7,12;29:3;57:9,22
**discussing (1)**
27:25
**dispatcher (16)**
8:9;39:9,24;40:7;
42:19;43:7,13;44:8,10;
53:12;63:14;64:7,9,19;
65:15;66:11
**dispatchers (4)**
63:18;69:2,6;86:1
**dispatcher's (11)**
36:6;38:21,24;39:4,
6,18;42:1,6;62:21,23;
64:9
**division (71)**
8:9;9:8,19;10:24;
11:2,9,12,15,17,18,20,
24;12:22;15:3,11;
18:24;19:15,24;20:6,
10;21:6,19;22:10;
23:23;28:10,19,23;
29:14,23;30:4,15,17,
22;31:9,12,23;32:7,16,
19,19,24;34:17,18,19;
46:17,24;47:7,17,22;
49:1,25;50:14;51:1,7,9,
17,19,21;52:5,9,9;53:4;
54:21,23;55:14;58:12;
74:14;78:16;79:2,10,
16;85:16
**divisions (2)**
11:6;43:25
**document (2)**
44:20;62:2
**documents (1)**
7:23
**done (2)**
47:8;48:7
**dot (1)**
78:24
**down (8)**
23:16;36:13;37:16,
24;38:1;61:17;70:5;
75:17
**downstairs (2)**
39:22;40:1
**draw (1)**
67:14
**drawn-out (1)**
86:24
**drive (8)**
10:20;12:23;19:21;
21:9,15,25;22:2,4

**driver (2)**
12:5;36:14
**drivers (1)**
68:14
**Driving (10)**
12:8,13;21:15,16,16;
24:13,19,20;32:6;
84:11
**drop (2)**
44:1,15
**drove (1)**
12:17
**duly (1)**
5:9
**during (5)**
9:12;21:14;47:24;
67:4;86:22

**E**

**earlier (6)**
7:20;24:2,7,22;
33:23;58:9
**Early (9)**
17:16,17,21;25:23;
58:5,7,11;70:9;86:25
**easier (1)**
57:20
**easy (1)**
36:2
**effect (1)**
73:22
**efficient (1)**
24:10
**eight (8)**
82:9,17,19,20,22,24,
25;83:1
**either (1)**
38:25
**electric (4)**
11:19,19;30:7,9
**else (7)**
8:1;9:20;15:15;
56:24;58:15;68:13;
87:20
**employment (2)**
70:9,10
**empty (1)**
35:20
**end (37)**
9:7;19:13;28:3,18;
29:23;30:25;31:18;
32:23;33:3,7,13,19;
43:21;47:16,21;48:5,
15,24;49:10,16,21,22,
22,23;50:7;51:7,15,16,
20;52:16;53:23;62:22;
70:23;71:1,6;79:21;
80:7
**ended (4)**
32:19;33:6;34:17;
53:22
**enough (3)**

20:5;21:8;28:6
**entitled (2)**
6:6,10
**essentially (1)**
47:3
**estimate (15)**
6:6,6,10,10;14:4;22:6;
52:15;54:2,9;55:23;
56:1;71:2;79:14;81:3,
4,10
**even (14)**
19:8;31:23;33:22;
43:12;57:5,9,24;66:18;
69:1;74:4,21;75:1,25;
83:1
**evening (1)**
17:21
**event (2)**
83:15,20
**events (10)**
11:23;12:24;59:8;
83:3,4,5,7,10,13,24
**everything's (2)**
16:16;17:3
**exact (1)**
6:8
**exactly (2)**
8:23;21:10
**EXAMINATION (1)**
5:12
**examined (1)**
5:9
**example (3)**
24:5;47:14;50:6
**exchanging (1)**
29:21
**Exhibit (21)**
44:17,19,19;45:14;
62:1;71:15,16,18,18,
22,23;72:1,4,5,10,14,
18;73:3,17;74:6;75:4
**expect (2)**
75:16;77:2
**experience (8)**
41:7,9;48:19;53:22;
57:6;62:19;76:17;
84:11
**experienced (1)**
47:23
**extra (15)**
13:6,13;14:2,8,11,15,
19;15:5;19:3,5;20:16,
19;27:8,12;78:25
**eyes (1)**
13:23

**F**

**fact (3)**
60:24;65:19;69:20
**factor (1)**
25:12,18;56:5
**fair (2)**

22:21;34:9
**fairly (1)**
41:21
**familiar (4)**
6:16;14:17;44:21;
62:7
**far (9)**
15:21;17:5,24;21:8;
25:15;31:7;64:1;68:10;
70:5
**fare (2)**
35:11,19
**FARR (2)**
5:7,15
**F-a-r-r (1)**
5:15
**feel (9)**
16:15;25:14;84:13,
20,23;85:3,6,22;87:10
**felt (2)**
20:1;74:20
**few (3)**
7:21;82:23;86:21
**field (18)**
9:7;19:6,10,13,18;
20:25;27:9,19;28:19,
23;29:7,13;30:16,21;
32:5;48:12;50:18;
51:15
**figure (2)**
6:7;20:5
**file (1)**
87:2
**filed (3)**
86:10,14;87:8
**filing (1)**
83:25
**fill (5)**
45:22,23;52:16;
62:22;63:13
**filled (3)**
48:6,13,15
**filling (2)**
52:20;83:25
**find (5)**
16:24;33:12;37:18;
43:1,21
**fine (6)**
29:11;59:18,21;72:3;
76:14;77:18
**finish (6)**
30:20;48:21;50:18;
59:4;60:10;75:22
**finished (3)**
47:18;53:14,15
**first (8)**
5:9,17;6:21;13:10,
13;36:10;44:23;45:14
**Five (11)**
37:8,9;38:14;41:2,5;
52:18;55:24;71:4,5,5,
10
**flexibility (1)**

25:23
**Flynn (2)**
11:10,11
**focus (1)**
28:24
**focused (1)**
76:25
**focusing (2)**
19:17;29:12
**folks (1)**
12:8
**follow (2)**
23:20;42:12
**football (1)**
83:9
**forgive (1)**
80:10
**form (2)**
30:1;83:25
**forth (1)**
5:10
**found (16)**
37:15;39:3,13,16,23,
25;40:8,16,21,25;
41:12,13,25;42:8;43:1,
4
**foundation (1)**
18:3
**four (1)**
42:11
**frame (2)**
73:25;81:18
**frames (1)**
86:23
**Francisco (1)**
5:4
**free (1)**
19:14
**frequently (1)**
13:8
**Friday (1)**
5:2
**front (2)**
35:13;45:15
**frustrated (1)**
69:24
**full (1)**
48:1
**Fulton (2)**
24:6,7

**G**

**GALTEN (1)**
5:4
**games (2)**
83:9,10
**GARY (4)**
5:7,15,17;80:22
**G-a-r-y (1)**
5:17
**gate (12)**
34:20,21;35:2,16;

49:7;54:17;58:12,14;
59:5;60:3,13,14
**gave (2)**
66:1,2
**general (6)**
8:15,16,20;16:10;
68:17;86:19
**given (2)**
6:4;11:24
**gives (1)**
15:7
**giving (1)**
5:21
**goal (1)**
26:4
**Good (8)**
5:13;6:24;8:6;15:7;
21:14;22:6;24:15;
30:10
**grab (5)**
39:3;63:1,4;71:18,21
**grabbed (1)**
78:18
**graffiti (2)**
37:14,19
**grievance (1)**
86:9;87:2,8
**grievances (2)**
86:10,14
**ground (1)**
6:3
**group (2)**
73:16,21
**groups (1)**
73:23
**guaranteed (1)**
82:25
**guess (8)**
6:5;13:24;16:14,24;
27:11;30:14;57:13;
58:9
**guys (3)**
23:11;35:5;57:17

**H**

**habit (1)**
20:2
**half (3)**
14:4,5;40:6
**hand (2)**
42:19;44:8
**Handful (1)**
13:4
**handled (1)**
87:5
**handling (1)**
86:2
**happen (8)**
41:6;21;53:25;63:23;
66:7,8;81:1;83:5
**happened (8)**
6:8;10:17;57:6,10;

61:16;68:17;70:4;
81:11
**happening (2)**
8:2;76:4
**happens (4)**
11:5;15:15;16:24;
56:13
**hard (1)**
69:1
**hassle (5)**
64:4,15;65:1;66:19;
69:14
**head (1)**
61:13
**headlights (2)**
47:15,16
**health (1)**
10:18
**hear (1)**
68:3
**heard (1)**
48:20
**help (1)**
23:8
**hereinafter (1)**
5:10
**Here's (2)**
43:1;44:5
**hey (9)**
6:18;22:19;43:1;
61:19;64:4,15,25;
66:18;80:22
**history (1)**
10:7
**hold (1)**
59:14
**home (7)**
30:23;32:9;53:6,16;
54:17;59:6;60:16
**hop (1)**
30:23
**hope (1)**
23:11
**hour (2)**
5:3;18:15
**hours (14)**
15:24;16:22;17:14;
18:16;50:5,5;82:9,12,
16,18,19,22,24;83:1
**hours' (1)**
82:25
**Huh-uh (1)**
68:23

**I**

**ID (1)**
62:5
**idea (5)**
10:1;13:21;14:13;
15:7;27:12
**identification (3)**
44:17;71:16;72:5

**immediate (4)**
38:22;63:25;64:3,10
**impact (1)**
75:9
**important (5)**
5:24;6:25;17:6;26:4,
4
**inbound (1)**
50:8
**Indicating (4)**
36:17;40:24;44:9;
78:1
**individual (1)**
80:3
**information (4)**
38:7;62:18;67:25;
74:19
**inspect (5)**
43:20;46:8;50:10;
79:11,18
**inspecting (2)**
45:24;52:24
**inspection (8)**
46:4,15;47:1;48:1;
49:9,14;50:12;51:3
**instance (1)**
29:12
**instances (1)**
32:4
**instead (1)**
19:10
**instruction (1)**
50:20
**interchangeably (1)**
10:13
**interfere (1)**
83:8
**interior (2)**
49:2,8
**intermittent (1)**
12:25
**interruption (1)**
51:5
**into (20)**
7:2;10:7;17:21;21:9;
34:18,19;44:15;45:14;
47:17,22;49:1;50:5;
51:7,16,19,21;54:17;
55:13;58:14;68:1
**investigate (3)**
61:5;64:17,21
**investigation (1)**
64:1
**involved (1)**
56:7
**I's (1)**
78:24
**issues (6)**
10:18;20:12;81:4,8;
86:4,10
**item (5)**
39:3,23,25;40:21;
41:25

**items (3)**
40:10;46:20,23

**J**

**January (2)**
75:13,17
**job (2)**
6:24;81:23
**jobs (1)**
12:5
**Joel (1)**
71:25
**join (2)**
84:1,9
**joining (1)**
84:4
**jump (3)**
31:15;32:8;49:17
**jumps (1)**
47:4
**June (2)**
73:15,22

**K**

**keep (4)**
61:12,18;69:20;70:8
**kept (3)**
60:23;62:20;69:2
**Kevin (5)**
6:18,21;8:6;16:24;
84:5
**kids (1)**
56:18
**kind (30)**
6:9;7:7;9:8,13;17:2,
3;18:2;26:17;28:2;
32:1;35:1;40:10;43:4;
44:15;47:1;51:23,23;
52:24;57:1;58:13;60:1;
62:10;67:21;68:2;81:1,
22;84:5,11;86:11,19
**knew (2)**
22:13;75:1
**knowledge (4)**
8:25;38:6;40:17;
72:23
**known (1)**
14:16

**L**

**last (4)**
10:1;14:7;52:12;
62:13
**late (51)**
17:16,17,21;25:24;
26:1,1;34:23;53:19;
54:7,15,16,19,22;55:6,
9,15,17,22;56:1,12,
14,22,25;57:7,12,23,
25;58:11,14,14;59:2,3,

4,5,6,9;60:2,2,3,5,7,10,
13,14,16,18,24;61:13;
70:10;86:25
**later (5)**
7:4,8;21:4;34:3;
53:22
**law (1)**
5:22
**lawsuit (7)**
8:4,14;10:9;18:21;
84:1;87:14,20
**least (5)**
26:6,19;55:22;68:5;
76:21
**leave (7)**
32:13;41:19;48:4,18,
19;54:17;60:16
**left (10)**
21:19;28:7;38:25;
39:2;40:16;48:11;
72:11,14,18;75:19
**leftover (1)**
36:4
**less (8)**
13:23;14:5;25:24;
71:9;82:17,19,20;83:1
**lift (1)**
38:8
**liked (1)**
17:15
**limited (1)**
9:23
**line (18)**
8:13;24:6,21;25:8;
49:16,22,23;62:5;
67:14;74:7,15,17,21;
75:25;76:1;77:2,24;
86:15
**list (1)**
84:6
**little (10)**
18:22;21:4;23:10;
37:6;53:19,21;57:20;
78:20,23;79:8
**live (2)**
21:8,12
**location (2)**
25:17;34:5
**log (1)**
70:8
**long (15)**
10:12,15;15:7;18:13;
37:1;40:25;41:3;51:22;
52:16;54:9;79:14;
83:20;86:21,24;87:10
**longer (3)**
18:9;32:6;71:9
**look (3)**
42:10;62:11;65:12
**looking (6)**
23:9;37:11;38:3;
42:18;72:10;75:4
**looks (3)**

4,5,6,9;60:2,2,3,5,7,10,
13,14,16,18,24;61:13;
70:10;86:25
**losing (1)**
24:8
**lost (14)**
39:2,13,15,22,25;
40:8,16,20,25;41:12,
13,25;42:8;43:4
**lot (6)**
21:15;56:13,19,19;
57:20;83:5
**lots (1)**
73:8

**M**

**main (2)**
56:5,5
**maintenance (4)**
35:5;37:22;40:12;
45:9
**makes (2)**
6:17,20
**managerial (1)**
68:22
**manual (1)**
26:20
**manuals (1)**
80:6
**many (2)**
14:1;83:7
**map (1)**
23:23
**mark (1)**
47:4
**marked (8)**
44:17,19;62:1;71:15,
16,17;72:5;74:6
**marker (1)**
58:10
**Market (2)**
5:3;25:1
**matter (2)**
33:5;65:16
**may (15)**
6:17;15:23,23;21:12;
42:22,24;44:3;45:6;
48:4,16;63:11;80:10;
85:9;86:8,14
**maybe (11)**
12:6;13:3;14:4;20:1;
22:9;41:15;49:5;52:3,
19;59:9;82:23
**MCLAUGHLIN (35)**
5:13;13:20;23:5,8,
17;28:5;29:11;30:12;
44:18;51:6,14;57:15,
19;58:17,22;59:12,16;
60:4;67:18;70:21;
71:17,21;72:2,4,6;
74:10,13;77:10,13,17,
22;84:16,20;86:16;
87:22
**mean (45)**

7:19;8:20;9:17;12:6;
13:19;14:22;17:7,7;
22:1,15;30:8;33:17;
35:10;36:15,24;38:6;
39:20,21;42:25;47:1;
49:10,15,15;50:15;
53:1;55:2;57:1;59:4;
60:8;61:10,15;63:8;
67:13,14;68:15;69:4,8,
22;72:22;73:21;76:23;
84:10,13;85:13,17

**meaning (2)**
53:15;80:14

**means (3)**
14:23;35:19;73:6

**mechanical (2)**
38:3;46:8

**medical (1)**
10:19

**meet (1)**
7:13

**meeting (3)**
7:19;80:20,21

**meetings (4)**
80:18;81:17,21;82:3

**mental (1)**
61:14

**mentally (1)**
69:11

**mentioned (7)**
18:19;43:11;51:23;
53:18;63:16;83:3;
85:25

**messed (1)**
71:25

**methods (1)**
28:9

**middle (3)**
49:20;50:6;86:25

**might (39)**
11:23;24:25;25:12,
23,24;28:5,6;31:14;
35:13;37:22;39:7,9;
40:15;45:8;51:2;65:11,
13,13,14;66:5,16;
68:16;70:3;71:9,9;
75:9,18,19,20,20,22;
80:24,25;81:19,19;
82:14,15,22,22

**mind (5)**
58:11,13;60:25;61:2;
69:8

**minute (2)**
31:5;45:17

**minutes (23)**
7:21;26:6,9,19;37:3,
4,5,8,9;38:15;41:2,5;
52:18;55:24;56:2;71:4,
5,6,10;79:17,18;81:20;
82:23

**misspoken (1)**
24:20

**Mm-hmm (3)**

46:5,18;73:5

**Monday (2)**
17:13,14

**money (3)**
35:12,14;73:7

**Monies (1)**
35:11

**month (1)**
81:15

**more (16)**
12:6;13:3;16:15,19;
18:22;21:4;23:3;25:23;
50:6;52:18;56:19;
63:24;69:10;76:12,25;
80:21

**morning (4)**
5:13;7:20;17:18,22;
33:19;34:2,8

**mornings (1)**
17:16

**most (13)**
11:13;13:10;15:9,13;
16:14;17:6;24:10;
34:23;55:11,25;82:21,
23;87:7

**motor (3)**
11:17;12:22,23

**MTA (1)**
61:5

**much (8)**
18:3;10:55:10;57:4;
64:24;65:3;71:2;72:2

**multiple (1)**
22:1;57:4;68:8

**MUNI (9)**
10:13,15;12:4;21:21;
67:2;77:19,19,20;82:8

**MUNI's (4)**
77:5,11,13,15

**must (1)**
24:20

## N

**name (4)**
5:14,15,17;65:8

**names (1)**
65:9

**name's (1)**
6:21

**nature (2)**
73:23;83:10

**near (2)**
52:11;74:7

**necessarily (3)**
24:24;25:2;76:19

**necessary (1)**
74:20

**need (14)**
8:7,11;11:23;13:25;
14:24;15:15;23:5;26:5,
18;43:10;76:9,20;
78:18;82:1

**needed (2)**
20:12;86:23

**Ness (1)**
25:1

**new (3)**
33:12;35:15;71:11

**next (4)**
15:6;35:18;42:1;
53:10

**nice (1)**
20:4

**night (1)**
35:12

**nobody (1)**
6:8

**no-brainer (1)**
84:12

**nodding (1)**
36:24

**none (3)**
57:5,9,24

**Normal (5)**
52:18;56:20;57:19;
61:10;83:4

**normally (2)**
15:4;77:23

**notation (2)**
48:16;79:12

**note (5)**
23:8,13,14;47:22;
61:14

**noted (1)**
42:22

**Notice (4)**
5:1;72:12;75:5;
80:12

**notification (1)**
80:22

**notified (2)**
81:5,25

**number (2)**
37:13;46:1;62:5

## O

**o0o- (1)**
5:11

**oath (2)**
5:21;30:13

**object (2)**
59:17,22

**Objection (10)**
13:15;28:4;29:8;
51:10;58:16,21;67:17;
77:8;84:15;86:5

**Objective (1)**
56:6

**obviously (3)**
5:24;10:12;58:21

**occasional (1)**
52:2

**occasionally (3)**
11:22;13:1;63:10

**occurred (1)**
57:25

**o'clock (2)**
83:21,21

**off (23)**
10:3;17:2,6,8,10;
30:11;35:25;36:16,25;
38:13,17;39:3;40:10;
41:25;44:1;46:2;63:5;
69:22;70:19;71:23;
82:4;83:6,8

**office (11)**
36:6;38:21,22,24;
39:4,6,18;42:1,7;62:21,
24

**OFFICER (1)**
87:24

**often (9)**
6:4;41:6,22;53:25;
66:21;71:11;75:8;81:3,
10

**once (31)**
9:16,18;13:1;18:1;
21:19;35:2,4,25;41:15;
46:12;47:6,7,10,10,18;
48:6,21;49:15,16;50:9;
52:25;54:5;65:25;66:2;
81:13,15;85:14,14,15;
86:1,11

**one (34)**
11:2;24:2,22;29:11,
11;31:21;32:17;34:1;
35:5,20;44:22;45:15;
50:8,9;63:1,5,11;65:2;
66:10;68:5;71:15,22,
24,25;72:4,10,11;73:3;
74:6,15;75:25;80:15;
82:3,22

**ones (5)**
7:10;17:12;19:17;
28:24;33:22;65:6;72:9;
78:5

**one's (4)**
71:17;80:11,12,12

**ongoing (1)**
86:25

**only (6)**
49:21;50:13;51:4;
74:15;75:13,24

**onto (1)**
22:18

**operating (1)**
47:23

**operations (1)**
83:9

**operator (22)**
6:15;11:11;14:20;
15:15;22:9,19;26:20;
27:8,12;28:15;40:10;
47:9,12;48:8,12;51:1;
67:2;70:10;79:10;82:9;
84:14,21

**operators (10)**

8:21;26:18;27:4;
29:21;46:19;48:18;
73:12;74:7;86:11;
87:20

**operator's (4)**
29:22;46:7;79:9,11

**opportunity (4)**
7:3,4;11:6;25:25

**opposed (1)**
18:4

**option (2)**
26:1,2

**order (3)**
72:18;80:13;87:25

**orders (4)**
50:15,16;51:2,4

**ordinarily (1)**
38:14

**others (2)**
16:19;17:15

**otherwise (1)**
12:1

**out (45)**
6:7;7:8;9:7;11:12,
24;12:2;15:25;16:24;
19:6,9,10,13,18;24:7,
16,19;27:22;28:18;
29:7;32:5,22;35:12,14,
19;45:22,23;46:12,17,
21;47:4,10;48:6,13,16;
49:17;52:17,21;54:20;
62:23;63:1,11,13;
79:10,15;83:25

**outbound (1)**
50:8

**outfit (18)**
48:11;76:7,11,13,14,
14,18,22,25;77:3,25;
78:3,7,9,13,15,16,18

**outside (1)**
49:7

**over (10)**
6:24;15:16,16;22:20,
23;57:17;82:9,13,15;
85:10

**overall (2)**
18:9;86:22

**overtime (26)**
8:8;39:7;53:20,20;
61:7,22;62:3,8,18,23;
64:2,18;65:20,22;66:3,
17,22,24;67:8;82:3,9,
12;83:12;85:12;86:2,
12

**own (1)**
87:13

## P

**packages (1)**
37:14

**page (6)**
44:23;45:3,4,11,14;

47:13

**paid (16)**
8:21;9:16,17;15:24;
66:4;81:17,18,19;83:4,
12;84:24;85:4,7,11,20,
23

**paper (4)**
45:21;61:2,18;62:11

**paperwork (2)**
61:5;87:9

**park (10)**
21:6;22:4;31:24;
34:24;35:5,7,15,22,25;
36:11

**parked (3)**
22:16,19;38:13

**parking (1)**
35:17

**part (25)**
11:13;13:10;15:9,13;
16:14;17:7;18:20;
26:11,12;31:20;38:5;
39:6;40:9;45:3,11;
50:21;52:6,7;55:11;
56:18;82:21,23;84:7;
85:3;87:7

**particular (5)**
8:24;16:12,18;17:9;
83:15

**parts (2)**
31:21;46:9

**pass (6)**
9:20;10:18;73:13,14,
22,24

**Passengers (2)**
56:16;57:2

**passing (1)**
38:7

**past (1)**
6:8

**pattern (1)**
23:20

**pause (1)**
57:20

**pay (3)**
15:21;83:1;87:11

**payments (1)**
73:10

**people (9)**
13:12;16:3;40:12;
41:19;45:9;56:19;65:7;
69:14;83:8

**perform (1)**
30:17

**per-hour (1)**
83:16

**period (3)**
16:3,6;67:4

**periods (1)**
11:14

**person (7)**
9:11;15:16;16:25;
22:13;37:22;64:11;

65:4

**pertain (1)**
75:1

**pertains (1)**
75:25

**phone (1)**
22:22

**phones (1)**
23:2

**pick (3)**
17:1,2;24:5

**picture (2)**
65:11,14

**pictures (1)**
65:13

**piece (3)**
37:6;45:21;61:18

**pieces (1)**
9:11

**place (1)**
14:25

**please (2)**
51:13;58:19

**point (37)**
7:8;9:5;10:21;19:19,
24;20:3,7;21:17,22;
22:5;23:19;24:7,14,17,
24;25:3,17;26:4;27:23;
28:1,2,8,10,15;29:5;
32:22,24;49:10;55:6;
58:13;63:2,19,20;
67:14,14;69:22,24

**posted (4)**
71:12;72:25;73:20;
74:23

**Potrero (9)**
11:21,22;12:2,17;
30:4;39:13;44:2;52:11;
65:15

**Potrero's (1)**
30:8

**practice (13)**
20:24;26:7;32:8;
33:5;34:14;44:7,14;
67:7;69:3;70:22;76:16;
77:5,13

**practices (3)**
28:2;77:12,16

**preference (4)**
17:5,24;18:2,7

**preferred (1)**
17:9

**pre-op (3)**
46:4,15;47:8

**prepare (2)**
7:14,23

**presented (1)**
73:25

**presumably (1)**
28:7

**pretty (8)**
18:3,10,17;55:10;
64:24;65:3;69:15;

84:10

**previously (2)**
62:1;71:15

**printed (2)**
62:10,14

**prior (10)**
7:13;9:4,6;12:4;
26:19,19;31:23;46:11,
11,11

**probably (12)**
34:2,8,10;45:6;
67:25;69:22;71:13;
78:14;80:6;84:6;86:8,
10

**problem (2)**
8:9;32:3

**problems (1)**
38:4

**procedure (4)**
10:19;13:24;64:24;
82:15

**process (5)**
16:2;37:5;40:25;
52:20,23

**processing (1)**
73:9

**profession (1)**
12:15

**properly (1)**
8:21

**protocol (1)**
26:11

**provide (1)**
21:21

**public (1)**
30:1

**pull (20)**
34:19,21,23,24;35:2,
4,6,14,14,16;46:16,24;
47:16,21;52:13;54:17;
55:13;58:12;59:5;
85:18

**pulled (3)**
49:1;51:19,21

**pulling (11)**
34:17;46:12,20;47:9;
51:7,16;79:10,15;
85:12,13,14

**pursuant (1)**
5:1

**push (1)**
36:20

**put (10)**
13:25;35:14;36:16,
25;37:20;43:18;44:14;
68:2;71:23;77:24

**puts (1)**
35:19

**putting (3)**
7:1,2;66:16

**quarterly (1)**
16:8

**question- (1)**
6:25

**quickest (1)**
25:7

**quite (1)**
19:24

## R

**rail (1)**
30:4

**range (1)**
18:17

**rare (1)**
50:22;52:3;55:8

**rarity (1)**
50:25

**rate (2)**
83:13,16

**read (27)**
31:16,18;33:2,18,22,
23;34:1,8,9,11;58:20;
70:20;73:18;74:1,4,17,
20,23;75:25;78:2,5,9,
12,22;79:5,21;80:7

**reading (3)**
71:2;80:5;84:5

**real (1)**
17:17

**really (1)**
13:25

**reason (1)**
18:6

**reasons (1)**
56:3

**recall (6)**
80:3,5;81:22;82:7,
11;83:25

**receipt (1)**
40:6

**recollection (1)**
10:6

**recommended (1)**
81:7

**record (9)**
5:14;8:7,12;23:9,13,
14;30:11,12;70:19

**records (1)**
23:16

**refers (1)**
46:16

**regular (5)**
30:19;45:20;54:1,2;
55:13

**relief (34)**
9:5;19:9,19,23;20:3,
7,25;21:17,22;22:5;
23:19;24:7,14,17,24;
25:3,6,17;26:4,5;
27:23;28:1,2,7,10,15;
29:4;31:25;32:22,24;

46:13;47:10;48:7;
78:17

**relieve (1)**
22:19;27:9,18;28:15;
48:12

**relieved (13)**
9:18,18;28:18,22;
29:7,13;30:16,21;31:8,
8;32:5,15;47:12

**relieving (4)**
22:9,13;24:21,25

**rely (1)**
76:12

**remember (8)**
10:5;62:13;65:7;
70:3,16;79:3;82:21;
83:6

**REMEMBERED (1)**
5:1

**remembering (1)**
70:5

**remembers (1)**
6:8

**reminder (1)**
27:2

**repeat (7)**
24:4;28:12;51:13;
57:22;58:19,24;84:19

**rephrase (1)**
6:19

**report (19)**
14:17,19;15:10,11,
16,19,20;19:9;20:6;
27:7,8,13,17;36:5;38:6,
10,25;42:8;79:1

**Reporter (5)**
5:5;7:1;51:5;58:20;
70:20

**reporter's (1)**
57:16

**representative (5)**
67:22;68:6;81:7;
86:1,3

**representatives (1)**
86:18

**required (1)**
46:19

**reroutes (2)**
56:12;57:2

**responses (1)**
36:21

**responsibility (3)**
40:9;46:7;47:9

**rest (2)**
12:1;54:15

**retire (1)**
10:21

**return (3)**
28:11;30:15;53:4

**revenue (20)**
35:6,9,14,18;49:20;
50:18;51:8,20,25;52:1,
8;54:20,25;59:4;60:3,

9,11,12;73:4,9
**review (4)**
7:3,4,23;70:24
**RICK (1)**
5:4
**riders (1)**
56:14
**riding (2)**
24:16,18
**right (59)**
5:24;6:3,13,24;7:13;
9:22;12:16;15:8;18:9,
19;19:6,8;21:3;25:1,
22;27:21,23;30:4;
31:13;32:12,25;33:18;
34:16,22;35:7,11,13,
18,20,23;38:15;40:7;
41:13;42:2;43:3,23;
45:25;47:24;48:3;51:8,
21;52:8;55:4,20;60:4;
62:4;63:16;66:14;
67:10;68:12;69:7,17,
19;73:3,4;74:12;75:23;
79:20;87:22
**roads (1)**
56:9
**role (1)**
68:22
**room (1)**
7:20
**route (4)**
23:22,23;24:1;75:9
**routine (4)**
42:3,5;61:10,15
**rubber (2)**
43:18,23
**rules (1)**
6:3
**run (54)**
15:12,16,17,25;18:4,
23;19:3,18;24:5;25:8;
26:19;27:14,18;28:1,3,
14,18;29:2,4,12,23;
30:19;31:1,18;32:15,
22,23;33:6,13,14,20;
34:16;43:21;46:10;
47:21;48:2,5,21;49:11,
21;50:5;51:16,20;
52:16;54:7,10;59:2;
62:5,22;75:10;79:2,6;
82:19;83:1
**runs (19)**
16:3,12,18,25;17:25;
18:8,14,23;19:12;
32:18,21;51:6,14,19;
53:18,22;82:17,18;
85:15

**S**

**safe (1)**
36:4
**safety (2)**

20:12;50:11
**same (16)**
7:20;11:12;24:1,21;
28:1,11;29:6;42:3,5;
46:14;47:12,13;58:21;
65:4,17;80:15
**San (1)**
5:4
**saw (4)**
26:14;47:23;65:11;
78:6
**saying (3)**
31:9;54:22;64:15
**schedule (5)**
16:21;50:21;51:16;
52:6,8
**scheduled (1)**
53:23
**schedules (1)**
50:17
**school (1)**
56:18
**seasonal (1)**
56:18
**seat (2)**
48:20;49:18
**second (2)**
45:3,4
**secure (4)**
36:2,12,15;49:18
**seeing (1)**
73:24
**seniority (2)**
16:16;17:4
**sense (5)**
6:9,17,20;18:13;25:8
**September (2)**
73:15,22
**service (12)**
49:21;50:1,2,18;
51:8,20,24;52:8;54:20;
55:1;59:5;60:11
**set (3)**
5:10;83:14,14
**several (5)**
15:23;31:14;50:4,5;
74:24
**SFMTA (2)**
10:7,12
**share (1)**
67:25
**shift (12)**
9:1,2,11,15,15;10:2;
33:3,3;70:23,23;79:22;
80:8
**shifts (2)**
9:22;17:20
**short (2)**
82:18,23
**shorted (1)**
87:11
**shorter (1)**
16:6

**Shorthand (1)**
5:5
**show (3)**
44:18;61:25;71:14
**shuttle (1)**
21:21
**shuttles (1)**
22:3
**sick (1)**
15:14
**sight (1)**
65:8
**sign (1)**
84:8
**signature (1)**
62:6
**sign-up (1)**
11:14
**sign-ups (1)**
16:10
**simple (1)**
84:10
**sit (1)**
15:23
**size (1)**
62:11
**skip (1)**
34:2
**slips (1)**
53:20
**somebody (6)**
9:20;22:7;35:17,19;
84:9;86:16
**someone (2)**
15:14;27:9
**something's (1)**
50:25
**sometime (7)**
14:10;16:16;19:20,
21,21;22:7;49:8
**sometimes (21)**
9:10;12:23;19:5,7,9,
23;21:24;27:17;28:13,
17;29:14,16,20,25;
40:12;48:18;49:5;
51:15;61:22;63:4;79:1
**somewhere (1)**
39:21
**sorry (8)**
15:1;24:15;37:6;
40:3;54:22;57:8;67:2;
71:18
**sort (7)**
7:21;12:11;13:2;
34:20;52:17;76:6;
80:22
**sounded (1)**
27:6
**sounds (10)**
21:18,24;23:3;24:12;
25:11;31:16;55:14,18;
61:21;69:10
**speak (1)**

40:14
**speaking (1)**
32:4
**special (8)**
11:23;12:24;83:3,4,
5,7,13,24
**specific (5)**
11:2;15:2,11;23:21;
80:21
**specify (1)**
86:25
**speculate (3)**
6:5;77:18,21
**speculation (2)**
13:16;77:9
**spell (1)**
5:14
**spend (1)**
71:2
**split (12)**
9:11,15,15,20,22;
10:1;18:4,8,14;30:18;
45:14;82:18
**splits (1)**
17:25
**spot (1)**
25:6
**standard (3)**
64:24;82:14,15
**start (8)**
17:21;18:24;19:6,7;
28:1,14;29:2,4
**started (4)**
19:17;32:15,18;33:6
**starts (1)**
39:19
**State (3)**
5:5,14;69:9
**stated (1)**
42:8
**stay (1)**
76:3
**step (7)**
35:1,1,18;38:17;
41:25;42:1;50:13
**steps (1)**
42:11
**sticker (1)**
71:23
**still (25)**
11:4;19:6;20:6;
30:13;34:4,10,11;38:1;
50:5;53:7;57:6,12,25;
58:17;65:22;66:17;
67:11;69:2,20;73:22;
74:17;75:19;76:8,19;
78:9
**stop (5)**
49:5;52:11,12;69:9;
76:15
**stopped (2)**
70:1,10
**story (1)**

87:9
**straight (4)**
17:25;18:4;30:19;
82:19
**straightforward (1)**
23:3
**Street (3)**
5:3;32:1,5,15
**stuff (4)**
17:17;46:1;61:3,8
**subjected (1)**
73:24
**submission (1)**
53:19
**submit (7)**
8:8;63:14;64:2;
66:17,24;67:8;82:2
**substantive (1)**
7:7
**successful (1)**
65:24
**suggest (2)**
7:9;23:24
**Suite (1)**
5:3
**summer (3)**
73:12,14,21
**Sunday (2)**
17:13,14
**superintendent (5)**
68:20;80:23;81:6,9;
82:1
**superintendents (1)**
81:21
**supervisor (5)**
63:25;64:3,10;80:20;
81:22
**supervisors (1)**
61:3
**supervisor's (1)**
38:22
**support (1)**
61:7
**suppose (1)**
25:22
**supposed (3)**
48:14;79:9,11
**Sure (23)**
17:11;20:17;23:17;
28:13;29:17;31:6;33:9,
25;34:13;36:3;39:20;
40:14;43:8;46:8;50:10;
58:25;61:1;66:7;70:7;
78:4,8;85:1;87:1
**surrounding (1)**
56:8
**sweatshirt (1)**
39:2
**sworn (1)**
5:9
**system (2)**
13:11;57:13

## T

**tag (4)**
39:23;40:3,7;41:3
**tagging (1)**
41:1
**talk (10)**
7:16;18:22;21:3;
22:22;53:20;59:1;
67:22;80:23,23;86:3
**talked (15)**
8:1;47:2;51:14;
53:19;70:17,21;78:25;
79:8;85:2,17,25;86:8,
18;87:18,19
**talking (11)**
6:24;30:18;31:25;
41:12;45:1;47:6,18;
49:2;57:17;59:1;60:5
**talks (3)**
46:3,15;47:14
**tells (2)**
35:17;64:19
**ten (8)**
26:6,9,19;37:3,4,5;
52:19;70:15
**term (1)**
14:17
**terminal (5)**
49:24;50:7,13;55:3;
78:20
**terminals (9)**
46:13;47:11;49:9,10,
15;50:8,9;78:14,17
**terminology (1)**
6:15
**terms (6)**
8:14;10:13;16:22;
21:17;43:3;70:13
**territory (1)**
17:3
**testified (1)**
5:10
**testimony (3)**
5:20,25;7:9
**thereupon (1)**
5:9
**thinking (2)**
54:18;59:8
**thoroughly (1)**
79:11
**though (12)**
5:21;22:3;30:5;
33:22;34:8;37:24;
45:19;58:18;69:1;74:4,
21;75:1
**three (2)**
18:16;42:11
**threw (2)**
44:12,13
**throughout (2)**
67:1,4

**throw (3)**
39:7,11;66:5
**thrown (1)**
66:16
**times (10)**
13:4;14:15;17:1;
21:25;23:4;27:6;28:22;
52:3;68:8;83:5
**today (2)**
5:25;7:10
**told (7)**
15:5,11;26:9;52:3;
66:18;79:24;87:7
**top (7)**
46:3;72:9,11,14,18;
73:4;74:7
**totally (2)**
6:16;48:4
**tough (2)**
69:15,15
**track (5)**
35:7,7;60:23;61:12,
18
**traffic (5)**
54:11;56:4,6;57:2,23
**training (3)**
26:12;79:25;80:1
**transcript (2)**
36:23;87:25
**transfer (4)**
10:22,24;44:3,5
**transfers (6)**
36:5;39:1;42:10;
43:17,22;53:5
**transportation (1)**
30:1
**Trash (5)**
37:13,21;39:8,11;
66:6
**Travel (25)**
8:18,20,24;9:8,10,
13;11:6;18:19;19:14,
15;25:10;28:3,13,17,
19,23;29:4,6,13;30:22;
31:11;32:22,23;54:20;
85:2
**traveling (8)**
18:21;27:22,25;28:9;
29:2;31:9;51:24;54:23
**tried (1)**
8:8
**trips (2)**
85:12,13
**trolley (5)**
11:18;19:10;34:21,
24;46:21
**trolleys (2)**
12:18;30:8
**True (1)**
55:19;67:1;77:25
**truthful (1)**
5:25
**try (6)**

6:19;17:2;61:6;
65:22,23;77:24
**trying (8)**
6:7;43:9;52:7;58:9;
59:7,12;60:20;67:12
**T's (1)**
78:24
**turn (17)**
23:25;36:16,25;
43:12,18;48:22;53:4,
11;61:21;63:14,20,21,
22,25;65:2,22;70:14
**turned (2)**
38:13;65:5;66:11;
67:11
**turning (10)**
61:3,4,7;64:14;
65:20;67:11;69:2,20;
70:1,11
**twice (1)**
13:1
**two (8)**
9:11;10:3;32:17;
35:13;45:15;50:8;
71:25;82:22
**two-page (1)**
44:19
**two-year (1)**
16:3
**type (3)**
8:24;16:25;72:25
**types (1)**
85:22
**typical (2)**
18:11;23:20
**typically (6)**
17:20;32:16;38:24;
63:10,23;78:12
**typing (1)**
7:2

## U

**under (3)**
5:21;30:13;86:9
**underpaid (2)**
84:14,21
**understood (2)**
6:14;34:2
**unexpected (1)**
56:13
**union (7)**
67:20,22;68:6;85:25;
86:3,14,18
**unused (4)**
39:1;42:10;43:17;
53:5
**up (21)**
7:2;9:7;10:16;13:1;
31:5;35:6,14;44:10;
51:8,21;52:8;66:22;
68:5,8,19;71:25;73:20;
74:24;75:19;76:3;81:5

**upon (1)**
25:11
**Upstairs (1)**
40:2,3;41:1
**use (2)**
6:15;10:13
**using (1)**
25:5
**usually (2)**
18:14;79:15

## V

**Vague (8)**
28:4;29:8;51:10;
59:17,23;67:17;84:15;
86:5
**valid (2)**
73:14,15
**Vallejo (2)**
21:13,14
**van (2)**
12:9;25:1
**vary (4)**
18:15;54:12;55:18;
56:3
**vehicle (7)**
43:20;48:25;52:24;
62:5;79:11,16,18
**verbal (1)**
87:9
**verbally (1)**
87:8
**verbatim (1)**
43:10

## W

**wage (1)**
86:4
**Wait (2)**
31:5;59:14
**waiting (5)**
15:24;27:14;35:12;
79:1,6
**walk (24)**
19:22;21:24;22:2,18;
25:16,20,25;28:6;
29:14;35:25;36:3,10;
12;37:1,4,7,9,12;40:23;
47:3;49:7,14,18;51:2
**walked (1)**
20:7
**walking (3)**
20:2;25:15;47:2
**walk-through (3)**
38:14;48:25;49:24
**wallet (3)**
43:1,2,4
**wants (1)**
80:23
**way (15)**
6:20;21:18;23:12,17,

24,25;25:7;32:7;36:13;
49:19;59:9;60:18;
66:10;85:15;86:1
**ways (5)**
25:11;29:3,6;31:14;
32:17
**weather (3)**
20:4;25:12;57:3
**week (6)**
16:22;41:15;54:5;
76:21,24;82:13
**weekends (1)**
83:9
**weren't (7)**
74:9,13;85:4,7,11,20,
23
**what's (16)**
8:2,17;11:9;14:16;
20:15;27:10;43:6;
49:17,19;52:22;54:11;
55:22,25;61:25;76:4;
78:22
**wherever (2)**
14:24;16:14
**whichever (1)**
35:7
**whole (11)**
11:14;12:20;13:11;
45:18;59:9;60:18;67:1,
5;70:12;74:2;82:19
**who's (2)**
15:16;47:9
**wide (1)**
18:17
**window (2)**
44:11;64:12
**window's (1)**
38:9
**within (1)**
67:21
**Without (1)**
84:5
**witness (11)**
5:8;13:19;23:7;
51:13;60:1;71:20;
74:11;77:15,20;84:19;
86:8
**wondering (2)**
29:3;31:15
**Woods (2)**
12:22;74:14
**words (3)**
28:5;73:12;81:17
**work (20)**
9:14,22;10:15;11:2,
9,12,24;12:4;13:6;
14:10,15;17:1;18:23;
21:11;22:5;25:22;64:1;
69:16;80:19;85:22
**worked (15)**
10:1,12;11:15,18,20;
14:2,8;19:3;20:16;
67:2;82:8;83:20;84:23;

85:4,6
**working (6)**
    12:2;17:24;18:8;
    24:2;38:8;83:3
**worry (1)**
    87:5
**write (5)**
    37:16,24;38:1;61:17;
    74:10
**writing (6)**
    23:15;26:15,17;
    52:20;70:5;74:11

## Y

**yard (2)**
    19:10;34:19
**year (3)**
    11:5;13:2;81:13
**Yearly (2)**
    16:9,10
**years (6)**
    10:3;11:14;14:1;
    70:15,15;86:21
**yellow (1)**
    62:14
**Yep (3)**
    70:2,2,2
**YOUNG (23)**
    13:15;23:14;28:4;
    29:8;30:10;51:10;
    57:14,17;58:16,19,21;
    59:11,14,22;67:17;
    72:1,3;74:12;77:8,11;
    84:15,18;86:5
**Young's (1)**
    23:9

## Z

**zero (1)**
    23:2

## 1

**1 (1)**
    45:11
**10:22 (1)**
    70:19
**10:30 (1)**
    70:19
**11 (5)**
    44:17,19,19;45:14,
    21
**12 (8)**
    71:16,18,18,20,22;
    72:14;73:3,17
**13 (4)**
    72:4,5,18;75:4
**1390 (1)**
    5:3
**15 (4)**
    56:2;79:17,18;81:19

## 2

**2 (4)**
    71:15,20;72:10;74:6
**2003 (1)**
    10:16
**2010 (1)**
    14:10
**2013 (1)**
    75:13
**2014 (4)**
    10:16,17;75:14,17
**2016 (1)**
    5:2
**20th (2)**
    73:15,22
**28 (1)**
    73:22
**28th (1)**
    73:15
**29 (1)**
    5:2

## 3

**3 (1)**
    83:21
**30th (1)**
    75:13
**37 (1)**
    74:7
**3rd (2)**
    75:13,17

## 4

**4 (1)**
    62:1
**40 (2)**
    82:13,15

## 5

**5 (4)**
    24:6,6,6,7
**500 (1)**
    83:18

## 7

**7 (1)**
    83:21
**700 (1)**
    5:3

## 8

**8½ (1)**
    45:21

## 9

**9 (3)**
    25:2,2,5
**9:05 (1)**
    5:3
**9:33 (1)**
    30:11
**9:37 (1)**
    30:11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—oOo—

DARRYL A. STITT, TONY
GRANDBERRY, and HEDY GRIFFIN,
on behalf of themselves and
all others similarly situated,

        Plaintiffs,

vs.                      Civil Case No.
                            C-12-03704-YGR

THE SAN FRANCISCO MUNICIPAL
TRANSPORTATION AGENCY; CITY
AND COUNTY OF SAN FRANCISCO;
and DOES 1-20,

        Defendants.
_____/


Deposition of

ED GRAGASIN

_____

Friday, January 15, 2016


Reported by:

MELISSA HAMMERNESS
CSR No. 4739


BONNIE WAGNER & ASSOCIATES
Court Reporting Services
1819 Polk Street, Suite 446
San Francisco, California 94109
(415) 982-4849

1

I N D E X

                                    Page

Examination by:
   Mr. Rolnick                        5


E X H I B I T S

(No exhibits marked.)




—oOo—

2

---

BE IT REMEMBERED that, pursuant to Notice of
Taking Deposition and on Friday, the 15th of January,
2016, commencing at the hour of 2:04 p.m. thereof, at
the OFFICE OF THE CITY ATTORNEY, CITY AND COUNTY OF
SAN FRANCISCO, Fox Plaza, 1390 Market Street, Seventh
Floor, San Francisco, California 94102-5408, before me,
MELISSA HAMMERNESS, CSR No. 4739, personally appeared

ED GRAGASIN,

called as a witness by the Defendant, City and County of
San Francisco; who, being by me first duly sworn, was
thereupon examined and interrogated as hereinafter set
forth.


—oOo—

3

---

A P P E A R A N C E S

    THE TIDRICK LAW FIRM, 2039 Shattuck Avenue,
Suite 308, Berkeley, California 94704, represented by
JOEL B. YOUNG, Esquire, appeared as counsel on behalf of
the Plaintiffs.

    OFFICE OF THE CITY ATTORNEY, CITY AND COUNTY
OF SAN FRANCISCO, Fox Plaza, 1390 Market Street, Seventh
Floor, San Francisco, California 94102-5408, represented
by JONATHAN C. ROLNICK, Deputy City Attorney, appeared
as counsel on behalf of the Defendant.

    ALSO PRESENT:  JOHN DUDLEY


—oOo—

4

```
 1              EXAMINATION BY MR. ROLNICK
 2         MR. ROLNICK:  Q.  Can you state your name,
 3    please.
 4         A.  Ed Gragasin.
 5         Q.  Mr. Gragasin, is that the right way to
 6    pronounce it?
 7         A.  I guess so, yeah.
 8         Q.  It's your name.  I want to pronounce it right.
 9         A.  Yes.
10         Q.  I'm not trying insult you.  I want to make
11    sure I get it right.
12              Could you spell your last name, please?
13         A.  G-r-a-g-a-s-i-n.
14         Q.  Okay.  You are currently retired; is that
15    right?
16         A.  Yes, sir.
17         Q.  Before you retired, you worked for the City;
18    is that correct?
19         A.  That's correct.
20         Q.  And you worked for the City as a transit
21    operator?
22         A.  That's correct, sir.
23         Q.  Did you hold any other position for the City?
24         A.  No.
25         Q.  Let me go quickly over the ground rules.
```

```
 1         Q.  It's a question-and-answer format.
 2              It's important that you answer my questions
 3    audibly.
 4         A.  Uh-huh.  Yes.
 5         Q.  Nodding your head up and down or shaking side
 6    to side, I understand that when we're sitting across the
 7    table and communicating, but it doesn't show up on the
 8    written page.  Okay?
 9         A.  Yes.
10         Q.  I want you to let me know if you don't
11    understand a question I ask you; because if I ask a
12    question and you answer it, I'm going to assume that you
13    understood what I was asking for.  Okay?
14         A.  Okay.
15         Q.  When did you first come to work for the City?
16         A.  That was December of '98.
17         Q.  Where were you working before that?
18         A.  I worked at an electronics firm in Sunnyvale.
19         Q.  Did you work continuously from '98 through to
20    your retirement in 2013?
21         A.  That's correct, sir.
22         Q.  What was the date of your retirement?
23         A.  I think that was May 2013.  I don't remember
24    the day.
25         Q.  You retired voluntarily?
```

```
 1         A.  Yes.
 2         Q.  Are you currently working?
 3         A.  Not anymore.
 4         Q.  At the time of your retirement, where had you
 5    been working at Muni?
 6         A.  Operator.
 7         Q.  Transit operator?
 8         A.  Yes.
 9         Q.  Which division were you working at?
10         A.  Green.
11         Q.  Light rail vehicles?
12         A.  That's correct, sir.  Light rail and the
13    F line.
14         Q.  The F line, those are the historic streetcars;
15    is that right?
16         A.  That's correct.
17         Q.  Those run out of Green?
18         A.  That's correct.
19         Q.  How long had you been at Green?
20         A.  Since 2003.
21         Q.  So you had sort of a ten-year stint at Green?
22         A.  That's correct.
23         Q.  At the time of your retirement, who was the
24    superintendent at Green?
25         A.  It was Ernesto Del Barrio.
```

```
 1         Q.  And how long had Mr. Del Barrio been the
 2    division superintendent?
 3         A.  I don't remember.
 4         Q.  Do you remember who the division
 5    superintendent was who came before him?
 6         A.  I know the face.  I don't recall about the
 7    name anymore.
 8         Q.  Was it a man or a woman?
 9         A.  It's a man, I think.
10         Q.  Do you remember any of the other
11    superintendents at Green that you worked under?
12         A.  I don't know if Sarita Britt was before.  I
13    don't remember.
14         Q.  Sarita Britt?
15         A.  Yes.  I don't remember anymore if she was.
16         Q.  You remember she was at Green, but you don't
17    remember if she was the superintendent when she was
18    there?
19         A.  I think she was only acting at that time
20    before Del Barrio.  I'm not sure.
21         Q.  Where do you live?
22         A.  Daly City.
23         Q.  How long did you lived in Daly City?
24         A.  Around for 20 years.
25         Q.  When you worked at Green and were living in
```

```
 1  Daly City, how did you get to work?
 2      A.  My car.
 3      Q.  Why did you drive your car?
 4      A.  Because I start early.  So there's no way I
 5  can catch public transportation going that early,
 6  4 o'clock.
 7      Q.  4 o'clock is when you left your house or when
 8  you --
 9      A.  That's correct.
10      Q.  What time were you supposed to be at Green?
11      A.  I'm supposed to be there -- my pulling out is,
12  I believe, 4:45, 4:30.  I think so.  I have to be there
13  30 minutes early, if possible.
14      Q.  Do you remember what your last run was at
15  Green?
16      A.  I believe it was 154.  F line.
17      Q.  That was on the F line?
18      A.  Yes.
19      Q.  Do you remember how long you were running the
20  F line, 154?
21      A.  Six months, I think.
22      Q.  Do you remember what run you had before that?
23      A.  It was on the LRVs, but I don't remember the
24  run.
25      Q.  Let's talk about 154.  Do you remember what
                                                          9
```

ED GRAGASIN          JANUARY 15, 2016

```
 1  time that run -- was that run a pull-out run?
 2      A.  It is a pull-out.
 3      Q.  Was it a pull-in as well?
 4      A.  No.
 5      Q.  You were relieved where?
 6      A.  Ferry Building.  By the Ferry Building, yeah.
 7      Q.  The pull-out was from Green?
 8      A.  Yes, sir.
 9      Q.  Do you remember what time that started?
10      A.  Before 5:00.
11      Q.  Sometime before 5:00?
12      A.  Sometime before 5:00.
13      Q.  After 4:30, though?  Give me a general idea
14  about what time the run started.
15      A.  4:45.  4:45, I think.
16      Q.  A.m.?
17      A.  A.m.
18      Q.  What time did the run end?
19      A.  Around 2 o'clock.
20      Q.  P.m.?
21      A.  P.m.
22      Q.  Was that a split run or a single run?
23      A.  Straight run.
24      Q.  Then you say, before you were working the
25  F line, you were working LRVs?
                                                         10
```

ED GRAGASIN          JANUARY 15, 2016

```
 1      A.  Yes.
 2      Q.  And was the 154 the only time you worked the
 3  F line?
 4      A.  No.  There's some runs that I do before that.
 5      Q.  I'm really interested in the time period, say,
 6  July 2009 through your retirement.  During that period
 7  of time, did you just have the one F-line run?
 8      A.  No.
 9      Q.  So you had others during that period of time?
10      A.  Yes.
11      Q.  Do you remember any of the other F-line runs
12  that you had during that time period?
13      A.  I remember it, but I don't remember about the
14  time anymore.
15      Q.  Do you remember the run number?
16      A.  163.  152.  I think that's all I remember.
17      Q.  Do you remember generally what the start time
18  for either of those runs were?
19      A.  Not anymore.
20      Q.  Do you remember, with respect to the 163,
21  whether that was a pull-out run?
22      A.  No.  It's a relief.
23      Q.  So you started relief at the Ferry Building?
24      A.  That's correct.
25      Q.  Do you remember where the run ended?
                                                         11
```

ED GRAGASIN          JANUARY 15, 2016

```
 1      A.  No.
 2      Q.  Did it end with a pull-in or relief?
 3      A.  I think it's a relief.  I don't recall
 4  anymore.
 5      Q.  At that time when you were on the 163 or
 6  anytime you were on the F line, was there more than one
 7  relief point for the F line?
 8      A.  Yes.
 9      Q.  What was the other relief point besides the
10  Ferry Building?
11      A.  No, it's only one.
12      Q.  So if you were an F-line operator, you would
13  start your day either at the Ferry Building or at Green?
14      A.  Yes.  But before that -- it just moved
15  recently to the Ferry Building.  It was on Van Ness
16  before.
17      Q.  Oh, okay.  So when you had the F line before
18  your retirement, the relief point was down at the Ferry
19  Building?
20      A.  That's correct.
21      Q.  At some other point in time, you remember the
22  relief point was not at the Ferry Building, but it was
23  at Market and Van Ness?
24      A.  Correct.
25      Q.  But at all the times, there was only one
                                                         12
```

ED GRAGASIN          JANUARY 15, 2016

**Page 13**

```
 1   relief location for that line; correct?
 2        A.   Yes.
 3        Q.   When you had the 163, do you remember, was the
 4   relief point Market and Van Ness or at the Ferry
 5   Building?
 6        A.   I don't remember anymore.
 7        Q.   You don't remember whether the run ended at
 8   the relief point or back at Green?
 9        A.   No.
10        Q.   What about the 152 run?  Do you remember
11   anything about that?
12        A.   No.
13        Q.   You don't remember if it was a pull-out run?
14        A.   No.
15        Q.   Do you remember whether it ended with a relief
16   or a pull-in?
17        A.   I remember it was a pull-out, but it was a
18   relief.
19        Q.   Do you remember whether the relief point for
20   that run was at the Ferry Building or the Van Ness
21   location?
22        A.   Both, like I mentioned about the 163, at that
23   time.
24        Q.   And you don't remember where the relief
25   location was?
```

**Page 14**

```
 1        A.   No, sir.
 2        Q.   So you had the 154 for about six months.  Do
 3   you know how long you had the 163 and 152 runs?
 4        A.   I don't remember anymore.
 5        Q.   It sounds like in between that you had runs on
 6   LRVs?
 7        A.   Yes.
 8        Q.   Do you remember any of the run numbers you had
 9   when you were on LRVs?
10        A.   Not anymore.
11        Q.   Do you remember which lines you were working?
12        A.   I was working the T line.  K/T line.
13        Q.   Any other lines?
14        A.   N Judah and L Taraval.
15        Q.   You said the D line or the T line?
16        A.   T line.  K/T.  We switch up the sign there.
17   Once you get into the Embarcadero, it will automatically
18   change.  If you're going that way, it will automatically
19   change to T.  Coming in, it will automatically change to
20   K.
21        Q.   Okay.  So during that time, you worked
22   basically three of those lines:  K/T, N, and L?
23        A.   That's correct.
24        Q.   And do you remember the hours of any of those
25   runs?
```

**Page 15**

```
 1        A.   Not anymore, sir.
 2        Q.   Was there a time of day where you liked to
 3   schedule your runs?  You know, mornings or afternoons or
 4   evenings.
 5        A.   There are some, but I don't remember it
 6   anymore.
 7        Q.   Do you remember any of those runs, whether
 8   they were pull-out runs --
 9        A.   No.
10        Q.   -- or whether you were making a relief?
11        A.   Sometimes I get a relief.  Sometimes I pull
12   out.
13        Q.   But as you sit here today, you can't remember
14   what they were?
15        A.   Yeah, I don't remember.
16        Q.   When you were working the F line -- are you
17   familiar with the term "MME"?
18        A.   Yes.
19        Q.   Can you tell me what that stands for?
20        A.   I don't remember it anymore.
21        Q.   Can you tell me what it is?
22        A.   That's where the division is.
23        Q.   The maintenance yard there; is that right?
24        A.   Yes.
25        Q.   Whenever you were working the F line, did it
```

**Page 16**

```
 1   have any relationship to the MME location?
 2        A.   Not yet.  The pull-out still comes from here.
 3        Q.   "From here," meaning Green?
 4        A.   Green.
 5        Q.   So whenever you had the F line, the cars were
 6   always stored out at Green?
 7        A.   That's correct.
 8        Q.   When you pull out from Green on an F-line car,
 9   you're deadheading down to the F line; is that right?
10        A.   Yes.
11        Q.   When you pull out of the yard, are you in
12   service?
13        A.   Yes.
14        Q.   Oh, you're in service?
15        A.   Yes, you're in service.
16        Q.   Even though it's not the F-line route?
17        A.   (No audible response.)
18        Q.   Let me back up.  What are the two ends of the
19   F-line route?
20        A.   Castro and Fisherman's Wharf.
21        Q.   When you pulled the F line out from Green,
22   where would you take the vehicle to sort of start the
23   F-line route?  Would you start at Castro or --
24        A.   Castro.
25        Q.   When you pulled out of Green, you were running
```

```
 1   on the same track as the --
 2       A.   LRVs.
 3       Q.   LRVs?
 4       A.   Yes.
 5       Q.   But that's not the F-line route; right?
 6       A.   (No audible response.)
 7       Q.   When you pull out of Green, you're at Geneva
 8   and -- what's the cross street?
 9       A.   San Jose Avenue.
10       Q.   So is there a stop right there for LRVs right
11   outside the Green facility?
12       A.   Yes.
13       Q.   And when you're on the F line, would you pick
14   passengers up --
15       A.   Yes.
16       Q.   -- when you rolled by there?
17       A.   Yes.
18       Q.   Even though at that point you weren't
19   necessarily on the F-line route; right?
20       A.   Yes.
21       Q.   The terminal point on Castro, that's a
22   street-level terminal, right, for the F line?
23       A.   Yes, it is.  I don't know about now, but
24   before, yes, it is.
25       Q.   Because the LRVs also have a Castro stop, too,
                                                        17
         ED GRAGASIN        JANUARY 15, 2016
```

```
 1   but that's underground; right?
 2       A.   Underground; that's correct.
 3       Q.   Okay.  On the 154 run, you say you think it
 4   started around 4:00 a.m.  I'm sorry.  You left home
 5   around 4:00 a.m.?
 6       A.   Yes.
 7       Q.   And the run started around 4:45?
 8       A.   Something like that, yes.
 9       Q.   How long would it take you to get from your
10   home to Green?
11       A.   About 15 minutes.  15, 20 minutes.
12       Q.   Was there parking available for you at Green?
13       A.   Yes.
14       Q.   Was the parking on the premises or just in the
15   neighborhood?
16       A.   Premises.
17       Q.   So you would get to Green at 4:15 to 4:20?
18       A.   Something like that, yes.
19       Q.   What would you do when you got there?
20       A.   I go straight to the bulletin board and check
21   the bulletin board as required.
22       Q.   Where is the bulletin board?
23       A.   It's about 15, 20 feet from the dispatcher.
24       Q.   Is there one bulletin board that you would
25   check?
                                                        18
         ED GRAGASIN        JANUARY 15, 2016
```

```
 1       A.   There's two of them.
 2       Q.   Are they both in the same location?
 3       A.   No.  The other one is on the other side, but
 4   it's about the same distance.
 5       Q.   So, like, around the corner?
 6       A.   Yes.
 7       Q.   But in the same hall?
 8       A.   No, no.  The first one is inside the gilley
 9   room, and the other one is outside where the hall is.
10       Q.   But they're both near the dispatcher's office?
11       A.   That's correct.
12       Q.   How long would it take you to read the
13   bulletins?
14       A.   About 10 minutes.
15       Q.   What would you do next?
16       A.   Go pick up my paddle.
17       Q.   How long would that take?
18       A.   Few minutes.  5 minutes.
19       Q.   What did that involve, picking up the paddle?
20       A.   What do you mean?
21       Q.   What did you have to do other than actually
22   physically pick the paddle up that it would take 5
23   minutes?
24       A.   You have to sign in, and then go to the train
25   and pre-op the train.
                                                        19
         ED GRAGASIN        JANUARY 15, 2016
```

```
 1       Q.   I want to set aside the pre-op.  You said you
 2   would pick up the paddle and that would take about 5
 3   minutes.  Other than signing in and picking up the
 4   paddle, what else would you need to do to complete the
 5   process of picking up the paddle?
 6       A.   You have to check the bulletin board.
 7       Q.   But you've already done that; right?
 8       A.   Yeah.
 9       Q.   4:45 was around what they called the "report
10   time"; is that right?
11       A.   That's correct.
12       Q.   You would read the bulletins before the report
13   time?
14       A.   Yes.
15       Q.   Would you pick the paddle up before the report
16   time?
17       A.   Sometimes I do it before or after.
18       Q.   Sometimes you pick it up right at the report
19   time?
20       A.   That's correct.
21       Q.   How much before the report time might you pick
22   it up?
23       A.   What time, you said?
24       Q.   5 minutes?  10 minutes?
25       A.   5 minutes.
                                                        20
         ED GRAGASIN        JANUARY 15, 2016
```

| | |
|---|---|
| 1      Q.   Do you have to speak with anybody to get the<br>2   paddle, or is it laid out there for you?<br>3      A.   It was laid out there.   Just pick it out.<br>4      Q.   Did you ever pick it up more than 5 minutes<br>5   before report time?<br>6      A.   5 minutes before report time?   Yes.<br>7      Q.   Ever pick it up 10 minutes early?   I'm just<br>8   trying to figure out the most amount of time you might<br>9   pick up the paddle early.<br>10      A.   About 10 minutes.<br>11         On the LRV, you can't do it in 5 minutes.   You<br>12   have a list.   It is more than 20 minutes because of the<br>13   LRV and the way you pre-op.   It takes at least not less<br>14   than 20 minutes.<br>15         You have to check the steps, left and right.<br>16   Check the door.   And especially we have the two-car<br>17   train going to N Judah or L Taraval.   Those are two-car<br>18   trains.<br>19      Q.   Are those the only two-car trains that pull<br>20   out?<br>21      A.   Yes.<br>22      Q.   So do you do anything else -- between the time<br>23   that you arrive at the facility and pick up your paddle,<br>24   is there anything else you do besides read the<br>25   bulletins?<br><div align="right">21</div> | 1      A.   Not that I know of.<br>2      Q.   Then you pick up your paddle, you say,<br>3   anywhere from right on time to 5 minutes early; is that<br>4   right?<br>5      A.   5 minutes early before you pull out?<br>6      Q.   No.   Picking up the paddle.<br>7      A.   Yes.<br>8      Q.   What do you do after you pick up the paddle?<br>9      A.   I go straight to the train and do the pre-op.<br>10      Q.   How do you know which train you're going to<br>11   have?<br>12      A.   It was already written up on your paddle.<br>13      Q.   So they have already assigned you the train on<br>14   the paddle?<br>15      A.   That's correct.<br>16      Q.   And do they tell you on the paddle where the<br>17   train is located?<br>18      A.   That's correct.<br>19      Q.   They call that, like, a track number?<br>20      A.   Track number.<br>21      Q.   So you got your paddle.   You know where you're<br>22   walking to.   You walk down.   How long does it take to<br>23   get down to the tracks?<br>24      A.   Maybe about 10 minutes.<br>25      Q.   You find your train; right?<br><div align="right">22</div> |

| | |
|---|---|
| 1      A.   Uh-huh.<br>2      Q.   Is there anyone down there to help you find<br>3   the train?<br>4      A.   There's someone like the yard starter.<br>5      Q.   To your understanding, what's the yard<br>6   starter's responsibility?<br>7      A.   Assigning of the train, which one you are<br>8   pulling out.<br>9      Q.   You get to your train.   What do you do next?<br>10      A.   You have to pre-op it.   Check everything.   If<br>11   it's in running condition.   There's no damage on it, in<br>12   and out.<br>13      Q.   Okay.   And you said that takes about 20<br>14   minutes?<br>15      A.   20 minutes is not enough for the LRVs before<br>16   you pull out.<br>17      Q.   How much time is needed to pre-op an LRV?<br>18      A.   About 20 minutes [sic].<br>19      Q.   We were talking earlier about your F-line<br>20   assignment where you leave the house about 4:00 a.m.<br>21   with a 4:45 report time.   When you had the LRV, how<br>22   early would you try to get to Green?   Would it be<br>23   different than when you had the F line?<br>24      A.   It was different, because the pre-op on the<br>25   train is longer than the way you pre-op the F.<br><div align="right">23</div> | 1      Q.   Okay.   If you got to Green about 25 to 30<br>2   minutes early when you were doing the F line, how early<br>3   would you get to Green if you were working the LRV?<br>4      A.   Say it again, please.<br>5      Q.   I think your testimony with respect to the<br>6   F line is, you would get to Green as much as 30 minutes<br>7   early before your report time.<br>8      A.   For the LRV?<br>9      Q.   With the F line.<br>10      A.   Yes.<br>11      Q.   If you had an LRV, how early would you get to<br>12   Green?   Would it also be 30 minutes early?<br>13      A.   At least earlier than that because, like I<br>14   said, in pre-op for the LRVs, it's going to be longer.<br>15      Q.   Okay.   So about 20 minutes to prep the LRV?<br>16      A.   Yes.<br>17      Q.   And you also said there's about 10 minutes to<br>18   get down to the LRV from the dispatcher?<br>19      A.   Yes.<br>20      Q.   So that's 30 minutes there; right?<br>21      A.   Yes.<br>22      Q.   And then you would pull out?<br>23      A.   Yes.<br>24      Q.   How much time to pre-op the F line?<br>25      A.   About 10 minutes.<br><div align="right">24</div> |

Q.   What does that involve?  What activities?

A.   Checking the air pressure.  Checking the power line:  make sure the rope is not broken or the pole is straight or whatever.  Then check if there's any leak underneath.  And then also the stanchions.

Q.   The poles for passengers to hold on to?

A.   Yes.  And doors, especially, you know, if it has a defect.

Q.   Because those are old vehicles; right?

A.   Yes.

Q.   When you had the F line, how often would you have to get a replacement car to pull out?  I assume sometimes the car is not ready to pull out and you've got to get a different vehicle because they're old cars.  How often would that happen?

A.   Probably twice a month, something like that, maybe.

Q.   When you're on the F line, you could be driving a different type of vehicle every day; right?

A.   That's correct.

Q.   So when you had the 154 run, they didn't assign you the same kind of vehicle every day?

A.   No.  I think there's five different kinds or more than that.

Q.   Historic streetcar?

25

---

A.   Yes.

Q.   But they're all about 10 minutes to prep them?

A.   No.

Q.   Some are longer than others?

A.   The older ones are different.  This is what I have in mind.  Only those regular ones that we're using right now, like the Milan and -- the regular one.  I don't know the name.

Q.   Those ones are about 10 minutes, the Milan cars?

A.   Yes.

Q.   During the course of this run, the 154, you would go back and forth between the Ferry Building and Castro how many times?

A.   Castro to Fisherman's Wharf.

Q.   Excuse me.

A.   For that run, I believe it's three or four trips.  Maybe it's four.  I don't recall that anymore.  Somewhere around three or four trips.

Q.   Then you would be relieved by another operator at the Ferry Building?

A.   That's correct.

Q.   And the vehicle was scheduled to arrive at the Ferry Building at what time on that 154 run?  2:00 p.m.?

A.   Yes.  Around 2:00 p.m., yes.

26

---

Q.   How often did you get there at 2:00 p.m.?

A.   Always late, especially in summertime.  You can't make it on time.  The wharf is packed.

Q.   Did it ever arrive on time?

A.   Once in a while, but never in the summertime.  Never.

Q.   Ever arrive early?

A.   You can't do that -- arrive early -- because the inspector is there.  They cannot let you off.

Q.   Have you ever been written up for running ahead of schedule?

A.   No.

Q.   Are you aware of anyone being written up for running ahead of schedule?

A.   Oh, yeah.

Q.   So once in a while, it was on time.  Otherwise it was late?

A.   Yes, most of the time late.

Q.   How late would it arrive at the Ferry Building?

A.   About five, seven minutes.

Q.   Ever more than five to seven minutes late?

A.   Summertime, yes.

Q.   In the summertime, how late would it get to the Ferry Building?

27

---

A.   Around 10, 15 minutes.

Q.   So non-summertime, five to seven minutes late.  Summertime, 10 to 15 minutes late?

A.   That's correct.

Q.   It was never on time in the summer?

A.   In summer, no.

Q.   When you say "summer," what periods are we talking about?

A.   Especially July, August, October.

Q.   Once you got to the Ferry Building, another operator would relieve you; right?

A.   That's correct.

Q.   And was there ever an occasion when you pulled in there and the relief operator was not there?

A.   Yes.

Q.   And how many times would that happen?

A.   I don't recall how many times.

Q.   Once a week?  Once a month?

A.   Maybe once -- twice a month.  Yeah, once -- once a month.

Q.   What would you do when that happened?

A.   It depends on the inspector, if you have to pull it in or leave it there.  And then the other operator will pick it up there if they need it.

Q.   Were you ever asked to stay on the vehicle and

28

1  continue to operate the run?
2      A.   It's up to the operator if he wants to.
3      Q.   So on those few occasions -- or the once a
4  month when you pulled in and the operator wasn't there
5  to relieve you, it was your choice whether or not to
6  continue to work the run?
7      A.   Yes.
8      Q.   And would you do that?
9      A.   Sometimes.
10      Q.   Another option would be to get off the vehicle
11  and leave it there --
12      A.   Yes.
13      Q.   -- with some sort of supervisor --
14      A.   Yes.
15      Q.   -- who would keep an eye on it while you wait
16  for the next relief operator to arrive?
17      A.   That's correct.
18      Q.   When that happens, once you walked off, you're
19  done with that vehicle for the day; right?
20      A.   Uh-huh.
21      Q.   Is that right?
22      A.   Yes.
23      Q.   How often would you continue to -- we talked
24  about occasionally you would just stay on the line and
25  continue to operate it.  How often did you do that?

                                                        29

1      A.   Probably once a month.
2      Q.   You said that the operator wouldn't be there
3  to make the relief once a month.  So are you saying that
4  whenever the operator wasn't there to make the relief
5  you would continue to work the line?
6      A.   No.  Depends.  You have the option.
7      Q.   If the operator was there to relieve you,
8  describe for me what happens when you pull into the
9  Ferry Building stop.  What do you do?
10      A.   I just go back to the barn and go home.
11      Q.   Let me back up.  So the relief point is the
12  island that's in the street that's in front of the
13  Ferry Building; is that right?
14      A.   Yes.
15      Q.   So you pull into that relief point, and the
16  other operator is standing there.  Do you have to hand
17  them anything?
18      A.   Just mention to him about the paddle is there.
19      Q.   Anything else?
20      A.   I don't recall anything anymore besides that.
21      Q.   How long would that take to sort of pass the
22  car off from you to the next operator?
23      A.   Maybe 5 minutes.
24      Q.   And you mentioned that, if you were running
25  early when you got to the Ferry Building, there would be

                                                        30

1  a line supervisor?
2      A.   Yes.  They're always there.
3      Q.   There's always a line supervisor at the Ferry
4  Building?
5      A.   Yes.
6      Q.   For the F line?
7      A.   Yes.
8      Q.   Do you know why that is?
9      A.   They're watching if you're crossing the light.
10      Q.   Is there always a line supervisor like when
11  you had LRVs and you were making reliefs at places?  Was
12  there always a line supervisor, or was the Ferry
13  Building different?
14      A.   Ferry Building is different.
15      Q.   Okay.  Do you know why?
16      A.   Of course they're watching if you're obeying
17  the lights, especially by Fourth and King Street.
18      Q.   Near the ballpark?
19      A.   That's correct.  Near the train station there.
20      Q.   Okay.  So you get relieved at the Ferry
21  Building.  What do you do next?  Do you head back to the
22  division?
23      A.   That's correct.
24      Q.   How do you get back to the division?
25      A.   Take public transit.

                                                        31

1      Q.   Which line do you take to get back?
2      A.   Whatever is the first car available to come.
3      Q.   Would you take the F line up Market Street, or
4  would you go down the underground?
5      A.   There's no one going straight there until
6  around 4 o'clock, 5 o'clock.  So I take the M, the K/T,
7  or the J.
8      Q.   Okay.  How long would it take to get back?
9      A.   About 30 minutes.
10      Q.   Where would you get off the train?  The train
11  wouldn't necessarily pull in, would it?
12      A.   No.
13      Q.   So you would get off at the station that's out
14  there?
15      A.   Beginning of the line, yeah.
16      Q.   You have to walk across the street to get into
17  the yard?
18      A.   That's correct.
19      Q.   So 30 minutes to get back there.  You get off
20  the train.  You walk across the street.  You're in the
21  yard?
22      A.   That's correct.
23      Q.   What do you do next?
24      A.   Go home.
25      Q.   Nothing else you do?

                                                        32

1    A.   Go check the bulletin board.  If you're doing
2    the extra board, you would go check the schedule time
3    that you're going to do the following day.
4        Q.   But you weren't on the extra board, were you?
5        A.   Once in a while.
6        Q.   When was the last time you were on the extra
7    board?
8        A.   I don't recall.
9        Q.   If you weren't on the extra board, would you
10   need to check the bulletin?
11       A.   Of course.
12       Q.   For what?
13       A.   Check what is the schedule time you have:
14   what time you are relieved, and what time you are
15   pulling out.
16       Q.   But if you have a run, isn't it the same time
17   every day?
18       A.   If you do have a run, but not if you're doing
19   the extra board.
20       Q.   Understood.  If you're on an extra board and
21   you get back to Geneva, you go and check the bulletin to
22   see what you're going to be doing tomorrow?
23       A.   That's correct.
24       Q.   If you're on the 154, would you need to go
25   back and check the bulletin?

33

1        A.   No.
2        Q.   So when you're on the 154, F line, you get off
3    the platform near Geneva, walk across the street, get in
4    your car, and go?
5        A.   Yes.
6        Q.   Don't do anything else?
7        A.   You have to check whatever is new on the
8    bulletin board.
9        Q.   How long would that take?
10       A.   About 10 minutes.
11       Q.   And you did that every day when you got back
12   to Green when you were on the 154 line?
13       A.   Yes, that's correct.
14       Q.   Do you know when they post things on the
15   bulletin board?  Is there a time of day when things are
16   posted?
17       A.   No.
18       Q.   Do they, like, post things in the morning or
19   in the afternoon or —
20       A.   I don't know.  I think sometimes they just
21   post it anytime.
22       Q.   Whenever it comes in?
23       A.   I think so.
24       Q.   Did you ever ask?
25       A.   No.

34

1        Q.   Do you recognize what we've previously marked
2    as Exhibit 4?
3        A.   Yes.
4        Q.   Can you tell me what that is?
5        A.   I think that's an overtime sheet.
6        Q.   Have you ever submitted one of those?
7        A.   I did once.  I was discouraged.  Because when
8    I received my check, it wasn't on my check.  That's why
9    I never do it anymore.
10       Q.   You say you submitted one one time?
11       A.   Yes.  But when I received my check, it didn't
12   show up on my check.
13       Q.   Are you saying you did it one time throughout
14   the time that you worked at the MTA?
15       A.   That was the first time when I put it in.
16   Then after that, it did not show up on my check.  So I
17   didn't bother no more.
18       Q.   When did that happen?
19       A.   I don't recall when that happened.
20       Q.   Was it back close to when you started working
21   there?
22       A.   Probably in the middle when I start working.
23       Q.   Was it before 2009?
24       A.   That's correct; yes.
25       Q.   And that was the only time you ever put one of

35

1    these in?
2        A.   Yes.
3        Q.   And do you remember how much time you put
4    down?
5        A.   Don't recall anymore.
6        Q.   You got a paycheck for that pay period, and
7    you didn't see the overtime reflected on it?
8        A.   That's correct.
9        Q.   Did you do anything about it?
10       A.   No.
11       Q.   Did you talk to a union rep, "Hey, I put in
12   for overtime"?
13       A.   No.  I didn't bother to check no more.
14       Q.   Why not?
15       A.   I was discouraged already.  Why should I still
16   bother them?
17       Q.   Other than putting in one time for overtime
18   and not getting paid, is there anything else that
19   somebody at the MTA did that discouraged you from
20   putting in overtime?
21       A.   Well, what I heard from the dispatcher is, "If
22   you work more than 10 hours in a day, you're not going
23   to get overtime."
24       Q.   When was that?
25       A.   I don't recall when that was.

36

1    Q.   Was that something that was said to you or you
2  overheard that?
3    A.   I think I heard it.
4    Q.   From the dispatcher or from another operator?
5    A.   From the dispatcher.
6    Q.   Do you remember the dispatcher's name?
7    A.   No.
8    Q.   Was this at Green?
9    A.   Yes.
10    Q.   Other than that, anything else that you heard
11  that discouraged you from putting in overtime?
12    A.   No.
13    Q.   Did you ever talk to anybody -- a union rep --
14  about being discouraged from putting in overtime?
15         MR. YOUNG:  Objection.  Asked and answered.
16         THE WITNESS:  No.
17         MR. ROLNICK:  Q.  Did you ever talk to the
18  dispatchers about being discouraged from putting in
19  overtime?
20    A.   No.
21    Q.   Did you ever talk to a superintendent about
22  being discouraged from putting in overtime?
23    A.   No.
24    Q.   Did you ever discuss it with other operators?
25    A.   No.

37

---

1    Q.   Where do you live in Daly City?  What are the
2  cross streets?
3    A.   Market Street.  East Market.
4    Q.   I'm sorry?
5    A.   East Market.
6    Q.   And what's the cross?
7    A.   Orange.  Orange Court.
8    Q.   Orange Court?
9    A.   That's correct.
10    Q.   During the time you were at Green, did you
11  ever have an occasion between 2009 and 2013 when you had
12  to meet with the division superintendent about your job
13  performance?
14    A.   No.  Never.
15    Q.   Did you ever have to meet with the
16  superintendent or some other supervisor about a claim
17  that you had violated a rule?
18    A.   No, sir.
19    Q.   Or about a Passenger Service Report?
20    A.   No, sir.
21    Q.   Or about a miscellaneous report that you had
22  filed?
23    A.   No, sir.
24    Q.   From 2009 to 2013, were you ever subject to
25  discipline?

38

---

1    A.   No, sir.
2    Q.   Ever given a written or oral warning?
3    A.   No, sir.
4    Q.   Ever reinstructed?
5    A.   No.  I'm a good, abiding operator.
6    Q.   Okay.  Good.  When you were working LRVs --
7  again, I want to focus on the time 2009 to your
8  retirement -- did you ever have to pull out or pull in a
9  vehicle at MME?
10    A.   Yes.
11    Q.   Which was it:  Did you pull out or pull in?
12    A.   Certain days I would pull out and pull in.
13    Q.   So it would vary.  It wasn't a regular run?
14    A.   It wasn't, no.
15    Q.   What were the circumstances where you would
16  pull out of MME?  Do you know why you would have to pull
17  out of MME?
18    A.   That's what's on the paddle.
19    Q.   When would you know that you needed to pull
20  out of MME?  Would you know the day before or the day
21  you show up?
22    A.   Day before, of course.
23    Q.   So that would be on the bulletin?
24    A.   Yes.
25    Q.   And when you had to pull out of MME, where

39

---

1  would you report in the morning?  Would you still go to
2  Green?
3    A.   MME.
4    Q.   So were you able to find out by calling the
5  dispatcher the day before if you had to pull out of MME,
6  or would you have to look at the bulletin board?
7    A.   Well, if you have the run, you know it
8  already.  But if you're on the extra board, you have to
9  call.
10    Q.   Okay.  So some days when you were on the extra
11  board, you were told "You're going to have a pull out at
12  MME"?
13    A.   You have to check at least a day ahead.  You
14  have to call.
15    Q.   And those days you would actually drive down
16  to MME instead of drive to Green?
17    A.   That's correct.
18    Q.   And was there a dispatcher down at MME?
19    A.   Yes.
20    Q.   And you would do the same thing:  You would
21  come in, look at the bulletin board, pick up your
22  paddle?
23    A.   Yes.
24    Q.   Do the same pre-op?
25    A.   Yes, sir.

40

Q. Pull out of MME instead of out of Green?

A. Yes.

Q. Okay. Were there days when you had a regular LRV run that you had to pull out of Green?

A. Yes.

Q. How would you know, if it was your regular run, that you had to pull out of MME? Would that be how the run was set up?

A. It was set up already.

Q. When you had a run where you were pulling out of MME, it's because the run was always scheduled to pull out of MME?

A. Yeah. But there's some times that you pull out from Green and you're getting relieved at Third and Cesar Chavez.

Q. Okay.

A. There's some times like that.

Q. What lines would that be?

A. I don't remember. But then you have to go back to Green to pick up your car.

Q. Okay. Did you ever have to pull an F line out of MME?

A. Never, since I was there. I think they just started doing that when I left already.

Q. Okay. So you don't know one way or another,

but you heard that they might be doing that; is that what you're saying?

A. I heard.

Q. During the last five or six years that you were at Green, did you ever fill out a miscellaneous report?

A. I don't recall it anymore. I don't recall it.

Q. What about an accident or incident report?

A. I don't recall that one anymore.

Q. Did you ever work an unscheduled overtime run on your regular day off?

MR. YOUNG: Objection. Vague.

MR. ROLNICK: Q. Do you know what I'm asking about?

A. No.

Q. When you had the 154, what was your regular day off?

A. Weekdays.

Q. Which days?

A. I don't even remember anymore.

Q. But you had two of them; right?

A. Yes.

Q. Did you ever come in and work a run on one of your regular days off?

A. No.

Q. During the time you were at the MTA, did you ever do that: come in and work a regular day off?

A. Probably once.

Q. Just one time?

A. Well, once a year, something like that. Twice a year.

Q. Was that something you would volunteer to do?

A. If they asked, once in a while I give them a favor.

Q. But usually would you say "No, thanks"?

A. "No."

Q. When you would work on one of those regular days off, did you ever check your paycheck to see if it showed up?

A. I don't. By the time I got my check, I just see how many hours I got. That's it. I didn't even check.

Q. So you wouldn't check for that in particular?

A. No.

MR. ROLNICK: Those are all my questions. Thank you.

(Off the record at 2:55 p.m.)

Date:_____

_____
ED GRAGASIN

CERTIFICATE OF REPORTER

I, MELISSA HAMMERNESS, a Certified Shorthand Reporter, do hereby certify:

That ED GRAGASIN, the witness in the foregoing deposition, was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was reported by me at the time and place therein stated and was thereafter transcribed as herein set forth;

I further certify that I am not interested in the outcome of said action, nor of counsel or attorney for either or any of the parties in the foregoing deposition and caption named, nor connected with, nor related to any of the parties in said action or to their respective counsel.

IN WITNESS WHEREOF I have hereunto set my hand this _____ day of _____, 2016

_____
MELISSA HAMMERNESS, CSR No. 4739

```
                BONNIE L. WAGNER & ASSOCIATES
                   Court Reporting Services
                  1819 Polk Street, Suite 446
                 San Francisco, California 94109
                        (415) 982-4849
```

1
2
3
4
5   January 26, 2016
6   Mr. Ed Gragasin
7   c/o Joel B. Young, Esq.
    The Tidrick Law Firm
8   2039 Shattuck Avenue, Suite 308
    Berkeley, California 94704
9              re:  Stitt vs. SFMTA, et al.
                   Deposition of Ed Gragasin
10                 January 15, 2016
11  Dear Mr. Gragasin:
12  The original transcript of your deposition in the
    above-entitled action is now available for your
13  signature at this office for 30 days from the above
    date.  Please contact our office if you plan to review
14  the deposition transcript so we may arrange a mutually
    convenient appointment.
15
    You may instead read your attorney's copy if it is more
16  convenient for you.  After reading the transcript, sign
    your name on the last page of testimony on the signature
17  line to indicate approval of the transcript.  However,
    if you wish to change the form or substance of your
18  answer to any question, please send a letter to us
    indicating any changes and the reasons for those changes
19  by way of page and line number.
20  Your rights regarding signature of this deposition are
    contained in the Federal Rules of Civil Procedure.
21  Your cooperation is appreciated.  Thank you.
22  Very truly yours,
23
24  MELISSA HAMMERNESS, CSR No. 4739
25  cc:  Original
         All Counsel
                                                      45

        ED GRAGASIN          JANUARY 15, 2016

---

                DEPONENT'S CORRECTION SHEET
1
2   To add testimony, indicate "Add" and print the exact
    words you wish to add.  To delete testimony, indicate
3   "Delete" and print the exact words you wish to delete.
4   Deposition of:   Ed Gragasin
    Deposition Date:  January 15, 2016
5
    I, Ed Gragasin, have the following changes to my
6   deposition transcript:
7
8   PAGE    LINE          CHANGE (Add/Delete)
9   _____/_____/_____
10  _____/_____/_____
11  _____/_____/_____
12  _____/_____/_____
13  _____/_____/_____
14  _____/_____/_____
15  _____/_____/_____
16  _____/_____/_____
17  _____/_____/_____
18  _____/_____/_____
19  _____/_____/_____
20  _____/_____/_____
21  _____/_____/_____
22  _____/_____/_____
23
24                        _____/_____
25                        Ed Gragasin        Date
                                                      46

        ED GRAGASIN          JANUARY 15, 2016

---

1              DISPOSITION OF TRANSCRIPT REVIEW
2
3           I certify that the witness was given the
4   statutory allowable time within which to read and sign
5   the deposition, and that:
6
7   _____   The witness failed to appear for such reading
               and signing.
8
9   _____   A stipulation was made that the witness will
               waive review/signature on the record.
10
    _____   The witness has reviewed and signed the
11             transcript and has made no changes.
12  _____   A correction letter has been submitted and is
               attached to the transcript.
13
14
15             _____
16             Melissa Hammerness, CSR No. 4739
17
18             Date:  _____
19
20
21
22
23
24
25
                                                      47

        ED GRAGASIN          JANUARY 15, 2016
```

**'**

**'98 [2]** 6/16 6/19

**—**

**---oOo [3]** 2/13 3/18 4/17
**--oOo [1]** 1/3

**1**

**1-20 [1]** 1/10
**10 [13]** 19/14 20/24 21/7
21/10 22/24 24/17 24/25 26/2
26/9 28/1 28/3 34/10 36/22
**1390 [2]** 3/5 4/7
**15 [8]** 1/17 18/11 18/11
18/23 28/1 28/3 45/10 46/4
**152 [3]** 11/16 13/10 14/3
**154 [13]** 9/16 9/20 9/25 11/2
14/2 18/3 25/21 26/12 26/24
33/24 34/2 34/12 42/16
**15th [1]** 3/2
**163 [6]** 11/16 11/20 12/5
13/3 13/22 14/3
**1819 [2]** 1/24 45/2

**2**

**20 [10]** 1/10 8/24 18/11
18/23 21/12 21/14 23/13
23/15 23/18 24/15
**2003 [1]** 7/20
**2009 [5]** 11/6 35/23 38/11
38/24 39/7
**2013 [4]** 6/20 6/23 38/11
38/24
**2016 [6]** 1/17 3/3 44/18 45/5
45/10 46/4
**2039 [2]** 4/2 45/7
**25 [1]** 24/1
**26 [1]** 45/5
**2:00 [3]** 26/24 26/25 27/1
**2:04 [1]** 3/3
**2:55 [1]** 43/22

**3**

**30 [8]** 9/13 24/1 24/6 24/12
24/20 32/9 32/19 45/13
**308 [2]** 4/3 45/7

**4**

**415 [2]** 1/25 45/3
**446 [2]** 1/24 45/2
**4739 [5]** 1/20 3/7 44/20
45/23 47/16
**4849 [2]** 1/25 45/3
**4:00 [3]** 18/4 18/5 23/20
**4:15 [1]** 18/17
**4:20 [1]** 18/17
**4:30 [2]** 9/12 10/13
**4:45 [6]** 9/12 10/15 10/15
18/7 20/9 23/21

**5**

**5408 [2]** 3/6 4/8
**5:00 [3]** 10/10 10/11 10/12

**9**

**94102-5408 [2]** 3/6 4/8
**94109 [2]** 1/24 45/2
**94704 [2]** 4/3 45/8
**982-4849 [2]** 1/25 45/3

**A**

**a.m [5]** 10/16 10/17 18/4
18/5 23/20

**abiding [1]** 39/5
**able [1]** 40/4
**about [42]**
**above [2]** 45/12 45/13
**above-entitled [1]** 45/12
**accident [1]** 42/8
**across [4]** 6/6 32/16 32/20
34/3
**acting [1]** 8/19
**action [3]** 44/12 44/15 45/12
**activities [1]** 25/1
**actually [2]** 19/21 40/15
**add [4]** 46/2 46/2 46/2 46/8
**Add/Delete [1]** 46/8
**after [5]** 10/13 20/17 22/8
35/16 45/16
**afternoon [1]** 34/19
**afternoons [1]** 15/3
**again [2]** 24/4 39/7
**AGENCY [1]** 1/9
**ahead [3]** 27/11 27/14 40/13
**air [1]** 25/2
**al [1]** 45/9
**all [6]** 1/5 11/16 12/25 26/2
43/20 45/25
**allowable [1]** 47/4
**already [7]** 20/7 22/12 22/13
36/15 40/8 41/9 41/24
**also [5]** 4/11 17/25 24/12
24/17 25/5
**always [7]** 16/6 27/2 31/2
31/3 31/10 31/12 41/11
**am [1]** 44/11
**amount [1]** 21/8
**another [5]** 26/20 28/10 29/10
37/4 41/25
**answer [4]** 6/1 6/2 6/12
45/18
**answered [1]** 37/15
**any [13]** 5/23 8/10 11/11
14/8 14/13 14/24 15/7 16/1
25/4 44/13 44/15 45/18 45/18
**anybody [2]** 21/1 37/13
**anymore [7]** 7/3 8/7 8/15
11/14 11/19 12/4 13/6 14/4
14/10 15/1 15/6 15/20 26/18
30/20 35/9 36/5 42/7 42/9
42/20
**anyone [2]** 23/2 27/13
**anything [10]** 13/11 21/22
21/24 30/17 30/19 30/20 34/6
36/9 36/18 37/10
**anytime [2]** 12/6 34/21
**anywhere [1]** 22/3
**appear [1]** 47/7
**appeared [3]** 3/7 4/4 4/9
**appointment [1]** 45/14
**appreciated [1]** 45/21
**approval [1]** 45/17
**are [25]**
**around [11]** 8/24 10/19 18/4
18/5 18/7 19/5 20/9 26/19
26/25 28/1 32/6
**arrange [1]** 45/14
**arrive [7]** 21/23 26/23 27/4
27/7 27/8 27/19 29/16
**as [13]** 3/11 3/13 4/4 4/10
5/20 10/3 15/13 17/1 18/21
24/6 24/6 35/2 44/10
**aside [1]** 20/1
**ask [3]** 6/11 6/11 34/24
**asked [3]** 28/25 37/15 43/8
**asking [2]** 6/13 42/13

**assign [1]** 25/22
**assigned [1]** 22/13
**Assigning [1]** 23/7
**assignment [1]** 23/20
**ASSOCIATES [2]** 1/23 45/1
**assume [2]** 6/12 25/12
**attached [1]** 47/12
**attorney [4]** 3/4 4/6 4/9
44/12
**attorney's [1]** 45/15
**audible [2]** 16/17 17/6
**audibly [1]** 6/3
**August [1]** 28/9
**automatically [3]** 14/17 14/18
14/19
**available [3]** 18/12 32/2
45/12
**Avenue [3]** 4/2 17/9 45/7
**aware [1]** 27/13

**B**

**back [15]** 13/8 16/18 26/13
30/10 30/11 31/21 31/24 32/1
32/8 32/19 33/21 33/25 34/11
35/20 41/20
**ballpark [1]** 31/18
**barn [1]** 30/10
**Barrio [3]** 7/25 8/1 8/20
**basically [1]** 14/22
**be [17]** 3/1 9/10 9/11 9/12
23/22 24/12 24/14 25/18
26/20 29/10 30/2 30/25 33/22
39/23 41/7 41/18 42/1
**because [11]** 6/11 9/4 17/25
21/12 23/24 24/13 25/9 25/14
27/8 35/7 41/11
**been [5]** 7/5 7/19 8/1 27/10
47/11
**before [29]**
**Beginning [1]** 32/15
**behalf [3]** 1/5 4/4 4/10
**being [5]** 3/12 27/13 37/14
37/18 37/22
**believe [3]** 9/12 9/16 26/17
**Berkeley [2]** 4/3 45/8
**besides [3]** 12/9 21/24 30/20
**between [4]** 14/5 22/12 26/13
38/11
**board [18]** 18/20 18/21 18/22
18/24 20/6 33/1 33/2 33/4
33/7 33/9 33/19 33/20 34/8
34/15 40/6 40/8 40/11 40/21
**BONNIE [2]** 1/23 45/1
**both [3]** 13/22 19/2 19/10
**bother [2]** 35/17 36/13 36/16
**Britt [2]** 8/12 8/14
**broken [1]** 25/3
**Building [23]** 10/6 10/6 11/23
12/10 12/13 12/15 12/19
12/22 13/5 13/20 26/13 26/21
26/24 27/20 27/25 28/10 30/9
30/13 30/25 31/4 31/13 31/14
31/21
**bulletin [14]** 18/20 18/21
18/22 18/24 20/6 33/1 33/10
33/21 33/25 34/8 34/15 39/23
40/6 40/21
**bulletins [3]** 19/13 20/12
21/25

**C**

**C-12-03704-YGR [1]** 1/7
**c/o [1]** 45/6

## C

**CALIFORNIA [7]** 1/2 1/24 3/6 4/3 4/8 45/2 45/8
**call [3]** 22/19 40/9 40/14
**called [2]** 3/11 20/9
**calling [1]** 40/4
**came [1]** 8/5
**can [5]** 5/2 9/5 15/19 15/21 35/4
**can't [4]** 15/13 21/11 27/3 27/8
**cannot [1]** 27/9
**caption [1]** 44/14
**car [12]** 9/2 9/3 16/8 21/16 21/17 21/19 25/12 25/13 30/22 32/2 34/4 41/20
**cars [3]** 16/5 25/14 26/10
**Case [1]** 1/7
**Castro [7]** 16/20 16/23 16/24 17/21 17/25 26/14 26/15
**catch [1]** 9/5
**cause [1]** 44/7
**cc [1]** 45/24
**Certain [1]** 39/12
**CERTIFICATE [1]** 44/1
**Certified [1]** 44/2
**certify [3]** 44/3 44/11 47/3
**Cesar [1]** 41/15
**change [5]** 14/18 14/19 14/19 45/17 46/8
**changes [4]** 45/18 45/18 46/5 47/10
**Chavez [1]** 41/15
**check [25]**
**Checking [2]** 25/2 25/2
**choice [1]** 29/5
**circumstances [1]** 39/15
**CITY [15]** 1/9 3/4 3/4 3/11 4/6 4/6 4/9 5/17 5/20 5/23 6/15 8/22 8/23 9/1 38/1
**Civil [2]** 1/7 45/20
**claim [1]** 38/16
**close [1]** 35/20
**come [5]** 6/15 32/2 40/21 42/23 43/2
**comes [2]** 16/2 34/22
**Coming [1]** 14/19
**commencing [1]** 3/3
**communicating [1]** 6/7
**complete [1]** 20/4
**condition [1]** 23/11
**connected [1]** 44/14
**contact [1]** 45/13
**contained [1]** 45/20
**continue [5]** 29/1 29/6 29/23 29/25 30/5
**continuously [1]** 6/19
**convenient [2]** 45/14 45/16
**cooperation [1]** 45/21
**copy [1]** 45/15
**corner [1]** 19/5
**correct [36]**
**correction [2]** 46/1 47/11
**could [2]** 5/12 25/18
**counsel [5]** 4/4 4/10 44/12 44/16 45/25
**COUNTY [4]** 1/9 3/4 3/11 4/6
**course [4]** 26/12 31/16 33/11 39/22
**COURT [5]** 1/1 1/23 38/7 38/8 45/1
**cross [3]** 17/8 38/2 38/6

**crossing [1]** 31/9
**CSR [5]** 1/20 3/7 44/20 45/23 47/16
**currently [2]** 5/14 7/2

## D

**Daly [4]** 8/22 8/23 9/1 38/1
**damage [1]** 23/11
**DARRYL [1]** 1/4
**date [6]** 6/22 43/23 45/13 46/4 46/25 47/18
**day [20]** 6/24 12/13 15/2 25/19 25/22 29/19 33/3 33/17 34/11 34/15 36/22 39/20 39/20 39/22 40/5 40/13 42/11 42/17 43/2 44/18
**days [8]** 39/12 40/10 40/15 41/3 42/19 42/24 43/13 45/13
**deadheading [1]** 16/9
**Dear [1]** 45/11
**December [1]** 6/16
**defect [1]** 25/8
**Defendant [2]** 3/11 4/10
**Defendants [1]** 1/11
**Del [3]** 7/25 8/1 8/20
**delete [4]** 46/2 46/3 46/3 46/8
**depends [2]** 28/22 30/6
**DEPONENT'S [1]** 46/1
**deposition [13]** 1/14 3/2 44/5 44/8 44/13 45/9 45/12 45/14 45/20 46/4 46/4 46/6 47/5
**Deputy [1]** 4/9
**describe [1]** 30/8
**did [39]**
**didn't [6]** 25/21 35/11 35/17 36/7 36/13 43/16
**different [8]** 23/23 23/24 25/14 25/19 25/23 26/5 31/13 31/14
**discipline [1]** 38/25
**discouraged [7]** 35/7 36/15 36/19 37/11 37/14 37/18 37/22
**discuss [1]** 37/24
**dispatcher [7]** 18/23 24/18 36/21 37/4 37/5 40/5 40/18
**dispatcher's [2]** 19/10 37/6
**dispatchers [1]** 37/18
**DISPOSITION [1]** 47/1
**distance [1]** 19/4
**DISTRICT [2]** 1/1 1/2
**division [7]** 7/9 8/2 8/4 15/22 31/22 31/24 38/12
**do [76]**
**does [3]** 1/10 22/22 25/1
**doesn't [1]** 6/7
**doing [6]** 24/2 33/1 33/18 33/22 41/24 42/1
**don't [37]**
**done [2]** 20/7 29/19
**door [1]** 21/16
**doors [1]** 25/7
**down [11]** 6/5 12/18 16/9 22/22 22/23 23/2 24/18 32/4 36/4 40/15 40/18
**drive [3]** 9/3 40/15 40/16
**driving [1]** 25/19
**DUDLEY [1]** 4/11
**duly [2]** 3/12 44/5
**during [8]** 11/6 11/9 11/12 14/21 26/12 38/10 42/4 43/1

## E

**earlier [2]** 23/19 24/13
**early [16]** 9/4 9/5 9/13 21/7 21/9 22/3 22/5 23/22 24/2 24/2 24/7 24/11 24/12 27/7 27/8 30/25
**East [2]** 38/3 38/5
**ED [10]** 1/15 3/9 5/4 43/25 44/4 45/6 45/9 46/4 46/5 46/25
**either [3]** 11/18 12/13 44/13
**electronics [1]** 6/18
**else [8]** 20/4 21/22 21/24 30/19 32/25 34/6 36/18 37/10
**Embarcadero [1]** 14/17
**end [2]** 10/18 12/2
**ended [3]** 11/25 13/7 13/15
**ends [1]** 16/18
**enough [1]** 23/15
**entitled [2]** 44/7 45/12
**Ernesto [1]** 7/25
**especially [5]** 21/16 25/7 27/2 28/9 31/17
**Esq [1]** 45/6
**Esquire [1]** 4/4
**et [1]** 45/9
**even [4]** 16/16 17/18 42/20 43/16
**evenings [1]** 15/4
**ever [27]**
**every [4]** 25/19 25/22 33/17 34/11
**everything [1]** 23/10
**exact [2]** 46/2 46/3
**Examination [2]** 2/3 5/1
**examined [1]** 3/13
**Excuse [1]** 26/16
**Exhibit [1]** 35/2
**exhibits [1]** 2/8
**extra [8]** 33/2 33/4 33/6 33/9 33/19 33/20 40/8 40/10
**eye [1]** 29/15

## F

**F-line [10]** 11/7 11/11 12/12 16/8 16/16 16/19 16/23 17/5 17/19 23/19
**face [1]** 8/6
**facility [2]** 17/11 21/23
**failed [1]** 47/7
**familiar [1]** 15/17
**favor [1]** 43/9
**Federal [1]** 45/20
**feet [1]** 18/23
**Ferry [23]** 10/6 10/6 11/23 12/10 12/12 12/15 12/18 12/22 13/4 13/20 26/13 26/21 26/24 27/19 27/25 28/10 30/9 30/13 30/25 31/3 31/12 31/14 31/20
**few [2]** 19/18 29/3
**figure [1]** 21/8
**filed [1]** 38/22
**fill [1]** 42/5
**find [3]** 22/25 23/2 40/4
**firm [3]** 4/2 6/18 45/7
**first [5]** 3/12 6/15 19/8 32/2 35/15
**Fisherman's [2]** 16/20 26/15
**five [5]** 25/23 27/21 27/22 28/2 42/4
**Floor [2]** 3/6 4/8

**F**

**focus [1]** 39/7

**following [2]** 33/3 46/5
**foregoing [2]** 44/4 44/13
**form [35]** 45/17
**format [1]** 6/1
**forth [3]** 3/14 26/13 44/10
**four [3]** 26/17 26/18 26/19
**Fourth [1]** 31/17
**Fox [2]** 3/5 4/7
**FRANCISCO [9]** 1/8 1/9 1/24 3/5 3/6 3/12 4/7 4/8 45/2
**Friday [2]** 1/17 3/2
**front [1]** 30/12
**further [1]** 44/11

**G**

**G-r-a-g-a-s-i-n [1]** 5/13
**general [1]** 10/13
**generally [1]** 11/17
**Geneva [3]** 17/7 33/21 34/3
**get [32]**
**getting [2]** 36/18 41/14
**gilley [1]** 19/8
**give [2]** 10/13 43/8
**given [2]** 39/2 47/3
**go [17]** 5/25 18/20 19/16 19/24 22/9 26/13 30/10 30/10 32/4 32/24 33/1 33/2 33/21 33/24 34/4 40/1 41/19
**going [11]** 6/12 9/5 14/18 21/17 22/10 24/14 32/5 33/3 33/22 36/22 40/11
**good [2]** 39/5 39/6
**got [10]** 18/19 22/21 24/1 25/14 28/10 30/25 34/11 36/6 43/15 43/16
**GRAGASIN [12]** 1/15 3/9 5/4 5/5 43/25 44/4 45/6 45/9 45/11 46/4 46/5 46/25
**GRANDBERRY [1]** 1/4
**Green [39]**
**GRIFFIN [1]** 1/4
**ground [1]** 5/25
**guess [1]** 5/7

**H**

**had [31]**
**hall [2]** 19/7 19/9
**HAMMERNESS [6]** 1/20 3/7 44/2 44/20 45/23 47/16
**hand [2]** 30/16 44/18
**happen [3]** 25/15 28/16 35/18
**happened [2]** 28/21 35/19
**happens [2]** 29/18 30/8
**has [4]** 25/8 47/10 47/10 47/11
**have [40]**
**he [1]** 29/2
**head [2]** 6/5 31/21
**heard [5]** 36/21 37/3 37/10 42/1 42/3
**HEDY [1]** 1/4
**help [1]** 23/2
**here [3]** 15/13 16/2 16/3
**hereby [1]** 44/3
**herein [1]** 44/10
**hereinafter [1]** 3/13
**hereunto [1]** 44/17
**Hey [1]** 36/11
**him [2]** 8/5 30/18
**historic [2]** 7/14 25/25
**hold [2]** 5/23 25/6

**home [4]** 18/4 18/10 30/10 32/24
**hour [1]** 3/3
**hours [3]** 14/24 36/22 43/16
**house [2]** 9/7 23/20
**how [35]**
**However [1]** 45/17
**huh [3]** 6/4 23/1 29/20

**I**

**I'm [10]** 5/10 6/12 8/20 9/11 11/5 18/4 21/7 38/4 39/5 42/13
**idea [1]** 10/13
**important [1]** 6/2
**incident [1]** 42/8
**indicate [3]** 45/17 46/2 46/2
**indicating [1]** 45/18
**inside [1]** 19/8
**inspector [2]** 27/9 28/22
**instead [2]** 40/16 41/1 45/15
**insult [1]** 5/10
**interested [2]** 11/5 44/11
**interrogated [1]** 3/13
**involve [2]** 19/19 25/1
**is [57]**
**island [1]** 30/12
**isn't [1]** 33/16
**it [100]**
**it's [16]** 6/1 6/2 8/9 11/22 12/3 12/11 16/16 18/23 19/4 23/11 24/14 26/17 26/18 29/2 41/11

**J**

**January [5]** 1/17 3/2 45/5 45/10 46/4
**job [1]** 38/12
**JOEL [2]** 4/4 45/6
**JOHN [1]** 4/11
**JONATHAN [1]** 4/9
**Jose [1]** 17/9
**Judah [2]** 14/14 21/17
**July [2]** 11/6 28/9
**just [12]** 11/7 12/14 18/14 21/3 21/7 29/24 30/10 30/18 34/20 41/23 43/4 43/15

**K**

**K/T [4]** 14/12 14/16 14/22 32/6
**keep [1]** 29/15
**kind [1]** 25/22
**kinds [1]** 25/23
**King [1]** 31/17
**know [22]** 6/10 8/6 8/12 14/3 15/3 17/23 22/1 22/10 22/21 25/7 26/8 31/8 31/15 34/14 34/20 39/16 39/19 39/20 40/7 41/6 41/25 42/13

**L**

**laid [2]** 21/2 21/3
**last [5]** 5/12 9/14 33/6 42/4 45/16
**late [8]** 27/2 27/17 27/18 27/19 27/22 27/24 28/2 28/3
**LAW [2]** 4/2 45/7
**leak [1]** 25/4
**least [3]** 21/13 24/13 40/13
**leave [3]** 23/20 28/23 29/11
**left [4]** 9/7 18/4 21/15 41/24
**less [1]** 21/13

**let [5]** 5/25 6/10 16/18 27/9 30/11
**Let's [1]** 9/25
**letter [2]** 45/18 47/11
**level [1]** 17/22
**light [3]** 7/11 7/12 31/9
**lights [1]** 31/17
**like [14]** 13/22 14/5 18/8 18/18 19/5 22/19 23/4 24/13 25/16 26/7 31/10 34/18 41/17 43/5
**liked [1]** 15/2
**line [57]**
**lines [4]** 14/11 14/13 14/22 41/18
**list [1]** 21/12
**live [2]** 8/21 38/1
**lived [1]** 8/23
**living [1]** 8/25
**located [1]** 22/17
**location [5]** 13/1 13/21 13/25 16/1 19/2
**long [12]** 7/19 8/1 8/23 9/19 14/3 18/9 19/12 19/17 22/22 30/21 32/8 34/9
**longer [3]** 23/25 24/14 26/4
**look [2]** 40/6 40/21
**LRV [10]** 21/11 21/13 23/17 23/21 24/3 24/8 24/11 24/15 24/18 41/4
**LRVs [7]** 9/23 10/25 14/6 14/9 17/2 17/3 17/10 17/25 23/15 24/14 31/11 39/6

**M**

**made [2]** 47/8 47/10
**maintenance [1]** 15/23
**make [5]** 5/10 25/3 27/3 30/3 30/4
**making [2]** 15/10 31/11
**man [2]** 8/8 8/9
**many [4]** 26/14 28/16 28/17 43/16
**marked [2]** 2/8 35/1
**Market [8]** 3/5 4/7 12/23 13/4 32/3 38/3 38/3 38/5
**may [3]** 6/23 45/14 45/15
**maybe [5]** 22/24 25/17 26/18 28/19 30/23
**me [14]** 3/6 3/12 5/25 6/10 10/13 15/19 15/21 16/18 26/16 30/8 30/11 35/4 44/5 44/8
**mean [1]** 19/20
**meaning [1]** 16/3
**meet [2]** 38/12 38/15
**MELISSA [6]** 1/20 3/7 44/2 44/20 45/23 47/16
**mention [1]** 30/18
**mentioned [2]** 13/22 30/24
**middle [1]** 35/22
**might [3]** 20/21 21/8 42/1
**Milan [2]** 26/7 26/9
**mind [1]** 26/6
**minutes [42]**
**miscellaneous [2]** 38/21 42/5
**MME [17]** 15/17 16/1 39/9 39/16 39/17 39/20 39/25 40/3 40/5 40/12 40/16 40/18 41/1 41/7 41/11 41/12 41/22
**month [7]** 25/16 28/18 28/19 28/20 29/4 30/1 30/3
**months [2]** 9/21 14/2

## M

**more [9]**   12/6 21/4 21/12
25/24 27/22 35/17 36/13
36/22 45/15
**morning [2]**   34/18 40/1
**mornings [1]**   15/3
**most [2]**   21/8 27/18
**moved [1]**   12/14
**Mr [4]**   2/4 5/1 45/6 45/11
**Mr. [2]**   5/5 8/1
**Mr. Del [1]**   8/1
**Mr. Gragasin [1]**   5/5
**MTA [3]**   35/14 36/19 43/1
**much [5]**   20/21 23/17 24/6
24/24 36/3
**Muni [1]**   7/5
**MUNICIPAL [1]**   1/8
**mutually [1]**   45/14
**my [13]**   6/2 9/2 9/11 19/16
35/8 35/8 35/11 35/12 35/16
43/15 43/20 44/18 46/5

## N

**name [7]**   5/2 5/8 5/12 8/7
26/8 37/6 45/16
**named [1]**   44/14
**near [4]**   19/10 31/18 31/19
34/3
**necessarily [2]**   17/19 32/11
**need [4]**   20/4 28/24 33/10
33/24
**needed [2]**   23/17 39/19
**neighborhood [1]**   18/15
**Ness [4]**   12/15 12/23 13/4
13/20
**never [6]**   27/5 27/6 28/5
35/9 38/14 41/23
**new [1]**   34/7
**next [6]**   19/15 23/9 29/16
30/22 31/21 32/23
**no [61]**
**Nodding [1]**   6/5
**non [1]**   28/2
**non-summertime [1]**   28/2
**NORTHERN [1]**   1/2
**not [23]**   5/10 7/3 8/20 11/19
12/22 14/10 15/1 16/2 16/16
17/5 21/13 22/1 23/15 25/3
25/13 28/14 29/5 33/18 35/16
36/14 36/18 36/22 44/11
**nothing [2]**   32/25 44/6
**Notice [1]**   3/1
**now [3]**   17/23 26/7 45/12
**number [4]**   11/15 22/19 22/20
45/19
**numbers [1]**   14/8

## O

**o'clock [5]**   9/6 9/7 10/19
32/6 32/6
**obeying [1]**   31/16
**Objection [2]**   37/15 42/12
**occasion [2]**   28/13 38/11
**occasionally [1]**   29/24
**occasions [1]**   29/3
**October [1]**   28/9
**off [14]**   27/9 29/10 29/18
30/22 32/10 32/13 32/19 34/2
42/11 42/17 42/24 43/2 43/13
43/22
**office [5]**   3/4 4/6 19/10
45/13 45/13
**often [5]**   25/11 25/15 27/1

29/23 29/25
**Oh [3]**   12/17 16/14 27/15
**okay [19]**   5/14 6/8 6/13 6/14
12/17 14/21 18/3 23/13 24/1
24/15 31/15 31/20 32/8 39/6
40/10 41/3 41/16 41/21 41/25
**old [2]**   25/9 25/14
**older [1]**   26/5
**once [18]**   14/17 27/5 27/16
28/10 28/18 28/18 28/19
28/19 28/20 29/3 29/18 30/1
30/3 33/5 35/7 43/3 43/5
43/8
**one [22]**   11/7 12/6 12/11
12/25 18/24 19/3 19/8 19/9
23/7 26/7 32/5 35/6 35/10
35/10 35/13 35/25 36/17
41/25 42/9 42/23 43/4 43/12
**ones [3]**   26/5 26/6 26/9
**only [7]**   8/19 11/2 12/11
12/25 21/19 26/6 35/25
**oOo [4]**   1/3 2/13 3/18 4/17
**op [11]**   19/25 20/1 21/13
22/9 23/10 23/17 23/24 23/25
24/14 24/24 40/24
**operate [2]**   29/1 29/25
**operator [18]**   5/21 7/6 7/7
12/12 26/20 28/11 28/14
28/24 29/2 29/4 29/16 30/2
30/4 30/7 30/16 30/22 37/4
39/5
**operators [1]**   37/24
**option [2]**   29/10 30/6
**oral [1]**   39/2
**Orange [3]**   38/7 38/7 38/8
**original [2]**   45/12 45/24
**other [17]**   5/23 8/10 11/11
12/9 12/21 14/13 19/3 19/3
19/9 19/21 20/3 28/23 30/16
36/17 37/10 37/24 38/16
**others [3]**   1/5 11/9 26/4
**Otherwise [1]**   27/16
**our [1]**   45/13
**out [50]**
**outcome [1]**   44/12
**outside [1]**   17/11 19/9
**over [1]**   5/25
**overheard [1]**   37/2
**overtime [11]**   35/5 36/7 36/12
36/17 36/20 36/23 37/11
37/14 37/19 37/22 42/10

## P

**p.m [7]**   3/3 10/20 10/21
26/24 26/25 27/1 43/22
**packed [1]**   27/3
**paddle [20]**   19/16 19/19 19/22
20/2 20/4 20/5 20/15 21/2
21/9 21/23 22/2 22/6 22/8
22/12 22/14 22/16 22/21
30/18 39/18 40/22
**page [5]**   2/2 6/8 45/16 45/19
46/8
**paid [1]**   36/18
**parking [2]**   18/12 18/14
**particular [1]**   43/18
**parties [2]**   44/13 44/15
**pass [1]**   30/21
**Passenger [1]**   38/19
**passengers [2]**   17/14 25/6
**pay [1]**   36/6
**paycheck [2]**   36/6 43/13
**performance [1]**   38/13

**period [5]**   11/5 11/6 11/9
11/12 36/6
**periods [1]**   28/7
**personally [1]**   3/7
**physically [1]**   19/22
**pick [17]**   17/13 19/16 19/22
20/2 20/15 20/18 20/21 21/3
21/4 21/7 21/9 21/23 22/2
22/8 28/24 40/21 41/20
**picking [4]**   19/19 20/3 20/5
22/6
**place [1]**   44/9
**places [1]**   31/11
**Plaintiffs [2]**   1/6 4/5
**plan [1]**   45/13
**platform [1]**   34/3
**Plaza [2]**   3/5 4/7
**please [5]**   5/3 5/12 24/4
45/13 45/18
**point [12]**   12/7 12/9 12/18
12/21 12/22 13/4 13/8 13/19
17/18 17/21 30/11 30/15
**pole [1]**   25/3
**poles [1]**   25/6
**Polk [2]**   1/24 45/2
**position [1]**   5/23
**possible [1]**   9/13
**post [3]**   34/14 34/18 34/21
**posted [1]**   34/16
**power [1]**   25/2
**pre [11]**   19/25 20/1 21/13
22/9 23/10 23/17 23/24 23/25
24/14 24/24 40/24
**pre-op [11]**   19/25 20/1 21/13
22/9 23/10 23/17 23/24 23/25
24/14 24/24 40/24
**premises [2]**   18/14 18/16
**prep [2]**   24/15 26/2
**PRESENT [1]**   4/11
**pressure [1]**   25/2
**previously [1]**   35/1
**print [2]**   46/2 46/3
**Probably [4]**   25/16 30/1 35/22
43/3
**Procedure [1]**   45/20
**process [1]**   20/5
**pronounce [2]**   5/6 5/8
**public [2]**   9/5 31/25
**pull [43]**
**pull-in [3]**   10/3 12/2 13/16
**pull-out [8]**   10/1 10/2 10/7
11/21 13/13 13/17 15/8 16/2
**pulled [4]**   16/21 16/25 28/13
29/4
**pulling [4]**   9/11 23/8 33/15
41/10
**pursuant [1]**   3/14
**put [4]**   35/15 35/25 36/3
36/11
**putting [6]**   36/17 36/20 37/11
37/14 37/18 37/22

## Q

**question [4]**   6/1 6/11 6/12
45/18
**question-and-answer [1]**   6/1
**questions [2]**   6/2 43/20
**quickly [1]**   5/25

## R

**rail [2]**   7/11 7/12
**re [1]**   45/9
**read [5]**   19/12 20/12 21/24

## R

**read... [2]** 45/15 47/4
**reading [2]** 45/16 47/7
**ready [1]** 25/13
**really [1]** 11/5
**reasons [1]** 45/18
**recall [12]** 8/6 12/3 26/18
28/17 30/20 33/8 35/19 36/5
36/25 42/7 42/7 42/9
**received [2]** 35/8 35/11
**recently [1]** 12/15
**recognize [1]** 35/1
**record [2]** 43/22 47/9
**reflected [1]** 36/7
**regarding [1]** 45/20
**regular [10]** 26/6 26/7 39/13
41/3 41/6 42/11 42/16 42/24
43/2 43/12
**reinstructed [1]** 39/4
**related [1]** 44/14
**relationship [1]** 16/1
**relief [23]** 11/22 11/23 12/2
12/3 12/7 12/9 12/18 12/22
13/1 13/4 13/8 13/15 13/18
13/19 13/24 15/10 15/11
28/14 29/16 30/3 30/4 30/11
30/15
**reliefs [1]** 31/11
**relieve [3]** 28/11 29/5 30/7
**relieved [5]** 10/5 26/20 31/20
33/14 41/14
**remember [45]**
**REMEMBERED [1]** 3/1
**rep [2]** 36/11 37/13
**replacement [1]** 25/12
**report [14]** 20/9 20/12 20/15
20/18 20/21 21/5 21/6 23/21
24/7 38/19 38/21 40/1 42/6
42/8
**reported [2]** 1/19 44/8
**REPORTER [2]** 44/1 44/3
**Reporting [2]** 1/23 45/1
**represented [2]** 4/3 4/8
**required [1]** 18/21
**respect [2]** 11/20 24/5
**respective [1]** 44/15
**response [2]** 16/17 17/6
**responsibility [1]** 23/6
**retired [5]** 5/14 5/17 6/25
**retirement [7]** 6/20 6/22 7/4
7/23 11/6 12/18 39/8
**review [3]** 45/13 47/1 47/9
**review/signature [1]** 47/9
**reviewed [1]** 47/10
**right [29]**
**rights [1]** 45/20
**rolled [1]** 17/16
**Rolnick [3]** 2/4 4/9 5/1
**room [1]** 19/9
**rope [1]** 25/3
**route [5]** 16/16 16/19 16/23
17/5 17/19
**rule [1]** 38/17
**rules [2]** 5/25 45/20
**run [40]**
**running [6]** 9/19 16/25 23/11
27/10 27/14 30/24
**runs [9]** 11/4 11/11 11/18
14/3 14/5 14/25 15/3 15/7
15/8

## S

**said [11]** 14/15 20/1 20/23
23/13 24/14 24/17 30/2 37/1
44/8 44/12 44/15
**same [8]** 17/1 19/2 19/4 19/7
25/22 33/16 40/20 40/24
**SAN [10]** 1/8 1/9 1/24 3/5
3/6 3/12 4/7 4/8 17/9 45/2
**Sarita [2]** 8/12 8/14
**say [8]** 10/24 11/5 18/3 22/2
24/4 28/7 35/10 43/10
**saying [3]** 30/3 35/13 43/2
**schedule [5]** 15/3 27/11 27/14
33/2 33/13
**scheduled [2]** 26/23 41/11
**see [4]** 33/22 36/7 43/13
43/16
**send [1]** 45/18
**service [4]** 16/12 16/14 16/15
38/19
**Services [2]** 1/23 45/1
**set [6]** 3/13 20/1 41/8 41/9
44/10 44/17
**seven [3]** 27/21 27/22 28/2
**Seventh [2]** 3/5 4/7
**SFMTA [1]** 45/9
**shaking [1]** 6/5
**Shattuck [2]** 4/2 45/7
**she [5]** 8/15 8/16 8/17 8/17
8/19
**sheet [2]** 35/5 46/1
**Shorthand [1]** 44/2
**should [1]** 36/15
**show [4]** 6/7 35/12 35/16
39/21
**showed [1]** 43/14
**sic [1]** 23/18
**side [3]** 6/5 6/6 19/3
**sign [4]** 14/16 19/24 45/16
47/4
**signature [4]** 45/13 45/16
45/20 47/9
**signed [1]** 47/10
**signing [2]** 20/3 47/7
**similarly [1]** 1/5
**since [2]** 7/20 41/23
**single [1]** 10/22
**sir [13]** 5/16 5/22 6/21 7/12
10/8 14/1 15/1 38/18 38/20
38/23 39/1 39/3 40/25
**sit [1]** 15/13
**sitting [1]** 6/6
**situated [1]** 1/5
**six [3]** 9/21 14/2 42/4
**so [40]**
**some [9]** 11/4 12/21 15/5
26/4 29/13 38/16 40/10 41/13
41/17
**somebody [1]** 36/19
**someone [1]** 23/4
**something [6]** 18/8 18/18
25/16 37/1 43/5 43/7
**Sometime [2]** 10/11 10/12
**sometimes [7]** 15/11 15/11
20/17 20/18 25/13 29/9 34/20
**Somewhere [1]** 26/19
**sorry [2]** 18/4 38/4
**sort [4]** 7/21 16/22 29/13
30/21
**sounds [1]** 14/5
**speak [1]** 21/1
**spell [1]** 5/12
**split [1]** 10/22
**stanchions [1]** 25/5
**standing [1]** 30/16

## T

**stands [1]** 15/19
**start [6]** 9/4 11/17 12/13
16/22 16/23 35/22
**started [7]** 10/9 10/14 11/23
18/4 18/7 35/20 41/24
**starter [1]** 23/4
**starter's [1]** 23/6
**state [1]** 5/2
**stated [1]** 44/9
**STATES [1]** 1/1
**station [2]** 31/19 32/13
**statutory [1]** 47/4
**stay [2]** 28/25 29/24
**steps [1]** 21/15
**still [3]** 16/2 36/15 40/1
**stint [1]** 7/21
**stipulation [1]** 47/8
**STITT [2]** 1/4 45/9
**stop [3]** 17/10 17/25 30/9
**stored [1]** 16/6
**straight [5]** 10/23 18/20 22/9
25/4 32/5
**street [13]** 1/24 3/5 4/7 17/8
17/22 30/12 31/17 32/3 32/16
32/20 34/3 38/3 45/2
**street-level [1]** 17/22
**streetcar [1]** 25/25
**streetcars [1]** 7/14
**streets [1]** 38/2
**subject [1]** 38/24
**submitted [3]** 35/6 35/10
47/11
**substance [1]** 45/17
**such [1]** 47/7
**Suite [4]** 1/24 4/3 45/2 45/7
**summer [3]** 28/5 28/6 28/7
**summertime [6]** 27/2 27/5
27/23 27/24 28/2 28/3
**Sunnyvale [1]** 6/18
**superintendent [7]** 7/24 8/2
8/5 8/17 37/21 38/12 38/16
**superintendents [1]** 8/11
**supervisor [6]** 29/13 31/1
31/3 31/10 31/12 38/16
**supposed [2]** 9/10 9/11
**sure [5]** 5/11 8/20 25/3
**switch [1]** 14/16
**sworn [2]** 3/12 44/5

## T

**table [1]** 6/7
**take [14]** 16/22 18/9 19/12
19/17 19/22 20/2 22/22 30/21
31/25 32/1 32/3 32/6 32/8
34/9
**takes [2]** 21/13 23/13
**Taking [1]** 3/2
**talk [5]** 9/25 36/11 37/13
37/17 37/21
**talked [1]** 29/23
**talking [2]** 23/19 28/8
**Taraval [2]** 14/14 21/17
**tell [4]** 15/19 15/21 22/16
35/4
**ten [1]** 7/21
**ten-year [1]** 7/21
**term [1]** 15/17
**terminal [2]** 17/21 17/22
**testify [1]** 44/5
**testimony [4]** 24/5 45/16 46/2
46/2
**than [15]** 12/6 19/21 20/3
21/4 21/12 21/14 23/23 23/25

## T

**than... [7]**   24/13 25/24 26/4 27/22 36/17 36/22 37/10
**Thank [2]**   43/21 45/21
**thanks [1]**   43/10
**that [127]**
**that's [46]**
**their [1]**   44/15
**them [6]**   19/1 26/2 30/17 36/16 42/21 43/8
**themselves [1]**   1/5
**then [10]**   10/24 19/24 22/2 24/22 25/4 25/5 26/20 28/23 35/16 41/19
**there [49]**
**there's [12]**   9/4 11/4 19/1 23/4 23/11 24/17 25/4 25/23 31/3 32/5 41/13 41/17
**thereafter [1]**   44/9
**therein [1]**   44/9
**thereof [1]**   3/3
**thereupon [1]**   3/13
**these [1]**   36/1
**they [16]**   15/8 15/14 19/2 20/9 22/13 22/16 22/19 25/21 27/9 28/24 34/14 34/18 34/20 41/23 42/1 43/8
**they're [6]**   19/10 25/14 26/2 31/2 31/9 31/16
**thing [1]**   40/20
**things [3]**   34/14 34/15 34/18
**think [16]**   6/23 8/9 8/19 9/12 9/21 10/15 11/16 12/3 18/3 24/5 25/23 34/20 34/23 35/5 37/3 41/23
**Third [1]**   41/14
**this [6]**   26/5 26/12 37/8 44/18 45/13 45/20
**those [17]**   7/14 7/17 11/18 14/22 14/24 15/7 21/17 21/19 25/9 26/6 26/9 29/3 35/6 40/15 43/12 43/20 45/18
**though [4]**   10/13 16/16 17/18
**three [3]**   14/22 26/17 26/19
**through [2]**   6/19 11/6
**throughout [1]**   35/13
**TIDRICK [2]**   4/2 45/7
**time [62]**
**times [6]**   12/25 26/14 28/16 28/17 41/13 41/17
**today [1]**   15/13
**told [1]**   40/11
**tomorrow [1]**   33/22
**TONY [1]**   1/4
**too [1]**   17/25
**track [3]**   17/1 22/19 22/20
**tracks [1]**   22/23
**train [16]**   19/24 19/25 21/17 22/9 22/10 22/13 22/17 22/25 23/3 23/7 23/9 23/25 31/19 32/10 32/10 32/20
**trains [2]**   21/18 21/19
**transcribed [1]**   44/10
**transcript [8]**   45/12 45/14 45/16 45/17 46/6 47/1 47/10 47/12
**transit [3]**   5/20 7/7 31/25
**transportation [2]**   1/9 9/5
**trips [2]**   26/18 26/19
**truly [1]**   45/22
**truth [3]**   44/6 44/6 44/6
**try [1]**   23/22

## U

**trying [2]**   5/10 21/8
**twice [3]**   25/16 28/19 43/5
**two [6]**   16/18 19/1 21/16 21/17 21/19 42/21
**two-car [3]**   21/16 21/17 21/19
**type [1]**   25/19

## U

**Uh [3]**   6/4 23/1 29/20
**Uh-huh [3]**   6/4 23/1 29/20
**under [1]**   8/11
**underground [3]**   18/1 18/2 32/4
**underneath [1]**   25/5
**understand [2]**   6/6 6/11
**understanding [1]**   23/5
**understood [2]**   6/13 33/20
**union [2]**   36/11 37/13
**UNITED [1]**   1/1
**unscheduled [1]**   42/10
**until [1]**   32/5
**up [36]**
**us [1]**   45/18
**using [1]**   26/6
**usually [1]**   43/10

## V

**Vague [1]**   42/12
**Van [4]**   12/15 12/23 13/4 13/20
**vary [1]**   39/13
**vehicle [9]**   16/22 25/14 25/19 25/22 26/23 28/25 29/10 29/19 39/9
**vehicles [2]**   7/11 25/9
**Very [1]**   45/22
**violated [1]**   38/17
**voluntarily [1]**   6/25
**volunteer [1]**   43/7

## W

**WAGNER [2]**   1/23 45/1
**wait [1]**   29/15
**waive [1]**   47/9
**walk [4]**   22/22 32/16 32/20 34/3
**walked [1]**   29/18
**walking [1]**   22/22
**want [5]**   5/8 5/10 6/10 20/1 39/7
**wants [1]**   29/2
**warning [1]**   39/2
**was [82]**
**wasn't [5]**   29/4 30/4 35/8 39/13 39/14
**watching [2]**   31/9 31/16
**way [7]**   5/5 9/4 14/18 21/13 23/25 41/25 45/19
**we [6]**   14/16 21/16 23/19 28/7 29/23 45/14
**we're [2]**   6/6 26/6
**we've [1]**   35/1
**week [1]**   28/18
**Weekdays [1]**   42/18
**well [4]**   10/3 36/21 40/7 43/5
**were [41]**
**weren't [3]**   17/18 33/4 33/9
**wharf [3]**   16/20 26/15 27/3
**what [51]**
**what's [4]**   17/8 23/5 38/6 39/18
**whatever [3]**   25/4 32/2 34/7
**when [58]**

## Y

**whenever [4]**   15/25 16/5 30/4 34/22
**where [19]**   6/17 7/4 8/21 10/5 11/25 13/24 15/2 15/22 16/22 18/22 19/9 22/16 22/21 23/20 32/10 38/1 39/15 39/25 41/10
**WHEREOF [1]**   44/17
**whether [7]**   11/21 13/7 13/15 13/19 15/7 15/10 29/5
**which [8]**   7/9 14/11 22/10 23/7 32/1 39/11 42/19 47/4
**while [5]**   27/5 27/16 29/15 33/5 43/8
**who [5]**   3/12 7/23 8/4 8/5 29/15
**whole [1]**   44/6
**why [7]**   9/3 31/8 31/15 35/8 36/14 36/15 39/16
**will [5]**   14/17 14/18 14/19 28/24 47/8
**wish [3]**   45/17 46/2 46/3
**within [2]**   44/7 47/4
**within-entitled [1]**   44/7
**witness [7]**   3/11 44/4 44/17 47/3 47/7 47/8 47/10
**woman [1]**   8/8
**words [2]**   46/2 46/3
**work [10]**   6/15 6/19 9/1 29/6 30/5 36/22 42/10 42/23 43/2 43/12
**worked [8]**   5/17 5/20 6/18 8/11 8/25 11/2 14/21 35/14
**working [14]**   6/17 7/2 7/5 7/9 10/24 10/25 14/11 14/12 15/16 15/25 24/3 35/20 35/22 39/6
**would [70]**
**wouldn't [3]**   30/2 32/11 43/18
**written [5]**   6/8 22/12 27/10 27/13 39/2

## Y

**yard [6]**   15/23 16/11 23/4 23/5 32/17 32/21
**yeah [8]**   5/7 10/6 15/15 20/8 27/15 28/19 32/15 41/13
**year [3]**   7/21 43/5 43/6
**years [2]**   8/24 42/4
**yes [73]**
**yet [1]**   16/2
**YGR [1]**   1/7
**you [350]**
**you're [25]**
**you've [2]**   20/7 25/13
**YOUNG [2]**   4/4 45/6
**your [44]**
**yours [1]**   45/22



1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  —oOo—
4  DARRYL A. STITT,
5      Plaintiff,
6  vs.                        Case No.
                              C12-03704 YGR
7  THE SAN FRANCISCO MUNICIPAL
   TRANSPORTATION AGENCY, et al.,
8      Defendant.
9  _____/
10
11
12
13
14          Deposition of
15          TONY GRANDBERRY
16  _____
17      Tuesday, December 17, 2013
18
19  Reported by:
20  MELISSA HAMMERNESS
    CSR No. 4739
21
22
23      BONNIE WAGNER & ASSOCIATES
           Court Reporting Services
24      1819 Polk Street, Suite 446
        San Francisco, California 94109
25              (415) 982-4849

1

---

1              I N D E X
2                                    Page
3  Examination by:
4      Mr. Rolnick                     5
5
6
7          E X H I B I T S
8        (No exhibits marked.)
9
10
11
12
13
14
15
16          —oOo—
17
18
19
20
21
22
23
24
25

2

TONY GRANDBERRY       DECEMBER 17, 2013

---

1          BE IT REMEMBERED that, pursuant to Notice of
2  Taking Deposition and on Tuesday, the 17th of December,
3  2013, commencing at the hour of 9:33 a.m. thereof, at
4  the OFFICE OF THE CITY ATTORNEY, CITY AND COUNTY OF
5  SAN FRANCISCO, Fox Plaza, 1390 Market Street, Seventh
6  Floor, San Francisco, California 94102-5408, before me,
7  MELISSA HAMMERNESS, CSR No. 4739, personally appeared
8
9          TONY GRANDBERRY,
10
11  called as a witness by the Defendant; who, being by me
12  first duly sworn, was thereupon examined and
13  interrogated as hereinafter set forth.
14
15
16
17
18
19          —-oOo—-
20
21
22
23
24
25

3

TONY GRANDBERRY       DECEMBER 17, 2013

---

1              A P P E A R A N C E S
2          THE TIDRICK LAW FIRM, 2039 Shattuck Avenue,
3  Suite 308, Berkeley, California 94704, represented by
4  JOEL B. YOUNG, Esquire, and
5          LAW OFFICES OF MEREDITH E. MARZUOLI,
6  717 Washington Street, Oakland, California 94607,
7  represented by MEREDITH E. MARZUOLI, Esquire,
8  appeared as counsel on behalf of the Plaintiffs.
9          OFFICE OF THE CITY ATTORNEY, CITY AND COUNTY
10  OF SAN FRANCISCO, Fox Plaza, 1390 Market Street, Seventh
11  Floor, San Francisco, California 94102-5408, represented
12  by JONATHAN C. ROLNICK, Deputy City Attorney, appeared
13  as counsel on behalf of the Defendant.
14          ALSO PRESENT:  DARRYL STITT
15                         JOHN DUDLEY
16
17
18
19          —-oOo—-
20
21
22
23
24
25

4

TONY GRANDBERRY       DECEMBER 17, 2013

EXAMINATION BY MR. ROLNICK

MR. ROLNICK: Q. Could you please state your name.

A. Tony Grandberry.

Q. Could you spell that, please.

A. G-r-a-n, d as in David, berry, b-e-r-r-y.

Q. Mr. Grandberry, my name is John Rolnick. I'm a Deputy City Attorney. I'm going to be taking your deposition today in the lawsuit that you brought against the City.

Have you had your deposition taken before?

A. No.

Q. I'll briefly go over the ground rules. It's a question-and-answer format. I get to ask the questions. You get to answer them. Okay?

A. Uh-huh.

Q. It's important that you understand the questions I ask you. I'm going to assume that if I ask you a question and you answer it that you understood me. Okay?

A. Got you.

Q. Okay. If you don't understand my question, let me know.

A. Okay.

Q. I need you to answer my questions audibly. Do

5

you understand that?

A. Yes.

Q. Nodding your head up and down, side to side, the court reporter can't take down that information. She can only take down words. Okay?

A. Okay.

Q. I'm going to do my best not to step all over your words when you're trying to answer my questions, and I'll ask that you let me finish my questions before you start answering them. Okay?

A. No problem.

Q. Good. I may ask you today to give me some estimates about certain kinds of things, about the number of times you did a certain kind of thing or how long you did something, information you may not have specific information about. I may ask you about an event that happened, and you may not necessarily recall the particular date; but I may ask you to give me your best idea about when it happened. But I don't want you to guess at your answers to my questions. Okay?

A. Okay.

Q. Is there any physical or mental reason why you can't give me your best testimony here today?

A. I don't understand what you're trying to say.

Q. Okay. Are you on any medications that impair

6

your ability to communicate --

A. No.

Q. -- or to understand my questioning?

A. That depends what the question is.

Q. Okay. But the question is, are you on any medication that would affect that?

A. No.

Q. Are you on any medication that, to your knowledge, affects your memory?

A. No.

Q. Are you currently employed?

A. Yes.

Q. With whom?

A. SFMTA.

Q. Okay. And what is your job with the MTA?

A. I'm a transit operator.

Q. And how long have you held that job?

A. Going on 13 years.

Q. Have you held any other jobs with the MTA or the City?

A. No.

Q. Which MTA division are you currently assigned to?

A. Repeat that, because I don't understand the question what you're trying to say.

7

Q. You're currently working as a transit operator; correct?

A. Uh-huh.

Q. Out of which of the MTA's operating divisions are you working?

A. At Green.

Q. At Green. Okay. How long have you been at Green?

A. I've been at Green for two years.

Q. What kind of vehicles are you operating at Green?

A. I operate streetcars and LRV.

Q. And where were you before Green?

A. At Woods.

Q. How long were you at Woods?

A. I don't know. Probably about four years.

Q. Okay. At Woods, you were operating diesel buses?

A. Yes.

Q. Have you worked at any other divisions?

A. Kirkland.

Q. Any others?

A. Nope.

Q. Okay. So when you first started working, you started working at Kirkland?

8

| | |
|---|---|
| 1 | A.  Uh-huh. |
| 2 | Q.  And Kirkland is a diesel bus division as well? |
| 3 | A.  Uh-huh.  Yes, it is. |
| 4 | Q.  Who is the current division superintendent at |
| 5 | Green? |
| 6 | A.  Del Barrio. |
| 7 | Q.  Bernie Del Barrio? |
| 8 | A.  Well, I guess that's his first name, yeah.  We |
| 9 | just call him Del Barrio. |
| 10 | Q.  Okay.  During the time that you've been at |
| 11 | Green, have there been any other division |
| 12 | superintendents besides Mr. Del Barrio? |
| 13 | A.  Frank Lum. |
| 14 | Q.  Any other division superintendents that you've |
| 15 | worked with at Green? |
| 16 | A.  No. |
| 17 | Q.  During the time you've been at Green, have |
| 18 | there been any assistant division superintendents? |
| 19 | A.  Del Barrio. |
| 20 | Q.  He was division superintendent under Mr. Lum? |
| 21 | A.  Assistant superintendent. |
| 22 | Q.  Is there currently an assistant division |
| 23 | superintendent? |
| 24 | A.  Not that I know of. |
| 25 | Q.  Okay.  Who are the dispatchers at Green who |

9

| | |
|---|---|
| 1 | you've worked with? |
| 2 | A.  I can't remember.  There's so many people. |
| 3 | They go through them like underwear. |
| 4 | Q.  So as you sit here today, you can't think of |
| 5 | the name of a single dispatcher who -- |
| 6 | A.  I can think of the dispatcher right now. |
| 7 | Q.  Who is the dispatcher right now? |
| 8 | A.  Tommy. |
| 9 | Q.  Do you know Tommy's last name? |
| 10 | A.  No, I don't. |
| 11 | Q.  During your time at Green, can you think of |
| 12 | any of the street inspectors or street supervisors who |
| 13 | you worked with? |
| 14 | A.  Like I said, that's a whole bunch, go through |
| 15 | them like underwear.  They change all the time.  So off |
| 16 | the top of my head, no, I can't give you nobody that I |
| 17 | know. |
| 18 | Q.  What about, who are the current street |
| 19 | operators that you're working with? |
| 20 | A.  We don't have no street ops. |
| 21 | Q.  Street inspectors.  Excuse me. |
| 22 | A.  Well, okay.  Castro.  That's the only one I |
| 23 | see at West Portal.  That's only once a week. |
| 24 | Q.  Do you know Castro's -- is that his first or |
| 25 | last name? |

10

| | |
|---|---|
| 1 | A.  I couldn't tell you. |
| 2 | Q.  What is your current run at Green? |
| 3 | A.  83. |
| 4 | Q.  And what line is that? |
| 5 | A.  The J Church and the KT. |
| 6 | Q.  What are the approximate hours of that run? |
| 7 | A.  I don't know. |
| 8 | Q.  What time do you show up for work each day? |
| 9 | A.  I make a relief at 10:35. |
| 10 | Q.  In the morning or in the evening? |
| 11 | A.  In the morning. |
| 12 | Q.  And where do you make the relief? |
| 13 | A.  At Green. |
| 14 | Q.  What time do you get -- do you finish with |
| 15 | your run? |
| 16 | A.  7:35.  Supposed to be. |
| 17 | Q.  P.m.? |
| 18 | A.  Yes. |
| 19 | Q.  What days are your runs?  What days do you |
| 20 | work? |
| 21 | A.  Tuesday through Saturday. |
| 22 | Q.  So your regular days off are Sunday and |
| 23 | Monday? |
| 24 | A.  Correct. |
| 25 | Q.  When your run is over at 7:35, where does it |

11

| | |
|---|---|
| 1 | end? |
| 2 | A.  It ends at MME. |
| 3 | Q.  Is Green the starting point and MME the ending |
| 4 | point for all five days of your run? |
| 5 | A.  That's how it goes from Tuesday to Friday, |
| 6 | yes.  Tuesday to Friday, yes. |
| 7 | Q.  And what happens on Saturday that's different? |
| 8 | A.  Saturday is -- I have to park my car at MME |
| 9 | and then go to West Portal to make a relief. |
| 10 | Q.  So on Saturday, you start your run at West |
| 11 | Portal and you end at MME? |
| 12 | A.  Yes. |
| 13 | Q.  How long have you had this run, the 83? |
| 14 | A.  Since March. |
| 15 | Q.  Of this year, 2013? |
| 16 | A.  Yes. |
| 17 | Q.  Again, this is where it's important that you |
| 18 | understand my question, because you understand how the |
| 19 | system works a lot better than I ever will.  I may |
| 20 | mangle the information I'm trying to get to, so |
| 21 | sometimes it takes me a little bit. |
| 22 | So on the 83, you're operating an LRV on the J |
| 23 | Church line, and you're also operating the K- -- |
| 24 | A.  KT. |
| 25 | Q.  KT? |

12

| | |
|---|---|
| 1 | A. Yes. |
| 2 | Q. So you have what's called a split shift? |
| 3 | A. Yes. |
| 4 | Q. Or a split run? |
| 5 | A. Yes. |
| 6 | Q. Okay. Could you describe for me how the run |
| 7 | is split? You have two different, what they call, |
| 8 | pieces of work; is that right? What's the term for |
| 9 | that? |
| 10 | A. I still don't understand what you're trying to |
| 11 | get to. |
| 12 | Q. I'm trying to understand what the components |
| 13 | are of your run. Part of your day you spend operating |
| 14 | the J Church, and part of your day you spend operating |
| 15 | the KT? |
| 16 | A. Uh-huh. |
| 17 | Q. So obviously at some point in the day you've |
| 18 | got to move from the J to the KT; correct? |
| 19 | A. Okay, but you didn't ask me that. |
| 20 | Q. Okay. Is that right? |
| 21 | A. Yes, that's right. |
| 22 | Q. And is there a term that the operators use to |
| 23 | describe those two different parts of your daily run, |
| 24 | the part on the J line and the part on the KT? |
| 25 | A. First half, second half. |

| | |
|---|---|
| 1 | Q. Okay. So what is the first half of your run? |
| 2 | A. The J Church. |
| 3 | Q. And what are the -- when you start at 10:35, |
| 4 | you start at -- the J Church at Green? |
| 5 | A. Correct. |
| 6 | Q. And that's a pull-out run? |
| 7 | A. No. I make a relief. |
| 8 | Q. So you go to the platform that's the revenue |
| 9 | platform where the passengers get on to make your |
| 10 | relief? |
| 11 | A. Yes. |
| 12 | Q. You don't make the relief in the Green yard? |
| 13 | A. Yes, I do. |
| 14 | Q. You do make it in the Green yard? |
| 15 | A. That's the end of the line, what you |
| 16 | consider -- well, yes, it's the Green -- it's still the |
| 17 | Green yard, but it's still a revenue loop. |
| 18 | Q. Okay. So you run the J Church from 10:30 |
| 19 | until approximately what time? |
| 20 | A. 1:37. |
| 21 | Q. And what happens at 1:37? Where does that |
| 22 | part of your run end at 1:37 or whenever you get there? |
| 23 | A. For the J? |
| 24 | Q. Yes. |
| 25 | A. At the same place I made the relief: at |

| | |
|---|---|
| 1 | Green. |
| 2 | Q. So you go out and back, and you step off the |
| 3 | J Church at approximately 1:37 at Green? |
| 4 | A. Yes. |
| 5 | Q. And then what do you do next? |
| 6 | A. I have a split for one hour. |
| 7 | Q. And then at the end of that hour, what do you |
| 8 | do? |
| 9 | A. I go to the KT. |
| 10 | Q. Where do you pick up the KT? |
| 11 | A. Same place: at Green. |
| 12 | Q. So you get onto the KT at approximately 2:37, |
| 13 | 2:40? |
| 14 | A. 2:26. |
| 15 | Q. Got it. You run the KT line until 7:35 or |
| 16 | whenever you get to MME? |
| 17 | A. Correct. |
| 18 | Q. And then you pull the vehicle in? |
| 19 | A. Pull it into MME, yes. |
| 20 | Q. When you pull it into MME, do you have any |
| 21 | responsibilities for the vehicle or your job other than |
| 22 | pulling it in? |
| 23 | A. Yes. |
| 24 | Q. What are those responsibilities? |
| 25 | A. We have to do a post inspection. Make sure |

| | |
|---|---|
| 1 | there's nothing left on the train. Make sure nobody is |
| 2 | on the train. Make sure there's no damage to the |
| 3 | vehicle. And we have to grab transfers and defect |
| 4 | cards, Ols. |
| 5 | Q. Anything else? |
| 6 | A. No. |
| 7 | Q. How long does it take to check if there are |
| 8 | still people on the LRV? |
| 9 | A. That depends if you have a one- or two-car |
| 10 | train. |
| 11 | Q. If you've got a one-car train, how long does |
| 12 | it take? |
| 13 | A. Take about 10 minutes. |
| 14 | Q. What if you have a two-car train? |
| 15 | A. Two-car train probably be about 15, 20 |
| 16 | minutes. |
| 17 | Q. That's just to check if there are people on? |
| 18 | A. That's to check for body damage. That's to |
| 19 | check to see if there's people on there. That's to |
| 20 | check to see if any packages are on there. |
| 21 | Q. That's for the whole deal for inspecting the |
| 22 | vehicle? |
| 23 | A. Yes. |
| 24 | Q. Okay. Got it. What do you do with your |
| 25 | transfers? |

A. We have to put them in a mailbox.

Q. How long does it take to take the transfers and put them in the mailbox?

A. Are you asking me just grabbing the transfers and getting off the train or after I do my post inspection and grab the transfers? Which one?

Q. How is it you go about dropping off the transfers? What's your practice?

A. My practice is what I just told you. Doing the post inspection. Going around to make sure there's no damage. Check to see if anybody is on there. No packages. After I did that, then I grab the defect card, 01, and then I grab the transfers; and then we walk to the meet-and-greet.

Q. How long does it take to get to the meet-and-greet?

A. Like I said, that depends if you have a one- or two-car train.

Q. If you have a one-car train, how long does it take?

A. Probably about 10 to 12 minutes.

Q. How long does it take if you have a two-car train?

A. That's going to take about 15, 20 minutes.

Q. I think maybe we're talking past each other

17

here.

A. Well, I do LRV, so I could have a two-car train or a one-car. That's why I asked you.

Q. I'm not accusing you of anything. I'm just trying to make sure that we're talking about the same thing.

MR. YOUNG: Just let him ask the questions.

MR. ROLNICK: Q. I just want to make sure we're talking about the same thing.

A. Okay. All right.

Q. So how long does it take you to pull out the transfers off the LRV? I assume that's the same whether you have a one-car train or a two-car train. Just physically to take them out and have them ready to hand to somebody at meet-and-greet or whoever you give it to.

A. I don't know about that part because I don't do it that way. I don't just grab the transfers and walk on off.

Q. How far is the meet-and-greet from where you leave the LRV?

A. It's hard to say, because you have to walk to the shack. If there's a train in front of you, you have to park behind that train and then you have to walk all the way over there. So if you pull up, if you're the first one, probably about 20 feet. But if you're not

18

the first one -- the second car, the third car -- you probably be walking 75 feet or so.

Q. Okay. And what's the farthest you might walk from your train to what you say is the shack where the meet-and-greet is?

A. Probably 100 feet.

Q. So the walk is anywhere from 20 feet to 100 feet?

A. Might be. Depends where you at.

Q. Okay. All right. And is the shack another word for the meet-and-greet?

A. Yes.

Q. And is somebody in the shack when you pull your vehicle in at MME at 7:35 or 7:40, whenever you get there?

A. Sometimes.

Q. Okay. And who is the person who's at meet-and-greet? What's their job? What's their job class?

A. I don't know.

Q. You mentioned there's also a mailbox for the transfers?

A. Uh-huh.

Q. Is that a different location than what you've described as the shack or meet-and-greet?

19

A. That's the same place where the meet-and-greet is at.

Q. Okay. So if you have a one-car train, it takes between 10 and 12 minutes to do all these things. And before you answer, let me just make sure I understand what all those things are. Check your vehicle for people, check the vehicle for any property that somebody has left behind, check for any damage to the vehicle, grab the transfers, grab the defect card, and walk to the meet-and-greet?

A. That is correct.

Q. Okay. And to do all those tasks, if you've got a two-car train, it's anywhere from 15 to 20 minutes to do all those tasks?

A. The tasks that you just described, yes, it is.

Q. Great. What was the run you had at Green before your current run?

A. I don't remember.

Q. Do you remember what lines you had?

A. I had the F line.

Q. Do you remember what hours that run was?

A. No.

Q. Do you remember whether you started in the morning or in the afternoon?

A. It varied.

20

| | |
|---|---|
| 1    Q.  Okay.  Were you on the extra board?<br>2    A.  No.<br>3    Q.  How long were you on the F line?<br>4    A.  About a year.<br>5    Q.  What other runs or lines have you worked at<br>6  Green other than the ones we've just talked about?<br>7    A.  None.<br>8    Q.  So during your two years at Green, you've done<br>9  the 83 run and, before that, you worked on the F line?<br>10    A.  Correct.<br>11    Q.  And when you say that the time you worked on<br>12  the F line varied, do you mean that it varied because<br>13  you had different runs on the F line or that you showed<br>14  up for work at all different times when you were working<br>15  on the F line?<br>16    A.  I had different runs every day on the F line.<br>17    Q.  And why did you have different runs every day<br>18  on the F line?<br>19    A.  Because it's called a block.<br>20    Q.  Okay.  And what does that mean?<br>21    A.  You do different runs every day on the F line.<br>22    Q.  And how would you learn which run you would be<br>23  doing on the F line?  How would you know — if you were<br>24  doing that run right now and you had to show up to work<br>25  tomorrow, how would you know what time to show up?<br><br>21 | 1    A.  Because that's what I do every day.<br>2    Q.  Okay.  So what time would you show up every<br>3  day?<br>4    A.  That depends what run I have.<br>5    Q.  I'm trying to figure out how you would know,<br>6  if you were working tomorrow, whether to show up at 9:00<br>7  in the morning or 2:00 in the afternoon.<br>8    A.  Okay.  If I'm supposed to be here today at a<br>9  certain time, that's what I'm going to do every week,<br>10  every Tuesday, at that time.  The next day, I have<br>11  something different.  I have it that same day every<br>12  week, every Wednesday, at that time.<br>13    Q.  So you had a run that started at a different<br>14  time each day that you worked?<br>15    A.  Yes.<br>16    Q.  But it started the same time every Tuesday or<br>17  every Wednesday?<br>18    A.  Correct.<br>19    Q.  What was your regular day off when you had<br>20  that run?<br>21    A.  I can't remember.<br>22    Q.  Can you remember what days you worked when you<br>23  had that run?<br>24    A.  Nope.<br>25    Q.  Can you remember any of the schedules that you<br><br>22 |

| | |
|---|---|
| 1  had on the days that you worked?<br>2    A.  No.  We had so many sign-ups on there.  I<br>3  can't tell you nothing on that.<br>4    Q.  I'm asking about the F line now.<br>5    A.  That's what I'm talking about.<br>6    Q.  Okay.  When you had that F-line run, were any<br>7  of your runs — did any of your runs start in the<br>8  morning?<br>9    A.  Some did.<br>10    Q.  Do you remember how many started in the<br>11  morning?<br>12    A.  No, I don't.  Like I said, we had so many<br>13  sign-ups, I can't tell you.<br>14    Q.  When you were on the F line, did some of your<br>15  runs start in the afternoon?<br>16    A.  Yes, they did.<br>17    Q.  And when I say "afternoon," somewhere between<br>18  12:00 and 5 o'clock?<br>19    A.  I guess, yeah.  Probably about — probably had<br>20  one around — after noon or a little before 12:00, I<br>21  guess.<br>22    Q.  So that would be —<br>23    A.  So I can't say between 11:00 and 5:00 because<br>24  I doubt that, between 11:00 and 5:00.  That's a long<br>25  stretch.<br><br>23 | 1    Q.  I asked you about 12:00 and 5:00.  That's<br>2  fine.  But some of the runs started somewhere before<br>3  12 o'clock noon; correct?<br>4    A.  Some started a little before 12:00, and some<br>5  started a little bit after 12:00.<br>6    Q.  When you were on the M [sic] line, did any of<br>7  your runs start before 6:00 in the morning?<br>8    A.  What line?<br>9    Q.  When you were on the F line.<br>10    A.  Go ahead.<br>11    Q.  When you were on the F line, did any — did<br>12  any of your runs start before 6:00 a.m.?<br>13    A.  Probably one, yeah.<br>14    Q.  When you say "one," again, we're talking about<br>15  what you described as a block, so that would have been<br>16  one of the days during the week you would have started<br>17  before 6:00 a.m.?<br>18    A.  That might have been one of the runs on the<br>19  block that I had — might have been — yeah.  It might<br>20  have.  I'm not sure.  Because, like I said, we had<br>21  plenty of sign-ups, so I can't tell you what I did two<br>22  weeks ago.<br>23    Q.  When you were working the M line — F line,<br>24  did you have any of your runs that started after<br>25  6:00 p.m.?<br><br>24 |

| | |
|---|---|
| 1     A. No. | 1     Q. What would the two locations be? |
| 2     Q. When you were on the F line, did any of your | 2     A. Green and MME. |
| 3 runs end after 8:00 p.m.? | 3     Q. What were the locations where your F line runs |
| 4     A. I don't understand what you're trying to say. | 4 would end? |
| 5 Do you mean am I off -- | 5     A. That's what I said: I can't remember that. |
| 6     Q. Yes. | 6 That varied. |
| 7     A. -- or did I just get off late? | 7     Q. What would be the locations where you would |
| 8     Q. Well, let me just -- right now I'm just | 8 have ended your F line runs? |
| 9 talking about whatever the schedule was supposed to be. | 9         MR. YOUNG: Objection. Asked and answered. |
| 10     A. Whether I was supposed to be scheduled to get | 10         THE WITNESS: Like I said, I can't answer that |
| 11 off at -- | 11 because I don't know, because it varies. It could be |
| 12     Q. Correct. | 12 from MME or it can be Green. |
| 13     A. No. | 13         MR. ROLNICK: Q. So sometimes when you were |
| 14     Q. So when you were on the F line, your schedule | 14 doing the F line, your run ended at MME? |
| 15 always had you off by 8:00 p.m.? | 15     A. Sometimes? |
| 16     A. I was off before 8:00 p.m., I think. | 16     Q. Yes. |
| 17     Q. Before 7:00 p.m.? | 17     A. My run -- I didn't have a run. |
| 18     A. About 7:30. Usually around 7:30, but I was | 18     Q. Okay. I thought we were talking about what |
| 19 never off on time at 7:30. I was always getting off | 19 your run -- |
| 20 around 8:00. | 20     A. I had a block. |
| 21     Q. When you worked the F line, was there a | 21     Q. A block. |
| 22 location where you started your runs? | 22     A. And I had a few blocks. I never had a run. |
| 23     A. Yeah, that varies, but I can't remember where. | 23 That's not a run. |
| 24 Like I said, it could be either location. We have two | 24     Q. Okay. A block has a set of varying runs |
| 25 locations. | 25 within it? |
|                              25 |                              26 |

| | |
|---|---|
| 1     A. Exactly. | 1 than ending your day at Green and MME, were there any |
| 2     Q. Okay. So when you had a block on the F line, | 2 other relief points where you would end your day when |
| 3 you would start whatever your run was for the particular | 3 you were on the F line block? |
| 4 day either at Green or MME; correct? | 4     A. Steuart and Don Chee Way. |
| 5     A. Correct. | 5     Q. When you were doing -- right now, you're doing |
| 6     Q. Would you ever start a run at a different | 6 the 83 run? |
| 7 location? | 7     A. Yes, I am. |
| 8     A. Besides? | 8     Q. How often do you end your run on time -- on |
| 9     Q. Green or MME. | 9 the time it's supposed to end -- is scheduled to end? |
| 10     A. Yes. I would make a relief sometimes. | 10         MR. YOUNG: Objection. Asked and answered. |
| 11     Q. Where would you make reliefs? | 11         THE WITNESS: Never. |
| 12     A. Steuart and Don Chee Way. | 12         MR. ROLNICK: Q. How often does your run end |
| 13     Q. Are those two different places, Steuart and | 13 within 1 to 5 minutes of its scheduled end time? |
| 14 Don Chee Way, or are they the same place? | 14     A. Never. |
| 15     A. Don Chee Way is between Mission and Market on | 15     Q. How often does it end between 5 and 10 minutes |
| 16 Steuart, something like that. | 16 of when it's scheduled to end? |
| 17     Q. And when you were doing the F line block, | 17     A. Nope, never. |
| 18 where were the locations that you would end your day -- | 18     Q. How often does the 83 run end 10 or 15 minutes |
| 19 be off for the day -- other than Green or MME? | 19 within its scheduled time? |
| 20         MR. YOUNG: Objection. Compound. Objection. | 20     A. You mean pulling in late? |
| 21 Asked and answered. | 21     Q. How often do you pull in between 10 and 15 |
| 22         THE WITNESS: Like I said, that varies. I | 22 minutes late on the 83? |
| 23 couldn't tell you. It's either Green or MME. I can't | 23     A. Behind the schedule? |
| 24 tell you what day or what it is. | 24     Q. Yes. |
| 25         MR. ROLNICK: Q. I understand that. Other | 25     A. That's every day. That's almost 100 percent. |
|                              27 |                              28 |

| | |
|---|---|
| 1    That is 100 percent. | 1          MR. ROLNICK: Q. Okay. If you pull in the 83 |
| 2       Q. When you pull in late, do you put in an | 2    10 or more minutes late, you always put in an overtime |
| 3    overtime card? | 3    card? |
| 4          MR. YOUNG: Objection. Vague. | 4       A. Yes. Correct. |
| 5          MR. ROLNICK: Q. You can answer the question. | 5       Q. Is there a reason why, if you're under that |
| 6    Do you understand the question? | 6    10-minute threshold but you're late, that you don't put |
| 7       A. Yes. | 7    in for overtime? |
| 8       Q. Okay. | 8       A. Well, the reason why is because Dispatch, you |
| 9       A. Well, repeat it again. | 9    know -- how can I put it? They get a little irritated, |
| 10       Q. When you pull in late on the 83 run, do you | 10    and they get a little frustrated if they have to -- I |
| 11    put in an overtime card? | 11    guess they call it a little bit extra -- more work for a |
| 12          MR. YOUNG: Objection. Vague. | 12    little bit of minutes. So it's, like, they basically |
| 13          THE WITNESS: Yes, I do. | 13    discourage you from putting it in anyway. And a lot of |
| 14          MR. ROLNICK: Q. Do you always put in an | 14    people don't want to even be dealing with the nonsense |
| 15    overtime card when you pull in late? | 15    after you've been dealing with the public all day. |
| 16          MR. YOUNG: Objection. Vague. | 16       Q. Is there any other reason that you don't put |
| 17          THE WITNESS: It depends on how late it is. | 17    in for overtime if you're below that 10-minute-late |
| 18    If it's -- it has to be 10 minutes or more that I put | 18    threshold? |
| 19    in. | 19       A. No. |
| 20          MR. ROLNICK: Q. So if you pull in anywhere | 20       Q. Can you identify for me any dispatcher who has |
| 21    from 1 to 9 minutes late, you don't put in an overtime | 21    discouraged you from putting in overtime in that |
| 22    card? | 22    circumstance? |
| 23          MR. YOUNG: Objection. Vague. | 23       A. Well, I can't tell you that. I don't know. |
| 24          THE WITNESS: I wouldn't say that. Yeah. | 24    Like I said, it will change so much. Go through one |
| 25    Yeah, I would say that. | 25    ear, out the other. It's water up under the bridge. |
|                                   29 |                                   30 |

| | |
|---|---|
| 1       Q. Have you ever put in for overtime and had a | 1    all day. You be dealing with the public. You be |
| 2    dispatcher tell you that he or she wouldn't approve it? | 2    dealing with the traffic. Nobody wants to deal with |
| 3       A. I done had that happen before. | 3    their other co-workers over some little time that's not |
| 4       Q. And could you describe for me -- well, let me | 4    theirs. |
| 5    ask a broader question about this putting in for | 5          MR. ROLNICK: Q. And my question is this: |
| 6    overtime. Was it your practice also when you worked at | 6    What did any dispatcher say to you to discourage you |
| 7    other divisions that if you finished your run late but | 7    from putting in overtime for that zero-to-10-minute-late |
| 8    under that 10-minute threshold that you wouldn't put in | 8    period? |
| 9    for overtime? | 9       A. Well, it's, like, not yelling, but raising |
| 10       A. Yeah, pretty much. That's all divisions-wide | 10    their voice "Oh, these little bitty old minutes. You |
| 11    [sic] like that. | 11    don't need to be putting those minutes in there like |
| 12       Q. I'm asking about your experience, though, what | 12    that." Or basically just make you feel like, you know, |
| 13    your practice is. | 13    uncomfortable. So it is what it is, I guess. |
| 14       A. What mines [sic] was, yes. | 14       Q. You heard -- you actually have heard those |
| 15       Q. And was it also your practice when you were | 15    comments from dispatchers on occasion where you had |
| 16    working at Woods or Kirkland that if you finished your | 16    previously -- strike that. |
| 17    run 10 or more minutes late you would always put in an | 17          Was there ever any time where you -- earlier |
| 18    overtime card? | 18    in your career where you would -- did go to the |
| 19       A. Of course. | 19    dispatcher with 9 minutes of overtime and have them say |
| 20       Q. Could you describe for me how it is that | 20    that to you? |
| 21    dispatchers discouraged you from putting in for overtime | 21          MR. YOUNG: Objection. Vague. |
| 22    for that zero-to-10-minute-late period? | 22          THE WITNESS: Yes, I have. |
| 23          MR. YOUNG: Objection. Vague. Asked and | 23          MR. ROLNICK: Q. And was that back in the |
| 24    answered. | 24    time, say, when you were working at Kirkland? |
| 25          THE WITNESS: Like I told you, you be at work | 25       A. I can't say. I done been at three different |
|                                   31 |                                   32 |

| | |
|---|---|
| 1 | divisions. I been there 13 years, and that's not the |
| 2 | first time I experienced it. |
| 3 | Q. Did you ever have a dispatcher say words to |
| 4 | you like that at Green? |
| 5 | A. Yeah. |
| 6 | Q. Do you remember how many times? |
| 7 | A. No. |
| 8 | Q. More than a handful? |
| 9 | A. I can't say. |
| 10 | Q. More than a dozen? |
| 11 | A. I still can't say. |
| 12 | Q. Any other ways other than what you've already |
| 13 | described that you experienced a dispatcher discouraging |
| 14 | you from putting in for overtime of less than 10 |
| 15 | minutes? |
| 16 | MR. YOUNG: Objection. Vague. |
| 17 | THE WITNESS: Repeat that again now. |
| 18 | MR. ROLNICK: Q. I'm trying to find out what |
| 19 | other ways -- whether it was their words, their body |
| 20 | language, or anything they said or did -- |
| 21 | A. It was both. |
| 22 | Q. -- other than what you've already described, |
| 23 | that discouraged you from putting in for overtime of |
| 24 | less than 10 minutes. |
| 25 | MR. YOUNG: Objection. Vague. |

| | |
|---|---|
| 1 | THE WITNESS: I still don't understand what |
| 2 | you're trying to say. |
| 3 | MR. ROLNICK: Q. Okay. Well, I asked you |
| 4 | earlier, and you said that dispatchers would say a |
| 5 | variety of things to you to discourage you from putting |
| 6 | in for overtime of less than 10 minutes; right? |
| 7 | A. That's what you're asking me. |
| 8 | Q. That's what I think you already testified to. |
| 9 | I asked you that, and you answered that by saying they |
| 10 | would say certain things to -- for example, something to |
| 11 | the effect of "Oh, why are you putting in for that |
| 12 | little bit of overtime?" Do you remember that? |
| 13 | MR. YOUNG: Objection. Misstates testimony. |
| 14 | THE WITNESS: Correct. |
| 15 | MR. ROLNICK: Q. Okay. So my question is, |
| 16 | other than what you've already told me, is there |
| 17 | anything else that dispatchers said or did that led you |
| 18 | to believe that they were discouraging you from putting |
| 19 | in an overtime card where you were claiming less than 10 |
| 20 | minutes? |
| 21 | MR. YOUNG: Objection. Vague. |
| 22 | THE WITNESS: Not other than what I just told |
| 23 | you. |
| 24 | MR. ROLNICK: Q. When you were doing the |
| 25 | F line block, how often did your run end -- the run you |

| | |
|---|---|
| 1 | were doing on any particular day -- end on time? |
| 2 | MR. YOUNG: Objection. Asked and answered. |
| 3 | THE WITNESS: Never. |
| 4 | MR. ROLNICK: Q. How often when you were on |
| 5 | the F line did your run end 1 to 5 minutes late? |
| 6 | A. To my recollection, never. |
| 7 | Q. When you were working on the F line, how often |
| 8 | did your run end 5 to 10 minutes late? |
| 9 | A. Never. |
| 10 | Q. When you were working on the F line, how often |
| 11 | did your run end 10 to 15 minutes late? |
| 12 | A. That's about right, yes. Always about 10, 15 |
| 13 | minutes or more. That's with rails, anyway. |
| 14 | Q. So 10 to 15 minutes was -- it sounds like |
| 15 | you're not saying it was 100 percent because sometimes |
| 16 | it was even later? |
| 17 | A. Yeah. It depends. |
| 18 | Q. So my question is, how often was it 10 to 15 |
| 19 | minutes late? What percentage? |
| 20 | A. It's always 100 percent 5 to 10 -- I mean, 10 |
| 21 | to -- 10 minutes on up. Always, 100 percent. |
| 22 | Q. The time you've worked at Green, if you pulled |
| 23 | into MME and you were going to fill out an overtime |
| 24 | card, what would you do? |
| 25 | A. I couldn't tell you because I haven't pulled |

| | |
|---|---|
| 1 | into -- you said to Green? |
| 2 | Q. When you worked at Green and you had to finish |
| 3 | your run at MME, how would you go about claiming |
| 4 | overtime if you were over 10 minutes? |
| 5 | A. I would have to go back to division. |
| 6 | Q. What was your understanding about how soon you |
| 7 | had to put in for overtime after working the overtime? |
| 8 | MR. YOUNG: Objection. Vague. |
| 9 | THE WITNESS: You have to put it in, I think, |
| 10 | that same day. |
| 11 | MR. ROLNICK: Q. Are you aware of anything in |
| 12 | writing that sets that forth? |
| 13 | A. Not off the top of my head, no. |
| 14 | Q. Are you aware of any other operators who would |
| 15 | put in for overtime the day after they worked the |
| 16 | overtime? |
| 17 | MR. YOUNG: Objection. Calls for speculation. |
| 18 | THE WITNESS: I don't know. I'm just speaking |
| 19 | for me. |
| 20 | MR. ROLNICK: Q. I understand you're speaking |
| 21 | for you. |
| 22 | A. I can't speak for nobody else. |
| 23 | Q. Have any of your fellow operators ever told |
| 24 | you that they put in for overtime the day after they |
| 25 | worked it? |

1    A.  No.
2    Q.  Have you ever seen a box set up at the MME you
3  could drop an overtime card into?
4    A.  No.
5    Q.  Mr. Grandberry, where do you live?
6    A.  In the City.
7    MR. YOUNG:  Do you think we can take a quick
8  break?
9    MR. ROLNICK:  Sure.
10    (Recess taken:  10:18 until 10:32 a.m.)
11    MR. ROLNICK:  Back on the record.
12    Q.  Mr. Grandberry, you were telling me that you
13  live in the City?
14    A.  Yes, I do.
15    Q.  Where do you live in the City?
16    MR. YOUNG:  Objection.  Vague.
17    MR. ROLNICK:  Q.  Do you understand my
18  question?
19    A.  San Francisco.
20    Q.  Where?
21    A.  528 Carter Street.
22    Q.  What neighborhood is that in?
23    A.  I guess that -- I don't know what -- I don't
24  know.  That could be Visitation Valley or Crocker.  I
25  don't know.

37

1    Q.  How long have you lived on Carter Street?
2    A.  I lived on Carter since 2005.
3    Q.  How is it that you get to work each day?
4    A.  I commute.
5    Q.  How?
6    A.  I drive.
7    Q.  Drive your personal vehicle?
8    A.  Yes.
9    Q.  Has that been true throughout the time that
10  you've worked at the MTA?
11    A.  Repeat that.
12    Q.  Have you always driven your personal vehicle
13  to work during the time that you've worked for the
14  San Francisco MTA?
15    A.  Yes, I have.
16    Q.  Have you ever taken public transportation to
17  get to work?
18    A.  No, I haven't.
19    Q.  I take it that you drive your personal vehicle
20  home at the end of the day; correct?
21    A.  Yes.
22    Q.  During the time you've been at Green, have you
23  ever had to work a run that started before Muni
24  started -- began providing service for the day?
25    MR. YOUNG:  Objection.  Calls for speculation.

38

1  Vague.
2    THE WITNESS:  I can't say.  I can't say.
3    MR. ROLNICK:  Q.  You can't remember?
4    A.  No, I can't say.  Now, repeat it one more
5  time,
6    Q.  Yes.  Do you know what time the MTA begins
7  providing service?
8    MR. YOUNG:  Objection.  Vague.
9    THE WITNESS:  No.
10    MR. ROLNICK:  Q.  Do you know if you've ever
11  had a run when you've been working at Green where your
12  run began before Muni service started for the day?
13    MR. YOUNG:  Objection.  Vague.
14    THE WITNESS:  That's hard to answer because
15  when does Muni start?
16    MR. ROLNICK:  Q.  So you have no idea when
17  MTA --
18    A.  Muni is a 24-hour job, so when does Muni
19  start?
20    Q.  So you have no idea what time Muni begins
21  providing revenue service?
22    MR. YOUNG:  Objection.  Vague.
23    THE WITNESS:  I don't have an idea what you're
24  trying to ask me.
25    MR. ROLNICK:  Q.  Do you know what time the

39

1  MTA begins providing revenue service on a daily basis?
2    MR. YOUNG:  Objection.  Vague.  Calls for
3  speculation.
4    THE WITNESS:  Like I said, what time is that?
5  Because Muni runs 24 hours.
6    MR. ROLNICK:  Q.  So it's your understanding
7  Muni is always operating?
8    A.  Muni operates 24 hours a day.
9    Q.  Okay.  During the time you've been at Green --
10  well, since you've been doing the 83 line, when you
11  drive to work, where do you park?
12    A.  Repeat that.
13    Q.  You've been working on the 83 line --
14    A.  Okay.
15    Q.  -- right?  You're been doing that since March
16  of this year?
17    A.  Yes.
18    Q.  You drive to work to start your day; correct?
19    A.  Correct.
20    Q.  Where do you park?
21    A.  I park at the relief point.
22    Q.  Which, for the 83, is at Green; correct?
23    MR. YOUNG:  Objection.  Vague.
24    THE WITNESS:  For the J, yes.
25    MR. ROLNICK:  Q.  Okay.  Let's step back.  So

40

| | |
|---|---|
| 1 on the 83, Tuesday to Friday, you pick up your relief | 1 Green? |
| 2 point at Green and you end at MME; correct? | 2    A. No, not every day. No. |
| 3    A. Say it one more time. | 3    Q. Where else would you park? |
| 4    Q. On the 83, your current run, Tuesday to | 4    A. West Portal. |
| 5 Friday, you start at Green and you end at MME? | 5    Q. Okay. So the days that you start at Green, |
| 6    A. Well, there's really -- I didn't understand | 6 you park at Green? |
| 7 the last one. I pull into the relief point all the | 7    A. Yes. |
| 8 time. I pull to the relief point with my car to make a | 8    Q. And the days that you make a relief at |
| 9 relief. | 9 West Portal as a start for your run, you park at |
| 10    Q. Okay. | 10 West Portal? |
| 11    A. So I told you, sometimes Saturday, but most of | 11    A. Correct. |
| 12 the time it's at the relief point at West Portal. | 12    Q. Got it. The days that you park at Green, |
| 13    Q. So even Tuesday to Friday you begin your run | 13 you're ending your run at MME; correct? |
| 14 at West Portal? | 14    A. Correct. |
| 15    A. No. That's only on Saturday. | 15    Q. At that time you hop back on an LRV back out |
| 16    Q. Okay. Only on Saturday. When you drive to | 16 to Green to get your car; is that right? |
| 17 work each day, do you always park at the same location? | 17    A. Yes. I have to get on the T train and the 8X. |
| 18    A. What do you mean "location"? | 18    Q. What's the 8X? |
| 19    Q. I don't mean the same block, but do you drive | 19    A. That's a bus. |
| 20 to the same general location each day when you go to | 20    Q. Express service? |
| 21 work when you're doing the 83 run? | 21    A. No. It used to be the 15 Third. |
| 22    A. You mean at Green? | 22    Q. So that's an alternate way other than the LRV |
| 23    Q. Yes. | 23 to get back to Green? |
| 24    A. Yes, I park at Green all the time. | 24    A. That's the only way I can get back to Green |
| 25    Q. So every day you work the 83, you park at | 25 unless I go -- unless I go all the way -- take the |
| 41 | 42 |

| | |
|---|---|
| 1 T train all the way to Embarcadero, all the way around | 1 stay on the T and take it the whole way? |
| 2 back the other way. | 2    A. Yes, because I'm closer that way. |
| 3    Q. So the 8X, in your experience, is the fastest | 3    Q. And how long does it take you to get from MME |
| 4 way back to Green? | 4 back to Green at the end of your run? |
| 5    A. Well, I wouldn't say the fastest. It's the | 5    A. That varies. |
| 6 only opportunity besides that because the T train stops | 6    Q. What's the fastest? |
| 7 at Sunnydale. So I have to get off at Sunnydale to take | 7    A. The fastest way -- I just told you -- was the |
| 8 the 8X. The T train doesn't take me -- the T train | 8 T train and the 8X. |
| 9 would take me all the way to Green if I go the opposite | 9    Q. What's the least amount of time it will take |
| 10 direction. | 10 you to travel that distance, in your experience? |
| 11    Q. If you step off outbound and cross the street | 11    A. From MME to Green? |
| 12 and take it inbound? | 12    Q. Yes, to get back to your car on the day you |
| 13    A. How would we say it? Because it will be | 13 worked. |
| 14 outbound, yes. It will be going outbound, yes. | 14    A. It will take about an hour. |
| 15    Q. And in your experience -- so you could take | 15    Q. What's the longest amount of time it's taken |
| 16 either the T or the 8X to get back to Green at the end | 16 you to travel back to get to your car at Green? |
| 17 of your run; correct? | 17    A. Two hours. |
| 18    A. No. I have to take both. | 18    Q. Do you have any records that record the amount |
| 19    Q. You have to take both? | 19 of time that you spent traveling from MME back to Green |
| 20    A. If you're going inbound to Sunnyvale, I have | 20 to get your car? |
| 21 to take the T train to the 8X. Now, if I don't want to | 21    A. No, but 311 will tell you -- 511 -- because |
| 22 do that, it will take longer. I can go outbound and | 22 the reason why it takes so long is because, at that time |
| 23 take the T train all the way back to Green. | 23 that I get off, everybody is -- a lot of people are |
| 24    Q. Got it. In your experience, it's faster to | 24 pulling in, so you're not getting the regular T coming |
| 25 take the T to the 8X to get back to Green than just to | 25 down. |
| 43 | 44 |

1    Q.  So there's less service at that time?
2    A.  Of course.  Mostly around that time I pull in,
3  a lot of people are pulling in.
4    Q.  So the frequency of service on the lines is
5  diminishing because you're after the p.m. peak; is that
6  right?
7    A.  Correct.
8    Q.  But you don't have any notes or journals or
9  ledgers showing how much time you've spent doing that
10  kind of travel from MME back to Green to get your car?
11    A.  Me personally?
12    Q.  Yes.
13    A.  No.
14    Q.  Have you ever put in an overtime card for that
15  travel from MME back to Green?
16    A.  No.
17    Q.  When you finish your run at MME, do you know
18  how close you are to your home?
19    MR. YOUNG:  Objection.  Calls for speculation.
20  Objection.  Also vague.
21    THE WITNESS:  I have to go past my -- I don't
22  know.  I'm close by somewhat to MME, yes.  I'm not
23  close, but...
24    MR. ROLNICK:  Q.  Do you know how many blocks
25  it is?

45

1    A.  Oh, no, there's not no blocks.  It's miles.
2    Q.  It's miles.  Do you know how many miles?
3    A.  No.
4    Q.  And you say you go past your house on your way
5  back to Green; is that right?
6    A.  Yes, on the 8X.
7    Q.  When you worked the F line, you did the same
8  thing:  You would park your car at Green?
9    A.  It depends on where I was at or what I had to
10  do.
11    Q.  I'm asking, at the beginning of your day,
12  sometimes you would park your car at Green if that's
13  where you were starting your day?
14    A.  Sometimes, yes.
15    Q.  Where else might you park your car at the
16  beginning of your day if you were working the F line?
17    A.  If I had to start at Steuart and Don Chee Way,
18  I'd have to park down there somewhere.  It depends.
19    Q.  When you worked the F line, did you ever work
20  a run where you started at one place and you ended your
21  run at the same place?
22    A.  I don't understand what you're trying to say.
23  What do you mean?
24    Q.  We just talked about the 83.  When you work
25  the 83, it sounds like your run always ends at a

46

1  different location than where you started your run; is
2  that right?
3    A.  Yes.  That's every day.
4    Q.  So most days you start at Green and you end at
5  MME?
6    A.  All the time.
7    Q.  But on Saturdays, you start at West Portal and
8  you end at MME; right?
9    A.  Still always end up at MME.
10    Q.  Okay.  Got it.  So you start at one place and
11  you end at another place?
12    A.  Yes.
13    Q.  That's been throughout the time that you've
14  had the 83 run?
15    A.  Uh-huh.
16    Q.  When you were doing the F line, did you ever
17  have runs where you started at Green and you ended your
18  run at Green?
19    A.  I can't recall that.  I don't know.  I can't
20  recall that off the top of my head, no.
21    Q.  When you say you can't recall, you mean that
22  you don't recall it ever happening or you can't recall
23  whether it did or didn't happen?
24    A.  I don't recall if it did or didn't happen
25  because, like I said, I didn't have blocks.  So I can't

47

1  tell you if I did or if I didn't.
2    Q.  I'm asking about the individual runs that you
3  had carried out within your block.
4    A.  Doesn't matter.
5    Q.  Did you ever have an individual run when you
6  were working the F line where you began at MME and you
7  ended your run at MME?
8    A.  I can't say.
9    Q.  When you were doing the F line blocks, did you
10  ever have a run within the block where you started at
11  Steuart Street/Don Chee Way and ended at the same
12  location?
13    A.  Well, yeah.  That's a relief point.
14    Q.  So sometimes you had a run that started at
15  that relief point and the run ended at that relief
16  point?
17    A.  Yeah, sometimes you get a relief there, or I
18  might have pulled in.  I don't know.
19    Q.  Do you remember how frequently, when you were
20  working the F line, that you started at that same relief
21  point and ended the run at the same relief point?
22    A.  Yeah, that's not anything rare.  That's
23  something that's like clockwork -- always -- because
24  that's where you make a relief, and that's where you
25  get relieved at.

48

Q. So the question is, what percentage of the time when you were doing the F line did you have a run like that where you started at a relief point and you ended your run at that relief point?

A. Are you asking me for Steuart and Don Chee Way?

Q. Yes.

A. That's always.

Q. 100 percent of the time?

A. I couldn't tell you. Like I said, that's a relief point and -- that's where you make a relief, and that's where you get relieved at. So that happens all the time there. So I can't -- me personally, I can't tell you.

Q. Are you aware of any MTA policies encouraging MTA employees to use public transportation?

MR. YOUNG: Objection. Vague.

THE WITNESS: No.

MR. ROLNICK: Q. Have you ever received any memo in which someone in the MTA encouraged employees to use public transportation?

A. No. I doubt that they would do anything like that.

Q. You've never heard anything like that?

A. No.

Q. Are you aware of anybody -- are you aware of any memos or bulletins from the MTA encouraging employees to use their personal vehicles to get to and from work?

A. Repeat that.

Q. Sure. Are you aware of any memos or bulletins in which MTA employees were encouraged to use their personal vehicles to get to and from work?

A. No.

Q. Are you aware of any memos in which MTA employees were discouraged from using their personal vehicles to get to or from work?

A. No.

Q. Is there any reason why you haven't used public transportation to get to and from work?

A. Is it a reason why?

Q. Yes.

A. Because I want to drive.

Q. Is there any other reason why you haven't used public transportation to get to and from work?

A. No, not really.

Q. When you worked at Woods, do you recall any of the runs that you had?

A. No.

MR. YOUNG: Objection. Asked and answered.

MR. ROLNICK: Q. Do you remember which lines you operated when you were at Woods?

A. No.

Q. When you were at Woods, did you ever work a.m. peak service?

A. I did all lines. I did all service. I mean, all -- how would you say it? -- hours.

Q. Did you ever do owl service at Woods?

A. What's your termination [sic] of owl?

Q. Well, is that a term that's used at the MTA, "owl"?

A. We have owl, but I don't know what your termination of owl -- what you think it is.

Q. What do you understand the owl hours to be when you were at Woods?

A. My termination of Muni's owl?

Q. Yes.

A. In the morning.

Q. Starting at what time?

A. The owls vary, so I couldn't tell you.

Q. When you say "the morning," you're talking about early morning like middle of the night?

A. You mean pulling in?

Q. I mean between midnight and 6:30.

A. Yeah, I guess so. Yes.

Q. Is that what you understood "owl" to mean?

A. Owl times vary. They could start at 7:00. They could start at 8:00. They could start at 9:00. They can get off at 6:00, 5:00, 7:00.

Q. Did you ever work an owl run when you were at Woods?

A. No.

Q. Did you ever have a run at -- did you ever work the extra board at Woods?

A. No.

Q. Ever work the extra board at Green?

A. No.

Q. Ever work the extra board at Kirkland?

A. Nope.

Q. Are there also runs that can be assigned in the nature of a relief or a standby run?

MR. YOUNG: Objection. Calls for speculation. Vague.

THE WITNESS: I don't understand what you're trying to say.

MR. ROLNICK: Q. You never heard of that, an operator whose job it is to be a relief operator or a standby operator?

A. I heard of a standby operator, but what do you mean?

| 1 | Q. What do you understand to be a standby |
| 2 | operator? |
| 3 | A. Stand by is stand by. |
| 4 | Q. Have you ever had a run at Woods where you |
| 5 | were a standby operator? |
| 6 | A. No. |
| 7 | Q. When you were at Woods, did you ever have a |
| 8 | run -- let me strike that and back up. You were |
| 9 | describing for me when you -- sounds like your first |
| 10 | year at Green -- you had what you called a block; right? |
| 11 | You talked about the F-line block? |
| 12 | A. Uh-huh. |
| 13 | Q. Did you ever have something like that when you |
| 14 | were at Woods, a block? |
| 15 | A. Yes. |
| 16 | Q. Do you remember how long you had a block at |
| 17 | Woods? |
| 18 | A. No. |
| 19 | Q. Was most of your time at Woods on a block |
| 20 | schedule, a block run? |
| 21 | A. No. |
| 22 | Q. When you were at Woods, did you ever have a |
| 23 | run that began at Woods, that you started your run at |
| 24 | the division? |
| 25 | A. Not that I know of, no. |

53

TONY GRANDBERRY        DECEMBER 17, 2013

| 1 | Q. During the time that you were at Woods, did |
| 2 | you ever have a run that ended at Woods, at the |
| 3 | division? |
| 4 | A. I don't understand what you mean your run |
| 5 | ended at Woods. What do you mean? |
| 6 | Q. When you sign up for a run, it has a starting |
| 7 | location; right? |
| 8 | A. Of course. |
| 9 | Q. And it has an ending location? |
| 10 | A. Okay. |
| 11 | Q. And I think you just testified that when you |
| 12 | were at Woods, none of your runs started at the |
| 13 | division; correct? |
| 14 | A. Correct. There's no runs that start at the |
| 15 | division. |
| 16 | Q. There's nobody that pulls the vehicles out of |
| 17 | the division? |
| 18 | A. Now, see, that's where I'm saying you |
| 19 | confused at. When you say "start," do you mean "pull |
| 20 | out"? Which one do you mean? |
| 21 | "Pulling out" means get the bus, take it out |
| 22 | the yard, take it to the place. |
| 23 | "Starting" is starting from there and starting |
| 24 | revenue. |
| 25 | What do you mean? |

54

TONY GRANDBERRY        DECEMBER 17, 2013

| 1 | Q. When you were at Woods, did you ever have a |
| 2 | run that you pulled out of the division? |
| 3 | A. Yes. |
| 4 | Q. How frequently did you have a run like that? |
| 5 | A. We always have -- frequently. 100 percent. |
| 6 | Q. So when you were at Woods, your runs always |
| 7 | pulled out of Woods? |
| 8 | A. Of course. That's the only way we could get |
| 9 | to our location. |
| 10 | Q. And when you were at Woods, did you ever have |
| 11 | runs where you pulled back into the division? |
| 12 | A. Yes. |
| 13 | Q. How frequently did your runs pull back into |
| 14 | Woods? |
| 15 | A. That's kind of hard to say because it's -- |
| 16 | like I said, I had blocks. I had runs. Sometimes I got |
| 17 | relieved. Sometimes I pulled in. So I can't say. |
| 18 | Q. And you can't give me any estimate about the |
| 19 | number of times you had a run that started at Woods |
| 20 | and -- pulled out at Woods and pulled in at Woods? |
| 21 | A. No. That's been four years I been there. We |
| 22 | done had so many sign-ups within them four years. No. |
| 23 | Q. When you were at Woods, did you have runs that |
| 24 | started at a location -- at a relief point other than at |
| 25 | the division? |

55

TONY GRANDBERRY        DECEMBER 17, 2013

| 1 | A. Yes. |
| 2 | Q. Do you remember what other relief points that |
| 3 | you had runs starting at? |
| 4 | A. Like I said, I can't tell you about something |
| 5 | like that. I can't -- we have a whole bunch of relief |
| 6 | points. |
| 7 | Q. Can you identify for me, as you sit here |
| 8 | today, any relief point where you had a run that started |
| 9 | when you were at Woods? |
| 10 | MR. YOUNG: Objection. Vague. |
| 11 | THE WITNESS: I already answered that. Let's |
| 12 | see. We can say the 29 line. Fitzgerald and Third. |
| 13 | MR. ROLNICK: Q. Any other relief points |
| 14 | where your run started during the time you worked at |
| 15 | Woods? |
| 16 | A. I don't know, man. I couldn't tell you. I |
| 17 | mean, you could get -- you be able to get the sheet with |
| 18 | all the relief points from Woods. I'm pretty sure they |
| 19 | can give that to you. |
| 20 | Q. But I'm asking you what your recollection is. |
| 21 | A. I don't know. |
| 22 | Q. Again, during the time that you worked at |
| 23 | Woods, were there locations other than the division |
| 24 | itself where your runs ended for the day? |
| 25 | A. Repeat that. |

56

TONY GRANDBERRY        DECEMBER 17, 2013