United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL A. STITT, TONY GRANDBERRY, and HEDY GRIFFIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY; CITY AND COUNTY OF SAN FRANCISCO; AND DOES 1-20,<br><br>Defendants. | Case No.: 12-CV-03704 YGR<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' ADMINISTRATIVE MOTION AND SETTING HEARING DATE**<br><br>**RE: DKT. NO. 401** |

Plaintiffs have filed an administrative motion for relief regarding defendant's reply papers and hearing date. (Dkt. No. 401.) Having considered the memorandum and declarations, the record in this case, and for good cause shown, the Court **DENIES WITHOUT PREJUDICE** plaintiffs' motion requesting permission to file sur-replies. The Court will order further briefing should it determine such briefing necessary.

Furthermore, the hearings on the four motions currently scheduled for September 13, 2016 (*i.e.*, Defendant's Motion to Decertify Collective Action and Class Action (Dkt. 336), Defendant's Motion for Summary Judgment (Dkt. 360), and both sides' *Daubert* motions (Dkt. 359, 361), are **VACATED**. The hearings for all four motions shall be set for September 9, 2016 at 10:00 a.m.

**IT IS SO ORDERED**.

DATE: August 29, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**