UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIELA PEDERSEN,**<br>  **PLAINTIFF,**<br>  V.<br>**CNO SERVICES, LLC DBA BANKERS LIFE AND CASUALTY COMPANY, BANKERS LIFE AND CASUALTY COMPANY, SAM DOE AND DOES 1-20,**<br>  **DEFENDANT.** | **CASE NO. 15-CV-1472 YGR**<br><br>**ORDER RE PRETRIAL CONFERENCE** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

In anticipation of the pretrial conference scheduled for Friday, September 30, 2016, plaintiff shall file immediately a redline version of the Joint Trial Statement to demonstrate in one document what version the plaintiff filed and what version she claims should have been filed (Dkt. No. 59) given defendant's objections (Dkt. No. 58).

The parties are further advised that the Court is considering whether, and to what extent, sanctions are appropriate for failure to comply with its standing order regarding pretrial instructions in civil cases and the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: September 28, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**